# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>        Plaintiff,<br><br>vs.<br><br>LSI CORPORATION and AVAGO TECHNOLOGIES U.S. INC.,<br><br>        Defendants. | Civil Action No.<br>0:16-cv-02891-WMW-SER<br><br>**JURY TRIAL DEMANDED** |

## EXHIBITS TO MEMORANDUM OF LAW IN SUPPORT OF REGENTS OF THE UNIVERSITY OF MINNESOTA'S MOTION TO COMPEL DISCOVERY

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Plaintiff's Amended First Request for Production of Documents, Electronically Stored Information, and Things, served October 26, 2017 |
| B | Plaintiff's Amended First Set of Interrogatories, served October 26, 2017 |
| C | Defendants' Responses to Plaintiff's Amended First Request for Production of Documents, Electronically Stored Information, and Things (Nos. 1-37), served November 27, 2017 |
| D | Defendants' Responses to Plaintiff's Amended First Set of Interrogatories (Nos. 1-12), served November 27, 2017 |
| E | Letter from Anna Shabalov, K&L Gates, to Ted Mayle, Kilpatrick Townsend & Stockton, dated December 6, 2017<br><br>FILED UNDER SEAL |
| F | Letter from Ted Mayle, Kilpatrick Townsend & Stockton, to Anna Shabalov, K&L Gates, dated December 13, 2017<br><br>FILED UNDER SEAL |
| G | Email exchange between Counsel, dated between October 26, 2017 to December 21, 2017 |

| EXHIBIT | DESCRIPTION |
|---|---|
| H | Brief for the United States as Amicus Curiae, in *WesternGeco LLC, v. ION Geophysical Corporation*, No. 16-1011, in the Supreme Court of the United States |
| I | Defendants' Claim Construction Chart, served January 11, 2018<br><br>FILED UNDER SEAL |
| J | Excerpts from LSI TrueStore RC9700 Series McLaren Read ChannelCustom Channel Macro Product Specification, produced at LSI-UMN 00079138-139, 79576-589<br><br>FILED UNDER SEAL |

|  |  |
|---|---|
| Dated: January 23, 2018 | DOUGLAS R. PETERSON<br><br>General Counsel<br>University of Minnesota<br><br>By /s/ Anna Shabalov<br>Brian J. Slovut (#236846)<br>Deputy General Counsel<br>slov0002@umn.edu<br>Carrie Ryan Gallia (#0390479)<br>Assistant General Counsel<br>ryang001@umn.edu<br>360 McNamara Alumni Center<br>200 Oak Street SE<br>Minneapolis, MN 55455-2006<br>(612) 624-4100<br><br>*Attorneys for Plaintiff* |

Of Counsel:

Patrick J. McElhinny (PA #53510)
patrick.mcelhinny@klgates.com
Mark G. Knedeisen (PA #82489)
mark.knedeisen@klgates.com
Christopher M. Verdini (PA #93245)
christopher.verdini@klgates.com
Anna Shabalov (PA #315949)
anna.shabalov@klgates.com
K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
(412) 355-6500

Theodore J. Angelis (WA #30300)
theo.angelis@klgates.com
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

                                      */s/ Anna Shabalov*
                                      Anna Shabalov (PA #315949)