UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>       Plaintiff,<br><br>    v.<br><br>LSI CORPORATION, et al.,<br><br>       Defendants. | Case No.  5:18-cv-00821-EJD<br><br>**ORDER REFERRING MATTER TO MAGISTRATE JUDGE**<br><br>Re: Dkt. Nos. 129, 168, 169 |

Pursuant to the undersigned's Standing Order for Patent Cases, the Motion to Strike Plaintiff's Supplemental Claim Construction Charts (Dkt. No. 129), which appears to concern Plaintiff's infringement contentions, is hereby REFERRED to Magistrate Judge Nathanael Cousins for resolution.  The associated motion and stipulation regarding scheduling (Dkt. Nos. 168, 169) are also REFERRED to Magistrate Judge Cousins.

      **IT IS SO ORDERED.**

Dated: February 20, 2018

_____
EDWARD J. DAVILA
United States District Judge