**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION AND<br>AVAGO TECHNOLOGIES U.S. INC.,<br><br>Defendants. | Civil Action No. 18-cv-00821-EJD-NMC<br><br>[PROPOSED] **ORDER GRANTING**<br>**STIPULATION UNDER CIVIL L.R. 6-2** |

GOOD CAUSE APPEARING THEREFORE,

IT IS ORDERED that the deadlines in the Amended Pretrial Scheduling Order under the headings "Discovery Plan" and "Discovery Relating to Validity/Prior Art" (Dkt. No. 112 at 2-4) shall be replaced by the following:

**March 2, 2018**:  Last day for Defendants to identify any grounds of invalidity based on 35 U.S.C. § 101, indefiniteness under 35 U.S.C. § 112(2) or enablement or written description under 35 U.S.C. 112(1) of any of the asserted claims.

**March 14, 2018**:  Last day for document production under Patent Local Rules 3-2 and 3-4.  Parties shall exchange of Preliminary Claim Constructions and Extrinsic Evidence under Patent Local Rule 4-2.

**April 13, 2018**:  Last day for submission of Joint Claim Construction and Prehearing Statement under Patent Local Rule 4-3.

**April 27, 2018:** Last day for Plaintiff to serve its Damages Contentions under Patent Local Rule 3-8.

**May 11, 2018**: Completion of Claim Construction Discovery under Patent Local Rule 4-4.

**May 25, 2018**: Plaintiff's opening claim construction brief under Patent Local Rule 4-5(a).

**June 1, 2018:** Last day for responsive Damages Contentions under Patent Local Rule 3-9.

**June 8, 2018**: Defendants' responsive claim construction brief under Patent Local Rule 4-5(b).

**June 15, 2018**: Plaintiff's reply claim construction brief under Patent Local Rule 4-5(c).

~~Subject to the convenience of the Court, two weeks following submission of Plaintiff's reply claim construction brief, the Court shall conduct a Claim Construction Hearing, to the extent the parties or the Court believe a hearing is necessary for construction of the claim terms at issue.~~

The Court SETS a case management conference at 10:00 a.m. on March 22, 2018. The parties shall file a joint case management statement no later than March 12, 2018.

DATED: February 26, 2018

_____
UNITED STATES DISTRICT JUDGE

The parties are advised that "[o]nce this case was transferred, this district's patent local rules govern[] the case moving forward." PersonalWeb Techs. LLC v. Int'l Bus. Machines Corp., No. 16-CV-01266-EJD, 2017 WL 2180980, at *15 (N.D. Cal. May 18, 2017). The parties bear the responsibility of taking appropriate measures to ensure that their infringement contentions and invalidity contentions comply with the requirements of this district. See Patent L.R. 3-1, 3-3.