1  KILPATRICK TOWNSEND & STOCKTON LLP

2  David E. Sipiora (State Bar No. 124951)
   dsipiora@kilpatricktownsend.com
3  Edward J. Mayle (admitted *pro hac vice*)
   tmayle@kilpatricktownsend.com
4  1400 Wewatta Street, Ste. 600
   Denver, CO  80202
5  Telephone:  303 571 4000
   Facsimile:   303 571 4321

6  Scott Kolassa (State Bar No. 294732)
7  skolassa@kilpatricktownsend.com
   1080 Marsh Road
8  Menlo Park, CA 94025
   Telephone:  650 324 6349
9  Facsimile:   650 618 1544

10 Attorneys for Defendants LSI Corporation
   and Avago Technologies U.S. Inc.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>    Plaintiff,<br><br>    v.<br><br>LSI CORPORATION AND AVAGO TECHNOLOGIES U.S. INC.,<br><br>    Defendants. | Civil Action No. 18-cv-00821-EJD-NMC<br><br>**DECLARATION OF EDWARD J. MAYLE ISO MOTION TO STRIKE PLAINTIFF'S "SUPPLEMENTAL" INFRINGEMENT CONTENTIONS**<br><br>Date:  May 31, 2018<br>Time:  9:00 A.M.<br>Place:  Courtroom 4 – 5th Floor<br><br>Hon. Edward J. Davila |

1   I, Edward John Mayle, am counsel for Defendants.  I have actual knowledge of the
2   statements made herein, and could and would testify to said facts if called to do so in court.
3   Attached as Exhibit 1 is a true and correct copy of a portion of an email chain between
4   counsel for Plaintiff and counsel for Defendants.
5   I declare under penalty of perjury that the foregoing statements are true and correct.
6   //
7   March 28, 2018, in Denver Colorado.

By: */s/ Edward J. Mayle*
Edward J. Mayle

70680602V.1

DECL. OF E.J. MAYLE ISO MOT. TO STRIKE "SUPPLEMENTAL" CONTENTIONS                - 2 -
CASE NO. 18-CV-00821-EJD-NMC