# MAYLE DECLARATION

# EXHIBIT 1

| | |
|---|---|
| **From:** | Mayle, Ted |
| **To:** | Knedeisen, Mark G.; Verdini, Christopher M.; LSI-UMN |
| **Cc:** | McElhinny, Patrick; Sobolak, Rachael C. |
| **Subject:** | RE: UMN v. LSI/Avago -- Review of Highly Confidential Computer Instruction Information |
| **Date:** | Wednesday, January 31, 2018 5:52:52 PM |

Mark,

We cannot do Sunday, February 25th because the office is closed and staff has the day off. Monday, February 26th is fine, however. Please let us know as soon as possible if you plan on coming in Monday, and if you would plan to also be in our office the next day, Tuesday, February 27th.

Also, can you send us a copy of the software for the tools mentioned in your email? I understand that we will need a copy of the software for at least the "Understand" and "PDFGrep" tools. Please confirm that in requesting installation of software tools, the University and its experts and counsel agree that no edits may be performed on the Highly Confidential Computer Instruction Information.

Regards,
Ted


**Ted Mayle**
**Kilpatrick Townsend & Stockton LLP**
Suite 600 | 1400 Wewatta Street | Denver, CO 80202
office 303 607 3368 | fax 303 265 9618
tmayle@kilpatricktownsend.com | My Profile | vCard

---

**From:** Mayle, Ted
**Sent:** Monday, January 29, 2018 3:24 PM
**To:** 'Knedeisen, Mark G.' <Mark.Knedeisen@klgates.com>; Verdini, Christopher M. <Christopher.Verdini@klgates.com>; LSI-UMN <LSI-UMN@kilpatricktownsend.com>
**Cc:** McElhinny, Patrick <Patrick.McElhinny@klgates.com>; Sobolak, Rachael C. <Rachael.Sobolak@klgates.com>
**Subject:** RE: UMN v. LSI/Avago -- Review of Highly Confidential Computer Instruction Information

Mark,

I will have to check on Sunday, Feb. 25 and get back to you. I only say this because our office is closed on Sundays, staff is not present and office services is closed, and the entrance to the building itself is locked.

Regarding your request for installation of certain tools, we will check on that and get back to you with our position.

Regards,
Ted

**Ted Mayle**
**Kilpatrick Townsend & Stockton LLP**
Suite 600 | 1400 Wewatta Street | Denver, CO 80202
office 303 607 3368 | fax 303 265 9618
tmayle@kilpatricktownsend.com | My Profile | vCard

**From:** Knedeisen, Mark G. [mailto:Mark.Knedeisen@klgates.com]
**Sent:** Monday, January 29, 2018 11:00 AM
**To:** Mayle, Ted <TMayle@kilpatricktownsend.com>; Verdini, Christopher M. <Christopher.Verdini@klgates.com>; LSI-UMN <LSI-UMN@kilpatricktownsend.com>
**Cc:** McElhinny, Patrick <Patrick.McElhinny@klgates.com>; Sobolak, Rachael C. <Rachael.Sobolak@klgates.com>
**Subject:** RE: UMN v. LSI/Avago -- Review of Highly Confidential Computer Instruction Information

Ted,

I light of your office closure on the weekend of Feb. 17-19, we request to review Defendants' Computer Instruction Information at your office on Sunday, Feb. 25 and Monday, Feb. 26. Prof. McLaughlin and I will be reviewing the code.  We request that the following tools be installed on the computer.

- Wingrep (https://wingrep.codeplex.com/)
- Understand (https://scitools.com/)
- Notepad++ (https://notepad-plus-plus.org/)
- Acrobat Reader for PDF files (https://get.adobe.com/reader/)
- 7-Zip (http://www.7-zip.org/)
- Windows version of pdfgrep (http://soft.rubypdf.com/software/pdfgrep-windows-version)
- To the extent that there are any Office documents included (e.g., .docx or excel), office viewers for each type (https://www.microsoft.com/en-us/download/search.aspx?q=viewer)
- cygwin (https://www.cygwin.com/), including the following packages
    - Python
    - either vim or nano
    - find
    - grep
    - less
    - diff
    - strings

If you have any questions, please let us know. Regards, Mark



**Mark Knedeisen**
K&L Gates LLP
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: 412.355.6342
Fax: 412.355.6501
mark.knedeisen@klgates.com
www.klgates.com

---

**From:** Mayle, Ted [mailto:TMayle@kilpatricktownsend.com]
**Sent:** Saturday, January 27, 2018 8:39 AM
**To:** Verdini, Christopher M.; LSI-UMN
**Cc:** Knedeisen, Mark G.; McElhinny, Patrick; Sobolak, Rachael C.
**Subject:** RE: UMN v. LSI/Avago -- Review of Highly Confidential Computer Instruction Information

Chris,

I told you I would check about the dates you requested. I did not realize this previously, but Monday February 19 is a holiday and our office is closed for a 3-day weekend February 17-19. Unfortunately, the dates you requested are not good for this reason. If you come up with alternate dates please let us know. In the meantime please feel free to send the list next week that you referenced in your last email.

Regards,
Ted

**Ted Mayle**
**Kilpatrick Townsend & Stockton LLP**
Suite 600 | 1400 Wewatta Street | Denver, CO 80202
office 303 607 3368 | fax 303 265 9618
tmayle@kilpatricktownsend.com | My Profile | vCard

---

**From:** Verdini, Christopher M. [mailto:Christopher.Verdini@klgates.com]
**Sent:** Friday, January 26, 2018 10:45 AM
**To:** Mayle, Ted <TMayle@kilpatricktownsend.com>; LSI-UMN <LSI-UMN@kilpatricktownsend.com>
**Cc:** Knedeisen, Mark G. <Mark.Knedeisen@klgates.com>; McElhinny, Patrick <Patrick.McElhinny@klgates.com>; Sobolak, Rachael C. <Rachael.Sobolak@klgates.com>
**Subject:** RE: UMN v. LSI/Avago -- Review of Highly Confidential Computer Instruction Information

We are in the process of putting a list together and will have it to you next week.

---

**From:** Mayle, Ted [mailto:TMayle@kilpatricktownsend.com]

**Sent:** Friday, January 26, 2018 12:43 PM
**To:** Verdini, Christopher M.; LSI-UMN
**Cc:** Knedeisen, Mark G.; McElhinny, Patrick; Sobolak, Rachael C.
**Subject:** RE: UMN v. LSI/Avago -- Review of Highly Confidential Computer Instruction Information

Chris,

Do you have any requests under Dkt. No. 105 for setting up the computer?

Ted

**Ted Mayle**
**Kilpatrick Townsend & Stockton LLP**
Suite 600 | 1400 Wewatta Street | Denver, CO 80202
office 303 607 3368 | fax 303 265 9618
tmayle@kilpatricktownsend.com | My Profile | vCard

---

**From:** Verdini, Christopher M. [mailto:Christopher.Verdini@klgates.com]
**Sent:** Friday, January 26, 2018 9:11 AM
**To:** Mayle, Ted <TMayle@kilpatricktownsend.com>; LSI-UMN <LSI-UMN@kilpatricktownsend.com>
**Cc:** Knedeisen, Mark G. <Mark.Knedeisen@klgates.com>; McElhinny, Patrick <Patrick.McElhinny@klgates.com>; Verdini, Christopher M. <Christopher.Verdini@klgates.com>; Sobolak, Rachael C. <Rachael.Sobolak@klgates.com>
**Subject:** UMN v. LSI/Avago -- Review of Highly Confidential Computer Instruction Information

Ted,

To confirm our conversation, we are requesting to review Defendants' Computer Instruction Information at your office on Sunday, Feb. 18 and Monday, Feb. 19.  I understand that you will confirm next week that those dates work.  Thanks.

Chris



**Christopher M. Verdini**
K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: 412-355-6766
Fax: 412-355-6501
christopher.verdini@klgates.com
www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Christopher.Verdini@klgates.com.

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.

***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Christopher.Verdini@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Mark.Knedeisen@klgates.com.