Edward P. Sangster (SBN 121041)
ed.sangster@klgates.com
Jas Dhillon (SBN 252842)
jas.dhillon@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, California 94111
Tel:  (415) 882-8200
Fax:  (415) 882-8220

*Counsel for Plaintiff*
*Regents of the University of Minnesota*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LSI CORPORATION and AVAGO TECHNOLOGIES U.S. INC.,<br><br>　　　　　　Defendants. | **Case No. 5:18-cv-00821-EJD-NMC**<br><br>**NOTICE OF APPEARANCE** |

1    TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE that the following counsel is appearing in the above-captioned

3    matter as counsel of record for Plaintiff Regents of the University of Minnesota:

4        Edward P. Sangster (SBN 121041)
         edward.sangster@klgates.com
5        **K&L GATES LLP**
         4 Embarcadero Center, Suite 1200
6        San Francisco, CA 94111
         Tel: (415) 882-8200
7        Fax: (415) 882-8220

8    Any and all notices, pleadings, correspondence, and communications regarding this matter

9    that are electronically served via the Court's CM/ECF system should use the email address provided

10   above, and any document not served via the Court's CM/ECF system should be sent to the addresses

11   set forth above.

12

13   Dated: April 21, 2021                 Respectfully submitted,

14                                          K&L GATES LLP

15                                          */s/ Edward P. Sangster*
                                            Edward P. Sangster (SBN 121041)
16                                          edward.sangster@klgates.com
                                            **K&L GATES LLP**
17                                          4 Embarcadero Center, Suite 1200
                                            San Francisco, CA 94111
18                                          Tel: (415) 882-8200
                                            Fax: (415) 882-8220
19
                                            *Counsel for Plaintiff*
20                                          *Regents of the University of Minnesota*

21

22

23

24

25

26

27

28

1

**NOTICE OF APPEARANCE - SANGSTER**                 Case No. 3:18-cv-00821-EJD-NMC