# EXHIBIT A

## EXHIBIT A (UNIVERSITY'S PROPOSED SCHEDULE)

| EVENT | DEADLINE |
|---|---|
| Opening Claim Construction Brief (*see* Patent L.R. 4-5) | December 19, 2022 |
| Responsive Damages Contentions (*see* Patent L.R. 3-9) | December 19, 2022 |
| Responses or Supplemental Responses to All Outstanding Discovery | December 19, 2022 |
| Supplemental briefs, not to exceed 10 pages, in connection with the pending Motions | January 6, 2022 |
| Responsive Claim Construction Brief (*see* Patent L.R. 4-5) | January 11, 2023 |
| Responsive supplemental briefs, not to exceed 10 pages, in connection with the pending Motions | January 16, 2023 |
| Reply Claim Construction Brief (*see* Patent L.R. 4-5) | January 18, 2023 |
| Initial Privilege Logs | January 18, 2023 |
| Exchange Materials Intended to be Displayed to at Case Tutorial and Claim Construction Hearing | 7 days prior to the Case Tutorial and Claim Construction Hearing |
| Case Tutorial (*see* Standing Order for Patent Cases) | At a date and time in late January, 2023 at the Court's convenience |
| Hearing on Motions | At a date and time in late January, 2023 at the Court's convenience |
| Claim Construction Hearing (*see* Standing Order for Patent Cases) | Following Tutorial |
| Last Day to Comply with Patent L.R. 3-7 | 30 days from Claim Construction Order |
| Private ADR | Per Dkt. 187, no later than 45 days from Claim Construction Order |
| Post-Claim Construction Case Management Conference | To be set by the Court |
| Fact Discovery Cut-off | To be set by the Court for a date no earlier than May 12, 2023 |
| Final Privilege Logs Due | The final day of fact discovery |
| Schedule for Expert Reports, Expert Discovery and Dispositive and *Daubert* Motions | To be Set by Court at Post-Claim Construction Case Management Conference |