# EXHIBIT B

## EXHIBIT B (DEFENDANTS' PROPOSED SCHEDULE)

| EVENT | DEADLINE |
|---|---|
| Opening Claim Construction Brief (*see* Patent L.R. 4-5) | December 2, 2022 |
| Responsive Damages Contentions (*see* Patent L.R. 3-9) | December 9, 2022 |
| Responsive Claim Construction Brief (*see* Patent L.R. 4-5) (=*14 days after Opening Brief*) | December 16, 2022 |
| Reply Claim Construction Brief (*see* Patent L.R. 4-5) (=*7 days after Responsive Brief*) | December 23, 2022 |
| Initial Privilege Logs | January 6, 2023 |
| Supplemental briefs, not to exceed 10 pages, in connection with the pending Motion for Judgment on the Pleadings that the Asserted Claims are Patent Ineligible Under 35 U.S.C. § 101 (Dkt. 190) | January 9, 2023 |
| Responsive supplemental briefs, not to exceed 10 pages, in connection with the pending Motion for Judgment on the Pleadings that the Asserted Claims are Patent Ineligible Under 35 U.S.C. § 101 (Dkt. 190) | January 16, 2023 |
| Exchange Materials Intended to be Displayed to at Case Tutorial and Claim Construction Hearing | 7 days prior to the Case Tutorial and Claim Construction Hearing |
| Case Tutorial (*see* Standing Order for Patent Cases) | At a date and time at the Court's convenience |
| Combined Claim Construction and Motion for Judgment on the Pleadings Hearing (*see* Standing Order for Patent Cases) | Following Tutorial |
| Last Day to Comply with Patent L.R. 3-7 | 30 days from Claim Construction Order |
| Defendants' Responses to the University's Second Set of Interrogatories, First Set of RFAs and Third Set of RFPs | 30 days from later of Claim Construction Order and Motion for Judgment on the Pleadings Order |
| Defendants' Supplemental Responses to the University's First Set of Interrogatories | 30 days from later of Claim Construction Order and Motion for Judgment on the Pleadings Order |
| Private ADR | Per Dkt. 187, no later than 45 days from later of Claim Construction and Motion for Judgment on the Pleadings Order |
| Post-Claim Construction Case Management Conference | To be set by the Court |
| Fact Discovery Cut-off | To be set by the Court |
| Final Privilege Logs Due | The final day of fact discovery |
| Schedule for Expert Reports, Expert Discovery and Dispositive and *Daubert* Motions | To be Set by Court at Post-Claim Construction Case Management Conference |