1   KILPATRICK TOWNSEND & STOCKTON LLP
    APRIL E. ISAACSON (SBN 180638)
2   *aisaacson@kilpatricktownsend.com*
    Two Embarcadero Center, Suite 1900
3   San Francisco, CA 94111
    Telephone:    415 576 0200
4   Facsimile:    415 576 0300

5   *Attorneys for Defendants*
    LSI Corporation and Avago Technologies U.S. Inc.
6

7

8               UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12  REGENTS OF THE UNIVERSITY OF
    MINNESOTA,                                  CASE NO. 5:18-cv-00821-EJD-NMC
13
                                                NOTICE OF APPEARANCE OF APRIL
14              Plaintiff,                       E. ISAACSON

15          v.

16  LSI CORPORATION, et al.,

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

PLEASE TAKE NOTICE THAT April E. Isaacson of the law firm Kilpatrick Townsend & Stockton LLP, Two Embarcadero Center, Suite 1900, San Francisco, CA 94111, email address aisaacson@kilpatricktownsend.com, hereby makes her appearance as counsel of record for Defendants LSI Corporation and Avago Technologies U.S. Inc, in the above-captioned matter.

DATED:  January 19, 2023        Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ April E. Isaacson*
April E. Isaacson

*Attorneys for Defendants*
*LSI Corporation and*
*Avago Technologies U.S. Inc.*