# EXHIBIT C

**Disputed Claim Terms**

| No. | Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions |
|---|---|---|---|
| 1 | **producing sequences of n-bit codewords**<br><br>'601 Patent, claim 13 | **PROPOSED CONSTRUCTION**: producing, as output, sequences of bits, where each sequence is n-bits long<br><br>**INTRINSIC EVIDENCE**: Claim 13; Figs. 2, 3 and 6; col. 4:31 to col. 5:18-20; McLaughlin IPR Dec. (Ex. F) at ¶¶35-37<br><br>**EXTRINSIC EVIDENCE**: McLaughlin Claim Construction Dec. (Ex. D) at ¶¶ 29-32, 61-68 | **PROPOSED CONSTRUCTION:** producing a series of concatenated n-bit codewords, such that each received m-bit binary dataword is encoded into an n-bit codeword in a manner that is not state-dependent.<br><br>**INTRINSIC EVIDENCE:** Abstract; col. 1:9-12; col. 1:21-32; col. 2:43-47; col. 3:57-58; Figs. 5, 6 11; col. 6:19-20; claims 2, 4, 7, 11, 18, 19; Office Action mailed 9/16/97 and Response signed 12/16/97 (collectively "Office Action and Response"); Provisional Application; *LSI Corp. et al. v. Regents of the Univ. of Minnesota*, IPR2017-01068, Paper 58 (Final Written Decision), *aff'd LSI Corp. v. Regents of the Univ. of Minnesota*, 43 F.4th 1349 (Fed. Cir. 2022); 5/4/2022 Fed. Cir. transcript.<br><br>**DICTIONARY/TREATISE DEFINITIONS:**<br><br>**EXTRINSIC EVIDENCE:** *Digital Communications*, by Proakis (3rd ed.) [LSI-UMN 00000718-749]; *Digital Communications Fundamentals and Applications*, B. Sklar, P T R Prentice Hall (1988) [LSI-UMN 00000795-828]; *Distance-Enhancing Codes for Digital Recording*, IEEE Transactions on Magnetics, Vol. 34, No. 1, Jan. 1998, Moision, Siegel, and Soljanin [LSI-UMN 00163625-630]; *Line Coding for Very High Speed LANs*, Electronics Letters, Vol. 26 No. 24, Nov. 22, 1990, pp. 2051-53, by D. Munoz-Rodriguez and J. B. Arevalo-Galarza [LSI-UMN 00163247-249]; U.S. Pat. No. 4,528,661 to Bahr; *On-Track and Off-Track Distance Properties of Class 4 Partial Response Channels*, E. Soljanin, 92 / SPIE Vol. 2605; U.S. Pat. No. 5,608,397 to Soljanin; U.S. Pat. No. 5,392,270 to Okada; U.S. Pat. No. 5,731,768 to Tsang; U.S. Pat. No. 5,644,307 to Fukuda; U.S. Pat. No. 4,707,681 to Eggenberger; U.S. Pat. No. 5,241,309 to Cideciyan; U.S. Pat. No. 5,699,434 to Hogan; U.S. Pat. No. 6,388,587 to Brickner; EP 0 650 263 to Shimpuku; U.S. Pat. No. 5,337,753 to Lekhtman; U.S. Pat. No. 5,607,454 to Cameron; U.S. Pat. No. 3,952,329 to Dent; U.S. Pat. No. 5,117,399 to McCoy; IPR2017-01068, Ex. 1029 (5/7/2018 Dep. Tr. of Steven W. McLaughlin); IPR2017-01068, Paper 46 (Petitioner's Reply); IPR2017-01068, Ex. 1034 (9/15/2020 Dep. Tr. of Jaekyun Moon); IPR2017-01068, Ex. 1035 (9/17/2020 Dep. Tr. of Steven W. McLaughlin);IPR2017-01068 Ex. 1040 (Petitioners' Demonstratives); U.S. Pat. |

| No. | Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions |
|---|---|---|---|
| | | | No. 4,501,000 to Immink (IPR2017-01068 Ex. 1032); U.S. Pat. No. 5,537,382 to McLaughlin (IPR2017-01068 Ex. 1033); Documents containing Bates Numbers: UMN_0000916 (IPR2017-01068 Ex. 1015); LSI-UMN 00166931 – 0167972; UMN_0000514-520 ("UMN Invention Disclosure"); UMN_0001048-1078 (IPR2017-01068 Exs. 1019, 1020, 1021); UMN_0001146; UMN_0001197-98; UMN_0001202-05 (IPR2017-01068 Exs. 1017, 1018); UMN_0001302-04; UMN_0001330-1347 (IPR2017-01068 Ex. 1014); UMN_0001354-1370; UMN_0001513-23; UMN_0001655 (IPR2017-01068 Ex. 1016); UMN_0001803-1864; UMN_0001901-2084; UMN_0002143-2183; UMN_0002819-2862; UMN_0002917-2943; UMN_0003142. |
| 2 | the encoded waveform<br><br>'601 Patent, claim 13 | **PROPOSED CONSTRUCTION**: the recorded waveform<br><br>**INTRINSIC EVIDENCE** : claim 13; col. 1:21-36; col. 2:59-61; col. 2:40-42; Amendment at 6 (UMN_0000750); Soljanin IPR Depo. Tr. (Ex. K) pp. 35-47<br><br>**DICTIONARY/TREATISE DEFINITIONS**: Wang & Taratorin at p. 208 (Plaintiff 0000993); Ashar at p. 199 (Plaintiff_0000167).<br><br>**EXTRINSIC EVIDENCE**: McLaughlin Claim Construction Dec. (Ex. D) at ¶¶ 9-14, 41-50; Soljanin Claim Construction Depo. Tr. (Ex. I) at 78-79, 89, 101-111, 133-134, 136-137, 144-148, 152, 162-165, 187-190, 206-211, 216-219 | **PROPOSED CONSTRUCTION**: the produced sequences of n-bit codewords.<br><br>**INTRINSIC EVIDENCE**: Abstract ; Claims 1, 3, 4, 5, 7, 11, 12, 13, 18, 19, 21; col. 8:27-33; Office Action and Response; Provisional Application; *LSI Corp. et al. v. Regents of the Univ. of Minnesota*, IPR2017-01068, Paper 58 (Final Written Decision), *aff'd LSI Corp. v. Regents of the Univ. of Minnesota*, 43 F.4th 1349 (Fed. Cir. 2022); 5/4/2022 Fed. Cir. transcript.<br><br>**DICTIONARY/TREATISE DEFINITIONS**:<br><br>**EXTRINSIC EVIDENCE**: *Digital Communications*, by Proakis (3rd ed.) [LSI-UMN 00000718-749]; *Digital Communications Fundamentals and Applications*, B. Sklar, P T R Prentice Hall (1988) [LSI-UMN 00000795-828]; *Distance-Enhancing Codes for Digital Recording*, IEEE Transactions on Magnetics, Vol. 34, No. 1, Jan. 1998, Moision, Siegel, and Soljanin [LSI-UMN 00163625-630]; *Line Coding for Very High Speed LANs*, Electronics Letters, Vol. 26 No. 24, Nov. 22, 1990, pp. 2051-53, by D. Munoz- Rodriguez and J. B. Arevalo-Galarza [LSI-UMN 00163247-249]; U.S. Pat. No. 4,528,661 to Bahr; *On-Track and Off-Track Distance Properties of Class 4 Partial Response Channels*, E. Soljanin, 92 / SPIE Vol. 2605; U.S. Pat. No. 5,608,397 to Soljanin; U.S. Pat. No. 5,392,270 to Okada; U.S. Pat. No. 5,731,768 to Tsang; U.S. Pat. No. 5,644,307 to Fukuda; U.S. Pat. No. 4,707,681 to Eggenberger; U.S. Pat. No. 5,241,309 to Cideciyan; U.S. Pat. No. 5,699,434 to Hogan; U.S. Pat. No. 6,388,587 to Brickner; EP 0 650 263 to Shimpuku; U.S. Pat. No. 5,337,753 to Lekhtman; U.S. Pat. No. 5,607,454 to Cameron; U.S. Pat. No. 3,952,329 to Dent; U.S. Pat. No. 5,117,399 to McCoy; IPR2017-01068, Ex. 1029 (5/7/2018 Dep. Tr. of Steven W. |

| No. | Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions |
|---|---|---|---|
| | | | McLaughlin); IPR2017-01068, Paper 46 (Petitioner's Reply); IPR2017-01068, Ex. 1034 (9/15/2020 Dep. Tr. of Jaekyun Moon); IPR2017-01068, Ex. 1035 (9/17/2020 Dep. Tr. of Steven W. McLaughlin);IPR2017-01068 Ex. 1040 (Petitioners' Demonstratives); U.S. Pat. No. 4,501,000 to Immink (IPR2017-01068 Ex. 1032); U.S. Pat. No. 5,537,382 to McLaughlin (IPR2017-01068 Ex. 1033); Documents containing Bates Numbers: UMN_0000916 (IPR2017-01068 Ex. 1015); LSI-UMN 00166931 – 0167972; UMN_0000514-520 ("UMN Invention Disclosure"); UMN_0001048-1078 (IPR2017-01068 Exs. 1019, 1020, 1021); UMN_0001146; UMN_0001197-98; UMN_0001202-05 (IPR2017-01068 Exs. 1017, 1018); UMN_0001302-04; UMN_0001330-1347 (IPR2017-01068 Ex. 1014); UMN_0001354-1370; UMN_0001513-23; UMN_0001655 (IPR2017-01068 Ex. 1016); UMN_0001803-1864; UMN_0001901-2084; UMN_0002143-2183; UMN_0002819-2862; UMN_0002917-2943; UMN_0003142. |
| 3 | transitions<br><br>'601 Patent, claim 13 | **PROPOSED CONSTRUCTION**: a change in the recording medium from one state to another, which can be represented in different ways depending on the recording format<br><br>**INTRINSIC EVIDENCE**: claim 13; col. 2:59-61; col. 2:40-42; col. 1:30-32; col. 3:53 to col 4:45; col. 2:65 to col. 3:1; col. 6:66 to col. 7:11; Figs. 1-3; Ex. B (PTAB FWD) at 10-21; McLaughlin IPR Dec. (Ex. F) at ¶¶ 10-11, 18-21, 28-29, 43-53; Soljanin IPR Depo. Tr. (Ex. K) at pp. 53-57; McLaughlin IPR Depo. Tr. (Ex. G) at pp. 79, 80, 98; Soljanin IPR Dec. (Ex. J) at ¶¶ 56, 87-89, 94-95, 103, 140, 152, 154.<br><br>**DICTIONARY/TREATISE DEFINITIONS**: P. Siegel, "Recording Codes for Digital Magnetic Storage," IEEE Trans. on Magnetics, Vol. 21, No. 5, pp. 1344-49, 1986 (Plaintiff_0000563) (cited in '601 Patent at col. 1:34-36); Ashar at 45 (Plaintiff_0000140) and pp. 197-237 | **PROPOSED CONSTRUCTION**: The construction adopted by the PTAB: plain and ordinary meaning, which does not exclude that a transition can be logically represented in multiple ways depending on the encoding format used—a change from 0 to 1 or from 1 to 0 when using NRZ format, for example, or a 1 when using NRZI format.<br><br>**INTRINSIC EVIDENCE**: claims 1-21; Figs. 1-11; abstract; col. 1:15-2:9; col. 2:40-58; col. 2:59-3:17; col. 3:48-4:60; col. 4:61-6:54; col. 6:57-7:20; col. 7:43-8:26; col. 8:27-33 UMN_0000019-72 ("Provisional Application"); *LSI Corp. et al. v. Regents of the Univ. of Minnesota*, IPR2017-01068, Paper 58 (Final Written Decision), *aff'd LSI Corp. v. Regents of the Univ. of Minnesota*, 43 F.4th 1349 (Fed. Cir. 2022); 5/4/2022 Fed. Cir. transcript.<br><br>**DICTIONARY/TREATISE DEFINITIONS**:<br><br>**EXTRINSIC EVIDENCE**: *Digital Communications*, by Proakis (3rd ed.) [LSI-UMN 00000718-749]; *Digital Communications Fundamentals and Applications*, B. Sklar, P T R Prentice Hall (1988) [LSI-UMN 00000795-828]; *Distance-Enhancing Codes for Digital Recording*, IEEE Transactions on Magnetics, Vol. 34, No. 1, Jan. 1998, Moision, Siegel, and Soljanin [LSI-UMN 00163625-630]; *Line Coding for Very High Speed LANs*, Electronics Letters, Vol. 26 No. 24, Nov. 22, 1990, pp. 2051-53, by D. Munoz-Rodriguez and J. B. Arevalo-Galarza [LSI-UMN 00163247-249]; U.S. Pat. No. 4,528,661 to Bahr; *On-Track and* |

| No. | Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions |
|---|---|---|---|
| | | (Plaintiff_0000165-205); H. Neal Bertram, Theory of Magnetic Recording, Cambridge University Press, 1994 at pp. 207-209 (Plaintiff_0000214-217); Merriam-Webster's Collegiate Dictionary, 10th ed. at 1254 (Plaintiff 0000983); American Heritage Dictionary, 2nd College ed., at 1287 (Plaintiff 0000989)<br><br>**EXTRINSIC EVIDENCE**: McLaughlin Claim Construction Dec. (Ex. D) at ¶¶ 9-32, 34-40; McLaughlin Claim Construction Depo. Tr. (Ex. E) at pp. 37-39, 72-74, 101-102; Soljanin Claim Construction Dec. (Ex. H) at ¶¶ 48-49, 53; Soljanin Claim Construction Depo. Tr. (Ex. I) at 166-167. | *Off-Track Distance Properties of Class 4 Partial Response Channels*, E. Soljanin, 92 / SPIE Vol. 2605; U.S. Pat. No. 5,608,397 to Soljanin; U.S. Pat. No. 5,392,270 to Okada; U.S. Pat. No. 5,731,768 to Tsang; U.S. Pat. No. 5,644,307 to Fukuda; U.S. Pat. No. 4,707,681 to Eggenberger; U.S. Pat. No. 5,241,309 to Cideciyan; U.S. Pat. No. 5,699,434 to Hogan; U.S. Pat. No. 6,388,587 to Brickner; EP 0 650 263 to Shimpuku; U.S. Pat. No. 5,337,753 to Lekhtman; U.S. Pat. No. 5,607,454 to Cameron; U.S. Pat. No. 3,952,329 to Dent; U.S. Pat. No. 5,117,399 to McCoy; IPR2017-01068, Ex. 1029 (5/7/2018 Dep. Tr. of Steven W. McLaughlin); IPR2017-01068, Paper 46 (Petitioner's Reply); IPR2017-01068, Ex. 1034 (9/15/2020 Dep. Tr. of Jaekyun Moon); IPR2017-01068, Ex. 1035 (9/17/2020 Dep. Tr. of Steven W. McLaughlin);IPR2017-01068 Ex. 1040 (Petitioners' Demonstratives); U.S. Pat. No. 4,501,000 to Immink (IPR2017-01068 Ex. 1032); U.S. Pat. No. 5,537,382 to McLaughlin (IPR2017-01068 Ex. 1033); Documents containing Bates Numbers: UMN_0000916 (IPR2017-01068 Ex. 1015); LSI-UMN 00166931 – 0167972; UMN_0000514-520 ("UMN Invention Disclosure"); UMN_0001048-1078 (IPR2017-01068 Exs. 1019, 1020, 1021); UMN_0001146; UMN_0001197-98; UMN_0001202-05 (IPR2017-01068 Exs. 1017, 1018); UMN_0001302-04; UMN_0001330-1347 (IPR2017-01068 Ex. 1014); UMN_0001354-1370; UMN_0001513-23; UMN_0001655 (IPR2017-01068 Ex. 1016); UMN_0001803-1864; UMN_0001901-2084; UMN_0002143-2183; UMN_0002819-2862; UMN_0002917-2943; UMN_0003142. |