# EXHIBIT D

Ranjini Acharya (SBN 290877)
ranjini.acharya@klgates.com
**K&L GATES LLP**
620 Hansen Way
Palo Alto, California 94304
Tel: (650) 798-6700
Fax: (650) 798-6701

Patrick J. McElhinny, *pro hac vice*
patrick.mcelhinny@klgates.com
Mark G. Knedeisen, *pro hac vice*
mark.knedeisen@klgates.com
Christopher M. Verdini, *pro hac vice*
christopher.verdini@klgates.com
Anna Shabalov, *pro hac vice*
anna.shabalov@klgates.com
**K&L Gates LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
(412) 355-6500

Theodore J. Angelis, *pro hac vice*
theo.angelis@klgates.com
**K&L Gates LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580

*Counsel for Plaintiff*
*Regents of the University of Minnesota*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>               Plaintiff,<br><br>vs.<br><br>LSI CORPORATION and AVAGO TECHNOLOGIES U.S. INC.,<br><br>               Defendants. | Case No.: 3:18-cv-00821-EJD-NMC<br><br>**DECLARATION OF PROF. STEVEN W. McLAUGHLIN** |

1

I, Steven W. McLaughlin, declare as follows:

1.      I have been retained as an expert on behalf of the Regents of the University of Minnesota ("UMN") in connection with the above-referenced matter, in which UMN is asserting U.S. Patent No. 5,859,601 ("the '601 Patent").  I submit this declaration to offer my opinions on how a person having ordinary skill in the art would understand various claim terms in the '601 Patent.

## I.      BACKGROUND AND QUALIFICATIONS

2.      I am the Dean and Southern Company Chair of the College of Engineering at the Georgia Institute of Technology ("Georgia Tech").  I have been a faculty member of the School of Electrical and Computer Engineering (ECE) at Georgia Tech since 1996.  Prior to being Dean of the College of Engineering, I was the Steve W. Chaddick chair of the ECE School from 2012 to 2017, and, from 2007 to 2012, the vice provost for International Initiatives, a position in which I provided oversight and strategic direction for Georgia Tech's global engagement, education, and economic development initiatives.  During that time, I also served as the Steven A. Denning Chair in Global Engagement.  I was a Ken Byers Professor from 2005 to 2012 and was previously deputy director of Georgia Tech-Lorraine.

3.      I hold a Bachelor of Science in Electrical Engineering from Northwestern University; a Master of Science in Engineering from Princeton University; and a Ph.D. from the University of Michigan.

4.      My research interests include communications and information theory.  I have published in the areas of coding and signal processing for wireless communications, physical layer security, quantum key distribution, and data storage.  I was a co-founder of Whisper Communications; I have published more than 250 papers; and I an an named inventor on approximately 36 patents.  Many of my papers and patents deal with coding techniques for optical and magnetic data storage devices.  I was also a Principal Scientist for Calimetrics where we

2

developed coding, signal processing and other technologies for optical disc recording systems such as CD, DVD and BluRay.   I have served as the research and thesis advisor to more than 50 students at the bachelor's, master's, doctoral, and postdoctoral levels.

5.      I have been awarded: the Chevalier dans l'Ordre National du Mérite, (Knight of the National Order of Merit) by the President of the Republic of France in 2011; the National Science Foundation Presidential Early Career Award for Scientists and Engineers (PECASE); an NSF Career Award and NSF Research Initiation Award; the Technical Achievement Award from the Information Storage Industries Consortium (INSIC); and the Georgia Tech Graduate Student Association "Friend of the Graduate Student Award."

6.      A copy of my curriculum vitae is provided as Appendix A hereto.

## II.      MATERIALS REVIEWED

7.      I considered information from various sources in forming my opinions in this declaration.  In addition to drawing from over two decades of personal experience in the field of data storage and coding, I also reviewed the:

- '601 Patent and its file history;
- the IPR request filed against the '601 Patent (IPR2017-01068) and the exhibits thereto;
- Defendants' invalidity contentions;
- UMN's original and Supplemental Claim Construction Charts and the documents cited therein; and
- the other documents and sources cited herein.

## III.     SUMMARY OF THE '601 PATENT

8.      The '601 Patent relates to magnetic data storage systems.   '601 Patent, col. 1:9-10 ("The present invention relates in general to digital storage systems.") and col. 2:59-61 (magnetic

3

recording).  In particular, the '601 Patent discloses a new coding scheme for magnetic recording referred to in the '601 Patent as "Maximum Transition Run" (or "MTR") codes.  *See* '601 Patent at Abstract.  To understand how MTR codes operate and their benefits, a summary of how magnetic data storage systems operate is helpful.

A.    **HDD Basics**

9.    A hard disk drive (HDD), shown below[1], is a type of magnetic data storage system.  It includes a magnetically-coated disk that stores the data in concentric recording tracks.  A "read/write" head is used to read data from and write data to a disk.  It writes data to the disk by magnetizing microscopic "bit regions" (sometimes called "cells") along respective, concentric recording tracks on the disk.  Later, when the previously-written data are read, the read head reads the data by detecting the sequence of reversals and non-reversals in the magnetic fields emanating from the big regions along a track.  A so-called "read channel" in the HDD (circuitry that exists inside the "Electronics" in the diagram below) detects the data written to the disk from the "readback signal" from the read head.



---

[1] From K. Ashar, <u>Magnetic Disk Drive Technology</u>, IEEE Press, 1997 at p. 43 ("Ashar," UMN_0000138).

4

10.     In the write process, the data are modified prior to writing the data to the disk.  First, the user data are encoded according to applicable encoding schemes.  This is where the novel MTR codes of the '601 Patent are implemented, as described in more detail below.  Second, a processor converts the encoded user data into an analog signal that is applied to the write head, which records the resulting signal on the magnetic medium by magnetically polarizing the bit regions on the disk in accordance with the signal.

11.     Each polarized bit region on the magnetic recording layer of the disk has a magnetic polarization that, once written by the write head, is oriented in a particular direction.  The magnetic polarity of these regions can be reversed from one direction to its opposite by the write head, by varying the polarity of the magnetic field emitted by the write head, in order to write the data to the disk.  In so-called "longitudinal magnetic recording" (LMR), which was prevalent in the industry at the time of the '601 Patent, the bit regions are polarized in the same plane as the magnetic layer as illustrated in the diagram below.[2]



12.     As shown in the above diagram, the polarized regions can be conceptualized as bar magnets having north (N) and south (S) poles.  As such, there are four possibilities for two adjacent

---

[2] From M. Fischetti, "Going Vertical," Scientific American, August 2006, at 90-91 (UMN_0000457-58).  As this paper describes, the HDD industry transitioned to perpendicular recording, where the magnetizations are up and down (i.e., perpendicular to the plane of the disk) in around 2006.  For purposes of the illustrative examples herein, my declaration assumes LMR.

5

Declaration of Prof. Steven W. McLaughlin
CASE NO. 3:18-CV-00821-EJD-NMC

polarized regions—two where the magnetic orientation switches direction and two where they do not—as shown below. These reversals in magnetic orientation between adjacent bit regions are called "transitions."[3]



| No Reversal in Magnetic Orientation Between Adjacent Bit Regions | A Reversal in Magnetic Orientation Between Adjacent Bit Regions |
|---|---|
| S → N   S → N | S → N   N ← S |
| N ← S   N ← S | N ← S   S → N |

13.     HDDs typically use one of two different recording formats to write data to the disk. The first is so-called "Non-Return-to-Zero" (NRZ).  In NRZ recording, a binary "1" is recorded with a positive level in the magnetization waveform and the binary "0" is recorded with a negative level in the same waveform.  '601 Patent at col. 1:24-27.  As such, any time the binary sequence transitions from 0 to 1 or from 1 to 0, the direction of the current in the write head reverses, thereby reversing the magnetic field it generates and as a result reversing the magnetic orientation of the bit region on the disk being written relative to the prior, adjacent bit region.  This creates a magnetic transition, whose orientation can be viewed as either positive or negative.  The transition type shown at the top right of the chart above can be referred to as a "positive transition" (e.g., corresponding to a transition from 0 to 1) and the transition type shown at the bottom right of the chart can be referred to as a "negative transition" (corresponding to a transition from 1 to 0).   Conversely, in NRZ recording, if the data bit to be written is same as the prior bit (e.g., 00 or 11), the write head does not reverse the magnetization of the bit region relative to the prior region.

14.     The second common recording format is Non-Return-to-Zero Inverted (NRZI).  With

---

[3] In perpendicular magnetic recording, the transitions are also between adjacent bit regions along the recording track, although in perpendicular magnetic recording the magnetic orientations are up-and-down (i.e., perpendicular to the plane of the recording medium).

Declaration of Prof. Steven W. McLaughlin
CASE NO. 3:18-CV-00821-EJD-NMC

NRZI, if the data bit to be written to the disk is a binary "1," the direction of the current in the write head reverses, thereby reversing the magnetization of the bit region on the disk being written, creating a magnetic transition, either positive or negative.  Conversely, if the data bit to be written is a binary "0," the write head does not reverse the magnetization of the bit region relative to the prior region.  '601 Patent at col. 1:29-32.  Thus, in NRZI recording, a transition in the magnetic recording layer represents a binary "1" in the data sequence to be written.

## B.   Reading Data From a Disk

15.   To read the written data, the read head, flying above the rotating disk, detects the variations in the magnetic flux that are stored on the medium and converts the sensed magnetic fields into a continuous, analog electrical signal called the "readback signal."  The read channel hardware, circuitry and algorithms process the readback signal to detect the written data by detecting the sequence of transitions and non-transitions.

16.   After equalization, a data detector determines the data written to the disk based on the readback signal by detecting the sequence of transitions and non-transitions written to the disk. Early HDD read channels used "peak" or "threshold" detectors.  If the readback signal, after rectification, was beyond a threshold voltage value, a transition was detected.  Peak detection works adequately only at low data densities when the intersymbol interference (ISI) effects are small. Beginning in the early 1990s, the HDD industry started moving to more sophisticated detectors, in particular "partial response maximum likelihood" or "PRML" detectors to accommodate the increased ISI effect with higher data densities.  PRML detectors are digital sequence detectors that use digitized samples of the readback signal and some form of "maximum likelihood sequence detector" (MLSD), such as a Viterbi detector, to both model the ISI that occurs in the readback signal and estimate the most likely sequence of data written to the disk based on digitized samples of the readback signal.  In the presence of noise and misequalization, however, the readback signal

7

samples will deviate from their expected, noiseless values.

17.     Using a trellis-based search, a Viterbi detector considers various bit sequences and efficiently compares the corresponding expected partial response channel output value with the readback signal sample values to determine the most likely sequence written to the disk.  Below is an example of a simple trellis having 8 states (or nodes) at each time instance.  The 8 nodes correspond to the 8 different 3-bit sequences (e.g., 000, 001, …, 111).  In this example, assume NRZ recording is used.  Each "000" node in the top row represents a sequence of nontransition-nontransition.  The second row of nodes, the "001" nodes, represent a sequence of nontransition-transition; and so on.



18.     Note that in this example there are two "branches" leaving each node, representing the fact the next bit to be stored is either a 0 or a 1.  Thus, there are two branches leaving the 000 node to either (i) the node 000, indicating that the next region was a nontransition; or (ii) the node 001, indicating that the next region is a transition (and in particular, a positive transition, 0 to 1).

Declaration of Prof. Steven W. McLaughlin
CASE NO. 3:18-CV-00821-EJD-NMC

19.     There is a one-to-one correspondence between a stored sequence (NRZ or NRZI) written to the disk and a "path" through the trellis.  Namely, corresponding to the sequence stored on the disk, the path is made up of a series of branches end-to-end and also corresponds to a sequence of transitions and nontransitions written to the disk.   The red path above corresponds to the 6-bit sequence 0-0-1-1-1-0.

20.     The paths also correspond to sequences of transitions and nontransitions on the magnetic disk.  In this example, assuming NRZ recording, the data sequence 0-0-1-1-1-0 corresponds to a sequence of NT-T-NT-NT-T (where "NT" represents a non-transition and "T" represents a transition).  Using the example "bar" magnet notation above for LMR, the binary sequence 0 0 1 1 1 0 for the red path through the trellis above corresponds to the sequence of magnetized bit regions recorded on the disk shown below.  The diagram below shows how the three branches shown in the trellis correspond to transitions and nontransitions of the recorded sequence.



21.     To detect the sequence of transition/nontransitions written to the disk, the Viterbi detector computes so-called "branch metric values" for branches of the trellis, and sums the branch

9

metric values for branches along various paths through the trellis to compute a so-called "path metric value." The branch metric value for a branch is the measure of the distance (or error) between the signal sample value(s) of the readback signal and the expected (or "target") channel output value(s) for the branch. The target values could be, for example, -1, 0 and +1, depending on whether the branch represents negative transition, a nontransition, or a positive transition respectively. The "path metric value" for a given path is the sum of the branch metric values for the branches along the path, so a path metric value can be thought of as the cumulative distance (that is, error) between the error-free target and the readback signal for the sequence of branches along a particular path. The sequence corresponding to the path with the best (lowest) path metric value is the detector's determination of the most likely sequence of transitions/nontransitions written to the disk.

C.      **Problems Addressed by the '601 Patent**

22.     One problem experienced with sequence detectors is that there are write patterns (i.e., recorded NRZ or NRZI input sequences) whose corresponding path metrics for many possible readback signals are "close" in distance. That is, there are certain recorded patterns that often result in readback signals having small numerical differences between the path metric values. This means that there are data sequences whose corresponding trellis paths (and path metric values) are "close" to each other numerically, which closeness can be the dominant source of errors in detecting the written data. Since the sequence detector chooses the path with the lowest path metric value as the most likely sequence of transitions/nontransitions recording to the magnetic recording layer, other trellis paths that have small numerical distances from the selected path are the most likely error paths. That is, small amounts of noise might affect the path metric value computations such that an incorrect, but numerically close, path can appear to the detector to be the correct path (i.e., have the lower path metric value). These "error paths" or "error patterns" are the most likely errors to occur during the detection process. The error rate of a sequence detector can be too high (e.g., above a

10

desired level) if the detector consistently selects error patterns associated with these "close" trellis paths and sequences.  '601 Patent, col. 18-26.

23.     Figure 1 of '601 Patent shows four exemplary write pattern pairs that tend to cause sequence detection errors (see below).  It is important to note that each of these patterns has at least two consecutive transitions in the stored data pattern.  And the patterns for each pair differ in that the middle three pulses are opposite for each pair.

Pairs of Written Patterns from Figure 1 of the '601 Patent

| | |
|---|---|
| 1{ | Middle 3 pulses high-low-high |
| | Middle 3 pulses low-high-low |
| 2{ | Middle 3 pulses low-high-low |
| | Middle 3 pulses high-low-high |
| 3{ | Middle 3 pulses high-low-high |
| | Middle 3 pulses low-high-low |
| 4{ | Middle 3 pulses low-high-low |
| | Middle 3 pulses high-low-high |

24.     As an example, the upper pattern in Pair 1 above represents a sequence of transition-transition-transition-nontransition (or T-T-T-NT), as shown below, since the signal goes from low to high, then high to low, then low to high, then stays high.

T          T          T          NT

The lower pattern in Pair 1 represents a sequence of nontransition-transition-transition-transition (or

11

NT-T-T-T), as shown below.



25.     The two sequences are shown in the trellis diagram below in blue and green lines respectively, assuming in this example that each pattern was preceded by three consecutive zeros (so that both paths start at 000) and assuming NRZ recording.  The **blue path** shows the last five bits in the sequence are 01011, corresponding to transition-transition-transition-nontransition, which corresponds to the upper write pattern in Pair 1 of Figure 1 of the '601 Patent.  The last five bits for the **green path** are 00101, corresponding to nontransition-transition-transition-transition, which corresponds to the lower write pattern in Pair 1 of Figure 1 of the '601 Patent.



The path metric values for these two paths will very often be close numerically for low and moderate

noise cases.  '601 Patent at col. 3:53-60.  In cases where the noise is sufficiently large, even though the green path is the true (correct) path, the sequence detector will select the blue path instead of the green path (or vice versa) an unacceptably high number of times since it picks the path with the lowest path metric value.  That is, the Bit Error Rate (or BER), the rate at which the detector makes errors in reading the data, will be unacceptably high. [4]

26.     One way that the prior art attempted to address this problem was through so-called runlength limited (RLL) codes.  RLL codes place rigid constraints on the sequences of bits that are recorded on the disk.  RLL codes have d and k constraints where d and k are, respectively, the minimum and maximum number of non-transitions between transitions.  RLL(d=1,k) codes were common at the time of the '601 Patent.  '601 Patent, col. 1:21-42.  Such codes require at least one nontransition between transitions because d=1.  RLL(d=1,k) codes, however, are only a partial solution because they eliminate all of the write patterns in Figure 1 of the '601 Patent (shown above) because they all have at least two consecutive transitions.  The consequence of using such a RLL code is that the rate penalty is too large to see any coding gain.   '601 Patent, col. 4:15-22.

27.     To explain "rate penalty," I wish to first explain the "code rate" or "information rate" of an error correction code, which is the proportion of the data stream that is useful (non-redundant). In many contexts, including MTR codes, the code rate can be computed as the ratio of the dataword bit size (m) to the code word bit size (n), in other words m÷n (or m/n).  The "efficiency" of the code is the ratio of the rate to the capacity for the channel, i.e., the upper bound on the rate at which information can be reliably transmitted over the channel.  '601 Patent, col. 5:8-10.  The "rate penalty" is the difference between the capacity and the code rate.  For example, if a code has a rate of 0.7500 and the channel has a capacity of 0.8681, the code efficiency is 0.8640 (computed as

---

[4] Bit Error Rate is the rate at which errors occur in the transmission of digital data.  In the context of a HDD, it is the rate at which the detector incorrectly reads the data.  See '601 Patent at col. 2:18-20 (describing errors in sequence detectors).

Declaration of Prof. Steven W. McLaughlin
CASE NO. 3:18-CV-00821-EJD-NMC

0.7500/0.8681).  And the rate penalty is 0.8681 minus 0.7500, or 0.1181 in this example.

28.     The rate penalty for RLL(1,k) codes that eliminate back-to-back transitions, as explained above, is too great to be used in a modern, high density HDD read channel.  In other words, the cost in data density resulting from inserting a non-data-representing "0" between each transition (because d=1) outweighs the gain from being able to more easily read the data written to the disk.  Further, attempts to compensate for the large rate penalty of such a RLL code in turn translates to increased noise in the system.  '601 Patent, col. 4: 22-24.

### D.    The Inventive MTR Codes of the '601 Patent

29.     To reduce the probability of bit errors by the detector (i.e., improve BER), the '601 Patent proposes a coding scheme that is different from the RLL codes that were used at the time of invention.  The '601 Patent coins the term "Maximum Transition Run" or "MTR" for these codes. MTR codes eliminate more than j consecutive transitions, where $j \geq 2$.  For example, if j = 2, then write patterns with back-to-back transitions are permitted (unlike RLL (1,k) codes), but patterns with more than two consecutive transitions are prohibited.  As another example, if j=3, back-to-back-to-back transitions (as well as back-to-back and isolated transitions) are allowed, but patterns with four or more consecutive transitions are not allowed.  As a result, most of the minimum distance pairs in Figure 1 of the '601 Patent are still eliminated, again reducing the bit error probability.  As such, the j constraint eliminates error-prone sequences (e.g., the minimum distance pairs shown in Figure 1 if j=2), which reduces the likelihood that the detector will make a bit error when reading the data (i.e., reduces the bit error probability).  '601 Patent at col. 4:8-12.  In addition, the coding scheme of the '601 Patent simultaneously imposes an RLL k constraint on the maximum number of nontransitions (k) between transitions.  '601 Patent, col. 4:46-48.  As such, a MTR encoder receives a dataword of m bits in length and encodes it into an n-bit code word, where m < n, and subject to the j and k constraints.  *Id*., col. 4:46-60.

14

30.     One of the advantages of MTR codes over the prior art is the BER improvement through the constraint j on the number of consecutive transitions can be achieved with a relatively high code rate (and hence a lower rate penalty).  Another advantage of MTR codes over the prior art is that they eliminate the "close" error patterns that were discussed previously (see Figure 1 of the '601 Patent).  As a result, for relatively small rate penalty, the detector can withstand more noise and/or higher data density.  For example, coding gains of several dB can be achieved ('601 Patent, col. 7:38) with high rate codes.  '601 Patent, Figs. 5A-5D (showing the rates for various MTR codes).

31.     An example of a 4/5 MTR (2,8) code is shown in Figure 6 of the '601 Patent.  In this example, assuming NRZI recording where a 1 indicates a transition and a 0 indicates a nontransition, 4-bit datawords are encoded into 5-bit codewords (a rate 4/5 code), where the codewords satisfy the j=2 and k=8 constraints.  That is, there are no more than two consecutive 1s in the codewords (consecutive magnetic transitions) and the maximum number of consecutive 0s is eight (when codeword 10000 precedes codeword 00001).

*Fig. 6*

DATAWORD • CODEWORD

0000 • 10000
0001 • 00001
0010 • 00010
0011 • 10001
0100 • 00100
0101 • 00101
0110 • 00110
0111 • 10110
1000 • 01000
1001 • 01001
1010 • 01010
1011 • 10010
1100 • 01100
1101 • 01101
1110 • 10100
1111 • 10101

32.     To realize the coding gain available from MTR codes, the sequence detector can be

15

modified.  For example, the Viterbi trellis of the sequence detector can have the paths corresponding to a prohibited sequence (e.g., a sequence with more than j transitions) removed.  '601 Patent, col. 6:66 to col. 7:4.  This sometimes referred to in the industry as "trellis pruning," i.e., the prohibited trellis paths are "pruned" from the trellis.

### E.  Person Having Ordinary Skill in the Art

33.     A person having ordinary skill in the art (a "PHOSITA") in the field to which the '601 Patent pertains would be someone working in the electrical engineering field and specializing in data coding and detection techniques used in connection with reading data from various storage media such as hard disk drives and optical media.  Such a person would have had at least a bachelor's degree in electrical engineering with several years (three or more) of work experience in the industry. Accordingly, such as person would have studied and been familiar with traditional data coding and detection techniques and devices including RLL codes, peak detectors, and sequence detectors, such as Viterbi detectors.

## IV.  CONSTRUCTIONS OF CLAIM TERMS

### A.  "transitions"

| UMN's Proposed Construction | |
|---|---|
| "transitions" | a reversal in the magnetic orientation of adjacent bit regions along a recording track of a magnetic recording medium |

34.     As is clear from the description above, a PHOSITA would recognize that the hallmarks of the '601 Patent's MTR codes are the j and k constraints on the number of consecutive transitions and nontransitions in the recorded waveform.  To that end, claim 13 recites as steps both "generating no more than j consecutive transitions of said sequence in the recorded waveform such that j > 2" and "generating no more than k consecutive sample periods of said sequences without a transition in the recorded waveform."  '601 Patent, col. 10:55-59.

16

35.     In my opinion, when read in light of the '601 Patent's specification, a PHOSITA would understand the claim term "transition" in claim 13 to mean a reversal in the magnetic orientation of adjacent bit regions along a recording track of a magnetic recording medium. There are several reasons for this.

36.     First, the ordinary meaning of the term "transition" to a PHOSITA in the field of magnetic data storage is a reversal in the magnetic orientation of adjacent bit regions along a recording track of a magnetic recording medium. My opinion is supported by several books and academic papers on data storage, including a paper cited in the '601 Patent itself, that use the term "transition" in precisely this way. For example:

(a)     P. Siegel, "Recording Codes for Digital Magnetic Storage," IEEE Trans. on Magnetics, Vol. 21, No. 5, pp. 1344-49, 1986 (UMN_0000563) (cited in '601 Patent at col. 1:34-36) describes "transitions" as "changes in the polarity of the magnets along the track" as shown below.

## 2. THE DIGITAL MAGNETIC RECORDING CHANNEL

Most magnetic disk storage devices in use today employ saturation recording to place the data on the disk, followed by peak detection during the readback step to recover the information. Figure 1 illustrates schematically the essential elements of the process. The data are recorded on the magnetic medium by orienting magnets along a concentric track, as shown at the top left of the figure. The magnets are oriented either in the direction of motion of the head around the track, or in the opposite direction (at least in conventional "horizontal" recording). The remaining portions of the figure show the relationship of the pattern of magnetization to the recorded bits, as dictated by the modulation scheme (known as NRZI precoding) which converts the bit stream to a 2-level write current signal for the recording head. The symbols "1" in the bit stream are recorded as "transitions" or changes in the polarity of the magnets along the track. During the readback process, the inductive read head transforms the sequence of transitions into a stream of pulses of alternating polarity. The clocking circuit (VFO, or variable-frequency oscillator) uses these pulses to maintain a synchronized timing window for the detector, which locates the pulse peaks in time. The information can then be reconstructed by placing a recovered bit "1" in any window in which a peak was detected, and a bit "0" otherwise.

(b)     K. Ashar, <u>Magnetic Disk Drive Technology</u>, IEEE Press, 1997 at p. 45 (UMN_0000140) and pp. 197-237 (UMN_0000165-205) describes how a transition

17

occurs at each recorded "1" in NRZI recording where the polarity of the bit regions

reverses, as shown below.



      Figure 3.3 illustrates write and read sequences. Figure 3.3a shows a sequence of data in the form of a series of "ones" and "zeros." In one method of storing this sequence of data, the current through the head coil must reverse at each "one" and not reverse at each "zero" (Fig. 3.3b). When this is done during disk rotation, the magnetization of the disk medium along a disk track looks as in Figure 3.3c. A magnetic ==transition occurs at each "one"== and not at each "zero."

      Let's turn now from *writing* data to *reading* data. The operation occurs in reverse. As a written transition passes under the head, a small change in the yoke magnetization occurs (Fig. 3.3d). This change in yoke magnetization induces a voltage in the coil that is sensed by the disk drive electronics (Fig. 3.3e). This occurs each time a transition passes under the head.

**Figure 3.3** Writing and reading data.

(c)     H. Neal Bertram, <u>Theory of Magnetic Recording</u>, Cambridge University

Press, 1994 at pp. 207-209 (UMN_0000214-217) describes how the "essence of the

recording process is to produce ***reversals of magnetization***," as shown below.

### The magnetic recording process

Here, a qualitative discussion of the writing process in longitudinal recording is given, including the formation of 'hard' and 'easy' ==transitions==. The essence of the recording process is to produce ==reversals of magnetization== according to the input record-head current. The writing process yields alternately 'hard' and 'easy' transitions. In Fig. 8.2, a positive record-head field is sketched that is oppositely directed to an assumed initial 'DC' reversed magnetization (at remanent level $-M_r$). In a region $(H_h > H_c)$ near the gap, the head field exceeds the coercivity, and

Declaration of Prof. Steven W. McLaughlin
CASE NO. 3:18-CV-00821-EJD-NMC

37.     Second, the '601 Patent's use of the term "transition" corresponds with how a PHOSITA would understand the term.  For example, at col. 2:59-61, the '601 Patent states that "[m]ore specifically," the MTR codes of the '601 Patent impose "a limit on the maximum number of consecutive transitions that can occur in the written magnetization pattern in magnetic recording."  A PHOSITA could not read that sentence and conclude that the MTR codes of the '601 Patent are used to limit transitions other than magnetic transitions in magnetic recording.  *See also* col. 2:40-42 ("present invention relates to a channel coding technique to improve data storage devices such as magnetic computer disk drives and professional and consumer tape recorders").

38.     Third, the '601 Patent also consistently stresses that the "transitions" described and disclosed are magnetic transitions.  For example, the summary section of the '601 Patent states that "the present invention relates to a channel coding technique to improve data storage devices such as magnetic computer disk drives and professional and consumer tape recorders."  '601 Patent, col. 2:40-42.  In the next paragraph of the summary, the '601 Patent gets "[m]ore specific[]," stating that "the MTR code imposes a limit on the maximum number of consecutive transitions that can occur in the written ***magnetization pattern*** in magnetic recording."  *Id.*, col. 2:59-61.  A PHOSITA could not read the summary of the '601 Patent and conclude that the claimed MTR codes are used to limit transitions other than magnetic transitions in magnetic recording.  Thus, the "transitions" in claim 13 are magnetic transitions according to the specification.

39.     Finally, UMN's proposed construction is consistent with the non-technical ordinary meaning of "transition," which is "a passage from one state, stage, subject or place to another: change."  See Appendix B at 1254; see also Appendix C at 1287.  In this context, the change from one state to another is the reversal in the magnetic orientation between adjacent bit regions.

40.     For these reasons, in my opinion, when read in light of the specification of the '601 Patent, a PHOSITA would understand the term "transition" in claim 13 to mean a reversal in the

19

magnetic orientation of adjacent bit regions along a recording track of a magnetic recording medium.

**B.** **"recoded waveform" and "the encoded waveform"**

| UMN's Proposed Constructions ||
| --- | --- |
| "recorded waveform" | a waveform recorded to a magnetic recording medium |
| "the encoded waveform" | the recorded waveform |

41.     The preamble of claim 13 refers to encoding datawords into codewords "in a recorded waveform."  In my opinion, a PHOSITA would understand that the "recorded waveform," when read in light of the specification of the '601 Patent, is a waveform recorded to a magnetic recording medium.

42.     As described above, the '601 Patent discloses a coding scheme intended to reduce bit error probability through the j constraint, which limits the number of consecutive magnetic transitions.  *See* '601 Patent, col. 2:59-61 ("a limit on the maximum number of consecutive transitions that can occur in the written ***magnetization pattern*** in ***magnetic*** recording"); col. 2:40-42 ("present invention relates to a channel coding technique to improve data storage devices such as ***magnetic*** computer disk drives and professional and consumer tape recorders").

43.     Moreover, the only relevant waveforms referred to in the specification of the '601 Patent are "magnetization" waveforms and the discussion of the "magnetization waveform" is part of a discussion about magnetic recording.  *See* 601 Patent, col. 1:21-36.[5]

44.     Claim 13 also recites "imposing a pair of constraints (j;k) on ***the encoded waveform***…"  In my opinion, a PHOSITA would understand "the encoded waveform," when read in light of the specification, to be the recorded waveform.

---

[5] Col. 1:39 refers to a "readback waveform," which is the waveform detected by the read head, i.e., the "readback signal," which is not a waveform recorded on the recording medium, so therefore that term as used in the '601 Patent is not relevant to the meaning of the "recorded waveform" recited in claim 13.

20

45.     The preamble of claim 13 explains that the claimed method *encodes* datawords into codewords "in a *recorded* waveform."  Thus, the "recorded waveform" must comprise encoded codewords; and a PHOSITA would understand from the preamble that the "recorded waveform" is an encoded, recorded waveform.

46.     The body of claim 13 also is consistent with UMN's proposed construction.  At col. 10:53-54, claim 13 refers to "*the* encoded waveform."  By using the antecedent "the," a PHOSITA would understand that the "encoded waveform" is previously referred to in the claim.  The only waveform previously referred to in the claim is the "recorded waveform" referred to in the claim preamble, which recorded waveform has encoded data as described above. Thus, a PHOSITA would understand that the encoded waveform refers to the recorded waveform with the encoded data.

47.     The prosecution history also supports UMN's proposed constructions.  The December 16, 1997 Amendment contains the following passage (*see* UMN_0000750):

> In sharp contrast to Iketani et al., the present invention provides an apparatus for encoding *m*-bit binary datawords into *n*-bit binary codewords, in a recorded waveform, where *m* and *n* are preselected positive integers such that *n* is greater than *m*, including a receiver means for receiving the dataword; encoder means coupled to the receiver means, for producing sequences of fixed length codewords; means for imposing a pair of constraints (j;k) on the waveform wherein the j constraint is defined as the maximum number of consecutive transitions allowed on consecutive clock periods in the encoded waveform; said sequences generating no more than *j* consecutive transitions in the recorded waveform such that *j* is an integer equal to or greater than 2; and said sequences generating no more than *k* consecutive sample periods without a transition in the recorded waveform. The k constraint in the present invention is defined in a manner similar to standard RLL codes.  It is included with the j constraint to facilitate synchronization in the receiver.

This passage explains that the j and k constraints are imposed "on the waveform," which refers to the previously referred to "*recorded* waveform," which has the encoded n-bit binary codewords. This passage also says that the "j constraint is defined as the maximum number of consecutive transitions allowed on consecutive clock period in the *encoded* waveform" and that the generated sequences have "no more than j consecutive transitions in the *recorded* waveform." Here, the terms "recorded waveform" and "encoded waveform" are used interchangeably, which supports my view that "the encoded waveform" is the "recorded waveform," especially given that the second and third lines of this passage explain that the *encoded* codewords are "in a *recorded* waveform."

48.     In that connection, a PHOSITA would not be confused about the scope of claim 13 due to the terms "encoded waveform" and "recorded waveform." In contrast, a PHOSITA would understand that the "encoded" and "recorded" waveforms refer to the same waveform, and as such understand with reasonable certainty the scope of claim 13.

49.     Further, the term "waveform" would not be unclear to a PHOSITA in light of the specification. A PHOSITA would understand a "waveform" in general to mean a continuous signal that varies over time. This common understanding is used in the '601 Patent. In particular, in the context of the NRZ and NRZI recording formats, the '601 Patent specification refers to a "magnetization waveform" and what the levels of the magnetization waveform should be to record data. 601 Patent, col. 1:24-26. A PHOSITA would understand this waveform to be the waveform supplied to the write head that writes the data to the magnetic disk, since the "magnetization waveform" effectively tells the write head how the bit regions on the disk should be recorded in order to write the data to the disk. My opinion is supported by Wang and Taratorin, <u>Magnetic Information Storage Technology</u>, Academic Press, 1999 at p. 208 (Appendix D), which shows a continuous signal output from the "channel encoder" to the write head as shown below:

Declaration of Prof. Steven W. McLaughlin
CASE NO. 3:18-CV-00821-EJD-NMC



FIGURE 8.1.   Typical magnetic recording channel.

My opinion is also supported by Ashar, at p. 199 (UMN_0000167), which shows a continuous "write current" waveform for writing the data to the disk, as shown below.



Figure 8.3  Disk drive write and read.

50.     Also, the prosecution history supports this common understanding of the meaning of

Declaration of Prof. Steven W. McLaughlin
CASE NO. 3:18-CV-00821-EJD-NMC

"waveform."  Appendix A of the December 16, 1997 Amendment shows different magnetization

waveforms for various bit sequences as shown below.  See UMN_0000757.



C.    **"imposing a pair of constraints (j;k)"**

| UMN's Proposed Constructions | |
|---|---|
| "imposing" | establishing or applying by authority |
| "constraint" | something that restricts, limits or regulates |
| "a pair of constraints (j;k)" | j and k are separate constraints.  The j constraint reduces the bit error probability of the magnetic recording system by removing error-prone write patterns.  The k constraint ensures timing recovery. |

51.    Claim 13 recites the step of "imposing a pair of constraints (j;k) on the encoded

waveform."  In my opinion, the terms "imposing" and "constraint" do not have specialized technical

24

meanings.  Therefore, a PHOSITA would interpret those terms according to their ordinary meaning.

Ordinary dictionaries define "impose" to mean "to establish or apply by authority" (see Appendix B

at 582) or "to establish or apply as compulsory" (see Appendix C at 646).  They also define

"constraint" as a "constraining condition" (Appendix B at 248) and "something that restricts, limits

or regulates."  In that connection, a PHOSITA would understand the phrase "imposing a pair of

constraints" to have its ordinary meaning, i.e., establishing or applying by authority two (i.e., a

"pair") separate things that restrict, limit or regulate.

52.     I note that the file history for the '601 Patent uses the term "restrictive condition" as a

meaning for "constraint."  See December 16, 1997 Amendment (UMN_0000750 and 751) (shown

below).

> One of the distinguishing aspects of the present invention includes
> that j be equal to or greater than two.  The most restrictive condition is when j=2.  In
>
> * * *
>
> consecutive clock periods, and three consecutive clock periods.  All sequences
> containing j+1 or more consecutive transition on consecutive clock periods are
> prohibited because they violate the restrictive conditions.

In my opinion, that is similar to the above dictionary definitions and as such "restrictive condition"

would also be an acceptable construction for "constraint."

53.     In my opinion, a PHOSITA would understand that the constraints j and k are separate,

different constraints.  My opinion is supported by the '601 Patent in that (i) it designates the

constraints with different letters signifying they are not the same and (ii) the specification of the '601

Patent confirms that they are not the same by describing the two constraints differently.  Prior to the

25

'601 Patent and MTR codes in general, the j constraint did not have a recognized meaning in the field. The j constraint is described in the '601 Patent as reducing the bit error probability of the magnetic recording system by removing error-prone write patterns, in particularly by removing (or prohibiting) write patterns with more than j consecutive transitions. This is clear from the first paragraph of the "Summary of the Invention" at col. 2:40-49, which states:

> ## SUMMARY OF THE INVENTION
>
> 40   The present invention relates to a channel coding technique to improve data storage devices such as magnetic computer disk drives and professional and consumer tape recorders. The coding scheme, which is referred to herein as the maximum transition-run (MTR) coding, eliminates certain error-prone binary data patterns from the allowable set of input data patterns that are to be recorded in the storage medium. As a consequence, the final bit error rate is improved significantly when the original data bits are reproduced. This improvement in the bit error rate can be traded

This passage unequivocally explains to a PHOSITA that the j constraint "eliminates certain error-prone binary data patterns," which has the "consequence" of improving "significantly" the bit error rate of the overall recording system.

54.   Col. 4:8-30 describes the j constraint similarly, where the inventors state:

26

> To obtain a coding gain (improvement in minimum dis-
> tance due to coding), the minimum distance pairs shown in
> 10  FIG. 1 must be eliminated. In accordance with the present
> invention, this can be accomplished using the existing RLL
> (1,k) code, which does not allow consecutive transitions.
> The minimum requirement for producing a coding gain in
> this situation is to remove one pattern from each pair of
> 15  minimum distance sequences. RLL (1,k) codes eliminate
> both patterns associated with all the minimum distance pairs
> and thereby result in fewer patterns available to the encoder.
> Consequently this imposes the need to map input data to a
> small set of patterns resulting in a lower code rate (the ratio
> 20  of the number of input bits to output bits). Further, this
> increases the speed and bandwidth at which the detector
> must operate to produce data bits at a particular speed. An
> increase in noise bandwidth translates to increased noise in
> the system, which works against the coding gain. The idea
> 25  of MTR coding is to eliminate all sequences with three or
> more consecutive transitions, but allow the dibit pattern to
> survive in the recorded sequence. Thus, with MTR coding,
> the dominant error events will be prevented as with (1,k)
> coding, but the required code rate is much better than that of
> 30  the typical (1,k) RLL code.

This passage reiterates to a PHOSITA that the j constraint eliminates error-prone write patterns, e.g., the minimum distance pairs in shown in Figure 1 for a case where j=2. A PHOSITA would understand that the "improvement in minimum distance" referred to in this passage results in BER improvement. Indeed, the connection between minimum distance and error rates is expressed at col. 2:18-20, where the inventors explain that most bit errors by the sequence detector are the result of minimum distance patterns, which the MTR j constraint eliminates. *See also* col. 3:53-60 (explaining that the "primary source of errors" in sequence detectors is the "inability … to distinguish minimum distance patterns"). To that end, col. 3:3-7 of the '601 Patent discloses that the BER performance of the recording system is improved with MTR codes.

55.     The BER improvement due to the MTR j constraint is repeated at col. 7:31-40, which explains that in higher order partial response maximum likelihood (PRML) systems, such as $E^2PR4$, the elimination of the error-prone patterns results in a signal-to-noise ratio (SNR) gain of 2.218 dB

27

Declaration of Prof. Steven W. McLaughlin
CASE NO. 3:18-CV-00821-EJD-NMC

(for j=2).

56.     In light of these passages from the specification, a PHOSITA wound understand that the j constraint reduces the bit error probability of the magnetic recording system by removing error-prone write patterns (by removing (or prohibiting) write patterns with more than j consecutive transitions).

57.     The '601 Patent specification makes clear that the k constraint ensures timing recovery, distinguishing it from the j constraint.  For example, col. 3:16-17 states, "To facilitate *timing recovery*, the usual maximum runlength constraint is also imposed on 0's."  This sentence clearly refers to the k constraint because the k constraint imposes a runlength on nontransitions (i.e., a 0 in NRZI recording).

58.     The above-sentence also refers to the "*usual* maximum runlength constraint."  A PHOSITA would understand the use of the term "usual" to refer to the fact that the k constraint in claim 13 is just like the k constraint in prior art RLL codes, as confirmed by the '601 Patent at col. 4:48, which refers to the k constraint as "the usual RLL constraint."  As described in the "Background of the Invention" section of the '601 Patent at col. 1:29-41, the k constraint in RLL codes is the "maximum number of consecutive 0's between any two 1's" in NRZI recording and "guarantees that a change in the readback waveform will occur at regular intervals for the purpose of synchronizing a phase locked loop to the data."

59.     Other parts of the '601 Patent teach that the k constraint in MTR codes is the same as in RLL codes.  For example, col. 4:49 states that "k is the usual RLL constraint," which "must be included for timing recovery."  In addition, Figure 4 shows the capacities for MTR j=2 codes for various "RLL k constraints."

60.     Thus, when read in light of the specification, a PHOSITA would understand that the k constraint of the inventive MTR codes of the '601 Patent is the same as the k constraint of RLL

28

codes.  Further, a PHOSITA would understand that the k constraint in RLL codes (and hence in MTR codes) ensures timing recovery, e.g., ensuring an adequate frequency of transitions for synchronization of the read clock.  This is confirmed by the '601 Patent at the Abstract, col. 3:16 and 4:49, which all state that the k constraint provides "timing recovery."

**D.**   **"m-bit binary datawords," "n-bit binary codewords" and "producing sequences of n-bit codewords"**

| UMN's Proposed Constructions | |
|---|---|
| "m-bit binary datawords" | a sequence of symbols that is m-symbols long, where each symbol takes on one of two possible values, and the sequence is an input to the encoding process |
| "n-bit binary codewords" | a sequence of symbols that is n-symbols long, where each symbol takes on one of two possible values, and that is an output of the encoding process |
| "producing sequences of n-bit codewords" | the claimed encoding process produces, as output, sequences of bits, wherein each sequence is n-bits long |

61.   The preamble of claim 13 states a "method for encoding ***m-bit binary datawords*** into ***n-bit binary codewords*** in a recorded waveform, where m and n are preselected positive integers such that n is greater than m …."

62.   As described in the '601 Patent, the "datawords" are turned (or mapped) into "codewords" by the "encoding" method of claim 13.  See e.g., '601 Patent at col. 4:31 to col. 5:20 and Fig. 6.  Thus, a PHOSITA would understand that the "datawords" are inputs to the encoding process and the codewords are the output.

63.   A PHOSITA also would understand that both the "datawords" and the "codewords" comprise binary sequences, i.e., a string of symbols, where each symbol can only take one of two possible values, e.g., 0 or 1, as the word "binary" modifies both "datawords" and "codewords" in the preamble of claim 13.  The possible values are known to a PHOSITA as "bits," short for "BInary digiT," which a PHOSITA would understand to be the basic unit of information in a binary system.

29

Once again, Figure 6 confirms my opinion because all of the listed datawords and codewords are strings of bits.

64.     Finally, the preamble of claim 13 states that the datawords are m-bits long and the codewords are n-bits long, where n > m, such that the codewords are longer than the datawords. Again this is clear from Figure 6, where the codewords are five bits long and the datawords are four bits long.

65.     In my opinion, therefore, when read in light of the specification, a PHOSITA would understand that:

> (a)     an "m-bit binary dataword" is a sequence of bits that is m-bits long and that is an input to the encoding process.  In other words, it is a sequence of symbols that is m-symbols long, where each symbol takes on one of two possible values, and the sequence is an input to the encoding process; and
>
> (b)     an "n-bit binary codeword" is a sequence of bits that is n-bits long and that is an output of the encoding process and.  In other words, it is a sequence of symbols that is n-symbols long, where each symbol takes on one of two possible values, and that is an output of the encoding process.

66.     Further, when read in light of the specification, a PHOSITA would understand with reasonable certainty that the step of "receiving binary datawords" in claim 13 refers to receiving the m-bit binary datawords.  There are several reasons for this.  One is the similarity between the terms "m-bit binary datawords" and "binary datawords."  Two is that the step of "receiving binary datawords" precedes the step of "producing sequences of n-bit codewords," which sequencing aligns with the sequencing in the preamble.  That is, the preamble states that the m-bit binary datawords are encoded into n-bit binary codewords, which aligns with the steps in the body of claim 13, where binary datawords are received and then encoded into the binary codewords.  In other words, for the

30

claimed m/n encoding method to operate, the m-bit binary datawords need to be received in order to the encoded into n-bit binary codewords.  A PHOSITA would understand this from the specification because the specification describes encoding, for example, 4-bit datawords into 5-bit codewords. *See* '601 Patent at Fig. 6.  Thus, a PHOSITA would understand that "binary datawords" that are received must be of length m-bits.

67.    In my opinion, when read in light of the specification, a PHOSITA would also understand that the "n-bit codewords" referred to in the phrase "producing sequences of n-bit codewords" are the same as the "n-bit **binary** codewords" referred to in claim 13's preamble.  The term "binary" in this context is redundant because it is implicit in the word "codeword;" i.e., the codewords are binary strings.  Moreover, the step of "producing sequences of n-bit codewords" follows the step of "receiving binary datawords," which sequencing aligns with the sequencing in the preamble.  That is, the preamble states that the m-bit binary datawords are encoded into n-bit binary codewords, which aligns with the steps of claim 13, where the datawords are "received," such that the n-bit binary codewords are "produced" by the encoding process.

68.    Therefore, when read in light of the specification, a PHOSITA would understand "producing sequences of n-bit codewords" to mean that the claimed encoding process produces as an output n-bit binary codewords.  That is, the claimed encoding process produces, as output, sequences of bits, where each sequence is n-bits long.

**E.**     **<u>"generating no more than j consecutive transitions of said sequences in the recorded waveform such that j ≥2"</u>**

| UMN's Proposed Constructions ||
|---|---|
| "generating no more than j consecutive transitions of said sequences in the recorded waveform" | the encoding of the codewords is performed so that sequences (two or more) of n-bit codewords in the recorded waveform have no more than j consecutive "transitions" |

69.    This step of claim 13 recites "generating no more than j consecutive transitions" such

that "$j \geq 2$."  A PHOSITA would understand with reasonable certainty this to mean that claim 13

covers cases where j reduces the bit error probability of the magnetic recording system by removing

error-prone write patterns and is greater than or equal to two.  For example, if j=2, the claimed

encoded method of claim 13 would be permitted to record a sequence with one isolated transition or

back-to-back transitions, but three or more consecutive transitions would not be permitted  (because

"***no more than*** j consecutive transitions" are permitted).  Thus, one isolated transition could be

written so long as the encoding process prohibits three or more consecutive transitions for the case

where j=2.  This is clear from Figure 6 of the '601 Patent, where j=2 and some codewords have one

isolated transition (e.g., 00010)[6]; some have back-to-back transitions (e.g., 01100); but no codewords

have three or more consecutive transitions.

70.     This step of claim 13 further recites "generating no more than j consecutive

transitions ***of said sequence*** in the recorded waveform…"  A PHOSITA would understand that "said

sequence" here refers to sequences of codewords.  That is clear for at least two reasons.  First, the

antecedent "said" suggests that the "sequence" is referred to earlier in the claim and the earlier

sequences referred to in the claim are the sequences of n-bit codewords.  For that reason, the fact that

"of said sequence" in this claim step is singular, whereas "sequences" is plural in the rest of claim

13, would not confuse a PHOSITA since "said sequence" clearly refers to a the produced sequences

of codewords.  In other words, a PHOSITA would have reasonable certainty as to the scope of the

claim.  Second, the specification of the '601 Patent describes the invention in a manner consistent

with UMN's proposed construction.  Specifically, the '601 Patent provides that the recorded data,

which is made up of the produced sequences of codewords, has no more than j consecutive

transitions.  *See e.g.*, '601 Patnet, col. 2:59-61 ("the MTR code imposes a limit on the maximum

number of consecutive transitions that can occur in the written magnetization pattern in magnetic

---

[6] Figure 6 assumes the NRZI recording format where a transition is indicated by a "1."  *See* '601
Patent, col. 4:31 to col. 5:20.

Declaration of Prof. Steven W. McLaughlin
CASE NO. 3:18-CV-00821-EJD-NMC

recording"). Thus, a PHOSITA would understand with reasonable certainty that this means that the recorded waveform, which is comprised of sequences of codewords, has no more than j consecutive transitions.

71.     Therefore, a PHOSITA would understand the phrase "generating no more than j consecutive transitions of said sequences in the recorded waveform" to mean that the encoding of the codewords is performed so that sequences (two or more) of n-bit codewords in the recorded waveform have no more than j consecutive "transitions," i.e., with no more than j consecutive reversals in the magnetic orientation of adjacent bit regions along a recording track of the magnetic recording medium.

F.     **"generating no more than k consecutive sample periods of said sequences without a transition in the recorded waveform"**

| UMN's Proposed Constructions | |
| --- | --- |
| "consecutive sample periods" | consecutive recording (or bit) regions (or cells) on the magnetic recorded media |
| "generating no more than k consecutive sample periods of said sequences without a transition in the recorded waveform" | the encoding of the codewords is performed so that sequences (two or more) of n-bit codewords in the recorded waveform have no more than k consecutive bit regions (or cells) without a "transition" |

72.     A PHOSITA would understand that "consecutive sample periods" in this phrase refers to consecutive recording (or bit) regions (or cells) on the magnetic recorded media. My opinion is consistent with the '601 Patent.

73.     This claim term refers to the "consecutive sample periods" in the context of "the recorded waveform." A PHOSITA would understand this teaching to mean that the "consecutive sample periods" are related to the recording medium.

74.     The '601 Patent specification similarly uses the term "sample periods" in the context of the recording medium. In the "Background of the Invention" section of the '601 Patent, at around

33

col. 2:10-15, the '601 Patent describes the sequence detector and states that "the response of the channel to an input symbol typically extends over several **sample periods**." That is describing intersymbol interference (ISI). The readback signal generated by the read head is typically sampled once per bit region. However, the value of a sample in the readback signal corresponding to a particular bit region on the disk is influenced by the signals from nearby bit regions, or "sample periods," on the recording track because of ISI. For these reasons, a PHOSITA would understand that "consecutive sample periods" refer to consecutive bit regions on the recording medium (e.g., recording track of the disk).

75. Still further, for these reasons, a PHOSITA would understand with reasonable certainty from the specification of the '601 Patent that this phrase, including the term "sample periods of said sequences … in the recorded waveform," means that when the sequences of produced codewords are recorded to the recording medium, there are no more than k consecutive bit regions on the recording medium without a transition.

76. In this claim term, "of the sequences" refers to the sequences of n-bit codewords. Claim 13 recites the step "producing sequences of n-bit codewords," so "of the sequences" refers to sequences of codewords. This is consistent with the specification, which describes an example of particular "codewords … occur[ring] **in sequence**." '601 Patent, col. 5:19-20. Since "sequences" is plural, a PHOSITA would understand that there has to be two or more such sequences.

77. A PHOSITA would, therefore, understand the phrase "generating no more than k consecutive sample periods of said sequences without a transition in the recorded waveform" to mean that the encoding of the codewords is performed so that sequences (two or more) of n-bit codewords in the recorded waveform have no more than k consecutive bit regions (or cells) without a "transition," i.e., without a reversal in the magnetic orientation of adjacent bit regions along a recording track of the magnetic recording medium.

34

### G.  **"wherein the consecutive transition limit is defined by the equation 2≤j≤10"**

| UMN's Proposed Construction | |
|---|---|
| "wherein the consecutive transition limit is defined by the equation 2≤j≤10" | the j constraint must be between 2 and 10, inclusive |

78.     The phrase appears in claim 14, which depends from claim 13.  A PHOSITA would understand that the "consecutive transition limit" refers to the j constraint in claim 13, because the j constraint in claim 13 is a consecutive transition limit.  My opinion is supported by the equation in the later part of this claim term, which uses the term "j," indicating that j is the "consecutive transition limit."  Also, the numeric constraints on j in claim 14, i.e., j is greater than or equal to 2 but less than or equal to 10, is a subset, and therefore consistent with, the limitation on j in claim 13, which requires that j is greater than or equal to two.  This further reinforces that the "consecutive transition limit" refers to the j constraint in claim 13.

79.     A PHOSITA would understand that the phrase "is defined by the equation $2 \leq j \leq 10$" means that j must be between 2 and 10, inclusive, according to claim 14.

### H.  **"NRZ recording format"**

| UMN's Proposed Construction | |
|---|---|
| "NRZ recording format" | a format for recording data where one binary value (e.g., a "1") is represented by a positive level in the magnetization waveform, and the other binary value (e.g., a "0") is represented by a negative level in the magnetization waveform, corresponding to different directions in the magnetizations in the recorded medium |

80.     This claim limitation is in claim 17.  The NRZ recording format is well-known in the HDD industry.  "NRZ" stands for Non-Return to Zero, meaning that the waveform is either positive or negative during writing, but not at zero.  As such, a binary "1" can be recorded with a positive level of the waveform and a binary "0" can be recorded with a negative level of the waveform.  The

positive and negative levels result in oppositely magnetized bit regions.  See Ashar at pp. 202-203 (UMN_0000170-171); Wang & Taratorin at pp. 208-210 (Appendix D).

81.     The '601 Patent explains the NRZ recording format in precisely this way, stating: "With the Non-Return-to-Zero (NRZ) recording format, where the binary '1' represents a positive level in the magnetization waveform and the binary '0' negative level in the same waveform." '601 Patent at col. 1:24-29.

82.     Thus, when read in light of the specification of the '601 Patent, a PHOSITA would understand that a "NRZ recording format" is a format for recording data where one binary value (e.g., a "1") is represented by a positive level in the magnetization waveform, and the other binary value (e.g., a "0") is represented by a negative level in the magnetization waveform, corresponding to different directions in the magnetizations in the recorded medium.  The phrase "when used in conjunction with the NRZ recording format," therefore, means when used in conjunction with the NRZ recording format as defined above.  The recitation of transitions and nontransitions (i.e., "consecutive 0's" and "consecutive 1's") are the conditions for the NRZ recording format.  Thus, claim 17 essentially recites the MTR j and k constraints for the NRZ recording format.

83.     It should be noted that UMN's proposed construction is not limited to a case where a binary "1" is recorded with a positive level in the magnetization waveform and a binary "0" is recorded with a negative level.  It also covers, for example, where a binary "0" is recorded with a positive level and a binary "1" is recorded with a negative level.

I.      <u>**"wherein the binary sequences produced by combining codewords have no more than one of j consecutive transitions from 0 to 1 and from 1 to 0"**</u>

| UMN's Proposed Construction | |
|---|---|
| "wherein the binary sequences produced by combining codewords have no more than one of j consecutive transitions from 0 to 1 | the NRZ recording format is used to record the data, where transitions occurs in the binary sequence that is recorded where a 0 is followed immediately by a 1 and where a 1 is followed immediately by a 0, and there are no more than j |

| and from 1 to 0 | such consecutive transitions |
| --- | --- |

84.     This claim limitation is in claim 17, which refers to the NRZ recording format described above.  Claim 13, from which claim 17 depends (indirectly) recites the step of "producing sequences of n-bit codewords."  As mentioned above, the n-bit codewords are binary sequences and "combining codewords" in this context means putting them end-to-end (i.e., one after the other).  *See* '601 Patent, col. 6:12-13 (k=7 when certain codewords "are combined" because those codewords, when placed end-to-end, will have 7 consecutive 0s, but no more).

85.     In NRZ recording, two bits are needed to specify a transition, i.e., 01 or 10.  In an example where j=3, "no more than one of j consecutive transitions from 0 to 1 and from 1 to 0" means that a sequence of 001011 is permissible since it has only three consecutive transitions as shown below:



But a sequence of 001010 would not be permissible because it has 4 consecutive transitions.  The "no more than one of" language recognizes that the transitions could go the other direction, e.g., 01 or 10.  For example, the sequences 001011 or 110100 each have 3 consecutive transitions.

86.     Thus, when read in light of the specification of the '601 Patent, a PHOSITA would understand that this claim limitation describes the j constraint for a NRZ recording format.  In other words, a PHOSITA would understand that "wherein the binary sequences produced by combining codewords have no more than one of j consecutive transitions from 0 to 1 and from 1 to 0" to mean that the NRZ recording format is used to record the data, where transitions occurs in the binary sequence that is recorded where a 0 is followed immediately by a 1 and where a 1 is followed immediately by a 0, and there are no more than j such consecutive transitions.

Declaration of Prof. Steven W. McLaughlin
CASE NO. 3:18-CV-00821-EJD-NMC

**J.**   **"no more than one of k+1 consecutive 0's and k+1 consecutive 1's"**

| UMN's Proposed Construction | |
|---|---|
| "no more than one of k+1 consecutive 0's and k+1 consecutive 1's" | the NRZ recording format is used to record the data, where the longest run of 0s or 1s in the combined codewords is no more than k |

87.   This phrase is also used in claim 17 and describes the k constraint for a NRZ recording format. In claim 13, from which claim 17 depends indirectly, k is the limitation on consecutive non-transitions, so more than k non-transitions violates the code.  In NRZ recording, two bits are needed to specify a transition, i.e., 01 or 10.  As such, k+1 consecutive 0s and k+1 consecutive 1s both have k consecutive non-transition.  For example, if k=7, then 8 consecutive 0s (00000000) and 8 consecutive 1s (11111111) each have 7 consecutive nontransitions.  Thus, when read in light of the specification of the '601 Patent, a PHOSITA would understand that this claim limitation describes the k constraint for a NRZ recording format.  In other words, a PHOSITA would understand that "wherein the binary sequences produced by combining codewords have … no more than one of k+1 consecutive 0's and k+1 consecutive 1's" to mean that the NRZ recording format is used to record the data, where the longest run of 0s or 1s in the combined codewords is no more than k.

**V.   THE CLAIM CONSTRUCTION OPINIONS OF PROF. SOLJANIN IN HER DECLARATION IN THE IPR**

88.   I reviewed the declaration of Prof. Emina Soljanin filed in the IPR for the '601 Patent.  In it, she makes several explicit and implicit construction opinions which I explain below.

**A.**   **"transitions"**

89.   I cannot find in Prof. Soljanin's declaration where she explicitly construed the term "transitions" in claim 13, but apparently she construed "transition" to mean a "1" in the NRZI modulated data strings in Okada (Ex. 1007).  That unsupported and unexplained assumption led her

38

to conclude incorrectly that the NRZI modulated string 0011000100000 in Okada has "no more than exactly two (2) consecutive transitions in the recorded waveform following NRZI modulation." Soljanin Dec. at ¶ 95. In my opinion, the only way that she could have made this conclusion is to equate a "1" in the NRZI string with a "transition." However, a "1" in Okada's NRZI string corresponds to pulses for Okada's optical head 3. Ex. 1007, col. 1:28 to col. 2:14. As such, a "1" in Okada's NRZI-modulated strings are not transitions. To that end, Prof. Soljanin's declaration never explains how a "1" in the Okada's NRZI modulated sequences, which corresponds to an "on" pulse from Okada's optical head (*see* Okada at Fig. 1), allegedly equates to a transition in the recorded waveform, as Prof. Soljanin contends in her declaration at ¶ 95.

**B.** **"recorded waveform" and "the encoded waveform"**

90.    At ¶ 94 of her Declaration, in discussing the Okada reference, Prof. Soljanin contrasts the "encoded waveform" with the "recorded waveform," stating the "encoded waveform" is "output from the block converter" and that the "recorded waveform" is "'recorded to an optical disk' following NRZI modulation." Figure 6 of Okada, shown below, shows the "block converter" 10 that performs 8-to-13 encoding described in the Okada patent, and the NRZI modulator 6 that performs NRZI modulation of the output of the block converter 10, with the output of the NRZI modulator 6 being written to the disk 5. I read Prof. Soljanin's ¶ 94 as saying that the output of the block converter 6 is the "encoded waveform" and the output of the NRZI modulator 6, which is written to the disk 5, is the "recorded waveform."



Declaration of Prof. Steven W. McLaughlin
CASE NO. 3:18-CV-00821-EJD-NMC

91.     In my view, this opinion is inconsistent with the specification of the '601 Patent and the language of claim 13.  The '601 Patent specification does not refer to an encoded waveform that is separate from a recorded waveform.  Instead, it refers to a "magnetization waveform" that is used to record the data to the disk.  Col. 1:24-26.  This discussion of the "magnetization waveform" is in the context of the NRZ and NRZI "*recording* formats."  Col. 1:24-33.  Thus, the "magnetization waveform" is for recording data.  Further, the data that are recorded with the magnetization waveform are encoded, with either a MTR code according to the invention of the '601 Patent, or with a RLL code according to prior art that is discussed in the '601 Patent.

92.     Further, claim 13 introduces the "encoded waveform" with the antecedent "the," which suggests that the encoded waveform refers to an earlier recitation in claim 13.  The only earlier "waveform" in claim 13 is the "recorded waveform" in the preamble.  Further, the preamble explains that the recorded waveform has encoded codewords.  Thus, a PHOSITA would not interpret the "encoded waveform" as being different from the "recorded waveform."

## VI.     CONCLUDING REMARKS

93.     I am a U.S. citizen, a resident of the United States, over 18 years of age, and mentally competent to make this declaration.  I have personal knowledge of the facts stated in this declaration and could testify competently to them if asked to do so.

94.     I am being compensated in this matter for my time at a rate of $550 per hour.  I have no financial interest in the outcome of this litigation involving the '601 Patent.

95.     I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true, and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

40

1   Executed on this ___13___ th day of March, 2018 in Atlanta, Georgia

2

3

4                                                   Steven W. McLaughlin

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

41

**APPENDIX A**

Summary of Roles and Experience
**STEVEN W. McLAUGHLIN**
Georgia Institute of Technology (1996-present)

## • Dean, College of Engineering and Southern Company Chair (2017-present)

- Lead the largest engineering college in the US with:
  - → 435 tenure-track faculty, 500+ other research, teaching, and administrative staff;
  - → 13,000 students in BS, MS, and PhD programs and 120,000 alumni;
  - → $400M in annual expenditures in research, education, and administration

## • Chair, School of Electrical and Computer Engineering (2012-2017)

- Led the largest ECE program in the US with responsibility for:
  - → 115 tenure-track faculty, 150+ other research, teaching, and administrative staff;
  - → 2400+ students in BS, MS, and PhD programs;
  - → $94M in annual expenditures and 600+ sponsored research projects;
  - → Exceeding fundraising goal in Campaign Georgia Tech ($174M raised by ECE team).

- *Initiatives included:*

  - *CREATE-X:* co-founder of a campus-wide effort to start 100+ student-led companies per year through a series of Learn-Make-Launch courses and experiences.
  - A new maker space focused on electronics, embedded processors and analog (15,000 s.f., $11.2M, to be completed Jan. 2018);
  - Have the largest female undergraduate enrollment in School history at 18% (national avg is 12%); co-leading a campus-wide effort on diversity and inclusion creating a network of D+I councils;

## • Vice Provost for International Initiatives & Steven Denning Chair (2007-2012)

- Led Georgia Tech's global strategy and engagement in research, education, and economic development. Was the first person to hold and define the role, including:

  *Campus Leadership in Global Engagement:*

  - Led the creation of *GT-GPS: Georgia Tech's Global Positioning Strategy*;
  - Oversaw the growth of student participation in study and work abroad from 25% to 46%;
  - Received the honor "Chevalier de l'Ordre National du Merite" from the President of France.

  *Georgia Tech Global Inc.:* Part of the team that created and led this 501(c)(3) organization to better manage risk and engage more flexibly internationally.

## • Deputy Director, Georgia Tech Lorraine, Metz, France (2004-2007)

- Responsible for Atlanta operations and development of research programs, leading to the establishment of the GT-CNRS Unite Mixte Internationale (UMI); co-leader of 2006 GTL Strategic Plan.

## • Assistant, Associate, and Ken Byers Professor (1996-present)

- 250+ refereed publications and 36 US patents; advisor to 50+ postdocs and students;
- first GT recipient of the PECASE Award (1998); NSF CAREER Award (1997);
- President of the IEEE Information Theory Society (2005), elected IEEE Fellow (2006);
- co-founded one startup company, early member in two others.

**STEVEN W. McLAUGHLIN**

*Dean and Southern Company Chair*                        (work) 404-894-6825
*College of Engineering*                                 (mobile) 470-494-4727
*Georgia Institute of Technology, Atlanta, GA*           email: swm@coe.gatech.edu

<u>EDUCATION</u>

**UNIVERSITY OF MICHIGAN**, Ann Arbor, MI
- *Doctor of Philosophy, EE: Systems*, 1992.
- Advisor: David L. Neuhoff.

**PRINCETON UNIVERSITY**, Princeton, NJ
- *Master of Science in Engineering*, 1986.
- Participated in AT&T Bell Laboratories One-Year-on-Campus (OYOC) Program.

**NORTHWESTERN UNIVERSITY**, Evanston, IL
- *Bachelor of Science in Electrical Engineering*, 1985.

<u>EMPLOYMENT HISTORY AND EXPERIENCE</u>

**GEORGIA INSTITUTE OF TECHNOLOGY**                              1996-present
- *Dean, College of Engineering and Southern Company Chair*      (2017-present)
- *School Chair and Steve W. Chaddick Chair*, School of ECE      (2012-2017)
- *Vice Provost for International Initiatives*, Office of the Provost   (2007-2012)
- *Steven A. Denning Chair in Global Engagement*, Office of the Provost.  (2011-2012)
- *President*, Georgia Tech Global, Inc.                         (2009-2012)
- *Deputy Director and Director of Research*, Georgia Tech Lorraine  (2004-2007)
- *Professor* (2012-present), *Ken Byers Professor* (2004-2012), *Associate Professor* (1999-2004) *Assistant Professor* (1996-1999).

**WHISPER COMMUNICATIONS, LLC**, *Co-Founder and Chairman*.      2009-2016

**CALIMETRICS, Inc.**, *Principal Scientist*.                    1999-2005

**ROCHESTER INSTITUTE OF TECHNOLOGY**, Department of Electrical Engineering   1992-1996
- *Assistant Professor* (1992-1994), *Associate Professor* (1994-1996)

**AT&T BELL LABORATORIES**, Murray Hill, NJ                      Summer 1990, 1991
- *Member of Technical Staff, Mathematical Sciences Research Center*.

**BOOZ, ALLEN & HAMILTON, Inc.**, Bethesda, MD                   1986-1988
- *Senior Consultant, Security Practice*.

**AT&T BELL LABORATORIES**, Whippany, NJ                         1985-1986
- *Member of Technical Staff, Signal Processing Laboratory*.

**HIGHER ACHIEVEMENT PROGRAM**, Washington, DC                   1986-1988
- *Teacher*. Taught algebra, trigonometry and elementary computer science full- and part-time to high achieving, junior high school students.

**EASTMAN KODAK CO.**, Rochester, NY                             1982-1985
- *Co-op student*. Spent semesters in test engineering, manufacturing technology, research, and advanced development.

## HONORS AND DISTINCTIONS

- **Chevalier de l'Ordre National du Merite**, "Knight of the National Order of Merit," given by President of the France for distinguished service; the second highest civilian award in France (2011).

- **President**, IEEE Information Theory Society, 2005 (includes roles as Second Vice President, First Vice President, First Past President, Second Past President, 2002-2007).

- **Fellow**, Institute of Electrical and Electronics Engineers, "For contributions to information theory and digital recording technology" (2006).

- **IEEE Communication Society & Information Theory Society Joint Paper Award** (2011) for "Wireless Information-Theoretic Security," by M. Bloch, J. Barros, M. Rodrigues and S. McLaughlin, published in the *IEEE Transactions on Information Theory*, vol. 54, no. 6, pp. 2515-2534.

- **Distinguished Faculty Achievement Award,** School of Electrical and Computer Engineering, Georgia Institute of Technology (2009, highest award given by the School).

- **D. Scott Wills Distinguished Mentor Award,** School of Electrical and Computer Engineering, Georgia Institute of Technology (2013).

- **Technical Achievement Award, Information Storage Industry Consortium.** Cited for "pioneering contributions to multilevel optical disc technology," (with Dr. David Warland, 2002).

- **Friend of the Graduate Student Award**, Georgia Tech Graduate Student Association (2002).

- **Presidential Early Career Award for Scientists and Engineers (PECASE)**. Cited by President Clinton for "leadership in the development of optical recording systems capable of storing information in high capacity nonbinary formats." First Georgia Tech recipient (1998).

- **National Science Foundation CAREER award** (1997).

## BOARD MEMBERSHIPS

- **National Science Foundation**, International Science and Engineering Advisory Board, 2012-present. Chair of 2014 Committee of Visitors of OISE, 2017 Committee of Visitors.

- **Georgia Tech Research Institute (GTRI),** Advisory Board, 2015-present.

- **University of Michigan**, Advisory Board Member, College of Engineering, 2017-present.

- **University of Colorado-Boulder**, Advisory Board Member, College of Engineering, 2017-present.

- **Michigan State University**, Advisory Board Member, Dept. of Electrical and Computer Engineering, 2016-present.

- **North Carolina State University**, Advisory Board Member, Dept. of Electrical and Computer Engineering, 2014-2017

- **University of South Florida**, Advisory Board Member, Dept. of Electrical Engineering, 2014-2017.

- **Georgia Tech Lorraine,** Advisory Board, 2011-present.

- **Electrical and Computer Engineering Department Heads Association**, Board Member At Large, 2014-present.

- **Southeast Center for Electrical Engineering Education**, Chairman and Member of Board of Directors, 2013-present.

- **World Economic Forum**, Knowledge Advisory Board, 2010-2012.

- **Global Alliance of Technological Universities,** (members include Caltech, Georgia Tech, Imperial College, ETH, IIT-Bombay, NTU, Shanghai Jiaotong University) Co-Founder and Member of Advisory Committee. 2009-2103.

- **Metro Atlanta Chamber of Commerce**, Global Strategy Board, 2011-2012.

- **Korea Institute for Advanced Technology**, Atlanta Research and Business Development Hub Advisory Board, 2011-2012.

3

- **Georgia Tech Global, Inc.**, President and Director, 2009-2013.
- **Georgia Tech Center for International Business Education and Research (Georgia Tech College of Management)** Advisory Board Chair, 2008-2012.
- **The Logistics Institute Asia Pacific**, Advisory Board Co-Chair, 2008-2012.
- **Rochester Institute of Technology**, Advisory Board Member, Dept. of Electrical Engineering, 2002-2009.
- **IEEE Information Theory Society Board of Governors**, 1999-2008.
- **IEEE Publications Activities Board,** Member-at-Large (1998-2001)
- **Starzent,** Technical Advisory Board, 2002-2009.
- **Polarizonics,** Technical Advisory Board , 2002-2005.

### _Ph.D. STUDENTS GRADUATED_

1. Mohammed Asmat Khan: _"Trellis-coded, residual vector quantization,"_ May 1999 (co-advised with Mark J.T. Smith, currently at COMSATS Institute of Information Technology, Islamabad, Pakistan).

2. Kofi Anim Appiah: _"Interleaved concatenated coding for constrained channels,"_ December 2000 (joined Texas Instruments, Dallas, TX).

3. Ravi Sivsankaran: _"Sequential decoding of recursive systematic convolutional codes,"_ December 2000 (currently at Mayflower Communications, Bedford, MA).

4. Suparna Datta: _"Results on coding for M-ary constrained channels,"_ December 2000 (joined as Visiting Assistant Professor Northeastern University, Boston, MA).

5. Laura McPheters: _"Turbo coding for partial response channels,"_ April 2001 (joined as Assistant Professor at Northern Illinois University).

6. Cenk Argon: _"Turbo product codes with applications to data storage and optical communications,"_ December 2002 (joined Seagate Technology, Bloomington, MN).

7. Pornchai Supnithi: _"M-ary optical data storage,"_ December 2002 (currently Associate Professor, Department of Telecommunication Engineering, King Mongkut's Institute of Technology, Bangkok, Thailand).

8. Andrew Thangaraj: _"Iterative coding for optical fiber and data storage,"_ August 2003 (currently Associate Professor at India Institute of Technology-Madras).

9. Jeongseok Ha: _"Punctured LDPC codes,"_ December 2003 (currently Associate Professor at Korea Advanced Institute of Technology (KAIST), Daejeon, Korea).

10. Estuardo Licona: _"Coding and capacity for $M$-ary optical recording systems,"_ May 2004 (joined Marvell Semicondutor, Fremont, CA).

11. Aravind Nayak: _"Timing recovery for turbo-coded systems,"_ August 2004 (co-advised with John Barry, joined Agere Systems, Longmont CO).

12. Majid Fozunbal: _"Coding and information-theoretic aspects of multiple antenna communication systems,"_ December 2004 (co-advised with Ron Schafer, joined Hewlett Packard Labs, Palo Alto, CA).

13. Olivier Lambert-Guerreau: _"Multidimensional Quantum Key Distribution with Single Side Pulse and Single Side Band Modulation Multiplexing,"_ December 2005 (joined TOTAL, Paris, France).

14. Yogesh Sankarasubramanium: _"New capacity-approaching codes for run-length-limited channels,"_ May 2006 (currently at Hewlett Packard Labs, Bangalore, India)

15. Shayan Srinivasa: _"Constrained coding and signal processing for holographic memories,"_ May 2006 (currently Assistant Professor, Indian Institute of Science, Bangalore, India).

4

16. Souvik Dihidar: *"Coding for security and the wiretap channel,"* December 2006 (joined Marvell Semiconductor, Santa Clara, CA).

17. Jaehong Kim: *"LDPC codes for next generation wireless communications,"* December 2006 (joined Samsung Advanced Institute of Technology, Seoul, Korea).

18. Woonhaing Hur: *"Incremental redundancy LDPC codes for hybrid ARQ schemes,"* January 2007 (joined Samsung Electronics, Seoul, Korea).

19. Rajesh Narasimha: *"Information theory and machine learning in networks and automated feature extraction,",* December 2007 (co-advised with Prof. Chuanyi Ji, joined Texas Instruments, Dallas, Texas).

20. Matthieu Bloch: *"Physical Layer Security,"* May 2008 (joined as Assistant Professor, School of Electrical and Computer Engineering, Georgia Tech-Lorraine).

21. Pierrick Burgain: *"On the control of airport departure times,"* December 2010 (co-advised with Eric Feron, School of Aerospace Engineering).

22. Demijan Klinc: *"On the applications of puncturing in error correction coding,"* May 2011 (joined Apple, Inc.).

23. Arunkumar Subramanian: *"Coding techniques for information-theoretic strong secrecy on wiretap channels,"* December 2011 (joined Link-A-Media, Inc., Fremont, CA).

24. Jiaxi Xiao: *"Information Theoretic Applications in Security and Data Storage,"* May 2012 (joined IntercontinentalExchange Inc., Atlanta, GA).

25. Willie Harrison: *"Physical layer security: practical aspects of channel coding and cryptography,"* August 2012, (joined University of Colorado, Colorado Springs)

26. Elnaz Banan Sadeghian: *"Multidimensional Signal Processing in Patterned Media ,"* December 2016, (co-advised with John Barry, joined Qualcomm.)

- *M.S. STUDENTS GRADUATED*
  1. Demijan Klinc, May 2005.
  2. Tarek Kouman, May 2002.
  3. Sarat Krishnan, May 2003.
  4. Christopher Smith, May 2000.
  5. Jian Luo, May 1996.
  6. Kannnan Panchapakesan, M.S. May 1995.

- *POSTDOCTORAL RESEARCHERS*
  1. Dr. Bane Vasic (1995-1996)
  2. Dr. Toshihiko Morita (2000)
  3. Dr. Jeongseok Ha (2003-2004)
  4. Dr. Sunghwan Kim (2005-2006)
  5. Dr. Hyoungsuk Jeon (2010-2013)

- *M.S. PROJECTS SUPERVISED (all at Rochester Institute of Technology)*
  1. Lee Minich: *"Trellis coded quantization,"* 1996.
  2. Igor Spivak: *"Methods for Signal Presence Detection on the Narrowband HF Channel,"* 1996.
  3. David Arcoraci: *"Real Time Video Compression using Linear Prediction,"* 1996.
  4. Michael Meath: *"Personal Communications Systems,"* 1995.
  5. Alan Baker: *"Wavelet transforms and image coding,"* 1994.
  6. David Hunter: *"Advanced error correcting codes,"* 1994.
  7. Theophilus Ike: *"Cryptography as a secure speech communication approach,"* 1993.
  8. Suleiman Isa Wali: *"The coordinate cryptosystem,"* 1993.
  9. Samuel Adeosun: *"Multiple access communications systems,"* 1993.
  10. Krich Cheosakul: *"Sigma- delta modulation,"* 1993.

11. Mark Abumeri: *"Data communications over HF channels,"* 1994.
12. Wei Wang: *"Noisy Channel Quantization,"* 1993.

- *UNDERGRADUATE RESEARCH PROJECTS (UROP) ADVISED*
  1. Andrew Adams: B.S. May 1994 (Rochester Institute of Technology).
  2. Suarav Agrawal: B.S. May 1995 (Rochester Institute of Technology).
  3. Umar Faruqui: B.S. May 1997.
  4. Kristen Schaeffer: B.S. May 1998.
  5. Sergey Timofeev: B.S. 2003.
  6. John Parish: B.S./M.S. 2007.
  7. David Lindberg: B.S./M.S. 2008.

## EXTRAMURAL FUNDED RESEARCH

1. **Planning Grant: an ECE Community Building Organization** (PI: G. Pappas, co-PIs: S. Batalama, S. McLaughlin, W. Sanders, J. Janowiak)
   Funding source: NSF, $100,000                                      9/1/2016 - 6/1/17
2. **Vision, Branding and Advocacy: A workshop to shape the future of ECE** (PI: McLaughlin, co-PIs: G. Pappas, W. Sanders, J. Janowiak)
   Funding source: NSF, $60,000                                      12/1/2015 - 3/1/16
3. **MRI: Development of the Robotarium: A Shared, Remote Access Multi-Robot Laboratory** (PI: Egerstedt, co-PIs: Eric Feron, Raheem Beyah, Steve McLaughlin)
   Funding source: NSF, $1,500,000                                   9/1/2015 - 9/1/18
4. **Synchronization and Detection for Two-Dimensional Magnetic Recording** (co-PI with John Barry)
   Funding source: Advanced Storage Technology Consortium, $350,000       9/1/2011 - 9/30/15
5. **Georgia Research Alliance Phase 2: Whisper Communications (awarded to GT)**
   Funding source: Georgia Research Alliance, $95,000                 12/31/10 - 9/30/11
6. **SBIR Phase 1: Wireless Security (awarded to Whisper Communications)**
   Funding source: National Science Foundation, $150,000             7/1/10 - 1/31/11
7. **Georgia Research Alliance Phase 1: Whisper Communications (awarded to GT)**
   Funding source: Georgia Research Alliance, $49,000                 5/1/09 - 12/31/10
8. **Georgia Research Alliance Phase 0: Whisper Communications (awarded to GT)**
   Funding source: Georgia Research Alliance, $8,000                  1/1/09 - 5/1/09
9. **Secure Communications for the Wiretap Channel**
   Funding source: ETRI Korea, $140,000                              9/1/08 - 9/1/10
10. **Franco-American Doctoral Network Planning Grant,** (co-PI with M. Scott, Univ. of Florida and M. Loots UIUC)
    Funding source: National Science Foundation, $20,000             9/1/07 - 9/1/08
11. **Georgia Tech/University of Science and Technology-Lille (France)**
    Funding source: Franco-American Council on Educational Services, $150,000   9/1/07 - 12/31/09
12. **High speed secure quantum networks (HQNet)** (co-PI with Prof. Paul Voss, collaboration with eight researchers at 3 universities, 2 companies)
    Funding source: Agence Nationale de la Recherche, $1,240,000      1/1/07 - 12/31/09
13. **Thales Research and Technology** (Served as Institute's PI, funds went to six faculty)
    Funding source: Thales Research and Technology, $650,000          9/1/06 - 10/1/07
14. **Physical Layer Security - Quantum and Classical Techniques**
    Funding source: CNRS (Unite Mixte Internationale), $120,000       1/1/07 - 1/1/09
15. **Physical Layer Security - Information Theoretic Security in Wireless Systems and More**
    Funding source: NSF, $240,000                                    10/1/06 - 10/1/09
16. **Reliable and Secure Distributed Storage Systems**
    Funding source: Seagate Research, $306,000                        3/1/07 - 3/1/11
17. **M-ary methods in holographic storage** (Co-PI with A. Adibi)
    Funding source: AFOSR, $361,000                                  5/1/05 - 5/1/08

18. **Secure communications with quantum techniques** (co-PI with A. Thangaraj (IIT-Madras) and J. Merolla (CNRS) )
    Funding source: Foreign Ministries of France and India, $175,000                1/05-1/07

19. **Coding and signal processing for next generation recording systems** (co-PI with John Barry)
    Funding source: NSF, $375,000                                                  9/04-9/07

20. **Channel design for MEMs-based probe storage**
    Funding source: Seagate Technology, $143,000                                   9/03-9/05

21. **Advanced coding in next generation wireless systems**
    Funding source: Samsung Advanced Institute of Technology, $480,000             1/03-1/07

22. **Georgia Tech / Texas Instruments Leadership University Research in DSP** (led by J. McClellan)
    Funding source: Texas Instruments, $120,000 (SWMcL portion)                    4/02-4/07

23. **Multi-antenna, coded wireless systems,** (Co-PI with G. Stuber, J. Barry, J. Li, M. Ingram)
    Funding source: NSF ITR, $1,800,000                                          10/1/01-10/1/04

24. **Ultra high density holographic storage,** (Co-PI with A. Adibi and F. Fekri)
    Funding source: AFOSR, Amount: $540,000                                      10/1/01-10/1/04

25. **Iterative codes for optical networks.**
    Funding source: CIENA Corporation, $77,000                                    3/1/01-4/1/02

26. **Low density codes for hard drives.**
    Funding source: Fujitsu Laboratories, $148,000                                4/1/01 - 9/1/03

27. **Signal processing considerations for perpendicular recording,** (Co-PI with J. Barry)
    Funding source: Seagate Technologies, $105,000                                7/1/00-7/1/03

28. **Hardware implementation of iterative methods for magnetic recording channels.**
    Funding source: Seagate Technologies, $169,000                                7/1/00-7/1/03

29. **Low density coding methods for magnetic recording.**
    Funding source: Texas Instruments, $50,000                                    3/1/00-3/1/02

30. **Error control codes: from theory to commercialization,** (Co-PI with F. Fekri, R. Mersereau, R. Shafer)
    Funding source: Cutting Edge Research Grant, $100,000                         7/1/99-7/1/00

31. **Turbo coding and timing recovery for high density digital magnetic recording**
    Funding source: Information Storage Industries Consortium (INSIC), $225,000   9/1/99-7/1/05

32. **Fundamental limits and coding for M-ary recording channels**
    Funding source: NSF- CAREER/PECASE, $500,000                                10/1/97-7/1/02

33. **Modulation Encoding for M-ary PDM and Phase-Change Recording**
    Funding source: NIST/Calimetrics, $328,000                                  10/1/97-9/1/01

34. **Source-channel coding for low-rate speech coding**
    Funding source: General Electric, Corporate Research and Development, $29,579  10/1/96-10/1/97

35. **Coding for Nonbinary Recording Channels**
    Funding source: NSF GOALI, $85,551                                           9/1/95-12/31/96

36. **Advanced Coding and Signal Processing for High Density Optical Recording**
    Funding source: Optex Communications Corp. $103,550                           6/1/95-7/31/96

37. **Vector Quantization for Noisy Channels**
    Funding source: NSF, Research Initiation Award. $116,291                      6/1/93-12/31/96

38. **Image Compression in a Tactical Environment** (Co-PI with M. Raghuveer, H. Rhody)
    Funding source: Harris/RF Communications, $129,284                            6/1/95-7/31/96

39. **Lossless Compression of High Fidelity Audio**
    Funding source: NSF, Research Experiences for Undergraduates. $45,000         6/1/93-12/31/96

40. **M-ary Coded Modulation for the High Density Optical Recording Channel**
    Funding source: NIST/Optex Communications. $82,448                           3/1/93-6/1/94

_SERVICE ACTIVITIES_

- **External evaluator:**

  - National Science Foundation, Office of Int'l Science and Engineering, (Committee of Visitors, March 2018)
  - National Science Foundation, Office of Int'l Science and Engineering, (Chair, Committee of Visitors, March 2015)
  - School of Engineering, Washington University in St. Louis (Chair, March 2016)
  - Dept. of Electrical Engineering, SUNY Buffalo (Chair, November 2015)
  - International Program Strategy, Case Western Reserve University, (September 2010)
  - International Program Strategy, The Ohio State University, (May 2009)
  - International Program Strategy, Emory University, (Chair, May 2009)

- **Institute of Electrical and Electronics Engineers (IEEE):**

  - **IEEE Information Theory Society:** _President (2005), First Vice President_ (2004), _Second Vice President_ (2003), _Junior Past President_ (2006), _Senior Past President_ (2007), _Board of Governors_, (1999-2007), _Committee Chair, Electronic Products_ (1999-2005), _Committee Chair, 50th Anniversary Cumulative Index,_ (1997-1998), _Committee Member, Transactions Policy Review Committee_, (1997-2003), _Publications Committee, (2001-2007)_, _Awards Committee (Chair), (2006-2008)_,_Nominations Committee, (2004-2007)_.

  - **Associate Editor:** _IEEE Transactions on Information Theory_, 2006-2008.

  - **Publications Editor:** _IEEE Transactions on Information Theory_, 1995-1999.

  - **Information Theory Society Digital Library:** Responsible for creating a digital library that includes every paper written in the Transaction since its inception (10,000 papers, 50,000 pages). This digital library inspired the IEEExplore electronic product, now accounting for an income of more than $10M per year for IEEE.

  - **IEEE Publications Activities Board, Member at Large** 1998-2001, Member of board that defined publication budget, programs, and policy for IEEE

  - **Secretary, Atlanta Section, 2000-2001**.

  - **Conference Co-Chair:** _SPIE Conference on Signal Processing and Coding for Information Storage_, at Photonics East 95, Philadelphia,PA October 1995. _IEEE Information Theory Workshop_, Porto, Portugal, 2008. _IEEE ICNC, PHY Security Workshop_, Doha, Qatar, 2016.

  - **Technical Program Chair:** _IEEE Communication Theory Workshop_, May 2002, _IEEE International Conference on Communications, Communications Theory Symposium_, May 2003.

  - **Technical Program Committees ad Session Chair (more than 50)**

  - **Publications Chair:** _2002 Wireless Personal and Mobile Communications Conference_, Maui, HI September 2002, _1998 International Conference on Communications_, Atlanta, GA May 1998.

- **Panel Member:** National Science Foundation, CISE Directorate, Communications Research Program, April 1996, May 1997, April 1998, November 1999, October 2000, May 2001, January 2002, November 2003, April 2005, October 2009, January 2011, April 2014.

- **Panel Member:** National Science Foundation, SBIR, April 2001 February 2002, March 2004, March 2005, September 2005, March 2006. September 2009.

- **Institute and Department Service:**

  Member, 5-year Evaluation Committee of Dean Nelson Baker - (2017)

  Co-Chair, Search Committee - Chair of Dept. of Biomedical Engineering at GT/Emory (2016)

  Co-Chair, CODA Building Shepherds Group (2015-present)

  Co-Chair, Corporate Innovation Center Task Force (2015-2016)

  Member, Georgia Tech Arts Council (2016-present)

  Member, GTRI Director Search Committee (2015)

Chair, Investigative Committee, Faculty Plagiarism (2014)

Co-Chair - Chartered Institute Subcommittee on Open Access (2012-13)

Member, Provost Search Committee (2010)

Member, College of Engineering Dean Search Committee (2011)

Co-Chair, Institute Strategic Planning Committee, co-lead Global Engagement (2009-2010)

Co-Chair, GT Lorraine Strategic Planning Committee (2005)

Director of Assessment Search Committee (2006)

Institute Student Activities Committee (2001-2003)

Steering Committee - Georgia Tech Quantum Institute (2007)

Advisory Board Chair, Georgia Tech Center for International Business Education and Research (College of Management) (2007-present)

Co-Chair, Advisory Board, The Logistics Institute Asia Pacific (Georgia Tech/National University of Singapore Institute)

Co-Chair, Advisory Board, Georgia Tech/Jilin University Mathematics Institute

ECE Reappointment, Promotion and Tenure Committee

ECE Strategic Planning Committee

ECE Faculty Recruiting Committee

ECE Graduate Committee

ECE Undergraduate Curriculum Committee

ECE Student/Faculty Committee

ECE Undergraduate Research Opportunities Program Faculty Advisor

- **Memberships:** Eta Kappa Nu, Tau Beta Pi, IEEE (Fellow), Information Theory Society, Communications Society, Optical Society of America, American Society of Engineering Education, Association of International Education Administrators (AIEA).

### EDITED BOOKS

S. Verdu and S.W. McLaughlin, *Information Theory: 50 Years of Discovery,* John Wiley/ IEEE Press, July 1999.

M.R. Raghuveer, S.A. Dianat, S.W. McLaughlin, M. Hassner, *Coding and Signal Processing for Information Storage,* SPIE, October 1995.

### BOOK CHAPTERS (* denotes student advisee at time of publication)

C. Argon* and S.W. McLaughlin, "Turbo Product Codes for Optical CDMA," *Wiley Encyclopedia of Telecommunications*, 2005.

C. Argon* and S.W. McLaughlin, "Turbo codes for fiber optic communications," *Turbo Code Applications: a journey from a paper to realizations*, Springer-Verlag, 2006.

A. Nayak*, J. Barry, and S. W. McLaughlin, "Cramer-Rao bound for timing recovery on channels with intersymbol interference," *DIMACS Series in Discrete Mathematics and Theoretical Computer Science Volume 6, 2004.*

### JOURNAL PUBLICATIONS (* denotes student advisee at time of publication)

1. B. Vasic, M. Khatami, M. Nakamura, Y. Okamoto, Y. Kanai, J. Barry, S. McLaughlin, E. Sadeghian, " A Study of TDMR Signal Processing Opportunities Based on Quasi-Micromagnetic Simulations," *IEEE Transactions on Magnetics*, vol. 15, no. 4,, April 2015.

2. H. Jeon, I.M. Kim, S. McLaughlin, and J. Ha, "Secure Communications with Untrusted Secondary Users in Cognitive Radio Networks," *IEEE Transactions on Wireless Communications*, vol. 13, no. 4, pp. 1790-1805, April 2014.

3.  H. Jeon, J. Choi, S. McLaughlin, and J. Ha, "Channel Aware Encryption and Decision Fusion for Wireless Sensor Networks," *IEEE Transactions on Information Forensics and Security*, vol. 8(4), pp. 619-625, March 2013.

4.  W. Harrison, M. Bloch, J. Barros, and S. W. McLaughlin, "Coding for Secrecy'," Special Issue: Signal Processing for Cyber-security and Privacy, *IEEE Signal Processing Magazine,* 30(5), pp. 41-50 (2013)

5.  D. Klinc*, J. Ha, J. Barros, S. W. McLaughlin, and B.J. Kwak, "LDPC Codes for the Gaussian Wiretap Channel," *IEEE Transactions on Information Forensics and Security*, vol. 6, no. 3,pp. 532-540, September 2011.

6.  A. Subramaniam*, M. Bloch, A. Thangaraj, S.W. McLaughlin, "Strong Secrecy on the Binary Erasure Wiretap Channel Using Large-Girth LDPC Codes," *IEEE Transactions on Information Forensics and Security*, vol. 6, no. 3,pp. 585-594, September 2011

7.  W. Harrison*, J. Almeida, J. Barros, and S. W. McLaughlin, "Coding and Cryptography: Physical-Layer Security through Stopping Sets," *IEEE Transactions on Information Forensics and Security*, vol. 6, no. 3,pp. 575-584, September 2011.

8.  J. Vilela*, M. Bloch, J. Barros, and S. W. McLaughlin, "Wireless secrecy regions with friendly jamming," *IEEE Transactions on Information Forensics and Security*, vol. 6, no. 2, pp. 256-266, June 2011.

9.  R. Narasimha, S. Dihidar, C. Ji and S. McLaughlin, "Scalable Diagnosis in IP Networks Using Path-Based Measurement and Inference: A Learning Approach, " *Special Issue on Network Technologies for Emerging Broadband Multimedia Services, Elsevier Journal of Visual Communication and Image Representation*, Vol. 21, No. 2, 175-191, Feb. 2010.

10. R. Narasimha*, H. Ouyang, A. Gray, S.W. McLaughlin, S. Subramaniam, "Automatic joint classification and segmentation of whole cell 3D images," *Pattern Recognition*, vol. 42, no.6, pp. 1067-1079, 2009.

11. S. Srinivasa* and S.W. McLaughlin, "Capacity bounds for two-dimensional asymmetric M-ary $(0,k)$ and $(d,\infty)$ channels," *IEEE Transactions on Communications*, vol. 57, no. 6, pp.1584 - 1587, June 2009.

12. J. Kim*, A. Ramamoorthy, S. W. McLaughlin, "The Design of Efficiently-Encodable Rate-Compatible LDPC Codes," *IEEE Transactions on Communications*, vol. 57, no. 2, pp. 365-375, Feb. 2009.

13. R. Narasimha*, I. Aganj, A. Bennett, M. J. Borgnia, D. Zabransky, G. Sapiro, S.W. McLaughlin, J. L. S. Milne, and S. Subramaniam, "Quantitative evaluation of denoising algorithms for biological electron tomography," *Journal of Structural Biology*, vol. 164, no.1 October 2008.

14. M. Bloch*, R. Narasimha*, and S. W. McLaughlin, "Network Security for Client-Server Architecture using Wiretap Codes," *IEEE Transactions on Forensic and Information Security*, vol. 3, no. 3, pp. 404-413, Sept. 2008.

15. M. Bloch*, J. Barros, M. Rodrigues, S.W. McLaughlin, "Wireless Information Theoretic Security," *IEEE Transactions on Information Theory*, vol. 54, no. 6, pp. 2515-2534 (2008). **Winner of 2011 IEEE ComSoc & Information Theory Society Joint Paper Award.**

16. M. Bloch*, N. J. Cerf, T. Debuisschert, E. Diamanti, S. Fossier, R. Garcia-Patron, P. Grangier, E. Karpov, J. Lodewyck, S. McLaughlin, and R, Tualle-Brouri, "Quantum key distribution over 25 km with an all-fiber continuous variables system," (Vol.76, No.4):*Physical Review Letters - B*.

17. J. Ha, J. Kwon, D. Klinc*, and S. M. McLaughlin, "A Layered BP Decoding for Punctured LDPC Codes," *IEEE Communications Letters*, vol. 11, no. 5, pp. 440-442, May 2007.

18. A. Thangaraj, S. Dihidar*, A.R. Calderbank, S. W. McLaughlin, J.-M. Merolla, "Applications of LDPC Codes to the Wiretap Channel," *IEEE Transactions on Information Theory*, vol. 53, no. 8, pp. 2933-2945, August 2007.

19. M. Bloch*, F. Patois, J-M Merolla, S. W. McLaughlin, "Efficient Frequency Coded Quantum Key Distribution," *Optics Letters*, Vol. 32 issue 3, February 2007

20. S. G. Srinivasa*, P. Lee, and S. W. McLaughlin, "Post-error correcting code modeling of burst channels using hidden Markov models with applications to magnetic recording," *IEEE Transactions on Magnetics*, vol. 43, no. 2, pp. 572-579, February 2007.

21. Y. Sankarasubrmanium* and S. W. McLaughlin, "Fixed-rate maximum runlength limited codes from variable rate bit stiffing," *IEEE Transactions on Information Theory*, vol 53, no. 8, pp 2769-2790.

22. A. Nayak*, J. Barry, and S.W. McLaughlin, "Optimal preamble placement for frequency tracking - a Cramer-Rao bound approach," *IEEE Transactions on Magnetics*, vol. 42, no. 6, pp. 1730-1742, June 2006.

23. O. L. Guerreau*, F. J. Malassenet, and S. W. McLaughlin, "Enhanced throughput for QKD: A multiplexed approach," *IEEE Journal of Selected Topics in Quantum Electronics*, vol. 12, no. 4, July-Aug. 2006 pp. 914 - 917.

24. F. Fekri, R. Mersereau, S.W. McLaughlin, and R. Schafer, "Block error correcting codes using finite field wavelet transforms," *IEEE Transactions on Signal Processing*, vol. 54, no. 3, March 2006, pp. 991 - 1004, April 2006.

25. J. Ha, J. Kim*, D. Klinc*, and S. W. McLaughlin, "Rate-compatible punctured low-density parity-check codes with short block lengths," *IEEE Transactions on Information Theory*, vol. 52, no. 2, pp. 728-738, February 2006.

26. A. Nayak*, J. Barry, G. Feyh, and S.W. McLaughlin, "Timing recovery with frequency offset and random walk: Cramer-Rao bound and maximum a posteriori timing recovery," *IEEE Transactions on Communications*, vol. 54, no. 10, pp.1896 - 1896, Oct. 2006.

27. Y. Sankarasubrmanium* and S.W. McLaughlin, "Two Capacity Achieving Code Constructions for the $(d, k)$ Constraint," *IEEE Transactions on Information Theory*, vol. 52, no. 7, pp. 3333 - 3343, July 2006.

28. S. Babvey*, A. G. Bourgeois, J. A. Fernndez-Zepeda, and S. W. McLaughlin, "Scalable and Efficient Implementations of the LDPC Decoder Using Reconfigurable Models," *International Journal of Foundations of Computer Science*, vol. 17, no. 2, (2006), pp. 303-322.

29. M. Fozunbal*, S. W. McLaughlin and R. Schafer, "On Capacity Analysis of with Receiver Side Information, Part 1: Continuous Alphabet Channels," *IEEE Transactions on Information Theory*, vol. 51, no. 9, pp. 3075-3086, September 2005.

30. M. Fozunbal*, S.W. McLaughlin and R. Schafer, "On Capacity Analysis of with Receiver Side Information, Part II: Multiple Antenna Channels," *IEEE Transactions on Information Theory*. Vol. 51, Issue 9, pp. 3086 - 3101, September 2005.

31. O. Guerreau*, F. Malassenet, S.W. McLaughlin, J.-M. Merolla, "Quantum Key distribution without a single photon source via a strong reference," *IEEE Photonics Technology Letters*, vol. 18, no. 8, pp. 1755-1757, August 2005.

32. S. Babvey* and S. W. McLaughlin, "On LDPC Codes Satisfying the $(0, k)$ RLL Constraint," *IEEE Transactions on Magnetics*, vol. 41, no. 10, pp. 2953-2955, October 2005.

33. M. Fozunbal*, S.W. McLaughlin and R. Schafer, "On space-time-frequency coding over MIMO-OFDM systems," *IEEE Transactions on Wireless*, vol. 4, no. 1, pp. 320-331, January 2005.

34. G. Stuber, J. Barry, S.W. McLaughlin, G. Li, M. Ingram, T. Pratt "Broadband MIMO-OFDM Wireless," *IEEE Proceedings*, vol. 92, no. 2, pp. 271-294, February 2004.

35. M. Fozunbal*, J. Landsberg, S.W. McLaughlin and R. Schafer, "Design criterion for time and spatially correlated MIMO channels," *IEEE Transactions on Information Theory*, vol. 50, no. 9, pp. 1910-1926, September 2004.

36. P. Supnithi*, R. Lopes, S. W. McLaughlin, "Reduced-complexity turbo equalization for high density magnetic recording systems," *IEEE Transactions on Magnetics*, vol. 39, no. 5, pp. 2585-2587, September 2003.

37. S.W. McLaughlin, "Optical recording and advanced signal processing," *IEEE Signal Processing Magazine*, Special Issue on Signal Processing for Digital Recording, vol. 15, no. 4, pp.83-94, July 1998.

38. J. Barry, A. Kavcic, S. McLaughlin, A. Nayak*, "Iterative timing recovery," *IEEE Signal Processing Magazine*, vol. 21, no. 1, pp. 89-102, January 2004.

39. M. Fozunbal*, S.W. McLaughlin and R. Schafer, "On performance limits of space-time codes: a sphere-packing bound approach," *IEEE Transactions on Information Theory*, vol. 49, no. 10, pp. 2681-2687, October 2003.

40. C. Argon*, K. Patel, S.W. McLaughlin, and S. Ralph "Exploiting diversity in multimode fiber communications links via multisegment detectors and equalization," *IEEE Communications Letters*, vol. 7, no. 8, pp. 400-402, August 2003.

41. J. Ha* and S. W. McLaughlin, "Low density parity check codes over Gaussian channels with erasures," *IEEE Transactions on Information Theory* vol. 49 , no. 7, pp. 1801-1809, July 2003.

42. J. Ha*, J. Kim*, and S. W. McLaughlin, "Rate compatible puncturing of LDPC codes for AWGN channels," *IEEE Transactions on Information Theory*, vol. 50, no. 11, pp. 2824-2836, November 2004.

43. A. Nayak*, J. Barry and S.W. McLaughlin, "Joint timing recovery and turbo equalization for coded partial response channels", *IEEE Transactions on Magnetics* vol. 38 no. 5, pp. 2295 -2297,Sep 2002.

44. P. Kovintewat*, I. Ozgunes, E. Kurtas, J. Barry and S. W. McLaughlin, "Generalized PR targets for perpendicular recording with jitter noise," *IEEE Transactions on Magnetics* vol. 38 no. 5 , pp. 2340 -2342, September 2002.

45. A. Thangaraj* and S. W. McLaughlin, "Thresholds and scheduling for LDPC-coded partial response channels," *IEEE Transactions on Magnetics*, vol. 38 no. 5 , pp. 2307 -2309, September 2002.

46. J. Ha*, A. Mody, J. Soon, J. Barry, S. W. McLaughlin, G. Stuber, "LDPC coded OFDM with Alamuti/SVD diversity technique," *Wireless Personal Communications*, vol. 23, pp. 183-194.

47. C. Argon* and S. W. McLaughlin, "Parallel, low-latency decoding of turbo product codes," *IEEE Communication Letters*, vol. 6, no. 2, pp.70-72, Feb. 2002.

48. C. Argon* and S.W. McLaughlin, "Turbo product code for optical CDMA systems," *IEEE Journal on Lightwave Technology*, vol. 20, no.9, pp. 1653-1663, September 2002.

49. C. Argon* and S.W. McLaughlin, "Efficient decoding of turbo product codes,", *IEEE Transactions on Communications*, vol. 52, no. 6, pp. 896-898, June 2004.

50. L. McPheters* and S. W. McLaughlin, "Turbo coded, RLL constrained optical recording channels with DVD mark size," *IEEE Transactions on Magnetics*, vol. 38, no.1, pp. 298-302, January 2002.

51. A. Thangaraj* and S.W. McLaughlin, "Quantum codes from $q$-ary images of self-dual cyclic codes," *IEEE Transactions on Information Theory*, vol. 47, no. 3, pp. 1176-1177, April 2001.

52. K. Anim-Appiah* and S.W. McLaughlin, "Turbo codes cascaded with high-rate block codes for $(0, k)$ constrained channels," *IEEE Journal on Selected Areas of Communication*, vol. 19, no. 4, pp. 677-685, April 2001.

53. H. Sung, Y. Yuan, B.V.K. Kumar, E. Kurtas, L. McPheters* and S. W. McLaughlin, "Performance of Iterative (Turbo) decoding for PR equalized optical storage channels," *IEEE Journal on Selected Areas of Communication*, vol. 19, no. 4, pp. 774-782, April 2001.

54. F. Fekri*, S .W.McLaughlin, R. Mersereau, and R. Schafer, "Double circulant self-dual codes using finite field wavelet transforms," *Springer Verlag Lecture Notes on Computer Science*, Fossorier, Imai, Lin and Poli Eds, November 1999.

55. R. Sivasankaran*, S. W. McLaughlin, and L. McPheters, "Sequential decoding of turbo codes for partial response magnetic recording channels," *IEEE Transactions on Magnetics*, vol. 36, no.5, pp. 2179-2183, September 2000.

56. R. Sivasankaran* and S. W. McLaughlin, "Dual stack decoding of recursive convolutional codes," *IEEE Transactions on Communications*, vol. 49, no. 7, pp. 1158-1167, July 2001.

57. S. Datta* and S.W. McLaughlin, "Optimal block codes for M-ary runlength limited channels," *IEEE Transactions on Information Theory*, vol. 47, no. 5, pp. 2069-2078, July 2001.

58. M. Khan*, M. Smith, and S. W. McLaughlin, "Trellis coded multistage vector quantization," *IEEE Transactions on Communications*, vol. 49, no.6, pp. 937-942, June 2001.

59. M. Khan*, M. Smith and S. W. McLaughlin, "Conditional entropy constrained trellis coded rediual vector quantization," *IEEE Signal Processing Letters*, vol. 7, no. 3, pp.49-52, March 2000.

60. L. McPheters*, K. Narayanan*, and S.W. McLaughlin, "Precoded PRML,serial concatenation and iterative (turbo) decoding," *IEEE Transactions on Magnetics*, vol. 35, no. 5, pp. 2325-2328, September 1999.

61. S. Datta* and S.W. McLaughlin, "An enumerative method for runlength limited codes: permutation codes," *IEEE Transactions on Information Theory*, vol. 45, no. 6, pp. 2199-2204, September 1999.

62. S.W. McLaughlin*, P. Lee, R. Cloke, and B.Vasic, "Capacity,power spectral density and codes for the one-pairs constraint," *IEEE Transactions on Magnetics*, vol. 35, no. 3, pp. 2080-2086, May 1999.

63. A.R. Calderbank, R. Laroia, and S.W. McLaughlin, "Partial response codes for electron trapping optical memories," *IEEE Transactions on Communications*, vol. 46, no. 8, pp. 1011-1029, August 1998.

64. O. Milenkovic, B.V. Vasic, and S.W. McLaughlin, "Power spectral density of multitrack (0,G/I) codes," *Electronics Letters*, vol. 33, no. 9, pp. 784-786 (1997).

65. B.V. Vasic, S.W. McLaughlin and O. Milenkovic, "Channel capacity of $M$-ary redundant multitrack runlength limited codes,"*IEEE Transactions on Information Theory*, vol. 44, no. 2, pp. 766-775, March 1998.

66. S.W. McLaughlin, "Five runlength-limited codes for $M$- ary recording channels," *IEEE Transactions on Magnetics*, vol.33, no. 3, pp. 2442-2450, May 1997.

67. B.V. Vasic, O. Milenkovic, and S.W. McLaughlin, "Scrambling and nonequiprobable signaling," *Electronics Letters*, vol. 32, no. 17, pp. 1551-1552.

68. S.W. McLaughlin, "The construction of $M$-ary $(d, \infty)$ codes that achieve capacity and have the fewest number of encoder states," *IEEE Transactions on Information Theory*, vol. 43, no.2, pp. 699-703, March 1997.

69. S.W. McLaughlin and A. Khayrallah, "Shaping codes constructed from cost constrained graphs," *IEEE Transactions on Information Theory*, vol. 43, no. 2, pp. 692-699, March 1997.

70. S.W. McLaughlin, D.L. Neuhoff and J.J. Ashley, "Optimal binary index assignments for a class of equiprobable scalar and vector quantizers," *IEEE Transactions on Information Theory*, vol. 41, no. 6, pp.2031-2037, November 1995.

71. S.W. McLaughlin, J. Luo, and Q. Xie, "On the capacity of $M$-ary run-length limited codes," *IEEE Transactions on Information Theory*, vol. 41, no. 5, pp. 1508-1512, September 1995.

72. S.W. McLaughlin, "Improved distance M-ary (d,k) codes for high density recording," *IEEE Transactions on Magnetics,* vol.MAG-31, no.2, pp. 1155-1160, March 1995.

73. S.W. McLaughlin and D.L. Neuhoff, "Source-channel coding of analog data for digital magnetic recording," *IEEE Transactions on Magnetics*,vol. 30, no.1, pp. 128-145, January 1994.

74. S.W. McLaughlin and D.L. Neuhoff, "Upper bounds to capacity of the magnetic recording channel," *IEEE Transactions on Magnetics,* vol. 29, no.1, pp. 59-67, January 1993.


*CONFERENCE PUBLICATIONS (REFEREED)* (* denotes student advisee at time of publication)

75. J. Zou*, F. Fekri and S. McLaughlin, "Mining Streaming Tweets for Real-Time Event Credibility Prediction in Twitter," to appear *2015 IEEE/ACM International Conference on Advances in Social Networks Analysis and Mining*, 2015

76. B. Vasic, M. Khatami, Y. Nakamura, Y.Okamoto, Y. Kanai, J. Barry, S. McLaughlin, E. Sadeghian*, "A Study of TDMR Signal Processing Opportunities Based on Quasi-Micromagnetic Simulations," *IEEE Magnetic Recording Conference (TMRC)*, 2014.

77. H. Jeon, I.M. Kim, S. McLaughlin, J. Ha, "Secure Communications with Untrusted Secondary Users in Cognitive Radio Networks," *IEEE Globecom*, Anaheim, CA, pp. 1072-1078, Dec. 2012.

78. W. Harrison* and S. W. McLaughlin, "Combining Wiretap Codes with the Simple Substitution Cipher," *IEEE Information Theory Workshop,* Lausanne, Sept 2012,

79. W. Harrison* and S. W. McLaughlin, "Equivocations for the simple substitution cipher with erasure-prone ciphertext," *IEEE Information Theory Workshop,* Lausanne, Sept 2012,

80. W. Harrison*, J. Almeida, D. Klinc , S. W. McLaughlin, and J. Barros, "Physical-Layer Security over Correlated Erasure Channels," *IEEE International Conference on Communications,* May 2012.

81. H. Jeon, J. Ha, and S. McLaughlin, "Channel Aware Encryption and Decision Fusion for Wireless Sensor Networks, " *IEEE Intl. Workshop on Information Forensics and Security*, December 2011

82. H. Jeon, J. Ha, and S. McLaughlin, "Cooperative secure transmission for distributed detection in wireless sensor networks, " *IEEE 54th International Midwest Symposium on Circuits and Systems*, August 2011, Seoul, pp1-4.

83. S. W. McLaughlin, "Coding for the wiretap channel," *International Conference on Communications, Workshop on Physical Layer Security*, Kyoto, June 2011 (Invited Plenary) .

84. J. Xiao*, X. Ma and S. W. McLaughlin, "Code design for the Gaussian wiretap channel," *Conference on Information Sciences and Systems*, March 2011.

85. A. Suresh, A. Subramanian*, A. Thangaraj, M. Bloch and S. McLaughlin, "Coding for Strong and Weak Security in Wiretap Channel," (invited) *2010 International Turbo Coding Symposium*, Brest, France, October 2010.

86. A. Suresh, A. Subramanian*, A. Thangaraj, M. Bloch and S. McLaughlin, "Strong Secrecy for Erasure Wiretap Channels," *IEEE Information Theory Workshop,* August 2010.

87. W. Harrison*, J. Almeida, D. Klinc , S. W. McLaughlin, and J. Barros, "Stopping Sets for Physical-Layer Security," *IEEE Information Theory Workshop,* August 2010.

88. J. Xiao*, X. Ma and S. W. McLaughlin , "Random Complex Field Code Design for Security over Wiretap Channels," *IEEE Communication Theory Workshop,* May 2010.

89. J. Vilela*, M. Bloch*, J. Barros, and S. W. McLaughlin, "Friendly Jamming for Wireless Secrecy," *IEEE International Conference on Communications*, May 2010.

90. J. Xiao*, X. Ma and S. W. McLaughlin, "Quantifying Post-Detection Mutual Information of MIMO Systems," *ICASSP*, May 2010.

91. S. Babvey*, S. W. McLaughlin, A. Preethy, "Enumerative Coding for Energy and Delay Reduction in Deep Sub-Micron Buses," *IEEE International Conference on Computer Design* , October 2009, Lake Tahoe.

92. D. Klinc*, J. Barros, B.J. Kwak, and S. W. McLaughlin, "LDPC codes for Physical Layer Security," *IEEE Globecom*, November 2009.

93. W. Harrison* and S. W. McLaughlin, "EXIT Charts Applied to Tandem Coding and Cryptography in a Wiretap Scenario," *IEEE International Workshop on Information Theory*, Taromina, October 2009.

94. D. Klinc* and S. W. McLaughlin, "Density evolution - based performance of LPDC codes on the Gaussian wiretap channel," *IEEE International Workshop on Information Theory*, Taromina, October 2009.

95. W. Harrison* and S. W. McLaughlin, "Tandem coding and crypto on wiretap channels: EXIT chart analysis," *IEEE International Symposium on Information Theory*, Seoul, July 2009.

96. B.-J. Kwak, N.-O. Song, B.-S. Park, D. Klinc*, D. S. Kwon, and S. W. McLaughlin , "Physical Layer Security with Yarg Code," *Conference on Information Sciences and Systems*, Princeton, March 2009.

97. J. Xiao*, A. Karabaschi, A. Adibi, S. W. McLaughlin, "Multilevel Coding and Multistage Decoding for M-ary Two-Dimensional ISI Channels," *Conference on Information Sciences and Systems*, March 2009.

98. W. Harrison*, S. W. McLaughlin, "Physical-Layer Security: Combining Error Control Coding and Cryptography," *International Conference of Communications, Communications Theory Workshop*, June 2009.

99. D. Klinc*, S. W. McLaughlin "Optimized Puncturing and ShorteningDistributions for Nonbinary LDPC Codes over the Binary Erasure Channel," *Allerton Conference of Communications, Control and Computers,* October 2008.

100. S. Babvey*, S. W. McLaughlin, A. Preethy, "Enumerative Coding for Energy and Delay Reduction in Deep Sub-Micron Buses," *11th EUROMICRO Conference on Digital System Design*, September 3-5, 2008, Parma, Italy.

101. D. Klinc*, J. Ha, S. W. McLaughlin, "Punctured LDPC codes over GF($q$)," *IEEE International Symposium Turbo Coding*, Lausanne, September 2008.

102. R. Narasimha*, H. Ouyang, A. Gray, S.W. McLaughlin, and S. Subramaniam "Automatic mining of whole cell tomograms for cancer detection," *SIAM Conference of Data Mining,* October 2007.

103. M. Bloch*, R. Narasimha* and S. W. McLaughlin, "Client-Server Architecture Design based on Wiretap Codes," *IEEE International Zurich Conference,* Zurich, May 2008.

104. R. Narasimha*, S. W. McLaughlin, A. Gray, D. Zabransky, and S.Subramaniam, "Automatic Segmentation of Mitochondria in MNT-1 Cells for Cancer Detection using Learning," *IEEE Conf. on Acoustics, Speech and Signal Processing,* May 2008.

105. M. Bloch*, J. Barros, S. McLaughlin, "Practical Information-Theoretic Bit Commitment," *2007 Allerton Conference on Communciations, Control and Computers*, Monticello , IL, October 2007.

106. R. Narasimha*, A. Bennett, D. Zabransky, R. Sougrat, S. McLaughlin, and S. Subramaniam, "Gigabytes to Bytes: Automated de-noising and feature extraction as applied to the analysis of HIV architecture and variability using electron tomography," *IEEE Conference on Acoustics, Speech and Signal Processing,* June 2007.

107. R. Narasimha*, C. Ji, S. Dihidar*, and S. McLaughlin, "Scalable Fault Diagnosis in IP Networks using Graphical Models: A Variational Inference Approach," *IEEE International Conference on Communications*, June 2007.

108. J. Ha*, J. Kwon, D. Klinc and S. McLaughlin, "Fast Decoding of Punctured LDPC Codes," *IEEE International Symposium on Information Theory*, Nice, July 2007.

109. S. Kaimalettu, A. Thangaraj, M. Bloch*, S. McLaughlin "Constellation Shaping with LDPC codes," *IEEE International Symposium on Information Theory*, Nice, June 2007.

110. M. Bloch*, J. Barros, M. Rodrigues, S. McLaughlin, "Physical-Layer Security for Wireless Systems: Theory and Practice," *Workshop on Information Theory and Its Applications* San Diego, February 2007.

111. R. Narasimha*, I. Aganj, M. Borgnia, G. Sapiro, S. W. McLaughlin, J. Milne and S. Subramaniam "From Gigabytes to Bytes: Automated Denoising and feature Identification in Electron Tomograms of Intact Bacterial Cells," *Fourth IEEE International Symposium on Biomedical Imaging*, 2007.

112. S. Kaimalettu*, A. Thangaraj, S. W. McLaughlin, "Constellation Shaping using Codes with a Tree Tanner Graph," *National Conference on Communications*, Chennai, February 2007.

113. M. Bloch*, J. Barros, M. Rodrigues, S. W. McLaughlin, "Physical-Layer Security for Wireless Systems: The Case of Imperfect Channel Knowledge," *IEEE Information Theory Workshop*, Chengdu, October 2006.

15

114. J. Barros*, M. Rodrigues, M. Bloch, S. W. McLaughlin, "Opportunistic secret key agreement on the Gaussian fading channel ," *Allerton Conference on Communication, Control, and Computing*, September 2006.

115. S. G. Srinivasa*, O. Momtahan, A. Karbaschi, S. W. McLaughlin, and A. Adibi, "M-ary, Binary, and Space-Volume Multiplexing Trade-offs for Holographic Channels," *IEEE Globecomm,* San Francisco, December 2006.

116. W. Hur* and S. W. McLaughlin, "An Adaptive Low-Density Parity Check Coded V-BLAST System over Time-Varying MIMO Channels," *International Conference on Wireless Network 2006.*

117. W. Hur* and S. W. McLaughlin, "Throughput performance of Incremental Redundancy LDPC Coded MIMO V-BLAST System," *International Wireless Communication and Mobile Computing Conference 2006.*

118. S.G. Srinivasa* and S. W. McLaughlin, "Capacity lower bounds for two-dimensional M-ary $(0, k)$ and $(d, \infty)$ runlength-limited channels," *IEEE International Symposium on Information Theory,* Seattle, May 2006.

119. J. Kim*, W. Hur*, A. Ramamoorthy, and S. W. McLaughlin, "Design of Rate-Compatible Irregular LDPC Codes for Incremental Redundancy Hybrid ARQ Systems," *IEEE International Symposium on Information Theory,* Seattle, May 2006.

120. Y. Sankarasubramanium*, and S. McLaughlin, "Bit stuffing for $(0, G/I)$ runlength-limited constraints," *IEEE International Symposium on Information Theory,* Seattle, May 2006.

121. W. Hur* and S. McLaughlin, "Incremental Redundancy Low-Density Parity Check Codes for MIMO V-BLAST Systems," *Conference on Information Sciences and Systems,* Princeton 2006.

122. M. Bloch*, A. Thangaraj, and S. W. McLaughlin, "Efficient Reconciliation of Correlated Continuous Random Variables using LDPC Codes," *IEEE International Symposium on Information Theory ,* Seattle 2006.

123. O. L. Guerreau*, F. J. Malassenet, S. W. McLaughlin, and J.-M. Merolla , "Time Domain Single Side Pulse Interference Quantum Key Distribution Scheme," *ERATO conference on Quantum Information Science*, August 2005.

124. J. Kim*, A. Ramamurthy, S. McLaughlin, "Efficient Encoder Design of Rate-Compatible LDPC Codes," *Turbo Code Symposium,* Munich May 2006.

125. M. Bloch*, A. Thangaraj, and S. W. McLaughlin, "Efficient Reconciliation of Correlated Continuous Random Variables using LDPC Codes," *IEEE Information Theory Workshop,* Uruguay 2006.

126. R. Narasimha*, S. Dihidar*, C. Ji and S. McLaughlin, "A Scalable Probing-based Approach for Congestion Detection using Message Passing," *IEEE International Conference on Communications,* Istanbul, May 2006.

127. J. Kim*, A. Ramamurthy, S. McLaughlin, "Linear-time Encodable, Rate-Compatible Punctured Irregular Low-Density Parity-Check Codes," *IEEE International Conf. on Communications,* Istanbul, May 2006.

128. S. G. Srinivasa*, P. Lee, S. W. McLaughlin, "Post-ECC modeling of magnetic recording channels using hidden markov models," *IEEE International Conf. on Communications,* Istanbul, May 2006.

129. S. Dihidar*, A. Thangaraj and S. McLaughlin, "Linear-time decodable codes for the wiretap channel," *Allerton Conference on Communication, Control, and Computing,* Urbana, IL, October, 2005.

130. R. Narasimha*, S. Dihidar*, C. Ji and S. McLaughlin, "A Scalable Approach to Detect End-to-End Congestion using Coding Theory," *Allerton Conference on Communications and Computing*, October 2005.

131. Y. Sankarasubramanium*, and S. McLaughlin, "Fixed-rate maximum runlength-limited codes from variable-rate bit stuffing," *Allerton Conference on Communication, Control, and Computing,* Urbana, IL, October 2005.

132. S. Srinivasa* and S. McLaughlin, " Capacity Bounds and Coding Schemes for Two-Dimensional Asymmetric k-Constrained Runlength-limited Arrays," *Allerton Conference on Communication, Control, and Computing,* Urbana, IL, October 2005.

133. O. L. Guerreau*, S. W. McLaughlin, F. J. Malassenet, and J.-M. Merolla, "Time domain single side pulse interference quantum key distribution scheme" , 2005, pt. 3, p 605-6 vol.3 ," *31st European Conference on Optical Communication,* 2005.

134. S. Babvey*, A. Bourgeois, F. Zepeda, S. W. McLaughlin, "Scalable and Efficient Implementations of the LDPC Decoder Using Reconfigurable Models," *7th Workshop on Advances in Parallel and Distributed Computational Models),* 2005.

135. S. Babvey*, A. Bourgeois, F. Zepeda, S.W. McLaughlin, "A Parallel Implementation of the Message-Passing Decoder of LDPC Codes Using a Reconfigurable Optical Model," *IEEE Sixth International Conference on Software Engineering, Artificial Intelligence, Networking and Parallel/Distributed Computing (SNPD 2005)* .

136. D. Klinc*, J. Ha, J. Kim* and S. W. McLaughlin, "Rate-Compatible Punctured Low-Density Parity-Check Codes for Future Wireless Digital Transmission Systems," *IEEE Globecom 2005,* St. Louis, November 2005.

137. A. Thangaraj, S. Dihidar*, R. Calderbank, S. McLaughlin, J. Merolla, "On capacity achieving codes for the wiretap Channel," Beligum, Netherlands, Luxembourg (Benelux) Workshop on Information Theory, Brussels, May 2005.

138. E. Licona* and S.W. McLaughlin, "An M-ary runlength limited encoding scheme for optical data storage," *2005 Optical Data Storage Conference,* Waikiki, May 2005.

139. A. Thangaraj, S. Dihidar*, R. Calderbank, S. McLaughlin, J. Merolla, "On capacity achieving codes for the wiretap channel," *IEEE International Symposium on Information Theory,* Adelaide, Australia, September, 2005.

140. Y. Sankarasuramanium*, and S. McLaughlin, "A fixed-rate, bit stuffing approach for high efficiency $(0, k)$ constrained codes," *IEEE International Symposium on Information Theory,* Adelaide, Australia, September, 2005.

141. A. Nayak*, J. Barry, and S. McLaughlin, "Training Symbol Placement for Frequency Acquisition on Magnetic Recording Channels," *IEEE International Magnetics Conference*, 2005.

142. S. W. McLaughlin, "M-ary optical data storage," *IEEE International Conference on Acoustics Speech and Signal Processing*, Philidelphia, 2005.

143. M. Bloch*, J.-M. Merolla, S. W. McLaughlin and J.-P. Goedgebuer, "Long distance continuous variable transmission system using sideband detection method", First Russian-French Laser Physics Workshop for Young Scientists (RFLPW-YS), July 2004, St. Petersburg, Russia.

144. A. Nayak*, J. Barry, and S. McLaughlin, "Cramer-Rao bound for timing recovery on channels with intersymbol interference," *DIMACS Series in Discrete Mathematics and Theoretical Computer Science Volume 6, 2004,* February 2005.

145. S. Srinivasa* and S. W. McLaughlin, "Pixel misalignment due to rotation: information loss and signal recovery," *IEEE International Conference on Acoustics Speech and Signal Processing*, Philidelphia, May 2005.

146. S. Babvey*, S. W. McLaughlin, "On LDPC Codes Satisfying the $(0, k)$ RLL Constraint," *IEEE International Magnetics Conference*, Nagoya, Japan, May 2005.

147. S. Babvey*, A. Bourgeois, F. Zepeda, Steven W. McLaughlin, "An Efficient R-Mesh Implementation of LDPC Codes Message-Passing Decoder," *19th IEEE International Parallel and Distributed Processing Symposium* , 2005.

148. J.-M. Merolla, O. L. Guerreau*, A. Thangaraj, S. W. McLaughlin, and F. J. Malassenet, "Practical quantum cryptography system using single sideband scheme and WDM compensation technique," *The International Conference on Solid State Quantum Information processing, SSQIP 03*, Amsterdam (Netherlands), p. 167, Dec. 2003.

149. M. Fozunbal*, S. McLaughlin and R. Schafer, "Partial ordering relations for multiple antenna system," *Allerton Conference on Communication, Control, and Computing,* Champaign IL, October, 2004.

150. O. Guerreau*, J. Merolla, F. Malassenet, S. W. McLaughlin, "Long Distance Quantum Key Distribution Protocol Secure against PNS attack," *Quantum Information Processing and Communication Workshop*, Rome, Italy, 2004.

151. S. Srinivasa* and S. W. McLaughlin, "Enumeration Algorithms for Constructing $(d_1, k_1, d_2, k_2)$ Run Length Limited Arrays: Capacity Estimates and Coding Schemes," IEEE Information Theory Workshop, San Antonio, TX, October 2004.

152. O. Guerreau*, J. Merolla, F. Malassenet, S. W. McLaughlin, "Strong Reference Quantum Key Distribution Protocol Secure against the PNS attack," *European Conference on Optical Communications*, Stockholm, October 2004.

153. J. Cussey, M. Bloch*, A. Thangaraj, J.-M. Merolla, and S. W. McLaughlin, "Direct-modulation scheme for free-space quantum cryptography," *European Conference on Optical Communication,*, Stockholm, Sweden, September 2004.

154. Y. Sankarasubramanium*, and S. McLaughlin, "New time-domain approaches to constrained coding," *International Symposium on Information Theory and Its Applications,* Parma, Italy, October 2004.

155. A. Thangaraj, R. Calderbank, S. McLaughlin, J. Merolla, "Codes on graphs for the wiretap channel," *International Symposium on Information Theory and Its Applications,* Parma, Italy, October 2004.

156. M. Fozunbal*, S. McLaughlin, and R. Schafer, "On performance limits of MIMO-OFDM with black fading," *IEEE Wireless Communications and Networking Conference,* Atlanta, March, 2004.

157. P. Ambrose-Lacourt, S. E. Ralph and S. W. McLaughlin, "Coherent optical code-division multiple access with dynamic encoder and decoder," *CLEO 2004,* San Francisco, CA May 2004.

158. K. Balemarthy, K. M. Patel, A. Polley, S. E. Ralph and S. W. McLaughlin, "Equalization via iterative detection in multi-mode fiber optic links," *The 17th Annual Meeting of the IEEE Lasers and Electro-Optics Society,* LEOS 2004. Volume 2, 7-11 Nov. 2004 Page(s):755 - 756.

159. M. Fozunbal*, S. McLaughlin and R. Schafer, "The Uniqueness of the Capacity-Achieving Distribution over Non-Coherent Flat-Fading Channels," *IEEE International Symposium on Information Theory,* Chicago, July, 2004.

160. S. Dihidar*, S. McLaughlin, "Expander codes revisited: AWGN channels," *IEEE International Symposium on Information Theory,* Chicago, July, 2004.

161. Y. Sankarasubramanium* and S. W. McLaughlin, "On capacity equivalences for RLL constraints," *IEEE International Symposium on Information Theory,* Chicago, July, 2004.

162. J. Ha, J. Kim* and S. W. McLaughlin, "Finite length, rate-compatible punctured LDPC codes," *IEEE International Symposium on Information Theory,* Chicago, July, 2004.

163. S. Garani* and S. W. McLaughlin, "Constructive capacity bounds for two dimensional constraints," *Allerton Conference on Communication, Control, and Computing,* October 2003.

164. E. Licona* and S.W. McLaughlin, "Comparison of multilevel fixed length and RLL modulation for optical data storage," *Optical Data Storage Topical meeting/SPIE Proceedings,* vol. 509, July 2003.

165. M. Fozunbal*, S. W. McLaughlin and R. Schafer, "Performance analysis for space time codes in the presence of space-time correlation," *IEEE Vehicular Technology Conference*, Orlando, June 2003.

166. E. Licona* and S.W. McLaughlin, "MLSE for M-ary optical data storage," *2003 Globecomm,* San Francisco, CA, December 2003.

167. M. Fozunbal*, S.W. McLaughlin and R. Schafer, "Design criteria for space time codes ," *Virginia Tech Symposium on Wireless Personal Communications,* Roanoke, VA, June 2003.

168. E. Licona* and S.W. McLaughlin, "Comparison of multilevel fixed length and RLL modulation for optical data storage," *2003 Optical Data Storage Conference*, Vancouver, May 2003.

169. J. Ha* and S.W. McLaughlin, "Punctured LPDCs for AWGN channels," *IEEE International Symposium on Information Theory*, Yokohama, Japan, July 2003.

170. Y. Sankarasubramanium*, I. Akyildiz, S. W. McLaughlin, "Energy efficiency based packet size optimization in wireless sensor networks," *Sensor Networks Workshop, IEEE International Conference on Communications*, 2003.

171. P. Supnithi* and S. W. McLaughlin, "Reduced complexity turbo equalization for high density magnetic recoding channels," *IEEE Intermag 2003*, Boston, MA.

172. S. E. Ralph, K. M. Patel, C. Argon*, A. Polley, and S. W. McLaughlin, "Intelligent Receivers for Multimode Fiber: Optical and Electronic Equalization of Differential Modal Delay ," *IEEE LEOS Annual Meeting*, Glasgow, October 2002.

173. S. W. McLaughlin, "M-ary optical recording," *IEEE Workshop on Information Theory,* Essen, Germany, September 2002.

174. M. Fozunbal*, S. W. McLaughlin and R. Schafer, "Sphere packing bound for MIMO channels," *IEEE International Conference on Communications,* Anchorage, AK, May 2003.

175. J. Ha* and S.W. McLaughlin, "Punctured LPDCs for AWGN channels," *IEEE International Conference on Communications,* Anchorage, AK, May 2003.

176. S. W. McLaughlin*, Y-C. Lo, C. Pepin, "Multilevel DVD: Coding beyond 3 bits/data cell," *2002 ODS/ISOM*, Maui, Hawaii, July 2002.

177. A. R. Nayak*, J. R. Barry, and S. W. McLaughlin, "Lower Bounds for the Performance of Iterative Timing Recovery at Low SNR," *15th International Symposium on Mathematical Theory of Networks and Systems,* University of Notre Dame, August 2002.

178. C. Argon*, S. W. McLaughlin, K. Patel, and S. Ralph, "Spatially Resolved Equalization and Decision Feedback Equalization for Multimode Fiber Links," *LEOS Summer Topical Meetings*, Mont Tremblant, Quebec, 2002.

179. A. Nayak*, J. Barry and S. W. McLaughlin, "Joint timing recovery and turbo equalization," *IEEE International Conference on Magnetics (INTERMAG) Conference*, Amsterdam, May 2002.

180. P. Kovintewat, I. Ozgunes, E. Kurtas, J. Barry, and S. W. McLaughlin, "Performance analysis of GPR targets for perpendicular recording," *IEEE International Conference on Magnetics (INTERMAG) Conference*, Amsterdam, May 2002.

181. J. Ha* and S.W. McLaughlin, "Density evolution, thresholds and design of punctured LPDCs and AWGN channels with erasures," *International Symposium on Information Theory*, Lausanne, Switzerland, June 2002.

182. A. Thangaraj* and S.W. McLaughlin, "Thresholds of LDPCs on partial response channels," *IEEE International Conference on Magnetics (INTERMAG) Conference*, Amsterdam, April 2002.

183. A. Thangaraj* and S.W. McLaughlin, "On iterative, hard-decision decoding of EG codes," *International Symposium on Information Theory*, Lausanne, Switzerland, June 2002.

184. C. Argon*, K. Patel, S.W. McLaughlin, and S. E. Ralph, "Spatially resolved equalization and forward error correction for multimode fiber," *International Conference on Communications*, New York, May 2002.

185. J. Ha*, A. Mody, J. Soon, J. Barry, S.W. McLaughlin, G. Stuber, "LDPC coded OFDM with Alamuti/SVD diversity technique," *Wireless Personal Multimedia Communications Conference* , Aalborg, Denmark, September 2001.

186. P. Supnithi*, S.W. McLaughlin, T.Lo, C. Pepin, D. Warland, "Iterative, soft decision decoding of DVD and CD ECC," *International Symposium on Optical Memory*, Taipei, Taiwan, October 2001.

187. C. Argon*, S.W. McLaughlin, "Efficient decoding of turbo product codes," *Allerton Conference on Communication, Control, and Computing,* October 2001.

188. C. Argon* and S. W. McLaughlin, "Turbo product codes for optical CDMA," *Proceedings of IEEE Globecomm 2001*, San Antonio, CA, November 2001.

189. E. Licona*, P.Supnithi, S. McLaughlin, "M-ary recording on optical discs: fundamental limits and practical performace," *Proceedings of IEEE Globecomm 2001*, San Antonio, CA, November 2001.

190. F. Fekri*, S. McLaughlin, R. Mersereau, and R. Schafer, "Wavelet convolutional codes with bipartite trellises," *International Symposium on Information Theory*, Washington, DC, June 2001.

191. L. McPheters* and S. McLaughlin, "Turbo coded, RLL constrained optical recording channels with DVD mark size," *Optical Data Storage Conference*, Santa Fe, April 2001.

192. S. McLaughlin, D. Lee, T.Lo, C. Pepin, P. Supnithi*, D. Warland, "Advanced coding and signal processing for multilevel write-once and rewritable optical data storage," *Optical Data Storage Conference*, Santa Fe, April 2001.

193. F. Fekri*, S. McLaughlin, R. Mersereau, and R. Schafer, "Convolutional codes using finite field wavelets," *Proceedings of International Conference on Acoustics, Speech, and Signal Processing 2001*.

194. F. Fekri*, S. McLaughlin, R. Mersereau, and R. Schafer, "Convolutional codes using finite field wavelets," *2000 Allerton Conference on Communication, Control and Computing*, University of Illinois, Urbana, IL October 2000.

195. C. Argon*, S. McLaughlin, and T. Souvignier, "Turbo product codes decoded with a modified Chase decoder," *International Conference on Communications*, Helsinki, Finland, June 2001.

196. T. Souvignier, C. Argon*, S. McLaughlin, and K. Thamvichai, "Turbo product codes for partial response channels," *International Conference on Communications*, Helsinki, Finland, June 2001.

197. A. Thangaraj* and S. McLaughlin, "Thresholds of LDPCs on PR channels," *International Symposium on Information Theory*, Washington, DC, June 2001.

198. A. Thangaraj* and S. McLaughlin, "Quantum codes from $q$-ary images of self-dual cyclic codes," *International Symposium on Information Theory*, Washington, DC, June 2001.

199. R. Sivasankaran* and S. McLaughlin, "Sequential APP decoding of convolutional codes," *International Symposium on Information Theory*, Washington, DC, June 2001.

200. S. McLaughlin, "Multi-level optical data storage using phase change discs," *2000 Workshop on Coding and Signal Processing for Data Storage*, New Orleans, LA, August 2000.

201. M. Oneill, T. Wong, D. Warland and S. McLaughlin, "Multi-level optical data storage using phase change discs," *The Magnetic Recording Conference 2000*, Santa Clara, CA, August 2000.

202. W. Ryan and S. McLaughlin, "Turbo and LDPC codes for magnetic recording," *2000 Turbo Code Symposium*, Brest France, Sept 2000.

203. F. Fekri*, S. McLaughlin, R. Mersereau, and R. Schafer, "The wavelet Golay code and more," *2000 Globecom*, San Francisco, CA 2000.

204. F. Fekri*, S. McLaughlin, R. Mersereau, and R. Schafer, "Rate 1/L block codes using finite field wavelet transforms; A new class of MDS codes and more," *2000 Conference on Information Sciences and Systems*, Princeton, NJ, March 2000.

205. M.A. Khan*, M.J.T. Smith, S. W. McLaughlin, "Trellis coded RVQ: its geometrical advantages and application to image coding," *International Conference on Acoustics, Speech and Signal Processing*, Istanbul, Turkey, May 2000.

206. R. Sivasankaran*, S. McLaughlin and L. McPheters, "Dual stack iterative decoding for partial response channels," *International Magnetics Conference*, Toronto, Canada, April 2000.

207. S. Datta*, S. W. McLaughlin, "Optimal block codes for M-ary RLL constraints," *International Symposium on Information Theory*, Sorrento, Italy, July 2000.

208. L. McPheters* and S.W. McLaughlin, "Iterative (turbo) decoding or partial response optical recording systems," *ISOM/ODS 1999*, Kauai, Hawaii, July 1999.

209. J. Fan, A. Friedmann, E. Kurtas, and S. McLaughlin, "Low density parity check codes for partial response channels," 1999 Allerton Conference on Communication, Control and Computing, University of Illinois, Urbana, IL October 1999.

210. R. Sivasankaran* and S. McLaughlin, "Dual stack decoding of recursive convolutional codes,," *1999 Allerton Conference on Communication, Control and Computing*, University of Illinois, Urbana, IL, October 1999.

211. K. Anim-Appiah* and S. McLaughlin, "Soft-in, soft-out decoding of nonsystematic runlength limited codes," *1999 Allerton Conference on Communication, Control and Computing*, University of Illinois, Urbana, IL October 1999.

212. K. Anim-Appiah* and S. McLaughlin, "Constrained input turbo codes for $(0, k)$ RLL constrained channels," *1999 Conference on Information Sciences and Systems*, Johns Hopkins University, Baltimore, MD March1999.

213. F. Fekri*, S. McLaughlin, R. Mersereau, and R. Schafer, "Double circulant self-dual codes using finite field wavelet transforms,"  *Symposium on Applied Algebra, Algebraic Algorithms, and Error-Correcting Codes*, Honolulu, MI, Nov 1999.

214. J. P. LeBlanc and S.W. McLaughlin, "MMSE channel truncation for magnetic channels," *INTERMAG '99*, Kyongju, Korea May 1999.

215. J. P. LeBlanc and S.W. McLaughlin, "Enhanced RAM-based equalizers for nonlinear channels," *Proceedings of the 1998 Asilomar Conference on Computers and Communications*, Pacific Grove, CA, Nov. 2-4, 1998.

216. L. McPheters* and S.W. McLaughlin, "Precoded PRML,serial concatenation and iterative (turbo) decoding," *INTERMAG '99*, Kyongju, South Korea May 1999.

217. M.A. Khan*, M.J.T. Smith, S. W. McLaughlin,"Multistage trelliscoded quantization with application to image coding," *International Symposium on Circuits and Systems*, Orlando, FL, May 1999.

218. M.A. Khan*, M.J.T. Smith, S. W. McLaughlin "A new trelliscoded recursive scalar quantizer," ,*Asilomar Conference on Signals, Systems and Computers*, Pacific Grove, CA, November 1998.

219. L. McPheters* and S.W. McLaughlin, "Turbo equalization and iterative decoding in magnetic recording," (invited paper), *Asilomar Conference on Signals, Systems and Computers*, Pacific Grove, CA, November 1998.

220. S.W. McLaughlin, and S. Datta*, "Asymptotically efficient, binary-compatible codes for M-ary runlength limited constraints," *1998 Information Theory Workshop,* Killarney, Ireland, June 1998.

221. W. Ryan, L. McPheters*, and S.W. McLaughlin, "Turbo coding and equalization for PR4 equalized Lorentzian channels," *1998 Conference on Information Sciences and Systems,* Princeton, NJ March 1998.

222. S.W. McLaughlin, P. Lee, and R. Cloke, "Capacity, power spectral density and codes for the one-pairs constraint," *International Symposium on Information Theory 1998,* Cambridge, MA August, 1998.

223. B.V. Vasic, S.W. McLaughlin, G. Djordjevic, and I. Djordjevic, "Tradeoffs in binary and nonbinary optical recording," *Optical Data Storage Conference*, Aspen, CO, May 1998.

224. S.W. McLaughlin, P. Lee, and R. Cloke, "Codes for improved timing recovery in PR4 and EPR4 magnetic recording," *Globecom 1997,* Phoenix, AZ November, 1997.

225. S.W. McLaughlin, P. Lee, and R. Cloke, "A new constraint for improved timing recovery in partial response magnetic recording channels," *1997 Conference on Information Sciences an Systems,* Baltimore, MD, March 1997.

226. B.V. Vasic, S.W. McLaughlin, and O. Milenkovic, "Channel capacity of $M$-ary redundant multitrack runlength limited codes," *International Symposium on Information Theory ,* Ulm, Germany, June 1997.

227. J.P. Le Blanc and S.W. McLaughlin, "Nonequiprobable constellation shaping and blind constant modulus algorithm equalization," *1996 Conference on Information Sciences an Systems,* Princeton, NJ, March 1996.

228. S.W. McLaughlin and A.S. Khayrallah, "Shaping codes constructed via the state splitting algorithm," *1996 Conference on Information Sciences an Systems,* Princeton, NJ, March 1996.

229. S.W. McLaughlin, "Capacity-achieving M-ary runlength limited codes," *SPIE Photonics East, Conference on Coding and Signal Processing for Recording,* Philadelphia, October 1995.

230. S.W. McLaughlin, A.R. Calderbank, R. Laroia, J. Gerpheideand A. Jain, "Partial response modulation codes for electron trapping optical storage," *1995 SPIE Optical Data Storage Conference,* San Diego, CA, June 1995.

231. S.W. McLaughlin, J. Luo*, and Q. Xie, "On the capacity of $M$-ary run-length limited codes," *1995 International Symposium on Information Theory*, Whistler, British Columbia, Canada, September 1995.

232. A. Adams* and S.W. McLaughlin, "Lossless compression of high fidelity audio," *1995 International Conference in Acoustics, Speech and Signal Processing,* Detroit, MI, May 1995.

233. S.W. McLaughlin, A.R. Calderbank, and R. Laroia, "Partial response codes for M-ary optical recording channels," *1994 International Symposium on Information Theory and Its Application,* Sydney, Australia, November 1994.

234. S.W. McLaughlin, "Improved distance M-ary (d,k) codes for multiamplitude optical recording," *Invited Paper, 1994 Magnetic Recording Conference,* San Diego, CA, August 1994.

235. S.W. McLaughlin, "Trends in Lossy Compression: Current and Future Directions," *1994 American Institute for Pattern Recognition Conference,* Washington, DC, October 1994.

236. S.W. McLaughlin, J. Gerpheide, and A. Earman, "Full digital read/write disk drive using M-ary coding," *1994 Optical Data Storage Conference,* Dana Point, CA, May 1994.

237. S.W. McLaughlin, A. Earman, J. Gerpheide, "M-ary runlength limited codes for high density optical recording," *1994 International Symposium on Information Theory,* Trondheim, Norway, July 1994.

238. S.W. McLaughlin, "High density optical recording with applications to real time video coding," *1994 IEEE Dual-Use Technologies and Aplications,* Utica, NY, May 1994.

239. S.W. McLaughlin, J. Ashley, and D.L. Neuhoff, "The optimality of the natural binary code," *1992 Joint Dimacs/IEEE Workshop on Coding and Quantization,* Rutgers University. New Brunswick, NJ, October 1992.

240. S.W. McLaughlin and D.L. Neuhoff, "Asymptotic noisy channel quantization," *Proceedings of 1993 International Symposium on Information Theory,* San Antonio, TX, January 1993.

241. S.W. McLaughlin and D.L. Neuhoff, "Achievable data and bit densities for digital magnetic recording," *1992 Conference on Information Systems and Sciences,* Princeton, NJ, March 1992.

242. S.W. McLaughlin and D.L. Neuhoff, "Combined source- channel coding for magnetic recording," *25th Annual Asilomar Conference on Signals, Systems and Computers,* Pacific Grove, CA, November 1991.

243. S.W. McLaughlin and D.L. Neuhoff, "Asymptotic bounds in source-channel coding," *1991 International Symposium on Information Theory,* Budapest, Hungary, June 1991.

244. A.R. Calderbank, S.W. McLaughlin and D.F. Lyons, "Low-complexity adaptive quantization of images," *1991 International Symposium on Information Theory,* Budapest, Hungary, June 1991.

245. A.R. Calderbank, S.W. McLaughlin and D.F. Lyons, "A low-complexity adaptive two-stage quantizer," *1991 Conference on Information Systems and Sciences,* Johns Hopkins University, Baltimore, MD, March 1991.

### CONFERENCE PRESENTATIONS (NON-REFEREED)

246. S.W. McLaughlin, "CREATE-X: A framework for entrepreneurial confidence and student-led startups," QS - SFS on Electrical Engineering, Singapore, March 2016.

247. S. Calandra and S.W. McLaughlin, "University Globalization," Treasury Institute for Higher Education Annual Conference, Charleston, SC, Jan 2012.

248. S. W. McLaughlin, "Global Engagement and GT's International Plan," (opening Plenary) *14th Colloquium on International Engineering Education,* Provo, UT, November 2011.

249. S. W. McLaughlin, "Global Partnerships," *ASEE Global Symposium,* Shanghai, China, October 2011.

250. S. W. McLaughlin, "Rebooting Education," *Global Competitiveness Forum,* Riyadh, Saudi Arabia, January 2011.

251. S. W. McLaughlin, "Models for International Dual and Joint Degree programs," *NAFSA Annual Conference* Kansas City, MO, June 2010.

252. S. W. McLaughlin, "Dual and joint degree programs from the state university perspective," *Association of International Education Administrators Annual Conference,* Washington, DC, February 2010.

253. S. W. McLaughlin, "International campus operations," *Association of International Education Administrators Annual Conference,* Atlanta, GA, February 2009.

254. S. W. McLaughlin, "International campuses - are they for real?" *Annual Meeting of the American Association of Collegiate Registrars and Admissions Officers,* Orlando, FL, March 2008.

- *OTHER PUBLICATIONS*

*Information Storage Industries Consortium, Optical Disc Roadmap,* August 1998 (one of approx. 50 participants)

*Information Storage Industries Consortium, Optical Disc Roadmap,* August 2002 (co-leader of Signal Processing Technologies).

*Information Storage Industries Consortium, Optical Disc Roadmap,* August 2006 (leader of Signal Processing Technologies).

## SHORT COURSES TAUGHT

(1) *Multilevel Optical Recording* IEEE/LEOS/OSA/SPIE Optical Data Storage Topical Conference, Vancouver, BC 2003. Half day short course taught with D.K. Warland, UC-Davis.

(2) *Information Theoretic Security* IEEE International Symposium on Information Theory, Toronto, ON 2008. Half day short course taught with Joao Barros, University of Porto.

## U.S. PATENTS ISSUED

1. 8,781,125 *Systems and methods of secure coding for physical layer communication channels*, issued 7/15/2014

2. 8,667,380 *Secure communication using non-systematic error control codes*, issued 3/4/2014

3. 8,484,545 *Secure communication using error correction codes* issued 7/9/2013

4. 8,213,616 *Systems and method for providing opportunistic security for physical communication channels* issued 7/3/2012.

5. 8,145,972 *Apparatus and method for coding in communication system* issued 3/27/2012.

6. 7,904,792 *Apparatus and method for transmitting/receiving signal in a communication system* 3/8/2011.

7. 7,818,650 *Channel encoding apparatus and method* (joint inventor) issued 10/19/2010.

8. 7,657,824 *Method for puncturing an LDPC channel code,* (joint inventor) issued 2/2/2010.

9. 7,451,385 *Channel encoding apparatus and method* (joint inventor) issued 11/11/2008.

10. 7,136,333 *Method and apparatus for reading and writing a multilevel signal from an optical disc oscillators* (joint inventor) issued 11/14/2006.

11. 6,898,756 *System and method for enabling efficient error correction and encryption using wavelet transforms over finite fields* (joint inventor) issued 5/24/2005.

12. 6,847,760 *Spatially resolved equalization and forward error correction for multimode fiber links* (joint inventor), issued 1/25/2005.

13. 6,842,873 *Advanced forward error correction* (joint inventor), issued 1/05/2005.

14. 6,657,933 *Method and apparatus for reading and writing a multilevel signal from an optical disc* (joint inventor), issued 12/02/2003.

15. 6,385,255 *Coding system and method for partial response channels* (joint inventor), issued 5/07/2002.

16. 6,381,724 *Method and apparatus for modulation encoding data for storage on a multi-level optical recording medium* (joint inventor), issued 4/30/2002.

17. 6,377,529 *Method for providing improved equalization for the reading of marks on optical data-storage media* (joint inventor), issued 4/23/2002.

18. 6,246,346 *Storage system employing high rate code with constraint on runlength between occurrences of influential pattern* (joint inventor), issued 6/12/2001.

19. 6,150,964 *M=10 (2,10), D=3.75 runlength limited code for multi-level data* , issued 11/21/2000.

20. 5,781,130, *M-ary (d,k) runlength limited code for multi-level data* (joint inventor), 7/14/98.

21. 6,148,428, *Method and apparatus for modulation encoding data for storage on a multi-level optical recording medium* (joint inventor), issued 11/14/2000.

22. 5,537,382, *Partial response coding for a multilevel optical recording channel*, 7/16/96

23. 5,657,014, *M=7 (3,7) D= 3.33 runlength limited code for multilevel data*, 8/12/97

24. 5,659,311, *M=6 (2,4) D=3.0 runlength limited code for multilevel data* 9/19/97

25. 5,659,310, *M=5 (0,2) D=2.0 runlength limited code for multilevel data* 8/19/97

26. 5,663,722, *M=10 (3,6) D= 4 runlength limited code for multilevel data*, 9/2/97

27. 5,663,723, *M=7 (1,3) D= 3.0 runlength limited code formultilevel data.* 9/2/97

28. 5,668,546, *M=6 (3,6) D= 3.2 runlength limited code for multilevel data.* 9/16/97

29. 5,670,956, *M=5 (3,7) D= 3.0 runlength limited code formultilevel data.* 9/23/97

30. 5,675,330, *M=5 (4,11) D= 3.33 runlength limited code for multilevel data.* 10/7/97

31. 5,680,128, *M=6 (3,8) D= 3.33 runlength limited code for multilevel data* 10/21/97

32. 5,682,154, *M=4 (1,2) D=2.0 runlength limited code for multilevel data* 10/28/97

33. 5,682,155, *M=6 (4,11) D= 3.33 runlength limited code for multilevel data* 10/28/97

34. 5,748,118, *M=8 (1,3) runlength limited code for multilevel data*, 5/5/98

35. 5,748,118, *M=7 (3,8) runlength limited code for multilevel data*, 5/5/98.

36. 5,757,293, *M=8 (1,2) runlength limited code for multilevel data*, 5/26/98.


<u>PERSONAL</u>
Born: Pittsburgh, Pennsylvania, 1962.
Married to Mary Grace Fisher, son William (19)

**APPENDIX B**



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster™* is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1996 by Merriam-Webster, Incorporated

Philippines Copyright 1996 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
      p.    cm.
  Includes index.
  ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe : alk. paper). — ISBN 0-87779-707-2 (laminated cover).
  1. English language—Dictionaries.  I. Merriam-Webster, Inc.
PE1628.M36    1996
423—dc20                                95-36076
                                                  CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

13141516RMcN96

**248**   constative ● consult

**con·sta·tive** \kən-ˈstā-tiv, ˈkän-stə-tiv\ *adj* [*constate* to assert positively, fr. F *constater*, fr. L *constat* it is certain, 3d sing. pres. indic. of *constare*] (1901) **1** : of, relating to, or being a verbal form that expresses past completed action   **2** : being or relating to an utterance (as an assertion, question, or command) that is capable of being judged true or false — **constative** *n*

**con·stel·late** \ˈkän(t)-stə-ˌlāt\ *vb* **-lat·ed; -lat·ing** *vt* (1643) **1** : to unite in a cluster   **2** : to set or adorn with or as if with constellations — *vi* : CLUSTER

**con·stel·la·tion** \ˌkän(t)-stə-ˈlā-shən\ *n* [ME *constellacioun*, fr. MF *constellation*, fr. LL *constellation-, constellatio*, fr. L *constellatus* + *stella* star — more at STAR] (14c) **1** : the configuration of stars esp. at one's birth   **2** : any of 88 arbitrary configurations of stars or an area of the celestial sphere covering one of these configurations   **3** : an assemblage, collection, or gathering of usu. related persons, qualities, or things ⟨a ~ of ... relatives, friends, and hangers-on —Brendan Gill⟩   **4** : PATTERN, ARRANGEMENT ⟨taking advantage of the shifting ~ of power throughout the known world —H. D. Lasswell⟩ — **con·stel·la·to·ry** \kən-ˈste-lə-ˌtȯr-ē, -ˌtȯr-\ *adj*

**con·ster·nate** \ˈkän(t)-stər-ˌnāt\ *vt* **-nat·ed; -nat·ing** (1651) : to fill with consternation

**con·ster·na·tion** \ˌkän(t)-stər-ˈnā-shən\ *n* [F or L; F, fr. L *consternation-, consternatio*, fr. *consternare* to throw into confusion, fr. *com-* + *-sternare*, prob. fr. *sternere* to spread, strike down — more at STREW] (ca. 1611) : amazement or dismay that hinders or throws into confusion ⟨the two ... stared at each other in ~, and neither knew what to do —Pearl Buck⟩

**con·sti·pate** \ˈkän(t)-stə-ˌpāt\ *vt* **-pat·ed; -pat·ing** [ML *constipatus*, pp. of *constipare*, fr. L, to crowd together, fr. *com-* + *stipare* to pack tight — more at STIFF] (1533) **1** : to cause constipation in   **2** : to make immobile, inactive, or dull : STULTIFY ⟨so much clutter . . . will tend to ~ the novel's working order —*Times Lit. Supp.*⟩

**con·sti·pat·ed** \-ˌpā-təd\ *adj* (1547) **1** : affected with constipation   **2** : stilted or stodgy in appearance, expression, or action

**con·sti·pa·tion** \ˌkän(t)-stə-ˈpā-shən\ *n* (15c) **1** : abnormally delayed or infrequent passage of usu. dry hardened feces   **2** : STULTIFICATION

**con·stit·u·en·cy** \kən-ˈstich-wən(t)-sē, -ˈsti-chə-\ *n, pl* **-cies** (1831) **1** : a body of citizens entitled to elect a representative (as to a legislative or executive position)   **b** : the residents in an electoral district   **c** : an electoral district   **2 a** : a group or body that patronizes, supports, or offers representation ⟨creating . . . a grass-roots ~ for continuing the project —Fred Reed⟩   **b** : the people involved in or served by an organization (as a business or institution) ⟨regards its corporate customers as its prime ~ —Andrew Hacker⟩

**con·stit·u·ent** \-wənt, *n* *fr constituant*, fr. MF, fr. prp. of *constituer* to constitute, fr. L *constituere*] (1622) **1** : one who authorizes another to act as agent **1** : PRINCIPAL   **2** : a member of a constituency   **3** : an essential part : COMPONENT, ELEMENT   **4** : a structural unit of a definable syntactic, semantic, or phonological category that consists of one or more linguistic elements (as words, morphemes, or features) and that can occur as a component of a larger construction . *syn* see ELEMENT — **constituent** *adj* [L *constituent-, constituens*, prp. of *constituere*] (1660) **1** : serving to form, compose, or make up a unit or whole : COMPONENT   **2** : having the power to create a government or frame or amend a constitution ⟨a ~ assembly⟩ — **con·stit·u·ent·ly** *adv*

**con·sti·tute** \ˈkän(t)-stə-ˌtüt, -ˌtyüt\ *vt* **-tut·ed; -tut·ing** [ME, fr. L *constitutus*, pp. of *constituere* to set up, constitute, fr. *com-* + *statuere* to set — more at STATUTE] (15c) **1** : to appoint to an office, function, or dignity   **2** : SET UP, ESTABLISH as **a** : ENACT   **b** : FOUND   **c** (1) : to give due or lawful form to   (2) : to legally process   **3** : MAKE UP, FORM, COMPOSE ⟨12 months ~ a year⟩ ⟨high school dropouts who ~ a major problem in large city slums —J. B. Conant⟩

**con·sti·tu·tion** \ˌkän(t)-stə-ˈtü-shən, -ˈtyü-\ *n* (14c) **1** : an established law or custom : ORDINANCE   **2 a** : the physical makeup of the individual comprising inherited qualities modified by environment   **b** : the structure, composition, physical makeup, or nature of something   **3** : the act of establishing, making, or setting up   **4** : the mode in which a state or society is organized; *esp* : the manner in which sovereign power is distributed   **5 a** : the basic principles and laws of a nation, state, or social group that determine the nature and duties of the government and guarantee certain rights to the people in it   **b** : a written instrument embodying the rules of a political or social organization — **con·sti·tu·tion·less** \-ləs\ *adj*

**con·sti·tu·tion·al** \-shnəl, -shə-nᵊl\ *adj* (1682) **1** : relating to, inherent in, or affecting the constitution of body or mind   **2** : of, relating to, or entering into the fundamental makeup of something : ESSENTIAL   **3** : being in accordance with or authorized by the constitution of a state or society ⟨a ~ government⟩   **4** : regulated by or ruling according to a constitution ⟨a ~ monarchy⟩   **5** : of or relating to a constitution   **6** : loyal to or supporting an established constitution or form of government

**²constitutional** *n* (1829) : a walk taken for one's health

**con·sti·tu·tion·al·ism** \-shᵊ-nə-ˌli-zəm, -shə-nᵊl-\ *n* (1832) **1** : adherence to or government according to constitutional principles; *also* : a constitutional system of government — **con·sti·tu·tion·al·ist** \-list\ *n*

**con·sti·tu·tion·al·i·ty** \-ˌtü-shə-ˈna-lə-tē, -ˌtyü-\ *n* (1787) : the quality or state of being constitutional; *esp* : accordance with the provisions of a constitution ⟨questioned the ~ of the law⟩

**con·sti·tu·tion·al·ize** \-ˈtü-shnə-ˌlīz, -ˈtyü-shᵊn-ᵊl-ˌīz\ *vt* **-ized; -iz·ing** (1831) : to provide with a constitution : organize along constitutional principles — **con·sti·tu·tion·al·i·za·tion** \-ˌtü-shnə-lə-ˈzā-shən, -sha-nᵊl-ə-\ *n*

**con·sti·tu·tion·al·ly** \-ˈtü-shnə-lē, -ˈtyü-, -sha-nᵊl-ē\ *adv* (1742) **1 a** : in accordance with one's constitution ⟨~ unable to grasp subtleties⟩   **b** : in structure, composition, or constitution ⟨despite repeated beatings the material remained ~ the same⟩   **2** : in accordance with a political constitution (was not ~ eligible to fill the office)

**con·sti·tu·tive** \ˈkän(t)-stə-ˌtü-tiv, -ˌtyü-; kən-ˈsti-chə-tiv\ *adj* (1592) **1** : having the power to enact or establish : CONSTRUCTIVE   **2** : CONSTITUENT, ESSENTIAL   **3** : relating to or dependent on constitution ⟨a ~ property of all electrolytes⟩ — **con·sti·tu·tive·ly** *adv*

**con·strain** \kən-ˈstrān\ *vt* [ME, fr. MF *constraindre*, fr. L *constringere* to constrict, constrain, fr. *com-* + *stringere* to draw tight — more at STRAIN] (14c) **1 a** : to force by imposed stricture, restriction, or limitation   **b** : to restrict the motion of (a mechanical body) to a particular mode   **2** : COMPRESS; *also* : to clasp tightly   **3** : to secure by or as if by bonds : CONFINE; *broadly* : LIMIT   **4** : to force or produce in an unnatural or strained manner ⟨a ~ed smile⟩   **5** : to hold back by or as if by force ⟨~ing my mind not to wander from the task —Charles Dickens⟩ *syn* see FORCE — **con·strained·ly** \-ˈstrā-nəd-lē, -ˈstrānd-lē\ *adv*

**con·straint** \kən-ˈstrānt\ *n* (14c) **1** : the act of constraining   **b** : the state of being checked, restricted, or compelled to avoid or perform some action ⟨the ~ and monotony of a monastic life —Matthew Arnold⟩   **c** : a constraining condition, agency, or force   ⟨. . . ~ s on the board's actions⟩   **2 a** : a repression of one's own feelings, behavior, or actions   **b** : a sense of being constrained : EMBARRASSMENT

**con·strict** \kən-ˈstrikt\ *vb* [L *constrictus*, pp. of *constringere*] *vt* (1731) **1 a** : to make narrow or draw together   **b** : COMPRESS, SQUEEZE ⟨~ a nerve⟩   **2** : to stultify, stop, or cause to falter : INHIBIT ~ *vi* : to become constricted   *syn* see CONTRACT — **con·stric·tive** \-ˈstrik-tiv\ *adj*

**con·stric·tion** \-ˈstrik-shən\ *n* (15c) **1** : an act or product of constricting   **2** : the quality or state of being constricted   **3** : something that constricts

**con·stric·tor** \-ˈstrik-tər\ *n* (1735) **1** : a muscle that contracts a cavity or orifice or compresses an organ   **2** : a snake (as a boa constrictor) that kills prey by compression in its coils   **3** : one that constricts

**con·stringe** \kən-ˈstrinj\ *vt* **con·stringed; con·string·ing** [L *constringere*] (1604) **1** : to cause to shrink ⟨cold ~ s the pores⟩   **2** : CONSTRICT — **con·strin·gent** \-ˈstrin-jənt\ *adj*

**¹con·struct** \kən-ˈstrəkt\ *vt* [L *constructus*, pp. of *construere*, fr. *com-* + *struere* to build — more at STRUCTURE] (1663) **1** : to make or form by combining or arranging parts or elements : BUILD; *also* : CONTRIVE, DEVISE   **2** : to draw (a geometrical figure) with suitable instruments and under specified conditions   **3** : to set in logical order — **con·struct·ible** \-ˈstrək-tə-bəl\ *adj* — **con·struc·tor** \-ˈtər\ *n*

**²con·struct** \ˈkän-ˌstrəkt\ *n* (1933) **1** : something constructed by the mind: as   **a** : a theoretical entity ⟨the deductive study of abstract ~s —Daniel J. Boorstin⟩   **b** : a working hypothesis or concept ⟨a point of view which made "abroad" singularly containable as a literary ~ —Jonathan Raban⟩   **c** : a product of ideology or habitual thought : a nonverbal ~ in which invented human characters appear —Anthony Burgess⟩   **2** : something produced by human effort ⟨the East bloc was always an unnatural ~ —Walter Isaacson⟩

**con·struc·tion** \kən-ˈstrək-shən\ *n* (14c) **1** : the act or result of constructing, interpreting, or explaining   **2 a** : the process, art, or manner of constructing something; *also* : a thing constructed   **b** : the construction industry (working in ~)   **3** : the arrangement and connection of words in or relationship of words in a sentence : syntactical arrangement   **4** : a sculpture that is put together out of separate pieces of often disparate materials — **con·struc·tion·al** \-shnəl, -shə-nᵊl\ *adj* — **con·struc·tion·al·ly** *adv*

**con·struc·tion·ist** \-sh(ə-)nist\ *n* (1838) : one who construes a legal document (as the U.S. Constitution) in a specific way ⟨a strict ~⟩

**construction paper** *n* (ca. 1924) : a thick groundwood paper available in many colors and used esp. for school artwork

**con·struc·tive** \kən-ˈstrək-tiv\ *adj* (ca. 1680) **1** : declared such by judicial construction or interpretation ⟨~ fraud⟩   **2** : of or relating to construction or creation   **3** : promoting improvement or development ⟨~ criticism⟩ — **con·struc·tive·ly** *adv* — **con·struc·tive·ness** *n*

**con·struc·tiv·ism** \kən-ˈstrək-ti-ˌvi-zəm\ *n, often cap* (1925) : a nonobjective art movement originating in Russia and concerned with formal organization of planes and expression of volume in terms of modern industrial materials (as glass and plastic) — **con·struc·tiv·ist** \-vist\ *adj or n, often cap*

**¹con·strue** \kən-ˈstrü\ *vb* **con·strued; con·stru·ing** [ME, fr. LL *construere*, fr. L to construct] *vt* (14c) **1** : to analyze the arrangement and connection of words in (a sentence or sentence part)   **2** : to understand or explain the sense or intention of usu. in a particular way or with respect to a given set of circumstances ⟨*construed* my actions as hostile⟩ ~ *vi* : to construe a sentence or sentence part esp. in connection with translating — **con·stru·able** \-ˈstrü-ə-bəl\ *adj*

**²con·strue** \ˈkän-ˌstrü, n\ (1844) : an act or the result of construing esp. by piecemeal translation

**con·sub·stan·tial** \ˌkän(t)-səb-ˈstan(t)-shəl\ *adj* [LL *consubstantialis*, fr. L *com-* + *substantia* substance] (14c) : of the same substance

**con·sub·stan·ti·a·tion** \ˌkän(t)-səb-ˌstan(t)-shē-ˈā-shən\ *n* (1597) : the actual substantial presence and combination of the body and blood of Christ with the eucharistic bread and wine according to a teaching associated with Martin Luther — compare TRANSUBSTANTIATION

**con·sue·tude** \ˈkän(t)-swi-ˌtüd, kən-ˈsü-ə-, -ˌtyüd\ *n* [ME, fr. L *consuetudo* — more at CUSTOM] (14c) : social usage : CUSTOM — **con·sue·tu·di·nary** \ˌkän(t)-swi-ˈtü-di-ˌner-ē, kən-ˌsü-ə-, -ˈtyü-\ *adj*

**con·sul** \ˈkän(t)-səl\ *n* [ME, fr. L; perh. akin to L *consulere* to consult] (14c) **1 a** : either of two annually elected chief magistrates of the Roman republic   **b** : one of three chief magistrates of the French republic from 1799 to 1804   **2** : an official appointed by a government to reside in a foreign country to represent the commercial interests of citizens of the appointing country — **con·sul·ar** \-s(ə-)lər\ *adj* — **con·sul·ship** \-səl-ˌship\ *n*

**con·sul·ate** \-s(ə-)lət\ *n* (14c) **1** : a government by consuls   **2** : the office, term of office, or jurisdiction of a consul   **3** : the residence or official premises of a consul

**consulate general** *n, pl* **consulates general** (1883) : the residence, office, or jurisdiction of a consul general

**consul general** *n, pl* **consuls general** (1753) : a consul of the first rank stationed in an important place or having jurisdiction in several places or over several consuls

**¹con·sult** \kən-ˈsəlt\ *vb* [MF or L; MF *consulter*, fr. L *consultare*, freq. of *consulere* to deliberate, consult, consult] *vt* (1527) **1** : to have regard to : CONSIDER   **2 a** : to ask the advice or opinion of ⟨~ a doctor⟩   **b** : to refer to ⟨~ a dictionary⟩ ~ *vi* **1** : to consult an individual **2** : to deliberate together : CONFER   **3** : to serve as a consultant — **con·sult·er** *n*

**²con·sult** \ˈkän-ˌsəlt, ˈkän-ˌ\ *n* (1560) : CONSULTATION

ıə-bəl-nəs\ n — im·per·ish·ably \-blē\ adv
[L — more at EMPIRE] (1651) 1 a : ...
ominion : CONTROL b : EMPIRE 2 : ...
oy the force of the state : SOVEREIGNTY
n-nən(t)s, -'pər-mə-\ n (1796) : the qual...
ient
\ n (1648) : IMPERMANENCE
(1653) : not permanent : TRANSIENT
ie-ə-bəl\ adj [LL impermeabilis, fr. L ...
] (1697) : not permitting passage (as ...
broadly : IMPERVIOUS — im·per·me·a...
li-sə-bəl\ adj (1858) : not permissible ...
ıə-'bi-lə-tē\ n — im·per·mis·si·bly \-...
-'pər-sᵊn-əl\ adj [ME, fr. LL imper...
lis personal] (15c) 1 a : denoting ...
d agent and hence used with no expre...
a merely formal subject (as rained ...
EFINITE 2 a : having no personal ...
im) b : not engaging the human per...
e as compared with the hand tool ...
not existing as a person : not having ...
cs — im·per·son·al·i·ty \-,pər-sᵊn-...
ɔərs-nə-lē, -'pər-sᵊn-ə-lē\ adv
s-nə-,līz, -'pər-sᵊn-ə-\ vt (ca. 1899) ...
r·son·al·i·za·tion \-,pərs-nə-lə-'zā-...
it\ vt -at·ed; -at·ing (1715) : to assume ...
ONATE — im·per·son·a·tion \-,pər-sᵊ-...
\-'pər-sᵊn-,ā-tər\ n
n-ən(t)s, -'pərt-nən(t)s\ n (1603) 1 : ...
tinent: as a : IRRELEVANCE, INAPPROP...
ENCE 2 : an instance of impertinence
ən(t)-\ n, pl -cies (1589) : IMPERTINENCE
ənt, -'pərt-nənt\ adj [ME, fr. MF, fr.
L in- + pertinent-, pertinens, prp. of ...
not pertinent : IRRELEVANT 2 a : ...
er bounds esp. of propriety or good ...
characterized by insolent rudeness ...
adv
MEDDLESOME, INTRUSIVE, OBTRUSIVE mean ...
to the affairs of others. IMPERTINENT ...
f propriety in showing interest or con...
nted their impertinent interference ...
services or attentions that are unw...
ds made the job harder). MEDDLESOME ...
ı. prying interference in others' affairs ...
SIVE implies a tactless or otherwise ...
s' affairs (tried to be helpful without ...
esses improper or offensive conspic...
(expressed an obtrusive concern ...
-bə-bəl\ adj [ME, fr. LL imperturbabilis ...
rturb] (15c) : marked by extreme calm ...
SERENE syn see COOL — im·per·turb...
— im·per·turb·ably \-'tər-bə-blē\ adv
\ adj [L impervius, fr. in- + pervius ...
wing entrance or passage : IMPENETRABLE ...
capable of being damaged or harmed ...
) 2 : not capable of being affected ...
im·per·vi·ous·ly adv — im·per·vi·ous...
ness\ adj (1620) : of, relating to, or ...
ti-\ n [L, fr. impetere to attack — ...
ntagious staphylococcal or streptococcal ...
vesicles, pustules, and yellowish crusts
trat·ed; -trat·ing [L impetratus, pp. of ...
accomplish — more at PERPETRATE] ...
st or entreaty 2 : to ask for : ENTREAT ...
i-shən\ n
vä-sə-tē\ n, pl -ties (15c) 1 : the quality ...
: an impetuous action or impulse
'pe-chə-\ adj [ME, fr. MF impetueux, ...
] (14c) 1 : marked by impulsive ...
erament) 2 : marked by force and ...
an ~ wind) syn see PRECIPITATE — ...
ous·ness n
ssault, impetus, fr. impetere to attack ...
more at FEATHER] (1641) 1 a : ...
INCENTIVE, STIMULUS b : stimulation ...
ncreased activity 2 : the property ...
rtue of its mass and its motion — ...
olently to indicate the origin and ...
-ties (14c) 1 : the quality or state ...
2 : an impious act
ged; im·ping·ing [L impingere, fr. ...
more at PACT] (1605) 1 : to strike ...
on (I heard the rain ~ upon the ...
effect : make an impression ...
pon my mind —Phyllis Bentley) ...
ner people's rights) — im·pinge·ment ...
-\ adj [L impius, fr. in- + pius ...
reverence or proper respect for ...
— im·pi·ous·ly adv
: of, relating to, or befitting an imp
dv — imp·ish·ness n
l, -'plā-\ adj [MF or L; MF, fr. L ...
placable] (15c) : not placable : not ...

...of being appeased, significantly changed, or mitigated ⟨an ~ enemy⟩ — im·pla·ca·bil·i·ty \-,pla-kə-'bi-lə-tē, -,plā-\ n — im·pla·ca·bly \-'pla-kə-blē, -'plā-\ adv

...plant \im-'plant\ vt (15c) 1 a : to fix or set securely or deeply ⟨a ...~ed in the idol's forehead⟩ b : to set permanently in the consciousness or habit patterns : INCULCATE 2 : to insert in a living site ...for growth, slow release, or formation of an organic union) ⟨subcutaneously ~ed hormone pellets⟩ — im·plant·able \-'plan-tə-bəl\ adj — im·plant·er \im-'plan-tər\ n

syn IMPLANT, INCULCATE, INSTILL, INSEMINATE, INFIX mean to introduce into the mind. IMPLANT implies teaching that makes for permanence of what is taught ⟨implanted a love of reading in her students⟩. INCULCATE implies persistent or repeated efforts to impress on the mind ⟨tried to inculcate in him high moral standards⟩. INSTILL stresses gradual gentle imparting of knowledge over a long period of time ⟨instill traditional values in your children⟩. INSEMINATE applies to a sowing of ideas in many minds so that they spread through a class or nation ⟨disseminated an unquestioning faith in technology⟩. INFIX stresses firmly inculcating a habit of thought ⟨infixed a chronic cynicism⟩.

...plant \'im-,plant\ n (1890) : something (as a graft or pellet) implanted in tissue

...plan·ta·tion \,im-,plan-'tā-shən\ n (1578) 1 a : the act or process of implanting something b : the state resulting from being implanted ... placental mammals : the process of attachment of the embryo to the maternal uterine wall

...plau·si·ble \(,)im-'plȯ-zə-bəl\ adj (ca. 1677) : not plausible : provoking disbelief — im·plau·si·bil·i·ty \-,plȯ-zə-'bi-lə-tē\ n — im·plau·si·bly \-'plȯ-zə-blē\ adv

...plead \im-'plēd\ vt [ME empleden, fr. MF emplaider, fr. OF em-..., fr. en- + plaidier to plead] (14c) : to sue or prosecute at law

...ple·ment \'im-plə-mənt\ n [ME, fr. LL implementum action of filling up, fr. L implēre to fill up, fr. in- + plēre to fill — more at FULL] 1 : an article serving to equip ⟨the ~s of religious worship⟩ 2 : a device used in the performance of a task 3 : one that serves as an instrument or tool ⟨the partnership agreement does not seem to be a very potent ~ —H. B. Hoffman⟩

syn IMPLEMENT, TOOL, INSTRUMENT, APPLIANCE, UTENSIL mean a relatively simple device for performing work. IMPLEMENT may apply to anything necessary to perform a task ⟨crude stone implements⟩ ⟨farm implements⟩. TOOL suggests an implement adapted to facilitate a definite kind or stage of work and suggests the need of skill more strongly than IMPLEMENT ⟨a carpenter's tools⟩. INSTRUMENT suggests a device capable of delicate or precise work ⟨the dentist's instruments⟩. APPLIANCE refers to a tool or instrument utilizing a power source and suggests portability or temporary attachment ⟨household appliances⟩. UTENSIL applies to a device used in domestic work or some routine unskilled activity ⟨kitchen utensils⟩.

...ple·ment \-,ment\ vt (1806) 1 : CARRY OUT, ACCOMPLISH; esp : to give practical effect to and ensure of actual fulfillment by concrete measures 2 : to provide instruments or means of expression for — im·ple·men·ta·tion \,im-plə-mən-'tā-shən, -,men-\ n — im·ple·men·ter or im·ple·men·tor \'im-plə-,mən-tər\ n

...pli·cate \'im-plə-,kāt\ vt -cat·ed; -cat·ing [ME, to convey by implication, fr. ML implicatus, pp. of implicare, fr. L, to entwine, involve — more at EMPLOY] (15c) 1 : to involve as a consequence, corollary, or natural inference : IMPLY 2 archaic : to fold or twist together : ENTWINE 3 a : to bring into intimate or incriminating connection b : to involve in the nature or operation of something

...pli·ca·tion \,im-plə-'kā-shən\ n (15c) 1 a : the act of implicating : the state of being implicated b : close connection; esp : an incriminating involvement 2 a : the act of implying : the state of being implied b (1) : a logical relation between two propositions that fails to hold only if the first is true and the second is false (2) : a logical relationship between two propositions in which if the first is true the second is true (3) : a statement exhibiting a relation of implication 3 : something implied: as a : SUGGESTION b : a possible significance ⟨the book has political ~s⟩ — im·pli·ca·tive \'im-plə-,kā-tiv, im-'pli-kə-\ adj — im·pli·ca·tive·ly adv — im·pli·ca·tive·ness n

...plic·it \im-'pli-sət\ adj [L implicitus, pp. of implicare] (1599) 1 a : capable of being understood from something else though unexpressed : IMPLIED ⟨an ~ assumption⟩ b : involved in the nature or essence of something though not revealed, expressed, or developed : POTENTIAL ⟨a sculptor may see different figures ~ in a block of stone —John Dewey⟩ c of a mathematical function : defined by an expression in which the dependent variable and the one or more independent variables are not separated on opposite sides of an equation — compare EXPLICIT 4 2 : being without doubt or reserve : UNQUESTIONING — im·plic·it·ly adv — im·plic·it·ness n

implicit differentiation n (ca. 1889) : the process of finding the derivative of a dependent variable in an implicit function by differentiating each term separately, by expressing the derivative of the dependent variable as a symbol, and by solving the resulting expression for the symbol

...plode \im-'plōd\ vb im·plod·ed; im·plod·ing [²in- + -plode (as in explode)] vi (1881) 1 a : to burst inward ⟨a blow causing a vacuum tube to ~⟩ b : to undergo violent compression ⟨massive stars which implode⟩ 2 : to collapse inward as if from external pressure; also : to become greatly reduced as if from collapsing ~ vt : to cause to implode

...plore \im-'plȯr, -'plȯr\ vt im·plored; im·plor·ing [MF or L; MF implorer, fr. L implorare, fr. in- + plorare to cry out] (ca. 1540) 1 : to call upon in supplication : BESEECH 2 : to call or pray for earnestly : ENTREAT syn see BEG — im·plor·ing·ly adv

...plo·sion \im-'plō-zhən\ n [²in- + -plosion (as in explosion)] (1877) 1 : the inrush of air in forming a suction stop 2 : the action of imploding 3 : the act or action of bringing to or as if to a center; also : INTEGRATION ⟨this ~ of cultures makes realistic for the first time the vision of a world culture —Kenneth Keniston⟩ — im·plo·sive ...\ adj or n

...ply \im-'plī\ vt im·plied; im·ply·ing [ME emplien, fr. MF emplier, ... implicare] (14c) 1 obs : ENFOLD, ENTWINE 2 : to involve or indicate by inference, association, or necessary consequence rather than by direct statement ⟨rights ~ obligations⟩ 3 : to contain potentially 4 : to express indirectly ⟨his silence implied consent⟩ syn see SUGGEST, ... see INFER

im·po·lite \,im-pə-'līt\ adj [L impolitus, fr. in- + politus polite] (1739) : not polite : RUDE — im·po·lite·ly adv — im·po·lite·ness n

im·pol·i·tic \(,)im-'pä-lə-,tik\ adj (ca. 1600) : not politic : RASH — im·po·lit·i·cal \-pə-'li-ti-kəl\ adj — im·po·lit·i·cal·ly \-'li-ti-k(ə-)lē\ adv — im·pol·i·tic·ly \-'pä-lə-,ti-klē\ adv

im·pon·der·a·ble \(,)im-'pän-d(ə-)rə-bəl\ adj [ML imponderabilis, fr. L in- + LL ponderabilis ponderable] (1794) : not ponderable : incapable of being weighed or evaluated with exactness — im·pon·der·a·bil·i·ty \-,pän-d(ə-)rə-'bi-lə-tē\ n — imponderable n — im·pon·der·a·bly \-'pän-d(ə-)rə-blē\ adv

im·pone \im-'pōn\ vt im·poned; im·pon·ing [L imponere to put upon, fr. in- + ponere to put — more at POSITION] (ca. 1623) obs : WAGER, BET

¹im·port \im-'pōrt, -'pȯrt, 'im-,\ vb [ME, fr. L importare to bring into, fr. in- + portare to carry — more at FARE] vt (15c) 1 a : to bear or convey as meaning or portent : SIGNIFY b archaic : EXPRESS, STATE c : IMPLY 2 : to bring from a foreign or external source; esp : to bring (as merchandise) into a place or country from another country 3 archaic : to be of importance to : CONCERN ~ vi : to be of consequence : MATTER — im·port·able \im-'pōr-tə-bəl, -'pȯr-, 'im-,\ adj — im·port·er n

²im·port \'im-,pōrt, -,pȯrt\ n (ca. 1568) 1 : IMPORTANCE; esp : relative importance ⟨it is hard to determine the ~ of this decision⟩ 2 : PURPORT, SIGNIFICATION 3 : something that is imported 4 : IMPORTATION

im·por·tance \im-'pȯr-tᵊn(t)s, esp Southern & NewEng -tən(t)s, -dən(t)s\ n (1508) 1 a : the quality or state of being important : CONSEQUENCE b : an important aspect or bearing : SIGNIFICANCE 2 obs : IMPORT, MEANING 3 obs : IMPORTUNITY 4 obs : a weighty matter

syn IMPORTANCE, CONSEQUENCE, MOMENT, WEIGHT, SIGNIFICANCE mean a quality or aspect having great worth or significance. IMPORTANCE implies a value judgment of the superior worth or influence of something or someone ⟨a region with no cities of importance⟩. CONSEQUENCE generally implies importance because of probable or possible effects ⟨the style you choose is of little consequence⟩. MOMENT implies conspicuous or self-evident consequence ⟨a decision of great moment⟩. WEIGHT implies a judgment of the immediate relative importance of something ⟨the argument carried no weight with the judge⟩. SIGNIFICANCE implies a quality or character that should mark a thing as important but that is not self-evident and may or may not be recognized ⟨the treaty's significance⟩.

im·por·tan·cy \-tᵊn(t)-sē, -tən(t)-, -dən(t)-\ n (1540) archaic : IMPORTANCE

im·por·tant \im-'pȯr-tᵊnt, esp Southern & NewEng -tənt, -dənt\ adj [ME importante, fr. ML important-, importans, prp. of importare to signify, fr. L, to bring into] (15c) 1 : marked by or indicative of significant worth or consequence : valuable in content or relationship 2 obs : IMPORTUNATE, URGENT 3 : giving evidence of a feeling of self-importance usage see IMPORTANTLY

im·por·tant·ly \-lē\ adv (1647) 1 : in an important way ⟨contributed ~ to the language of the field —Ernst Mayr⟩ ⟨cleared his throat ~ and waited —E. K. Gann⟩ ⟨the real story is ~ different —Alexander Woollcott⟩ 2 : it is important that ⟨more ~ he stands a chance of having his publication barred —H. L. Mencken⟩

usage A number of commentators have objected to importantly as a sentence modifier (sense 2) and have recommended important instead. Actually both the adverb and the adjective are in reputable standard use in this function. Important is always used with more or most ⟨had bronze weapons and composite bows; more important, they utilized the horse and war chariot —Harry A. Gailey, Jr.⟩ ⟨second and most important, the book contains no important woman character —F. Scott Fitzgerald⟩. Importantly is somewhat more flexible in not requiring more or most ⟨sticks and, just as importantly, unsticks easily —Phoebe Hawkins⟩ ⟨importantly, the leaven in the mixture is quality —George O'Brien⟩.

im·por·ta·tion \,im-,pōr-'tā-shən, -,pȯr-, -pər-\ n (1601) 1 : the act or practice of importing 2 : something imported

imported cabbageworm n (1892) : a small cosmopolitan white butterfly (Pieris rapae) or its larva which is a pest of cruciferous plants and esp. cabbage

imported fire ant n (ca. 1949) : either of two mound-building So. American fire ants (Solenopsis richteri and S. invicta) introduced into the southeastern U.S. that are agricultural pests and can produce stings requiring medical attention

im·por·tu·nate \im-'pȯr-chə-nət, -tyü-nət\ adj (1529) 1 : troublesomely urgent : overly persistent in request or demand 2 : TROUBLESOME — im·por·tu·nate·ly adv — im·por·tu·nate·ness n

¹im·por·tune \,im-pər-'tün, -'tyün; im-'pȯr-, -chən\ adj [ME, fr. MF & L; MF importun, fr. L importunus, fr. in- + -portunus (as in opportunus fit) — more at OPPORTUNE] (15c) : IMPORTUNATE — im·por·tune·ly adv

²importune vb -tuned; -tun·ing vt (1530) 1 a : to press or urge with troublesome persistence b archaic : to request or beg for urgently 2 : ANNOY, TROUBLE ~ vi : to beg, urge, or solicit persistently or troublesomely syn see BEG — im·por·tun·er n

im·por·tu·ni·ty \,im-pər-'tü-nə-tē, -'tyü-\ n, pl -ties (15c) 1 : the quality or state of being importunate 2 : an importunate request or demand

im·pose \im-'pōz\ vb im·posed; im·pos·ing [MF imposer, fr. L imponere, lit., to put upon (perf. indic. imposui), fr. in- + ponere to put — more at POSITION] vt (1581) 1 a : to establish or apply by authority ⟨~ a tax⟩ ⟨~ new restrictions⟩ ⟨~ penalties⟩ b : to establish or bring about as if by force ⟨those limits imposed by our own inadequacies —C. H. Plimpton⟩ 2 a : PLACE, SET b : to arrange (as pages) in the proper order for printing 3 : PASS OFF ⟨~ fake antiques on the public⟩ 4 : to force into the company or on the attention of another ⟨~ oneself on others⟩ ~ vi : to take unwarranted advantage of something ⟨imposed on his good nature⟩ — im·pos·er n

## 1254  transform • translocation

tempted to *transmute* lead into gold〉 —**CONVERT** implies a change fitting to a new or different use or function 〈*converted* the study into a nursery〉. **TRANSMOGRIFY** suggests a strange or preposterous metamorphosis 〈a story in which a frog is *transmogrified* into a prince〉. **TRANSFIGURE** implies a change that exalts or glorifies 〈joy *transfigured* her face〉.

²**trans·form** \'tran(t)s-ˌform\ *n* (1853) **1** : a mathematical element obtained from another by *transformation* **2** : TRANSFORMATION 3a(1), (2) **3** : a linguistic structure (as a sentence) produced by means of a transformation 〈"the duckling is killed by the farmer" is a ~ of "the farmer kills the duckling"〉

**trans·for·ma·tion** \ˌtran(t)s-fər-'mā-shən, -fȯr-\ *n* (15c) **1** : an act, process, or instance of transforming or being transformed **2** : false hair worn esp. by a woman to replace or supplement natural hair **3** a (1) : the operation of changing (as by rotation or mapping) one configuration or expression into another in accordance with a mathematical rule; *esp* : a change of variables or coordinates in which a function of new variables or coordinates is substituted for each original variable or coordinate   (2) : the formula that effects a transformation **b** : FUNCTION 5a   **c** : an operation that converts (as by insertion, deletion, or permutation) one grammatical string (as a sentence) into another; *also* : a formal statement of such an operation **4** a : genetic modification of a bacterium by incorporation of free DNA from another ruptured bacterial cell — compare TRANSDUCTION **b** : genetic modification of a cell by the uptake and incorporation of exogenous DNA

**trans·for·ma·tion·al** \-shnəl, -shə-nᵊl\ *adj* (1894) : of, relating to, characterized by, or concerned with transformation and esp. linguistic transformation — **trans·for·ma·tion·al·ly** *adv*

**transformational grammar** *n* (1961) **1** : grammar that generates the deep structures of a language and converts these to the surface structures by means of transformations

**trans·for·ma·tion·al·ist** \ˌtran(t)s-fər-'mā-shnə-ləst, -shə-nᵊl-ist\ *n* (1964) : an exponent of transformational grammar

**trans·form·er** \tran(t)s-'fȯr-mər\ *n* (1596) : one that transforms; *specif* : a device employing the principle of mutual induction to convert variations of current in a primary circuit into variations of voltage and current in a secondary circuit

**trans·fuse** \tran(t)s-'fyüz\ *vt* **trans·fused; trans·fus·ing** [ME, fr. L *transfusus*, pp. of *transfundere*, fr. *trans-* + *fundere* to pour — more at FOUND] (15c) **1** a : to cause to pass from one to another : TRANSMIT **b** : to diffuse into or through : PERMEATE 〈sunlight ~s the bay〉 **2** a : to transfer (as blood) into a vein of a person or animal **b** : to subject (a patient) to transfusion — **trans·fus·ible** *or* **trans·fus·able** \-'fyü-zə-bəl\ *adj*

**trans·fu·sion** \tran(t)s-'fyü-zhən\ *n* (1578) **1** : an act, process, or instance of transfusing; *esp* : the process of transfusing fluid into a vein which one or more blood transfusion — **trans·fu·sion·al** \-'fyüzh-nəl, -'fyü-zhə-nᵊl\ *adj*

**trans·gen·ic** \tran(t)s-'je-nik\ *adj* (1982) : having chromosomes into which one or more heterologous genes have been incorporated either artificially or naturally 〈~ mice〉

**trans·gress** \tran(t)s-'gres, tranz-\ *vb* [MF *transgresser*, fr. L *transgressus*, pp. of *transgredi* to step beyond or across, fr. *trans-* + *gradi* to step — more at GRADE] *vi* (1526) **1** : to go beyond limits set or prescribed by : VIOLATE 〈~ divine law〉 **2** : to pass beyond or go over (a limit or boundary) ~ *vt* **1** : to violate a command or law : SIN **2** : to go beyond a boundary or limit — **trans·gres·sive** \-'gre-siv\ *adj* — **trans·gres·sor** \-'gre-sər\ *n*

**trans·gres·sion** \tran(t)s-'gre-shən\ *n* (15c) **1** : an act, process, or instance of transgressing: as **a** : infringement or violation of a law, command, or duty **b** : the spread of the sea over land areas and the consequent unconformable deposit of sediments on older rocks

**tran·ship** *var of* TRANSSHIP

**trans·his·tor·i·cal** \ˌtran(t)s-(h)is-'tȯr-i-kəl, ˌtranz-, -'tär-\ *adj* (1909) : transcending historical bounds

**trans·hu·mance** \tran(t)s-'hyü-mən(t)s, tranz-, -'yü-\ *n* [F, fr. *trans*-humer to practice transhumance, fr. Sp *trashumar*, fr. *tras-* trans- (fr. L *trans-*) + L *humus* earth — more at HUMBLE] (ca. 1901) : seasonal movement of livestock and esp. sheep between mountain and lowland pastures either under the care of herders or in company with the owners — **trans·hu·mant** \-mənt\ *adj or n*

**tran·sience** \'tran(t)s-ə(n)(t)s, 'tran-zē-ən(t)s, 'tran(t)-sē-; 'tran-zhən(t)s, -jən(t)s\ *n* (1745) : the quality or state of being transient

**tran·sien·cy** \-sə(n)-sē, -zē-ən-\ *n* (1650) : TRANSIENCE

**¹tran·sient** \-sh(ē-)ənt, -zē-ənt, -sē-; -zhənt, -jənt\ *adj* [L *transeunt-, transiens*, prp. of *transire* to go across, pass, fr. *trans-* + *ire* to go — more at ISSUE] (1599) **1** a : passing esp. quickly into and out of existence : TRANSITORY **b** : passing through or by a place with only a brief stay or sojourn **2** : affecting something or producing results beyond itself — **tran·sient·ly** *adv*
  **syn** TRANSIENT, TRANSITORY, EPHEMERAL, MOMENTARY, FUGITIVE, FLEETING, EVANESCENT mean lasting or staying only a short time. TRANSIENT applies to what is actually short in its duration or stay 〈a hotel catering primarily to *transient* guests〉. TRANSITORY applies to what is by its nature or essence bound to change, pass, or come to an end 〈fame in the movies is *transitory*〉. EPHEMERAL implies striking brevity of life or duration 〈many slang words are *ephemeral*〉. MOMENTARY suggests coming and going quickly and therefore being merely a brief interruption of a more enduring state 〈my feelings of guilt were only *momentary*〉. FUGITIVE and FLEETING imply passing so quickly as to make apprehending difficult 〈let a *fugitive* smile flit across his face〉 〈*fleeting* moments of joy〉. EVANESCENT suggests a quiet vanishing and an airy or fragile quality 〈the story has an *evanescent* touch of whimsy that is lost in translation〉.

²**tran·sient** *n* (1652) **1** : one that is transient: as **a** : a transient guest **b** : a person traveling about usu. in search of work **2** a : a temporary oscillation that occurs in a circuit because of a sudden change of voltage or of load **b** : a transient current or voltage

**transient ischemic attack** *n* (1966) : a brief episode of cerebral ischemia that is usu. characterized by temporary blurring of vision, slurring of speech, numbness, paralysis, or syncope and that is often predictive of more serious cerebral accidents — abbr. *TIA*

**trans·il·lu·mi·nate** \ˌtran(t)s-ə-'lü-mə-ˌnāt, ˌtranz-\ *vt* (1900) : to cause

light to pass through; *esp* : to pass light through (a body) for medical examination — **trans·il·lu·mi·na·tion** \-ˌlü-mə-'nā-shən\ *n* — **trans·il·lu·mi·na·tor** \-'lü-mə-ˌnā-tər\ *n*

**trans·is·tor** \tran-'zis-tər, tran(t)-'sis-\ *n* [*transfer* + *resistor*; fr. its transferring an electrical signal across a resistor] (1948) **1** : a solid-state electronic device that is used to control the flow of electricity in electronic equipment and consists of a small block of a semiconductor (as germanium) with at least three electrodes **2** : a transistorized radio

**trans·sis·tor·ise** *Brit var of* TRANSISTORIZE

**tran·sis·tor·ize** \-'zis-tə-ˌrīz, -'sis-\ *vt* **-ized; -iz·ing** (ca. 1952) : to equip (a device) with transistors — **tran·sis·tor·i·za·tion** \-ˌzis-tə-rə-'zā-shən\ *n*

**¹tran·sit** \'tran(t)s-ət, 'tranz-\ *n* [ME *transite*, fr. L *transitus*, fr. *transire* to go across, pass] (15c) **1** a : an act, process, or instance of passing through or over : PASSAGE **b** : CHANGE, TRANSITION **c** : conveyance of persons or things from one place to another   (2) : local transportation esp. of people by public conveyance; *also* : vehicles or a system engaged in such transportation **2** a : passage of a celestial body over the meridian of a place or through the field of a telescope **b** : passage of a smaller body (as Venus) across the disk of a larger (as the sun) **3** a : a theodolite with the telescope mounted so that it can be transited

²**tran·sit** *vt* (15c) **1** : to make a transit — ~ *vt*  **1** : a : to pass over or through : TRAVERSE **b** : to cause to pass over or through **2** : to pass across (a meridian, a celestial body, or the field of view of a telescope) **3** : to turn (a telescope) over about the horizontal transverse axis in surveying

**tran·si·tion** \tran(t)-'si-shən, tranz-, *chiefly Brit* tran(t)-'si-zhən\ *n* [L *transition-, transitio*, fr. *transire* (1551)] **1** a : passage from one state, stage, subject, or place to another : CHANGE **b** : a movement, development, or evolution from one form, stage, or style to another **2** a : a musical modulation **b** : a musical passage leading from one section of a piece to another **3** : an abrupt change in energy state or level (as of an atomic nucleus or a molecule) usu. accompanied by loss or gain of a single quantum of energy — **tran·si·tion·al** \-'sish-nəl, -'sizh-, -'si-shə-nᵊl\, **tran·si·tion·ary** \-'si-shə-ˌner-ē, -'zi-\ *adj* — **tran·si·tion·al·ly** *adv*

**transition metal** *n* [fr. their being transitional between the more highly electropositive and the less highly electropositive elements] (1924) : any of various metallic elements (as chromium, iron, and nickel) that have valence electrons in two shells instead of only one — called also *transition element*

**¹tran·si·tive** \'tran(t)s-ə-tiv, 'tran-zə-; 'tran(t)s-tiv\ *adj* [LL *transitivus*, fr. L *transitus*, pp. of *transire*] (1590) **1** : characterized by having or containing a direct object 〈a ~ verb〉 〈a ~ construction〉 **2** : being or relating to a relation with the property that if the relation holds between a first element and a second and between the second element and a third, it holds between the first and third elements 〈equality is a ~ relation〉 **3** : of, relating to, or characterized by transition — **tran·si·tive·ly** *adv* — **tran·si·tive·ness** *n* — **tran·si·tiv·i·ty** \ˌtran(t)s-ə-'ti-və-tē, ˌtran-zə-\ *n*

**tran·si·to·ry** \'tran(t)s-ə-ˌtȯr-ē, 'tran-zə-, -ˌtȯr-\ *adj* [ME *transitorie*, fr. MF *transitoire*, fr. LL *transitorius*, fr. L, of or allowing passage, fr. *transire*] (14c) **1** : tending to pass away : not persistent **2** : of brief duration : TEMPORARY 〈the ~ nature of earthly joy〉 *syn* see TRANSIENT — **tran·si·to·ri·ly** \ˌtran(t)s-ə-'tȯr-ə-lē, ˌtran-zə-, -'tȯr-\ *adv* — **tran·si·to·ri·ness** \'tran(t)s-ə-ˌtȯr-ē-nəs, 'tran-zə-, -ˌtȯr-\ *n*

**trans·late** \tran(t)s-'lāt, tranz-; 'tran(t)s-ˌlāt, 'tranz-\ *vb* **trans·lat·ed; trans·lat·ing** [ME, fr. L *translatus* (pp. of *transferre* to transfer, translate), fr. *trans-* + *latus*, pp. of *ferre* to carry — more at TOLERATE, BEAR] *vt* (14c) **1** a : to bear, remove, or change from one place, state, form, or appearance to another : TRANSFER, TRANSFORM 〈a country boy *translated* to the city〉 〈~ ideas into action〉 **b** : to convey to heaven or to a nontemporal condition without death **c** : to transfer (a bishop) from one see to another **2** a : to turn into one's own or another language **b** : to transfer or turn from one set of symbols into another : transcribe   **c** (1) : to express in different terms and esp. different words : PARAPHRASE   (2) : to express in more comprehensible terms : EXPLAIN, INTERPRET **3** : ENRAPTURE **4** : to subject to mathematical translation **5** : to subject (as genetic information) to translation in protein synthesis ~ *vi*  **1** : to practice translation or make a translation **2** : to admit of or be adaptable to translation 〈a word that doesn't ~ easily〉 **2** : to undergo a translation **3** : LEAD, RESULT — usu. used with *into* 〈tax cuts ~ into bigger savings〉 — **trans·lat·abil·i·ty** \(ˌ)tran(t)s-ˌlā-tə-'bi-lə-tē, (ˌ)tranz-\ *n* — **trans·lat·able** \tran(t)s-'lā-tə-bəl, tranz-\ *adj*

**trans·la·tion** \tran(t)s-'lā-shən, tranz-\ *n* (14c) **1** : an act, process, or instance of translating: as **a** : a rendering from one language into another; *also* : the product of such a rendering **b** : a change to a different substance, form, or appearance : CONVERSION **c** (1) : a transformation of coordinates in which the new axes are parallel to the old ones   (2) : uniform motion of a body in a straight line **2** : the process of forming a protein molecule at a ribosomal site of protein synthesis from information contained in messenger RNA — compare TRANSCRIPTION 3 — **trans·la·tion·al** \-shnəl, -shə-nᵊl\ *adj*

**trans·la·tive** \-'lā-tiv\ *adj* (ca. 1682) **1** : of, relating to, or involving removal or transference from one person or place to another **2** : of, relating to, or serving to translate from one language or system into another

**trans·la·to·ry** \'tran(t)s-lə-ˌtȯr-ē, 'tranz-, -ˌtȯr-; tran(t)s-'lā-\ *adj* (1849) : of, relating to, or involving uniform motion in a straight direction

**trans·lit·er·ate** \tran(t)s-'li-tə-ˌrāt, tranz-\ *vt* **-at·ed; -at·ing** [*trans-* + L *littera* letter] (1861) : to represent or spell in the characters of another alphabet — **trans·lit·er·a·tion** \(ˌ)tran(t)s-ˌli-tə-'rā-shən, (ˌ)tranz-\ *n*

**trans·lo·ca·tion** \ˌtran(t)s-lō-'kā-shən, ˌtranz-\ *n* (1624) : a change of location : DISPLACEMENT: as **a** : the conduction of soluble material (as metabolic products) from one part of a plant to another **b** : the transposition of a chromosome to a different position esp. on a nonhomologous chromosome; *esp* : the exchange of parts between nonhomologous chromosomes — **trans·lo·cate** \'tran(t)s-lō-ˌkāt, (ˌ)tran(t)s-', (ˌ)tranz-\ *vb*

**APPENDIX C**

# A[M]
# H
# DIC[

Houghton Mi[
plete revision[
**Dictionary.** [
apart from ot[
meet the nee[
understanda[
and synonym[
illustrations, a[

## UNDERST[A]

Because we b[
in a word's cu[
**Heritage Dict[**
approach of lis[
first. The clear[
definitions avo[
dictionary sym[

## USAGE GU[

The *Second C*[
that offers sou[
language. Hun[
opinions of the[
**The America[n**

## SYNONYM [

Extensive syno[
subtle differenc[
ing. They provi[
help the user e[
color, and varie[

## SPECIAL FE[

The latest in gra[
**The American** [
attractive and r[e]
able. Illustration[
leled use of pho[
mean. A concise[
written commun[
geographical sec[
line drawings, of[
mation. With mo[
meanings from t[
offer the most up[
you can own.

# The
# American

# Second College Edition

# an Heritage
# Dictionary

**Houghton Mifflin Company** BOSTON

Second College Edition

The
# American Heritage
## Dictionary

# AN
# HI
# DIC

Houghton Mif
plete revision
**Dictionary.** 1
apart from ot
meet the nee
understanda
and synonym
illustrations, a

## UNDERST

Because we t
in a word's cu
**Heritage Dic**
approach of li
first. The clea
definitions av
dictionary syr

## USAGE GU

The *Second*
that offers so
language. Hu
opinions of th
**The America**

## SYNONYM

Extensive syr
subtle differe
ing. They pro
help the user
color, and var

## SPECIAL

The latest in g
**The America**
attractive and
able. Illustrati
leled use of p
mean. A conc
written comm
geographical
line drawings,
mation. With
meanings fro
offer the most
you can own.

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1982, 1985 by Houghton Mifflin Company. All rights reserved. No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system, except as may be expressly permitted by the 1976 Copyright Act or in writing by the Publisher.

All correspondence and inquiries should be directed to
Reference Division, Houghton Mifflin Company
One Beacon Street, Boston, MA 02108

**Library of Congress Cataloging in Publication Data**
Main entry under title:
American Heritage dictionary.
   Rev. ed. of: American Heritage dictionary of the English language. New college ed. c1976.
   1. English language—Dictionaries.   I. Morris, William, 1913–
PE1625.A54   1982      423      82-9346
ISBN 0-395-32943-4
ISBN 0-395-32944-2 (thumb index)
ISBN 0-395-33959-6 (deluxe edition)

Manufactured in the United States of America

teristic thick yellow crusts. [Lat. < *impetere*, to attack.—see IMPETUS.]

**im·pe·trate** (ĭm'pĭ-trāt') *tr.v.* **-trat·ed, -trat·ing, -trates.** 1. To obtain by entreaty or petition. 2. To beseech. [Lat. *impetrare*, *impetrat-*, to obtain. < *im-* (intensive) + *patrare*, to bring about.] —**im·pe·tra·tion** *n.* —**im'pe·tra'tor** *n.*

**im·pet·u·os·i·ty** (ĭm-pĕch'ōō-ŏs'ĭ-tē) *n., pl.* **-ties.** 1. The quality or condition of being impetuous. 2. An impetuous act.

**im·pet·u·ous** (ĭm-pĕch'ōō-əs) *adj.* 1. Characterized by sudden energy, action, or emotion; impulsive: *an impetuous decision he'll come to regret.* 2. Having or marked by violent force: *impetuous, heaving waves.* [ME < OFr. *impetueux* < Lat. *impetuosus* < *impetus*, impetus.] —**im·pet'u·ous·ly** *adv.* —**im·pet'u·ous·ness** *n.*

**Synonyms:** *impetuous, heedless, hasty, headlong, sudden.* These adjectives describe persons and their actions and decisions when marked by abruptness or lack of deliberation. *Impetuous* suggests impulsiveness, impatience, or lack of thoughtfulness. *Heedless* implies carelessness or lack of a sense of responsibility or proper regard for the consequences of action. *Hasty* and *headlong* both stress hurried action, and the latter especially implies recklessness. *Sudden* is applied to action or to personal attributes, such as moods, that make themselves apparent abruptly or unexpectedly.

**im·pe·tus** (ĭm'pĭ-təs) *n., pl.* **-tus·es.** 1. a. An impelling force; impulse. b. Something that incites; stimulus. 2. The force or energy associated with a moving body. [Lat., attack < *impetere*, to attack : *in-*, against + *petere*, to go towards, seek.]

**im·pi·e·ty** (ĭm-pī'ĭ-tē) *n., pl.* **-ties.** 1. The quality or state of being impious. 2. An impious act. 3. Undutifulness.

**im·pinge** (ĭm-pĭnj') *intr.v.* **-pinged, -ping·ing, -ping·es.** 1. To collide or strike: *Sound waves impinge on the eardrum.* 2. To encroach; trespass: *impinging on my privacy.* [Lat. *impingere*, to push against : *in-*, against + *pangere*, to fasten.] —**im·pinge'ment** *n.* —**im·ping'er** *n.*

**im·pi·ous** (ĭm'pē-əs, ĭm-pī'-) *adj.* 1. Not pious; lacking reverence. 2. Lacking due respect or dutifulness. [Lat. *impius*, irreverent, undutiful : *in-*, not + *pius*, reverent, dutiful.] —**im'pi·ous·ly** *adv.* —**im'pi·ous·ness** *n.*

**imp·ish** (ĭm'pĭsh) *adj.* Of or befitting an imp; mischievous. —**imp'ish·ly** *adv.* —**imp'ish·ness** *n.*

**im·plac·a·ble** (ĭm-plăk'ə-bəl, -plā'kə-) *adj.* Incapable of appeasement or mitigation; inexorable: *implacable foes.* [Lat. *implacabilis* : *in-*, not + *placabilis*, placable.] —**im·plac'a·bil'i·ty, im·plac'a·ble·ness** *n.* —**im·plac'a·bly** *adv.*

**im·plant** (ĭm-plănt') *tr.v.* **-plant·ed, -plant·ing, -plants.** 1. To entrench or set in firmly, as in the ground. 2. To establish permanently, as in the mind or consciousness; instill. 3. *Med.* To insert or embed surgically, as in grafting. —*n.* (ĭm'plănt'). Something implanted, esp. surgically implanted tissue. —**im'plan·ta'tion** *n.*

**im·plau·si·ble** (ĭm-plô'zə-bəl) *adj.* Not plausible; difficult to believe. —**im·plau'si·bil'i·ty, im·plau'si·ble·ness** *n.* —**im·plau'si·bly** *adv.*

**im·plead** (ĭm-plēd') *tr.v.* **-plead·ed, -plead·ing, -pleads.** To sue in a court of law. [ME *empleden* < AN *empleder* : *en-* (intensive < Lat. *in-*) + *pleder*, plead. —see PLEAD.]

**im·ple·ment** (ĭm'plə-mənt) *n.* 1. A tool, utensil, or instrument. 2. An article used to outfit or equip. 3. A means employed to achieve a given end; agent. —*tr.v.* (ĭm'plə-mĕnt'). 1. To put into practical effect; carry out: *implement the new procedures.* 2. To supply with implements. [ME < LLat. *implementum*, a filling up < Lat. *implere*, to fill up : *in-* (intensive) + *plēre*, to fill.] —**im'ple·men'ta'tion** (ĭm'plə-mən-tā'shən, -mĕn-) *n.*

**im·pli·cate** (ĭm'plĭ-kāt') *tr.v.* **-cat·ed, -cat·ing, -cates.** 1. To involve or connect intimately or incriminatingly. 2. To imply. 3. *Archaic.* To interweave or entangle; entwine. [Lat. *implicare, implicat-*, to entangle, unite : *in-*, in + *plicare*, to fold.]

**im·pli·ca·tion** (ĭm'plĭ-kā'shən) *n.* 1. The act of implicating or the condition of being implicated. 2. The act of implying or the condition of being implied. 3. Something that is implied, esp.: a. An indirect indication. b. An inference. —**im'pli·ca'tive** *adj.* —**im'pli·ca'tive·ly** *adv.*

**im·plic·it** (ĭm-plĭs'ĭt) *adj.* 1. Implied or understood although not directly expressed: *thought we had an implicit understanding.* 2. Contained in the nature of something although not readily apparent: *could see a great pianist implicit in the talented but unpolished young musician.* 3. Having no doubts or reservations; unquestioning: *implicit trust.* [Lat. *implicitus*, var. of *implicatus*, p.part. of *implicare*, to entangle. —see IMPLICATE.] —**im·plic'it·ly** *adv.* —**im·plic'it·ness** *n.*

**implicit differentiation** *n.* The process of isolating the derivative of a dependent variable of an implicit function by differentiating each term of the function separately, expressing the desired derivative as a symbol, and solving the resulting expression for the symbol.

**implicit function** *n.* A mathematical expression in which the function of concern is not directly expressed but must be arrived at by manipulation of the expression.

**im·plode** (ĭm-plōd') *v.* **-plod·ed, -plod·ing, -plodes.** —*intr.* To undergo implosion. —*tr.* To produce by implosion. 2. To cause to undergo implosion. [IN-3 + (EX)PLODE.]

**im·plore** (ĭm-plôr', -plōr') *tr.v.* **-plored, -plor·ing, -plores.** 1. To appeal to in supplication; beseech. 2. To plead or beg

for urgently; entreat. [Lat. *implorare* : *in-*, in + *plorare*, weep.] —**im·plor'ing·ly** *adv.*

**im·plo·sion** (ĭm-plō'zhən) *n.* 1. A violent collapse inward of a highly evacuated glass vessel. 2. Violent compression. 3. The stopping of the breath in the formation of a plosive consonant. [IN-3 + (EX)PLOSION.]

**im·plo·sive** (ĭm-plō'sĭv) *adj.* Pronounced by implosion. —*n.* A consonant pronounced by implosion.

**im·ply** (ĭm-plī') *tr.v.* **-plied, -ply·ing, -plies.** 1. To involve or suggest by logical necessity; entail: *His goals imply a great deal of hard work.* 2. To say or express indirectly: *His silence implied a malicious purpose.* 3. *Obs.* To entangle. —See note at **infer.** [ME *implien*, to enfold < OFr. *emplier* < Lat. *implicare*. —see IMPLICATE.]

**im·po·lite** (ĭm'pə-līt') *adj.* Not polite; discourteous. [Lat. *impolitus*, unpolished, inelegant : *in-*, not + *politus*, polished, p.part. of *polire*, to polish.] —**im'po·lite'ly** *adv.* —**im'po·lite'ness** *n.*

**im·pol·i·tic** (ĭm-pŏl'ĭ-tĭk) *adj.* Not wise or expedient; not politic. —**im·pol'i·tic·ly** *adv.*

**im·pon·der·a·ble** (ĭm-pŏn'dər-ə-bəl) *adj.* Incapable of being evaluated or weighed with precision. —**im·pon'der·a·bly** *adv.*

**im·pon·der·a·ble·ness** *n.* —**im·pon'der·a·bly** *adv.*

**im·pone** (ĭm-pōn') *tr.v.* **-poned, -pon·ing, -pones.** *Obs.* To wager or stake. [Lat. *imponere*, to place upon : *in-*, on + *ponere*, to place.]

**im·port** (ĭm-pôrt', ĭm'pôrt', -pōrt') *v.* **-port·ed, -port·ing, -ports.** —*tr.* 1. To bring or carry in from an outside source, esp. to bring in (goods) from a foreign country for trade or sale. 2. To carry or hold the meaning of; signify. 3. To imply. 4. *Archaic.* To have meaning for. —*intr.* To be of importance or significance. —*n.* (ĭm'pôrt', -pōrt'). 1. Something imported. 2. The occupation of importing. 3. Meaning; significance. 4. Importance; significance: *a Supreme Court decision of far-reaching import on the issue of criminal rights.* [ME *importen* < Lat. *importare* : *in-*, in + *portare*, to carry.] —**im·port'a·ble** *adj.* —**im·port'er** *n.*

**im·por·tance** (ĭm-pôr'tns) *n.* 1. The condition or quality of being important; significance. 2. Personal status; standing. 3. *Obs.* An important matter. 4. *Obs.* Meaning; import. 5. *Obs.* Importunity.

**Synonyms:** *importance, consequence, moment, significance, import, weight.* These nouns refer to the quality of a thing that makes it influential or worthy of note, esteem, or the like. *Importance,* the most general term, usually can be substituted for any of the others, although it lacks their special implications. *Consequence* is especially applicable to persons or things of notable rank or position and to things that are important with respect to what follows them as an outcome or development. *Moment* implies importance as a consequence that is readily apparent. *Significance* and *import* refer to the quality of a thing, often not readily apparent, that gives the thing special meaning or value. *Weight,* frequently used when a personal evaluation or judgment of importance is suggested.

**im·por·tant** (ĭm-pôr'tnt) *adj.* 1. Marked by or having great value, significance, or consequence. 2. Suggesting or having an air of great weight or moment; authoritative. 3. *Obs.* Importunate. [OFr. < OItal. *importante* < Med. Lat. *importans, important-*, pr.part. of *importare*, to mean < Lat., to import.] —**im·por'tant·ly** *adv.*

**Usage:** The following sentence may be written with the adjective *important: The truth is evident; more important, truth will prevail.* It may also be written with an adverb: *The truth is evident; more importantly, it will prevail.* Most grammarians prescribe the adjective form, in which important sums up "what is important." But half the members of the Usage Panel accept the adverbial form.

**im·por·ta·tion** (ĭm'pôr-tā'shən, -pōr-) *n.* 1. The act or business of importing. 2. Something imported.

**im·por·tu·nate** (ĭm-pôr'chə-nĭt) *adj.* Stubbornly or unreasonably persistent in request or demand. —**im·por'tu·nate·ly** *adv.* —**im·por'tu·nate·ness** *n.*

**im·por·tune** (ĭm'pôr-tōōn', -tyōōn', ĭm-pôr'chən) *v.* **-tuned, -tun·ing, -tunes.** 1. To beset with repeated and insistent requests. 2. *Obs.* To ask for insistently and repeatedly. —*intr.* 3. To annoy; vex. —*adj.* Importunate. [Med. Lat. *importunari*, to be troublesome < Lat. *importunus*, inconvenient : *in-*, not + *portus*, harbor.] —**im·por'tune'ly** *adv.* —**im'por·tun'er** *n.*

**im·por·tu·ni·ty** (ĭm'pôr-tōō'nĭ-tē, -tyōō'-) *n., pl.* **-ties.** 1. The act of importuning. 2. The state or quality of being importunate.

**im·pose** (ĭm-pōz') *v.* **-posed, -pos·ing, -pos·es.** —*tr.* 1. To establish or apply as compulsory; levy: *impose a tax.* 2. To apply or make prevail by or as if by authority: *imposed a peace settlement.* 3. To obtrude or force (oneself, for example) upon another or others. 4. *Printing.* To arrange (type plates) on an imposing stone. 5. To pass off on others: *imposed a fraud on his company.* —*intr.* To take advantage of something or someone: *always imposing on our generosity.* [OFr. < Lat. *impositus, impositum-*, p.part. of *imponere* : *in-*, on + *ponere*, to place.] —**im·pos'er** *n.*

**im·pos·ing** (ĭm-pō'zĭng) *adj.* Impressive or awesome

ā pat / ā pay / âr care / ä father / b bib / ch church / d deed / ĕ pet / ē be / f fife / g gag / h hat / hw which / ĭ pit / ī pie / îr pier / j judge / k kick / l lid, needle / m mum / n no, sudden / ng thing / ŏ pot / ō toe / ô paw, for / oi noise / ou out / ŏŏ took / ōō

based on this belief, as the philosophy of... ality of the condition of being transcendental. **-tal•ist** *n.*

**dental meditation** *n.* A technique of... deep mental and physical relaxation is ach... ugh the use of a mantra.
**-ri•nen•tal** (trăns′kŏn-tə-nĕn′tl) *adj.* Spanning... continent.

**scribe** (trăn-skrīb′) *tr.v.* **-scribed, -scrib-ing**... write or copy a copy of; write out fully... l notes or from an electronic recording... a letter. **b.** To transfer (information) from... nd storing system to another. **2.** To adapt... musical composition) for a voice or... the original. **3.** To record, usually on... ng at a later date. **4.** To represent (speech s... ic symbols. **5.** *Genetics.* To cause (DNA)... scription. [Lat. *transcribere : trans, across*... ite.] **-tran•scri′ba•ble** *adj.* **-tran•scrib′er**... (trăn′skrĭpt′) *n.* **1.** Something transcribed... pewritten, or printed copy, as of a legal record... school record. **2.** *Genetics.* The RNA seq... y transcription. [ME < OFr. *transcrit* < Lat... neuter p.part. of *transcribere*, to transcribe.]
**ion** (trăn-skrĭp′shən) *n.* **1.** The act or proc... ng. **2.** Something that has been transcribed,... tation of a musical composition. **b.** A record... levision program. **3.** *Genetics.* The proce...
**senger RNA** molecule is synthesized from...
**cule** template that results in the transfer of...
**ation from the DNA to the messenger RNA...**
**-tion•al** *adj.* **-tran•scrip′tion•al•ly** *adv.*
**ra•tion** (trăns′kŭ-chə-rā′shən) *n.* Cultur...
ced by the introduction of elements of a foreig...

**t** (trăns-kŭr′ənt, -kŭr′-) *adj.* Extending, pass...
running transversely. [Lat. *transiens, transeunt-*, pr.part...
**over. -see TRANSIENT.]**
**fix** (trăns-fĭks′) *tr.v.* **-fixed, -fix•ing, -fix•es.** 1. To pierce... gh with or as if with a pointed weapon. **2.** To fix fast;... gle. **3.** To render motionless, as with terror, amazement,... awe. [Lat. *transfigere, transfix- : trans, through + figere,*... pierce.] **-trans•fix′ion** (-fĭk′shən) *n.*
**-tran•form** (trăns-fôrm′) *v.* **-formed, -form-ing, -forms.** *—tr.*
... To change markedly the form or appearance of. **2.** To... change the nature, function, or condition of; convert. **3.** To... subject to a mathematical transformation. **4.** To subject to a... inguistic transformation. **5.** *Elect.* To subject to the action... of a transformer. *—intr.* To undergo a transformation. *—n.*
(trăns′fôrm′). The result, esp. a mathematical quantity, of a... ransformation. [ME *transformen* < Lat. *transformare :*... *trans, across + forma, shape.*] **-trans•form′a•ble** *adj.*
**-trans•for′ma•tion** (trăns′fər-mā′shən, -fôr-) *n.* **1.** A act... r an instance of transforming. **b.** The state of being trans...
ed. **c.** Something that has been transformed. **2.** *Math.*
**a.** The replacement of the variables in an algebraic expres...
n by their values in terms of another set of variables. **b.** The...
mapping of one space onto another or onto itself. **3.** *Ling.*
a. The process of converting a syntactic construction into a...
mantically equivalent construction according to the rules...
nown to generate the syntax of the language. **b.** A con...
ruction derived by such transformation; transform.
**-trans•for′ma•tive** (-fôr′mə-tĭv) *adj.*
**-trans•for•ma′tion•al grammar** (trăns′fər-mā′shə-nəl, -fôr-) *n.*
A grammar that accounts for the constructions of a lan...
uage by linguistic transformations and phrase structures,...
sp. generative transformational grammar.
**-trans•form′er** (trăns-fôr′mər) *n.* **1.** One that transforms.
**2.** A device used to transfer electric energy, usually that of...
an alternating current, from one circuit to another, esp. a...
air of multiply wound, inductively coupled wire coils that...
fect such a transfer with a change in voltage, current,...
phase, or other electric characteristic.
**-trans•fuse** (trăns-fyōoz′) *tr.v.* **-fused, -fus-ing, -fus-es.** 1. To...
ransfer (liquid) by pouring from one vessel into another.
**2.** To permeate; instill. **3.** *Med.* To administer a transfusion...
of or to. [ME *transfusen*, to transmit < Lat. *transfundere*, to...
pour out : *trans, across + fundere*, to pour.] **-trans•fus′er** *n.*
**-trans•fu′sion** (trăns-fyōo′zhən) *n.* **1.** The act or process of...
ansfusing. **2.** *Med.* The direct injection of whole blood,...
plasma, or another solution into the blood stream. **-trans-**
**fu′sion•al** *adj.*
**-trans•gress** (trăns-grĕs′, trănz-) *v.* **-gressed, -gress-ing,**
**-gress•es.** *—tr.* **1.** To go beyond or over (a limit or bound...
ary). **2.** To act in violation of the law, for example). *—intr.*
To trespass; sin. [Lat. *transgredi, transgress- : trans, across +*
*gradi, to step.*] **-trans•gres′sive** *adj.* **-trans-**
**gres′sor** *n.*
**-trans•gres•sion** (trăns-grĕsh′ən, trănz-) *n.* **1.** The violation...
of a law, command, or duty. **2.** The exceeding of due...
bounds or limits.
**-tran•ship** (trăn-shĭp′, trăns-) *v.* Variant of transship.
**-trans•hu•mance** (trăns-hyōo′məns, trănz-) *n.* The move...
ment of livestock and herders to different grazing grounds...
with the changing of the seasons. [Fr. < *transhumer*, to move...
stock seasonally < Sp. *transhumar* : Lat. *trans, across +*
Lat. *humus, ground.*] **-trans•hu′mant** *adj. & n.*
**-tran•sience** (trăn′shəns, -zhəns, -zē-əns) also **tran•sien•cy**
(-shən-sē, -zhan-sē, -zē-ən-sē) *n.* The state or quality of be...
transient.
**-tran•sient** (trăn′shant, -zhənt, -zē-ənt) *adj.* **1.** Passing away...
with time; transitory. **2.** Passing through from one place to...
another; transient. *transient: transient laborers.* **3.** *Physics.* Decaying with time,...
as in a simple exponential curve. *—n.* **1.** One who or that...
is transient, esp. a person staying a single night at a...
el. **2.** *Physics.* A transient phenomenon or property, esp.
a transient electric current. [Lat. *transiens, transeunt-*, pr...
p.part. of *transire, to go over : trans, over + ire, to go.*]
**-tran′sient•ly** *adv.*
**Synonyms:** *transient, transitory, ephemeral, fleeting, fu-*
*gitive, momentary, evanescent, temporary, provisional.* These...
jectives mean being present or having existence for a...
n to what literally remains only a short time, such as a...
permanent, but the latter sense is more often expressed...
*ansitory. Ephemeral, fleeting, fugitive, momentary,* and

the transport of a specific amino acid to the ribosomal site...
here a protein molecule is being synthesized.
**trans•fig•u•ra•tion** (trăns-fĭg′yə-rā′shən) *n.* **1.** A radical...
transformation of figure or appearance; metamorphosis.
**2. Transfiguration. a.** The sudden emanation of radiance...
from Jesus' person that occurred on the mountain. **b.** The...
Christian commemoration of this, observed on August 6.
**trans•fig•ure** (trăns-fĭg′yər) *tr.v.* **-ured, -ur-ing, -ures. 1.** To...
transform the figure or appearance of; alter radically. **2.** To...
exalt; glorify. [ME *transfiguren* < Lat. *transfigurare : trans,*
*beyond + figura, figure.*] **-trans•fig′ure•ment** *n.*
**trans•fi•nite** (trăns-fī′nīt′) *adj.* Beyond the finite.
**transfinite number** *n.* A cardinal or ordinal number that is...
greater than an integer.
**trans•fix** (trăns-fĭks′) *tr.v.* **-fixed, -fix•ing, -fix•es.** 1. To pierce...

*evanescent* all underscore the idea of very brief existence.
*Ephemeral* often implies lack of enduring quality or appeal.
*Fleeting,* in contrast, is often applied to what passes more...
swiftly than one would wish. *Fugitive* especially suggests...
what passes but leaves a distinct impression. *Momentary...*
stresses mere brevity, and *evanescent* suggests that which...
usually dissipates what is meant to last for a limited period...
pending establishment of something intended as long-range.
*Provisional* refers to what is adapted to a present necessity...
and consequently may be a stopgap.
**trans•il•lu•mi•na•tion** (trăns′ĭ-lōō′mə-nā′shən, -ĭl-) *n.*
*Med.* The examination of a bodily part or organ by passing...
a light through its walls. **-trans′il•lu′mi•nate′** (-lōō′mə-nāt′)
*v.* (-nāt-ed, -nat-ing, -nates). **-trans′il•lu′mi•na′tor** *n.*
**trans•is•tor** (trăn-zĭs′tər, -sĭs′-) *n.* **1.** A three-terminal semi-
conductor device used for amplification, switching, and de-
tection, typically containing two rectifying junctions and...
characteristically operating so that the current between one...
pair of terminals controls the current between the other...
pair, one terminal being common to input and output. **2.** A...
radio equipped with transistors. [TRANS(FER) + (RES)ISTOR.]
**trans•is•tor•ize** (trăn-zĭs′tə-rīz′, -sĭs′-) *tr.v.* **-ized, -iz-ing, -iz-**
**es.** To equip (an electronic circuit or device) with transis-
tors.

**transistor radio** *n.* A transistor (sense 2).
**tran•sit** (trăn′sĭt, -zĭt) *n.* **1. a.** The act of passing over, across,
or through; passage. **b.** The conveyance of persons or goods...
from one place to another, esp. on a local public transporta-
tion system. **2.** A transition or change, esp. from one life to...
another at death. **3.** *Astron.* **a.** The passage of a celestial...
body across the observer's meridian. **b.** The passage of a...
smaller celestial body across the disk of a larger celestial...
body. **4.** A surveying instrument similar to a theodolite that...
measures horizontal and vertical angles. *—v.* **-sit-ed, -sit•ing,**
**-sits.** *—tr.* **1.** To pass over, across, or through. **2.** To revolve...
(the telescope of a surveying transit) about its horizontal...
transverse axis in order to reverse its direction. *—intr.* **1.** To...
tron. To make a transit. [Lat. *transitus* < p.part. of *transire,*
to go across. **-see TRANSIENT.**]



**transit**
Surveying instrument

**tran•si•tion** (trăn-zĭsh′ən, -sĭsh′-) *n.* **1.** The process or an in-
stance of changing from one form, state, activity, or place to...
another. **2.** Passage from one subject to another, as in dis-
course. **3.** *Mus.* **a.** A modulation, esp. a brief one. **b.** A...
passage connecting two themes. **-tran•si′tion•al,** *adj.* **tran-**
**si′tion•ar•y** (-ə-nĕr′ē) *adj.* **-tran•si′tion•al•ly** *adv.*
**transition element** *n.* **1.** Any of the elements that serve as...
transitional links between the most and the least electro-
positive in a series of elements, and that are characterized...
by high melting points, densities, magnetic moments, multi-
ple valences, and the ability to form stable complex ions.
**2.** Any of the elements in which an inner electron shell...
rather than an outer shell is only partially filled, generally...
taken to include elements 21-29, 38-46, and 71-78.
**transition metal** *n.* A transition element.
**tran•si•tive** (trăn′sĭ-tĭv, -zĭ-) *adj.* **1.** *Gram.* Expressing an ac-
tion that is carried from the subject to the object; requiring...
a direct object to complete meaning. Used of a verb or verb...
construction. **2.** Characterized by or effecting transition.
*—n. Gram.* A transitive verb. [LLat. *transitivus < transitio,*
transition < *transire*, to go over. **-see TRANSIENT.**] **-tran′si-**
**tive•ly** *adv.* **-tran′si•tive•ness, tran′si•tiv′i•ty** (-tĭv′ĭ-tē) *n.*
**tran•si•to•ry** (trăn′sĭ-tôr′ē, -tōr′ē, trăn′zĭ-) *adj.* Existing only...
briefly; short-lived. [ME *transitorie < AN < LLat. tran-*
*sitorius < Lat.,* having a passageway < *transitus, transit.* **-**
**tran′si•to′ri•ly** *adv.* **-tran′si•to′ri•ness** *n.*
**trans•late** (trăns-lāt′, trănz-, trăns-lāt′, trănz′-) *v.* **-lat-ed, -lat-**
**ing, -lates.** *—tr.* **1.** To express in another language, system-
atically retaining the original sense. **2.** To put in simpler...
terms; explain. **3.** To convey from one form or style to an-
other; convert: *translate ideas into reality.* **4.** To transfer (a...
bishop) to another see. **5.** To forward or retransmit (a tele-
graphic message). **6.** *Theol.* To convey to heaven without...
natural death. **7.** *Physics.* To subject (a body) to translation.
**8.** *Archaic.* To transport; enrapture. **9.** *Genetics.* To subject...
(a genetic code) to translation during protein synthesis.
*—intr.* **1. a.** To make a translation. **b.** To work as a transla-
tor. **2.** To admit of translation. **3.** *Aerospace.* To move from...
one place to another in space by means of reaction power.
[ME *translaten < Lat. translatus,* p.part. of *transferre, to*
*transfer, to carry.*] **-trans•lat′a•bil′i•ty, trans•lat′a•ble•ness** *n.*
**-trans•lat′a•ble** *adj.*
**trans•la•tion** (trăns-lā′shən, trănz-) *n.* **1. a.** The act or...
process of translating, esp. from one language to another.
**b.** The condition of being translated. **2.** A translated version...
of a text. **3.** *Physics.* Motion of a body in which every point...
of the body moves parallel to and the same distance as every...
other point of the body; nonrotational displacement. **4.** *Ge-*
*netics.* The process by which the genetic information in a...
messenger RNA molecule directs the linear sequence of...
amino acids in a protein molecule during protein synthesis...
at a ribosomal site. **-trans•la′tion•al** *adj.*
**trans•la•tor** (trăns-lā′tər, trănz-, trăns′lā′tər, trănz′-) *n.*
**1.** One who translates, esp. one professionally employed to

**APPENDIX D**

LECTROMAGNETISM

.......................................

cs and engineering which still plays
new technology. Electromagnetism
ers, material scientists, and applied
se aspects of applied and theoretical
ly important in modern and rapidly
: the needs of researchers, students,

# Magnetic Information Storage Technology

**Shan X. Wang**
*Department of Materials Science and Engineering
(and of Electrical Engineering)
Stanford University
Stanford, California*

**Alexander M. Taratorin**
*IBM
Almaden Research Center
San Jose, California*



## ACADEMIC PRESS

San Diego   London   Boston
New York   Sydney   Tokyo   Toronto

e in
ETISM

...........

IES EDITOR
EGE PARK, MARYLAND

The cover page illustrates a hard disk drive used in modern computers. Hard disk drives are the most widely used information storage devices. The block diagram shows the principle of the state-of-the-art disk drives. Any information such as text files or images are first translated into binary user data, which are then encoded into binary channel data. The binary data are recorded in magnetic disks by a write head. For example, the magnetization pointing to the right (or left) represents "1" (or "0"). The magnetization pattern generates a voltage waveform when passing underneath a read head, which could be integrated with the write head and located near the tip of the stainless suspension. The voltage waveform is then equalized, i.e., reshaped into a proper form. This equalization step, along with a so-called maximum likelihood detection algorithm, allows us to detect the binary channel data with a high reliability. The trellis diagram shown with 16 circles and 16 arrows is the foundation of maximum likelihood detection. The detected binary channel data are then decoded back to the binary user data, which are finally translated back to the original information.

This book is printed on acid-free paper. ♾

Copyright © 1999 by Academic Press

All rights reserved.
No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information retrieval system, without permission in writing from the publisher.

ACADEMIC PRESS
*a division of Harcourt Brace & Company*
525 B Street, Suite 1900, San Diego, California 92101-4495, USA
http://www.apnet.com

Academic Press
24-28 Oval Road, London NW1 7DX, UK
http://www.hbuk.co.uk/ap/

**Library of Congress Cataloging-in-Publication Data**

Wang, Shan X.
    Magnetic information storage technology / Shan
X. Wang, Alex Taratorin.
        p. cm. — (Electromagnetism)
    Includes index.
    ISBN 0-12-734570-1
    1. Magnetic recorders and recording.   I. Wang, Shan X.
II. Taratorin, A. M.   III. Title.   IV. Series.
    TK7881.6.W26      1998
    621.39'7—dc21                                98-24797
                                                      CIP

Printed in the United States of America
99  00  01  02  03    MB    9  8  7  6  5  4  3  2  1

Magnetic Recording Media

zed magnetic disks," *Proc. of*

, "Patterned media: a viable
ing?" *IEEE Trans. Magn.*, **33**,

R head response from arrays
ckel columns," *IEEE Trans.*

y Magnetic Recording, Ph.D.
ig, Stanford University, 1995.
New York: IEEE Press, 1985),

theory of fine ferromagnetic
N. F. Brown, Jr., "The funda-
eory," *J. Appl. Phys.*, **39**, 993,

etic particles," *J. Appl. Phys.*,

ecording: noise and channel

# CHAPTER 8

# Channel Coding and Error Correction

So far we have only discussed readback voltage waveforms and the means to write/read them, but the question remains how they represent digital information reliably. In this chapter we will discuss the principles of the information encoding for magnetic recording channels: channel encoding and error detection/correction codes. Channel encoding is required in order to satisfy specific requirements of the magnetic recording channel: provide a certain separation between transitions, eliminate continuous regions of uniform magnetization. Error-correction encoding is used to provide additional robustness of the magnetic recording channel to possible errors in the output data stream. All encoding schemes require a certain overhead, i.e., the encoded data contains more bits than the original user data. However, this overhead is the inevitable price, which is paid for by the efficiency and reliability of the magnetic storage devices.

## 8.1 ENCODING FOR MAGNETIC RECORDING CHANNELS

Prior to writing information on the magnetic medium, this information is encoded. There are several layers of encoding which are schematically illustrated in Fig. 8.1.

The actual bits of information, which have to be stored on the magnetic medium are usually referred to as "user bits" or "user data." The stream of the user bits has to be encoded prior to recording them in the form of changing magnetization pattern.[1,2] After several encoding steps, the stream of the user bits is converted into "channel bits" which are actually written on the magnetic medium. When the recorded information is read from the disk drive, the channel bits are detected in a detector and then decoded to convert them back into decoded user data.[2]

207



**FIGURE 8.1.**  Typical magnetic recording channel.

The first step of encoding user bits is usually error-correction encoding.[4,5] The error-correction code (ECC) introduces additional bits of information into the stream of the user bits. While this operation requires some extra disk storage, it improves error rate performance of the disk drive and increases the reliability of the storage device.

The ECC encoding is followed by the channel encoding. This step is necessary due to different system requirements: channel synchronization, data detection and recording density considerations. When the data bits are converted into magnetization pattern written on the magnetic medium, it is important to ensure that the magnetization changes at least once within a certain number of channel bits. In other words, it is necessary to avoid long segments of uniformly magnetized medium. The read-back signal from the uniformly magnetized medium equals to zero, it does not contain any transitions, which creates numerous problems, related to channel synchronization and detection.[2]

First consider the synchronization problem. Magnetic disk drives have special clock recovery system, which synchronizes the writing and reading processes with the incoming data pattern. The clock recovery system is required to compensate for the rotational instability of the motor. This instability is unavoidable due to mechanical limitations. For example, if a magnetic disk rotates at 3600 RPM, then one revolution takes $\approx 16.7$ ms. At a reasonably high density, approximately 500,000 transitions are written on a single track of the disk. The best available motors have instability of rotational speed on the order of about 0.1%. If the clocking signal in the disk drive is made independent of this rotational instability, the phase

Case 5:18-cv-00821-EJD   Document 240-4   Filed 05/18/23   Page 86 of 89

oding and Error Correction



hannel
'rite Data

Disk

Analog Read-Back
Signal

Channel
Detector

· error-correction encod-
· additional bits of infor-
operation requires some
nance of the disk drive

d encoding. This step is
hannel synchronization,
ons. When the data bits
n on the magnetic me-
zation changes at least
er words, it is necessary
nedium. The read-back
uals to zero, it does not
s problems, related to

gnetic disk drives have
he writing and reading
ock recovery system is
lity of the motor. This
ations. For example, if
lution takes ≈16.7 ms.
I transitions are written
notors have instability
the clocking signal in
l instability, the phase

error at the end of the revolution can be on the order of several thousands of transitions. For example, if the disk at the particular revolution rotates slightly faster, the actual distance between transitions on the magnetic medium will be increased and less transitions will be written on the track. This is unacceptable and phase-locked loops (PLL) are used to provide clock recovery in the magnetic disk drives.

A clock recovery circuit generates the clock signal which tracks and adjusts its frequency to the current variations of the disk rotational speed. PLL adjusts the phase of the oscillator based on the value of the phase error. The phase error of the PLL circuit is calculated by comparing the signal from the current transition with the prior values of the PLL clock. If, for example, the current transition comes a little earlier than expected, and this "early arrival" situation holds for some number of transitions, it means that the disk rotates slightly faster and the clock frequency should be slightly increased. Obviously, when the long stream of zeros is encountered, phase update signals cannot be generated. This makes tracking difficult, resulting in phase shifts and detection errors.

The second reason that transitions should not be separated by long segments of uniformly magnetized medium is related to data detection. For example, the maximum likelihood (ML) detector used in PRML systems makes its decisions based on nonzero transitions data. If a long string of zeroes is met by the ML detector, its path memory may be not enough to determine which sequence is correct. Therefore, when a long zero sequence is processed, the ML detector may produce a burst of errors.

Another purpose of channel encoding is to constrain the distance between adjacent transitions on the magnetic medium in order to avoid intersymbol interference (ISI) and nonlinear distortions. At high densities, linear ISI results in amplitude loss and linear bit shift. In addition, closely spaced transitions are subject to a number of nonlinear distortions, such as nonlinear transition shift and partial erasure, which need to be reduced by means such as channel encoding.

## 8.2 CHANNEL BIT REPRESENTATION BY NRZ AND NRZI DATA

When actual channel bits of information are written on the magnetic disk, each "0" or "1" is transformed into write current waveform. When write current takes a positive value, it magnetizes the magnetic medium into one direction. A negative write current forces the medium to remagnetize

210          CHAPTER 8    Channel Coding and Error Correction

into an opposite direction. Two different conventions are used to describe states of magnetization on the recording medium: NRZ and NRZI.[1,2]

The nonreturn to zero (NRZ) scheme transforms channel bits directly into different directions of the medium magnetization. For example, channel bit "1" means one direction of magnetization and channel bit "0" means the opposite direction. The NRZ scheme is straightforward. A simple example of NRZ encoding for a sequence of channel bits {0100110. . .} is shown in Figure 8.2.

The NRZ scheme is very convenient to describe the write current waveform. However, the read head detects only transitions between different directions of magnetization, i.e., read data constitutes an absolute value of the derivative of the NRZ waveform. Each change of magnetization from "0" to "1" or from "1" to "0" will result in a pulse of voltage in the readback waveform, which will be detected as a transition by a peak



**FIGURE 8.2.**   Example of NRZ encoding.

Case 5:18-cv-00821-EJD   Document 240-4   Filed 05/18/23   Page 88 of 89

...ventions are used to describe
...edium: NRZ and NRZI.[1,2]
...ansforms channel bits directly
...netization. For example, chan-
...tization and channel bit "0"
...cheme is straightforward. A
...a sequence of channel bits

...to describe the write current
...nly transitions between differ-
...data constitutes an absolute
...m. Each change of magnetiza-
...ll result in a pulse of voltage
...ected as a transition by a peak

detection channel regardless of its sign. Therefore, it is often convenient to represent read waveform in the following manner: denote each "1" as a transition and each "0" as "no transition." This representation is usually called the modified NRZ, or NRZI scheme. An example of the NRZI encoding is shown in Fig. 8.3.

Both NRZ and NRZI conventions are commonly used. The translation of NRZ encoding scheme into NRZI is easily provided by differentiating NRZ data and discarding the transition sign. Consider the following example, from which we can see that the NRZI bit is the absolute value of the difference between the corresponding NRZ bit and its previous NRZ bit.

| NRZ data:       | 0 | 1   | 0   | 0   | 1   | 1   | 0   |
|-----------------|---|-----|-----|-----|-----|-----|-----|
| NRZ derivative: |   | 1-0 | 0-1 | 0-0 | 1-0 | 1-1 | 0-1 |
| NRZI data:      |   | 1   | 1   | 0   | 1   | 0   | 1   |





**FIGURE 8.3.**   Example of NRZI encoding.

Case 5:18-cv-00821-EJD   Document 240-4   Filed 05/18/23   Page 89 of 89

The difference between NRZ and NRZI schemes can be summarized as follows: In the NRZ scheme, "1" means one direction of medium magnetization, "0" means opposite direction of medium magnetization; in the NRZI (modified NRZ) scheme, "1" means transition, "0" means no transition.

## 8.3 RUN-LENGTH LIMITED (RLL) CODES

As we mentioned previously, channel encoding is required for synchronization and data detection. One of the early codes used in magnetic recording, which deals with long sequences of zeros in the user data pattern was the frequency modulation (FM) code.[2] This code is based on the following simple encoding rule (in NRZI notation): Each "1" or "0" is always followed by an extra "1":

$$1 \Rightarrow 11,$$
$$0 \Rightarrow 01.$$

For example, the user data 110000 will be FM encoded as 111101010101. Note that now we have many adjacent transitions "11", and, instead of 1 user bit we now have to write 2 bits of information, i.e., we lose 50% of the disk space to channel encoding.

To improve FM code, a modified frequency modulation (MFM) code was proposed. The MFM code maps the user data into the encoded pattern according to the following rule:

$$1 \Rightarrow 01,$$
$$0 \Rightarrow x0,$$

where $x$ is the complement of the preceding bit in the coded pattern. For example, user data 1100011 will be MFM encoded as 01010010100101. We still need to write twice as many bits as we have in the user data. However, if the minimum distance between transitions is fixed, the MFM encoded bit rate can be twice as high as the FM encoded bit rate because there is at least a "0" between two "1"s, which offsets the disk space lost to MFM encoding. Although there is no net gain in data storage capacity over the NRZI user data, at least the synchronization problem has been solved by avoiding long streams of "0"s.

The FM and MFM codes are the simplest realizations of a more general concept: *run-length-limited* (RLL) *codes* or *modulation codes*. RLL codes limit the minimum and maximum number of consecutive zeros allowed in the