# EXHIBIT F

UNITED STATES PATENT AND TRADEMARK OFFICE

—————————

BEFORE THE PATENT TRIAL AND APPEAL BOARD

—————————

LSI CORPORATION and AVAGO TECHNOLOGIES U.S., INC.,
Petitioners,

v.

REGENTS OF THE UNIVERSITY OF MINNESOTA,
Patent Owner.

—————————

Case No. IPR2017-01068
Patent No. 5,859,601

—————————

## DECLARATION OF STEVEN W. MCLAUGHLIN

306538231 v2

UMN EXHIBIT 2017
LSI Corp. et al. v. Regents of Univ. of Minn.
Page 1 of 86                                                                          IPR2017-01068

I, Steven W. McLaughlin, hereby declare and state, that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true.  I am over the age of 21 years and I am competent to make this declaration.  These statements were made with the knowledge that willful false statements are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

Executed this 12 th day of July, 2020 in Atlanta, Georgia

Steven W. McLaughlin

1

1.      I have been retained by counsel for Regents of the University of Minnesota ("UMN") as a technical expert in connection with the *inter partes* review ("IPR") proceeding identified above for U.S. Patent 5,859,601 ("the '601 Patent"). I submit this declaration in support of UMN's response to the petition.

## I.      BACKGROUND AND QUALIFICATIONS

2.      I am and have been a faculty member of the School of Electrical and Computer Engineering ("ECE") at the Georgia Institute of Technology ("Georgia Tech") since 1996. Currently, I am the Steve W. Chaddick chair of the ECE School. I accepted the role of dean of the College of Engineering for Georgia Tech effective September 15, 2017. From 2007 to 2012, I was vice provost for International Initiatives, a position in which I provided oversight and strategic direction for Georgia Tech's global engagement, education, and economic development initiatives. During that time, I also served as the Steven A. Denning Chair in Global Engagement. I was a Ken Byers Professor from 2005 to 2012 and previously was deputy director of Georgia Tech-Lorraine.

3.      I hold a Bachelor of Science in Electrical Engineering from Northwestern University, a Master of Science in Engineering from Princeton University, and a Ph.D. from the University of Michigan.

4.      My research interests include communications and information theory. I have published in the areas of coding and signal processing for wireless

2

communications, physical layer security, quantum key distribution, and data storage.  I was a co-founder of Whisper Communications, which sought to commercialize physical layer security technologies.  I have published more than 250 papers and I am a named inventor of approximately 36 patents.  Many of my papers and patents deal with coding techniques for optical and magnetic data storage devices.  I also was a Principal Scientist for Calimetrics, where I and my team developed coding, signal processing and other technologies for optical disc recording systems such as CD, DVD and BluRay.  I have served as the research and thesis advisor to more than 50 students at the bachelor's, master's, doctoral, and postdoctoral levels.  I have been awarded: the Chevalier dans l'Ordre National du Mérite (Knight of the National Order of Merit) by the President of the Republic of France in 2011; the National Science Foundation Presidential Early Career Award for Scientists and Engineers ("PECASE"); an NSF Career Award and NSF Research Initiation Award; the Technical Achievement Award from the Information Storage Industries Consortium ("INSIC"); and the Georgia Tech Graduate Student Association "Friend of the Graduate Student Award."
My curriculum vitae is provided as Appendix A hereto.

## II.    MATERIALS REVIEWED

5.    I considered information from various sources in forming my opinions in this declaration.  In addition to drawing from over two decades of personal

3

experience in the field of data storage and coding, I have also reviewed the IPR Petition and its Exhibits, including the '601 Patent (Ex. 1001), the Okada patent (Ex. 1007), the Soljanin Declaration (Ex. 1010) and the tables (Ex. 1011). I also reviewed the deposition transcript for Prof. Soljanin (Ex. 2011) and the exhibits used in that deposition, including Exhibits 2007 to 2010. I also reviewed UMN's response filed herewith in detail and I agree with its analysis and conclusions about alleged anticipation by the Okada patent. I also reviewed the contemporaneously filed Declaration from Prof. Jaekyun Moon (Ex. 2016) and agree with the technical descriptions therein about magnetic recording and the operation of MTR codes.

## III.    SUMMARY OF THE '601 PATENT

6.     The '601 Patent relates to digital storage systems, and in particular magnetic data storage systems.  '601 Patent (Ex. 1001) at col. 1:9-10 ("The present invention relates in general to digital storage systems.") and col. 2:59-61.

### A.    HDD Basics

7.     Hard disk drives ("HDDs") are a type of magnetic data storage system.  The write head of a combined "read/write" head in the HDD writes data in concentric recording tracks to a circular magnetic disk in the HDD by magnetizing microscopic "bit regions" along the respective tracks on the disk.  Later, when the previously-written data are read, the read head reads the data by detecting changes in the magnetic fields emanating from the big regions along a track.  The read head

4

generates a "readback signal" that has fluctuations due to the reversals in the magnetic fields from the bit regions and a so-called "read channel" in the HDD detects the data written to the disk from the "readback signal" generated by the read head using signal processing techniques.

8.      Each bit region on the magnetic recording layer of the disk has a magnetic polarization that, once written by the write head, is oriented in a particular direction.  The magnetic polarity of these regions can be changed from one direction to its opposite by the write head, by varying the polarity of the magnetic field emitted by the write head, in order to write the data to the disk.  At the time of the '601 Patent, so-called "longitudinal magnetic recording" ("LMR") was prevalent.  In LMR, the bit regions are polarized in the same plane as the magnetic layer as illustrated in the diagram below.[1]

---

[1] From Mark Fischetti, "Going Vertical," *Scientific American*, 2006 (Ex. 2023).  In the early-to-mid 2000s, the HDD industry migrated to so-called "perpendicular magnetic recording" ("PMR"), where the bit regions are polarized perpendicular to the plane of the magnetic layer.

306538231 v2



9.     As shown in the above diagram, the polarized regions can be conceptualized as bar magnets having north (N) and south (S) poles.  As such, there are four possibilities for two adjacent polarized regions—two where the magnetic orientation switches direction and two where they do not—as shown below.



10.    In magnetic recording, a change or reversal in the magnetic orientation between two adjacent regions is called a "transition."  The information to be stored (binary 0's and 1's) is recorded in the sequence of transitions and non-transitions recorded to the disk.  So the ability to accurately store and read

6

transitions is critical to the performance of the HDD.  The read head detects the

transitions and the read channel determines the data written to the disk based on

the detected transitions.

11.     The transition type shown at the top right of the chart above can be

referred to as a "positive transition" and the transition type shown at the bottom

right of the chart can be referred to as a "negative transition."   Note that the next

transition after a positive transition has to be a negative transition and vice versa.

A positive transition cannot immediately follow a positive transition and a negative

transition cannot immediately follow a negative transition.

12.     To write the data to the disk, HDDs typically use a use a Non-Return-

to-Zero Inverted ("NRZI") system.  With NRZI, at every bit region, if the data bit

to be written to the disk is a "1," the write head reverses the magnetization of the

bit region on the disk being written relative to the prior, adjacent bit region,

creating a magnetic transition (positive or negative).  Conversely, if the data bit to

be written is a "0," the write head does ***not*** reverse the magnetization of the bit

region relative to the prior region.  Thus, transitions in the magnetic recording

layer represent 1's in the data sequence to be written with NRZI recording.

Another known recording format (described in the '601 Patent) is Non-Return-to-

Zero (NRZ), where a binary "1" represents a positive level in the magnetization

7

waveform and the binary "0" represents a negative level of the waveform.  Ex. 1001, col. 1:24-27.

13.     In most modern HDDs, the user data are modified in at least two ways prior to writing the data to the disk.  First, the user data are encoded according to applicable modulation codes.  A modulation code maps data bits into an encoded sequence with characteristics according to a constraint in the encoded sequence for various purposes to enable its recovery by the detector.  Second, a processor converts the encoded sequences into a waveform that the write head records to the disk by magnetically polarizing the bit regions on the disk in accordance with the waveform.

### B.     Sequence Detectors in Magnetic Recording

14.     To read the written data, the read head, flying above the rotating disk, detects the variations in the magnetic flux that are stored on the medium and converts the sensed magnetic fields into a continuous, analog electrical signal called the "readback signal."  To "read" written data, the read channel hardware, circuitry and algorithms process the readback signal by detecting the sequence of transitions (including the types of transitions, positive or negative) and non-transitions.

15.     Early read channels used "peak" or "threshold" detectors.  If the readback signal, after rectification, was beyond a threshold voltage value, a

transition was detected.  Ex. 2024 (S. Wang and A. Taratorin, *Magnetic Information Storage Technology*, Academic Press 1999) at pp. 345-347.  Peak detection works adequately only at low data densities when the intersymbol interference ("ISI") effects are small.  *See* Ex. 2024 at p. 361.  ISI is the effect when the pulse in the readback signal from one bit region interferes with the pulses from adjacent bit regions, thereby often reducing the signal strength associated with a transition, which can make the written sequence more difficult to detect.  As data density is increased by packing more data into smaller regions, the transitions in the magnetic media become closer and the readback signal responses from them start to interfere with each other.  As HDD manufacturers continued to increase the data density to create smaller, more powerful devices, the ISI became too great for a peak detector to accurately detect the data.  Consequently, peak detectors do not work adequately at the high data density levels required by modern computing devices.  *Id.*

16.    To address the problems associated with peak detectors, beginning in the early 1990s, the HDD industry migrated to more sophisticated detectors, in particular so-called "partial response maximum likelihood" or "PRML" detectors, such as Viterbi detectors.  PRML detectors are digital sequence detectors that use digitized samples of the readback signal and some form of "maximum likelihood sequence detector" ("MLSD") to both model the ISI that occurs in the readback

306538231 v2

signal and estimate the most likely sequence of data written to the disk based on digitized samples of the readback signal.  Mathematically, MLSDs maximize the conditional probability density $p(y \mid x)$ across all choices of stored sequences $x$ given the output $y$ from the read head and select the most likely $x$ as the decoded pattern.  Ex. 2036 (B. Vasic *et al.*, "Read Channels for Hard Drives," Chap. 15, *Coding and Signal Processing for Magnetic Recording Systems*, Vasic *et al.* eds., CRC Press, 2005) at p. 15-4.

17.     Reading the data with a MLSD, however, is not simple, in part because the number of possible stored sequences $x$ is extremely large. Furthermore, noise and misequalization cause the readback signal samples to deviate from their expected, noiseless values.  The Viterbi algorithm, for example, is one approach that considers various bit sequences and compares the corresponding expected (noise-free) partial response channel output value with the readback signal sample values.  For Gaussian noise, maximizing $p(y \mid x)$ is equivalent to choosing as the possible noise-free (also sometimes referred to as the expected or "target") read channel output $y$ sequence that is closest in distance (*e.g.*, squared Euclidean distance) to the readback signal sample values $y$.  *Id.*

18.     The maximization described in the prior paragraph can be accomplished with a Viterbi detector that performs a trellis-based search over a finite window (*e.g.*, 40 readback signal samples).  Below is an example of a trellis

10

having 8 nodes at each time instance.  The 8 nodes correspond to the 8 different 3-bit sequences (e.g., 000, 001, …, 111) that represent a 3-bit history of the sequence $x$ written to the disk (assuming a NRZI recording format for this explanation).  In this example, I used a notation whereby a nontransition is indicated by a 0 and a transition in the magnetic state of the recording layer of the disk from one bit region to the next (whether a positive or negative transition) is indicated by a 1. Thus, the first node represents a sequence of nontransition-nontransition-nontransition (or 000) as the 'history' of input NRZI sequence. Note that there are two "branches" leaving each node, representing the fact that the next bit to be stored has to be either a '0' or a '1' (*i.e.*, a non-transition or a transition). Thus, there are two branches leaving the 000 node to either (i) the node 000, indicating that the next region was a nontransition or (ii) the node 001, indicating that the next region is a transition.

11



19.    The trellis representation shown above does not explicitly indicate whether the transitions (*i.e.*, "1"s) are negative or positive, so the Viterbi detector can continuously update the polarity of the last transition (since a positive transition has to follow a negative transition and vice versa) for determining the appropriate target value for the branch (described further below).

20.    With the above trellis in mind, there is a one-to-one correspondence between possible sequences written to the disk and "paths" through the trellis.  For example, a path is made up of a series of branches end-to-end and also corresponds to a potential sequence of transitions (1's) and nontransitions (0's) written to the disk.  The red path above, for example, starts at the 001 node, meaning that written pattern is 001 up to that point, and correspondingly the first three bits in the branch

12

of the path are 0-0-1.  The next node is 010, indicating that the next (4th) bit written to the disk is a 0 (*i.e.*, the last bit represented by the 010 node).  The next node is 101, indicating that the next (5th) bit written to the disk is a 1 (*i.e.*, the last bit represented by the 101 node).  And the final node is 010, indicating the final (6th) bit written to the disk is a 0 (*i.e.*, the last bit represented by the 010 node).  Thus, the red path above represents the 6-bit sequence 0-0-1-0-1-0.

21.     The paths also correspond to sequences of transitions and nontransitions on the magnetic disk.  Using the example "bar" magnet notation above for LMR, the binary sequence 0-0-1-0-1-0 for the red path through the trellis above might correspond to the sequence of magnetized bit regions recorded on the disk shown below.  The diagram below shows how the three branches shown in the trellis correspond to transitions and nontransitions of the recorded sequence.[2]

---

[2] The branches that correspond to the first three bits of the sequence in this diagram are not shown, but they have to be a sequence of nontransition-nontransition-transition, since the red path is assumed to start at the 001 node.

306538231 v2



22.    Since the trellis represents the sequence of NRZI inputs, it also represents the sequence of noise-free target channel outputs.  The function of the Viterbi detector is to determine which path of noise-free target channel outputs through the trellis most closely matches the readback signal sample sequence *y*. To perform this function, the Viterbi detector computes so-called "branch metric values" for branches of the trellis, and sums the branch metric values for the branches along various paths through the trellis to compute a so-called "path metric value."  The branch metric value for a branch is the measure of the distance (or error) between the signal sample value(s) of the readback signal and the expected (or "target") channel output value(s) for the branch.  The target values (which could be, for example, -1, 0 and +1) depend on whether the branch represents negative transition, a nontransition, or a positive transition respectively

14

(which is why the Viterbi detector continuously tracks the polarity of the last transition).  The target values of -1, 0 and +1 are generally for situations where there is little or no ISI.  For higher densities with larger ISI, more sophisticated targets are often used.

23.     The squared Euclidean distance function is an example of a branch metric function that can compute the distance, *i.e.*:

$$BMV = (y - m)^2$$

where *BMV* is the branch metric value (or distance), *y* is the readback signal sample value, and *m* is the target (or expected value) for the branch.  The "path metric value" for a given path is the sum of the branch metric values for the branches along the path, so a path metric value can be thought of as the cumulative distance (that is, error) between the error-free target and the readback signal for the sequence of branches along a particular path.  The sequence corresponding to the path with the best (lowest) path metric value is the detector's determination of the most likely sequence of transitions/nontransitions written to the disk.  Some Viterbi detectors compute branch metric values for all branches, while others compute branch metric values for some of the branches because the other branches are removed or "pruned" from the trellis to assist in limiting the number of allowable transitions.

15

24.     The operation of sequence detectors is, therefore, very different from that of peak (or threshold) detectors.

25.     Also, noise in the magnetic recording system, which manifests itself in the readback signal, complicates the read process. There are several sources of noise in a HDD, but a major and growing complicating noise source in a high-density HDD is "media noise."  Media noise includes noise in the readback signal that arises from fluctuations in the medium magnetization due to such things as the differing polarities of transitions written to the disk and the specific number and density of transitions in a given region of the disk. Media noise increases with data density, which is the overwhelming trend in the HDD industry.

26.     Media noise arises from transitions because straight, perfect transitions between adjacent regions of oppositely polarized grains are not physically possible.  Instead, the physics of energy minimization and the granular structure of the thin magnetic film used on modern HDD disks result in transitions that are jagged.  These jagged transitions affect the location and shape of the positive and negative peaks in the readback signal from the read head.  The degree and extent of the jaggedness (and hence the peak shift and shape of the readback signal) depends upon the sequence of symbols written to the disk.  For example, sequences with more transitions will have less transition noise than sequences without as many transitions.

16

### C.      The Problem Addressed by the '601 Patent

27.      One problem experienced with sequence detectors is that there are write patterns (*i.e.*, recorded NRZI input sequences) whose corresponding path metrics for many possible readback signals are "close" in distance.  That is, there are certain recorded NRZI patterns that often result in readback signals having small numerical difference between the path metric values.  This means that there are data sequences whose corresponding trellis paths are "close" numerically, which can be a dominant source of errors in decoding.  Since the sequence detector chooses the path with the lowest path metric value as the most likely sequence of transitions/nontransitions recording to the magnetic recording layer, other trellis paths that have small numerical distances from the selected path are the most likely error paths.  That is, small amounts of noise might cause the detector to select the path with a small numerical difference from the ideal path.  These "error paths" or "error patterns" are the most likely errors to occur during the detection process.  The error rate of a sequence detector can be too high (*e.g.*, above a desired level) if the detector consistently selects error patterns associated with these "close" trellis paths and sequences.  *See* Ex. 1001, col. 18-26 ("Errors in sequence detectors arise mostly from difficulty in distinguishing minimum distance patterns … The minimum distance patterns are those patterns corresponding to different decisions that have the minimum Euclidean distance from one another.").

306538231 v2

28.     Figure 1 of the '601 Patent shows four exemplary write pattern pairs that tend to cause sequence detection errors.  The four pairs are shown below. Each of the patterns has at least two consecutive transitions in the stored data pattern when written to the magnetic medium (*e.g.*, disk).  And the patterns for each pair differ in the middle three pulses; the middle three pulses are opposite for each pair.

Pairs of Written Patterns from Figure 1
of the '601 Patent



| | Middle 3 pulses high-low-high |
|---|---|
| 1 { | Middle 3 pulses low-high-low |
| 2 { | Middle 3 pulses low-high-low |
| | Middle 3 pulses high-low-high |
| 3 { | Middle 3 pulses high-low-high |
| | Middle 3 pulses low-high-low |
| 4 { | Middle 3 pulses low-high-low |
| | Middle 3 pulses high-low-high |

29.     As an example, the upper pattern in Pair 1 above represents a sequence of transition-transition-transition-nontransition (or T-T-T-NT), as shown below, since the signal goes from low to high, then high to low, then low to high, then stays high.

18



The lower pattern in Pair 1 represents a sequence of nontransition-transition-transition-transition (or NT-T-T-T), as shown below.



30.     The path metric values for each of the sequence pairs in Figure 1 of the '601 Patent will very often be close numerically for low and moderate noise cases. *See* Ex. 1001 at col. 3:53-60 (explaining that these write patterns "cause most errors in sequence detection").  In cases where the noise is sufficiently large, the sequence detector will make errors distinguishing the two patterns in each pair.

31.     One prior art way to ***partially*** address this problem are so-called runlength limited ("RLL") codes.  RLL codes place rigid constraints on the sequences of NRZI bits that are recorded on the disk.  RLL codes have $d$ and $k$ constraints where $d$ and $k$ are, respectively, the minimum and maximum number of 0s between consecutive 1s, where a 0 represents a non-transition and 1 represents a transition, respectively.  RLL($d$=1,k) codes were common at the time of the '601

19

Patent. Ex. 1001, col. 1:21-42. Such codes require at least one nontransition between transitions since $d$=1.

32. With such a RLL code, many NRZI write patterns cannot be used (*i.e.*, all write patterns with two consecutive transitions). For example, RLL(1,k) codes prohibit all the write patterns in Figure 1 of the '601 Patent because those write patterns all have at least two consecutive transitions. Eliminating all of the patterns with two consecutive transitions has the effect of improving the performance of the detector; its error rate improves, or equivalently, it is able to tolerate a higher level of noise. This benefit is referred to as "coding gain." However, the coding gain from RLL(1,k) codes results in an unacceptably high "rate penalty."

33. To explain "rate penalty," I will first explain "code rate" or "information rate" of an error correction code. The "code rate" is the proportion of the data stream that is useful (non-redundant). In many contexts, including MTR codes, the code rate can be computed as the ratio of the dataword bit size (m) to the codeword bit size (n), in other words m÷n (or m/n). A high code rate is more efficient because more real, raw data is written on the disk. Conversely, a low code rate reduces the total amount of data stored on the disk. The "efficiency" of the code is the ratio of the rate to the capacity for the channel, i.e., the upper bound on the rate at which information can be reliably transmitted over the channel. Ex.

306538231 v2

1001, col. 5:8-10.  The "rate penalty" is the difference between the capacity and the code rate.  For example, if a code has a rate of 0.7500 and an efficiency of 0.8640, the channel has a capacity of 0.8681 (computed as 0.7500/0.8640).  And the rate penalty is 0.8681 minus 0.7500, or 0.1181 in this example.

34.     The rate penalty for RLL(1,k) codes that eliminate back-to-back transitions is too great to be used in a modern, high density HDD read channel. *See* Ex. 1001 at col. 4:15-22.  In other words, the cost in data density resulting from inserting a non-data-representing "0" between each transition (since d=1) outweighs the gain from being able to more accurately read the data written to the disk.  Further, when attempts were made to compensate for the large rate penalty of such a RLL code, the proposed solutions resulted in increased noise in the system which had decreased the accuracy of the reading process.  Ex. 1001, col. 22-24.  The challenge that needed to be addressed was meeting the consecutive transition constraint with both high efficiency and good coding gain.

**D.     The Solution of the '601 Patent**

35.     To combat the problem of minimum distance errors with both high efficiency and good coding gain, the '601 Patent proposes a coding scheme that eliminates more than $j$ consecutive transitions, where $j \geq 2$.  For example, if $j = 2$, then write patterns with back-to-back transitions are permitted (unlike RLL $(1,k)$ codes), but patterns with more than two consecutive transitions are prohibited.  In

21

addition, the coding scheme of the '601 Patent simultaneously imposes an RLL $k$ constraint on the maximum number of nontransitions ($k$) between transitions.  Ex. 1001, col. 4:46-48.  The '601 Patent refers to codes that have the $j$ and $k$ constraints as "Maximum Transition Run" or "MTR" codes.  As such, a MTR encoder receives a dataword of $m$ bits in length and encodes it into an $n$-bit codeword, where $m < n$, and subject to the $j$ and $k$ constraints when the codewords are written to the disk.  *Id*. at col. 4:46-60.

36.     The beauty of MTR codes is that the constraint on the number of consecutive transitions can be achieved with a relatively low rate penalty.  Equally important is that MTR codes eliminate the "close" error patterns that I described previously (*see* Figure 1 of the '601 Patent).  This means that the detector can withstand more noise and/or higher data density for relatively small rate penalty. For example, coding gains of several dB can be achieved (Ex. 1001, col. 7:38) with high rate codes.  Ex. 1001, Figs. 5A-5D (showing the rates for various MTR codes).

37.     Figure 6 of the '601 Patent shows an example of a 4/5 MTR (2,8) code.  In this example, 4-bit datawords are encoded into 5-bit codewords (a rate 4/5=0.800 code), where the codewords, when written to the magnetic medium, satisfy the $j$=2 and $k$=8 constraints.  That is, assuming the NRZI recording format, (1) there are no more than two consecutive 1s (consecutive magnetic transitions) in

the codewords when written to the magnetic medium and (2) the maximum

number of consecutive 0s when the codewords are written to the disk is eight

(when codeword 10000 precedes codeword 00001).

## Fig. 6

DATAWORD • CODEWORD

| DATAWORD | CODEWORD |
|---|---|
| 0000 | 10000 |
| 0001 | 00001 |
| 0010 | 00010 |
| 0011 | 10001 |
| 0100 | 00100 |
| 0101 | 00101 |
| 0110 | 00110 |
| 0111 | 10110 |
| 1000 | 01000 |
| 1001 | 01001 |
| 1010 | 01010 |
| 1011 | 10010 |
| 1100 | 01100 |
| 1101 | 01101 |
| 1110 | 10100 |
| 1111 | 10101 |

23

38.     The 4/5 MTR (2,8) code has a rate of 0.800 and an efficiency of

0.9133.  *See* Fig. 5A (excerpt shown below).

## Fig. 5A

| n | k | m | rate | efficiency | ---- codewords ----<br>available | required |
|---|---|---|------|-----------|-----------|----------|
| 4 | 4 | 2 | 0.5000 | 0.5969 | 6 | 4 |
| 4 | 5 | 2 | 0.5000 | 0.5828 | 7 | 4 |
| 4 | 6 | 3 | 0.7500 | 0.8640 | 8 | 8 |
| 5 | 4 | 3 | 0.6000 | 0.7163 | 12 | 8 |
| 5 | 5 | 3 | 0.6000 | 0.6994 | 13 | 8 |
| 5 | 6 | 3 | 0.6000 | 0.6912 | 14 | 8 |
| 5 | 7 | 3 | 0.6000 | 0.6871 | 15 | 8 |
| 5 | 8 | 4 | 0.8000 | 0.9133 | 16 | 16 |

## IV.   CLAIM CONSTRUCTION AND PERSON OF ORDINARY SKILL IN THE ART

39.     I have been informed and understand that patent claims are construed

in accordance with the ordinary and customary meaning of such claims as

understood by one of ordinary skill in the art and the prosecution history pertaining

to the patent.

40.     Counsel has advised me that to determine the appropriate skill level of

one skilled in the art, I may consider the following factors: (a) the types of

problems encountered by those working in the field and prior art solutions thereto;

(b) the sophistication of the technology in question, and the rapidity with which

innovations occur in the field; (c) the educational level of active workers in the

field; and (d) the educational level of the inventor.  I considered those factors, and

24

also considered the engineers that I worked with back in 1995 on data storage and coding issues and projects.

41.     The relevant technology field for the '601 Patent is data storage and, more particularly, coding techniques for digital sequence detectors.  Ex. 1001, col. 1:9-12.  Based on this, and the factors described above, it is my opinion that a PHOSITA in the field to which the '601 Patent pertains would be someone working in the electrical engineering field and specializing in data coding and detection techniques used in connection with reading data from various storage media such as hard disk drives and optical media.  Such a person would have had at least a bachelor's degree in electrical engineering with three or more years of work experience in the industry. Accordingly, such as person would have studied and been familiar with traditional data coding and detection techniques and devices including RLL codes, peak detectors, and sequence detectors, such as Viterbi detectors.

42.     Claim 13 of the '601 Patent recites "generating no more than $j$ consecutive **transitions** of said sequence in the recorded waveform such that $j \geq 2$" and "generating no more than $k$ consecutive sample periods of said sequences without a **transition** in the recorded waveform."  These are the so-called $j$ and $k$ constraints of the claimed MTR codes.

43.     In my opinion, one skilled in the art would understand the term "transition" in claim 13 to mean a change, and in particular a reversal, in the magnetic orientation of adjacent bit regions along a recording track of a magnetic recording medium.  There are several reasons for this conclusion.

44.     Foremost, that is how the '601 Patent uses the term "transition," as it would be normally used and understood by persons skilled in the art in the digital data storage field.  For example, the '601 Patent at col. 1:29-36, explains that in NRZI recording, a "magnetic transition is represented by 1 and no transition by 0…"  As support, the '601 Patent cites an IEEE paper by Prof. Paul Siegel, "Recording codes for digital magnetic storage," *IEEE Transactions on Magnetics*, vol. MAG-21, no. 5, pp. 344-1349, September 1985 (Ex. 2026).  In that paper, Prof. Siegel explains that transitions are "***changes in the polarity of the magnetics along the track***."  Ex. 2026 at p. 1344 (emphasis added; see below).  My construction of "transition" is substantively the same as Prof. Siegel's description and is how the term would be understood by a PHOSITA.

26

## 2. THE DIGITAL MAGNETIC RECORDING CHANNEL

Most magnetic disk storage devices in use today employ saturation recording to place the data on the disk, followed by peak detection during the readback step to recover the information. Figure 1 illustrates schematically the essential elements of the process. The data are recorded on the magnetic medium by orienting magnets along a concentric track, as shown at the top left of the figure. The magnets are oriented either in the direction of motion of the head around the track, or in the opposite direction (at least in conventional "horizontal" recording). The remaining portions of the figure show the relationship of the pattern of magnetization to the recorded bits, as dictated by the modulation scheme (known as NRZI precoding) which converts the bit stream to a 2-level write current signal for the recording head. The symbols "i" in the bit stream are recorded as "transitions" or changes in the polarity of the magnets along the track. During the readback process, the inductive read head transforms the sequence of transitions into a stream of pulses of alternating polarity. The clocking circuit (VFO, or variable-frequency oscillator) uses these pulses to maintain a synchronized timing window for the detector, which locates the pulse peaks in time. The information can then be reconstructed by placing a recovered bit "1" in any window in which a peak was detected, and a bit "0" otherwise.

45.  Prof. Soljanin, LSI's expert and a PHOSITA, provided sworn testimony consistent with my definition of transition. Prof. Soljanin testified that "in magnetic [a transition] would be change of magnetization from one polarization to another. So yes, that could be one possible -- One possible. If you look into magnetically coding, I believe the question was about this particular form of storage, then the transition would be in -- from one magnetization to another, could be from one magnetization direction to another." Ex. 2011 at 55-56.

46.  Further evidence of this common understanding of the definition of "transition" can be found in Kanu G. Asher's book, *Magnetic Disk Drive Technology*, IEEE Press, 1997. In this book at page 45 (Exhibit 2027), Prof. Asher

27

explains that, using the NRZI recording format to write a series of "ones" and

"zeroes," "the current through the head coil must reverse at each 'one' and not

reverse at each 'zero'…," which results in reversals, or changes, in the magnetic

orientation of the bit regions as shown in Figure 3.3(c) below.



Figure 3.3 illustrates write and read sequences. Figure 3.3a shows a sequence of data in the form of a series of "ones" and "zeros." In one method of storing this sequence of data, the current through the head coil must reverse at each "one" and not reverse at each "zero" (Fig. 3.3b). When this is done during disk rotation, the magnetization of the disk medium along a disk track looks as in Figure 3.3c. A magnetic transition occurs at each "one" and not at each "zero."

Let's turn now from *writing* data to *reading* data. The operation occurs in reverse. As a written transition passes under the head, a small change in the yoke magnetization occurs (Fig. 3.3d). This change in yoke magnetization induces a voltage in the coil that is sensed by the disk drive electronics (Fig. 3.3e). This occurs each time a transition passes under the head.

**Figure 3.3** Writing and reading data.

Figure 3.3(c) shows three consecutive changes in magnetic polarity (i.e.,

"transitions") in the bit regions, corresponding to the write pattern:



47.    To that end, in Chap. 8 of the same book, as shown below, the authors

equate transitions with "magnetization changes."  Specifically, the authors describe

how, in the process of writing the data, the write head "writes this sequence of

pulses on the disk tracks in the form of a series of ***transitions or magnetization***

***changes***…"  Ex. 2027 at 199 (emphasis added).  Figure 3.2 on page 199 (also

shown below) further illustrates the "media transitions" exactly how I have

described them in this declaration.

306538231 v2

Figure 8.1 shows the writing and reading functions of a disk drive recording channel; Figure 8.2 indicates the detection process in more detail. Digital data from a computer processor or controller is first coded in a block called the *encoder*. Error correction coding is incorporated with the data at this stage. The encoded data goes through a procedure called *write precompensation*. In the next step, digital data is converted into currents by the write head drivers. This sequence of events is also depicted in a timing diagram in Figure 8.3. The head writes this sequence of pulses on disk tracks ==in the form of a series of transitions or magnetization changes== (see Section 3.2). The rotating disk stores these transitions, and when a command to retrieve this data is received by the read head (which may be the same head that wrote the information), it transforms medium transitions into electrical voltage pulses. The information is now in analog form and includes the signal plus perturbations and noises introduced during the writing and reading processes. Detection of these signals and their conversion to digital form require several steps. Figure 8.2 and Figure 8.3 outline some of these steps.

The head output is amplified by an analog differential preamplifier. The amplification of signals is followed by automatic gain control. The automatic gain control circuit adjusts the amplitude of the signal within desirable boundaries. Next, the



**Figure 8.3** Disk drive write and read.

48.     Still further evidence of the common understanding in the field that a "transition" in the context of the '601 Patent would be understood to refer to a change in the magnetic polarity of adjacent bit regions in the recording track comes from the seminal book by H. Neal Bertram, *Theory of Magnetic Recording*, Cambridge University Press, 1994.  On pages 207-208 of the book (Exhibit 2028

30

and shown below), Dr. Bertram describes how the "essence of the recording

process is to produce ***reversals of magnetization.***"[3]  Dr. Bertram further describes

how the "magnetization is reversed" on the magnetic recording medium to write

the transitions.  A reversal of magnetization is a change in the magnetic

orientations of adjacent bit regions.

<div style="border: 1px solid black; padding: 1em;">

### The magnetic recording process

Here, a qualitative discussion of the writing process in longitudinal recording is given, including the formation of 'hard' and 'easy' transitions. ==The essence of the recording process is to produce reversals of magnetization according to the input record-head current. The writing process yields alternately 'hard' and 'easy' transitions.== In Fig. 8.2, a positive record-head field is sketched that is oppositely directed to an assumed initial 'DC' reversed magnetization (at remanent level-$M_r$). In a region ($H_h > H_c$) near the gap, the head field exceeds the coercivity, and

</div>

---

[3] The excerpt describes "hard" and "easy" transitions.  Both are types of

transitions.  A "hard" transition occurs when, for example, a region is written that

is against the pre-existing magnetic orientation of the medium. Conversely, an

"easy" transition occurs when a region to be written coincides with the direction of

the pre-existing magnetization of medium.  See Ex. 2028 at pp. 207-10.



Fig. 8.2.   Writing of a 'hard' transition against uniformly saturated media. This case forms transitions at either side of the gap the instant the head current is applied. The magnetization is solid and the head field is dashed.

the magnetization is reversed in that region (and saturated to $M_s$). In this case, as illustrated in the figure, two transitions are written, one on either side of the gap. As the medium moves in the presence of the constant head field (fixed current), the 'upstream' or right transition in the figure moves with the medium while the left transition remains fixed to the gap edge continuously formed by new media moving into the gap region and becoming saturated. The right transition is the recorded transition that will eventually be part of a data pattern. This written transition is termed a 'hard' transition and is formed simultaneously with a transition at the opposite gap edge.

49.   The '601 Patent further explains that "transitions" are ***magnetic*** transitions, consistent with how I have construed the term.  This is clear from the passage at col. 2:59-61 of the '601 Patent, which explains that "[m]ore specifically," the MTR codes of the '601 Patent imposes "a limit on the maximum number of consecutive transitions that can occur in the written ***magnetization*** pattern in ***magnetic*** recording."  One skilled in the art would read that sentence, in addition to and in the context of the remainder of the '601 Patent, and conclude

32

that the MTR codes of the '601 Patent limit consecutive magnetic transitions in magnetic recording.  *See also* col. 1:40-42 ("present invention relates to a channel coding technique to improve data storage devices such as ***magnetic*** computer disk drives and professional and consumer tape recorders").

50.     The '601 Patent also describes both the NRZI and NRZ recording formats.  '601 Patent, col. 1:24-34.  The claim term "transition" should be construed to cover transitions written to the magnetic disk under both of these recording formats.  For that reason, the construction of "transition" should not be limited to particular bit values used to record a transition in one or both of these recording formats.  Instead, a person skilled in the art would understand that claim 13 covers both recording formats, and for that reason the person skilled in the art would understand that the important concept is the effect on the medium, i.e., whether there is a reversal in the magnetic polarities in adjacent bit regions.

51.     The construction that I proposed above also is consistent with the ordinary meaning of "transition," which means, generally, a change in state.  For example, Merriam-Webster's Collegiate Dictionary, 10th edition, defines "transition" as "a passage from one state, stage, subject or place to another: change."  Exhibit 2029.  Similarly, The American Heritage Dictionary, 2nd college edition, defines "transition" as "the process or an instance of changing from one

306538231 v2

form, state, activity, or place to another." Ex. 2031. In the context of the '601 Patent, the change in state is change in magnetization between adjacent bit regions.

52.    Prof. Soljanin agreed with what I have identified as the ordinary meaning of transition when she testified that "a transition, generally, has to be some kind of a change." Ex. 2011 at p. 57, lines 5-6.

53.    To that end, even if "transition" is not limited to magnetic transitions (as one skilled in the art would understand the term in the context of the '601 Patent, as described above), a common, non-technical meaning of the term "transition" requires a change of state from one time or place to the next. *See* Exs. 2029 and 2031.

54.    I reviewed the prosecution history of the '601 Patent and, in my opinion, no statements in the prosecution history contradict or are inconsistent with my interpretation of "transition."

> a.    The '601 Patent claims priority to a provisional application
> filed April 5, 1996. The provisional application (Ex. 2021) was not
> examined, so the patent applicant did not make any arguments to
> overcome a rejection with respect to the provisional application. Like
> the specification of the '601 Patent, the provisional application states
> that the inventive MTR code "imposes a limit on the maximum
> number of consecutive transitions that can occur in the written

34

*magnetization* pattern in magnetic recording."  Ex. 2021 at p. 8 (emphasis added).

b.      For the nonprovisional application that eventually issued as the '601 Patent, there was one rejection and one response before it was allowed.  *See* Ex. 1006 (file history) at pp. 52-56 (Office Action, dated September 16, 1997), pp. 59-71 (response to Office Action, dated Dec. 16, 1997) and pp. 72-73 (Notice of Allowance, dated Feb. 3, 1998).  I do not find any express definition for "transition" in the file history that contradicts or is inconsistent with how one skilled in the art would construe the term in light of the specification.

55.      I reviewed Prof. Soljanin's Declaration (Ex. 1010) submitted with the IPR Petition.  In that Declaration, Prof. Soljanin did not explicitly construe the claim term "transition."  Nor did Prof. Soljanin use the construction that I proposed above for "transition," which is how one skilled in the art would understand the term.

56.      In her deposition, Prof. Soljanin testified that she construes the claim term "transition" to "be a transition from 0 to 1.  It can be 1 to 0.  It can be both." Ex. 2011 at p. 53, lines 4-17.  Such a construction is inconsistent with NRZI recording format described in the '601 Patent.  Ex. 1001 ('601 Patent) at col. 4, line 31 to col. 6, line 55.  Prof. Soljanin's construction restricts "transitions" only

35

to switches from 1 to 0 or vice versa, which is incompatible with NRZI recording, where a binary 1 is represented by a transition and a binary 0 is represented by a non-transition.  See Ex. 1001 ('601 Patent) at col. 1:30-32.  Thus, a "111" sequence in NRZI recording represents three consecutive transitions, but would represent no transitions under Prof. Soljanin's construction.  In that connection, Prof. Soljanin's construction is inconsistent with Figure 6 of the '601 Patent.  As shown in Figure 6, which assumes NRZI recording and j=2 ('601 Patent at col. 4:61 - col. 5:20), the codewords 00101 and 01010 could be adjacent.  That does not violate the j constraint because there are not more than j=2 consecutives 1s, since a 1 corresponds to a transition in NRZI recording.  Under Prof. Soljanin' construction, however, this sequence has eight consecutive transitions between 0 and 1.

## V.     OKADA DOES NOT DISCLOSE ALL OF THE ELEMENTS OF CLAIM 13, 14 AND 17 OF THE '601 PATENT

57.     The Petition and Prof. Soljanin Declaration assert that Okada anticipates claims 13, 14 and 17.  My understanding is that for a prior art reference to "anticipate" a patent claim, that prior art reference must disclose, expressly or inherently, all of the elements of the claims.  In my opinion, as explained below,

306538231 v2

Okada does not disclose all of the elements of claims 13, 14 and 17 of the '601 Patent.[4]

### A.    How Okada's System Operates

58.    As described in the prior section, a "transition" in claim 13 is a change (a reversal) in the magnetic orientation (or polarity or state) in adjacent bit regions of the recorded waveform.  The invention taught in claim 13 of the '601 Patent uses the *j* constraint to prevent too many consecutive changes in state (*i.e.*, magnetic orientation or transitions) in the bit regions of recorded waveform.  Okada does not disclose the invention of claim 13 at all.  In fact, one of ordinary skill, reviewing Okada, would understand that Okada's purpose is the exact opposite—to prevent too many consecutive occurrences of the ***same thing*** (not transitions).

59.    Okada is directed to optical recording with a peak detector, or as Okada refers to it, a "level" detector.  Ex. 1007, col. 2:21-36.  As mentioned above, I am familiar with optical recording systems such as described in Okada, having

---

[4] My understanding is that the Petition and Prof. Soljanin assert that claims 1, 2, 8-10 and 13-17 are anticipated by Okada, and that, of these claims allegedly anticipated by Okada, UMN disclaimed all but claims 13, 14 and 17.  Therefore, my declaration addresses only claims 13, 14 and 17.

306538231 v2

written many papers and patents about optical recording systems and having been principal scientist for Calimetrics.  There is no discussion of magnetic recording or sequence detectors in Okada (see Soljanin deposition at Ex. 2011 at 66), even though the '601 Patent which concerns magnetic recording and sequence detectors.

60.     In optical recording, data are often recorded on a master optical media with microscopic pits and lands on a recording layer of the optical medium.  "Pits" and "lands" are common terms in the field of optical recording and a person skill in the art of optical recording would know what they are and how they are used in optical recording.  A light source (*e.g.*, a laser) writes the binary data to the optical medium.  The light source in Okada is the "optical head 3" shown in Figures 3 and 6 of Okada.  When the light source is pulsed on, it burns a so-called "pit" on the optical recording medium.  The areas between the pits, which result from the light source being off, are the so-called "lands."  Then, the master copy is used as a stamp to make reproduction copies, such that the pits on the master copy result in lands in the reproduction copies, and lands on the master copy results in pits in the reproduction copies.  When reading the data from a reproduction copy, a light is directed at the recording layer of the reproduction copy where the pits and lands are.  The change in height between pits and lands results in a difference in intensity in the light reflected. By measuring the intensity change with a photodiode, the data can be read from the reproduction copy.

61.     In Okada's optical recording system, a binary data sequence is written to the optical medium by turning the light source on to record a "1" and turning it off to record a "0." *Id.* at col. 1:28-32.  The upper portion of Okada's Figure 1 shows the control "input" signal to the optical head to record the sequence 0-1-1-0-1.  As shown in Figure 1, the input signal comprises a sequence of nonpulse-pulse-pulse-nonpulse-pulse corresponding to the sequence 0-1-1-0-1, so pulses are used to write the 1s and non-pulses are used to write the 0s in Okada.



62.     When reading the data, the reflected light from the disk that is sensed is not discrete, but rather rises and falls over time.  This is shown in the lower or "output" portion of Figure 1 of the Okada patent.  The solid line indicates the output signal for the first pulse; the broken line indicates the output signal for the second pulse; and the alternate-long-and-short-dash line indicates the output signal

39

from the final pulse, which I have shown in the annotated diagram below with the red arrows. The final output is the sum of these signals due to intersymbol interference, indicated by the alternate-long-and-two-short-dashes line in Figure 1. *Id.* at col. 1:34-41.



63.     As shown in Figure 1 of Okada, the output value can reach a value of 2 due to the fact that the signals from two input pulses interfere, which Okada refers to as "code interference." *Id.* at col. 1:25. Also, unlike in magnetic recording systems, the output pules in Okada cannot be negative. Thus, with "a conventional information producing apparatus" (*see id.* at col. 2:15-16) the

40

reproduced signal is a ternary signal having values of 0, 1 and 2.  *Id.* at col. 2:26-28.

64.     The Okada patent describes a coding technique to simplify the operation of the level or peak detector (*e.g.*, element 9 in Figure 4).  According to Okada, in the prior art, the level detector outputs a 0 when the level of the signal is (i) less than a first threshold or (ii) equal to or higher than a second threshold.  The level detector outputs a 1 if the signal is between the two thresholds.  *Id.* at col. 2:30-36.  For illustrative purposes, I have annotated Figure 1 to show where the first and second threshold might be.



FIG.1

41

65.    The problem with the prior art, according to Okada, is that the level detector needs two thresholds to detect the data, which Okada states is "practically difficult to accomplish." *Id.* at col. 2:37-45.  To overcome this problem, Okada proposes an inefficient coding scheme where the level detector needs only a single threshold.  *Id.* at col. 2:54-55 ("by one threshold level in a level detecting process").  To achieve this, Okada's coding scheme ensures that there are no more than three lights pulses in a row when recording the data, followed by an error correction scheme to correct certain situations that can occur when the detector outputs a '2'.  *Id.* at col. 3:54-60.  I provide a more fulsome description of Okada's system below but, even with the description of Okada above, it is clear that ***Okada's system is not limiting consecutive magnetic transitions, nor is it limiting transitions at all***.  It is limiting the number of consecutive light pulses (*see* the upper portion of Okada's Figure 1) from the optical head.  So Okada's system is limiting consecutive runs of the ***same state*** and ***not*** limiting consecutive reversals or changes of state of the optical medium.  And Okada is certainly not limiting consecutive reversals or changes of ***magnetic*** orientations of adjacent bit regions on a magnetic recording medium, because Okada does not even disclose use of the coding scheme with a magnetic medium.

66.    A detailed review of how the Okada patent describes the optical recording system therein confirms that Okada's limiting of consecutive 1s written

<div align="center">42</div>

to the optical recording medium does not disclose limiting transitions under any reasonable construction of the term.  Using Okada's Figure 6 below as a reference, Okada's system processes incoming ("record") information in two ways before it is recorded to the optical medium (indicated by element 5 in Figure 6).  First, an 8-to-13 bit converter (element 10 in Figure 6) converts 8 input data bits to 13 bits.  Then, after the 8-to-13 bit conversion, the 13-bit data strings undergo NRZI modulation by an NRZI modulator (element 6 in Figure 6).



67.     The tables for making the 8-to-13 bit conversion are shown in Okada's Tables 1-9, which show every possible 8-bit input and its corresponding 13-bit output.  The conversion implements Okada's so-called two "rules" so that after NRZI modulation, the output does not contain three consecutive ones, *id.* at col. 3:54-67, *i.e.*, Okada's optical head is not pulsed on three consecutive times.

Okada uses this 8-to-13 bit conversion scheme because, if there were more than three consecutive ones, Okada's level detector would need multiple thresholds to detect the written data and the output signal would reach a value greater than '2' due to code interference, which Okada seeks to avoid.  *Id.* at col. 2:37-56.

68.     Above I explained NRZI modulation in the context of magnetic recording.  Okada does not use NRZI modulation for recording data on a magnetic medium.  Instead, Okada uses NZRI modulation to generate the bit stream that is supplied to Okada's optical head.  Okada's NRZI modulation provides that if the input bit (for the 8-13 converter) to be NRZI-modulated is a 0, the corresponding NRZI-modulated bit stays the same as the prior NRZI-modulated bit.  Conversely, if the input (for the 8-13 converter) is a 1, the corresponding NRZI-modulated bit is inverted (0 to 1 or 1 to 0 as the case may be).  *Id.* at col. 2:8-11.  So if the input bit is 0 and the prior NRZI-modulated bit was a 0, the NZRI modulated bit is 0 (*i.e.*, it stays the same as the prior NRZI-modulated bit).  If the input bit is 0 and the prior NRZI-modulated bit was a 1, the NZRI modulated bit is 1 (*i.e.*, it stays the same as the prior NRZI-modulated bit).  Conversely, if the input bit is 1 and the prior NRZI-modulated bit was a 0, the NZRI modulated bit is 1 (0 inverted to 1).  Similarly, if the input bit is 1 and the prior NRZI-modulated bit was a 1, the NZRI modulated bit is 0 (1inverted to 0).

306538231 v2

69.     As an example, if the 8-bit input pattern was d6 (in hexadecimal, which corresponds to 11010110 in binary), then Okada's 8-to-13 converter converts that 8-bit sequence to 1111110011110, as shown in Table 7 of Okada (see col. 8, line 11).  Then Okada's NRZI modulator converts that 13-bit sequence to 1010100010010, as shown at p. 14 of Ex. 1011.  Therefore, to record this NRZI-modulated pattern to the optical disk, Okada's optical head would be pulsed on to write bits 1, 3, 5, 9 and 12 in this sequence, and off for the remainder of the bits, as shown below.



70.     The Okada patent also provides an example of the 8-to-13 conversion and the NRZI modulation where the 8-bit input pattern "recording information" is E8 (in hexadecimal, which corresponds to 11101000 in binary).  Ex. 1009, col. 9:51-52.  Okada's 8-to-13 converter converts that 8-bit sequence to 0010100110000, as shown in Table 7 of Okada (see col. 8, line 35).  Ex. 1009, col. 9:51-53.  Then Okada's NRZI modulator converts that 13-bit sequence to 0011000100000.  Ex. 1007, col. 9:51-55; Ex. 1011 (Soljanin's tables) at p. 15.  Therefore, to record this NRZI-modulated pattern to the optical disk, Okada's

45

optical head would be pulsed on to write bits 3, 4 and 8 in this sequence, and off for the remainder of the bits, as shown below.



71.    As stated above, the purpose of Okada's 8-13 conversion is to avoid having three consecutive 1s in the NRZI modulated output, *id.* at col. 3:54-60, so that the optical head is not turned on three consecutive times.  To achieve this goal, the 8-13 converter converts the input 8-bit strings to 13-bit strings "according to one of the following rules.

> Rule (1):  A pattern after conversion consists of at least one '0' and an even number of consecutive '1'.

> Rule (2):  A pattern after conversion includes a section consisting of '01010' and a section consisting of at least one '0' or an even number of '1'."

*Id.* at col. 3:61-67.  Tables 1 through 7 of Okada obey Rule 1 and Tables 8 and 9 obey Rule 2.  *Id.* at col. 4:7-9.

72.    The effect of this 8-13 conversion is that, after the NRZI modulation, the NRZI modulated data do not have three consecutive 1s.  This is shown in the last column ("NRZI Recorded Data") in the table at Ex. 1011 (Soljanin's tables).

46

*See also* Ex. 1007, col. 3:54-60. If three consecutive 1s were permitted, their corresponding output pulses would produce too much "code interference," such that Okada's signal-threshold level detector could not detect the data.

73.    Referring back to the above example where E8 is the record information, and where the 13-bit string after 8-13 conversion is 0010100110000, and which becomes 0011000100000 after NRZI modulation, the NRZI modulated output would be read as 001210011000 because the pulses from the two consecutive 1s at NRZI bits 3 and 4 interfere to output a value of 2, as shown in Figure 1 of Okada. Ex. 1007, col. 9:56-58. Because Okada's invention requires the use of "a single threshold level" in the detection, all of the levels above 1 are set to 1, so that this string becomes 0011100110000. *Id.* at col. 9:58-62. Because the sequence now includes "01110," the detector corrects the data to 0010100110000, which is the original 13-bit string prior to NRZI modulation. *Id.* at col. 9:62-64.

## B.    Okada Does Not Disclose the *j* Constraint of Claim 13

74.    Claim 13 is directed to a "method for encoding m-bit binary datawords into n-bit binary codewords in a recorded waveform, where m and n are preselected positive integers such that n is greater than m…." The method includes the step of "generating no more than ***j consecutive transitions*** of said

sequence in the ***recorded waveform*** such that j≥2." Okada does not disclose this step of claim 13.

75.    Prof. Soljanin addresses this claim element of claim 13 (which she refers to as element "13[E]") in her declaration (Ex. 1010) by reference to element [E] of claim 1 of the '601 Patent. See Ex. 1010 at ¶ 110. Element [E] of claim 1 is addressed at ¶¶ 94-95 of Prof. Soljanin's declaration. In those paragraphs, Prof. Soljanin states that "the *recorded* waveform … is 'recorded to an optical disk' following NRZI modulation" in Okada (emphasis in original). I agree with this interpretation of Okada. Several times Okada states that the sequences after NRZI modulation (i.e., the output of the NRZI modulator 6 in Figure 6 of Okada) are written to the optical disk. Ex. 1007 at col. 4:14-16 ("This NRZI data is then supplied to an optical head 3 to be recorded on an optical disk 5."); col. 9:36-37 (NRZI modulated sequence "is in turn recorded on the optical disk 5"); col. 9:55-56 (same).

76.    Also in ¶¶ 94-95, Prof. Soljanin asserts, referring to the post-NRZI modulation column of Ex. 1011 (the right-hand column), that in Okada "there are no more than two (2) consecutive transitions in the ***recorded waveform*** following NRZI modulation." (emphasis added). Thus, for the "recorded waveform" in Okada, Prof. Soljanin correctly focuses on the sequences after NRZI modulation (the right hand column of Ex. 1011). She confirmed her view that the NRZI

48

modulated sequence are recorded to the optical disk during her deposition.  Ex. 2011 at p. 83, lines 12-15).  Paragraphs 94-95 of the Soljanin Declaration also focus on number of consecutive "1s" in the NRZI modulated sequences because every sequence in the right hand column of Ex. 1011 has no more than two consecutive 1s.  See Ex. 1011 (note that pages 15-17 of Ex. 1011 show sequences with two consecutive 1s, but no more than two consecutive 1s).  Thus, in her declaration, Prof. Soljanin took the position that a "1" in Okada's NRZI-modulated sequences that are written to the optical disk constitutes a "transition."

77.     There are several errors in Prof. Soljanin's interpretation and conclusion that the system described in Okada constrains the number of consecutive transitions written to the optical disk.

78.     First, as described above, "transitions" in the '601 Patent's claim 13 refers to changes (reversals) in the magnetic orientation of adjacent bit regions along a recording track of a magnetic recording medium, *i.e.*, transitions in the "recorded waveform."  Okada does not disclose a magnetic recording medium at all; instead Okada discloses an optical recording medium ("optical disk 5," *see* Ex. 1007, col. 2:18).  Therefore, Okada cannot and does not disclose limiting changes/reversals in the magnetic orientation of adjacent bit regions along a recording track of a magnetic recording medium (the *j* constraint).

49

79.     Second, even if "transition" in claim 13 is not limited to reversal in

**magnetic** orientations as described in the '601 Patent, but instead is interpreted to

mean a change in state, Okada still does not disclose a coding technique that limits

the recorded waveform to **j consecutive** changes of state, where $j \geq 2$.  Instead, as

explained above, Okada limits the number of consecutive times that Okada's

optical head is pulsed on.  When Okada's optical head is pulsed on, a land is

created in the reproduction copy of the optical medium.  Therefore, Okada's

encoding scheme has the effect of limiting the number of consecutive lands on the

optical medium, but that is a limit the number of consecutive things that have the

**same state**.  Thus, Okada is limiting the number of consecutive things that are the

same.  As explained above, Okada does this so that the levels input to his level

detector do not exceed the value of 2. Claim 13 of the '601 Patent teaches the

opposite of Okada because claim 13 imposes a limit on the number of consecutive

state changes or "transitions."

80.     Third, in her Declaration, Prof. Soljanin explicitly took the position

that j=2 in Okada.  See Ex. 1010 at ¶ 112 ("Okada discloses j=2…"); see also

¶¶ 99, 100, 102, 110 and 113 (same).  Similarly, at ¶ 94 of her Declaration, Prof.

Soljanin stated that in Okada "there are no more than two (2) consecutive

transitions in the recorded waveform following NRZI modulation."  See also Ex.

1011 at ¶ 95 (same).  The only way that Soljanin could reach this conclusion in her

50

¶ 94 is if she considered a "1" in Okada's NRZI modulated sequences (the right hand column of Soljanin's Ex. 1011) to be a transition because every sequence in the right hand column of Soljanin's Ex. 1011 has two or fewer consecutive 1s.

81.    At her deposition, Prof. Soljanin took positions different from her declaration.  She testified that, when she analyzed Okada, she construed transition to mean 0-to-1 and/or 1-to-0 sequences.  Ex 2011, p. 53, lines 4-17. To that end, she testified that the NRZI modulated sequences in Okada ("the last column in my table" at Ex. 1011) satisfied ***both*** Okada's constraint against consecutive 1s and "also satisfied the transition constraint," i.e., 0-to-1 and/or 1-to-0 transitions.  Ex. 2011 at p. 89, lines 5-13.  Her contrast between the Okada's constraint against consecutive 1s and Okada's alleged "transition constraint" indicates to me that she took a different position in her deposition as to what constitutes a transition in Okada's NRZI-modulated sequences that are written to Okada's optical disk.

82.    Okada does not impose a constraint on consecutive 0-to-1 and/or 1-to-0 sequences in the NRZI modulated sequences that are written to the optical disk.  Instead, as explained above, Okada constrains the number of consecutive 1s in the NRZI modulated sequences.  Ex. 1007 at col. 3:58-60.

83.    Prof. Soljanin again confirms my conclusions through her declaration and deposition.  In her declaration, Prof. Soljanin opined that that j=2 in Okada.  See Ex. 1010 at ¶ 112 ("Okada discloses j=2…"); see also ¶¶ 99, 100, 102, 110 and

51

113 (same).  To that end, at ¶ 94 of her Declaration, Prof. Soljanin concluded that in Okada "there are no more than two (2) consecutive transitions in the recorded waveform following NRZI modulation."  See also Ex. 1011 at ¶ 95 (same).

84.    In her deposition, however, Prof. Soljanin testified that j equals 4 or 8 in Okada.  See Ex. 2011 at p. 89, lines 5-13; p. 92, lines 3-13.  Still later, Prof. Soljanin provided a third interpretation of Okada when she testified that Okada permits 12 consecutive transitions in the recorded waveform.  Ex. 2011 at p. 92, line 14 to p. 9, line 13.

85.    In fact, there are sequences in Okada that permit up to 20 consecutive flips between 0 and 1.  Shown below is the recorded waveform that Okada's encoding system would write when the input data are (in hexadecimal) 69 followed by 68.  That is, the binary sequence below is the NRZI sequence (the right hand column entry from Prof. Soljanin's Ex. 1011) for the 8-bit data inputs (the left hand column of Ex. 1011) for 69 followed by 68.  The sequence below has 20 consecutive 0-to-1 and 1-to-0 transitions indicated by the "T"s in the diagram below.



306538231 v2

Thus, Okada's encoding technique permits up to twenty consecutive "transitions" under Prof. Soljanin's deposition interpretation of the term "transition," even though in her Declaration, Prof. Soljanin took the position that j=2 in Okada. See Ex. 1010 at ¶¶ 99, 100, 102, 110, 112, 113.

86.     Finally, in paragraphs 86-88 of her Declaration (Ex. 1011), Prof. Soljanin focused on the output of Okada's 8-to-13 converter (component 10 in Okada's Figure 6). The output of Okada's 8-to-13 converter, however, is not recorded on the optical disk in Okada. Instead, the output of Okada's 8-to-13 converter is input to Okada's NRZI modulator (component 6 in Okada's Figure 6) and the output of Okada's NRZI modulator is recorded to the optical disk. See Ex. 1007 at col. 4:14-16 ("This NRZi data is then supplied to an optical head 3 to be recorded on an optical disk 5."); col. 9:36-38 (output of NRZI modulator "is in turn recorded on the optical disk 5"). Prof. Soljanin confirmed this in her deposition, Ex. 2011 at p. 83, lines 8-14 (Prof. Soljanin's deposition testimony that the output of Okada's NRZI modulator is recorded to the optical disk).

87.     In paragraphs 86-88 of her Declaration (Ex. 1011), Prof. Soljanin also asserts that each 13-bit sequence in Tables 8 and 9 of Okada (e.g., the output of the 8-to-13 converter; not the output of Okada's NRZI modulator) "include a section consisting of '01010'…" Such a sequence has four "transitions" between 0 and 1 under Prof. Soljanin's construction of "transition," which is different from Prof.

Soljanin's assertion that there can be no more than two consecutive transitions (j=2) in Okada.  See Ex. 1010 (Soljanin Dec.) at ¶¶ 99, 100, 102, 110, 112, 113 (Prof. Soljanin opining that j=2 in Okada).

### C.   Okada Does Not Disclose the *k* Constraint of Claim 13

88.   Okada also does not disclose the step of "generating no more than *k* consecutive sample periods of said sequences without a transition in the recorded waveform," *i.e.*, the *k* constraint, for the following two reasons.

89.   First, "transition" in this claim step refers to a change (reversal) in magnetic orientation between consecutive bit regions, as described above.  Okada does not disclose a magnetic recording medium at all, so it cannot and does not disclose generating no more than *k* consecutive sample periods without a reversal in the magnetic orientation between consecutive bit regions.

90.   Second, even if "transition" in claim 13 is not limited to reversal in *magnetic* orientations as described in the '601 Patent, but instead is interpreted to mean a change in state, Okada still does not disclose the *k* constraint.  This is because Okada's rules for preventing three consecutive 1's in the NRZI-modulated sequences written to the disk permit a sequence following the 8-to-13 conversion (and prior to NRZI modulation) that has 13 consecutive 0s.  If a sequence had all 0s after the 8-to-13 conversion, its NRZI-modulated sequence would be all 0s, so

306538231 v2

there could be an unlimited number of consecutive sample periods without a "transition."

91.    Okada discloses two rules (Rule 1 and Rule 2, *see* Ex. 1007, col. 3:61-68), to constrain Okada's 8-to-13 conversion process.  Those two rules permit an unlimited number of consecutive 0s because (1) only one of Okada two rules is applicable at a time (*id.* at col. 3:63, "according to *one* of the following rules …") and (2) Rule 1 is satisfied by thirteen consecutive 0s since thirteen consecutive 0s has at least one 0 and an even number of 1s; it has zero 1s and zero is an even number.  An "even" number is a whole number that is divisible by 2 without a remainder.  Thus, Okada's system permits a 13-bit codeword of all 0s, which after NRZI modulation is 13 consecutive 0s, which does not have any transitions.  Since there is no prohibition on repeating 13-bit NRZI sequences in Okada, Okada's encoding scheme also does not disclose the $k$ constraint of MTR codes, *i.e.*, it does not disclose claim 13's step of "generating no more than k consecutive sample periods of said sequences without a transition in the recorded waveform."

### D.    Okada Does Not Disclose All the Limitations of Claim 14 and 17

92.    Claim 14 depends from claim 13.  Because Okada does not disclose all of the limitations of claim 13, Okada therefore does not disclose all of the limitations of claim 14.

93.     In addition, dependent claim 14 of the '601 Patent recites that j is greater than or equal to two, and less than 10.  As explained above, Prof. Soljanin testified that in Okada, twelve (12) consecutive transitions (under Prof. Soljanin's construction of "transition") in Okada's NRZI-modulated sequences that are written to the disk are possible, and I showed above an example where twenty (20) consecutive transitions (under Prof. Soljanin's construction of "transition") in Okada's NRZI-modulated sequences that are written to the disk are possible. Thus, Okada does not disclose the limitations of claim 14 even under Prof. Soljanin's construction of "transition."

94.     Claim 17 depends from claim 14 (which depends from claim 13). Because Okada does not disclose all of the limitations of claim 13 and 14 as explained above, Okada therefore does not disclose all of the limitations of claim 17.

95.     In addition, claim 17 refers to the j and k constraint for "the NRZ recording format."  Okada does not use the NRZ recording format.  As explained herein, Okada uses a NRZI modulator (element 6 in Okada's Figure 6) so that the data recorded in Okada use the NRZI recording format -- not the NRZ recording format.  NRZ and NRZI are two different recording formats, as described at col. 1, lines 24 to 32 of the '601 Patent (Ex. 1001).  This is an additional reason that Okada does not disclose all of the elements of claim 17.

56

## VI.   EXHIBIT 2025 DISCLOSES THE CHALLENGED CLAIMS

96.     I have reviewed Exhibit 2025, entitled "Seagate Annual Report" by B. Brickner and J. Moon of the Center of Micromagnetics and Information Technologies at the University of Minnesota, dated September 26, 1995.  In my opinion, this Seagate Annual Report discloses to a person skilled in the art the methods of claims 13, 14 and 17 of the '601 Patent (the "Challenged Claims").

97.     The context of Ex. 2025 is "magnetic recording systems," see § 4.1, including a "new coding technique, which can be used either to reduce detector complexity or improve margin…" § 1.  That "new coding technique" is a code "to increase the minimum sequence distance, … designated *maximum transition run* (MTR) codes…for use in magnetic recording,"  *Id.* at § 4.2 (italics in original).

98.     The described MTR codes "limit the number of consecutive transitions that occur in a recorded sequence."  Ex. 2025 at § 4.2.  This is the "*j* constraint" in the Challenged Claims.  The fact that the described MTR codes are used to limit "transitions" in the "recorded sequence" in a magnetic recording system inform a person skilled in the art that the *j* constraint of the described MTR codes limit the number of magnetic transitions recorded on the magnetic medium when writing the data.  Ex. 2025 in particular discloses an example where j=2, so that sequences with three or more consecutive transitions are eliminated.  *Id.*

306538231 v2

99.     Ex. 2025 refers to both the NRZ and NRZI recording formats. Specifically, it states that, "If the written data is considered as an NRZI (non-return-to-zero inversion) sequence, where a 1 corresponds to a change in the level of the corresponding NRZ sequence, and a 0 signifies no change, the MTR=2 constraint means that no more than two consecutive 1's can occur." *Id*. at § 4.2.  A person skilled in the art would understand this to mean that 1's in the NRZI sequence correspond to transitions written to the magnetic medium, and 0's correspond to non-transitions.

100.    Ex. 2025 also discloses the *k* constraint because Ex. 2025 discloses that the "*k* constraint is the same as the *k* constraint for RLL coding." *Id.* at § 4.2. A person skilled in the art in the field of magnetic recording in the 1995/1996 time frame would have been familiar with RLL codes because, as stated in the '601 Patent, they were at the time "commonly used in magnetic recording," Ex. 1001 at col. 1:21-22, and that the *k* constraint in RLL codes is a limit on the number of consecutive sample period of the sequences written to the disk without a transition. Indeed, the '601 Patent cites a paper from Prof. Siegel from 1985 that describes RLL codes at col. 1:34-36 of the '601 Patent.  This paper, a copy of which is provided at Ex. 2026, describes the *k* constraint as the "maximum number of symbols '0' between consecutive symbols '1' in the allowable code strings." Because a 0 in a magnetic recording system that use NRZI modulation (like the

magnetic recording system described in Ex. 2025) corresponds to a non-transition, the *k* constraint, therefore, corresponds to a limit consecutive sample period of the sequences written to the disk without a transition.

101.   Ex. 2025 also shows a block diagram of a logic circuit implementation for a rate 4/5 MTR code where j=2 and k=8 in Figure 8 of Ex. 2025.  A person skilled in the art would, therefore, understand that the inputs (x0, x1, x2, x3) to the encoder shown in Figure 8 are 4-bit binary datawords and that the outputs (y0, y1, y2, y3, y4) are 5-bit codewords produced by the illustrated encoder from the 4-bit binary datawords.  Table IV of Ex. 2025 also shows a mapping of 4-bit datawords to 5-bit codewords that satisfy j=2 and k=8 MTR constraints.  In fact. Table IV of Ex. 2025 is identical to Figure 6 of the '061 Patent.

102.   Thus, Ex. 2025 discloses all of the elements of claim 13.  It discloses an encoder (see Fig. 8 of Ex. 2025) that encodes 4-bit binary datawords into 5-bit binary codeword in a recorded waveform.  Ex. 2025 discloses that the encoder receives the 4-bit datawords and produces 5-bit codewords, as shown in Figure 8 and Table IV of Ex. 2025.  Ex. 2025 also discloses that the j and k constraints are imposed on the output sequences from the encoder.  As shown in Table IV, there are no more than j=2 consecutive 1s in the codewords and, even when codewords are concatenated, there are no more than k=8 consecutive 0s.  As a result, there are no more that j consecutive transitions of the sequences in the recorded waveform,

59

where j is equal to or greater than two, and where the transitions are indicated by the 1s in the codewords in Table IV.  Ex. 2025 also discloses that, because there are there are no more than k=8 consecutive 0s in the codewords, even if codewords are concatenated, there are no more than k=8 consecutive sample periods of the codeword sequences without a transition in the recorded waveform.

103.   Ex. 2025 also discloses to a person skilled in the art the subject matter of claim 14 of the '601 Patent because Ex. 2025 discloses an embodiment where j equals 2.

104.   Ex. 2025 also discloses to a person skilled in the art the subject matter of claim 17 because claim 17 is a NRZ implementation of MTR codes. A person skilled in the art would know how NRZ encoding works, especially in light of the fact that Ex. 2025 explains that a transition in NRZ recording "corresponds to a change in the level of the NRZ sequence."  Ex. 2025 at § 4.1.

## VII.   CONCLUSIONS

105.   In signing this Declaration, I recognize that the Declaration will be filed as evidence in a contested case before the Patent Trial and Appeal Board of the United States Patent and Trademark Office.  I also recognize that I may be subject to cross-examination.  If cross-examination is required of me, I will appear for cross-examination during the time allotted for cross-examination.

306538231 v2

106.   I reserve the right to respond to any declarations that are submitted by Petitioners' expert witnesses or to any testimony by Petitioners' fact or expert witnesses, whether at deposition or at trial.

107.   I am a U.S. citizen, a resident of the United States, over 18 years of age, and mentally competent to make this declaration. I have personal knowledge of the facts stated in this declaration and could testify competently to them if asked to do so.

108.   I am being compensated in this matter for my time at a rate of $550 per hour.  I have no financial interest in the outcome of this IPR or any litigation involving the '601 Patent.

61

# APPENDIX A

# STEVEN W. McLAUGHLIN

Dean and Southern Company Chair        (work) 404-894-6825
College of Engineering        (mobile) 470-494-4727
Georgia Institute of Technology, Atlanta, GA        email: swm@coe.gatech.edu

## *EDUCATION*

**UNIVERSITY OF MICHIGAN**, Ann Arbor, MI
- *Doctor of Philosophy, EE: Systems*, 1992.
- Advisor: David L. Neuhoff.

**PRINCETON UNIVERSITY**, Princeton, NJ
- *Master of Science in Engineering,* 1986.
- Participated in AT&T Bell Laboratories One-Year-on-Campus (OYOC) Program.

**NORTHWESTERN UNIVERSITY**, Evanston, IL
- *Bachelor of Science in Electrical Engineering,* 1985.

## *EMPLOYMENT HISTORY AND EXPERIENCE*

**GEORGIA INSTITUTE OF TECHNOLOGY**        1996-present
- *Dean and Southern Company Chair,* College of Engineering     (2017-present)
- *School Chair and Steve W. Chaddick Chair*, School of ECE     (2012-2017)
- *Vice Provost for International Initiatives,* Office of the Provost     (2007-2012)
- *Steven A. Denning Chair in Global Engagement*, Office of the Provost.     (2011-2012)
- *President,* Georgia Tech Global, Inc.     (2009-2012)
- *Deputy Director and Director of Research*, Georgia Tech Lorraine     (2004-2007)
- *Professor* (2012-present), *Ken Byers Professor* (2004-2012), *Associate Professor* (1999-2004) *Assistant Professor* (1996-1999).

**WHISPER COMMUNICATIONS, LLC**, *Co-Founder and Chairman.*        2009-2016

**CALIMETRICS, Inc.**, *Consultant/Principal Scientist.*        1999-2005

**ROCHESTER INSTITUTE OF TECHNOLOGY,** Department of Electrical Engineering    1992-1996
- *Assistant Professor* (1992-1994), *Associate Professor* (1994-1996)

**AT&T BELL LABORATORIES**, Murray Hill, NJ        Summers 1990, 1991
- *Member of Technical Staff, Mathematical Sciences Research Center.*

**BOOZ, ALLEN & HAMILTON, Inc.**, Bethesda, MD        1986-1988
- *Senior Consultant, Security Practice.*

**AT&T BELL LABORATORIES**, Whippany, NJ        1985-1986
- *Member of Technical Staff, Signal Processing Laboratory.*

**HIGHER ACHIEVEMENT PROGRAM**, Washington, DC        1986-1988
- *Teacher.* Taught algebra, trigonometry and elementary computer science full- and part-time to high achieving, junior high school students.

**EASTMAN KODAK CO.**, Rochester, NY        1982-1985
- *Co-op student.* Spent semesters in test engineering, manufacturing technology, research, and advanced development.

## HONORS AND DISTINCTIONS

- **Chevalier de l'Ordre National du Merite**, "Knight of the National Order of Merit," given by President of the France for distinguished service; the second highest civilian award in France (2011).

- **President**, IEEE Information Theory Society, 2005 (includes roles as Second Vice President, First Vice President, First Past President, Second Past President, 2002-2007).

- **Fellow**, Institute of Electrical and Electronics Engineers, "For contributions to information theory and digital recording technology" (2006).

- **IEEE Communication Society & Information Theory Society Joint Paper Award** (2011) for "Wireless Information-Theoretic Security," by M. Bloch, J. Barros, M. Rodrigues and S. McLaughlin, published in the *IEEE Transactions on Information Theory*, vol. 54, no. 6, pp. 2515-2534.

- **Distinguished Faculty Achievement Award,** School of Electrical and Computer Engineering, Georgia Institute of Technology (2009, highest award given by the School).

- **D. Scott Wills Distinguished Mentor Award,** School of Electrical and Computer Engineering, Georgia Institute of Technology (2013).

- **Technical Achievement Award, Information Storage Industry Consortium.** Cited for "pioneering contributions to multilevel optical disc technology," (with Dr. David Warland, 2002).

- **Friend of the Graduate Student Award**, Georgia Tech Graduate Student Association (2002).

- **Presidential Early Career Award for Scientists and Engineers (PECASE)**. Cited by President Clinton for "leadership in the development of optical recording systems capable of storing information in high capacity nonbinary formats." First Georgia Tech recipient (1998).

- **National Science Foundation CAREER award** (1997).

## BOARD MEMBERSHIPS

- **Georgia Tech Research Corporation (GTRC),** Secretary, 2018-present.

- **Georgia Tech Research Institute (GTRI),** Advisory Board, 2015-present.

- **National Science Foundation**, International Science and Engineering Advisory Board, 2012-present. Chair of 2014 Committee of Visitors of OISE, 2017 Committee of Visitors.

- **University of Michigan**, Advisory Board Member, College of Engineering, 2017-present.

- **University of Colorado-Boulder**, Advisory Board Member, College of Engineering, 2017-present.

- **Michigan State University**, Advisory Board Member, Dept. of Electrical and Computer Engineering, 2016-2018.

- **North Carolina State University**, Advisory Board Member, Dept. of Electrical and Computer Engineering, 2014-2017

- **University of South Florida**, Advisory Board Member, Dept. of Electrical Engineering, 2014-2017.

- **Georgia Tech Lorraine,** Member, Board of Directors, 2017-present.

- **Georgia Tech Lorraine,** Member, External Advisory Board, 2011-present.

- **Electrical and Computer Engineering Department Heads Association**, Board Member At Large, 2014-2018.

- **Southeast Center for Electrical Engineering Education**, Chairman and Member of Board of Directors, 2013-2018.

- **World Economic Forum**, Knowledge Advisory Board, 2010-2012.

- **Global Alliance of Technological Universities,** (members include Caltech, Georgia Tech, Imperial College, ETH, IIT-Bombay, NTU, Shanghai Jiaotong University) Co-Founder and Member of Advisory Committee. 2009-2103.

2

- **Metro Atlanta Chamber of Commerce**, Global Strategy Board, 2011-2012.
- **Korea Institute for Advanced Technology**, Atlanta Research and Business Development Hub Advisory Board, 2011-2012.
- **Georgia Tech Global, Inc.**, President and Director, 2009-2013.
- **Georgia Tech Center for International Business Education and Research (Georgia Tech College of Management)** Advisory Board Chair, 2008-2012.
- **The Logistics Institute Asia Pacific**, Advisory Board Co-Chair, 2008-2012.
- **Rochester Institute of Technology**, Advisory Board Member, Dept. of Electrical Engineering, 2002-2009.
- **IEEE Information Theory Society Board of Governors**, 1999-2008.
- **IEEE Publications Activities Board,** Member-at-Large, 1998-2001.
- **Starzent,** Technical Advisory Board, 2002-2009.
- **Polarizonics,** Technical Advisory Board , 2002-2005.

### _Ph.D. STUDENTS GRADUATED_

1. Mohammed Asmat Khan: _"Trellis-coded, residual vector quantization,"_ May 1999 (co-advised with Mark J.T. Smith, currently at COMSATS Institute of Information Technology, Islamabad, Pakistan).

2. Kofi Anim Appiah: _"Interleaved concatenated coding for constrained channels,"_ December 2000 (joined Texas Instruments, Dallas, TX).

3. Ravi Sivsankaran: _"Sequential decoding of recursive systematic convolutional codes,"_ December 2000 (currently at Mayflower Communications, Bedford, MA).

4. Suparna Datta: _"Results on coding for M-ary constrained channels,"_ December 2000 (joined as Visiting Assistant Professor Northeastern University, Boston, MA).

5. Laura McPheters: _"Turbo coding for partial response channels,"_ April 2001 (joined as Assistant Professor at Northern Illinois University).

6. Cenk Argon: _"Turbo product codes with applications to data storage and optical communications,"_ December 2002 (joined Seagate Technology, Bloomington, MN).

7. Pornchai Supnithi: _"M-ary optical data storage,"_ December 2002 (currently Associate Professor, Department of Telecommunication Engineering, King Mongkut's Institute of Technology, Bangkok, Thailand).

8. Andrew Thangaraj: _"Iterative coding for optical fiber and data storage,"_ August 2003 (currently Associate Professor at India Institute of Technology-Madras).

9. Jeongseok Ha: _"Punctured LDPC codes,"_ December 2003 (currently Associate Professor at Korea Advanced Institute of Technology (KAIST), Daejeon, Korea).

10. Estuardo Licona: _"Coding and capacity for $M$-ary optical recording systems,"_ May 2004 (joined Marvell Semicondutor, Fremont, CA).

11. Aravind Nayak: _"Timing recovery for turbo-coded systems,"_ August 2004 (co-advised with John Barry, joined Agere Systems, Longmont CO).

12. Majid Fozunbal: _"Coding and information-theoretic aspects of multiple antenna communication systems,"_ December 2004 (co-advised with Ron Schafer, joined Hewlett Packard Labs, Palo Alto, CA).

13. Olivier Lambert-Guerreau: _"Multidimensional Quantum Key Distribution with Single Side Pulse and Single Side Band Modulation Multiplexing,"_ December 2005 (joined TOTAL, Paris, France).

14. Yogesh Sankarasubramanium: _"New capacity-approaching codes for run-length-limited channels,"_ May 2006 (currently at Hewlett Packard Labs, Bangalore, India)

3

15. Shayan Srinivasa: *"Constrained coding and signal processing for holographic memories,"* May 2006 (currently Assistant Professor, Indian Institute of Science, Bangalore, India).

16. Souvik Dihidar: *"Coding for security and the wiretap channel,"* December 2006 (joined Marvell Semiconductor, Santa Clara, CA).

17. Jaehong Kim: *"LDPC codes for next generation wireless communications,"* December 2006 (joined Samsung Advanced Institute of Technology, Seoul, Korea).

18. Woonhaing Hur: *"Incremental redundancy LDPC codes for hybrid ARQ schemes,"* January 2007 (joined Samsung Electronics, Seoul, Korea).

19. Rajesh Narasimha: *"Information theory and machine learning in networks and automated feature extraction,"*, December 2007 (co-advised with Prof. Chuanyi Ji, joined Texas Instruments, Dallas, Texas).

20. Matthieu Bloch: *"Physical Layer Security,"* May 2008 (joined as Assistant Professor, School of Electrical and Computer Engineering, Georgia Tech-Lorraine).

21. Pierrick Burgain: *"On the control of airport departure times,"* December 2010 (co-advised with Eric Feron, School of Aerospace Engineering).

22. Demijan Klinc: *"On the applications of puncturing in error correction coding,"* May 2011 (joined Apple, Inc.).

23. Arunkumar Subramanian: *"Coding techniques for information-theoretic strong secrecy on wiretap channels,"* December 2011 (joined Link-A-Media, Inc., Fremont, CA).

24. Jiaxi Xiao: *"Information Theoretic Applications in Security and Data Storage,"* May 2012 (joined IntercontinentalExchange Inc., Atlanta, GA).

25. Willie Harrison: *"Physical layer security: practical aspects of channel coding and cryptography,"* August 2012, (joined University of Colorado, Colorado Springs)

26. Elnaz Banan Sadeghian: *"Multidimensional Signal Processing in Patterned Media,"* December 2016, (co-advised with John Barry, joined Qualcomm.)

- *M.S. STUDENTS GRADUATED*
    1. Demijan Klinc, May 2005.
    2. Tarek Kouman, May 2002.
    3. Sarat Krishnan, May 2003.
    4. Christopher Smith, May 2000.
    5. Jian Luo, May 1996.
    6. Kannnan Panchapakesan, M.S. May 1995.

- *POSTDOCTORAL RESEARCHERS*
    1. Dr. Bane Vasic (1995-1996)
    2. Dr. Toshihiko Morita (2000)
    3. Dr. Jeongseok Ha (2003-2004)
    4. Dr. Sunghwan Kim (2005-2006)
    5. Dr. Hyoungsuk Jeon (2010-2013)

- *M.S. PROJECTS SUPERVISED (all at Rochester Institute of Technology)*
    1. Lee Minich: *"Trellis coded quantization,"* 1996.
    2. Igor Spivak: *"Methods for Signal Presence Detection on the Narrowband HF Channel,"* 1996.
    3. David Arcoraci: *"Real Time Video Compression using Linear Prediction,"* 1996.
    4. Michael Meath: *"Personal Communications Systems,"* 1995.
    5. Alan Baker: *"Wavelet transforms and image coding,"* 1994.
    6. David Hunter: *"Advanced error correcting codes,"* 1994.
    7. Theophilus Ike: *"Cryptography as a secure speech communication approach,"* 1993.
    8. Suleiman Isa Wali: *"The coordinate cryptosystem,"* 1993.

4

9. Samuel Adeosun: *"Multiple access communications systems,"* 1993.
10. Krich Cheosakul: *"Sigma- delta modulation,"* 1993.
11. Mark Abumeri: *"Data communications over HF channels,"* 1994.
12. Wei Wang: *"Noisy Channel Quantization,"* 1993.

- *UNDERGRADUATE RESEARCH PROJECTS (UROP) ADVISED*
  1. Andrew Adams: B.S. May 1994 (Rochester Institute of Technology).
  2. Suarav Agrawal: B.S. May 1995 (Rochester Institute of Technology).
  3. Umar Faruqui: B.S. May 1997.
  4. Kristen Schaeffer: B.S. May 1998.
  5. Sergey Timofeev: B.S. 2003.
  6. John Parish: B.S./M.S. 2007.
  7. David Lindberg: B.S./M.S. 2008.

## *EXTRAMURAL FUNDED RESEARCH*

1. **Planning Grant: an ECE Community Building Organization** (PI: G. Pappas, co-PIs: S. Batalama, S. McLaughlin, W. Sanders, J. Janowiak)
   Funding source: NSF, $100,000                                    9/1/2016 - 6/1/17
2. **Vision, Branding and Advocacy: A workshop to shape the future of ECE** (PI: McLaughlin, co-PIs: G. Pappas, W. Sanders, J. Janowiak)
   Funding source: NSF, $60,000                                    12/1/2015 - 3/1/16
3. **MRI: Development of the Robotarium: A Shared, Remote Access Multi-Robot Laboratory** (PI: Egerstedt, co-PIs: Eric Feron, Raheem Beyah, Steve McLaughlin)
   Funding source: NSF, $1,500,000                                  9/1/2015 - 9/1/18
4. **Synchronization and Detection for Two-Dimensional Magnetic Recording** (co-PI with John Barry)
   Funding source: Advanced Storage Technology Consortium, $350,000    9/1/2011 - 9/30/15
5. **Georgia Research Alliance Phase 2: Whisper Communications (awarded to GT)**
   Funding source: Georgia Research Alliance, $95,000                12/31/10 - 9/30/11
6. **SBIR Phase 1: Wireless Security (awarded to Whisper Communications)**
   Funding source: National Science Foundation, $150,000              7/1/10 - 1/31/11
7. **Georgia Research Alliance Phase 1: Whisper Communications (awarded to GT)**
   Funding source: Georgia Research Alliance, $49,000                5/1/09 - 12/31/10
8. **Georgia Research Alliance Phase 0: Whisper Communications (awarded to GT)**
   Funding source: Georgia Research Alliance, $8,000                  1/1/09 - 5/1/09
9. **Secure Communications for the Wiretap Channel**
   Funding source: ETRI Korea, $140,000                              9/1/08 - 9/1/10
10. **Franco-American Doctoral Network Planning Grant,** (co-PI with M. Scott, Univ. of Florida and M. Loots UIUC)
    Funding source: National Science Foundation, $20,000              9/1/07 - 9/1/08
11. **Georgia Tech/University of Science and Technology-Lille (France)**
    Funding source: Franco-American Council on Educational Services, $150,000   9/1/07 - 12/31/09
12. **High speed secure quantum networks (HQNet)** (co-PI with Prof. Paul Voss, collaboration with eight researchers at 3 universities, 2 companies)
    Funding source: Agence Nationale de la Recherche, $1,240,000        1/1/07 - 12/31/09
13. **Thales Research and Technology** (Served as Institute's PI, funds went to six faculty)
    Funding source: Thales Research and Technology, $650,000           9/1/06 - 10/1/07
14. **Physical Layer Security - Quantum and Classical Techniques**
    Funding source: CNRS (Unite Mixte Internationale), $120,000        1/1/07 - 1/1/09
15. **Physical Layer Security - Information Theoretic Security in Wireless Systems and More**
    Funding source: NSF, $240,000                                    10/1/06 - 10/1/09
16. **Reliable and Secure Distributed Storage Systems**
    Funding source: Seagate Research, $306,000                        3/1/07 - 3/1/11

5

17. **M-ary methods in holographic storage** (Co-PI with A. Adibi)
    Funding source: AFOSR, $361,000                                    5/1/05 - 5/1/08
18. **Secure communications with quantum techniques** (co-PI with A. Thangaraj (IIT-Madras) and J. Merolla (CNRS) )
    Funding source: Foreign Ministries of France and India, $175,000        1/05-1/07
19. **Coding and signal processing for next generation recording systems** (co-PI with John Barry)
    Funding source: NSF, $375,000                                       9/04-9/07
20. **Channel design for MEMs-based probe storage**
    Funding source: Seagate Technology, $143,000                         9/03-9/05
21. **Advanced coding in next generation wireless systems**
    Funding source: Samsung Advanced Institute of Technology, $480,000    1/03-1/07
22. **Georgia Tech / Texas Instruments Leadership University Research in DSP** (led by J. McClellan)
    Funding source: Texas Instruments, $120,000 (SWMcL portion)          4/02-4/07
23. **Multi-antenna, coded wireless systems,** (Co-PI with G. Stuber, J. Barry, J. Li, M. Ingram)
    Funding source: NSF ITR, $1,800,000                                10/1/01-10/1/04
24. **Ultra high density holographic storage,** (Co-PI with A. Adibi and F. Fekri)
    Funding source: AFOSR, Amount: $540,000                            10/1/01-10/1/04
25. **Iterative codes for optical networks.**
    Funding source: CIENA Corporation, $77,000                          3/1/01-4/1/02
26. **Low density codes for hard drives.**
    Funding source: Fujitsu Laboratories, $148,000                      4/1/01 - 9/1/03
27. **Signal processing considerations for perpendicular recording,** (Co-PI with J. Barry)
    Funding source: Seagate Technologies, $105,000                       7/1/00-7/1/03
28. **Hardware implementation of iterative methods for magnetic recording channels.**
    Funding source: Seagate Technologies, $169,000                       7/1/00-7/1/03
29. **Low density coding methods for magnetic recording.**
    Funding source: Texas Instruments, $50,000                           3/1/00-3/1/02
30. **Error control codes: from theory to commercialization,** (Co-PI with F. Fekri, R. Mersereau, R. Shafer)
    Funding source: Cutting Edge Research Grant, $100,000                7/1/99-7/1/00
31. **Turbo coding and timing recovery for high density digital magnetic recording**
    Funding source: Information Storage Industries Consortium (INSIC), $225,000    9/1/99-7/1/05
32. **Fundamental limits and coding for M-ary recording channels**
    Funding source: NSF- CAREER/PECASE, $500,000                        10/1/97-7/1/02
33. **Modulation Encoding for M-ary PDM and Phase-Change Recording**
    Funding source: NIST/Calimetrics, $328,000                          10/1/97-9/1/01
34. **Source-channel coding for low-rate speech coding**
    Funding source: General Electric, Corporate Research and Development, $29,579   10/1/96-10/1/97
35. **Coding for Nonbinary Recording Channels**
    Funding source: NSF GOALI, $85,551                                  9/1/95-12/31/96
36. **Advanced Coding and Signal Processing for High Density Optical Recording**
    Funding source: Optex Communications Corp. $103,550                  6/1/95-7/31/96
37. **Vector Quantization for Noisy Channels**
    Funding source: NSF, Research Initiation Award. $116,291             6/1/93-12/31/96
38. **Image Compression in a Tactical Environment** (Co-PI with M. Raghuveer, H. Rhody)
    Funding source: Harris/RF Communications, $129,284                   6/1/95-7/31/96
39. **Lossless Compression of High Fidelity Audio**
    Funding source: NSF, Research Experiences for Undergraduates. $45,000   6/1/93-12/31/96
40. **M-ary Coded Modulation for the High Density Optical Recording Channel**
    Funding source: NIST/Optex Communications. $82,448                   3/1/93-6/1/94

6

## _SERVICE ACTIVITIES_

- **External evaluator:**

  - -National Science Foundation, Office of Int'l Science and Engineering, (Committee of Visitors, March 2018)
  - -National Science Foundation, Office of Int'l Science and Engineering, (Chair, Committee of Visitors, March 2015)
  - -School of Engineering, Washington University in St. Louis (Chair, March 2016)
  - -Dept. of Electrical Engineering, SUNY Buffalo (Chair, November 2015)
  - -International Program Strategy, Case Western Reserve University, (September 2010)
  - -International Program Strategy, The Ohio State University, (May 2009)
  - -International Program Strategy, Emory University, (Chair, May 2009)

- **Institute of Electrical and Electronics Engineers (IEEE):**

  - **IEEE Information Theory Society:** _President (2005), First Vice President_ (2004), _Second Vice President_ (2003), _Junior Past President_ (2004), _Senior Past President_ (2007), _Board of Governors_, (1999-2007), _Committee Chair, Electronic Products_ (1999-2005), _Committee Chair, 50th Anniversary Cumulative Index,_ (1997-1998), _Committee Member, Transactions Policy Review Committee_, (1997-2003), _Publications Committee, (2001-2007), Awards Committee (Chair), (2006-2008),Nominations Committee, (2004-2007)._

  - **Associate Editor:** _IEEE Transactions on Information Theory_, 2006-2008.

  - **Publications Editor:** _IEEE Transactions on Information Theory_, 1995-1999.

  - **Information Theory Society Digital Library:** Responsible for creating a digital library that includes every paper written in the Transaction since its inception (10,000 papers, 50,000 pages). This digital library inspired the IEEExplore electronic product, now accounting for an income of more than $10M per year for IEEE.

  - **IEEE Publications Activities Board, Member at Large** 1998-2001, Member of board that defined publication budget, programs, and policy for IEEE

  - **Secretary, Atlanta Section, 2000-2001**.

  - **Conference Co-Chair:** _SPIE Conference on Signal Processing and Coding for Information Storage_, at Photonics East 95, Philadelphia,PA October 1995. _IEEE Information Theory Workshop_, Porto, Portugal, 2008. _IEEE ICNC, PHY Security Workshop_, Doha, Qatar, 2016.

  - **Technical Program Chair:** _IEEE Communication Theory Workshop_, May 2002, _IEEE International Conference on Communications, Communications Theory Symposium_, May 2003.

  - **Technical Program Committees ad Session Chair (more than 50)**

  - **Publications Chair:** _2002 Wireless Personal and Mobile Communications Conference_, Maui, HI September 2002, _1998 International Conference on Communications_, Atlanta, GA May 1998.

- **Panel Member:** National Science Foundation, CISE Directorate, Communications Research Program, April 1996, May 1997, April 1998, November 1999, October 2000, May 2001, January 2002, November 2003, April 2005, October 2009, January 2011, April 2014.

- **Panel Member:** National Science Foundation, SBIR, April 2001 February 2002, March 2004, March 2005, September 2005, March 2006. September 2009.

- **Institute and Department Service:**

  Chair, Search Committee for Director, Georgia Tech Research Institute - (2017)

  Member, 5-year Evaluation Committee of Dean Nelson Baker - (2017)

  Co-Chair, Search Committee - Chair of Dept. of Biomedical Engineering at GT/Emory (2016)

  Co-Chair, CODA Building Shepherds Group (2015-present)

  Co-Chair, Corporate Innovation Center Task Force (2015-2016)

  Member, Georgia Tech Arts Council (2016-present)

Member, GTRI Director Search Committee (2015)

Chair, Investigative Committee, Faculty Plagiarism (2014)

Co-Chair - Chartered Institute Subcommittee on Open Access (2012-13)

Member, Provost Search Committee (2010)

Member, College of Engineering Dean Search Committee (2011)

Co-Chair, Institute Strategic Planning Committee, co-lead Global Engagement (2009-2010)

Co-Chair, GT Lorraine Strategic Planning Committee (2005)

Director of Assessment Search Committee (2006)

Institute Student Activities Committee (2001-2003)

Steering Committee - Georgia Tech Quantum Institute (2007)

Advisory Board Chair, Georgia Tech Center for International Business Education and Research (College of Management) (2007-present)

Co-Chair, Advisory Board, The Logistics Institute Asia Pacific (Georgia Tech/National University of Singapore Institute)

Co-Chair, Advisory Board, Georgia Tech/Jilin University Mathematics Institute

ECE Reappointment, Promotion and Tenure Committee

ECE Strategic Planning Committee

ECE Faculty Recruiting Committee

ECE Graduate Committee

ECE Undergraduate Curriculum Committee

ECE Student/Faculty Committee

ECE Undergraduate Research Opportunities Program Faculty Advisor

- **Memberships:** Eta Kappa Nu, Tau Beta Pi, IEEE (Fellow), Information Theory Society, Communications Society, Optical Society of America, American Society of Engineering Education, Association of International Education Administrators (AIEA).

### *EDITED BOOKS*

S. Verdu and S.W. McLaughlin, *Information Theory: 50 Years of Discovery,* John Wiley/ IEEE Press, July 1999.

M.R. Raghuveer, S.A. Dianat, S.W. McLaughlin, M. Hassner, *Coding and Signal Processing for Information Storage,* SPIE, October 1995.

### *BOOK CHAPTERS (* denotes student advisee at time of publication)*

C. Argon* and S.W. McLaughlin, "Turbo Product Codes for Optical CDMA," *Wiley Encyclopedia of Telecommunications,* 2005.

C. Argon* and S.W. McLaughlin, "Turbo codes for fiber optic communications," *Turbo Code Applications: a journey from a paper to realizations,* Springer-Verlag, 2006.

A. Nayak*, J. Barry, and S. W. McLaughlin, "Cramer-Rao bound for timing recovery on channels with intersymbol interference," *DIMACS Series in Discrete Mathematics and Theoretical Computer Science Volume 6, 2004.*

### *JOURNAL PUBLICATIONS (* denotes student advisee at time of publication)*

1. B. Vasic, M. Khatami, M. Nakamura, Y. Okamoto, Y. Kanai, J. Barry, S. McLaughlin, E. Sadeghian, " A Study of TDMR Signal Processing Opportunities Based on Quasi-Micromagnetic Simulations," *IEEE Transactions on Magnetics,* vol. 15, no. 4,, April 2015.

2. H. Jeon, I.M. Kim, S. McLaughlin, and J. Ha, "Secure Communications with Untrusted Secondary Users in Cognitive Radio Networks," *IEEE Transactions on Wireless Communications*, vol. 13, no. 4, pp. 1790-1805, April 2014.

3. H. Jeon, J. Choi, S. McLaughlin, and J. Ha, "Channel Aware Encryption and Decision Fusion for Wireless Sensor Networks," *IEEE Transactions on Information Forensics and Security*, vol. 8(4), pp. 619-625, March 2013.

4. W. Harrison, M. Bloch, J. Barros, and S. W. McLaughlin, "Coding for Secrecy'," Special Issue: Signal Processing for Cyber-security and Privacy, *IEEE Signal Processing Magazine*, 30(5), pp. 41-50 (2013)

5. D. Klinc*, J. Ha, J. Barros, S. W. McLaughlin, and B.J. Kwak, "LDPC Codes for the Gaussian Wiretap Channel," *IEEE Transactions on Information Forensics and Security*, vol. 6, no. 3,pp. 532-540, September 2011.

6. A. Subramaniam*, M. Bloch, A. Thangaraj, S.W. McLaughlin, "Strong Secrecy on the Binary Erasure Wiretap Channel Using Large-Girth LDPC Codes," *IEEE Transactions on Information Forensics and Security*, vol. 6, no. 3,pp. 585-594, September 2011

7. W. Harrison*, J. Almeida, J. Barros, and S. W. McLaughlin, "Coding and Cryptography: Physical-Layer Security through Stopping Sets," *IEEE Transactions on Information Forensics and Security*, vol. 6, no. 3,pp. 575-584, September 2011.

8. J. Vilela*, M. Bloch, J. Barros, and S. W. McLaughlin, "Wireless secrecy regions with friendly jamming," *IEEE Transactions on Information Forensics and Security*, vol. 6, no. 2, pp. 256-266, June 2011.

9. R. Narasimha, S. Dihidar, C. Ji and S. McLaughlin,"Scalable Diagnosis in IP Networks Using Path-Based Measurement and Inference: A Learning Approach, " *Special Issue on Network Technologies for Emerging Broadband Multimedia Services, Elsevier Journal of Visual Communication and Image Representation*, Vol. 21, No. 2, 175-191, Feb. 2010.

10. R. Narasimha*, H. Ouyang, A. Gray, S.W. McLaughlin, S. Subramaniam, "Automatic joint classification and segmentation of whole cell 3D images," *Pattern Recognition*, vol. 42, no.6, pp. 1067-1079, 2009.

11. S. Srinivasa* and S.W. McLaughlin, "Capacity bounds for two-dimensional asymmetric M-ary $(0,k)$ and $(d,\infty)$ channels," *IEEE Transactions on Communications*, vol. 57, no. 6, pp.1584 - 1587, June 2009.

12. J. Kim*, A. Ramamoorthy, S. W. McLaughlin, "The Design of Efficiently-Encodable Rate-Compatible LDPC Codes," *IEEE Transactions on Communications*, vol. 57, no. 2, pp. 365-375, Feb. 2009.

13. R. Narasimha*, I. Aganj, A. Bennett, M. J. Borgnia, D. Zabransky, G. Sapiro, S.W. McLaughlin, J. L. S. Milne, and S. Subramaniam, "Quantitative evaluation of denoising algorithms for biological electron tomography," *Journal of Structural Biology*, vol. 164, no.1 October 2008.

14. M. Bloch*, R. Narasimha*, and S. W. McLaughlin, "Network Security for Client-Server Architecture using Wiretap Codes," *IEEE Transactions on Forensic and Information Security*, vol. 3, no. 3, pp. 404-413, Sept. 2008.

15. M. Bloch*, J. Barros, M. Rodrigues, S.W. McLaughlin, "Wireless Information Theoretic Security," *IEEE Transactions on Information Theory*, vol. 54, no. 6, pp. 2515-2534 (2008). **Winner of 2011 IEEE ComSoc & Information Theory Society Joint Paper Award.**

16. M. Bloch*, N. J. Cerf, T. Debuisschert, E. Diamanti, S. Fossier, R. Garcia-Patron, P. Grangier, E. Karpov, J. Lodewyck, S. McLaughlin, and R, Tualle-Brouri, "Quantum key distribution over 25 km with an all-fiber continuous variables system," (Vol.76, No.4):*Physical Review Letters - B.*

17. J. Ha, J. Kwon, D. Klinc*, and S. M. McLaughlin, "A Layered BP Decoding for Punctured LDPC Codes," *IEEE Communications Letters*, vol. 11, no. 5, pp. 440-442, May 2007.

18. A. Thangaraj, S. Dihidar*, A.R. Calderbank, S. W. McLaughlin, J.-M. Merolla, "Applications of LDPC Codes to the Wiretap Channel," *IEEE Transactions on Information Theory*, vol. 53, no. 8, pp. 2933-2945, August 2007.

9

19. M. Bloch*, F. Patois, J-M Merolla, S. W. McLaughlin, "Efficient Frequency Coded Quantum Key Distribution," *Optics Letters*, Vol. 32 issue 3, February 2007

20. S. G. Srinivasa*, P. Lee, and S. W. McLaughlin, "Post-error correcting code modeling of burst channels using hidden Markov models with applications to magnetic recording," *IEEE Transactions on Magnetics*, vol. 43, no. 2, pp. 572-579, February 2007.

21. Y. Sankarasubrmanium* and S. W. McLaughlin, "Fixed-rate maximum runlength limited codes from variable rate bit stiffing," *IEEE Transactions on Information Theory*, vol 53, no. 8, pp 2769-2790.

22. A. Nayak*, J. Barry, and S.W. McLaughlin, "Optimal preamble placement for frequency tracking - a Cramer-Rao bound approach," *IEEE Transactions on Magnetics*, vol. 42, no. 6, pp. 1730-1742, June 2006.

23. O. L. Guerreau*, F. J. Malassenet, and S. W. McLaughlin, "Enhanced throughput for QKD: A multiplexed approach," *IEEE Journal of Selected Topics in Quantum Electronics*, vol. 12, no. 4, July-Aug. 2006 pp. 914 - 917.

24. F. Fekri, R. Mersereau, S.W. McLaughlin, and R. Schafer, "Block error correcting codes using finite field wavelet transforms," *IEEE Transactions on Signal Processing*, vol. 54, no. 3, March 2006, pp. 991 - 1004, April 2006.

25. J. Ha, J. Kim*, D. Klinc*, and S. W. McLaughlin, "Rate-compatible punctured low-density parity-check codes with short block lengths," *IEEE Transactions on Information Theory*, vol. 52, no. 2, pp. 728-738, February 2006.

26. A. Nayak*, J. Barry, G. Feyh, and S.W. McLaughlin, "Timing recovery with frequency offset and random walk: Cramer-Rao bound and maximum a posteriori timing recovery," *IEEE Transactions on Communications*, vol. 54, no. 10, pp.1896 - 1896, Oct. 2006.

27. Y. Sankarasubrmanium* and S.W. McLaughlin, "Two Capacity Achieving Code Constructions for the $(d, k)$ Constraint," *IEEE Transactions on Information Theory*, vol. 52, no. 7, pp. 3333 - 3343, July 2006.

28. S. Babvey*, A. G. Bourgeois, J. A. Fernndez-Zepeda, and S. W. McLaughlin, "Scalable and Efficient Implementations of the LDPC Decoder Using Reconfigurable Models," *International Journal of Foundations of Computer Science*, vol. 17, no. 2, (2006), pp. 303-322.

29. M. Fozunbal*, S. W. McLaughlin and R. Schafer, "On Capacity Analysis of with Receiver Side Information, Part 1: Continuous Alphabet Channels," *IEEE Transactions on Information Theory*, vol. 51, no. 9, pp. 3075-3086, September 2005.

30. M. Fozunbal*, S.W. McLaughlin and R. Schafer, "On Capacity Analysis of with Receiver Side Information, Part II: Multiple Antenna Channels," *IEEE Transactions on Information Theory*. Vol. 51, Issue 9, pp. 3086 - 3101, September 2005.

31. O. Guerreau*, F. Malassenet, S.W. McLaughlin, J.-M. Merolla, "Quantum Key distribution without a single photon source via a strong reference," *IEEE Photonics Technology Letters*, vol. 18, no. 8, pp. 1755-1757, August 2005.

32. S. Babvey* and S. W. McLaughlin, "On LDPC Codes Satisfying the $(0, k)$ RLL Constraint," *IEEE Transactions on Magnetics*, vol. 41, no. 10, pp. 2953-2955, October 2005.

33. M. Fozunbal*, S.W. McLaughlin and R. Schafer, "On space-time-frequency coding over MIMO-OFDM systems," *IEEE Transactions on Wireless*, vol. 4, no. 1, pp. 320-331, January 2005.

34. G. Stuber, J. Barry, S.W. McLaughlin, G. Li, M. Ingram, T. Pratt "Broadband MIMO-OFDM Wireless," *IEEE Proceedings*, vol. 92, no. 2, pp. 271-294, February 2004.

35. M. Fozunbal*, J. Landsberg, S.W. McLaughlin and R. Schafer, "Design criterion for time and spatially correlated MIMO channels," *IEEE Transactions on Information Theory*, vol. 50, no. 9, pp. 1910-1926, September 2004.

36. P. Supnithi*, R. Lopes, S. W. McLaughlin, "Reduced-complexity turbo equalization for high density magnetic recording systems," *IEEE Transactions on Magnetics*, vol. 39, no. 5, pp. 2585-2587, September 2003.

10

37. S.W. McLaughlin, "Optical recording and advanced signal processing," *IEEE Signal Processing Magazine*, Special Issue on Signal Processing for Digital Recording, vol. 15, no. 4, pp.83-94, July 1998.

38. J. Barry, A. Kavcic, S. McLaughlin, A. Nayak*, "Iterative timing recovery," *IEEE Signal Processing Magazine*, vol. 21, no. 1, pp. 89-102, January 2004.

39. M. Fozunbal*, S.W. McLaughlin and R. Schafer, "On performance limits of space-time codes: a sphere-packing bound approach," *IEEE Transactions on Information Theory*, vol. 49, no. 10, pp. 2681-2687, October 2003.

40. C. Argon*, K. Patel, S.W. McLaughlin, and S. Ralph "Exploiting diversity in multimode fiber communications links via multisegment detectors and equalization," *IEEE Communications Letters*, vol. 7, no. 8, pp. 400-402, August 2003.

41. J. Ha* and S. W. McLaughlin, "Low density parity check codes over Gaussian channels with erasures," *IEEE Transactions on Information Theory* vol. 49 , no. 7, pp. 1801-1809, July 2003.

42. J. Ha*, J. Kim*, and S. W. McLaughlin, "Rate compatible puncturing of LDPC codes for AWGN channels," *IEEE Transactions on Information Theory*, vol. 50, no. 11, pp. 2824-2836, November 2004.

43. A. Nayak*, J. Barry and S.W. McLaughlin, "Joint timing recovery and turbo equalization for coded partial response channels", *IEEE Transactions on Magnetics* vol. 38 no. 5, pp. 2295 -2297,Sep 2002.

44. P. Kovintewat*, I. Ozgunes, E. Kurtas, J. Barry and S. W. McLaughlin, "Generalized PR targets for perpendicular recording with jitter noise," *IEEE Transactions on Magnetics* vol. 38 no. 5 , pp. 2340 -2342, September 2002.

45. A. Thangaraj* and S. W. McLaughlin, "Thresholds and scheduling for LDPC-coded partial response channels," *IEEE Transactions on Magnetics*, vol. 38 no. 5 , pp. 2307 -2309, September 2002.

46. J. Ha*, A. Mody, J. Soon, J. Barry, S. W. McLaughlin, G. Stuber, "LDPC coded OFDM with Alamuti/SVD diversity technique," *Wireless Personal Communications*, vol. 23, pp. 183-194.

47. C. Argon* and S. W. McLaughlin, "Parallel, low-latency decoding of turbo product codes," *IEEE Communication Letters*, vol. 6, no. 2, pp.70-72, Feb. 2002.

48. C. Argon* and S.W. McLaughlin, "Turbo product code for optical CDMA systems," *IEEE Journal on Lightwave Technology*, vol. 20, no.9, pp. 1653-1663, September 2002.

49. C. Argon* and S.W. McLaughlin, "Efficient decoding of turbo product codes,", *IEEE Transactions on Communications*, vol. 52, no. 6, pp. 896-898, June 2004.

50. L. McPheters* and S. W. McLaughlin, "Turbo coded, RLL constrained optical recording channels with DVD mark size," *IEEE Transactions on Magnetics*, vol. 38, no.1, pp. 298-302, January 2002.

51. A. Thangaraj* and S.W. McLaughlin, "Quantum codes from $q$-ary images of self-dual cyclic codes," *IEEE Transactions on Information Theory*, vol. 47, no. 3, pp. 1176-1177, April 2001.

52. K. Anim-Appiah* and S.W. McLaughlin, "Turbo codes cascaded with high-rate block codes for $(0, k)$ constrained channels," *IEEE Journal on Selected Areas of Communication*, vol. 19, no. 4, pp. 677-685, April 2001.

53. H. Sung, Y. Yuan, B.V.K. Kumar, E. Kurtas, L. McPheters* and S. W. McLaughlin, "Performance of Iterative (Turbo) decoding for PR equalized optical storage channels," *IEEE Journal on Selected Areas of Communication*, vol. 19, no. 4, pp. 774-782, April 2001.

54. F. Fekri*, S.W.McLaughlin, R. Mersereau, and R. Schafer, "Double circulant self-dual codes using finite field wavelet transforms," *Springer Verlag Lecture Notes on Computer Science*, Fossorier, Imai, Lin and Poli Eds, November 1999.

55. R. Sivasankaran*, S. W. McLaughlin, and L. McPheters, "Sequential decoding of turbo codes for partial response magnetic recording channels," *IEEE Transactions on Magnetics*, vol. 36, no.5, pp. 2179-2183, September 2000.

56. R. Sivasankaran* and S. W. McLaughlin, "Dual stack decoding of recursive convolutional codes," *IEEE Transactions on Communications*, vol. 49, no. 7, pp. 1158-1167, July 2001.

57. S. Datta* and S.W. McLaughlin, "Optimal block codes for M-ary runlength limited channels," *IEEE Transactions on Information Theory*, vol. 47, no. 5, pp. 2069-2078, July 2001.

58. M. Khan*, M. Smith, and S. W. McLaughlin, "Trellis coded multistage vector quantization," *IEEE Transactions on Communications*, vol. 49, no.6, pp. 937-942, June 2001.

59. M. Khan*, M. Smith and S. W. McLaughlin, "Conditional entropy constrained trellis coded rediual vector quantization," *IEEE Signal Processing Letters*, vol. 7, no. 3, pp.49-52, March 2000.

60. L. McPheters*, K. Narayanan*, and S.W. McLaughlin, "Precoded PRML,serial concatenation and iterative (turbo) decoding," *IEEE Transactions on Magnetics*, vol. 35, no. 5, pp. 2325-2328, September 1999.

61. S. Datta* and S.W. McLaughlin, "An enumerative method for runlength limited codes: permutation codes," *IEEE Transactions on Information Theory*, vol. 45, no. 6, pp. 2199-2204, September 1999.

62. S.W. McLaughlin*, P. Lee, R. Cloke, and B.Vasic, "Capacity,power spectral density and codes for the one-pairs constraint," *IEEE Transactions on Magnetics*, vol. 35, no. 3, pp. 2080-2086, May 1999.

63. A.R. Calderbank, R. Laroia, and S.W. McLaughlin, "Partial response codes for electron trapping optical memories," *IEEE Transactions on Communications*, vol. 46, no. 8, pp. 1011-1029, August 1998.

64. O. Milenkovic, B.V. Vasic, and S.W. McLaughlin, "Power spectral density of multitrack (0,G/I) codes," *Electronics Letters*, vol. 33, no. 9, pp. 784-786 (1997).

65. B.V. Vasic, S.W. McLaughlin and O. Milenkovic, "Channel capacity of $M$-ary redundant multitrack runlength limited codes,"*IEEE Transactions on Information Theory*, vol. 44, no. 2, pp. 766-775, March 1998.

66. S.W. McLaughlin, "Five runlength-limited codes for $M$- ary recording channels," *IEEE Transactions on Magnetics*, vol.33, no. 3, pp. 2442-2450, May 1997.

67. B.V. Vasic, O. Milenkovic, and S.W. McLaughlin, "Scrambling and nonequiprobable signaling," *Electronics Letters*, vol. 32, no. 17, pp. 1551-1552.

68. S.W. McLaughlin, "The construction of $M$-ary $(d,\infty)$ codes that achieve capacity and have the fewest number of encoder states," *IEEE Transactions on Information Theory*, vol. 43, no.2, pp. 699-703, March 1997.

69. S.W. McLaughlin and A. Khayrallah, "Shaping codes constructed from cost constrained graphs," *IEEE Transactions on Information Theory*, vol. 43, no. 2, pp. 692-699, March 1997.

70. S.W. McLaughlin, D.L. Neuhoff and J.J. Ashley, "Optimal binary index assignments for a class of equiprobable scalar and vector quantizers," *IEEE Transactions on Information Theory*, vol. 41, no. 6, pp.2031-2037, November 1995.

71. S.W. McLaughlin, J. Luo, and Q. Xie, "On the capacity of $M$-ary run-length limited codes," *IEEE Transactions on Information Theory*, vol. 41, pp. 1508-1512, September 1995.

72. S.W. McLaughlin, "Improved distance M-ary (d,k) codes for high density recording," *IEEE Transactions on Magnetics*, vol.MAG-31, no.2, pp. 1155-1160, March 1995.

73. S.W. McLaughlin and D.L. Neuhoff, "Source-channel coding of analog data for digital magnetic recording," *IEEE Transactions on Magnetics*,vol. 30, no.1, pp. 128-145, January 1994.

74. S.W. McLaughlin and D.L. Neuhoff, "Upper bounds to capacity of the magnetic recording channel," *IEEE Transactions on Magnetics,* vol. 29, no.1, pp. 59-67, January 1993.

CONFERENCE PUBLICATIONS (REFEREED) (* denotes student advisee at time of publication)

12

75. J. Zou*, F. Fekri and S. McLaughlin, "Mining Streaming Tweets for Real-Time Event Credibility Prediction in Twitter," to appear *2015 IEEE/ACM International Conference on Advances in Social Networks Analysis and Mining*, 2015

76. B. Vasic, M. Khatami, Y. Nakamura, Y.Okamoto, Y. Kanai, J. Barry, S. McLaughlin, E. Sadeghian*, "A Study of TDMR Signal Processing Opportunities Based on Quasi-Micromagnetic Simulations," *IEEE Magnetic Recording Conference (TMRC)*, 2014.

77. H. Jeon, I.M. Kim, S. McLaughlin, J. Ha, "Secure Communications with Untrusted Secondary Users in Cognitive Radio Networks," *IEEE Globecom*, Anaheim, CA, pp. 1072-1078, Dec. 2012.

78. W. Harrison* and S. W. McLaughlin, "Combining Wiretap Codes with the Simple Substitution Cipher," *IEEE Information Theory Workshop*, Lausanne, Sept 2012,

79. W. Harrison* and S. W. McLaughlin, "Equivocations for the simple substitution cipher with erasure-prone ciphertext," *IEEE Information Theory Workshop*, Lausanne, Sept 2012,

80. W. Harrison*, J. Almeida, D. Klinc , S. W. McLaughlin, and J. Barros, "Physical-Layer Security over Correlated Erasure Channels," *IEEE International Conference on Communications*, May 2012.

81. H. Jeon, J. Ha, and S. McLaughlin, "Channel Aware Encryption and Decision Fusion for Wireless Sensor Networks, " *IEEE Intl. Workshop on Information Forensics and Security*, December 2011

82. H. Jeon, J. Ha, and S. McLaughlin, "Cooperative secure transmission for distributed detection in wireless sensor networks, " *IEEE 54th International Midwest Symposium on Circuits and Systems*, August 2011, Seoul, pp1-4.

83. S. W. McLaughlin, "Coding for the wiretap channel," *International Conference on Communications, Workshop on Physical Layer Security*, Kyoto, June 2011 (Invited Plenary) .

84. J. Xiao*, X. Ma and S. W. McLaughlin, "Code design for the Gaussian wiretap channel," *Conference on Information Sciences and Systems*, March 2011.

85. A. Suresh, A. Subramanian*, A. Thangaraj, M. Bloch and S. McLaughlin, "Coding for Strong and Weak Security in Wiretap Channel," (invited) *2010 International Turbo Coding Symposium*, Brest, France, October 2010.

86. A. Suresh, A. Subramanian*, A. Thangaraj, M. Bloch and S. McLaughlin, "Strong Secrecy for Erasure Wiretap Channels," *IEEE Information Theory Workshop*, August 2010.

87. W. Harrison*, J. Almeida, D. Klinc , S. W. McLaughlin, and J. Barros, "Stopping Sets for Physical-Layer Security," *IEEE Information Theory Workshop*, August 2010.

88. J. Xiao*, X. Ma and S. W. McLaughlin , "Random Complex Field Code Design for Security over Wiretap Channels," *IEEE Communication Theory Workshop*, May 2010.

89. J. Vilela*, M. Bloch*, J. Barros, and S. W. McLaughlin, "Friendly Jamming for Wireless Secrecy," *IEEE International Conference on Communications*, May 2010.

90. J. Xiao*, X. Ma and S. W. McLaughlin, "Quantifying Post-Detection Mutual Information of MIMO Systems," *ICASSP*, May 2010.

91. S. Babvey*, S. W. McLaughlin, A. Preethy, "Enumerative Coding for Energy and Delay Reduction in Deep Sub-Micron Buses," *IEEE International Conference on Computer Design* , October 2009, Lake Tahoe.

92. D. Klinc*, J. Barros, B.J. Kwak, and S. W. McLaughlin, "LDPC codes for Physical Layer Security," *IEEE Globecom*, November 2009.

93. W. Harrison* and S. W. McLaughlin, "EXIT Charts Applied to Tandem Coding and Cryptography in a Wiretap Scenario," *IEEE International Workshop on Information Theory*, Taromina, October 2009.

94. D. Klinc* and S. W. McLaughlin, "Density evolution - based performance of LPDC codes on the Gaussian wiretap channel," *IEEE International Workshop on Information Theory*, Taromina, October 2009.

13

95. W. Harrison* and S. W. McLaughlin, "Tandem coding and crypto on wiretap channels: EXIT chart analysis," *IEEE International Symposium on Information Theory*, Seoul, July 2009.

96. B.-J. Kwak, N.-O. Song, B.-S. Park, D. Klinc*, D. S. Kwon, and S. W. McLaughlin , "Physical Layer Security with Yarg Code," *Conference on Information Sciences and Systems*, Princeton, March 2009.

97. J. Xiao*, A. Karabaschi, A. Adibi, S. W. McLaughlin, "Multilevel Coding and Multistage Decoding for M-ary Two-Dimensional ISI Channels," *Conference on Information Sciences and Systems*, March 2009.

98. W. Harrison*, S. W. McLaughlin, "Physical-Layer Security: Combining Error Control Coding and Cryptography," *International Conference of Communications, Communications Theory Workshop*, June 2009.

99. D. Klinc*, S. W. McLaughlin "Optimized Puncturing and ShorteningDistributions for Nonbinary LDPC Codes over the Binary Erasure Channel," *Allerton Conference of Communications, Control and Computers,* October 2008.

100. S. Babvey*, S. W. McLaughlin, A. Preethy, "Enumerative Coding for Energy and Delay Reduction in Deep Sub-Micron Buses," *11th EUROMICRO Conference on Digital System Design*, September 3-5, 2008, Parma, Italy.

101. D. Klinc*, J. Ha, S. W. McLaughlin, "Punctured LDPC codes over GF($q$)," *IEEE International Symposium Turbo Coding*, Lausanne, September 2008.

102. R. Narasimha*, H. Ouyang, A. Gray, S.W. McLaughlin, and S. Subramaniam "Automatic mining of whole cell tomograms for cancer detection," *SIAM Conference of Data Mining,* October 2007.

103. M. Bloch*, R. Narasimha* and S. W. McLaughlin, "Client-Server Architecture Design based on Wiretap Codes," *IEEE International Zurich Conference,* Zurich, May 2008.

104. R. Narasimha*, S. W. McLaughlin, A. Gray, D. Zabransky, and S.Subramaniam, "Automatic Segmentation of Mitochondria in MNT-1 Cells for Cancer Detection using Learning," *IEEE Conf. on Acoustics, Speech and Signal Processing,* May 2008.

105. M. Bloch*, J. Barros, S. McLaughlin, "Practical Information-Theoretic Bit Commitment," *2007 Allerton Conference on Communcations, Control and Computers*, Monticello , IL, October 2007.

106. R. Narasimha*, A. Bennett, D. Zabransky, R. Sougrat, S. McLaughlin, and S. Subramaniam, "Gigabytes to Bytes: Automated de-noising and feature extraction as applied to the analysis of HIV architecture and variability using electron tomography," *IEEE Conference on Acoustics, Speech and Signal Processing,* June 2007.

107. R. Narasimha*, C. Ji, S. Dihidar*, and S. McLaughlin, "Scalable Fault Diagnosis in IP Networks using Graphical Models: A Variational Inference Approach," *IEEE International Conference on Communications*, June 2007.

108. J. Ha*, J. Kwon, D. Klinc and S. McLaughlin, "Fast Decoding of Punctured LDPC Codes," *IEEE International Symposium on Information Theory*, Nice, July 2007.

109. S. Kaimalettu, A. Thangaraj, M. Bloch*, S.McLaughlin "Constellation Shaping with LDPC codes," *IEEE International Symposium on Information Theory*, Nice, June 2007.

110. M. Bloch*, J. Barros, M. Rodrigues, S. McLaughlin, "Physical-Layer Security for Wireless Systems: Theory and Practice," *Workshop on Information Theory and Its Applications* San Diego, February 2007.

111. R. Narasimha*, I. Aganj, M. Borgnia, G. Sapiro, S. W. McLaughlin, J. Milne and S. Subramaniam "From Gigabytes to Bytes: Automated Denoising and feature Identification in Electron Tomograms of Intact Bacterial Cells," *Fourth IEEE International Symposium on Biomedical Imaging*, 2007.

112. S. Kaimalettu*, A. Thangaraj, S. W. McLaughlin, "Constellation Shaping using Codes with a Tree Tanner Graph," *National Conference on Communications*, Chennai, February 2007.

14

113. M. Bloch*, J. Barros, M. Rodrigues, S. W. McLaughlin, "Physical-Layer Security for Wireless Systems: The Case of Imperfect Channel Knowledge," *IEEE Information Theory Workshop*, Chengdu, October 2006.

114. J. Barros*, M. Rodrigues, M. Bloch, S. W. McLaughlin, "Opportunistic secret key agreement on the Gaussian fading channel ," *Allerton Conference on Communication, Control, and Computing*, September 2006.

115. S. G. Srinivasa*, O. Momtahan, A. Karbaschi, S. W. McLaughlin, and A. Adibi, "M-ary, Binary, and Space-Volume Multiplexing Trade-offs for Holographic Channels," *IEEE Globecomm,* San Francisco, December 2006.

116. W. Hur* and S. W. McLaughlin, "An Adaptive Low-Density Parity Check Coded V-BLAST System over Time-Varying MIMO Channels," *International Conference on Wireless Network 2006.*

117. W. Hur* and S. W. McLaughlin, "Throughput performance of Incremental Redundancy LDPC Coded MIMO V-BLAST System," *International Wireless Communication and Mobile Computing Conference 2006.*

118. S.G. Srinivasa* and S. W. McLaughlin, "Capacity lower bounds for two-dimensional M-ary $(0, k)$ and $(d, \infty)$ runlength-limited channels," *IEEE International Symposium on Information Theory,* Seattle, May 2006.

119. J. Kim*, W. Hur*, A. Ramamoorthy, and S. W. McLaughlin, "Design of Rate-Compatible Irregular LDPC Codes for Incremental Redundancy Hybrid ARQ Systems," *IEEE International Symposium on Information Theory,* Seattle, May 2006.

120. Y. Sankarasubramanium*, and S. McLaughlin, "Bit stuffing for $(0, G/I)$ runlength-limited constraints," *IEEE International Symposium on Information Theory,* Seattle, May 2006.

121. W. Hur* and S. McLaughlin, "Incremental Redundancy Low-Density Parity Check Codes for MIMO V-BLAST Systems," *Conference on Information Sciences and Systems,* Princeton 2006.

122. M. Bloch*, A. Thangaraj, and S. W. McLaughlin, "Efficient Reconciliation of Correlated Continuous Random Variables using LDPC Codes," *IEEE International Symposium on Information Theory* , Seattle 2006.

123. O. L. Guerreau*, F. J. Malassenet, S. W. McLaughlin, and J.-M. Merolla , "Time Domain Single Side Pulse Interference Quantum Key Distribution Scheme," *ERATO conference on Quantum Information Science*, August 2005.

124. J. Kim*, A. Ramamurthy, S. McLaughlin, "Efficient Encoder Design of Rate-Compatible LDPC Codes," *Turbo Code Symposium,* Munich May 2006.

125. M. Bloch*, A. Thangaraj, and S. W. McLaughlin, "Efficient Reconciliation of Correlated Continuous Random Variables using LDPC Codes," *IEEE Information Theory Workshop,* Uruguay 2006.

126. R. Narasimha*, S. Dihidar*, C. Ji, S McLaughlin, "A Scalable Probing-based Approach for Congestion Detection using Message Passing," *IEEE International Conference on Communications,* Istanbul, May 2006.

127. J. Kim*, A. Ramamurthy, S. McLaughlin, "Linear-time Encodable, Rate-Compatible Punctured Irregular Low-Density Parity-Check Codes," *IEEE International Conf. on Communications,* Istanbul, May 2006.

128. S. G. Srinivasa*, P. Lee, S. W. McLaughlin, "Post-ECC modeling of magnetic recording channels using hidden markov models," *IEEE International Conf. on Communications*, Istanbul, May 2006.

129. S. Dihidar*, A. Thangaraj and S. McLaughlin, "Linear-time decodable codes for the wiretap channel," *Allerton Conference on Communication, Control, and Computing,* Urbana, IL, October, 2005.

130. R. Narasimha*, S. Dihidar*, C. Ji and S. McLaughlin, "A Scalable Approach to Detect End-to-End Congestion using Coding Theory," *Allerton Conference on Communications and Computing*, October 2005.

15

131. Y. Sankarasubramanium*, and S. McLaughlin, "Fixed-rate maximum runlength-limited codes from variable-rate bit stuffing," *Allerton Conference on Communication, Control, and Computing,* Urbana, IL, October 2005.

132. S. Srinivasa* and S. McLaughlin, " Capacity Bounds and Coding Schemes for Two-Dimensional Asymmetric k-Constrained Runlength-limited Arrays," *Allerton Conference on Communication, Control, and Computing,* Urbana, IL, October 2005.

133. O. L. Guerreau*, S. W. McLaughlin, F. J. Malassenet, and J.-M. Merolla, "Time domain single side pulse interference quantum key distribution scheme" , 2005, pt. 3, p 605-6 vol.3 ," *31st European Conference on Optical Communication,* 2005.

134. S. Babvey*, A. Bourgeois, F. Zepeda, S. W. McLaughlin, "Scalable and Efficient Implementations of the LDPC Decoder Using Reconfigurable Models," *7th Workshop on Advances in Parallel and Distributed Computational Models),* 2005.

135. S. Babvey*, A. Bourgeois, F. Zepeda, S.W. McLaughlin, "A Parallel Implementation of the Message-Passing Decoder of LDPC Codes Using a Reconfigurable Optical Model," *IEEE Sixth International Conference on Software Engineering, Artificial Intelligence, Networking and Parallel/Distributed Computing (SNPD 2005)* .

136. D. Klinc*, J. Ha, J. Kim* and S. W. McLaughlin, "Rate-Compatible Punctured Low-Density Parity-Check Codes for Future Wireless Digital Transmission Systems," *IEEE Globecom 2005,* St. Louis, November 2005.

137. A. Thangaraj, S. Dihidar*, R. Calderbank, S. McLaughlin, J. Merolla, "On capacity achieving codes for the wiretap Channel," Beligum, Netherlands, Luxembourg (Benelux) Workshop on Information Theory, Brussels, May 2005.

138. E. Licona* and S.W. McLaughlin, "An M-ary runlength limited encoding scheme for optical data storage," *2005 Optical Data Storage Conference,* Waikiki, May 2005.

139. A. Thangaraj, S. Dihidar*, R. Calderbank, S. McLaughlin, J. Merolla, "On capacity achieving codes for the wiretap channel," *IEEE International Symposium on Information Theory,* Adelaide, Australia, September, 2005.

140. Y. Sankarasuramanium*, and S. McLaughlin, "A fixed-rate, bit stuffing approach for high efficiency $(0,k)$ constrained codes," *IEEE International Symposium on Information Theory,* Adelaide, Australia, September, 2005.

141. A. Nayak*, J. Barry, and S. McLaughlin, "Training Symbol Placement for Frequency Acquisition on Magnetic Recording Channels," *IEEE International Magnetics Conference,* 2005.

142. S. W. McLaughlin, "M-ary optical data storage," *IEEE International Conference on Acoustics Speech and Signal Processing,* Philidelphia, 2005.

143. M. Bloch*, J.-M. Merolla, S. W. McLaughlin and J.-P. Goedgebuer, "Long distance continuous variable transmission system using sideband detection method", First Russian-French Laser Physics Workshop for Young Scientists (RFLPW-YS), July 2004, St. Petersburg, Russia.

144. A. Nayak*, J. Barry, and S. McLaughlin, "Cramer-Rao bound for timing recovery on channels with intersymbol interference," *DIMACS Series in Discrete Mathematics and Theoretical Computer Science Volume 6, 2004,* February 2005.

145. S. Srinivasa* and S. W. McLaughlin, "Pixel misalignment due to rotation: information loss and signal recovery," *IEEE International Conference on Acoustics Speech and Signal Processing,* Philidelphia, May 2005.

146. S. Babvey*, S. W. McLaughlin, "On LDPC Codes Satisfying the $(0,k)$ RLL Constraint," *IEEE International Magnetics Conference,* Nagoya, Japan, May 2005.

147. S. Babvey*, A. Bourgeois, F. Zepeda, Steven W. McLaughlin, "An Efficient R-Mesh Implementation of LDPC Codes Message-Passing Decoder," *19th IEEE International Parallel and Distributed Processing Symposium* , 2005.

16

148. J.-M. Merolla, O. L. Guerreau*, A. Thangaraj, S. W. McLaughlin, and F. J. Malassenet, "Practical quantum cryptography system using single sideband scheme and WDM compensation technique," *The International Conference on Solid State Quantum Information processing, SSQIP 03*, Amsterdam (Netherlands), p. 167, Dec. 2003.

149. M. Fozunbal*, S. McLaughlin and R. Schafer, "Partial ordering relations for multiple antenna system," *Allerton Conference on Communication, Control, and Computing*, Champaign IL, October, 2004.

150. O. Guerreau*, J. Merolla, F. Malassenet, S. W. McLaughlin, "Long Distance Quantum Key Distribution Protocol Secure against PNS attack," *Quantum Information Processing and Communication Workshop*, Rome, Italy, 2004.

151. S. Srinivasa* and S. W. McLaughlin, "Enumeration Algorithms for Constructing $(d_1, k_1, d_2, k_2)$ Run Length Limited Arrays: Capacity Estimates and Coding Schemes," IEEE Information Theory Workshop, San Antonio, TX, October 2004.

152. O. Guerreau*, J. Merolla, F. Malassenet, S. W. McLaughlin, "Strong Reference Quantum Key Distribution Protocol Secure against the PNS attack," *European Conference on Optical Communications*, Stockholm, October 2004.

153. J. Cussey, M. Bloch*, A. Thangaraj, J.-M. Merolla, and S. W. McLaughlin, "Direct-modulation scheme for free-space quantum cryptography," *European Conference on Optical Communication,*, Stockholm, Sweden, September 2004.

154. Y. Sankarasubramanium*, and S. McLaughlin, "New time-domain approaches to constrained coding," *International Symposium on Information Theory and Its Applications,* Parma, Italy, October 2004.

155. A. Thangaraj, R. Calderbank, S. McLaughlin, J. Merolla, "Codes on graphs for the wiretap channel," *International Symposium on Information Theory and Its Applications,* Parma, Italy, October 2004.

156. M. Fozunbal*, S. McLaughlin, and R. Schafer, "On performance limits of MIMO-OFDM with black fading," *IEEE Wireless Communications and Networking Conference,* Atlanta, March, 2004.

157. P. Ambrose-Lacourt, S. E. Ralph and S. W. McLaughlin, "Coherent optical code-division multiple access with dynamic encoder and decoder," *CLEO 2004*, San Francisco, CA May 2004.

158. K. Balemarthy, K. M. Patel, A. Polley, S. E. Ralph and S. W. McLaughlin, "Equalization via iterative detection in multi-mode fiber optic links," *The 17th Annual Meeting of the IEEE Lasers and Electro-Optics Society*, LEOS 2004. Volume 2, 7-11 Nov. 2004 Page(s):755 - 756.

159. M. Fozunbal*, S. McLaughlin and R. Schafer, "The Uniqueness of the Capacity-Achieving Distribution over Non-Coherent Flat-Fading Channels," *IEEE International Symposium on Information Theory,* Chicago, July, 2004.

160. S. Dihidar*, S. McLaughlin, "Expander codes revisited: AWGN channels," *IEEE International Symposium on Information Theory,* Chicago, July, 2004.

161. Y. Sankarasubramanium* and S. W. McLaughlin, "On capacity equivalences for RLL constraints," *IEEE International Symposium on Information Theory,* Chicago, July, 2004.

162. J. Ha, J. Kim* and S. W. McLaughlin, "Finite length, rate-compatible punctured LDPC codes," *IEEE International Symposium on Information Theory,* Chicago, July, 2004.

163. S. Garani* and S. W. McLaughlin, "Constructive capacity bounds for two dimensional constraints," *Allerton Conference on Communication, Control, and Computing,* October 2003.

164. E. Licona* and S.W. McLaughlin, "Comparison of multilevel fixed length and RLL modulation for optical data storage," *Optical Data Storage Topical meeting/SPIE Proceedings,* vol. 509, July 2003.

165. M. Fozunbal*, S. W. McLaughlin and R. Schafer, "Performance analysis for space time codes in the presence of space-time correlation," *IEEE Vehicular Technology Conference,* Orlando, June 2003.

166. E. Licona* and S.W. McLaughlin, "MLSE for M-ary optical data storage," *2003 Globecomm*, San Francisco, CA, December 2003.

17

167. M. Fozunbal*, S.W. McLaughlin and R. Schafer, "Design criteria for space time codes ," *Virginia Tech Symposium on Wireless Personal Communications,* Roanoke, VA, June 2003.

168. E. Licona* and S.W. McLaughlin, "Comparison of multilevel fixed length and RLL modulation for optical data storage," *2003 Optical Data Storage Conference*, Vancouver, May 2003.

169. J. Ha* and S.W. McLaughlin, "Punctured LPDCs for AWGN channels," *IEEE International Symposium on Information Theory*, Yokohama, Japan, July 2003.

170. Y. Sankarasubramanium*, I. Akyildiz, S. W. McLaughlin, "Energy efficiency based packet size optimization in wireless sensor networks," *Sensor Networks Workshop, IEEE International Conference on Communications*, 2003.

171. P. Supnithi* and S. W. McLaughlin, "Reduced complexity turbo equalization for high density magnetic recoding channels," *IEEE Intermag 2003*, Boston, MA.

172. S. E. Ralph, K. M. Patel, C. Argon*, A. Polley, and S. W. McLaughlin, "Intelligent Receivers for Multimode Fiber: Optical and Electronic Equalization of Differential Modal Delay ," *IEEE LEOS Annual Meeting*, Glasgow, October 2002.

173. S. W. McLaughlin, "M-ary optical recording," *IEEE Workshop on Information Theory,* Essen, Germany, September 2002.

174. M. Fozunbal*, S. W. McLaughlin and R. Schafer, "Sphere packing bound for MIMO channels," *IEEE International Conference on Communications,* Anchorage, AK, May 2003.

175. J. Ha* and S.W. McLaughlin, "Punctured LPDCs for AWGN channels," *IEEE International Conference on Communications*, Anchorage, AK, May 2003.

176. S. W. McLaughlin*, Y-C. Lo, C. Pepin, "Multilevel DVD: Coding beyond 3 bits/data cell," *2002 ODS/ISOM*, Maui, Hawaii, July 2002.

177. A. R. Nayak*, J. R. Barry, and S. W. McLaughlin, "Lower Bounds for the Performance of Iterative Timing Recovery at Low SNR," *15th International Symposium on Mathematical Theory of Networks and Systems,* University of Notre Dame, August, 2002.

178. C. Argon*, S. W. McLaughlin, K. Patel, and S. Ralph, "Spatially Resolved Equalization and Decision Feedback Equalization for Multimode Fiber Links," *LEOS Summer Topical Meetings*, Mont Tremblant, Quebec, 2002.

179. A. Nayak*, J. Barry and S. W. McLaughlin, "Joint timing recovery and turbo equalization," *IEEE International Conference on Magnetics (INTERMAG) Conference*, Amsterdam, May 2002.

180. P. Kovintewat, I. Ozgunes, E. Kurtas, J. Barry, and S. W. McLaughlin, "Performance analysis of GPR targets for perpendicular recording," *IEEE International Conference on Magnetics (INTERMAG) Conference*, Amsterdam, May 2002.

181. J. Ha* and S.W. McLaughlin, "Density evolution, thresholds and design of punctured LPDCs and AWGN channels with erasures," *International Symposium on Information Theory*, Lausanne, Switzerland, June 2002.

182. A. Thangaraj* and S.W. McLaughlin, "Thresholds of LDPCs on partial response channels," *IEEE International Conference on Magnetics (INTERMAG) Conference*, Amsterdam, April 2002.

183. A. Thangaraj* and S.W. McLaughlin, "On iterative, hard-decision decoding of EG codes," *International Symposium on Information Theory*, Lausanne, Switzerland, June 2002.

184. C. Argon*, K. Patel, S.W. McLaughlin, and S. E. Ralph, "Spatially resolved equalization and forward error correction for multimode fiber," *International Conference on Communications*, New York, May 2002.

185. J. Ha*, A. Mody, J. Soon, J. Barry, S.W. McLaughlin, G. Stuber, "LDPC coded OFDM with Alamuti/SVD diversity technique," *Wireless Personal Multimedia Communications Conference* , Aalborg, Denmark, September 2001.

186. P. Supnithi*, S.W. McLaughlin, T.Lo, C. Pepin, D. Warland, "Iterative, soft decision decoding of DVD and CD ECC," *International Symposium on Optical Memory*, Taipei, Taiwan, October 2001.

18

187. C. Argon*, S.W. McLaughlin, "Efficient decoding of turbo product codes," *Allerton Conference on Communication, Control, and Computing,* October 2001.

188. C. Argon* and S. W. McLaughlin, "Turbo product codes for optical CDMA," *Proceedings of IEEE Globecomm 2001,* San Antonio, CA, November 2001.

189. E. Licona*, P.Supnithi, S. McLaughlin, "M-ary recording on optical discs: fundamental limits and practical performace," *Proceedings of IEEE Globecomm 2001,* San Antonio, CA, November 2001.

190. F. Fekri*, S. McLaughlin, R. Mersereau, and R. Schafer, "Wavelet convolutional codes with bipartite trellises," *International Symposium on Information Theory,* Washington, DC, June 2001.

191. L. McPheters* and S. McLaughlin, "Turbo coded, RLL constrained optical recording channels with DVD mark size," *Optical Data Storage Conference,* Santa Fe, April 2001.

192. S. McLaughlin, D. Lee, T.Lo, C. Pepin, P. Supnithi*, D. Warland, "Advanced coding and signal processing for multilevel write-once and rewritable optical data storage," *Optical Data Storage Conference,* Santa Fe, April 2001.

193. F. Fekri*, S. McLaughlin, R. Mersereau, and R. Schafer, "Convolutional codes using finite field wavelets," *Proceedings of International Conference on Acoustics, Speech, and Signal Processing 2001.*

194. F. Fekri*, S. McLaughlin, R. Mersereau, and R. Schafer, "Convolutional codes using finite field wavelets," *2000 Allerton Conference on Communication, Control and Computing,* University of Illinois, Urbana, IL October 2000.

195. C. Argon*, S. McLaughlin, and T. Souvignier, "Turbo product codes decoded with a modified Chase decoder," *International Conference on Communications,* Helsinki, Finland, June 2001.

196. T. Souvignier, C. Argon*, S. McLaughlin, and K. Thamvichai, "Turbo product codes for partial response channels," *International Conference on Communications,* Helsinki, Finland, June 2001.

197. A. Thangaraj* and S. McLaughlin, "Thresholds of LDPCs on PR channels," *International Symposium on Information Theory,* Washington, DC, June 2001.

198. A. Thangaraj* and S. McLaughlin, "Quantum codes from $q$-ary images of self-dual cyclic codes," *International Symposium on Information Theory,* Washington, DC, June 2001.

199. R. Sivasankaran* and S. McLaughlin, "Sequential APP decoding of convolutional codes," *International Symposium on Information Theory,* Washington, DC, June 2001.

200. S. McLaughlin, "Multi-level optical data storage using phase change discs," *2000 Workshop on Coding and Signal Processing for Data Storage,* New Orleans, LA, August 2000.

201. M. Oneill, T. Wong, D. Warland and S. McLaughlin, "Multi-level optical data storage using phase change discs," *The Magnetic Recording Conference 2000,* Santa Clara, CA, August 2000.

202. W. Ryan and S. McLaughlin, "Turbo and LDPC codes for magnetic recording," *2000 Turbo Code Symposium,* Brest France, Sept 2000.

203. F. Fekri*, S. McLaughlin, R. Mersereau, and R. Schafer, "The wavelet Golay code and more," *2000 Globecom,* San Francisco, CA 2000.

204. F. Fekri*, S. McLaughlin, R. Mersereau, and R. Schafer, "Rate 1/L block codes using finite field wavelet transforms; A new class of MDS codes and more," *2000 Conference on Information Sciences and Systems,* Princeton, NJ, March 2000.

205. M.A. Khan*, M.J.T. Smith, S. W. McLaughlin, "Trellis coded RVQ: its geometrical advantages and application to image coding," *International Conference on Acoustics, Speech and Signal Processing,* Istanbul, Turkey, May 2000.

206. R. Sivasankaran*, S. McLaughlin and L. McPheters, "Dual stack iterative decoding for partial response channels," *International Magnetics Conference,* Toronto, Canada, April 2000.

207. S. Datta*, S. W. McLaughlin, "Optimal block codes for M-ary RLL constraints," *International Symposium on Information Theory,* Sorrento, Italy, July 2000.

208. L. McPheters* and S.W. McLaughlin, "Iterative (turbo) decoding or partial response optical recording systems," *ISOM/ODS 1999*, Kauai, Hawaii, July 1999.

209. J. Fan, A. Friedmann, E. Kurtas, and S. McLaughlin, "Low density parity check codes for partial response channels," 1999 Allerton Conference on Communication, Control and Computing, University of Illinois, Urbana, IL October 1999.

210. R. Sivasankaran* and S. McLaughlin, "Dual stack decoding of recursive convolutional codes,," *1999 Allerton Conference on Communication, Control and Computing*, University of Illinois, Urbana, IL, October 1999.

211. K. Anim-Appiah* and S. McLaughlin, "Soft-in, soft-out decoding of nonsystematic runlength limited codes," *1999 Allerton Conference on Communication, Control and Computing*, University of Illinois, Urbana, IL October 1999.

212. K. Anim-Appiah* and S. McLaughlin, "Constrained input turbo codes for $(0, k)$ RLL constrained channels," *1999 Conference on Information Sciences and Systems*, Johns Hopkins University, Baltimore, MD March1999.

213. F. Fekri*, S. McLaughlin, R. Mersereau, and R. Schafer, "Double circulant self-dual codes using finite field wavelet transforms," *Symposium on Applied Algebra, Algebraic Algorithms, and Error-Correcting Codes*, Honolulu, MI, Nov 1999.

214. J. P. LeBlanc and S.W. McLaughlin, "MMSE channel truncation for magnetic channels," *INTERMAG '99*, Kyongju, Korea May 1999.

215. J. P. LeBlanc and S.W. McLaughlin, "Enhanced RAM-based equalizers for nonlinear channels," *Proceedings of the 1998 Asilomar Conference on Computers and Communications*, Pacific Grove, CA, Nov. 2-4, 1998.

216. L. McPheters* and S.W. McLaughlin, "Precoded PRML,serial concatenation and iterative (turbo) decoding," *INTERMAG '99*, Kyongju, South Korea May 1999.

217. M.A. Khan*, M.J.T. Smith, S. W. McLaughlin, "Multistage trelliscoded quantization with application to image coding," *International Symposium on Circuits and Systems*, Orlando, FL, May 1999.

218. M.A. Khan*, M.J.T. Smith, S. W. McLaughlin "A new trelliscoded recursive scalar quantizer," *,Asilomar Conference on Signals, Systems and Computers*, Pacific Grove, CA, November 1998.

219. L. McPheters* and S.W. McLaughlin, "Turbo equalization and iterative decoding in magnetic recording," (invited paper), *Asilomar Conference on Signals, Systems and Computers*, Pacific Grove, CA, November 1998.

220. S.W. McLaughlin, and S. Datta*, "Asymptotically efficient, binary-compatible codes for M-ary runlength limited constraints," *1998 Information Theory Workshop*, Killarney, Ireland, June 1998.

221. W. Ryan, L. McPheters*, and S.W. McLaughlin, "Turbo coding and equalization for PR4 equalized Lorentzian channels," *1998 Conference on Information Sciences and Systems*, Princeton, NJ March 1998.

222. S.W. McLaughlin, P. Lee, and R. Cloke, "Capacity, power spectral density and codes for the one-pairs constraint," *International Symposium on Information Theory 1998*, Cambridge, MA August, 1998.

223. B.V. Vasic, S.W. McLaughlin, G. Djordjevic, and I. Djordjevic, "Tradeoffs in binary and nonbinary optical recording," *Optical Data Storage Conference*, Aspen, CO, May 1998.

224. S.W. McLaughlin, P. Lee, and R. Cloke, "Codes for improved timing recovery in PR4 and EPR4 magnetic recording," *Globecom 1997*, Phoenix, AZ November, 1997.

225. S.W. McLaughlin, P. Lee, and R. Cloke, "A new constraint for improved timing recovery in partial response magnetic recording channels," *1997 Conference on Information Sciences an Systems*, Baltimore, MD, March 1997.

226. B.V. Vasic, S.W. McLaughlin, and O. Milenkovic, "Channel capacity of $M$-ary redundant multitrack runlength limited codes," *International Symposium on Information Theory* , Ulm, Germany, June 1997.

20

227. J.P. Le Blanc and S.W. McLaughlin, "Nonequiprobable constellation shaping and blind constant modulus algorithm equalization," *1996 Conference on Information Sciences an Systems,* Princeton, NJ, March 1996.

228. S.W. McLaughlin and A.S. Khayrallah, "Shaping codes constructed via the state splitting algorithm," *1996 Conference on Information Sciences an Systems,* Princeton, NJ, March 1996.

229. S.W. McLaughlin, "Capacity-achieving M-ary runlength limited codes," *SPIE Photonics East, Conference on Coding and Signal Processing for Recording,* Philadelphia, October 1995.

230. S.W. McLaughlin, A.R. Calderbank, R. Laroia, J. Gerpheideand A. Jain, "Partial response modulation codes for electron trapping optical storage," *1995 SPIE Optical Data Storage Conference,* San Diego, CA, June 1995.

231. S.W. McLaughlin, J. Luo*, and Q. Xie, "On the capacity of $M$-ary run-length limited codes," *1995 International Symposium on Information Theory*, Whistler, British Columbia, Canada, September 1995.

232. A. Adams* and S.W. McLaughlin, "Lossless compression of high fidelity audio," *1995 International Conference in Acoustics, Speech and Signal Processing,* Detroit, MI, May 1995.

233. S.W. McLaughlin, A.R. Calderbank, and R. Laroia, "Partial response codes for M-ary optical recording channels," *1994 International Symposium on Information Theory and Its Application,* Sydney, Australia, November 1994.

234. S.W. McLaughlin, "Improved distance M-ary (d,k) codes for multiamplitude optical recording," *Invited Paper, 1994 Magnetic Recording Conference,* San Diego, CA, August 1994.

235. S.W. McLaughlin, "Trends in Lossy Compression: Current and Future Directions," *1994 American Institute for Pattern Recognition Conference,* Washington, DC, October 1994.

236. S.W. McLaughlin, J. Gerpheide, and A. Earman, "Full digital read/write disk drive using M-ary coding," *1994 Optical Data Storage Conference,* Dana Point, CA, May 1994.

237. S.W. McLaughlin, A. Earman, J. Gerpheide, "M-ary runlength limited codes for high density optical recording," *1994 International Symposium on Information Theory,* Trondheim, Norway, July 1994.

238. S.W. McLaughlin, "High density optical recording with applications to real time video coding," *1994 IEEE Dual-Use Technologies and Aplications,* Utica, NY, May 1994.

239. S.W. McLaughlin, J. Ashley, and D.L. Neuhoff, "The optimality of the natural binary code," *1992 Joint Dimacs/IEEE Workshop on Coding and Quantization,* Rutgers University.  New Brunswick, NJ, October 1992.

240. S.W. McLaughlin and D.L. Neuhoff, "Asymptotic noisy channel quantization," *Proceedings of 1993 International Symposium on Information Theory,* San Antonio, TX, January 1993.

241. S.W. McLaughlin and D.L. Neuhoff, "Achievable data and bit densities for digital magnetic recording," *1992 Conference on Information Systems and Sciences,* Princeton, NJ, March 1992.

242. S.W. McLaughlin and D.L. Neuhoff, "Combined source- channel coding for magnetic recording," *25th Annual Asilomar Conference on Signals, Systems and Computers,* Pacific Grove, CA, November 1991.

243. S.W. McLaughlin and D.L. Neuhoff, "Asymptotic bounds in source-channel coding," *1991 International Symposium on Information Theory,* Budapest, Hungary, June 1991.

244. A.R. Calderbank, S.W. McLaughlin and D.F. Lyons, "Low-complexity adaptive quantization of images," *1991 International Symposium on Information Theory,* Budapest, Hungary, June 1991.

245. A.R. Calderbank, S.W. McLaughlin and D.F. Lyons, "A low-complexity adaptive two-stage quantizer," *1991 Conference on Information Systems and Sciences,* Johns Hopkins University, Baltimore, MD, March 1991.

### CONFERENCE PRESENTATIONS (NON-REFEREED)

246. S.W. McLaughlin, "CREATE-X: A framework for entrepreneurial confidence and student-led startups," QS - SFS on Electrical Engineering, Singapore, March 2016.

247. S. Calandra and S.W. McLaughlin, "University Globalization," Treasury Institute for Higher Education Annual Conference, Charleston, SC, Jan 2012.

248. S. W. McLaughlin, "Global Engagement and GT's International Plan," (opening Plenary) *14th Colloquium on International Engineering Education*, Provo, UT, November 2011.

249. S. W. McLaughlin, "Global Partnerships," *ASEE Global Symposium*, Shanghai, China, October 2011.

250. S. W. McLaughlin, "Rebooting Education," *Global Competitiveness Forum*, Riyadh, Saudi Arabia, January 2011.

251. S. W. McLaughlin, "Models for International Dual and Joint Degree programs," *NAFSA Annual Conference* Kansas City, MO, June 2010.

252. S. W. McLaughlin, "Dual and joint degree programs from the state university perspective," *Association of International Education Administrators Annual Conference*, Washington, DC, February 2010.

253. S. W. McLaughlin, "International campus operations," *Association of International Education Administrators Annual Conference*, Atlanta, GA, February 2009.

254. S. W. McLaughlin, "International campuses - are they for real?" *Annual Meeting of the American Association of Collegiate Registrars and Admissions Officers*, Orlando, FL, March 2008.


- *OTHER PUBLICATIONS*

*Information Storage Industries Consortium, Optical Disc Roadmap*, August 1998 (one of approx. 50 participants)

*Information Storage Industries Consortium, Optical Disc Roadmap*, August 2002 (co-leader of Signal Processing Technologies).

*Information Storage Industries Consortium, Optical Disc Roadmap*, August 2006 (leader of Signal Processing Technologies).


*SHORT COURSES TAUGHT*

(1) *Multilevel Optical Recording* IEEE/LEOS/OSA/SPIE Optical Data Storage Topical Conference, Vancouver, BC 2003. Half day short course taught with D.K. Warland, UC-Davis.

(2) *Information Theoretic Security* IEEE International Symposium on Information Theory, Toronto, ON 2008. Half day short course taught with Joao Barros, University of Porto.


*U.S. PATENTS ISSUED*

1. 8,781,125 *Systems and methods of secure coding for physical layer communication channels*, issued 7/15/2014

2. 8,667,380 *Secure communication using non-systematic error control codes*, issued 3/4/2014

3. 8,484,545 *Secure communication using error correction codes* issued 7/9/2013

4. 8,213,616 *Systems and method for providing opportunistic security for physical communication channels* issued 7/3/2012.

5. 8,145,972 *Apparatus and method for coding in communication system* issued 3/27/2012.

6. 7,904,792 *Apparatus and method for transmitting/receiving signal in a communication system* 3/8/2011.

7. 7,818,650 *Channel encoding apparatus and method* (joint inventor) issued 10/19/2010.

8. 7,657,824 *Method for puncturing an LDPC channel code,* (joint inventor) issued 2/2/2010.

9. 7,451,385 *Channel encoding apparatus and method* (joint inventor) issued 11/11/2008.

22

10. 7,136,333 *Method and apparatus for reading and writing a multilevel signal from an optical disc oscillators* (joint inventor) issued 11/14/2006.

11. 6,898,756 *System and method for enabling efficient error correction and encryption using wavelet transforms over finite fields* (joint inventor) issued 5/24/2005.

12. 6,847,760 *Spatially resolved equalization and forward error correction for multimode fiber links* (joint inventor), issued 1/25/2005.

13. 6,842,873 *Advanced forward error correction* (joint inventor), issued 1/05/2005.

14. 6,657,933 *Method and apparatus for reading and writing a multilevel signal from an optical disc* (joint inventor), issued 12/02/2003.

15. 6,385,255 *Coding system and method for partial response channels* (joint inventor), issued 5/07/2002.

16. 6,381,724 *Method and apparatus for modulation encoding data for storage on a multi-level optical recording medium* (joint inventor), issued 4/30/2002.

17. 6,377,529 *Method for providing improved equalization for the reading of marks on optical data-storage media* (joint inventor), issued 4/23/2002.

18. 6,246,346 *Storage system employing high rate code with constraint on runlength between occurrences of influential pattern* (joint inventor), issued 6/12/2001.

19. 6,150,964, *M=10 (2,10), D=3.75 runlength limited code for multi-level data*, issued 11/21/2000.

20. 5,781,130, *M-ary (d,k) runlength limited code for multi-level data* (joint inventor), 7/14/98.

21. 6,148,428, *Method and apparatus for modulation encoding data for storage on a multi-level optical recording medium* (joint inventor), issued 11/14/2000.

22. 5,537,382, *Partial response coding for a multilevel optical recording channel*, 7/16/96

23. 5,657,014, *M=7 (3,7) D= 3.33 runlength limited code for multilevel data*, 8/12/97

24. 5,659,311, *M=6 (2,4) D=3.0 runlength limited code for multilevel data* 9/19/97

25. 5,659,310, *M=5 (0,2) D=2.0 runlength limited code for multilevel data* 8/19/97

26. 5,663,722, *M=10 (3,6) D= 4 runlength limited code for multilevel data*, 9/2/97

27. 5,663,723, *M=7 (1,3) D= 3.0 runlength limited code formultilevel data*. 9/2/97

28. 5,668,546, *M=6 (3,6) D= 3.2 runlength limited code for multilevel data*.  9/16/97

29. 5,670,956, *M=5 (3,7) D= 3.0 runlength limited code formultilevel data*.  9/23/97

30. 5,675,330, *M=5 (4,11) D= 3.33 runlength limited code for multilevel data*.  10/7/97

31. 5,680,128, *M=6 (3,8) D= 3.33 runlength limited code for multilevel data* 10/21/97

32. 5,682,154, *M=4 (1,2) D=2.0 runlength limited code for multilevel data* 10/28/97

33. 5,682,155, *M=6 (4,11) D= 3.33 runlength limited code for multilevel data* 10/28/97

34. 5,748,118, *M=8 (1,3) runlength limited code for multilevel data*, 5/5/98

35. 5,748,118, *M=7 (3,8) runlength limited code for multilevel data*, 5/5/98.

36. 5,757,293, *M=8 (1,2) runlength limited code for multilevel data*, 5/26/98.


<u>*PERSONAL*</u>
Born: Pittsburgh, Pennsylvania, 1962.
Married to Mary Grace Fisher, son William (19)

23