# EXHIBIT J

UNITED STATES PATENT AND TRADEMARK OFFICE

_____


BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____


LSI CORPORATION and AVAGO TECHNOLOGIES U.S., INC.
Petitioner,

v.

REGENTS OF THE UNIVERSITY OF MINNESOTA
Patent Owner.


_____


Case No. IPR2017-01068
Patent No. 5,859,601

_____


**DECLARATION OF PROFESSOR EMINA SOLJANIN, PH.D.
REGARDING U.S. PATENT NO. 5,859,601**

LSI Corp. Exhibit 1010
Page 1

I, Emina Soljanin, Ph.D., do hereby declare and state, that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true. I am over the age of 21 and am competent to make this declaration. These statements were made with the knowledge that willful false statements are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

Dated: 3/9 , 2017

Emina Soljanin, Ph.D.

2

LSI Corp. Exhibit 1010
Page 2

# TABLE OF CONTENTS

I.    INTRODUCTION AND QUALIFICATIONS ...............................................1

    A.    Introduction ......................................................................................1

    B.    Qualifications ....................................................................................2

II.    MATERIALS REVIEWED ...........................................................................6

III.    PERSON OF ORDINARY SKILL IN THE ART OF THE '601  PATENT .6

IV.    STANDARDS OF ANTICIPATION AND OBVIOUSNESS .......................8

V.    THE '601 PATENT....................................................................................18

VI.    CLAIM CONSTRUCTION .......................................................................25

VII.    CLAIMS 1, 2, 8-10, AND 13-17 ARE ANTICIPATED BY OKADA ........29

    A.    Claim 1 is anticipated by Okada ....................................................30

    B.    Claim 2 is anticipated by Okada ....................................................42

    C.    Claim 8 is anticipated by Okada ....................................................43

    D.    Claim 9 is anticipated by Okada ....................................................43

    E.    Claim 10 is anticipated by Okada ..................................................43

    F.    Claim 13 is anticipated by Okada ..................................................45

    G.    Claim 14 is anticipated by Okada ..................................................47

    H.    Claim 15 is anticipated by Okada ..................................................47

    I.    Claim 16 is anticipated by Okada ..................................................47

    J.    Claim 17 is anticipated by Okada ..................................................48

VIII.    CLAIMS 1, 2, 8-10, AND 13-17 ARE ANTICIPATED BY TSANG .........48

    A.    Claim 1 is anticipated by Tsang ....................................................49

    B.    Claim 2 is anticipated by Tsang ....................................................59

    C.    Claim 8 is anticipated by Tsang ....................................................59

    D.    Claim 9 is anticipated by Tsang ....................................................59

    E.    Claim 10 is anticipated by Tsang ..................................................60

    F.    Claim 13 is anticipated by Tsang ..................................................61

    G.    Claim 14 is anticipated by Tsang ..................................................63

    H.    Claim 15 is anticipated by Tsang ..................................................64

LSI Corp. Exhibit 1010
Page 3

     I.      Claim 16 is anticipated by Tsang ........................................................64

     J.      Claim 17 is anticipated by Tsang ........................................................65

IX.    CLAIMS 12 AND 21 ARE OBVIOUS OVER OKADA IN VIEW OF SHIMODA ................................................................................................65

     A.    Claim 12 is obvious over Okada in view of Shimoda.........................65

     B.    Claim 21 is obvious over Okada in view of Shimoda.........................73

X.     CLAIMS 12 AND 21 ARE OBVIOUS OVER TSANG IN VIEW OF SHIMODA ................................................................................................74

     A.    Claim 12 is obvious over Tsang in view of Shimoda .........................74

     B.    Claim 21 is obvious over Tsang in view of Shimoda. ........................77

XI.    SECONDARY CONSIDERATIONS OF NON-OBVIOUSNESS ..............78

XII.   CONCLUSION.............................................................................................79

LSI Corp. Exhibit 1010
Page 4

## I.      INTRODUCTION AND QUALIFICATIONS

### A.      Introduction

1.      I, Dr. Emina Soljanin, submit this declaration in support of LSI Corporation and Avago Technologies U.S. Inc.'s ("Petitioners"), Petition for *Inter Partes Review* ("IPR") of claims 1, 2, 8-10, 12-17, and 21 ("the Challenged Claims") of U.S. Patent 5,859,601 ("the '601 patent").  I understand that the '601 patent is currently owned by the Regents of the University of Minnesota ("Patent Owner").

2.      I have been asked to provide my opinion about the state of the art of the technology described in the '601  patent and on the patentability of certain claims of this patent.

3.      The statements herein include my opinions and the bases for those opinions, which relate to the following documents:

| 1001 | U.S. Patent No. 5,859,601 ("the '601 patent") |
|------|-----------------------------------------------|
| 1002 | Patent Owner's Complaint (without exhibits) |
| 1003 | First Amended Complaint (without exhibits) |
| 1004 | Affidavit of Service on LSI Corporation |
| 1005 | Affidavit of Service on Avago Tech. U.S. |

- 1 -

| 1006 | File History of U.S. Patent No. 5,859,601 |
|------|---------------------------------------------|
| 1007 | U.S. Patent No. 5,392,270 ("Okada") |
| 1008 | U.S. Patent No. 5,341,386 ("Shimoda") |
| 1009 | U.S. Patent No. 5,731,768 ("Tsang") |
| 1011 | Okada Tables showing data in NRZI format |
| 1012 | Maximum Transition Run Codes for Data Storage Systems, Moon and Brickner, Sept. 5, 1996 |

4.      Although I am being compensated for my time at a rate of $420 per hour in preparing this declaration, the opinions herein are my own.  I have no stake in the outcome of this IPR proceeding.  My compensation does not depend in any way on the outcome of the Petitioner's petition or this IPR proceeding.

**B.      Qualifications**

5.      I am currently a professor of electrical and computer engineering at Rutgers University.  My research interests are broad, but mainly concern theoretical understanding and practical solutions that enable efficient, reliable, and secure operation of communications networks.  I also have expertise and interest in power systems and quantum computation.

- 2 -

6.     My research has been funded by the National Science Foundation, the Center for Discrete Mathematics and Theoretical Computer Science (DIMACS), DARPA, and other funding agencies.

7.     All of my degrees are in electrical engineering.   I earned a European Diploma degree from the University of Sarajevo, Bosnia, in 1986, and PhD and MS degrees from Texas A & M University in 1989 and 1994, respectively.

8.     Between my studies at the University of Sarajevo and my graduate studies, from 1986 to 1989, I worked in industry developing optimization algorithms and software for power system control.

9.     Upon earning my PhD, I joined Bell Laboratories in Murray Hill, NJ, where I was a Member of the Technical Staff in the Mathematics of Networks and Communications research department.  Over a dozen alumni of Bell Labs have won the Nobel prize in physics, with several more having been awarded the Turing Award, the highest distinction in computer science.  In 2004 I was elevated to Distinguished Member of the Technical Staff.

10.     During my time at Bell Labs I was also an adjunct professor, guest lecturer, or visiting professor at various academic institutions around the world including, Columbia University, ENSE in Cergy-Pontoise, France, the University College Dublin, and others.  I also mentored many students, interns, and postdoctoral researchers during that time.

- 3 -

11.     In the course of my twenty year employment with Bell Labs, I participated in a very wide range of research and business projects.  These projects include designing the first distance enhancing codes to be implemented in commercial magnetic storage devices.

12.     Other projects that I worked on at Bell Labs included the first forward error correction for Lucent's optical transmission devices, color space quantization and color image processing, quantum computation, link error prediction methods for the third generation wireless network standards, and anomaly and intrusion detection.  Some of my most recent activities are in the area of network and application layer coding.

13.     According to the Patent Owner, the alleged invention of '601 patent is a "maximum transition run" ("MTR") code featuring a "j constraint" which "imposes a limit on the maximum number of consecutive transitions that are written to the disk" of a hard drive disk.  (Ex. 1003, at ¶¶  65-72.)  I was conducting research in this area before the '601 patent was filed.

14.     The inventors of the '601 patent authored a paper published in 1996 entitled "Maximum Transition Run Codes for Data Storage Systems," which is attached as Appendix A (and is also Exhibit 1012).  The Patent Owner asserts that this so-called "Moon 1996 IEEE Paper" is "substantially similar to the '601 Patent."  (Ex. 1003, at ¶¶ 51-52.)  This is noteworthy because the inventors

- 4 -

confirmed in their paper that I, in my "independent study," had found that "removing long runs of consecutive transitions" can improve the performance of data storage systems.  (Appendix A, first page, right column (citing reference [6].) My work was presented at a public conference in October 1995.  (Appendix A, Reference [6].)  It also resulted in a paper published in 1995 entitled "On-track and off-track distance properties of class 4 partial response channels," which is attached as Appendix B.

15.     I also note that the face of the '601 patent cites as prior art one of my own patents, U.S. Patent No. 5,608,397, which is entitled "Method and apparatus for generating DC-free sequences."  Besides that patent, I am the inventor of ten other issued U.S. patents.  I am also the named inventor on a variety of additional patent applications that are pending at this time.

16.     I have authored numerous peer-reviewed journal and conference publications, as well as books and book chapters.  Among other professional recognitions, I was elected an IEEE Fellow for my "contributions to coding theory and coding schemes for transmission and storage systems."

17.     My curriculum vitae includes additional details about my experience and professional background.  It is attached as Appendix C.

LSI Corp. Exhibit 1010
Page 9

## II.      MATERIALS REVIEWED

18.      My opinions are based on years of education, research and experience, as well as investigation and study of relevant materials.  In forming my opinions, I have considered the materials identified in this report, including the Exhibits mentioned above.

19.      I may rely upon these materials and/or additional materials to respond to arguments raised by the Patent Owner.  I may also consider additional documents and information in forming any necessary opinions—including documents that may not yet have been provided to me.

20.      My analysis of the materials produced in this investigation is ongoing and I will continue to review any new material as it is provided.  This report represents only those opinions I have formed to date.  I reserve the right to revise, supplement, and/or amend my opinions stated herein based on new information and on my continuing analysis of the materials already provided.

## III.     PERSON OF ORDINARY SKILL IN THE ART OF THE '601 PATENT

21.      I have been informed that the '601  patent and its claims, as well as the prior art, are interpreted the way a hypothetical person having ordinary skill in the relevant art would have interpreted these materials at the time of the invention. I understand that the "time of the invention" in this IPR proceeding is the earliest "priority date" that the applicant for the '601  patent claimed in the United States

- 6 -

Patent & Trademark Office ("USPTO").  Here, the face of the patent indicates that the application claims priority to a provisional patent application filed April 5, 1996.  As mentioned above, I was conducting research in the relevant technological field at that time.

22.     In determining the characteristics of a person of ordinary skill in the art at the time of the claimed invention, I considered several things, including the factors discussed below, as well as (1) the levels of education and experience of the inventor and other persons actively working in the relevant field; (2) the types of problems encountered in the field; (3) prior art solutions to these problems; (4) the rapidity in which innovations are made; and (5) the sophistication of the relevant technology.  I also placed myself back in the relevant time period and considered the individuals that I had worked with in the field.

23.     It is my opinion that a person having ordinary skill in the relevant art at the time of the invention would have been someone with at least an undergraduate degree in electrical engineering or similar field, and three years of industry experience in the field of read channel technology.

24.     I understand that a person of ordinary skill in the relevant art is a hypothetical person who is assumed to be aware of all the pertinent information that qualifies as prior art.  He or she is a person of ordinary creativity, not an automaton.  He or she makes inferences and takes creative steps.  In addition, a

LSI Corp. Exhibit 1010
Page 11

person of ordinary skill recognizes that prior art items may have obvious uses beyond their primary purposes, and in many cases he or she will be able to fit the teachings of multiple pieces of prior art together like pieces of a puzzle.

25.     I am prepared to testify as an expert in this field and also as someone who had at least the knowledge of a person having ordinary skill in the art at the time of the claimed invention, and someone who worked with others that had at least the knowledge of a person having ordinary skill in the art at the time of the alleged invention.

26.     Unless otherwise stated, my statements below refer to the knowledge, beliefs and abilities of a person having ordinary skill with respect to the arts relevant to the '601 patent at the time of the claimed invention.

## IV.    STANDARDS OF ANTICIPATION AND OBVIOUSNESS

27.     I offer no opinions on the law.  However, I have developed an understanding of several legal principles regarding invalidity of patent claims, and other relevant legal issues.  I have applied this understanding in arriving at my stated opinions and conclusions in this declaration.

28.     I understand that the '601 patent contains independent and dependent claims.  An independent claim is one that does not refer to other claims in the patent, and it must be read separately from the other claims to determine the scope of such a claim.  On the other hand, a dependent claim refers to at least one other

LSI Corp. Exhibit 1010
Page 12

claim in the patent.  Such a claim incorporates all of the elements of any claim to which the dependent claim refers, as well as the additional elements recited in the dependent claim itself.

29.    I understand that, for example in federal district court infringement actions, a claim in an issued patent is presumed to be valid.  In such federal court actions, a patent claim can be "invalidated" upon a showing of clear and convincing evidence.  This is not such an action.

30.    I understand that in an IPR proceeding, the Petitioner has the burden of proving a proposition of "unpatentability" by a "preponderance of the evidence."  I understand that preponderance of the evidence means the greater weight of evidence.  In an IPR proceeding, the USPTO may cancel "as unpatentable" one or more claims of a patent on a ground that could be raised under section 102 or 103 of the Patent Act, and only on the basis of prior art consisting of patents or printed publications.

31.    I understand that section 102 deals with the "novelty" of patent claims.  I understand that under section 102(a), a person is not entitled to a patent if, among other things, the invention was patented or described in a printed publication in this or a foreign country, before the invention thereof by the applicant for patent.  Under section 102(b), a person is not entitled to a patent if, among other things, the invention was patented or described in a printed

- 9 -

publication in this or a foreign country, more than one year prior to the date of the

application for patent in the United States.  Under section 102(e), a person is not

entitled to a patent if the invention was described in a published or issued patent

application that was filed by another in the United States before the invention by

the applicant for patent.  Under section 102(g), a person is not entitled to a patent

if, before the applicant's invention, the invention was made in the United States by

another inventor who had not abandoned, suppressed, or concealed it.

32.    I understand that prior art under one or more of these provisions can

include, for example but not limited to, one or more of printed publications, patent

applications, published patent applications, and domestic, foreign patents, or

international patents.  These are sometimes referred to as prior art "references."

33.    I understand that in order for a claim to be unpatentable for lack of

novelty, *i.e.*, anticipated, a single prior art reference must disclose each and every

claim limitation of that patent claim.  It is not considered in a void, rather, one

must take into account what a person having ordinary skill in the art would have

understood from the reference.  I also understand that one should consider not only

what is expressly disclosed in the prior art reference, but also what would

naturally, inherently have been understood from what is disclosed in the prior art

reference.  I understand that to prove inherency, the matter that is not expressly

LSI Corp. Exhibit 1010
Page 14

described must be necessarily present in the reference, and it would be so recognized by an ordinarily skilled artisan.

34.    I understand that in order to cancel as unpatentable a dependent claim, all elements of that dependent claim and the claim (or claims) from which it depends must be disclosed or suggested in the prior art.

35.    I understand that determining anticipation of a patent claim requires a comparison of the properly construed claim language to the prior art on an element-by-element basis.  As it pertains to an IPR proceeding, a claim is "anticipated" if each and every element of the claim, as properly construed, has been disclosed in a single prior art reference, either expressly or inherently, and the claimed arrangement or combination of those elements must also be disclosed, either expressly or inherently, in that same prior art reference.

36.    I also understand that while anticipation cannot be established by combining references, additional references may be used to interpret the anticipating reference by, for example, indicating what the anticipating reference would have meant to one having ordinary skill in the art.  Additionally, the description provided in the prior art must be such that a person of ordinary skill could, based on the reference, practice the invention without undue experimentation.

- 11 -

LSI Corp. Exhibit 1010
Page 15

37.    I understand that section 103 of the Patent Act deals with "obviousness" of patent claims.  In particular I understand that a patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains.

38.    My understanding is that a patent claim is obvious—and therefore can be cancelled as unpatentable in an IPR—if the claimed subject matter as a whole would have been obvious to a person of ordinary skill as of the date of the invention.  I understand that this determination is made after weighing the following factors: (1) the level of ordinary skill in the relevant art; (2) the scope and content of the prior art; (3) the differences between the prior art as a whole and the claim at issue; and (4) when such evidence is made of record, secondary considerations of non-obviousness.

39.    I understand that the knowledge and understanding of a person having ordinary skill in the art provides a reference point from which the prior art and claimed invention should be viewed.  This reference point prevents one from using his or her own hindsight in deciding whether a claim is obvious, but I understand that if a person of ordinary skill can implement the claimed invention as a

- 12 -

predictable variation of a prior art device or method, then the claim may be rendered obvious.

40.     As stated earlier, a person having ordinary skill in the art is presumed to have knowledge of the relevant prior art at the time of the claimed invention.  I understand that in order for references to be used in an obviousness analysis, the prior art references should be "analogous" to the claimed invention.  I understand that a reference is analogous art to the claimed invention if: (1) the reference is from the same field of endeavor as the claimed invention (even if it addresses a different problem); or (2) the reference is reasonably pertinent to the problem faced by the inventor (even if it is not in the same field of endeavor as the claimed invention).  A reference is "reasonably pertinent" to the problem if it would have logically commended itself to an inventor's attention in considering his or her problem.

41.     I understand that an obviousness evaluation can be made using a single prior art reference or a combination of multiple references.  I understand that a proper analysis as to the combination of two or more references generally requires a reason that would have motivated a skilled artisan to combine the elements of multiple references in the way the claimed invention does.  I understand that the prior art references themselves may provide a suggestion, motivation, or reason to combine.  This suggestion may be found in the art

- 13 -

LSI Corp. Exhibit 1010
Page 17

explicitly or implicitly.  I further understand that market demand, rather than scientific literature, often drives innovation, and that a motivation to combine references may be supplied by the direction of the marketplace or other external factors. I understand that advances that would occur in the ordinary course without real innovation are unpatentable.

42.     I understand further that "common sense" may, in some circumstances properly be used in an obviousness analysis.  First, common sense can be invoked to provide a known motivation to combine references. Second, common sense can be invoked to supply a limitation that is missing from the prior art if the limitation in question is unusually simple and the technology particularly straightforward.  In either case, a reference to common sense cannot be used as a wholesale substitute for reasoned analysis and evidentiary support, especially when dealing with a limitation missing from the prior art references specified.

43.     I understand that a particular combination may be proven obvious merely by showing that it was "obvious to try" that combination.  For example, when there is a design need or market pressure to solve a problem and there are a finite number of identified, predictable solutions, a person of ordinary skill has good reason to pursue the known options within his or her technical grasp because the result is likely the product not of innovation but of ordinary skill and common sense.

- 14 -

44.     I further understand that a proper obviousness analysis focuses on what was known or obvious to a person having ordinary skill, not just the patentee. Accordingly, I understand that any need or problem known in the field of endeavor at the time of the alleged invention and addressed by the patent can provide a reason for combining the elements in the manner claimed.

45.     In summary, my understanding is that prior art references or teachings are properly combined where a person having ordinary skill, having the understanding and knowledge reflected in the prior art and motivated by the general problem facing the inventor, would have been led to make the combination of elements recited in the claim.  Under this analysis, the prior art references themselves, or any need or problem known in the field of endeavor at the time of the claimed invention, can provide a reason for combining the elements of multiple prior art references in the claimed manner.

46.     Further, I understand that at least the following rationales may support a finding of obviousness:

      a.     Combining prior art elements according to known methods to yield predictable results;

      b.     Simple substitution of one known element for another to obtain predictable results;

- 15 -

LSI Corp. Exhibit 1010
Page 19

c.     Use of a known technique to improve similar devices (methods, products) in the same way;

d.     Applying a known technique to a known device (method or product) ready for improvement to yield predictable results;

e.     "Obvious to try"—choosing from a finite number of identified, predictable solutions, with a reasonable expectation of success;

f.     A predictable variation of work in the same or different field of endeavor if a person having ordinary skill would be able to implement the variation;

g.     If, at the time of the alleged invention, there existed a known problem for which there was an obvious solution encompassed by the patent's claims;

h.     Known work in one field of endeavor may prompt variations of it for use in either the same or a different field based on design incentives or other market forces if the variations would have been predictable to a person having ordinary skill; and

i.     Some teaching, suggestion, or motivation in the prior art that would have led a person having ordinary skill in the art to modify the prior art reference or to combine prior art reference teachings to arrive at the claimed invention.

- 16 -

LSI Corp. Exhibit 1010
Page 20

47.     I earlier referred to secondary considerations of non-obviousness.  I understand that these may include: (1) whether the invention proceeded in a direction contrary to accepted wisdom in the field; (2) whether there was a long felt but unresolved need in the art that was satisfied by the invention; (3) whether others had tried but failed to make the invention; (4) whether others copied the invention; (5) whether the invention achieved unexpected results; (6) whether the invention was praised by others; (7) whether others have taken licenses to the invention; (8) whether experts or those skilled in the art expressed surprise or disbelief regarding the invention; (9) whether products incorporating the invention have achieved commercial success that is attributable to the invention; and (10) whether or not others having ordinary skill in the field independently made the claimed invention at about the same time the inventor made the invention.

48.     I understand that alleged secondary considerations evidence is not relevant unless the patentee can establish a connection or nexus between the secondary consideration and the claimed invention.  For example, evidence that allegedly shows commercial success is not relevant unless there is a showing that the success of the product is related to a feature recited in the patent claims.  If, however, the commercial success is due to things like advertising, promotion, or salesmanship, or if it is due to features of the product other than the claimed

- 17 -

invention, then any commercial success should not be considered an indication of non-obviousness.

49.     Okada is a U.S. patent that issued on February 21, 1995, and thus, as informed by counsel, is prior art under 35 U.S.C. §102(b).  (Ex. 1007.)  Okada was not cited by the applicant or the USPTO during the prosecution of the application leading to the '601 patent.

50.     Shimoda is a U.S. patent that issued on August 23, 1994.  It is thus, as informed by counsel, prior art under 35 U.S.C. §102(b).  (Ex. 1008.)  Shimoda was not cited during the prosecution of the application leading to the '601 patent.

51.     Tsang is a U.S. patent that was filed on January 31, 1996, and thus, as informed by counsel, is prior art under 35 U.S.C. §§ 102(e) and/or 102(g).  (Ex. 1009.)  Tsang was not cited during the prosecution of the application leading to the '601 patent.

## V.     THE '601 PATENT

52.     I have reviewed the '601 patent and its prosecution file history.  (Ex. 1001, 1006.)  The Challenged Claims of the '601 patent are reproduced below:

| Claim 1 |
| --- |
| [A] Apparatus for encoding m-bit binary datawords into n-bit binary codewords, in a recorded waveform, where m and n are preselected positive integers such that n is greater than m, comprising: |
| [B] receiver means for receiving the dataword; |

LSI Corp. Exhibit 1010
Page 22

[C] encoder means coupled to the receiver means, for producing sequences of fixed length codewords;

[D] means for imposing a pair of constraints (j;k) on the encoded waveform wherein the j constraint is defined as the maximum number of consecutive transitions allowed on consecutive clock periods in the encoded waveform to facilitate the reduction of a probability of a detection error in said receiver means;

[E] said sequences generating no more than j consecutive transitions in the recorded waveform such that j is an integer equal to or greater than 2; and

[F] said sequences generating no more than k consecutive sample periods without a transition in the recorded waveform.

### Claim 2

Apparatus as in claim 1 wherein the j consecutive transition limit is defined by the relationship $2 \leq j < 10$.

### Claim 8

Apparatus as in claim 2 wherein the consecutive transition limit is defined by the relationship j=2.

### Claim 9

Apparatus as in claim 2 wherein the binary sequences produced by combining codewords have no more than j consecutive 1's and no more than k consecutive 0's when used with a NRZI recording format.

### Claim 10

Apparatus as in claim 2 wherein binary sequences produced by combining codewords have no more than one of j consecutive transitions from 0 to 1 and from 1 to 0 and no more than k+1 consecutive 0's and k+1 consecutive 1's when used in conjunction with a NRZ recording format.

### Claim 12

Apparatus as in claim 2 wherein the receiver means incorporates means for removing certain code-violating patterns from the detection process wherein the

- 19 -

LSI Corp. Exhibit 1010
Page 23

| |
|---|
| detection process comprises ***at least one of*** the steps of:<br>removing states and state transitions corresponding to more than j consecutive transitions from a Viterbi trellis … [Emphasis added.] |
| **Claim 13** |
| [A] A method for encoding m-bit binary datawords into n-bit binary codewords in a recorded waveform, where m and n are preselected positive integers such that n is greater than m, comprising the steps of: |
| [B] receiving binary datawords; and |
| [C] producing sequences of n-bit codewords; |
| [D] imposing a pair of constraints (j;k) on the encoded waveform; |
| [E] generating no more than j consecutive transitions of said sequence in the recorded waveform such that $j \geq 2$; and |
| [F] generating no more than k consecutive sample periods of said sequences without a transition in the recorded waveform. |
| **Claim 14** |
| The method as in claim 13 wherein the consecutive transition limit is defined by the relationship $2 \leq j < 10$. |
| **Claim 15** |
| The method as in claim 14 wherein the consecutive transition limit is j=2. |
| **Claim 16** |
| The method as in claim 14 wherein the binary sequences produced by combining codewords have no more than j consecutive 1's and no more than k consecutive 0's when used with the NRZI recording format. |
| **Claim 17** |
| The method as in claim 14 wherein the binary sequences produced by combining codewords have no more than one of j consecutive transitions from 0 to 1 and from 1 to 0 and no more than one of k+1 consecutive 0's and k+1 |

| consecutive 1's when used in conjunction with the NRZ recording format. |
|---|
| **Claim 21** |
| The method as in claim 13 wherein the method of receiving data incorporates the removal of certain code-violating patterns from the detection process wherein the detection process comprises ***at least one*** of the steps of: |
| removing states and state transitions corresponding to more than j consecutive transitions from a Viterbi trellis …  [Emphasis added.] |

53.    The references [A], [B], etc., in the chart above with respect to claims 1 and 13 do not appear in the '601  patent, but have been added for reference.

54.    The '601 patent generally relates to digital storage systems.  More specifically, the patent pertains "to an improved coding technique involving data recovery channels utilizing sequence detection methods."  (Ex. 1001, at 1:9-12.)

55.    According to the "Background of the Invention" section of the '601 patent, certain "channel codes," also known as "modulation codes," were known in the prior art.  These codes "are mappings of data bits into the symbols that are either transmitted in a communication system or recorded onto a medium in a storage device."  (Ex. 1001, at, 1:15-21.)  "The purpose of these codes is to prevent certain characteristics in the stream of symbols that make their recovery difficult."  (*Id*.)

56.    The '601 patent confirms that before the time of the purported invention, "[r]unlength limited (RLL) codes" were "commonly used in magnetic

LSI Corp. Exhibit 1010
Page 25

recording." (Ex. 1001, at 1:21-41.)  It was known that RLL codes "impose a (d,k) constraint on the recorded data sequence." (*Id*.)  In the NRZ recording format, where "1" represents a positive level in the magnetization waveform and "0" represents a negative level, "d+1 is the minimum number of consecutive like signals and k+1 is the maximum number of consecutive like symbols in the binary sequence." (*Id*.)  In the NRZI recording format, where a "1" represents a magnetic transition and a "0" represents no transition, "d and k are the minimum and maximum number of consecutive 0's between any two 1's, respectively …." (Id. (citing prior art))  "The k constraint guarantees that a change in readback waveform will occur at regular intervals for the purpose of synchronizing a phase locked loop to the data." (*Id.* )

57.     The alleged invention of the '601 patent is a "coding scheme" referred to as "the maximum transition-run (MTR) coding …" (Ex. 1001, at 2:40-3:17). More specifically, the "MTR code imposes a limit on the maximum number of consecutive transitions that can occur in the written magnetization pattern in magnetic recording." (*Id*.)  The benefit of the alleged invention "is most significant … when the maximum number of consecutive transitions is limited to two." (*Id*.)  The '601 patent refers to this as an "MTR code with a constraint length of  j = 2 …" (*Id*)  "With the NRZI format, the MTR code constraint is equivalent to limiting the maximum number of 1's." (*Id*.)

LSI Corp. Exhibit 1010
Page 26

58.     Independent claims 1 and 13 of the '601 patent respectively claim a generic "apparatus" and a generic "method" for converting "m-bit binary datawords" of unspecified length into "n-bit binary codewords" of unspecified length.  These claims require that a pair of constraints "j;k" are imposed.  But the "k" constraint is entirely unspecified while "j" can be any integer "greater than 2." (Ex. 1001, claims 1 and 13.)  As such, these claims effectively attempt to cover the concept of MTR coding, *per se*.  I understand that the Patent Owner alleged in the corresponding litigation that "[a]ny commercially-viable implementation of MTR coding requires performance of the methods of claim 13 of the '601 Patent."  (Ex. 1003, at ¶ 131.)

59.     MTR coding, however, was already known before the '601 patent. For example, Okada (assigned to Pioneer) discloses apparatuses for converting 8-bit data to 13-bit data such that, after NRZI modulation, "1" does not appear "three or more times in a row" in the recorded waveform.  (Ex. 1007 at 3:34-60; *id*. at 10:8-22).  Thus, Okada disclosed MTR coding—including an MTR code with a constraint length of $j = 2$—more than one year before the filing date of the '601 patent.

60.     The named inventors of the '601 patent, Drs. Moon and Brickner, were, respectively, a professor and a graduate student at the University of Minnesota.  (Ex. 1003, at ¶ 2.)  Their MTR-related work was admittedly

- 23 -

LSI Corp. Exhibit 1010
Page 27

"supported" by Seagate Technology ("Seagate"). (Ex. 1012, bottom left corner of first page.) On January 31, 1996, a Seagate scientist from Minnesota, Dr. Kinhing P. Tsang, (*see* face of Tsang patent, Ex. 1009), filed a patent application entitled "Method and Apparatus for Implementing Codes with Maximum Transition Run Length." Dr. Tsang's application disclosed and claimed "MTR" codes with a constraint length of $j = 2$. (Ex. 1009 at *e.g.*, 2:25-44; 19:33-64.) In particular, Dr. Tsang set forth a key finding from Seagate's research—a finding previously presented in the Seagate Annual Report:

> . The upper bound of the MTR=2 code rate in which k=∞ has been found to be 0.8791 as indicated in the Seagate Annual Report

(Ex. 1009 at 2:36-38)

61. Months later, the named inventors of the '601 patent filed their application, bearing the strikingly similar title "Method and Apparatus for Implementing Maximum Transition Run Codes." The inventors also set forth as part of the "description of the preferred embodiment" of their supposed invention certain disclosures for the scenario where MTR=2 and k=∞:

- 24 -

| Fig. 4 | |
| --- | --- |
| RLL $k$ Constraint | Capacity with MTR $j = 2$ |
| $\infty$ | 0.8791 |

(Ex. 1001 at Fig. 4:51-53.)

62.    I understand that none of these prior art references were considered by the patent examiner during the prosecution of the '601 patent.  In my opinion, the alleged inventions claimed in the '601 patent are not patentable.

## VI.    CLAIM CONSTRUCTION

63.    I understand that in this IPR proceeding, the claim terms are construed as understood by persons of skill in the art.

64.    Counsel informs me that sometimes such a meaning is readily apparent even to lay judges and claim construction involves little more than the application of widely accepted meaning of commonly understood words. Otherwise, courts look to the words of the claims themselves, the remainder of the specification, the prosecution history, and extrinsic evidence concerning relevant scientific principles, the meaning of technical terms, and the state of the art.  I have considered the claim terms at issue here, the specification, and the prosecution history of the '601 patent.  I am familiar with the relevant scientific principles and

LSI Corp. Exhibit 1010
Page 29

the state of the art at the time the patent was filed.  As mentioned above, I was conducting research in the relevant art at the time of the purported invention.

**CLAIM 1:** "*encoder means … for producing sequences of fixed length codewords*":

65.    I am informed by counsel that there is rebuttable presumption that a limitation containing the word "means" and reciting a function was drafted in the so-called means-plus-function format.  When that presumption is not rebutted, the limitation "shall be construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof," under 35 U.S.C. § 112(f).

66.    I understand that this presumption is rebutted when the claim conveys sufficient structure to perform the recited function.

67.    Here, the structure of "*encoder* means … for producing sequences of fixed length codewords" is an "encoder," which is recited in the claim.  Encoders for read channels were known at the time of the invention, and represent sufficient structure to perform the claimed "producing sequences of fixed length codewords" function.  Indeed, during prosecution, the examiner treated this limitation as not invoking § 112(f) in rejecting claims over Iketani (U.S. Patent No. 4,760,378), stating "refer to either Figure 19 or 23 of Iketani, which shows *encoders* including receiver means for receiving datawords, and encoder means for producing … sequences of fixed length codewords for generating no more than 1 consecutive

- 26 -

transition in the recorded waveform ...”  (Ex. 1006 at 54.)  Thus, this limitation

does not invoke § 112(f), and no construction is necessary.

68.     Alternatively, given that the recited function is “producing sequences

of fixed length codewords,” the specification discloses corresponding structures,

namely, “[while] **state-dependent encoders** and sliding block decoders can be

designed for the MTR constraint, **simple fixed length block codes can be realized**

**with good rates and reasonable k values**.”  (Ex. 1001 at 4:61-64.)  Thus, if §

112(f) applies, the corresponding structures are state-dependent encoders or block

encoders, or their equivalents.

### CLAIM 1: “*receiver means for receiving the dataword*”:

69.     The structure that performs the function of “receiving the dataword” is

a “receiver,” which is expressly recited in claim 1.  Receivers were known in the

art at the time of the invention.  As discussed above, the examiner also treated

“receiver” as having sufficient structure not to invoke § 112(f), stating “Figure 19

or 23 of Iketani, which shows encoders including receiver means for receiving

datawords, and encoder means for producing …  sequences of fixed length

codewords.”  (Ex. 1006 at 54.)  Thus, this term does not invoke § 112(f) and needs

no construction.

70.     Alternatively, in light of the recited function “receiving the

dataword,” the specification discloses the corresponding structure in that it teaches

- 27 -

types of read channel encoders, as discussed previously.  A person of ordinary skill in the art would understand that read channel encoders are necessarily coupled to an input receiver, otherwise there would be no datawords for the encoder to encode.

71.    Further, the '601 patent teaches that "good rates" can be realized by state-dependent and block encoders, (Ex. 1001 at 4:61-64), where "rate" is "the ratio of the number of input bits to output bits" (*id*. at 4:19-20).  *See also id*. at 2:43-47, 4:18-21, 4:34-35 ("input").  Thus, if § 112(f) applies, the structure corresponding to the function "receiving the dataword" is an **input receiver associated with a read channel encoder**.

> **CLAIM 1:** "***means for imposing a pair of constraints (j;k) …***"

72.    The recited function is "imposing a pair of constraints (j;k)."  This limitation was added during prosecution after the examiner rejected the claims over the Iketani patent "to better define the invention."   (Ex. 1006 at at 61; *see id*. at 62-71.)  As the prosecution shows, the "means for imposing a pair of constraints" does not recite a structure that is different than the "encoder means"—the limitation was added merely to make clear that the recited encoder "*imposes*" MTR constraints (*i.e*., j greater than or equal to 2; k), in order to distinguish the claimed encoder from the RLL (d>0; k) encoder in the prior art Iketani patent.  (*Id*.)  Thus, this

LSI Corp. Exhibit 1010
Page 32

limitation needs no construction because the "encoder" represents sufficient structure and is recited in the claim.

73.     Alternatively, as discussed above, the corresponding structures described in the specification are **state-dependent encoders** or **block encoders**, or their equivalents.

> **CLAIM 12:  *"means for removing certain code-violating patterns from the detection process"***

74.     The claimed function is "removing certain code-violating patterns from the detection process," and the specification discloses a corresponding structure: **a "Viterbi trellis" corresponding to a detection system**, or its equivalents.  (Ex. 1006 at 6:56-7:3, 2:10-37, 3:1-14, Fig. 7.)

75.     Unless otherwise addressed herein, no express construction of any additional term is believed to be needed to resolve the challenges herein.

## VII.   CLAIMS 1, 2, 8-10, AND 13-17 ARE ANTICIPATED BY OKADA

76.     As mentioned above, Okada was not cited by the applicant or the patent examiner during prosecution of the application that led to the '601 patent. As discussed in detail below, it is my opinion that claims 1, 2, 8-10, and 13-17 of the '601 patent are anticipated by Okada.

LSI Corp. Exhibit 1010
Page 33

### A.    Claim 1 is anticipated by Okada

### 1.    Claim 1[A]:  "Apparatus for encoding m-bit binary datawords into n-bit binary codewords, in a recorded waveform, where m and n are preselected positive integers such that n is greater than m, comprising:"

77.    I am informed that the preamble of independent claim 1 may not be limiting because, for instance, it merely provides a description for the limitations recited in the body of the claim.  In any event, Okada discloses claim 1 [A].

78.    In particular, Okada discloses methods and apparatuses for reproducing "information from a recording medium designed to have a high linear recording density ..."  (Ex. 1007, at 2:48-56).  Okada discloses "a data converting means for performing data conversion on record information consisting of a digital signal in accordance with a predetermined data conversion table …"  (*Id.*, at 2:57-3:3).  In a preferred embodiment, Okada discloses apparatuses and methods where 8-bit binary datawords are encoded into 13-bit binary codewords (*i.e.*, m = 8 and n = 13):

LSI Corp. Exhibit 1010
Page 34



(*Id*. at Fig. 6).  Okada discloses that "in recording information data on an optical

disk **5**, the information recording apparatus in FIG. 6 embodying the present

invention causes an 8-to-13 converter 10 to perform data conversion before NRZi

modulation in such a way that '1' will not appear three or more times in a row in a

train of information data after the NRZi modulation."  (Ex. 1007 at 3:54-60; *see*

*also id*. at Fig. 7; 3:35-4:16; Tables 1-9 at 4:17-8:64 (8-to-13 bit data conversion

tables); 9:24-10:22.).  The "NRZi data is … supplied to an optical head **3** to be

recorded on an optical disk **5**."  (*Id*. at 4:13-16.)

79.     Okada discloses "data conversion" Tables 1-9, which contain rows

corresponding to all 8-bit binary datawords, each of which is converted to a

corresponding 13-bit binary codeword, and a sequence of which form a waveform

- 31 -

LSI Corp. Exhibit 1010
Page 35

of 13-bit codewords "recorded on an optical disk 5" following NRZI modulation.

(Ex. 1007 at 4:13-16; 9:33-38.)

80.    Thus, to the extent it is a limitation, Okada discloses claim limitation

1 [A].

### 2.    Claim 1[B]:  "receiver means for receiving the dataword;"

81.    As discussed in the "Claim Construction" section above, this

limitation does not invoke § 112(f) and thus needs no construction.  Alternatively,

the limitation reads on an input receiver associated with a read channel encoder, or

its equivalent.

82.    Okada discloses receiver means for receiving the dataword in that

"record information" is received and inputted into a "8-13 converter":



LSI Corp. Exhibit 1010
Page 36

(Ex. 1007, Fig. 6 (annotated)).  In particular, Figures 6 and 7 depict an "information recording/reproducing apparatus" that receives record information associated with a read channel encoder.  Okada discloses that the received "record information" consists of "a digital signal."  (*Id*. at 2:57:61).  In the exemplary recording embodiment shown in Figure 6, the record information consists of "8-bit input record information," which is an example of a "dataword."  (*Id*. at 3:61-63).  Okada therefore discloses claim limitation 1 [B].

### 3. Claim 1[C]:  "encoder means coupled to the receiver means, for producing sequences of fixed length codewords;"

83.    As discussed in the "Claim Construction" section above, this limitation does not invoke § 112(f) and thus needs no construction.  Alternatively, the limitation reads on state-dependent encoders or block encoders, or their equivalents.

84.    Okada discloses an 8-to-13 bit converter (10) coupled to the receiver means, for producing sequences of 13-bit codewords:

LSI Corp. Exhibit 1010
Page 37



FIG. 6

(Ex. 1007, Fig. 6 (annotated)).  As discussed above with respect to claim 1 [A], the

8-to-13 converter (10) is a block encoder that converts 8-bit datawords into

corresponding fixed-length, 13-bit codewords, as shown in "data conversion"

Tables 1-9.  Okada therefore discloses claim limitation 1 [C].

> **4.     Claim 1[D]:  "means for imposing a pair of constraints (j;k) on the encoded waveform wherein the j constraint is defined as the maximum number of consecutive transitions allowed on consecutive clock periods in the encoded waveform to facilitate the reduction of a probability of a detection error in said receiver means;"**

85.     As discussed in the "Claim Construction" section above, this

limitation does not invoke § 112(f) and thus needs no construction.  Alternatively,

the limitation reads on state-dependent or block encoders, or their equivalents.

- 34 -

86.     As discussed above with respect to claims 1 [A], 1 [B], and 1 [C],
Okada discloses an 8-to-13 bit converter (10) coupled to the receiver means, for
producing sequences of 13-bit codewords:



(Ex. 1007, Fig. 6 (annotated)).  The 8-to-13 bit converter (10) "expands" 8-bit
input record information to 13-bit data according to either one of two "rules."  (*Id.*,
a 3:61-68).  In particular, "Rule (1)" is that each 13-bit dataword "consists of at
least one '0' and an even number of consecutive '1'."  (*Id.*).  The entries in Tables
1-7 were constructed with Rule (1).  (*Id.* at 4:1-12.)  "Rule (2)" includes a pattern
"consisting of '01010'" and a section consisting of 0's or an even number of

- 35 -

LSI Corp. Exhibit 1010
Page 39

consecutive 1's.  (*Id*. at 3:61-68).  Tables 8 and 9 were constructed using Rule (2). (*Id*. at 4:1-12.)

87.    "Rule (1)" and "Rule (2)" of Okada each imposes a "maximum number of consecutive transitions allowed on consecutive clock periods in the encoded waveform," as recited in claim limitation 1 [D].  As can be seen by inspection, each of the 13-bit data sequences shown in Tables 1-7 (corresponding to Rule (1)) has a finite number of *consecutive* transitions (*e.g.*, sequences where the data switches consecutively between "1" and "0").  (*See* Ex. 1007 at Tables 1-7.)  More specifically, none of the encoded datawords from Tables 1-7 that form the claimed "encoded waveform" have more than two (2)—a "finite number"—such consecutive transitions.  Further, any concatenation of such 13-bit codewords likewise would result in no more than two consecutive transitions.  (*See id*.) Similarly, as can be seen by inspection, each of the 13-bit data sequences shown in Tables 8-9 (corresponding to Rule (2)) has a finite number of *consecutive* transitions.  In particular, these sequences each include a section consisting of "01010"— encoded waveforms in Tables 8 and 9 thus each have exactly two consecutive transitions from 0 to 1 or from 1 to 0.  Thus, after NRZI modulation, these waveforms contain exactly two consecutive 1's.

88.    The consecutive transition restraint imposed by Rule (1) and Rule (2) of Okada facilitates the reduction of the probability of a detection error in said

LSI Corp. Exhibit 1010
Page 40

receiver means.  For example, such constraint causes the "8-to-13 converter 10 to perform data conversion before NRZI modulation in such a way that *'1' will not appear three or more times in a row* in a train of information data after the NRZi modulation" when the data is recorded to the optical disk.  (Ex. 1007 at 3:54-60 (emphasis added); *see also* Ex. 1011).  When the process is then reversed in the "reproducing apparatus" of Figure 7 of Okada, an "optical pickup" (7) which picks up information from the optical disk (5) and supplies the acquired reproduced signal to an "equalizer amplifier" (8):



FIG. 7

(Ex. 1007, Fig. 7; *see also id*. at 8:65-9:24.)  The reproduced signal amplified by the equalizer amplifier (8) is sent to a "level detector" (11).  (Ex. 1007 at 8:65-9:24.)  The level detector (11) "compares the level of the signal" from the equalizer amplifier (8) "with a threshold level as a reference for level discrimination to

- 37 -

LSI Corp. Exhibit 1010
Page 41

acquire digital data from the reproduced signal." (*Id*.)  The level detector (11) sends digital data of "0" to an "error correcting circuit" (12) "when the level of the signal form the equalizer amplifier" (8) is "lower than the threshold level," otherwise, it sends digital data of "1" to the error correcting circuit (12) (*i.e.*, it sends a "1" when the signal level is equal to or higher than the threshold level). (*Id*.).

89.     Okada discloses that "[w]hen a sequence of '01110' [three consecutive "1's"] is present in the received 13-bit data, the error correcting circuit (12) corrects it to '01010' and sends the corrected data to a 13-to-8 converter (13)." (Ex. 1007 at 9:10-15).  Again, the embodiment depicted in Figure 6 causes the 8-to-13 converter to perform data conversion before NRZI modulation "in such a way that *'1' will not appear three or more times in a row*" after NRZI modulation. (Ex. 1007 at 3:54-60) (emphasis added).  This feature thus allows the error correcting circuit (12) to detect and correct errors, as discussed above.  Similarly, "when the received 13-bit data does not contain a sequence of '01110,' the error correcting circuit" (12) "performs no error correction and sends the received data directly to the 13-to-8 converter" (13).  (Ex. 1007 at 9:15-24.)  By doing so, the transition restraints imposed by Rule (1) and Rule (2) facilitate the reduction of a probability of a detection error in the receiver means of the "information recording/reproducing apparatus" of Figures 6 and 7.  Finally, the 13-to-8

- 38 -

converter (13) "refers to the data conversion table in the reverse manner to the one done by the 8-to-13 converter" (10 in Figure 6) to "convert 13-bit data to 8-bit data" and "the resultant data" is outputted "as reproduced information." (*Id.*)

90.     Okada discloses an example wherein 8-bit data record information is recorded and reproduced according to the preferred embodiment disclosed in Figures 6 and 7 and Tables 1-9.  (Ex. 1007 at 9:25-68.)  This example involves the 8-bit dataword "01111010," ("7A" in hexadecimal notation) which converts to a 13-bit encoded codeword given in Table 4 (*i.e.*, "0011011000000" after encoding but before NRZI modulation).   In the example, the correct record information was recovered in the presence of "code interference." (Ex. 1007 at 9:25-68.)  Earlier in the specification, Okada explains that if "information is recorded with a high linear recording density increased to near the upper limit of the frequency response of the recording and reproducing systems, a read error occurs due to a so-called code interference by which reproduced waveforms are likely to interfere with each other at the time adjacent marks are read." (Ex. 1007 at 1:21-27; *see also id*. at 1:28-43 and Fig. 1).

91.     A second example involving Rule 2 shows that the 8-bit dataword "11101000" ("E8" in hexadecimal notation)  is converted to the 13-bit codeword "0010100110000," as shown in Table 8.  After NRZI modulation, this becomes "0011000100000." (Ex. 1007 at 9:50-68; *see also* Ex. 1011 at Table 4.)  In this

LSI Corp. Exhibit 1010
Page 43

second example, the correct record information was again recovered despite the presence of "code interference."  (Ex. 1007 at 9:50-68.)

92.     Okada thus discloses the imposition of a constraint on the encoded waveform data—through either Rule (1) or Rule (2)—"to facilitate the reduction of a probability of a detection error in said receiver means," which limitation is recited in claim limitation 1 [D].

93.     Thus, Okada discloses claim limitation 1 [D].

### 5.     Claim 1[E]:  "said sequences generating no more than j consecutive transitions in the recorded waveform such that j is an integer equal to or greater than 2; and"

94.     As discussed above, Okada teaches that the 8-to-13 bit converter (10) "expands" 8-bit input record information to 13-bit data according to either one of two "Rules."  Imposition of the first rule, Rule (1), results in a maximum of one consecutive transition allowed on consecutive clock periods, not just in the *encoded* waveform output from the block converter, but also later in the *recorded* waveform that is "recorded to an optical disk" following NRZI modulation.  This is seen in Exhibit 1011, which shows each of the values from Tables 1-7 following NRZI modulation (*i.e.*, as they would exist in the recorded waveform recorded to the optical disk).  An example from the specification—showing how the value 7a becomes 0011011000000 in Table 4 following 8-13 encoding and 001001000000 after NRZI modulation—corroborates the post-NRZI codewords in Exhibit 1011,

- 40 -

and illustrates that there are no more than two (2) consecutive transitions in the recorded waveform following NRZI modulation.

95.     Similarly, imposition of Rule (2) results in a maximum of two consecutive transitions allowed on consecutive clock periods, both in the encoded waveform before NRZI modulation (as seen in Tables 8 and 9), and in the recorded waveform after NRZI modulation (as shown in Exhibit 1011).  As discussed above, a second example in the specification—showing how the hexidecimal value "e8" becomes 0010100110000 in Table 8 following 8-13 encoding and 0011000100000 after NRZI modulation—corroborates the post-NRZI codewords in Exhibit 1011, and illustrates that there are no more than exactly two (2) consecutive transitions in the recorded waveform following NRZI modulation

96.     Therefore, Okada discloses claim limitation 1 [E].

**6.     Claim 1[F]:  "said sequences generating no more than k consecutive sample periods without a transition in the recorded waveform."**

97.     The 8-to-13 data conversion tables, Tables 1-7, were constructed using the first of two "Rules."  (*See* the discussion of claim 1 [D], *supra*.)  Rule (1) also ensures that a 13-bit codeword cannot be comprised of all 1s or all 0s following NRZI modulation.  (Ex. 1011.)  Indeed, even in the scenario where any two 13-bit codewords are evaluated in succession, there would be no more than 22 consecutive samples periods without a transition with respect to the 13-bit

- 41 -

codewords disclosed in Okada, since Rule (1) requires there to be "at least one '0' and an even number of consecutive '1['s]'," (Ex. 1007 at 3:64-68), which hypothetically allows for a run of 22 consecutive 1's when two codewords having eleven (11) consecutive 1's are concatenated. There can be even fewer consecutive sample periods without a transition when Okada's Rule (2) is used, because a string of "01010" must be included in each of the 13-bit codewords.  (*See* Tables 8 and 9 (codewords before NRZI modulation); Ex. 1011 at Tables 8 and 9 (after NRZI modulation).)  The sequences generated thus have "no more than k consecutive sample periods without a transition in the recorded waveform," as recited in claim 1 [F].  In any case, there can never be a codeword consisting of *all* 0's or *all* 1's—thus, k is a finite number.

98.     Thus, Okada discloses claim limitation 1 [F], and claim 1 in its entirety is anticipated by Okada.

### B.     Claim 2 is anticipated by Okada

99.     Claim 2 recites "Apparatus as in claim 1 wherein the j consecutive transition limit is defined by the relationship $2 \leq j < 10$."  As shown above, Okada anticipates claim 1 from which claim 2 depends.  As to the additional limitation of claim 2, Okada discloses apparatuses and methods wherein the consecutive transition limit is defined as $j = 2$.  (*See* the discussion of claims 1 [D] and 1 [E], *supra*.)  Okada thus anticipates claim 2.

- 42 -

LSI Corp. Exhibit 1010
Page 46

C.    **Claim 8 is anticipated by Okada**

100.    Claim 8 recites "Apparatus as in claim 2 wherein the consecutive transition limit is defined by the relationship j=2." As shown above, Okada discloses all the elements of claims 1 and 2 from which claim 8 depends. As to the additional limitation of claim 8, Okada discloses apparatuses and methods wherein $j = 2$. (*See* the discussion of claims 1 [D] and 1 [E], *supra*.) Okada thus anticipates claim 8.

D.    **Claim 9 is anticipated by Okada**

101.    Claim 9 recites "Apparatus as in claim 2 wherein the binary sequences produced by combining codewords have no more than j consecutive 1's and no more than k consecutive 0's when used with a NRZI recording format." As to the additional limitation of claim 9, Okada discloses that the binary sequences produced by combining the disclosed 13-bit codewords, after NRZI modulation, have no more than 2 consecutive 1's and no more than k consecutive 0's. (*See* the discussion of claims 1 [D], 1 [E], and 1 [F], *supra*.; Ex. 1011) Okada thus anticipates claim 9.

E.    **Claim 10 is anticipated by Okada**

102.    Claim 10 recites "Apparatus as in claim 2 wherein binary sequences produced by combining codewords have no more than one of j consecutive transitions from 0 to 1 and from 1 to 0 and no more than k+1 consecutive 0's and k+1 consecutive 1's when used in conjunction with a NRZ recording format." As

- 43 -

shown above, Okada anticipates claims 1 and 2 from which claim 10 depends. Okada discloses an MTR constraint of j = 2 (*i.e.* at most two consecutive "1s" following NRZI modulation) and k=22 (*i.e.*, at most k consecutive "0's" in NRZI format). (*See* the discussion of claims 1 [D], 1 [E], and 1 [F], *supra*.; Ex. 1011.)

103.    As to the additional limitations of claim 10, Okada discloses no more than one of 2 consecutive transitions from 0 to 1 and from 1 to 0 in NRZ format. In particular, Tables 1-7 show at most 1 such consecutive transition, because each codeword consists of an even number of 1's surrounded by strings of 0's. (Ex. 1007.) Tables 8 and 9 show at most 2 such consecutive transitions (*i.e.*, j = 2), as the interior of each codeword includes the string "0010100." (*See* Ex. 1007 at Tables 8 and 9.) Sequences such as "010" and "101" do not occur at the beginning or end of codewords, thus ensuring that the j = 2 constraint is met when codewords are combined. (*Id*.) Further, as confirmed in the '601 Patent, k consecutive 0's in *NRZI* format is equivalent to no more than k + 1 consecutive 0's and k + 1 consecutive 1's, in *NRZ* format. (Ex. 1001 at 1:15-36;; *see* Ex. 1007, Tables 1-9 (NRZ format); Ex. 1011 (NRZI format)).

104.    Okada thus anticipates claim 10.

LSI Corp. Exhibit 1010
Page 48

### F.   Claim 13 is anticipated by Okada

#### 1.   Claim 13[A]:  "A method for encoding m-bit binary datawords into n-bit binary codewords in a recorded waveform, where m and n are preselected positive integers such that n is greater than m, comprising the steps of:"

105.   Claim 13 is highly similar to claim 1, but claim 13 recites a "method" while claim 1 recites an "apparatus."

106.   As informed by counsel, the preamble of the claim may not be limiting.  Alternatively, if the preamble is found to be limiting, as shown above with respect to claim 1 [A], Okada discloses apparatuses and methods for encoding 8-bit binary datawords into 13-bit binary codewords, in a recorded waveform. Okada thus discloses claim 13 [A].

#### 2.   Claim 13[B]:  "receiving binary datawords; and"

107.   As shown above with respect to claim element 1 [B], Okada discloses "receiving binary datawords" in that "record information" consisting of 8-bit binary datawords is received and inputted into a "8-13 converter."  (*See* Ex. 1007, Fig. 6).  The "record information" consists of "a digital signal," *i.e.*, a binary signal.  (*Id.* at 2:57:61).  In the embodiment of Figure 6, the binary signal information consists of "8-bit input record information."  (*Id.* at 3:61-63).  Okada therefore discloses claim element 13 [B].

- 45 -

### 3.   Claim 13[C]:  "producing sequences of n-bit codewords;"

108.   As shown above with respect to claim 1 [C], Okada discloses

producing sequences of 13-bit codewords from 8-bit input datawords.  Okada

therefore discloses claim element 13 [C].

### 4.   Claim 13[D]:  "imposing a pair of constraints (j;k) on the encoded waveform;"

109.   As explained above with respect to claim element 1 [D], Okada

discloses an 8-to-13 bit converter (10) that imposes a pair of constraints (j;k) on the

encoded waveform output from the converter.  Thus, Okada discloses claim

element 13 [D].

### 5.   Claim 13[E]:  "generating no more than j consecutive transitions of said sequence in the recorded waveform such that $j \geq 2$; and"

110.   As explained above with respect to claim element 1 [E], Okada

discloses the generation of no more than two (2) consecutive transitions in the

recorded waveform.  Therefore, Okada discloses $j = 2$, and thus discloses claim 13

[E].

### 6.   Claim 13[F]:  "generating no more than k consecutive sample periods of said sequences without a transition in the recorded waveform."

111.   For the reasons discussed above with respect to claim element 1 [F],

Okada discloses generation of no more than k consecutive sample periods of said

- 46 -

sequences without a transition in the recorded waveform.  Okada thus discloses

claim element 13 [F].

### G.     Claim 14 is anticipated by Okada

112.    Claim 14 recites "The method as in claim 13 wherein the consecutive

transition limit is defined by the relationship $2 \leq j < 10$."  As discussed

previously, Okada anticipates claim 13 from which claim 14 depends.  As to the

additional limitation of claim 14, as shown above with respect to apparatus claims

2 and 8, Okada discloses $j = 2$, and thus anticipates claim 14.

### H.     Claim 15 is anticipated by Okada

113.    Claim 15 recites "The method as in claim 14 wherein the consecutive

transition limit is j=2."  As discussed previously, Okada anticipates claims 13 and

14 from which claim 15 depends.  As to the additional limitation of claim 15, as

shown above with respect to apparatus claims 2, 8, and 14, Okada discloses $j = 2$,

and thus anticipates claim 15.

### I.     Claim 16 is anticipated by Okada

114.    Claim 16 recites "The method as in claim 14 wherein the binary

sequences produced by combining codewords have no more than j consecutive 1's

and no more than k consecutive 0's when used with the NRZI recording format."

115.    As discussed previously, Okada anticipates claim 14 from which

claim 16 depends.  As to the additional limitation of claim 16, Okada discloses that

- 47 -

LSI Corp. Exhibit 1010
Page 51

the binary sequences produced by combining the disclosed 13-bit codewords, after NRZI modulation, have no more than 2 consecutive 1's (*i.e.*, j = 2) and no more than a finite number of k consecutive 0's, as explained previously with respect to claim 9.  Okada thus anticipates claim 16.

### J.     Claim 17 is anticipated by Okada

116.   Claim 17 recites "The method as in claim 14 wherein the binary sequences produced by combining codewords have no more than one of j consecutive transitions from 0 to 1 and from 1 to 0 and no more than one of k+1 consecutive 0's and k+1 consecutive 1's when used in conjunction with the NRZ recording format."

117.   As discussed previously, Okada anticipates claim 14 from which claim 17 depends.  In addition, for the reasons discussed previously with respect to claim 10, Okada discloses that the binary sequences produced by combining codewords have no more than one of j consecutive transitions from 0 to 1 and from 1 to 0 and no more than one of k+1 consecutive 0's and k+1 consecutive 1's when used in conjunction with the NRZ recording format.

118.    Okada thus anticipates claim 17.

## VIII.  CLAIMS 1, 2, 8-10, AND 13-17 ARE ANTICIPATED BY TSANG

119.   As mentioned above, Tsang was not cited by the applicant or the patent examiner during prosecution of the application that led to the '601 patent.

- 48 -

As discussed in detail below, it is my opinion that claims 1, 2, 8-10, and 13-17 of the '601 patent are anticipated by Tsang.

### A.   Claim 1 is anticipated by Tsang

#### 1.   Claim 1[A]:  "Apparatus for encoding m-bit binary datawords into n-bit binary codewords, in a recorded waveform, where m and n are preselected positive integers such that n is greater than m, comprising:"

120.   I am informed that the preamble of independent claim 1 may not be limiting because, for instance, it merely provides a description for the limitations recited in the body of the claim.  In any event, Tsang discloses and claims the limitation recited in claim 1 [A].

121.   Tsang discloses apparatuses and methods for encoding "data words … having 'm' successive bits" into "code words … having 'n' bits where 'n' is greater than 'm.'"  (Ex. 1009 at 2:28-44.)  In a first embodiment, Tsang discloses $m = 5$ and $n = 6$.  (Ex. 1009 at 4:1-6 ("To achieve a m/n rate equal to 5/6 in an MTR code with MTR=2 using code words of 6 bits in length (n=6)…").)  In a second embodiment, Tsang discloses $m = 6$ and $n = 7$.  (*Id*. at 10:17-19 ("A further maximum transition run code example is provided by such a code having a 6/7 rate.").)

122.   Indeed, Tsang itself claims "[a]n apparatus for encoding selected data blocks having a selected data number [m] of ordered symbols therein into corresponding code blocks having a selected code number [n] of ordered symbols

- 49 -

therein, with said code number [n] being greater than said data number [m]."  (Ex. 1009 at 19:34-38) (claim 1).  Claim 5 recites the apparatus of claim 1 wherein "said selected data number [m] equals five, and wherein said selected code number [n] equals six." (*Id*. at 19:65-68.)  Claim 6 recites the apparatus of claim 1 wherein "said selected data number [m] equals six, and wherein said selected code number [n] equals seven."  (*Id*. at 20:1-3.)

123.   Thus, Tsang discloses claim element 1 [A].

## 2.    Claim 1[B]:  "receiver means for receiving the dataword;"

124.   As discussed in the "Claim Construction" Section above, this limitation does not invoke § 112(f) and thus needs no construction.  Alternatively, if § 112(f) applies, then the limitation reads on input receivers associated with read channel encoders, or their equivalents.

125.   In a first embodiment, depicted in Figure 4A, Tsang discloses datawords (11) being supplied to a receiver means, *i.e*., a "five bit input register, 10" that serves "as the data word receiver at a system input":

- 50 -



*Fig. 4A*

(Ex. 1009 at Fig. 4A; *see id.* at 6:5-10.)  The receiver means (10) is coupled to a

read channel encoder (15).

126.   In a second embodiment, depicted in Figure 9A, Tsang discloses

datawords (61) being supplied to a receiver means, *i.e.*, a "six bit input register,

60":

LSI Corp. Exhibit 1010
Page 55



Fig. 9A

(Ex. 1009 at Fig. 9A; *see id*. at 11:43-49.)  The receiver means is coupled to a read channel encoder (65).

127.   Tsang further claims an "encoding receiver for receiving said data blocks."  (Ex. 1009 at 19:39-40) (claim 1).

128.   Thus, Tsang discloses claim element 1 [B]

### 3.   Claim 1[C]:  "encoder means coupled to the receiver means, for producing sequences of fixed length codewords;"

129.   As discussed in the "Claim Construction" Section above, this limitation does not invoke § 112(f) and thus needs no construction.  Alternatively, then the limitation reads on state-dependent encoders or block encoders, or their equivalents.

- 52 -

130.   In a first embodiment, Tsang discloses an encoder (15) coupled to a receiver means (10, a 5-bit register) for producing sequences of 6-bit codewords:



Fig. 4A

(Ex. 1009 at Fig. 4A; 6:5-28.)  Thus Tsang discloses "encoder means coupled to the receiver means, for producing sequences of fixed length codewords " from claim element 1 [C].

131.   To the extent  § 112(f) applies, with regards to encoder (15) in Figure 4A, in order to limit the resulting code to having at most two (2) consecutive transitions, *i.e.*, j = 2, after concatenation of codewords, "constraints are imposed on the transition branches in the trellis diagram so that the branches may only be associated with certain code words having suitable bit patterns to avoid the

- 53 -

LSI Corp. Exhibit 1010
Page 57

occurrence of three or more successive '1's'." (*Id*. at 4:33-39.)  Thus Tsang

discloses a state-dependent encoder.

132.   In a second embodiment, Tsang discloses an encoder (65) coupled to a

receiver means (60, a 6-bit register) for producing sequences of 7-bit codewords:



(Ex. 1009 at Fig. 9A; *see id*. at 11:43-56.)  Thus the second embodiment of Tsang

also discloses "encoder means coupled to the receiver means, for producing

sequences of fixed length codewords " from claim element 1 [C].

133.   Encoder (65) converts 6-bit input data to 7-bit codewords, and is a

state-dependent encoder.  (Ex. 1009 at 10:17-11:57.)

LSI Corp. Exhibit 1010
Page 58

134.   Further, Tsang claims "an encoder coupled to said encoding receiver for providing a corresponding said code block for each said data block." (Ex. 1009 at 19:41-43) (claim 1).

135.   Thus, Tsang discloses claim element 1 [C]

### 4.   Claim 1[D]:  "means for imposing a pair of constraints (j;k) on the encoded waveform wherein the j constraint is defined as the maximum number of consecutive transitions allowed on consecutive clock periods in the encoded waveform to facilitate the reduction of a probability of a detection error in said receiver means;"

136.   As discussed in the "Claim Construction" section above, this limitation does not invoke § 112(f) and thus needs no construction.

137.   Alternatively, the limitation reads on state-dependent or block encoders, or their equivalents.  As discussed above with respect to claim 1 [C], Tsang discloses state-dependent encoders (15 in Figure 4A; 65 in Figure 4B).

138.   The "MTR value" disclosed in Tsang is the same as the constraint "j" in claim element 1 [D].  "A class of block codes **that limits the number of consecutive symbol transitions** . . . are known as maximum transition run (MTR) codes."  (Ex. 1009 at 2:22-28 (emphasis added).)  For example, Tsang describes "[t]he upper bound of the MTR=2 code rate in which k=∞ has been found to be 0.8791 as indicated in the Seagate Annual Report."  (Ex. 1009 at 2:36-38.)  This precisely matches the scenario described in the later-filed '601 patent:

- 55 -

| Fig. 4 | |
| --- | --- |
| RLL *k* Constraint | Capacity with MTR *j* = 2 |
| ∞ | 0.8791 |

(Ex. 1001 at Fig. 4.)

139.   In a first embodiment, depicted in Figure 4A, Tsang discloses an encoder (15) "comprising a finite state machine based on the table in FIG. 3" (Ex. 1009 at 6:5-28.)  A finite state machine based on the table in Figure 3 provides a "maximum transition run code having a 5/6 rate" (*i.e.*, m = 5, n = 6), "with MTR=2 [*i.e.*, j=2] and k=9." (*Id.* at 5:25-6:4; Fig. 3.)   In a second embodiment, depicted in Figure 9A, Tsang discloses an encoder (65) "comprising a finite state machine based on the table in FIG. 8." (Ex. 1009 at 11:43-56.)  A finite state machine based on the table in Figure 8 provides a "maximum transition run code having a 6/7 rate" (*i.e.*, m = 6, n = 7), " with MTR=2 [*i.e.*, j = 2] and k=9." (*Id.* at 11:27-42; Fig. 8.)

140.   Further, Tsang discloses:

> As the recording densities become greater, the result is that transitions representing binary "1's" become recorded very close to each other in the magnetic media such that severe intersymbol-interference results. At densities considerably greater than those in currently commercially available products, the most likely error sequence has been

- 56 -

LSI Corp. Exhibit 1010
Page 60

demonstrated to consist of write patterns that contain three or more

unspaced consecutive transitions. A class of block codes that limits

the number of consecutive symbol transitions, typically representing

binary "1's", are known as maximum transition run (MTR) codes. To

avoid three or more consecutive transitions, codes with MTR values

(no more than two successive binary "1's" in the coding result) equal

to two are desirable.

(*Id*. at 2:14-27.)  Both embodiments of Tsang involve a MTR value of 2, and

thereby "limits the number of consecutive symbol transitions" and eliminates the

"most likely error sequence" in recorded data.  (*See id.*)  Tsang therefore discloses

facilitation of "the reduction of a probability of a detection error" in the receiver

means, as recited in claim 1 [D].

141.   Tsang also claims "an encoder coupled to said encoding receiver for

providing a corresponding said code block for each said data block," such that

"each said code block and any concatenations of said code blocks are without more

than a preselected first symbol number of successive repetitions of a first symbol

throughout, and without more than a preselected second symbol number of

successive repetitions of a second symbol throughout."  (Ex. 1009 at 19:41-57)

(claim 1).  Claim 2 recites the apparatus of claim 1 wherein "said first symbol is a

'0' and said second is a '1.'"  (*Id*., 19:58-60.)  Claim 3 recites the apparatus of

claim 1 wherein "said first symbol number equals nine," *i.e*., k = 9.  (*Id*., 19:61-

LSI Corp. Exhibit 1010
Page 61

62.) Claim 4 recites the apparatus of claim 1 wherein "said second symbol number equals two," *i.e*., j = 2.  (*Id*., 19:63-64.)

142.   Thus, Tsang discloses claim limitation 1 [D]

### 5.   Claim 1[E]:  "said sequences generating no more than j consecutive transitions in the recorded waveform such that j is an integer equal to or greater than 2; and"

143.   As discussed above with respect to claim 1 [D], Tsang discloses apparatuses having an MTR ("j") value of 2.  As also discussed above with respect to claim 1 [D], Claim 4 of Tsang specifically claims j = 2.  A value of j=2 ensures that the recorded waveform "avoid[s] three or more consecutive transitions."  (Ex. 1009 at 2:25-28.  Tsang thus discloses claim element 1 [E].

### 6.   Claim 1[F]:  "said sequences generating no more than k consecutive sample periods without a transition in the recorded waveform."

144.   As discussed above with respect to claim element 1 [D], Tsang discloses apparatuses having a constraint k of 9, which ensures generation of no more than 9 consecutive sample periods without a transition in the recorded waveform.  (*See* Ex. 1009 at 2:3-5; 5:25-39)  And as also discussed above with respect to claim element 1 [D], claim 3 of Tsang specifically claims k = 9.  Tsang thus discloses claim element 1 [F].

LSI Corp. Exhibit 1010
Page 62

**B.    Claim 2 is anticipated by Tsang**

145.    Claim 2 recites "Apparatus as in claim 1 wherein the j consecutive transition limit is defined by the relationship $2 \leq j < 10$."

146.    As shown  above, Tsang anticipates claim 1 from which claim 2 depends.  As to the additional limitation of claim 2, Tsang discloses and claims apparatuses and methods wherein j = 2.  (*See* the discussion of claims 1 [D] and 1 [E], *supra*.)  Tsang thus anticipates claim 2.

**C.    Claim 8 is anticipated by Tsang**

147.    Claim 8 recites "Apparatus as in claim 2 wherein the consecutive transition limit is defined by the relationship j=2."

148.    As shown  above, Tsang anticipates claims 1 and 2 from which claim 8 depends.  As to the additional limitation of claim 8, Tsang discloses and claims apparatuses and methods wherein j = 2.  (*See* the discussion of claims 1 [D] and 1 [E], *supra*.)  Tsang thus anticipates claim 8.

**D.    Claim 9 is anticipated by Tsang**

149.    Claim 9 recites "Apparatus as in claim 2 wherein the binary sequences produced by combining codewords have no more than j consecutive 1's and no more than k consecutive 0's when used with a NRZI recording format."

150.    As shown  above, Tsang anticipates claim 1 from which claims 2 and 9 depend.  As to the additional limitation of claim 9, Tsang discloses and claims

- 59 -

LSI Corp. Exhibit 1010
Page 63

that, after NRZI modulation, (*see* Ex. 1009 at 1:5-41; 2:22-25), where j=2, "invalid patterns (three or more consecutive 1's) do not occur when these code words are concatentated." (*E.g.,* Ex. 1009 at 4:3-13.) Further "the '0's' run length 'k' constraint" = 9, and therefore no more than 9 consecutive zeros are found. (Ex. 1009 at 5:25-39.) (*See* the discussion of claims 1 [D], 1 [E], and 1 [F], supra.)

151. Tsang thus anticipates claim 9.

### E.   Claim 10 is anticipated by Tsang

152. Claim 10 recites "Apparatus as in claim 2 wherein binary sequences produced by combining codewords have no more than one of j consecutive transitions from 0 to 1 and from 1 to 0 and no more than k+1 consecutive 0's and k+1 consecutive 1's when used in conjunction with a NRZ recording format."

153. As shown  above, Tsang anticipates claims 1 and 2 from which claim 10 depends.  In particular, Tsang discloses and claims that the binary sequences produced by combining codewords, after NRZI modulation, have no more than 2 consecutive 1's and no more than 9 consecutive 0's, *i.e*., j = 2 and k = 9.  (*See* the discussion of claims 1 [D], 1 [E], and 1 [F], *supra*.)

154. As to the additional limitations of claim 10, Okada discloses no more than one of 2 consecutive transitions from 0 to 1 and from 1 to 0 in NRZ format. In particular, Figure 3 shows the code word assignment and next state table for a 5/6 rate MTR code having j = 2 and k = 9 constraints.  (Ex. 1009 at 3:44-46).   The

- 60 -

32 rows of codewords in Figure 3 are shown in NRZI format.  (Ex. 1009 at 1:5-26, 4:3-18.)  As can be observed, each such codeword has at most two consecutive 1's in a row.  A sequence "11" in NRZI results from NRZ strings of "0101" or "1010," *i.e.*, one of 2 consecutive transitions from 0 to 1 and from 1 to 0 in NRZ format, as claimed.  Figure 3 shows two columns of codewords for each data word, corresponding to "State 0" and "State 1."  Tsang uses a "two-state trellis diagram" which ensures that the MTR $j = 2$ constraint is satisfied across codeword boundaries.  (Ex. 1009 at 4:3-18; Ex.) (Figure 8 is similar to Figure 3, but corresponds to a second embodiment having a 6/7 rate MTR code having $j = 2$ and $k = 9$ constraints.)  As stated in the '601 Patent, k consecutive 0's in *NRZI* format is equivalent to no more than $k + 1$ consecutive 0's and $k + 1$ consecutive 1's, in *NRZ* format.  (Ex. 1001 at 1:15-36.)

155.   Tsang thus anticipates claim 10.

**F.   Claim 13 is anticipated by Tsang**

    **1.   Claim 13[A]:  "A method for encoding m-bit binary datawords into n-bit binary codewords in a recorded waveform, where m and n are preselected positive integers such that n is greater than m, comprising the steps of:"**

156.   Claim 13 is highly similar to claim 1, but claim 13 recites a "method" while claim 1 recites an "apparatus."

157.   As informed by counsel, the preamble of the claim may not be limiting.  Alternatively, if the preamble is found to be limiting, as shown above,

LSI Corp. Exhibit 1010
Page 65

Tsang discloses and claims apparatuses and methods for encoding m-bit binary datawords into n-bit binary codewords, in a recorded waveform, wherein m is greater than n.  (*See* the discussion of claim 1 [A], *supra*.)

158.   Tsang thus discloses and claim element 13 [A].

### 2.   Claim 13[B]:  "receiving binary datawords; and"

159.   As explained above with respect to claim element 1 [B], Tsang discloses a first embodiment, depicted in Figure 4A, wherein datawords (11) are received by a "data word receiver" consisting of a 5-bit register (10), and a second embodiment, depicted in Figure 9A, wherein datawords (61) are received by a 6-bit register (60).  Tsang thus discloses and claims claim 13 [B].

### 3.   Claim 13[C]:  "producing sequences of n-bit codewords;"

160.   As explained above with respect to claim element 1 [C], Tsang discloses a first embodiment wherein an encoder (15) is coupled to a receiver means (10) for producing sequences of 6-bit codewords.  (Ex. 1009, Figure 4A; 6:5-28.)  In a second embodiment, Tsang discloses an encoder (65) coupled to a receiver means (60) for producing sequences of 7-bit codewords.   (*Id*., Figure 9A; 11:43-56.)  Thus, Tsang discloses claim element 13 [C].

- 62 -

LSI Corp. Exhibit 1010
Page 66

4. **Claim 13[D]:  "imposing a pair of constraints (j;k) on the encoded waveform;"**

161.   As explained above with respect to claim elements 1 [D], [E], and [F], Tsang discloses and claims MTR constraints j = 2 and k = 9.  Thus, Tsang discloses claim element 13 [D].

5. **Claim 13[E]:  "generating no more than j consecutive transitions of said sequence in the recorded waveform such that j ≥ 2; and"**

162.   As explained above with respect to claim elements 1 [E], Tsang discloses and claims MTR constraints j = 2, resulting in generation of not more than 2 consecutive transitions.  Thus, Tsang discloses claim element 13 [E].

6. **Claim 13[F]:  "generating no more than k consecutive sample periods of said sequences without a transition in the recorded waveform."**

163.   As discussed above with respect to claim element 1 [F], Tsang discloses and claims MTR constraint k = 9, ensuring no more than 9 consecutive sample periods without a transition in the recorded waveform.  Thus, Tsang discloses and claims claim 13 [F].

G. **Claim 14 is anticipated by Tsang**

164.   Claim 14 recites "The method as in claim 13 wherein the consecutive transition limit is defined by the relationship 2 ≤ j < 10."

165.   As explained previously, Tsang anticipates claim 13 from which claim 14 depends.  As to the additional limitations of claim 14, as explained above with

- 63 -

respect to claim 2, Tsang discloses and claims apparatuses and methods wherein j = 2.  Tsang thus anticipates claim 14.

### H.    Claim 15 is anticipated by Tsang

166.   Claim 15 recites "The method as in claim 14 wherein the consecutive transition limit is j=2."

167.   As discussed previously, Tsang anticipates claims 13 and 14 from which claim 15 depends.  As to the additional limitation of claim 15, as shown above with respect to apparatus claim 2, Tsang discloses and claims apparatuses and methods wherein j = 2.  Tsang thus anticipates claim 15.

### I.    Claim 16 is anticipated by Tsang

168.   Claim 16 recites the "method as in claim 14 wherein the binary sequences produced by combining codewords have no more than j consecutive 1's and no more than k consecutive 0's when used with the NRZI recording format."

169.   As explained previously, Tsang anticipates claim 14 from which claim 16 depends.  As to the additional limitations of claim 16, Tsang discloses and claims that the binary sequences produced by combining the disclosed 6- and 7-bit codewords, after NRZI modulation, have no more than 2 consecutive 1's and no more than 9 consecutive 0's, *i.e.*, j = 2, k = 9 .  (*See* the discussion of claims 1 [D], 1 [E], and 1 [F], *supra*.)  Tsang thus anticipates claim 16.

LSI Corp. Exhibit 1010
Page 68

**J.     Claim 17 is anticipated by Tsang**

170.   Claim 17 recites "The method as in claim 14 wherein the binary sequences produced by combining codewords have no more than one of j consecutive transitions from 0 to 1 and from 1 to 0 and no more than one of k+1 consecutive 0's and k+1 consecutive 1's when used in conjunction with the NRZ recording format."

171.   As discussed previously, Tsang anticipates claims 14 from which claim 17 depends.  In addition, for the reasons discussed previously with respect to claim 10, Tsang discloses that the binary sequences produced by combining codewords have no more than one of j consecutive transitions from 0 to 1 and from 1 to 0 and no more than one of k+1 consecutive 0's and k+1 consecutive 1's when used in conjunction with the NRZ recording format.

172.   Tsang thus anticipates claim 17.

## IX.   CLAIMS 12 AND 21 ARE OBVIOUS OVER OKADA IN VIEW OF SHIMODA

**A.     Claim 12 is obvious over Okada in view of Shimoda**

173.   Claim 12 recites "Apparatus as in claim 2 wherein the receiver means incorporates means for removing certain code-violating patterns from the detection process wherein the detection process comprises *at least one of* the steps of: removing states and state transitions corresponding to more than j consecutive transitions from a Viterbi trellis …"  [Emphasis added.]

- 65 -

174.   As shown above, Okada teaches all of the limitations recited in claims 1 and 2, from which claim 12 depends.  (*See* the discussion of Okada with respect to anticipation of claims 1 and 2, *supra*.)  Okada teaches a 8-to-13 block encoder, but does not disclose "means for removing certain code-violating patterns from the detection process" wherein the detection process comprises "removing states and state transitions corresponding to more than j consecutive transitions from a Viterbi trellis."

175.   Shimoda discloses an apparatus and method for encoding binary data into codewords using an RLL code (as opposed to MTR code).  The apparatus and method comprises an encoder (101), a recording/reproducing system (102), a Viterbi equalizer (103), and a decoder (104), as depicted in Figures 7 and 8:



- 66 -

LSI Corp. Exhibit 1010
Page 70



(Ex. 1008, Figs. 7 and 8, respectively.)

176.   The encoder (101) encodes recording data into run length limited

("RLL") code data.  (Ex. 1008, 4:13-27.)  The recording/reproducing system (102)

records the RLL code data on a recording medium, such as a magnetic disk, and

reproduces the RLL code data from the recording medium.  The Viterbi equalizer

(103) equalizes the RLL code data read out from the recording medium.  The

decoder (104) decodes equalized RLL code data output by the Viterbi equalizer

103, and generates reproduction data.  (*See id.*)

177.   The Viterbi equalizer eliminates the intersymbol interference which

takes place in the recording/reproducing system (102).  (Ex. 1008, 4:28-40).  "A

viterbi decoding algorithm designed for use with an RLL code does not particular

have state transitions inherent in the RLL code."  (*Id.*)  " In other words, there are

state transitions which do not take place due to the rule of the RLL code."  Thus, "a

maximum likelihood path determination circuit provided in the viterbi equalizer …

- 67 -

does not have any structural elements related to the state transitions which do not take place due to the rule of the RLL code." (*Id.*)

178.   In one embodiment, Shimoda discloses an RLL (1,7) code generated in accordance with the following rules:

| BASIC TRANSFORM | |
|---|---|
| DATA | CODE WORD |
| 00 | 101 |
| 01 | 100 |
| 10 | 001 |
| 11 | 010 |

| EXCEPTION | | |
|---|---|---|
| DATA | CODE WORD BASED ON BASIC TRANSFORM | CORRECTED CODE WORD |
| 0000 | 101101 | 101000 |
| 0001 | 101100 | 100000 |
| 1000 | 001101 | 001000 |
| 1001 | 001100 | 010000 |

(Ex. 1008, 4:65-5:31).  Shimoda discloses "the trellis state transition diagram of the Viterbi equalizer (114)" in Figure 9, (*id.*), which is reproduced below:

- 68 -

LSI Corp. Exhibit 1010
Page 72



RLL (1, 7), 3 TAPS

(Ex. 1008, Fig. 9.) "In FIG. 9, it is assumed that the directions of the write current (recording data) are defined as +1 and -1. In this case, a time series of the write current encoded into the (1,7) code does not have two transitions (+1, -1, +1) and (-1, +1, -1)." (*Id.*, 5:23-30). "Thus, *state transitions indicated by broken lines shown in FIG. 9 do not take place in the viterbi equalizer 114* which uses the RLL (1,7) code." (*Id.*) (emphasis added). As discussed above in Section III(E), the term "means for removing certain code-violating patterns" reads on a Viterbi trellis corresponding to a detection system, or its equivalents. Shimoda, in Figure 9, discloses this structure.

179. In another embodiment, Shimoda discloses an RLL (2,7) code generated in accordance with the following rules:

LSI Corp. Exhibit 1010
Page 73

| DATA | CODE WORD |
|------|-----------|
| 10 | 0100 |
| 11 | 1000 |
| 000 | 000100 |
| 010 | 100100 |
| 011 | 001000 |
| 0010 | 00100100 |
| 0011 | 00001000 |

(Ex. 1008 at 6:52-7:8.)  In this embodiment, a time series of the write data "does not have state transitions of (+1, -1, +1), (-1, +1, -1), (+1, -1, -1, +1) and (-1, +1, +1, -1)."  (*Id*., 7:1-8).  "Thus, ***there are not state transitions indicated by broken lines shown in FIG. 12, and it is not necessary for the viterbi equalizer 114 to have circuits related to such state transitions*** which do not take place at all."  (*Id*.) (emphasis added).  Figure 12 is reproduced below:

LSI Corp. Exhibit 1010
Page 74



RLL(2,7), 4 TAPS

(Ex. 1008, Fig. 12.)  Shimoda, in Figure 12, therefore discloses an additional

Viterbi trellis corresponding to a detection system, which corresponds to the claim

term "means for removing certain code-violating patterns."

- 71 -

LSI Corp. Exhibit 1010
Page 75

180.   Shimoda therefore discloses apparatuses and methods "wherein the receiver means incorporates means for removing certain code-violating patterns from the detection process wherein the detection process comprises" a step of "removing states and state transitions corresponding to" transitions that violate RLL (d,k) codes "from a Viterbi trellis."

181.   It would have been obvious for a person having ordinary skill in the art at the time of the alleged invention to combine the teachings of Okada and Shimoda to arrive at the alleged invention recited in claim 12.  Both references address issues with data storage and associated apparatus and methods to reduce errors.  (Ex. 1007 at abstract; Ex. 1008 at abstract.)  A person of ordinary skill naturally would have been motivated to include with the 8-to-13 bit block encoder of Okada a Viterbi trellis corresponding to a "maximum likelihood path" detection system, as taught by Shimoda, because Okada is sub-optimal and it was well-known that the purpose of "maximum likelihood path detection" systems is to lower the bit error rate in an optimal manner.  A maximum likelihood path detection system computes the most probable input resulting in an observed output. One of ordinary skill would have thus been motivated to further minimize the bit error rate by optimizing the apparatus described in Okada using the Viterbi trellis of Shimoda.  Further, adapting the recording apparatus of Okada in this way in view of Shimoda was well within the ability of one of ordinary skill in the art at the

LSI Corp. Exhibit 1010
Page 76

time.  Indeed, removing states and state transitions corresponding to code violating patterns from a Viterbi trellis is a routine function, well-known and easily employed by graduate students in the field.  Moreover, doing so would have produced the predictable (and desirable) result of a lower bit error rate.

182.   Further, a person of ordinary skill would have been motivated to include in the detection process a step of removing states and state transitions corresponding to more than j consecutive transitions from the Viterbi trellis, as taught by Shimoda, because then the device does not need to "have any structural elements related to the state transitions which do not take place due to the rule" of the MTR code, (Ex. 1008 at 4:28-40), making the device more "compact" and "less expensive."   (*Id*. at 2:64-65.)

183.   Claim 12 is therefore obvious over Okada in view of Shimoda.

**B.    Claim 21 is obvious over Okada in view of Shimoda.**

184.   Claim 21 recites "The method as in claim 13 wherein the method of receiving data incorporates the removal of certain code-violating patterns from the detection process wherein the detection process comprises ***at least one*** of the steps of: removing states and state transitions corresponding to more than j consecutive transitions from a Viterbi trellis …"  [Emphasis added.]

185.   As shown above in the Section discussing Okada's anticipation of certain claims, Okada teaches all of the limitations recited in claim 13 from which

- 73 -

claim 21 depends.  Further, "method" claim 21 is similar to "apparatus" claim 12.
As shown above, claim 12 is obvious over Okada in view of Shimoda.  Claim 21 is
obvious for the same reasons.

186.   Again, Okada teaches a 8-to-13 block encoder, but does not disclose
"the removal of certain code-violating patterns from the detection process"
wherein the detection process comprises "removing states and state transitions
corresponding to more than j consecutive transitions from a Viterbi trellis."  As
shown above with respect to claim 12, Shimoda teaches a Viterbi trellis
corresponding to a maximum likelihood path detection system, wherein RLL code
violating states and states transitions are removed from the detection process.  For
the same reasons discussed with respect to claim 12, it would have been obvious
for a person having ordinary skill in the art at the time of the alleged invention to
combine the teachings of Okada and Shimoda to arrive at the alleged invention
recited in claim 21.

187.   Claim 21 is therefore obvious over Okada in view of Shimoda, for the
same reasons that claim 12 is obvious over Okada in view of Shimoda

## X.   CLAIMS 12 AND 21 ARE OBVIOUS OVER TSANG IN VIEW OF SHIMODA

### A.   Claim 12 is obvious over Tsang in view of Shimoda

188.   Claim 12 recites "Apparatus as in claim 2 wherein the receiver means
incorporates means for removing certain code-violating patterns from the detection

LSI Corp. Exhibit 1010
Page 78

process wherein the detection process comprises ***at least one of*** the steps of:
removing states and state transitions corresponding to more than j consecutive
transitions from a Viterbi trellis …"  [Emphasis added.]

189.   As shown above, Tsang teaches all of the limitations recited in claims
1 and 2, from which claim 12 depends.  (*See* the discussion of Tsang's anticipation
of claims 1 and 2, *supra*.)  In particular, Tsang discloses and claims rate 5/6 and
rate 6/7 encoders, each having MTR constraints of j = 2 and k = 9.  Tsang teaches
the use of a "trellis diagram in such a manner that invalid patterns (three or more
consecutive 1's) do not occur when … code words are concatenated."  (Ex. 1009 at
4:3-19; *see id*. at 10:17-11:57.)

190.   To the extent it is found, however, that Tsang does not disclose
"means for removing certain code-violating patterns from the detection process
wherein the detection process comprises at least one of the steps of: removing
states and state transitions corresponding to more than j consecutive transitions
from a Viterbi trellis," Shimoda supplies such teachings.  As discussed previously,
Shimoda teaches a Viterbi trellis corresponding to a maximum likelihood path
detection system, wherein RLL code violating states and states transitions are
removed from the detection process.  (*See supra*.).

191.   It would have been obvious for a person having ordinary skill in the
art at the time of the alleged invention to combine the teachings of Tsang and

- 75 -

Shimoda to arrive at the alleged invention recited in claim 12.  Tsang expressly

discloses the use of a "trellis diagram" to eliminate "invalid patterns."  In

particular, a person of ordinary skill would have naturally looked to different trellis

options in the art, including the Viterbi trellis corresponding to a "maximum

likelihood path" detection system taught by Shimoda to accomplish this

elimination of "invalid patterns," especially because it was well-known that the

purpose of optimal "maximum likelihood path detection" systems such as

disclosed in Shimoda is to lower the bit error rate.  A maximum likelihood path

detection system computes the most probable input resulting in an observed output.

One of ordinary skill would have thus been motivated the Viterbi trellis of

Shimoda as the "trellis diagram" that eliminates "invalid patterns" in Tsang.

Further, using the Viterbi trellis from Shimoda for the "trellis diagram" from Tsang

was well within the ability of one of ordinary skill in the art at the time of the

invention of the '601 patent.  Indeed, removing code violating states and state

transitions from a Viterbi trellis was a routine function at that time, well-known

and easily employed by even graduate students.  Moreover, doing so would have

produced the predictable (and desirable) result of a lower bit error rate.

192.   Further, a person of ordinary skill would have been motivated to

include in the detection process a step of removing states and state transitions

corresponding to more than j consecutive transitions from the Viterbi trellis, as

LSI Corp. Exhibit 1010
Page 80

taught by Shimoda, because then the device does not need to "have any structural elements related to the state transitions which do not take place due to the rule" of the MTR code, (Ex. 1008 at 4:28-40), making the device more "compact" and "less expensive."   (*Id.* at 2:64-65.)

193.   Claim 12 is therefore obvious over Tsang in view of Shimoda.

**B.   Claim 21 is obvious over Tsang in view of Shimoda.**

194.   Claim 21 recites "The method as in claim 13 wherein the method of receiving data incorporates the removal of certain code-violating patterns from the detection process wherein the detection process comprises ***at least one*** of the steps of: removing states and state transitions corresponding to more than j consecutive transitions from a Viterbi trellis …"  [Emphasis added.]

195.   As shown above, Tsang teaches all of the limitations recited in claim 13 from which claim 21 depends.  Further, "method" claim 21 is similar to "apparatus" claim 12.  As shown above, apparatus claim 12 is obvious over Tsang in view of Shimoda.  Method claim 21 is obvious over Tsang in view of Shimoda, for the same reasons that claim 12 is obvious.

196.   Again, if Tsang does not disclose "means for removing certain code-violating patterns from the detection process wherein the detection process comprises at least one of the steps of: removing states and state transitions corresponding to more than j consecutive transitions from a Viterbi trellis,"

LSI Corp. Exhibit 1010
Page 81

Shimoda supplies such teachings.  As discussed previously, Shimoda teaches a Viterbi trellis corresponding to a maximum likelihood path detection system, wherein RLL code violating states and states transitions are removed from the detection process.

197.   It would have been obvious for a person having ordinary skill in the art at the time of the alleged invention to combine the teachings of Tsang and Shimoda to arrive at the alleged invention recited in claim 21.

198.   Claim 21 is therefore obvious over Tsang in view of Shimoda, for the same reasons that claim 12 is obvious over Tsang in view of Shimoda

## XI.   SECONDARY CONSIDERATIONS OF NON-OBVIOUSNESS

199.   As discussed above, I understand the objective factors indicating obviousness or non-obviousness may include: commercial success of products covered by the patent claims; a long-felt need for the invention; failed attempts by others to make the invention; copying of the invention by others in the field; unexpected results achieved by the invention; praise of the invention by the infringer or others in the field; the taking of licenses under the patent by others; expressions of surprise by experts and those skilled in the art at the making of the invention; and the inventors proceeded contrary to the accepted wisdom of the prior art.

- 78 -

200.   I have considered these factors in my above obviousness analyses and am not aware of any evidence at this stage indicating that at any of these factors would weigh against a finding of obviousness.

## XII.   CONCLUSION

201.   For the reasons given above, it is my opinion that the Challenged Claims of the '601 patent are not patentable, and should be cancelled.

LSI Corp. Exhibit 1010
Page 83

# APPENDIX A

Case 5:18-cv-00821-EJD Document 240-10 Filed 05/13/22 Page 86 of 118
CASE 5:18-cv-00821-WMW-SER Document 40-3 Filed 11/11/18 Page 1 of 3

3992                                               IEEE TRANSACTIONS ON MAGNETICS, VOL. 32, NO. 5, SEPTEMBER 1996

# Maximum Transition Run Codes for Data Storage Systems

Jaekyun Moon and Barrett Brickner
Center for Micromagnetics and Information Technologies
Department of Electrical Engineering, University of Minnesota
Minneapolis, Minnesota 55455

*Abstract* — **A new code is presented which improves the minimum distance properties of sequence detectors operating at high linear densities. This code, which is called the maximum transition run code, eliminates data patterns producing three or more consecutive transitions while imposing the usual k-constraint necessary for timing recovery. The code possesses the similar distance-gaining property of the $(1,k)$ code, but can be implemented with considerably higher rates. Bit error rate simulations on fixed delay tree search with decision feedback and high order partial response maximum likelihood detectors confirm large coding gains over the conventional $(0,k)$ code.**

## I. INTRODUCTION

**I**N this paper, we present a new code designed to improve the distance properties of sequence detectors operating at relatively high linear densities. The basic idea is to eliminate certain input bit patterns that would cause most errors in sequence detectors. More specifically, the code eliminates input patterns that contain three or more consecutive transitions in the corresponding current waveform, and, as a result, the performance of any near-optimal sequence detector improves substantially at high linear densities [1][2]. This code constraint, designated the maximum transition-run (MTR) constraint, can be realized with simple fixed-length block codes with rates only slightly lower than the conventional $(0,k)$ code. Bit error rate (BER) simulation results with fixed delay tree search with decision feedback (FDTS/DF) detection and high order partial response maximum likelihood (PRML) detection confirm a large coding gain of the MTR codes over the conventional $(0,k)$ code.

## II. CODING METHODS

Investigation of high density error patterns in FDTS/DF detection reveals that errors arise mostly due to the detector's inability to distinguish the minimum distance transition patterns, four pairs of which are shown in Fig. 1. These pairs of magnetization waveforms give rise to an NRZ input error pattern of $e_k = \pm\{2 \ -2 \ 2\}$, assuming input data take on +1's and -1's. The proposed approach is to remove data patterns allowing this type of error pattern through coding. The potential improvement in the FDTS detection performance using this approach can be estimated by computing the increase in the minimum distance between two diverging lookahead tree paths after removing the paths that allow the $\pm\{2 \ -2 \ 2\}$ error events [3]. A simple minimum distance analysis for PRML systems reveals that this is also a critical error pattern in high order PRML systems such as

Manuscript received March 4, 1996. This work was supported in part by Seagate Technology and the National Storage Industry Consortium (NSIC).

$E^2PR4ML$. Note that a traditional $(1,k)$ runlength limited (RLL) code eliminates all eight transition patterns shown in Fig. 1 [4][5], but the rate penalty is typically too large to see any coding gain unless the linear density is very high. The idea of MTR coding is to eliminate three or more consecutive transitions, but allow the dibit pattern in the written magnetization waveform. Thus, with MTR coding, the error events of the form $\pm\{2 \ -2 \ 2\}$ will still be prevented as with $(1,k)$ coding, but the rate penalty is significantly smaller than that of the typical $(1,k)$ RLL code. Notice that with the MTR constraint, the write precompensation efforts can be directed mainly on dibit transitions, unlike in conventional $(0,k)$ coded systems. An independent study also suggests that removing long runs of consecutive transitions improves the offtrack performance in some PRML systems [6]. There exist other types of code constraints that can offer similar distance-enhancing properties for high order PRML systems [7].



Fig. 1: Pairs of write patterns causing most errors in sequence detection at high linear densities.

Fig. 2 shows the state diagram of the MTR code based on the NRZI convention, where 1 and 0 represent the presence and absence, respectively, of a magnetic transition. Also included is the usual $k$-constraint for timing recovery. The capacity of the code can be obtained by finding the largest eigenvalue of the adjacency matrix for the given state diagram [8]. The capacities for different $k$ values are given in Table 1.



Fig. 2: State transition diagram for the MTR code with $k=6$.

| k | capacity | k | capacity |
|---|----------|---|----------|
| 4 | .8376 | 8 | .8760 |
| 5 | .8579 | 9 | .8774 |
| 6 | .8680 | 10 | .8782 |
| 7 | .8732 | $\infty$ | .8791 |

Table 1: Capacities for MTR codes.

While state-dependent encoders and sliding-block decoders can be designed for the MTR constraint (which can be easily generalized to limit any runs of consecutive transitions), we observe that simple fixed-length block codes can be realized with

0018-9464/96$05.00 © 1996 IEEE

LSI Corp. Exhibit 1010
Page 85

3993

good rates and reasonable $k$ values. A computer search is utilized to first find all $n$-bit codewords that are free of an NRZI 111 string or $k+1$ consecutive NRZI 0's. Then, in order to meet the MTR constraint at the codeword boundaries, words that start or end with an NRZI 11 string are removed. Also, the $k$ constraint is satisfied at the boundary when followed with $k_1+1$ leading 0's or $k_2+1$ trailing 0's, where $k_1+k_2=k$. Finally, if the number of the remaining codewords is greater than or equal to $2^m$, then those codewords can be used to implement a rate $m/n$ block code. Table 2 shows important code parameters for representative block codes obtained through computer search. The efficiency was found by dividing the code rate $m/n$ by the capacity computed for the given value of $k$ and the MTR constraint. As an example of an MTR block code, 16 codewords required to implement the rate 4/5 code with $k=8$ are given in Table 3.

| $m$ | $n$ | $k$ | eff. | No. avail. codewords | No. needed codewords |
|---|---|---|---|---|---|
| 4 | 5 | 8 | .91 | 16 | 16 |
| 8 | 10 | 6 | .92 | 282 | 256 |
| 9 | 11 | 6 | .94 | 514 | 512 |
| 10 | 12 | 8 | .95 | 1,066 | 1,024 |
| 14 | 17 | 6 | .95 | 18,996 | 16,384 |
| 16 | 19 | 7 | .96 | 69,534 | 65,536 |
| 24 | 28 | 8 | .98 | 17,650,478 | 16,777,216 |

Table 2: Parameters for MTR block codes.

| | | | |
|---|---|---|---|
| 00001 | 00110 | 01100 | 10010 |
| 00010 | 01000 | 01101 | 10100 |
| 00100 | 01001 | 10000 | 10101 |
| 00101 | 01010 | 10001 | 10110 |

Table 3: A rate 4/5 MTR block code with $k=8$.

### III. MODIFIED DETECTION AND DISTANCE INCREASE

To realize the coding gain at the detector output, the detector has to be modified. In the case of PRML systems, this amounts to removing those states and state transitions that correspond to the illegal data patterns from the trellis diagram. For the FDTS/DF detector, those codeword paths must be prevented from being chosen as the most-likely path, a technique similar to the one used in the (1,7) coded FDTS/DF channel [9]. To illustrate the idea, consider Fig. 3 that shows a $\tau=2$ lookahead tree utilized in FDTS/DF detection. By utilizing the past decision, an illegal path, which contains three consecutive transitions, can be identified as indicated by either the solid (when the past decision is -1) path or the shaded (when the past decision is 1) path. The complexity of the FDTS/DF detector can also be reduced considerably with the MTR code, as elaborated in a companion paper [10].



Fig. 3: Modified FDTS detection with MTR coding

With this modification in FDTS/DF detection, the squared minimum Euclidean distance between any two diverging paths, denoted by $\beta_{min}^2$, is given by $4 \cdot (1 + f_1^2 + f_2^2 + \cdots + f_\tau^2)$ for $\tau$ greater than or equal to 2, where $f_k$ represents the equalized dibit response (at the output of the forward equalizer). For example, the effective SNR gain of the $\tau=2$ FDTS/DF over the decision feedback equalization (DFE) channel, assuming the same MTR code, is given by $10 \cdot \log_{10}(1 + f_1^2 + f_2^2)$ dB.

The distance gain with MTR coding is also significant for high order PRML systems such as $E^2PR4$. When the critical NRZ error pattern is $\pm\{2 \ -2 \ 2\}$, the minimum distance for the $E^2PR4$ response $\{1 \ 2 \ 0 \ -2 \ -1\}$ is $6\sqrt{2}$. With MTR coding, the worst case error pattern becomes a single bit error pattern of $\pm\{2\}$, and the corresponding channel output distance is simply the square root of the energy in the equalized dibit response, or $10\sqrt{2}$. This increase in the minimum distance is equivalent to an SNR gain of 2.218 dB. When the code rate penalty is small, the overall coding gain is significant.

### IV. BER SIMULATION RESULTS

To verify the coding gain, FDTS/DF detection was simulated with the rate 4/5 and rate 16/19 MTR codes as well as with a rate 8/9 (0,$k$) code. The BERs were first obtained as a function of readback SNR for different tree depths. The BER of the PR4ML detector was also simulated for comparison. The Lorentzian transition response was assumed, and the user density, defined as PW50 over the user bit interval, is fixed at 2.5 for all codes. The SNR value required to achieve an error rate of $10^{-5}$ was then recorded for each depth/code combination.

The results are summarized in Fig. 4, where the effective SNR improvement of each system over PR4ML is shown. The performance advantage of MTR codes is clear. With the rate 16/19 MTR code, for example, the depth 1 FDTS/DF performs as well as the depth 5 FDTS/DF used with the conventional (0,$k$) code, yielding a 2.5 dB gain over the PR4ML. When the 4/5 MTR code is used, FDTS/DF with a tree depth of 2 outperforms the depth 5 FDTS/DF with the 8/9 (0,$k$) code. For a given tree depth, the rate 16/19 MTR code yields a 1.5 - 2 dB coding gain over the conventional 8/9 (0,$k$) code.

Also shown are the SNR performances of PRML systems with and without MTR coding. The coding gain is obvious with $E^2PRML$ and $E^3PRML$, in which the minimum distance is improved with the MTR code. However, with EPR4ML the performance advantage of the MTR code is small since the MTR code does not improve the minimum distance in the EPR4 system. This is because the minimum distance error pattern in an EPR4 system is of the form $\pm\{2\}$, which is not affected by the MTR constraint. The MTR code does, however, eliminate non-minimum distance error patterns of the form $\pm\{...2 \ -2 \ 2...\}$, resulting in a small performance improvement over the (0,$k$) coded EPR4 system when the code rate is sufficiently high as with the 16/19 code.

Comparisons also can be made between the PRML systems and FDTS/DF systems. For example, the depth 2 FDTS/DF with the rate 4/5 MTR code improves more than 1 dB over EPR4ML with the rate 8/9 (0,$k$) code. At this density and with a Lorentzian transition response, EPR4ML has a 1.5 dB advantage over PR4ML. Of the PR targets, the EPR4 appears to provide a best fit

LSI Corp. Exhibit 1010
Page 86

3994

to the natural channel as indicated by the superior performance of EPR4ML over even higher order PRML systems. Large enough FIR filters are used for equalization for both PRML and FDTS/DF systems so that the performances are not degraded by imperfect equalization.

In Fig. 5, similar plots are presented for a modeled MR head response. The trends are similar to the Lorentzian case, except that within the PRML family the performance improves as the order of the PR polynomial increases. Also, the MTR coding gain is larger than in the case of the Lorentzian response for all detectors. The depth 2 FDTS/DF channel with the rate 4/5 MTR code provides a 2.5 dB SNR gain over the EPR4ML channel with the rate 8/9 $(0,k)$ code. With the particular MR head response used here, EPR4ML already has a 4 dB advantage over PR4ML at this linear density.

Since the MTR code eliminates data patterns with crowded transitions, the overall transition noise, as measured per unit length of track, is expected to be reduced. Fig. 6 shows the simulation results similar to those presented in Fig. 5, except random transition position jitter and transition width variations are included in the read waveform construction process [11]. The rms values of both transition noise parameters are set at 4.4 % of the user bit interval. The SNR reflects only the additive noise component. As is evident from the figure, the coding gain of the MTR code over the $(0,k)$ code is much larger in the presence of transition noise. For example, with $\tau=2$ FDTS/DF detection, the SNR difference is 6 dB between the rate 4/5 MTR code and the rate 8/9 $(0,k)$ code which allows long runs of consecutive transitions.

Although the results are not shown here, we have also observed that the MTR code tends to reduce the relative frequencies of long error events in DFE and FDTS/DF systems.



Fig. 4: Summary of PRML and FDTS/DF performances with and without MTR codes (Lorentzian response and additive noise).



Fig. 5: Summary of PRML and FDTS/DF performances with and without MTR codes (MR head response and additive noise).



Fig. 6: Summary of FDTS/DF performances with and without MTR codes (MR head response and mixed noise).

## V. CONCLUSION

A simple coding scheme is presented which improves the performance of FDTS/DF and high order PRML systems operating at relatively high linear densities. The code eliminates three or more consecutive transitions while allowing the $k$-constraint for timing purposes. The code can be implemented as simple block codes with reasonable rates such as 4/5, 8/10 and 16/19. BER simulations on FDTS/DF and PRML systems confirm large coding gains over the conventional $(0,k)$ systems.

## REFERENCES

[1] B. Brickner and J. Moon, "Coding for increased distance with a d=0 FDTS/DF detector," Seagate Internal Report, May 1995; Also see, J. Moon and B. Brickner, "Coded FDTS/DF," presented at the Annual Meeting of the National Storage Industry Consortium, Monterey, CA, June 1995.

[2] J. Moon and B. Brickner, "MTR codes for Data Storage Systems," Invention Disclosure No. 96025, University of Minnesota, September 1995.

[3] B. Brickner and J. Moon, "A signal space representation of FDTS for use with a d=0 code," Globecom'95, Singapore, November 1995.

[4] K. A. S. Immink, "Coding techniques for the noisy magnetic recording channel," IEEE Trans. Commun., vol. 37, no. 6, May 1989.

[5] J. Moon and J.-G. Zhu, "Nonlinearities in thin-film media and their impact on data recovery," IEEE Transactions on Magnetics, vol. 29, No. 1, Jan. 1993.

[6] E. Soljanin, "On-track and off-track distance properties of class4 partial response channels," SPIE Conference, Philadelphia, PA, Oct. 1995.

[7] R. Karabed and P. H. Siegel, "Coding for high order partial re-sponse channels," SPIE Conference, Philadelphia, PA, Oct. 1995.

[8] P. H. Siegel, "Recording codes for digital magnetic storage," IEEE Transactions on Magnetics, vol. MAG-21, no. 5, pp. 1344 - 1349, Sept. 1985.

[9] J. Moon and L. R. Carley, "Performance Comparison of Detection Methods in Magnetic Recording," IEEE Transactions on Magnetics, vol. 26, no. 6, Nov. 1990.

[10] B. Brickner and J. Moon, "A high dimensional signal space implementation of FDTS/DF," presented at Intermag '96, Seattle, Washington, April 1996.

[11] J. Moon, "Discrete-time modeling of transition-noise-dominant channels and study of detection performance," IEEE Transactions on Magnetics, vol. 27, no. 6, Nov. 1991.

LSI Corp. Exhibit 1010
Page 87

# APPENDIX B

LSI Corp. Exhibit 1010
Page 88

# On–track and off–track distance properties
# of Class 4 partial response channels

Emina Soljanin

AT&T Bell Laboratories, Room 2C-169

600 Mountain Avenue, Murray Hill, NJ 07974

## ABSTRACT

We consider Class 4 partial response (PR) channels, and examine off–track performance of maximum likelihood sequence estimators for these channels that ignore inter-track interference (ITI). We assume that the pulse response to the head from an adjacent track is the same Class 4 channel, and only its amplitude varies with the track-to-head distance, in a way not known to the receiver. For each of these channels, we find analytical expressions for off–track performance, as well as sets of sequences most susceptible to errors in the ITI environment. We also discuss how the problem of off–track error rate can be alleviated through coding.

**Keywords:** magnetic recording, class 4, partial response, off–track performance, coding.

## 1   INTRODUCTION

The transfer function of a digital magnetic recording channel for a given linear density can be closely approximated by a partial response (PR) polynomial of the form $(1 - D)(1 + D)^N$, for some integer $N \geq 1$. In general, higher linear densities require higher order polynomials. Equalization of a recording channel to the PR channel with the transfer function that best approximates the channel transfer function at a given density will incur the least equalization loss.

A significant noise source in magnetic recording channels is inter-track interference (ITI). When the read head is not centered over the data track, it is partially positioned over an adjacent track and picks up the magnetization from it. When tracks become narrow, the side *fringing* causes the head to pick up signals from an adjacent track, even if it is not physically over that track. An important issue that should affect the choice of $N$ is, therefore, the performance of the corresponding channel in the presence of ITI, often referred to as off–track performance.

0-8194-1969-9/95/$6.00

LSI Corp. Exhibit 1010
Page 89

Magnetic recording channels at current linear densities resemble channels with transfer functions of the above form for $N = 1, 2, 3$, referred to as *Class 4* partial response. These channels are also known as $1 - D^2$ or PR4, $(1 - D)(1 + D)^2$ or EPR4, and $(1 - D)(1 + D)^3$ or EEPR4. Most of the commercially available detectors employ PR equalization to the PR4 channel. Using the same detection system at higher linear densities would result in a performance loss. Thus the system should be either augmented by a coding scheme, which would recover the loss through the coding gain, or replaced by a detection system employing PR equalization to the EPR4 or EEPR4 channel. In any case the new system should have good off-track properties.

Several studies analyzed off-track performance of Class 4 channels by simulation (see for example Sayiner[9] and references therein). We find analytical expressions for off-track performance of these channels, as well as sets of sequences most susceptible to errors in the ITI environment. We discuss how the problem of off-track error rate can be alleviated through coding.

In Section II we derive a bound on the error-probability performance for a general discrete-time recording channel with additive white Gaussian noise and a general model of ITI. In Section III we consider Class 4 channels under the assumption that the pulse response to the head from an adjacent track is the same Class 4 channel and only its amplitude varies with the track to head distance. In Section IV we discuss possibilities of coding for these systems. In Section V we provide an extensive summary of the obtained results, for the benefit of a reader not very interested in mathematical details.

## 2   DISCRETE TIME MAGNETIC RECORDING CHANNEL

### 2.1   Channel model

We consider a discrete-time model for the magnetic recording channel with input $\boldsymbol{a} = \{a_n\} \in \mathcal{C} \subseteq \{-1, 1\}^\infty$, impulse response $\{h_n\}$, and output $\boldsymbol{y} = \{y_n\}$ given by

$$y_n = \sqrt{E} \sum_m a_m h_{n-m} + \eta_n, \tag{1}$$

where $h_n$ are integer, $\eta_n$ are independent Gaussian random variables with zero mean and variance $\sigma^2$, and $E$ is a constant related to the output voltage amplitude. We refer to $E/\sigma^2$ as the signal-to-noise ratio (SNR) per track. In the case of ITI, when the read head picks up magnetization from an adjacent track, the channel model becomes

$$y_n = \sqrt{E} \sum_m a_m h_{n-m} + \sqrt{E} \sum_m x_m g_{n-m} + \eta_n, \tag{2}$$

where $\{g_n\}$ is the discrete-time impulse response of the head to the adjacent track and $\boldsymbol{x} = \{x_n\} \in \mathcal{C}$ is the sequence recorded on that track.

LSI Corp. Exhibit 1010
Page 90

We analyze the performance of the receiver that ignores the ITI assuming the received signal to be as given by (1). It performs maximum likelihood sequence estimation (MLSE) for that model, *i.e.*, it determines an $\widehat{a}$ satisfying

$$\min_{\boldsymbol{a}\in\mathcal{C}}\Omega(\boldsymbol{a}) = \Omega(\widehat{a}),$$

where $\Omega(\boldsymbol{a})$ is the well known log-likelihood function for channels with inter-symbol interference,[4]

$$\Omega(\boldsymbol{a}) = \sum_n \big(y_n - \sqrt{E}\sum_m a_m h_{n-m}\big)^2. \tag{3}$$

## 2.2   Error–probability performance

Let $\boldsymbol{a} = \{a_n\}$ and $\boldsymbol{b} = \{b_n\}$ be two allowable recorded sequences which differ in a finite number of places, and $\boldsymbol{\epsilon} = \{\epsilon_n = (a_n - b_n)/2\}$ be the normalized error sequence corresponding to $\boldsymbol{a}$ and $\boldsymbol{b}$. In the case of no ITI, probability of detecting $\boldsymbol{b}$ given that $\boldsymbol{a}$ was recorded equals to $Q(d(\epsilon)\sqrt{\mathrm{SNR}})$, where $d(\epsilon)$ is the distance between $\boldsymbol{a}$ and $\boldsymbol{b}$ given by

$$d^2(\epsilon) = \sum_n \big(\sum_m \epsilon_m h_{n-m}\big)^2. \tag{4}$$

Thus a lower bound to the minimum probability of an error event in the system is proportional to $Q(d_{\min}\sqrt{\mathrm{SNR}})$, where $d_{\min} = \min_{\epsilon\neq 0} d(\epsilon)$.

In the case of ITI we examine the probability of detecting sequence $\boldsymbol{b}$ given that sequence $\boldsymbol{a}$ was recorded on the track being read and sequence $\boldsymbol{x}$ was recorded on an adjacent track. This probability is given by

$$P[\Omega(\boldsymbol{b}) < \Omega(\boldsymbol{a})|\boldsymbol{a},\boldsymbol{x}] = P[\Omega(\boldsymbol{b}) - \Omega(\boldsymbol{a}) < 0|\boldsymbol{a},\boldsymbol{x}].$$

Expressing $\Omega(\boldsymbol{a})$ and $\Omega(\boldsymbol{b})$ as in (3), we obtain

$$P[\Omega(\boldsymbol{b}) - \Omega(\boldsymbol{a}) < 0|\boldsymbol{a},\boldsymbol{x}] =$$
$$P\Big[\sum_n \big(y_n - \sqrt{E}\sum_m a_m h_{n-m}\big)^2 - \sum_n \big(y_n - \sqrt{E}\sum_m b_m h_{n-m}\big)^2 < 0|\boldsymbol{a},\boldsymbol{x}\Big]$$

Substituting (2) for $y_n$ in the above equation gives

$$P[\Omega(\boldsymbol{b}) - \Omega(\boldsymbol{a}) < 0|\boldsymbol{a},\boldsymbol{x}] = P\Big[\sum_n \eta_n \sum_m \epsilon_m h_{n-m} + \sqrt{E}\sum_n \big(\sum_m \epsilon_m h_{n-m}\big)^2 + $$
$$\sqrt{E}\sum_n \big(\sum_m x_m g_{n-m}\big)\big(\sum_m \epsilon_m h_{n-m}\big) < 0\Big],$$

where and $\epsilon_n = (a_n - b_n)/2$. Since

$$\frac{1}{\sigma\big[\sum_n \big(\sum_m \epsilon_m h_{n-m}\big)^2\big]^{1/2}} \sum_n \eta_n \sum_m \epsilon_m h_{n-m}$$

is a zero-mean, unit-variance Gaussian random variable, we have

$$P[\Omega(\boldsymbol{b}) - \Omega(\boldsymbol{a}) < 0|\boldsymbol{a},\boldsymbol{x}] = Q(\delta(\boldsymbol{\epsilon},\boldsymbol{x})\sqrt{\mathrm{SNR}}),$$

LSI Corp. Exhibit 1010
Page 91

where $\delta(\epsilon, \boldsymbol{x})$ is the distance between $\boldsymbol{a}$ and $\boldsymbol{b}$ in the *presence* of $\boldsymbol{x}$ given by

$$\delta(\epsilon, \boldsymbol{x}) = \frac{\sum_n \left(\sum_m \epsilon_m h_{n-m}\right)^2 + \sum_n \left(\sum_m x_m g_{n-m}\right)\left(\sum_m \epsilon_m h_{n-m}\right)}{\left[\sum_n \left(\sum_m \epsilon_m h_{n-m}\right)^2\right]^{1/2}}.$$

Thus a lower bound to the minimum probability of an error event in the system is proportional to $Q\left(\delta_{\min}\sqrt{\mathrm{SNR}}\right)$, where $\delta_{\min} = \min_{\epsilon \neq 0, \boldsymbol{x} \in \mathcal{C}} \delta(\epsilon, \boldsymbol{x})$.

We derive a simple lower bound on $\delta(\epsilon, \boldsymbol{x})$ as follows:

$$\delta(\epsilon, \boldsymbol{x}) \geq \frac{\sum_n \left(\sum_m \epsilon_m h_{n-m}\right)^2 - \left|\sum_n \left(\sum_m x_m g_{n-m}\right)\left(\sum_m \epsilon_m h_{n-m}\right)\right|}{\left[\sum_n \left(\sum_m \epsilon_m h_{n-m}\right)^2\right]^{1/2}}$$

$$\geq \frac{\sum_n \left(\sum_m \epsilon_m h_{n-m}\right)^2 - \sum_n M \left|\sum_m \epsilon_m h_{n-m}\right|}{\left[\sum_n \left(\sum_m \epsilon_m h_{n-m}\right)^2\right]^{1/2}},$$

where $M = \max_{n, \boldsymbol{x} \in \mathcal{C}} \sum_m x_m g_{n-m}$, *i.e.*, $M$ is the maximum absolute value of the interference. Note that $M = \sum_n |g_n|$. We'll assume that $M < 1$. Since the $h_n$ are integers and $\epsilon_n \in \{-1, 0, 1\}$, we can further bound $\delta(\epsilon, \boldsymbol{x})$ as follows:

$$\delta(\epsilon, \boldsymbol{x}) \geq \frac{\sum_n \left(\sum_m \epsilon_m h_{n-m}\right)^2 - M \sum_n \left(\sum_m \epsilon_m h_{n-m}\right)^2}{\left[\sum_n \left(\sum_m \epsilon_m h_{n-m}\right)^2\right]^{1/2}}$$

$$= (1-M)\left[\sum_n \left(\sum_m \epsilon_m h_{n-m}\right)^2\right]^{1/2},$$

and thus

$$\delta_{\min} = \min_{\epsilon, \boldsymbol{x}} \delta(\epsilon, \boldsymbol{x}) \geq (1-M)d_{\min}.$$

The bound is achieved if and only if there exists an $\epsilon \in \arg\min_{\epsilon \neq 0} d(\epsilon)$ for which $\sum_m \epsilon_m h_{n-m} \in \{-1, 0, 1\}$ for all $n$, and there exists an $\boldsymbol{x} \in \mathcal{C}$ such that $\sum_m x_m g_{n-m} = \mp M$ whenever $\sum_m \epsilon_m h_{n-m} = \pm 1$. We show below that this bound can be achieved for the PR4 and the EPR4 channels but not for the EEPR4 channel.

## 3   DISTANCE PROPERTIES OF BINARY CLASS 4 CHANNELS

We now consider Class 4 channels, *i.e.*, channels with transfer functions given by $H(D) = \sum_n h_n D^n = (1-D)(1+D)^N$ for $N = 1, 2, 3$. We assume that the pulse response to the head from an adjacent track is the same Class 4 channel, and only its amplitude varies with the track to head distance with a parameter $\alpha$, *i.e.* $g_n = \alpha h_n$. This assumption is only approximate since the transition response from a track to a head gets wider as the distance between them increases, as discussed by Vea and Moura[2] and Lindholm.[3] With $g_n = \alpha h_n$, the above lower bound becomes

$$\delta_{\min} = \min_{\epsilon, \boldsymbol{x}} \delta(\epsilon, \boldsymbol{x}) \geq (1 - \alpha A)d_{\min}, \qquad (5)$$

where $A$ is the maximum value of the noiseless Class 4 channel output; $A = 2, 4, 6$ and $d_{\min}^2 = 2, 4, 6$ for $N = 1, 2, 3$, respectively.

LSI Corp. Exhibit 1010
Page 92

For the three Class 4 channels, we examine if the bound can be achieved by working in the transform domain where each sequence $\{s_n\}$ has a corresponding function $S(D) = \sum_n s_n D^n$. For that purpose, we note that the minimum distance of the uncoded channel with transfer function $H(D)$ with no ITI, defined by (4), can be expressed as

$$d_{\min}^2 = \min_{\epsilon(D) \neq 0} \|H(D)\epsilon(D)\|^2,$$

where $\epsilon(D) = \sum_{i=0}^{l-1} \epsilon_i D^i$, $\epsilon_i \in \{-1, 0, 1\}$, $\epsilon_0 \neq 0$, $\epsilon_{l-1} \neq 0$, is the polynomial corresponding to a normalized error sequence $\epsilon = \{\epsilon_i\}_{i=1}^{l-1}$ of length $l$, and the squared norm of a polynomial refers to the sum of its squared coefficients. The bound (5) is achieved if and only if there exists an $e(D)$ for which $\|H(D)\epsilon(D)\|^2 = d_{\min}^2$ and all coefficients $y_n$ of $y(D) = H(D)\epsilon(D)$ are in the set $\{-1, 0, 1\}$, and there exists an $x \in \mathcal{C}$ such that in $H(D) \cdot \sum_n x_n D^n = \sum_n z_n D^n$, $z_n = \mp A$ whenever $y_n = \pm 1$.

## 3.1   The PR4 channel

For $N = 1$ the channel transfer function is equal to $1 - D^2$. This channel is usually treated as two interleaved $1 - D$ channels. For the $1 - D$ channel $d_{\min}^2 = 2$ is attained for $\epsilon(D) = \sum_{k=0}^{l-1} D^k$. In this case $\delta(\epsilon, x)$ achieves lower bound (5) for $x = \{\cdots, x_{-2}, 1, -1, x_1, \cdots, x_{l-2}, -1, 1, x_{l+1}, \cdots\}$, since the only non-zero coefficients of $y(D) = 1 - D^l$ are $y_0 = 1$, $y_l = -1$, and in $(1 - D) \cdot \sum_n x_n D^n = \sum_k z_k D^k$, we have $z_0 = -2$ and $z_l = 2$. Therefore, for the PR4 channel, $\delta_{\min} = \sqrt{2}(1 - 2\alpha)$.

EXAMPLE 1.   Consider a noiseless $1 - D$ channel. Let sequences $a$, $b$, $\epsilon = (a - b)/2$, and $x$ be as follows:

$$
\begin{aligned}
a &= \cdots, a_{-1}, -1, +1, +1, +1, a_4, \cdots \\
b &= \cdots, a_{-1}, -1, -1, -1, +1, a_4, \cdots \\
\epsilon &= \cdots, \quad 0, \quad 0, +1, +1, \quad 0, \quad 0, \cdots \\
x &= \cdots, x_{-1}, +1, -1, -1, +1, x_4, \cdots
\end{aligned}
$$

Let $a$ be recorded on the track being read and $x$ recorded on an adjacent track. Then $\delta(\epsilon, x) = \sqrt{2}$ for $\alpha = 0$, $\delta(\epsilon, x) = 1/\sqrt{2}$ for $\alpha = 0.25$, and $\delta(\epsilon, x) = 0$ for $\alpha = 0.5$.

## 3.2   The EPR4 channel

For $N = 2$ the channel transfer function is equal to $(1 - D)(1 + D)^2$. It is well known that $d_{\min}^2 = 4$ is attained for $\epsilon(D) = 1$, which gives $y(D) = 1 + D - D^2 - D^3$. However, for the corresponding error sequence, $\delta(\epsilon, x)$ cannot achieve lower bound (5) because that would require a sequence $x$ for which two successive outputs of the EPR4 channel equal to 4. In order to see if the lower bound can be achieved, we find all error polynomials $\epsilon(D)$ for which $\|(1 - D)(1 + D)^2\epsilon(D)\|^2 = 4$.

Polynomial $y(D) = (1 - D)(1 + D)^2\epsilon(D)$ with $\|y(D)\|^2 = 4$ is of the form $1 + c_1 D^{p_1} + c_2 D^{p_2} + c_3 D^{p_3}$ where, for $i \in \{1, 2, 3\}$, $c_i \in \{-1, 1\}$ and $p_i$ are three different positive integers. From the definition of $y(D)$, we know

LSI Corp. Exhibit 1010
Page 93

that $y(1) = 0$, $y(-1) = 0$, $y'\epsilon(1) = 0$ must be satisfied. It can be shown that these conditions require that $y(D)$ be either of the form $\left(1 - D^{2k} + D^{2n+1} - D^{2(k+n)+1}\right)$, $k \geq 1$, $n \geq 0$, or of the form $\left(1 - D^{2k} - D^{2n} + D^{2(k+n)}\right)$, $k, n \geq 1$, $k \neq n$. To further specify $y(D)$ and find the corresponding $\epsilon(D)$, we consider these two cases separately.

1. Polynomial $(1 - D)(1 + D)^2 \epsilon(D) = 1 - D^{2k} + D^{2n+1} - D^{2(k+n)+1}$ factors as

$$(1 - D)(1 + D)^2 \cdot \left(\sum_{j=0}^{k-1} D^{2j}\right)\left(\sum_{i=0}^{2n}(-1)^i D^i\right).$$

Therefore $\epsilon(D) = \left(\sum_{i=0}^{2n}(-1)^i D^i\right)\left(\sum_{j=0}^{k-1} D^{2j}\right)$. Since the coefficient of $\epsilon(D)$ are in $\{-1, 0, 1\}$, we conclude that an arbitrary $k > 1$ requires $n = 0$ and an arbitrary $n > 0$ requires $k = 1$. In the first case $\epsilon(D) = \sum_{j=0}^{k-1} D^{2j}$ and $y(D) = 1 + D - D^{2k} - D^{2k+1}$. In the second case $\epsilon(D) = \sum_{i=0}^{2n}(-1)^i D^i$ and $y(D) = \left(1 - D^2 + D^{2n+1} - D^{2n+3}\right)$.

2. Polynomial $(1 - D)(1 + D)^2 \epsilon(D) = 1 - D^{2n} - D^{2k} - D^{2(k+n)}$ factors as

$$(1 - D)(1 + D)^2 \cdot \left(\sum_{j=0}^{k-1} D^{2j}\right)\left(\sum_{i=0}^{2n-1}(-1)^i D^i\right).$$

Therefore $\epsilon(D) = \left(\sum_{i=0}^{2n-1}(-1)^i D^i\right)\left(\sum_{j=0}^{k-1} D^{2j}\right)$. Since the coefficient of $\epsilon(D)$ are in $\{-1, 0, 1\}$, we conclude that an arbitrary $k > 1$ requires $n = 1$ and an arbitrary $n > 1$ requires $k = 1$. In the first case $\epsilon(D) = \sum_{j=0}^{2k-1}(-1)^j D^j$ and $y(D) = 1 - D^2 - D^{2k} + D^{2k+2}$. In the second case $\epsilon(D) = \sum_{i=0}^{2n-1}(-1)^i D^i$ and $y(D) = 1 - D^2 - D^{2n} + D^{2n+2}$. These two cases are equivalent as was expected from the symmetry of the original $y(D)$ with respect to $n$ and $k$.

From 1. and 2. we conclude that the error polynomials $\epsilon(D)$ for which $\|(1 - D)(1 + D)^2 \epsilon(D)\|^2 = 4$ are either of the form $\epsilon(D) = \sum_{j=0}^{k-1} D^{2j}$, $k \geq 1$, in which case $y(D) = \left(1 + D - D^{2k} - D^{2k+1}\right)$, or of the form $\epsilon(D) = \sum_{i=0}^{l-1}(-1)^i D^i$, $l \geq 3$, in which case $y(D) = \left(1 - D^2 - (-1)^l D^l + (-1)^l D^{l+2}\right)$. In the former case $\delta(\epsilon, \boldsymbol{x})$ cannot achieve lower bound (5) because, as above, it would require a sequence $\boldsymbol{x}$ for which two successive outputs of the EPR4 channel equal to 4. It can be shown that in this case $\min_{\boldsymbol{x} \in \mathcal{C}} \delta(\epsilon, \boldsymbol{x}) = \sqrt{4}(1 - 3\alpha)$. In the latter case $\delta(\epsilon, \boldsymbol{x})$ achieves the lower bound for

$$\boldsymbol{x} = \{\cdots, x_{-4}, -1, -1, 1, 1, -1, -1, x_3, \cdots, x_{l-4}, -1, -1, 1, 1, -1, -1, x_{l+3}, \cdots\}$$

for odd $l \geq 5$, or

$$\boldsymbol{x} = \{\cdots, x_4, -1, -1, 1, 1, -1, -1, x_3, \cdots, x_{l-4}, 1, 1, -1, -1, 1, 1, x_{l+3}, \cdots\}$$

for even $l \geq 6$. It can be shown that $\min_{\boldsymbol{x} \in \mathcal{C}} \delta(\epsilon, \boldsymbol{x}) = \sqrt{4}(1 - 3\alpha)$ for $l = 3, 4$. Therefore, for the EPR4 channel, $\delta_{\min} = \sqrt{4}(1 - 4\alpha)$.

EXAMPLE 2.   Consider a noiseless EPR4 channel. Let sequences $\boldsymbol{a}$, $\boldsymbol{b}$, $\epsilon = (\boldsymbol{a} - \boldsymbol{b})/2$, and $\boldsymbol{x}$ be as follows:

$$\begin{aligned}
\boldsymbol{a} &= \cdots, a_{-3}, a_{-2}, a_{-1}, -1, +1, -1, +1, -1, +1, a_6, a_7, a_8, \cdots \\
\boldsymbol{b} &= \cdots, a_{-3}, a_{-2}, a_{-1}, +1, -1, +1, -1, +1, -1, a_6, a_7, a_8, \cdots \\
\epsilon &= \cdots, \quad 0, \quad 0, \quad 0, -1, +1, -1, +1, -1, +1, \quad 0, \quad 0, \quad 0, \cdots \\
\boldsymbol{x} &= \cdots, -1, -1, +1, +1, -1, -1, +1, +1, -1, -1, +1, +1, \cdots
\end{aligned}$$

LSI Corp. Exhibit 1010
Page 94

Let $a$ be recorded on the track being read and $x$ recorded on an adjacent track. Then $\delta(\epsilon, x) = \sqrt{4}$ for $\alpha = 0$, and $\delta(\epsilon, x) = 0$ for $\alpha = 0.25$.

## 3.3   The EEPR4 channel

For $N = 3$ the channel transfer function is equal to $(1 - D)(1 + D)^3$. Again, it is well known that $d_{\min}^2 = 6$ is attained for $\epsilon(D) = 1 - D + D^2$, which gives $y(D) = 1 + D - D^2 + D^4 - D^5 - D^6$. However, similarly as above, for the corresponding error sequence, $\delta(\epsilon, x)$ cannot achieve lower bound (5) because that would require a sequence $x$ for which a string of three successive outputs of the EEPR4 channel equals to $6, 6, -6$. In order to see if the bound can be achieved, we find all error polynomials $\epsilon(D)$ for which $\|(1 - D)(1 + D)^3 \epsilon(D)\|^2 = 6$. We consider polynomial $y(D) = (1 - D)(1 + D)^3 \epsilon(D) = (1 + 2D - 2D^3 - D^4) \cdot (1 + \epsilon_1 D + \epsilon_2 D^2 + \cdots + \epsilon_{l-3} D^{l-3} + \epsilon_{l-2} D^{l-2} + \epsilon_{l-1} D^{l-1})$. It is easy to check that for all error sequences of length $l \leq 2$, $\|y(D)\|^2 \geq 10$. For error sequences of length $l \geq 3$, polynomial $y(D)$ is of the form $1 + (\epsilon_1 + 2)D + (\epsilon_2 + 2\epsilon_1)D^2 + D^3 z(D) + (-2\epsilon_{l-2} - \epsilon_{l-3})D^{l+1} + (-2\epsilon_{l-1} - \epsilon_{l-2})D^{l+2} + (-\epsilon_{l-1})D^{l+3}$, where $z(D)$ is a polynomial with degree of at most $l - 3$. Since $\epsilon_{l-1} \neq 0$, we have $\|y(D)\|^2 \geq 3 + \|z(D)\|^2 + 3$, and therefore $\|y(D)\|^2 = 6$ only if $z(D) = 0$. Therefore $y(D) = 1 + D - D^2 + (-2\epsilon_{l-2} - \epsilon_{l-3})D^{l+1} + (-2\epsilon_{l-1} - \epsilon_{l-2})D^{l+2} + (-\epsilon_{l-1})D^{l+3}$. For $y(1) = 0$, we need $y(D) = 1 + D - D^2 + D^{l+1} - D^{l+2} - D^{l+3}$. For $y(-1) = 0$, we need $y(D) = 1 + D - D^2 + D^{2k} - D^{2k+1} - D^{2k+2}$. For $y'(-1) = 0$, we need $y(D) = 1 + D - D^2 + D^4 - D^5 - D^6$. Note that $y(D) = 1 + D - D^2 + D^4 - D^5 - D^6 = (1 - D)(1 + D)^3 \cdot (1 - D + D^2)$, and therefore $\epsilon(D) = 1 - D + D^2$ is the only error polynomial for which $\|(1 - D)(1 + D)^3 \epsilon(D)\|^2 = 6$. It can be shown that for the corresponding error sequence $\epsilon$, $\min_{x \in \mathcal{C}} \delta(\epsilon, x) = \sqrt{6}(1 - 4\alpha)$. Note that this does not determine $\delta_{\min}$ for the EEPR4 channel.

# 4   CODING FOR IMPROVING OFF–TRACK PERFORMANCE

It was shown above that a lower bound to the minimum probability of an error-event in the system with ITI is proportional to $Q(\delta_{\min}\sqrt{\text{SNR}})$, where

$$\delta_{\min} = \min_{\epsilon, x} \delta(\epsilon, x) \geq (1 - M)d_{\min}.$$

This bound was derived for an arbitrary set of recorded sequences, $\mathcal{C} \subseteq \{-1, 1\}^\infty$, and therefore holds in coded as well as uncoded systems. Whether it can be achieved depends on the code. The value of $d_{\min}^2$ is also determined by the code. To improve the error-probability performance of the system, we need codes that increase $d_{\min}^2$ or ensure that the above bound is never achieved or, preferably, perform both tasks.

Codes that increase $d_{\min}^2$ are existing codes designed to improve the on-track performance, *i.e.*, performance of channels with no ITI, as for example matched spectral null codes.[7] In general, these codes may improve the off-track performance as well, since they are likely to reduce the fraction of sequences $x$ for which the bound on $\delta(\epsilon, x)$ can be achieved for a given $\epsilon$. To argue that, we recall that the bound is achieved if and only if there exists an $\epsilon \in \arg\min_{\epsilon \neq 0} d(\epsilon)$ for which $\sum_m \epsilon_m h_{n-m} \in \{-1, 0, 1\}$ for all $n$ and there exists an $x \in \mathcal{C}$ such that $\sum_m x_m g_{n-m} = \mp M$ whenever $\sum_m \epsilon_m h_{n-m} = \pm 1$. Codes for improving noise immunity reduce the set of sequences $\epsilon \in \arg\min_{\epsilon \neq 0} d(\epsilon)$ for which $\sum_m \epsilon_m h_{n-m} \in \{-1, 0, 1\}$ for all $n$. For the sequences that remain, the

LSI Corp. Exhibit 1010
Page 95

number of $n$ such that $\sum_m \epsilon_m h_{n-m} = \pm 1$ is higher, and therefore sequence $x$ has to satisfy more conditions. A good example of this case is a dc-free coded PR4 channel.

Design of high rate codes which improve both on- and off-track error probability performance of Class 4 channels may be a complex problem, and we do not attempt to solve it at this point. Instead, we discuss off-track performance of a dc-free coded PR4 channel and present some coding ideas for the EPR4 and EEPR4 channels which transpired from the above distance properties analysis.

## 4.1   The PR4 channel

It has been observed in laboratory experiments that a dc-free coded PR4 channel has better off-track performance than its uncoded counterpart.[5] For a dc-free coded $1-D$ channel $d_{\min}^2 = 4$ is obtained for $e(D) = 1 - D^{l-1}$, and the corresponding $y(D)$ is equal to $1 - D - D^{l-1} + D^l$. It is easy to see that in this case $\delta(\epsilon, x)$ achieves lower bound (5) for $x = \{\cdots, x_2, 1, -1, 1, x_2, \cdots, x_{l-3}, -1, 1, -1, x_{l+1}, \cdots\}$ where $l \geq 4$. Therefore, for the dc-free coded PR4 channel, $\delta_{\min} = \sqrt{4}(1 - 2\alpha)$ degrades with $\alpha$ at the same rate as it does for the uncoded system. However, the sequence $x$ for which the bound is achieved has 6 symbols specified as opposed to at most 4 in the uncoded case. In addition, the bound cannot be achieved for all error sequences for which $\|e(D)H(D)\|^2 = d_{\min}^2$, as in uncoded case, but only for those of length $l \geq 4$.

## 4.2   The EPR4 channel

Based on the distance properties described above, we know that $\min_{x \in \mathcal{C}} \delta(\epsilon, x) = \sqrt{4}(1 - 4\alpha)$ if and only if $\epsilon(D) = \sum_{i=0}^{l-1} (-1)^i D^i$, $l \geq 5$. It can be shown that for all other error sequences for which $\|H(D)e(D)\|^2 = 4$, we have $\min_{x \in \mathcal{C}} \delta(\epsilon, x) = \sqrt{4}(1 - 3\alpha)$. Therefore, an improvement in the off-track performance of this channel can be accomplished by limiting the length of subsequences of alternating symbols to four. For the NRZI type of recording, this can be achieved by a code that limits the runs of successive ones to three, as the binary complement of the industry standard $8/9 (0,3)$ block code, introduced for IBM 3480 tape drive. This code has a simple and inexpensive implementation proposed by A. M. Patel.[6] In general, using a code that removes long sequences of alternating symbols at the input of the EPR4 channel is advantageous since these sequences result in long sequences of zeros at the channel output, which is undesirable for timing and gain control.

## 4.3   The EEPR4 channel

It was shown above that the only error polynomial for which $\|(1-D)(1+D)^3 \epsilon(D)\|^2 = 6$ is $\epsilon(D) = 1 - D + D^2$. This error event can be removed by a code that does not allow successive transitions. For the NRZI type of recording, this can be achieved by a code that does not allow successive ones, as $2/3 (1,7)$ code. Using this code for high linear density recording systems has already been proposed as a means of reducing the problems associated with closely recorded neighboring transitions. It can be shown that the code also removes all error sequences for

LSI Corp. Exhibit 1010
Page 96

which this polynomial has all its coefficients in the set $\{-1, 0, 1\}$. Therefore $2/3\,(1,7)$ code gives a performance improvement of for EEPR4 channel with no ITI, and ensures that the lower bound on the performance of the channel with ITI is never achieved. An additional benefit of the code is that it reduces the number of states in the EEPR4 Viterbi detector from 16 to 10 since successive transitions are illegal. The main drawback of the code is its low rate.

# 5   SUMMARY AND CONCLUSIONS

Magnetic storage detectors employing PR4 equalization exhibit loss in performance at high recording densities and need to be replaced. Two systems are being considered for next generation products: the dc-free coded PR4 channel and the EPR4 channel. Various error probability performance and implementation issues of these two systems should be examined in order to decide which one is a better choice. The analytical results of this paper together with the simulation results obtained by Sayiner[8,9] allow as to compare the systems on the basis of their off-track performance. In addition, the analytical results give an understanding of the systems necessary if coding is to be used for performance improvement.

We analyzed on- and off-track distance properties of PR4, EPR4, and EEPR4 channels, known as Class 4. We also looked at off-track performance of the dc-free coded PR4 channel, and showed some possibilities of improving performance of the EPR4 and EEPR4 channels through coding. Design of high rate codes which improve both on- and off-track error probability performance of Class 4 channels is, however, an interesting open problem. Most of the obtained results are summarized below.

Magnetic recording channels operate at high SNR where the probability of an error event in the system with no ITI is well approximated by $Q(d_{min}\sqrt{SNR})$. We found that under the same conditions probability of an error event in the system with ITI is well approximated by $Q(\delta_{min}\sqrt{SNR})$, where $\delta_{min} \geq d_{min}(1-M)$ and $M$ is the maximum value that the output of the noiseless channel between the reading head and an adjacent track can take. With the assumption that the pulse response to the reading head from an adjacent track is the same Class 4 channel, and only its amplitude varies with the track to head distance with a parameter $\alpha$, we have $\delta_{min} \geq d_{min}(1-\alpha A)$ where $A$ is the maximum value the noiseless Class 4 channel output can take ($A = 2, 4$, and 6 for PR4, EPR4, and EPR4 respectively).

We found that the uncoded as well as coded PR4 channel have much better off-track performance than the EPR4 channel, i.e., $\delta_{min}/d_{min} = 1 - 2\alpha$ for the PR4 channel and $\delta_{min}/d_{min} = 1 - 4\alpha$ for the EPR4 channel, as shown in Fig. 1. The results are in agreement with the ones reported earlier by Sayiner.[8,9] It was found[8] that at a given user density of 2.2, the EPR4 is about 1.2 dB better than the PR4 at 0 % off-track, but only about 0.2 dB at 5 % off-track. In Fig. 1 we see that at 5 % off-track the loss in performance of the PR4 is about 1 dB smaller than the loss of the EPR4.

LSI Corp. Exhibit 1010
Page 97



Figure 1: Off-track performance of PR4 and EPR4 channels.

From the EPR4 channel distance properties analysis, we concluded that the channel off-track performance can be improved by a code that limits the runs of successive ones to three. For this purpose we can use the binary complement of the industry standard $8/9\,(0,3)$ block code.

As mentioned above, we also analyzed the distance properties of the EEPR4 channel and showed that its off-track performance for small $\alpha$ is the same as the off-track performance of the EPR4 channel. We also found that the $2/3\,(1,7)$ code gives a performance improvement for the EEPR4 channel with no ITI, and ensures that the lower bound on the performance of the channel with ITI is not achieved.

ACKNOWLEDGMENT

The author is grateful to N. Sayiner and P. H. Siegel for pointing out some published results on related topics that inspired this work.

# 6    REFERENCES

[1] W. L. Abbot, J. M. Cioffi, and H. K. Thapar, "Performance of digital magnetic recording with equalization and off-track interference," *IEEE Trans. Magn.*, vol. 27, no. 1, pp. 705–716, Jan. 1991.

[2] M. P. Vea and J. M. F. Moura, "Magnetic recording channel model with inter-track interference," *IEEE Trans. Magn.*, vol. 27, no. 6, pp. 4834–4836, Nov. 1991.

[3] D. A. Lindholm, "Spacing losses in finite track width reproducing systems," *IEEE Trans. Magn.*, vol. 14, no. 2, pp. 55–59, Mar. 1978.

LSI Corp. Exhibit 1010
Page 98

[4] J. G. Proakis, *Digital Communications,* New York, NY: McGraw-Hill, 1983.

[5] P. H. Siegel, *Personal communications.*

[6] C. D. Mee and E. D. Daniel, *Magnetic Recording, Volume II: Computer Data Storage,* New York, NY: McGraw-Hill, 1987.

[7] R. Karabed and P. H. Siegel, "Matched spectral-null codes for partial response channels," *IEEE Trans. Inform. Theory,* vol. 37, no. 3, pt. II, pp. 818–855, May 1991.

[8] N. Sayiner, "Use of extended partial response for magnetic recording - pt. 1: Performance simulation with SHIVA architecture," *538510000-950116-01 TM*

[9] N. Sayiner, "The impact of the track density vs. linear density trade-off on the read channel: TCPR4 vs. EPR4," *this conference.*

LSI Corp. Exhibit 1010
Page 99

# APPENDIX C

LSI Corp. Exhibit 1010
Page 100

# EMINA SOLJANIN

26 Britten Rd.                                        201 213 6905 *or* emina.soljanin@gmail.com
Green Village, NJ 07935                               http://ect.bell-labs.com/who/emina

---

## RESEARCH EXPERTISE AND INTERESTS

Theoretical understanding and practical solutions that enable efficient, reliable, and secure operation of communications networks. Power systems. Quantum computation.

---

## EDUCATION

**Ph.D.**        Electrical Engineering, Texas A&M University, *1994.*

**Dissertation:**  *Coding for Improving Noise Immunity in Multi-Track, Multi-Head Recording Systems*

**Research areas:** constrained coding, symbolic dynamics, multi-input, multi-output communications, and data storage.

**M.S.**         Electrical Engineering, Texas A&M University, *1989.*

**Thesis:** *New Approach to the Design of Digital Algorithms for Electric Power Measurements*

**Research areas:** power systems and digital signal processing.

**B.S.**         European Diploma Degree (M.S. equivalent), Electrical Engineering, University of Sarajevo, Bosnia and Herzegovina (former Yugoslavia), *1986.*

**Thesis:** *Long-Term Hydro-Plants Scheduling for Electric Power Networks*

**Research areas:** power systems, stochastic and combinatorial optimization, and graph theory.

---

## EMPLOYMENT HISTORY

**Professor**, Rutgers University, *Jan. 2016 –*

**Member of Technical Staff**, Mathematics of Networks and Systems Research Department, Bell Labs, **Postdoctoral** *Sept. 1994 – Dec. 2015 Jan. 1996,* **Regular** *Feb. 1996 – Mar. 2004,* **Distinguished** *Apr. 2004 –.*
*Working on a wide range of mathematical problems arising in communications and storage networks; in particular coding, information theoretic, and (more recently) queueing problems concerning efficient, reliable, and secure networking for big data.*

**Research Engineer**, Energoinvest, IRIS Institute, Department for Mathematical Modelling, Sarajevo, Bosnia, *June 1986 – May 1988.*
*Developing optimization algorithms and software for power system planning and operation.*

## TEACHING, MENTORING, AND UNIVERSITY RESEARCH VISITS

**Visiting Scientist** The Simons Institute for the Theory of Computing, UC Berkeley, *Spring 2015.*

**Lecturer** for the *2011 Information Theory Summer School.*

**Guest Professor** at ENSEA/Univ. Cergy-Pontoise/CNRS, ETIS group, France, *Sept. 2010.*

**Guest Lecturer** at the University College Dublin, Claude Shannon Institute, *Jan. 2009,* teaching an intensive course on *Network Coding.*

**Visiting Professor** at Ecole Polytechnique Fédérale de Lausanne (EPFL), *Jan.–Dec. 2008*

**Adjunct Professor** at Columbia University, *Spring 2004–Fall 2005,* teaching *Communication Theory I & II.*

**Adjunct Professor** at Brooklyn Polytechnic University, *Fall 2004,* teaching *Inform. Theory*

**Lecturer** at Texas A&M University, *academic year 1993/1994,* teaching *Elec. Circuit Theory.*

**Lecturer** at University of Sarajevo, Bosnia, *academic years 1986/1987 and 1987/1988,* teaching *Signal Processing I & II.*

**Mentor** for an NSF postdoctoral researcher at Bell Labs, *July 2010 – July 2012*

**Mentor** for two Bell Labs postdoctoral researchers, *May 1998 – May 2000* and *Jan. 2000 – Jan. 2001,* organizing and supervising their research projects.

**Mentor** for summer interns at Bell Labs and DIMACS, organizing and supervising research projects for up to three interns almost every summer since 1997.

**Ph.D Thesis Committee Member,** students at Rutgers (4), Columbia (1), EPFL (3), Aalborg (1), MIT (2), Toronto (1). *– various degrees of supervision/involvement*

**Host Scientist** for Bell Labs Global Science Scholars program for final-year high-school (2003–2005). Project design, lecturing, and a week-long supervision for visiting students.

## PROFESSIONAL ACTIVITIES AND SERVICE

**IEEE Information Theory Society Fellows Committee Member,** 2016 – .

**IEEE Koji Kobayashi Award Committee Member,** 2014 –

**IEEE Richard W. Hamming Medal Committee Member,** 2013 –2016.

**External Advisory Committee** and **Industrial Board Member** for the NSF Science & Technology Center for Science of Information (NSF-STC-CSoI), 2013 –.

**Best Paper Award Committee Member** (3 times) for *IEEE Inform. Theory Society*

**Board of Governors Member** for the *IEEE Inform. Theory Soc.*, 2009 – 2011 and 2013 –.

**DIMACS Council Member,** 2003 –.

**DIMACS Postdoctoral Committee Member,** 2001 – 2011.

**Co-Chair for DIMACS Special Focus** on Cybersecurity, 2011 – 2015.

**Co-Chair for DIMACS Special Focus** on Comput. Inform. Th. and Coding, 2000 – 2005.

LSI Corp. Exhibit 1010
Page 102

**Guest Editor** for the *Elsevier-PhyCom, Special Issue on Network Coding and its Applications to Wireless Communications,* March 2013.

**Editorial Board Member** *Springer Journal on Applicable Algebra in Engineering, Communication and Computing,* 2008 –.

**Associate Editor** for Coding Techniques, *IEEE Trans. on Inform. Theory,* 1997 – 2000.

**Technical Program Co-Chair** for the *2008 IEEE Inform. Theory Workshop* and *2012 International Symposium on Network Coding*

**Workshop Co-Organizer**
*(upcoming, organization and funding granted based on a proposal):*
*Codes for Data Storage with Queues for Data Access,* July, 2017 within the ICERM Women in Data Science and Mathematics Research Collaboration Workshop.

*(past selected, organization and funding granted based on a proposal):*
Dagstuhl Seminar on *Coding Theory in the Time of Big Data,* Schloss Dagstuhl, Aug. 2016, DIMACS Workshop on *Network Coding: the Next 15 Years,* Dec. 2015, BIRS Workshop on *Mathematical Coding Theory in Multimedia Streaming,* Banff, Oct. 2015. DIMACS Workshop on *Coding Theoretic Methods for Network Security,* April 2015, INFOCOM Workshop on *Communications and Networking Techniques for Contemporary Video,* April 2014, DIMACS Workshop and Working Group on Algorithms for Green Data Strage, Dec. 2013, Dagstuhl Seminar on Coding Theory, Schloss Dagstuhl, Aug. 2013, BIRS Workshop on *Applications of Matroid Theory and Combinatorial Optimization to Information and Coding Theory,* Banff, Aug. 2009, DIMACS Working Group and Workshop on *Coding, Streaming and Compressive Sensing* (March 2009), DIMACS Working Group on *Network Coding* Jan. 2005 and DIMACS Working Group and Workshop on *Theoretical Advances In Information Recording* (March 2004).

**Special-Session Organizer** *(selected, invited to organize):* Tutorials at *2015 IEEE Internat. Symp. on Inform. Theory (ISIT'15),* "Information Theory & Coding for Contemporary Video," *2013 IEEE Inform. Theory Workshop (ITW'13)* in Seville, "Network Coding" at *2006 IEEE Comm. Theory Workshop* (CTW'06) in Puerto Rico, "Network Coding" at *2006 IEEE Inform. Theory Workshop (ITW'06)* in Chengdu, "Emerging Applications of Information Theory" at *2004 IEEE Inform. Theory Workshop (ITW'04)* in San Antonio.

**Technical Program Committee Member** for *(selected) IEEE Internat. Symp. on Inform. Theory (ISIT),* 2000 – 2002, 2004, and 2008 – , *IEEE Inform. Theory Workshop (ITW),* 2004 – 2009, *IEEE 2005 Int. Conf. Wireless Networks, Commun., and Mobile Comput., Int. Workshop on Wireless Networks: Communication, Cooperation and Competition,* 2007, *Commun. Theory Symp. at IEEE Global Telecommun. Conf. (GLOBECOM) 2007–2008, Internat. Conf. on Comm. (ICC)* 2009.

**Technical proof-reader** for the *IEEE Transac. Inform. Theory,* 1990 – 1992.

**Research Proposal Reviewer** for NSF, BSF (United States-Israel Binational Science Foundation), Danish Research Council for Technology and Production Sciences, Research Grants Council of Hong Kong, SFI (Science Foundation of Ireland), UC MICRO Program (University of California Microelectronics Innovation and Computer Research Opportunities).

**Affiliations** with IEEE Inform. Theory Society, American Mathematical Society (AMS), NSF Center for Discrete Mathematics and Computer Science (DIMACS).

LSI Corp. Exhibit 1010
Page 103

## SELECTED BELL LABS SERVICE

**Graduate Research Program for Women (GRPW)** and **Cooperative Research Fellowship Program (CRFP) for Minorities and Women** committee member, 2002 – 2009.

**Global Science Scholars** committee member and host to student visitors, 2003–2005.

**Afirmative Action** Committee Member, 1996 – 1999.

**Library Liaison,** provided periodic recommendations for book ordering, collected and provided feedback on journal usage, 1996 – .

**Seminars Sponsor,** recruited and hosted speakers for several internal seminars and reading groups, 1996 – .

**Committee Service,** served on numerous hiring and various ad-hoc committees, 1995 – .

## RECOGNITIONS

- *Distinguished Lecturer* for IEEE Information Theory Society, 2015 – 2016.

- *IEEE Fellow,* for contributions to coding theory and coding schemes for transmission and storage systems, *class of 2014.*

- *IEEE IT Society 2013 Padovani Lecturer,* a person whose research is considered to be of particular interest to students and postdocs is selected to give a special lecture at the yearly North American School of Information Theory. Lecture Ttile: "Secret Lives of Codes: From Theory to Practice and Back"

- *Best Paper Award* for the paper "Trade-off between cost and goodput in wireless: replacing transmitters with coding," (with M. Kim, M. Medard, MIT, J. Barros, Univ. of Porto, and T. Klien, Bell Labs) at *MONAMI'13.*

- *Honorable mention of the paper* "Asymptotic spectra of trapping sets in irregular LDPC code ensembles," (with O. Milenkovic, and P. Whiting, Bell Labs) at the *ICC 2006;* citation: "It provided an important contribution towards the statistical characterization and understanding of trapping sets, which are crucial to the assessment of error-floor effects in LDPC codes."

- *Distinguished Member of Technical Staff*, Bell Labs, March 2004.

- *IEEE Senior Member*, July 2003.

- Recognized as an *exceptional Bell Labs intern mentor* for the Summer 2003.

- IEEE *Referee Recognition* Award, 1998.

- Recognized in the 25th anniversary issue of *EE Times* as one of the 20 young engineers who are likely to make "significant contributions in the new millennium", Oct. 1997.

- Recognized for *teamwork at Bell Labs*, Dec. 1994.

- *Fouraker Fellowship* by EE Department, Texas A&M University, Sep. 1992 – Aug. 1993.

- *Electrical Powe Institute Fellowship* for the masters at EE Department, Texas A&M University, Jun. 1988 – Dec. 1989.

LSI Corp. Exhibit 1010
Page 104

## FUNDING

**DIMACS Funds** – awarded by the NSF and other funding agencies for *DIMACS Special Focus on Cybersecurity,* for workshops, seminar series, visitors, and postdocs from 2011 through 2015. *(Focus Co-Chair)*

**NSF NeTS Medium Grant** for *Collaborative Research: Secure Networking Using Network Coding* at the level of $882,357 (with Caltech, Purdue, and UT Austin), Sept. 2009 – Aug. 2013. *(Co-PI)*

**DARPA IAMANET Contract** for *PIANO: Principles for Intrinsically Assurable Network Operation,* with a multidisciplinary team from several universities (Caltech, MIT, Stanford, UMass, UT Austin), led by BAE, 2008. *(personal share $241,000 over 18 months)*

**NSF NeTS-NBD Small Grant** for *Coding and Transmission Schemes for Content Download* at the level of $569,000 (with UIUC and Rutgers), Sept. 2007 – Aug. 2010. *(Co-PI)*

**NSF ITR Medium Grant** for *Network Coding From Theory to Practice* at the level of $1.85 million (with Caltech, MIT, and UIUC), Sept. 2003 – Aug. 2008. *(Co-PI)*

**DIMACS Funds** – $205,000 budget awarded by the NSF and other funding agencies for *DIMACS Special Focus on Computational Information Theory and Coding* for workshops, seminar series, visitors, and postdocs from 2001 through 2004. *(Focus Co-Chair)*

**NAE Research Grant** – American recipient of the 1999 $10,000 Research Grant by the German-American Networking Program of the *National Academy of Engineering* and its German counterpart. (Elke Offer, TU Munich, was the German recipient.)

## JOURNAL PUBLICATIONS

1. L. Tan, Y. Li, A. Khisti, E. Soljanin, "Successive segmentation-based coding for broadcasting over erasure channels," *IEEE Trans. Inform. Theory,* pp. 3026–3038, Jun. 2016.

2. C. Fragouli and E. Soljanin, "(Secure) Linear network coding multicast - A theoretical minimum and some open problems," *Journal on Des. Codes and Cryptography, The 25th Anniversary Issue,* pp. 269–310, Jan. 2016.

3. G. Joshi, E. Soljanin, and G. Wornell, "On the delay-storage trade-off in content download from coded distributed storage systems," *ACM Transactions on Modeling and Performance Evaluation of Computing Systems,* submitted Oct. 2015, revised Nov. 2016.

4. K. Guan, A. Tulino, P. Winzer, and E. Soljanin, "Secrecy capacities in space-division multiplexed fiber-optic communication systems," *IEEE Trans. Inform. Forensics & Security,* pp. 1325–1335, July 2015.

5. M. Kim, T. Klein, E. Soljanin, J. Barros, M. Médard, "Modeling network coded TCP: analysis of throughput and energy cost," *ACM Springer Mobile Networks and Applications (MONET) Journal,* pp. 790–803, Dec. 2014.

6. G. Joshi, Y. Liu, and E. Soljanin, "On the delay-storage trade-off in content download from coded distributed storage systems," *IEEE J-SAC Special Issue on Communication Methodologies for the Next-Generation Storage Systems,* pp. 989–997, May 2014.

7. E. Song, E. Soljanin, P. Cuff, and V. H. Poor, "Rate-distortion-based physical layer secrecy with applications to multimode fiber," *IEEE Trans. Commun.,* pp. 1080–1090, March 2014.

8. S. Kokalj, E. Soljanin, and P. Spasojevic, "Low complexity differentiating adaptive erasure codes in multimedia wireless broadcast," *IEEE Trans. Commun.,* pp. 3462-3471, Aug. 2013.

9. Y. Li, E. Soljanin, and P. Spasojević, "Three schemes for wireless coded broadcast to heterogeneous users," *Elsevier-PhyCom, Special Issue on Network Coding and its Applications to Wireless Communications,* pp. 114–123, March 2013.

10. Z. Kong, E. Yeh, and E. Soljanin, "Coding improves the throughput-delay trade-off in mobile wireless networks," *IEEE Trans. Inform. Theory,* pp. 6894–6906, Nov. 2012.

11. I. Andriyanova and E. Soljanin, "Optimized IR-HARQ schemes based on punctured LDPC codes over the BEC," *IEEE Trans. Inform. Theory,* pp. 6433-6445, Oct. 2012.

12. S. Kokalj and E. Soljanin, "Suppressing the cliff effect in video reproduction quality," *Bell Labs Technical Journal, Video Issue,* March 2012.

13. S. El Rouayheb, E. Soljanin, and A. Sprintson, "Secure network coding for wiretap networks of type II," *IEEE Trans. Inform. Theory,* pp. 1361–1371, March 2012.

14. Y. Li, E. Soljanin, and P. Spasojević, "Effects of generation size and overlap on throughput and complexity in randomized linear network coding," *IEEE Trans. Inform. Theory,* pp. 1111–1123, Feb. 2011.

15. Z. Kong, S. Aly, and E. Soljanin, "Decentralized coding algorithms for distributed storage in wireless sensor networks," invited for *IEEE J-SAC Special Issue on Data Communication Techniques for Storage Channels and Networks,* pp. 261–267, Feb. 2010.

16. S. Kokalj, P. Spasojevic, and E. Soljanin, "Doped Fountain coding for minimum delay data collection in circular networks," *IEEE J-SAC Special Issue on Network Coding for Wireless Communication Networks,* pp. 673–684, June 2009.

17. E. Soljanin, P. Gupta, G. Kramer, "Network coding for efficient network multicast," *Bell Labs Technical Journal, Enabling Science and Technology Issue,* pp. 157-166, March 2009.

18. Z. Kong, S. Aly, E. Soljanin, E. Yeh, and A. Klappenecker, "Network coding capacity of random wireless networks under a signal-to-noise-and-interference ratio model," *IEEE Trans. Inform. Theory,* submitted 2008.

19. E. Soljanin, "Network Multicast with Network Coding," *IEEE Signal Processing Magazine*, pp. 109–112, Sept. 2008.

20. R. Liu, P. Spasojevic, and E. Soljanin, "Incremental redundancy cooperative coding for wireless networks: cooperative diversity, coding, and transmission energy gain," *IEEE Trans. Inform. Theory,* pp. 1207–1224, March 2008.

21. O. Milenkovic, E. Soljanin, and P. Whiting, "Asymptotic spectra of trapping sets in regular and irregular LDPC code ensembles," *IEEE Trans. Inform. Theory,* pp. 39–55, Jan. 2007.

22. C. Chekuri, C. Fragouli, and E. Soljanin, "On average throughput benefits and alphabet size in network coding," *IEEE Trans. Inform. Theory,* pp. 2410–2424, June 2006.

23. R. Liu, P. Spasojevic, and E. Soljanin, "Reliable channel regions for good binary codes transmitted over parallel channels," *IEEE Trans. Inform. Theory,* pp. 1405–1424, April 2006.

24. C. Fragouli and E. Soljanin, "Information flow decomposition for network coding," *IEEE Trans. Inform. Theory,* pp. 829–848, March 2006.

25. R. Liu, P. Spasojevic, and E. Soljanin, "On the weight spectrum of good linear binary codes," *IEEE Trans. Inform. Theory,* pp. 4369–4373, Dec. 2005.

LSI Corp. Exhibit 1010
Page 106

26. E. Soljanin, N. Varnica, and P. Whiting, "Incremental redundancy hybrid ARQ with LDPC and Raptor codes," submitted to *IEEE Trans. Inform. Theory,* Sept. 2005.

27. E. Soljanin and E. Offer, "Bit-optimal decoding of codes whose Tanner graphs are trees," J. Discrete Applied Mathematics, Elsevier Science, vol. 128/1, pp. 293–303, 2003.

28. E. Soljanin, "Compressing quantum mixed-state sources by sending classical information," *IEEE Trans. Inform. Theory,* pp. 2263–2275, Aug. 2002.

29. E. Soljanin, "Writing sequences on the plane," *IEEE Trans. Inform. Theory,* pp. 2263–2275, June 2002.

30. A. Mojsilović, J. Hu, and E. Soljanin, "Extraction of perceptually important colors and similarity measurement for image matching, Retrieval, and Analysis," *IEEE Trans. Image. Proc.,* pp. 1238–1248, Nov. 2002.

31. A. Mojsilovic and E. Soljanin, "Color quantization and processing by Fibonacci lattices," *IEEE Trans. Image Proc.,* pp. 1712–1725, Nov. 2001.

32. E. Soljanin and A. J. Van Wijngaarden, "Application of distance enhancing codes," *IEEE Trans. Magn.,* pp. 762–767, Mar. 2001.

33. R. Karabed, P. H. Siegel and E. Soljanin, "Constrained coding for binary channels with high inter-symbol interference," *IEEE Trans. Inform. Theory,* pp. 1777–1797, Sept. 1999.

34. B. E. Moision, P. H. Siegel, and E. Soljanin, "Distance-enhancing codes for digital recording," *IEEE Trans. Magn.,* pp. 69-74, Jan. 1998.

35. E. Soljanin and C. N. Georghiades, "Multihead detection for multitrack recording channels," *IEEE Trans. Inform. Theory,* pp. 2988–2997, Nov 1998.

36. E. Soljanin "A coding scheme for generating bipolar dc-free sequences," *IEEE Trans. Magn.,* pp. 2755–2757, Sept. 1997.

37. E. Soljanin and C. N. Georghiades, "Coding for two-head recording systems," *IEEE Trans. Inform. Theory,* pp. 747–755, May 1995.

38. M. Kezunovic, E. Soljanin, B. Perunicic, and S. Levi, "New approach to the design of digital algorithms for electric power measurements," *IEEE Trans. Power Delivery,* Vol. 6, pp. 516–523, Apr. 1991.

39. B. Perunicic, M. Kezunovic, and E. Soljanin, and S. Levi, "Digital signal processing algorithms for power and line parameter measurements with low sensitivity to frequency change," *IEEE Trans. Power Delivery,* Vol. 5, pp. 1209–1215, Apr. 1990.

---

## REFEREED CONFERENCE PUBLICATIONS

1. M. Noori, E. Soljanin, M. Ardakani, "On storage allocation for maximum service rate in distributed storage systems," *2016 IEEE Int. Symp. Inform. Theory (ISIT'16),* Barcelona, July 2016.

2. K. Guan, P. Winzer, A. Tulino, and E. Soljanin, "Physical layer security of space-division multi-plexed fiber-optic communication system in the presence of multiple eavesdroppers," *2015 IEEE Global Telecommunications Conf. (GLOBECOM'15),* San Diego, Dec. 2015.

3. G. Joshi, E. Soljanin, and G. Wornell, "Using efficient redundancy to reduce latency in cloud systems," *52nd Annual Allerton Conference,* Monticello, IL, Oct. 2015.

4. S. Kadhe, E. Soljanin, and A. Sprintson, "When do the availability codes make the stored data more available?" invited for *53nd Annual Allerton Conference,* Monticello, IL, Oct. 2015.

5. Y. Li, K. Guo, X. Wang, E. Soljanin, and T. Woo, "SEARS: Space efficient and reliable storage system in the cloud," *40th IEEE Conference on Local Computer Networks (LCN)*, Clearwater Beach, FL, USA, Oct. 2015.

6. U. J. Ferner, M. Médard, E. Soljanin, "Why reading patterns matter in storage coding and scheduling design," *8'th IEEE International Conference on Cloud Computing (IEEE CLOUD 2015)*, New York, July, 2015.

7. G. Joshi, E. Soljanin, and G. Wornell, "Queues with Redundancy: Latency-Cost Analysis," *Mathematical Performance Modeling and Analysis (MAMA) Workshop in conjunction with ACM SIGMETRICS*, Prtland, OR, June 2015.

8. S. Kadhe, E. Soljanin, and A. Sprintson, "Analyzing the download time of availability codes," *2015 IEEE Int. Symp. Inform. Theory (ISIT'15)*, Hong Kong, June 2015.

9. L. Tan, M. Kaveh, A. Khisti, and E. Soljanin, "Coding for source-broadcasting over erasure channels with feedback," *2015 IEEE Int. Symp. Inform. Theory (ISIT'15)*, Hong Kong, June 2015.

10. M. Heindelmaier and E. Soljanin, "Isn't hybrid ARQ enough?" invited for *52nd Annual Allerton Conference*, Monticello, IL, Oct. 2014.

11. A. Singh Rawat and E. Soljanin, "Dynamic control of video quality for AVS," *2014 IEEE Int. Symp. Inform. Theory (ISIT'14)*, Honolulu, July 2014.

12. Y. Li, L. Tan, A. Khisti, and E. Soljanin, "Successive segmentation-based coding for broadcasting over erasure channels," *2014 IEEE Int. Symp. Inform. Theory (ISIT'14)*, Honolulu, July 2014.

13. I. Andriyanova, A. Julé, and E. Soljanin, "The code rebalancing problem for a storage-flexible data center network," *2013 IEEE International Conference on Big Data (IEEE BigData 2013)*, Santa Clara, CA, Oct. 2013.

14. K. Guan, P. Winzer, E. Soljanin, and A. Tulino, "On the secrecy capacity of the space-division multiplexed fiber optical communication systems," *2013 First IEEE Conference on Communications and Network Security (CNS'13)*, Washington, DC, Oct. 2013.

15. M. Kim, T. Klien, E. Soljann, M. Médard, and J. Barros, "Trade-off between cost and goodput in wireless: replacing transmitters with coding," *5th Int. Conf. on Mobile Networks and Management (MONAMI'13)*, Cork, Ireland, Sept. 2013. *(best paper award)*

16. E. Soljanin, "Some coding and information theoretic problems in contemporary (video) content delivery," *2013 IEEE Inform. Theory Workshop (ITW'13)*, Seville, Spain, Sept. 2013. *(invited)*

17. L. Tan, Y. Li, A. Khisti, and E. Soljanin, "Source broadcasting over erasure channels: distortion bounds and code design," *2013 IEEE Inform. Theory Workshop (ITW'13)*, Seville, Spain, Sept. 2013.

18. G. Joshi and E. Soljanin, "Round-robin overlapping generations coding for fast content download," *2013 IEEE Int. Symp. Inform. Theory (ISIT'13)*, Istanbul, Turkey, July 2013.

19. L. Tan, A. Khisti, E. Soljanin, "Distortion bounds for broadcasting a binary source over binary erasure channels," *13'th Canadian Workshop on Information Theory (CWIT'13)*, Toronto, Canada, June 2013.

20. K. Guan, E. Song, E. Soljanin, and P. Winzer, "Physical layer security in space-division multiplexed fiber optic communications," *46th Asilomar Conference on Signals, Systems, and Computers*, Monterey, California, Amsterdam, The Netherlands Nov. 2012.

21. K. Guan, P. Winzer, and E. Soljanin, "Information-Theoretic Security in Space-Division Multiplexed Fiber Optic Networks," *2012 European Conference and Exhibition on Optical Communication (ECEOC'2012)*, Amsterdam, The Netherlands, June 2012.

22. G. Joshi, Y. Liu, and E. Soljanin, "Coding for fast content download," invited for *50th Annual Allerton Conference,* Monticello, IL, Oct. 2012.

23. U. J. Ferner, M. Médard, E. Soljanin, "Toward sustainable networking: storage area networks with network coding," *50th Annual Allerton Conference,* Monticello, IL, Oct. 2012.

24. L. Tan, A. Khisti, E. Soljanin, "Quadratic gaussian source broadcast with individual bandwidth mismatches," *2012 IEEE Int. Symp. Inform. Theory (ISIT'12),* Cambridge, MA, June 2012.

25. Y. Li, P. Vingelmann, M. V. Pedersen, and Emina Soljanin, "Round robin streaming with generations," *2012 Int. Symp. on Network Coding, (NetCod'12),* Cambridge, MA, June 2012.

26. S. Kokalj, E. Soljanin, and P. Spasojevic,"Is rateless paradigm fitted for lossless compression of erasure–impaired sources?" invited for *49th Annual Allerton Conference,* Monticello, IL, Sept. 2011.

27. A. Bhowmick, A. Rawat, E. Soljanin, and S. Vishwanath, "Update efficient codes for distributed storage," *2011 IEEE Int. Symp. Inform. Theory (ISIT'11),* St. Petersburg, July 2011.

28. S. Kokalj-Filipovic, E. Soljanin, and Y. Gao, "Cliff effect suppression through multiple-descriptions with split personality," *2011 IEEE Int. Symp. Inform. Theory (ISIT'11),* St. Petersburg, July 2011.

29. N. P. Anthapadmanabhan, E. Soljanin, and S. Vishwanath, "Update-Efficient Codes for Erasure Correction," invited for *48th Annual Allerton Conference,* Monticello, IL, Sept. 2010.

30. E. Soljanin, "Reducing Delay in Mobile Muti-Agent Information Relaying," invited for *48th Annual Allerton Conference,* Monticello, IL, Sept. 2010.

31. Y. Li, E. Soljanin, and P. Spasojević, "Collecting coded coupons over generations," *2010 IEEE Int. Symp. Inform. Theory (ISIT'10),* Austin, USA, June 2010.

32. M. Sardari, R. Restrepo, F. Fekri, and E. Soljanin, "Memory allocation in distributed storage networks," *2010 IEEE Int. Symp. Inform. Theory(ISIT'10),* Austin, USA, June 2010.

33. Y. Li, E. Soljanin, and P. Spasojević, "Collecting coded coupons over overlapping generations," *2010 Int. Symp. on Network Coding, (NetCod'10)*, Toronto, Canada, June 2010.

34. I. Andriyanova and E. Soljanin, "IR-HARQ schemes with finite-length punctured LDPC codes over the BEC," *Proc. 2009 IEEE Int. Inform. Theory Workshop (ITW'09),* Taormina, Italy, Oct. 2009.

35. Y. Li and E. Soljanin, "Rateless codes for single-server streaming to diverse users," in *Proc. 48th Annual Allerton Conference,* Monticello, IL, Sept. 2009.

36. Z. Kong, E. Yeh, and E. Soljanin, "Coding improves the throughput-delay trade-off in mobile wireless networks," *2009 IEEE Int. Symp. Inform. Theory (ISIT'09),* Seul, Korea, July 2009.

37. S. Kokalj, P. Spasojevic, E. Soljanin, and R. Yates, "ARQ with doped Fountain decoding," *Proc. 2008 IEEE Int. Symp. on Spread Spectrum Techniques and Applications (ISSSTA'08),* Bologna, Italy, Aug. 2008.

38. S. Aly, Z. Kong, and E. Soljanin, "Raptor codes based distributed storage algorithms for large-scale wireless sensor networks," *2008 IEEE Int. Symp. Inform. Theory (ISIT'08)*, Toronto, Canada, July 2008.

39. A. Mills, B. Smith, T. C. Clancy, E. Soljanin, and S. Vishwanath "On secure communications over wireless erasure networks," *2008 IEEE Int. Symp. Inform. Theory (ISIT'08)*, Toronto, Canada, July 2008.

40. S. Aly, Z. Kong, and E. Soljanin, "Fountain codes based distributed storage algorithms for large-scale wireless sensor networks," in *Proc. Int. Conf. Inform. Processing in Sensor Networks (IPSN'08),* St. Louis, MO, USA, April 2008.

LSI Corp. Exhibit 1010
Page 109

41. S. Kokalj, P. Spasojevic, R. Yates, and E. Soljanin, "Decentralized Fountain codes for minimum-delay data collection," *Proc. 42nd Annual Conference on Information Sciences and Systems (CISS'08),* Princeton, NJ, March 2008.

42. Z. Kong, S. Aly, E. Soljanin, A. Klappenecker, and E. Yeh, "Network coding capacity of random wireless networks under a signal-to-interference-and-noise model," in *Proc. 45th Annual Allerton Conference,* Monticello, IL, Sept. 2007.

43. C Lott, O Milenkovic, and E. Soljanin, "Hybrid ARQ: theory, state of the art and future directions," in *Proc. 2007 IEEE Int. Workshop Inform. Theory (ITW'07),* Bergen, Norway, July 2007 (*Invited*)

44. S. El Rouayheb and E. Soljanin, "On wiretap networks II," *2007 IEEE Int. Symp. Inform. Theory (ISIT'07),* Nice, France, June 2007.

45. S. El Rouayheb, C. N. Georghiades, E. Soljanin, A. Sprintson, "Bounds on codes based on graph theory," *2007 IEEE Int. Symp. Inform. Theory (ISIT'07),* Nice, France, June 2007.

46. E. Soljanin, N. Varnica, and P. Whiting, "Raptor codes for hybrid ARQ," in *Proc. 44th Annual Allerton Conference,* Monticello, IL, Oct. 2006.

47. O. Milenkovic and E. Soljanin, "Enumeration of RNA secondary structures: a constrained coding approach," *40th Asilomar Conference on Signals, Systems, and Computers,* Monterey, California, Oct. 2006.

48. C. Chekuri, C. Fragouli, and E. Soljanin, "Achievable information rates in single-source non-uniform demand networks," in *Proc. 2006 IEEE Int. Symp. Inform. Theory (ISIT'06),* Seattle, WA, USA., July 2006.

49. O. Milenkovic, E. Soljanin, and P. Whiting, "Asymptotic spectra of trapping sets in irregular LDPC code ensembles," *2006 IEEE Int. Conf. Commun. (ICC '06),* Istanbul, Turkey, June 2006.

50. E. Soljanin, N. Varnica, and P. Whiting, "Punctured vs rateless codes for hybrid ARQ," in *Proc. 2006 IEEE Int. Inform. Theory Workshop (ITW'06),* Punta del Este, Uruguay, March 2006. (*invited*)

51. Y. Shi and E. Soljanin, "On multicast in quantum networks," in *Proc. 40th Annual Conference on Inform. Sciences and Systems (CISS'06),* Princeton, NJ, March 2006. *(invited)*

52. O. Milenkovic, E. Soljanin, and P. Whiting, "Stopping and trapping sets in generalized covering arrays," in *Proc. 40th Annual Conference on Information Sciences and Systems (CISS'06),* Princeton, NJ, March 2006.

53. O. Milenkovic, E. Soljanin, and P. Whiting, "Asymptotic spectra of trapping sets in regular LDPC code ensembles," in *Proc. 43st Annual Allerton Conference,* Monticello, IL, Oct. 2005.

54. C. Chekuri, C. Fragouli, and E. Soljanin, "On throughput benefits and alphabet size in network coding," *2005 IEEE Int. Symp. Inform. Theory (ISIT 2005),* Adelaide, Australia, Sept.,2005.

55. E. Soljanin, N. Varnica, and P. Whiting, "LDPC codes for hybrid ARQ," *2005 IEEE Int. Symp. Inform. Theory (ISIT 2005),* Adelaide, Australia, Sept. 2005.

56. R. Liu, P. Spasojevic, and E. Soljanin, "Cooperative diversity with incremental redundancy turbo coding for quasi-static wireless networks," in *Proc. the 6th IEEE Internat. Workshop on Signal Processing Advances for Wireless Commun. (SPAWC'05),* New York City, June 2005.

57. C. Fragouli and E. Soljanin, "Decentralized network coding," *Proc. 2005 IEEE Int. Inform. Theory Workshop (ITW'04),* San Antonio, TX, Oct. 2004.

58. C. Fragouli and E. Soljanin, "On average throughput benefits for network coding," *Proc. 42st Annual Allerton Conference,* Monticello, IL, Oct. 2004.

LSI Corp. Exhibit 1010
Page 110

59. R. Liu, P. Spasojevic, and E. Soljanin, "Performance analysis of multilevel punctured turbo codes," *Proc. 42st Annual Allerton Conference,* Monticello, IL, Oct. 2004.

60. A. Ashikhmin, N. Gopalakrishnan, J. Kim, E. Soljanin, and A. Wijngaarden, "On efficient link error prediction based on convex metrics," in *Proc. IEEE Vehicular Technology Conference (VTC2004-Fall),* Los Angeles, CA, Sept. 2004.

61. C. Fragouli and E. Soljanin, "Subtree decomposition for network coding," *Proc. 2004 IEEE Int. Symp. Inform. Theory (ISIT 2004),* Chicago, USA, June 27–July 2, 2004.

62. R. Liu, P. Spasojevic, and E. Soljanin, "Reliable channel regions for good codes transmitted over parallel channels," *Proc. 2004 IEEE Int. Symp. Inform. Theory (ISIT 2004),* Chicago, USA, June 27–July 2, 2004.

63. C. Fragouli and E. Soljanin, "A connection between network coding and convolutional codes," *Proc. 2004 IEEE Int. Conf. Commun. (ICC'04),* Paris, France, June 2004.

64. R. Liu, P. Spasojevic, and E. Soljanin, "Incremental multi-hop based on good punctured codes and its reliable hop rate," in *Proc. IEEE Wireless Communications and Networking Conference 2004 (WCNC 2004),* Atlanta, Georgia, Mar. 21–25, 2004.

65. C. Fragouli and E. Soljanin, and A. Shokrollahi, "Network coding as a coloring problem," in *Proc. 38 Annual Conference on Information Sciences and Systems (CISS'04,)* Princeton, NJ, March 2004. *(invited)*

66. R. Liu, P. Spasojevic, and E. Soljanin, "A throughput analysis of incremental redundancy hybrid ARQ schemes with turbo codes," in *Proc. 38 Annual Conference on Information Sciences and Systems (CISS'04,)* Princeton, NJ, March 2004.

67. R. Liu, P. Spasojevic, and E. Soljanin, "User cooperation with punctured turbo codes," *Proc. 41st Annual Allerton Conference,* Monticello, IL, Oct. 1–3, 2003.

68. R. Liu, P. Spasojevic, and E. Soljanin, "On the role of puncturing in hybrid ARQ schemes," *2003 Int. Symp. Inform. Theory (ISIT'03),* Yokohama, Japan, June, 2003.

69. R. Liu, P. Spasojevic, and E. Soljanin, "Punctured turbo code ensembles," *2003 Inform. Theory Workshop (ITW'03),* Paris, France, Mar. 31-Apr. 4, 2003.

70. E. Soljanin, R. Liu, and P. Spasojevic, "Hybrid ARQ with random transmission assignments," *DIMACS Workshop on Network Information Theory,* March 2003.

71. E. Soljanin and E. Offer, "LDPC codes: a group algebra formulation," *2001 Workshop on Coding and Cryptography* (WCC'01), Paris, France, Jan. 2001.

72. A. Mojsilovic and E. Soljanin, "Quantization of color spaces by fibonacci lattices," *2001 IEEE Int. Symp. Inform. Theory (ISIT'01),* Washington, DC, June 2001.

73. E. Soljanin, "Simple soft-output detection for magnetic recording channels," *2000 IEEE Int. Symp. Inform. Theory (ISIT'00),* Sorrento, Italy, June 2000.

74. E. Offer and E. Soljanin, "On the efficiency of some suboptimal algorithms for bit decoding of binary codes," *2000 IEEE Int. Symp. Inform. Theory (ISIT'00),* Sorrento, Italy, June 2000.

75. A. Mojsilovic and E. Soljanin, "Quantization of color spaces and processing of color images by Fibonacci lattices," *2000 SPIE Int. Symp.* San Jose, CA, Jan. 2000.

76. E. Soljanin and A. van Wijngaarden, "On the capacity of distance enhancing constraints for high density magnetic recording channels," *Proc. 1999 Workshop on Coding and Cryptography (WCC'99),* Paris, France, Jan. 1999.

LSI Corp. Exhibit 1010
Page 111

77. E. Soljanin, "Coding for Magnetic Recording Channels with Colored Noise and Intertrack Interference," *Proc. 1998 Inform. Theory Workshop (ITW'98)* San Diego, CA, Feb. 9-13, 1998., pp. 24.

78. B. Moision, P. H. Siegel, and E. Soljanin, "Error event characterization and coding for the equalized Lorentzian channel," *1998 IEEE Int. Symp. Inform. Theory (ISIT'98)*, Cambridge, MA, Aug. 1998.

79. E. Soljanin, "A Shannon Theoretic Study of Penrose Tilings," *1998 IEEE Int. Symp. Inform. Theory (ISIT'98),* Cambridge, MA, Aug. 1998.

80. E. Soljanin, "Extended role of constrained coding in high density magnetic recording channels," *Proc. 1997 IEEE Int. Workshop Inform. Theory (ITW'97),* Longyearbyen, Norway, July 1997, *(Invited)*

81. B. Moision, P. H. Siegel, and E. Soljain, "Distance-enhancing codes for digital recording," *Proc. 1997 IEEE Magnetic Rec. Conf. (TMRC'97)* Minneapolis, MN, Sept. 1997.

82. E. Soljainin, "A coding scheme for generating dc–free sequences," *International Magnetics Conference (INTERMAG'97)*, New Orleans, Louisiana, Apr. 1–4, 1997.

83. E. Soljanin, "Decoding techniques for some specially constructed dc–free codes," *1997 IEEE Int. Conf. Commun. (ICC '97),* Montreal, Canada, June 1997.

84. E. Soljain and R. Urbanke, "On the performance of recursive decoding schemes," *1997 IEEE Int. Symp. Inform. Theory (ISIT'97),* Ulm, Germany, July 1997.

85. E. Soljanin, "On coding for binary partial-response channels that don't achieve the matched-filter-bound," *Proc. 1996 Inform. Theory Workshop (ITW'96),* Haifa, Israel, June 9-13, 1996, pp. 24. (*Invited*)

86. E. Soljanin and O. Agazzi, "An interleaved coding scheme for $(1-D)(1+D)^2$ partial response with concatenated Decoding," *Proc. 1996 IEEE Global Telecommunications Conf. (GLOBECOM'96),* London, UK, Nov. 1996.

87. E. Soljanin, "On–track and off–track distance properties of class 4 partial response channels," *Proc. 1995 SPIE Int. Symp. on Voice, Video, and Data Communications,* Philadelphia, PA, Oct. 1995, vol. 2605, pp. 92–102.

88. E. Soljanin, C. N. Georghiades, "A five-head, three-track, magnetic recording channel," *Proc. 1995 IEEE Int. Symp. Inform. Theory (ISIT'95),* Whistler, Canada, Sept. 1995, pp. 244.

89. E. Soljanin, C. N. Georghiades, "Coding for two-head recording systems," *IEEE Trans. Inform. Theory,* pp. 747–755, May 1995.

90. E. Soljanin, C. N. Georghiades, "Two-track codes for magnetic recording channels," *Proc. 1994 IEEE Int. Symp. Inform. Theory (ISIT'94),* Trondheim, Norway, June 1994, pp. 150.

91. E. Soljanin, C. N. Georghiades, "Sliding-block codes for two-track magnetic recording channels," *28th Annual Conference on Inform. Sciences and Systems (CISS'94),* Princeton, NJ, March 1994.

92. E. Soljanin, C. N. Georghiades, "On coding in multi-track, multi-head, digital recording systems," *Proc. 1993 IEEE Global Telecommunications Conf. (GLOBECOM'93),* Houston, TX, Dec. 1993, pp. 18–22.

93. B. Perunicic, S. Levi, M. Kezunovic, E. Soljanin, "Digital metering of active and reactive power in non-sinusoidal conditions using bilinear forms of voltage and current samples," *Proc. IEEE Int. Symp. on Networks, Systems, and Signal Processing,* Zagreb, Yugoslavia, June 1989.

94. D. Dervisevic and E. Soljanin, "Automatic generation control in hydro–thermal electric power systems," *Lecture Notes in Control and Inform. Sciences Series vol. 113, Springer–Verlag, System Modeling and Optimization, IFIP'87,* pp. 549–557.

LSI Corp. Exhibit 1010

Page 112

95. N. Bajraktarevic, N. Cerimovic, D. Pikula, E. Soljanin, "Software package for real-time modeling of electric power system operation," *YU CIGRE*, Cavtat, Yugoslavia, 1988. *(in Serbo–Croatian)*

96. E. Soljanin, D. Pikula, "Long-term hydro scheduling," *1987 Yug. Symp. on Operations Research (SIMOPIS '87)*, Brioni, Yugoslavia, 1987. *(in Serbo–Croatian)*

97. Z. Tica, N. Cerimovic, D. Hadziosmanovic, D. Pikula, E. Soljanin, "Software package for long-term planning of electric power systems," *YU CIGRE*, Cavtat, Yugoslavia, 1986. *(in Serbo–Croatian)*

## BOOKS, BOOK CHAPTERS, EDITING

1. C. Fragouli and E. Soljanin, invited monograph, *Network Coding Fundamentals,* Foundations and Trends in Networking. Hanover, MA: now Publishers Inc., June 2007.

2. C. Fragouli and E. Soljanin, invited monograph, *Network Coding Applications,* Foundations and Trends in Networking. Hanover, MA: now Publishers Inc., Jan. 2008.

3. *Advances in Information Recording,* DIMACS Series in Discrete Mathematics and Theoretical Computer Science, v. 73, American Mathematical Society, 2008, Paul H. Siegel, Emina Soljanin, B. Vasiè, and A. J. van Wijngaarden, eds.

4. E. Soljanin, R. Liu, P. Spasojević, "Hybrid ARQ with random transmission assignments," in *Advances in Network Information Theory,* DIMACS Series in Discrete Mathematics and Theoretical Computer Science, v. 66, American Mathematical Society, 2004. P. Gupta, G. Kramer, and A. Wijngarden, eds.

5. B. Marcus and E. Soljanin, "Modulation codes for storage systems," in *The Computer Engineering Handbook*, Boca Raton: CRC Press, 2002, V. G. Oklobdzija, ed.

6. E. Offer and E. Soljanin, "An algebraic description of iterative decoding schemes," IMA Volumes in Mathematics and its Applications v. 123, Springer-Verlag, 2001, B. Marcus and J. Rosenthal, eds.

## SELECTED INVITED TUTORIAL/EXPOSITORY TALKS

1. "Network coding: a combinatorial framework and an open problem," *BIRS Workshop on Mathematics of Communications: Sequences, Codes and Designs*, Banff, January 2015.

2. "Basics of Network Coding," *BIRS Workshop on Applications of Matroid Theory and Combinatorial Optimization to Information and Coding Theory,* Banff, August 2009.

3. "Network Coding: Theory and Practice," *2007 IEEE Int. Symp. Inform. Theory (ISIT'07)*, Nice, France, June 2007.

4. "Hybrid ARQ: State of the Art," *2007 IEEE Int. Inform. Theory Workshop (ITW'07),* Bergen, Norway, July 2007.

## SELECTED PLENARY AND INVITED RESEARCH TALKS

1. *Queues for Data Access from Coded Distributed Storage,* 18th INFORMS Applied Probability Society Conference, Istanbul, July. 2015.

2. *Cloud Storage Space vs. Download Time for Large Files,* NYIT REU Program, New York, June 2015.

3. *Storage Codes and Data Retrieval,* Workshop on Coding: From Practice to Theory, The Simons Institute for the Theory of Computing, UC Berkeley, Feb. 2015.

4.  *Codes for Storage with Queues for Access,* Workshop on Inform. Theory and Applic. (ITA), UCSD, Feb. 2015.

5.  *Codes For All Seasons,* plenary talk at 2014 IEEE Workshop on Inform. Theory, Nov. 2014.

6.  *Urns & Balls and Communications,* Dept. of Statistics, Univ. of Auckland, Nov. 2014.

7.  *How Does Applied Math Become Applicable?* MIT Graduate Women (GW6) student group coffee hour seminar, May 2014.

8.  *A coding Tale of a Tail at Scale,* Stanford, Apr. 2014.

9.  *How Should We Code in Multicast to Diverse Users and What For?* Stanford, Apr. 2014, and University of Hawaii, Nov. 2014.

10. *Secret Lives of Codes: From Theory to Practice and Back* 2013 Padovani Lecture at the 2013 North American School of Information Theory, Purdue University, June 2013.

11. *Is Coding Beyond the Physical Layer Helpful in Content Centric Networking?,* Workshop on Inform. Theory and Applic. (ITA), UCSD Feb. 2013.

12. *Rateless Codes for Efficient Content Download in Highly Heterogeneous Scenarios,* Aalborg University, Sept. 2012.

13. *Pushing Codes into Clouds,* NSF Workshop on Communication Theory and Signal Processing in the Cloud Era, Berkeley, June 2012.

14. *Urns & Balls and Communications,* MIT Math Seminar, Apr. 2012.

15. *What are Good Coding Schemes for Multicast in Heterogeneous Wireless Networks?* International Zurich Seminar on Communications, March 2012.

16. *How Does Applied Math Become Applicable?* plenary talk at Workshop on Inform. Theory and Applic. (ITA), UCSD Jan. 2012.

17. *Three Types of Redundancy Against Three Sources of Delay,* UIUC CSL Seminar, Apr. 2011.

18. *Double Dixie Cup Unicast,* UIUC CS Theory Seminar, Apr. 2011, Dagstuhl Seminar on Coding Theory, Nov. 2011.

19. *Content Preparation, Delivery, and Storage for Highly Heterogenous Networks,* EPFL, Oct. 2011, MIT EECS, Sept. 2011.

20. *Urns & Balls and Communications,* 2013 North American School of Information Theory, UT Austin, May 2011.

21. *On Storing and Retrieving (Coded) Data in Mobile P2P Networks,* Isaac Newton Institute for Mathematical Sciences, special programme on *Stochastic Processes in Communication Sciences,* Cambridge, UK, April 2010.

22. *Coded Streaming in Heterogenous Networks,* BL/HHI Joint Workshop, June 2011, ENST Sept. 2011.

23. *Coding for Delay in Networks,* Texas A&M, Mar. 2011, ETIS/CNRS, Sept. 2011.

24. *Quantum Network Multicast and Coding,* International Seminar on Quantum Networking (Towards Quantum Internet, Madrid, June 2009.

25. *Two (Non)standardized Applications of Fountain Codes,* ETH Zürich, December 2008.

26. *Coding Technologies: Trends, Challenges, Opportunities and Applications,* Alcatel–Lucent Technical Academy, Antwerp, Belgium, July 2008.

27. *On Wiretap Networks Implementing Network Coding,* EPFL, Feb. 2008, Universität Zürich, October 2008, Univ. Collage Cork Coding and Cryptography, May 2008.

28. *Coding Based P2P Storage and Distribution,* EPFL, Apr. 2008, Univ. Collage Cork Workshop Coding and Cryptography, May 2008, Supélec June 2008.

29. *Von Neumann Entropy in Quantum Data Compression,* EPFL & UMLV Workshop on Entropy, Sept. 2008.

30. *On the Throughput/Delay Tradeoff in Mobile Ad-Hoc Networks Implementing Network Coding,* Workshop on Inform. Theory and Applic. (ITA), UCSD Jan. 2008. Princeton, Supélec and Bell Labs Workshop on Wireless Networks, Princeton, Feb. 2008.

31. *Hybrid ARQ: Theory, State of the Art, and Future Directions,* EPFL, April 2008, ENST June 2008, and University of Arizona, EE, Nov. 2007.

32. *On Benefits of Network Coding in Content Distribution,* University of California Los Angeles (UCLA) and University of Arizona, Math, Nov. 2007.

33. *Punctured vs Rateless Codes For Hybrid ARQ,* Tsinghua University, Bejing, Oct. 2006, IEEE Int. Inform. Theory Workshop (ITW'06), Punta del Este, Uruguay, March 2006.

34. *On Throughput Benefits of Network Coding,* University of Southern California, Los Angeles, Aug. 2006, International Workshop on Wireless Ad Hoc & Sensor Networks (IWWAN 2006), New York, June 2006, CUBIN/ACoRN Inform. Theory Workshop, Melbourne, Australia, Sept. 2005.

35. *Some Computer Science Problems in Network Coding,* 2004 IEEE Inform. Theory Workshop, San Antonio, Texas, Oct. 2004.

36. *Network Coding: from Graph Theory to Algebraic Geometry,* EECS Distinguished Lecture Series, Univesrity of Michigan at Ann Arbor, Jan. 2003, and Columbia University, Feb. 2003.

37. *Frames in Quantum and Classical Information Theory,* EPFL, Lausanne, Switzerland, June 2004, Institute for Quantum Information Seminar, Caltech, Sept. 2003, Quantum Computing Seminar, Texas A&M University, April 2003, and DIMACS Workshop on Source Coding and Harmonic Analysis, May 2002

38. *Network Coding Based on Subtree Decomposition,* EE Seminar, Brooklyn Polytechnic University, Oct. 2003, and Information Science & Technology Seminar, Caltech, Sept. 2003.

39. *Hybrid ARQ in Wireless Networks,* Wireless Communications Lab Seminar, Texas A&M University, April 2003.

40. *Algebra of LDPC Codes*, AMS 2002 National Meeting, San Diego, CA, Jan. 2002, and Technical University, Ulm, Germany, Oct. 2000.

41. *Quantum Data Compression,* MSRI Information Theory Workshop, Berkeley, CA, Feb. 2002.

42. *LDPC Codes: A Group Algebra Formulation,"* DIMACS Workshop on Codes and Complexity, Dec. 2001.

43. *Writing sequences on the plane,* DIMACS Mixer Seminar Series, Florham Park, NJ, Sept. 2001.

44. *On Quantum Source Coding Problems Beyond the Schumacher Compression,* AMS 2001 Spring Eastern Section Meeting, Hoboken, NJ, April 2001.

45. *Application of Distance Enhancing Modulation Codes to High Density Magnetic Recording Systems, TMRC 2000,* Santa Clara, CA, Aug. 2000.

46. *A Shannon Theoretic Study of Penrose Tilings,* Ecole Nationale Supérieure des Télécommunications (ENST), Paris, France, Jan. 1999.

LSI Corp. Exhibit 1010
Page 115

47. *Writing Sequences on the Plane,* Lehrstuhl für Nachrichtentechnik, TU München, Munich, Germany, Oct. 1999.

48. *On the Role of Channel Distance Properties in Partial Response Signaling,* Lehrstuhl für Nachrichtentechnik, TU München, Munich, Germany, July 1999, and UC Berkeley, Berkeley, CA, Nov. 1997.

49. *Coding for Magnetic Recording Channels with Colored Noise and Intertrack Interference,* 1998 National Storage Industry Consortium (NSIC'98), Berkeley, CA, Jan. 1998.

50. *The Multi–User Problem in Magnetic Recording,* AT&T Labs – Research, Florham Park, NJ, March 1998.

51. *Coding in Recording and Transmission Systems,* Brown University, Department of Applied Mathematics, Providence, RI, April 1996.

52. *On Coding for Binary Partial-Response Channels that don't Achieve the Matched-Filter-Bound,* University of California at San Diego, Center for Magnetic Recording Research, San Diego, CA, May 1996.

## SELECTED RESEARCH REPORTS

1. E. Soljanin, "Raptor codes: from a math idea to LTE eMBMS," *Bell Labs Internal Report,* 2013.

2. R. Alface, S. Kokalj, J-F. Macq, C. Nuzman, and E. Soljanin, "Video Coding for Customized Direct Access," *Bell Labs Internal Report,* Dec. 2011.

3. U. Niesen, E. Soljanin, and G. Tucci, "Structured matrices for compressed sensing applications," *Bell Labs Internal Report,* June 2011.

4. A. Ashikhmin, E. Soljanin, R. Liu, and P. Spasojevic, "Hybrid ARQ for wireless networks: analysis of the standard scheme and directions for improvements," *Bell Labs Internal Report,* Oct. 2002.

5. E. Soljanin, "Spectrum shaping codes for 10Gb/s ethernet," *Bell Labs Internal Report,* Sept. 1999.

6. E. Soljanin, "Penrose tiling and recording data on the plane," *Bell Labs Internal Report,* Oct. 1998.

7. A. Barg, E. Soljanin, and R. Urbanke, "Efficient forward error correction for Lucent Technologies SONET Terminals," *Bell Labs Internal Report,* Sept. 1998.

8. E. Soljanin and R. Urbanke, "An efficient architecture for implementation of a multiplier and inverter in $GF(2^8)$," *Bell Labs Internal Report,* Mar. 1996.

9. C. N. Georghiades, E. Soljanin, K. Chang, R. Velidi, L. Cavalheiro, "Communications in intelligent vehicle highway systems,"*Research Report* 1245-3, Texas Transportation Institute, September 1990 – August 1991.

10. C. N. Georghiades, S. Patarasen, E. Soljanin, H. Jardak, W. Wills, "Communications in intelligent vehicle highway systems,"*Research Report* 1245-2, Texas Transportation Institute, Jan.– Aug. 1990.

# PATENTS

1. A. Emad, C. Nuzman, and E. Soljanin, "Methods and systems for determining crosstalk for a line in a vectored system," *Patent Application,* filed June 2015.

2. C. Nuzman, E. Soljanin, and A. Tulino, "Methods and systems for determining crosstalk for a joining line in a vectored system," *Patent Application,* filed May 2014.

3. K. Guo, E. Soljanin, and T. Wu, "Secure file transfers within network-based storage," *Patent Application,* filed Aug. 2013.

4. K. Guan, E. Soljanin, and P. Winzer, "Secure Data Transmission via Spatially Multiplexed Optical Signals," *Patent Application,* filed Dec. 2012.

5. K. Guan, E. Soljanin, and P. Winzer, "Optical fibers with varied mode-dependent loss," *Patent Application,* filed Dec. 2012.

6. S. Kokalj-Filipovic, and E. Soljanin, "System and method for mitigating the cliff effect for content delivery over a heterogeneous network," *Patent Application,* filed Feb. 2011.

7. T. Marzetta and E. Soljanin, "Secure compressive sampling using codebook of sampling matrices," *Patent Application,* filed December 2009.

8. S. Aly, Z. Kong, and E. Soljanin, "Distributed storage in wireless sensor networks," *Patent Application,* filed June 2008.

9. E. Soljanin, N. Varnica, and P. Whiting, "Encoded Transmission," *U.S. Patent 7,669,103,* Feb. 2010.

10. A. Ashikhmin, N. Gopalakrishnan, J. Kim, E. Soljanin, and A. Wijngaarden "Method and apparatus for link error prediction in a communication system," *U.S. Patent 7331009,* Feb. 2008.

11. A. Mojsilovic and E. Soljanin, "Method of color quantization in color images," *U.S. Patent 6,898,308,* May 2005.

12. A. Mojsilovic and E. Soljanin, "Method of color quantization in color images," *U.S. Patent 6,678,406,* Jan. 2004.

13. E. Soljanin and A. van Wijngaarden, "Method and apparatus for implementing run-length limited and maximum-transition-run codes," *U.S. Patent 6,2417,78,* June 2001.

14. E. Soljanin, "A low disparity coding method for digital data," *U.S. Patent 6188337,* Feb. 2001; *Europ. Patent 00304355.1-2216,* July 2000.

15. A. Mojsilovic and E. Soljanin, "Method of color quantization in color images," *Europ. Patent 00306489.6-2202,* Oct. 2000.

16. N. Sayiner and E. Soljanin, "Method of detecting dc-free sequences," *U.S. Patent 5,910,969,* June 1999.

17. E. Soljanin, "Method and apparatus for generating dc-free sequences," *U.S. Patent 5,608,397,* Mar. 1997.

18. E. Soljanin, "Method and apparatus for generating dc-free sequences," *U.S. Patent 5,608,397,* Mar. 1997.

LSI Corp. Exhibit 1010