# EXHIBIT K

1    UNITED STATES PATENT AND TRADEMARK OFFICE

2    BEFORE THE PATENT TRIAL AND APPEAL BOARD

3  - - - - - - - - - - - - -x

4  LSI CORPORATION AND AVAGO :

5  TECHNOLOGIES U.S., INC., :

6    Petitioner,  : IPR2017-01068

7   v.      : U.S. Patent No.

8  REGENTS OF THE UNIVERSITY : 5,849,601 B2

9  OF MINNESOTA,

10    Patent Owner.

11  - - - - - - - - - - - - -x

12

13   Virtual Deposition of EMINA SOLJANIN, Ph.D.

14     Friday, June 12, 2020

15      10:00 a.m.

16

17

18

19

20  Job No.: 301513

21  Pages: 1 - 107

22  Reported By: Dutcheen O. Cameron, RMR, CRR

UMN EXHIBIT 2011
LSI Corp. et al. v. Regents of Univ. of Minn.
IPR2017-01068

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                                    2

1          Virtual Deposition of EMINA SOLJANIN, Ph.D.,

2

3

4

5          Pursuant to notice, before Dutcheen O.

6    Cameron, RMR, CRR, Notary Public in and for the

7    Commonwealth of Pennsylvania.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                    3

```
 1               A P P E A R A N C E S

 2        ON BEHALF OF PETITIONER:

 3          EDWARD MAYLE, ESQUIRE

 4          KRISTOPHER REED, ESQUIRE

 5          KILPATRICK TOWNSEND & STOCKTON, LLP

 6          1400 Wewatta Street

 7          Suite 600

 8          Denver, CO  80202

 9          303-571-4000

10

11        ON BEHALF OF PATENT OWNER:

12          PATRICK MCELHINNY, ESQUIRE

13          MARK G. KNEDEISEN, ESQUIRE

14          K&L GATES, LLP

15          210 Sixth Avenue

16          Pittsburgh, PA  15222

17          412-355-6500

18

19

20   ALSO PRESENT:

21          Annie Brown, Remote Technician

22
```

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                          4

1                    I N D E X

2   EXAMINATIONS                              PAGE

3    EMINA SOLJANIN, Ph.D.                     10

4   EXAMINATION                               10

5   BY MR. McELHINNY

6

7

8

9                E X H I B I T S

10        (Previously Marked and Referenced

11           And Attached to Transcript)

12  Exhibit 1010                              15

13  Exhibit 2007                              17

14  Exhibit 2008                              19

15  Exhibit 1001                              23

16  Exhibit 1009                              48

17  Exhibit 1007                              60

18  Exhibit 1011                              81

19  Exhibit 2009                              93

20  Exhibit 2010                              97

21

22

1              P R O C E E D I N G S

2    COMMENCING -- 10:00 A.M. EST

3         MR. McELHINNY:  Counsel for LSI, I

4    understand that you folks have objected to

5    recording this via video.  You know, we don't

6    quite understand why, but we're happy to have it

7    recorded, and the court reporter has indicated

8    that it facilitates her finished product on the

9    transcript.

10        So, you know, we understand that you can

11   object or not.  If you do object, you can

12   understand that we will lodge a similar objection

13   to any effort to record the witness or witnesses

14   that we proffer in this proceeding.

15        MR. REED:  Yes.  We do not want this video

16   recorded.  The rule requires it to be by consent

17   of the parties.  We do not consent to the video

18   recording, and I understand that would be

19   reciprocal on the other side.

20        MR. McELHINNY:  So you don't want

21   Dr. Soljanin to be videoed?

22        MR. REED:  That's correct.

1        MR. McELHINNY:  All right.  So if you're

2    okay with the fact that -- I mean, so you

3    understand that we're not going to permit video of

4    our witnesses either, in light of that, and that

5    the court reporter's preference is that it

6    recorded so that she can prepare a better

7    transcript?

8        MR. REED:  We understand, but we maintain

9    our objection.

10       MR. McELHINNY:  Okay.

11       COURT REPORTER:  I have a question.  Would

12   just the audio recording be allowed so that I can

13   have the audio recording also?  Because sometimes

14   being part of the group and not being at the

15   main -- the audio is much clearer through the

16   original -- through the host.

17       MR. REED:  No, of course.  Audio is fine.

18   That's perfectly fine.

19       COURT REPORTER:  Can we do that, Annie?

20       REMOTE TECHNICIAN:  I think as long as

21   both sides agree to that, I think that that should

22   be fine.  I can double-check it with my office

1    while the recording is going on -- or while the

2    depo is going on, rather.  But until they give me

3    the answer one way or the other, I can, you know,

4    record it and then delete it if they say that it's

5    not permissible.

6          But if both parties are okay with it, then

7    I can at least start recording that way.

8          MR. McELHINNY:  We're happy with it to be

9    recorded either way.  So certainly we won't object

10   to the audio.

11         MR. REED:  No, we understand the role of

12   the audio in getting the transcript correct.  So

13   that's fine.

14         REMOTE TECHNICIAN:  Okay.  Terrific.  So

15   then what I will be doing is once we are ready to

16   start here, there is a script that I will have to

17   read on and the reporter can then swear in the

18   witness.  Once the reporter is done swearing in

19   the witness, I will stop the Zoom recording, but I

20   will continue with the audio backup recording.

21         And then just as a matter of

22   clarification, Mr. McElhinny, when you call up the

1  exhibits, I have the ability to share them on my

2  screen so that everybody is able to see them.

3  Would you like me to do that, or does everybody

4  have hard copies and you'd prefer not to do that?

5      MR. McELHINNY:  Everyone has hard copies,

6  so I think what we'd probably like is for you not

7  to do that unless we ask for it specifically.  I

8  mean, it may make sense in some settings to pull

9  them up so we can talk about them, but I'm

10  reasonably comfortable that we won't need to do

11  that.  And since everybody has a hard copy, we

12  should be good to go.

13      REMOTE TECHNICIAN:  Okay.  Sounds

14  terrific.  All right.  Well, then, thank you very

15  much.  With all of that being said, does anybody

16  have any further questions or concerns?

17                    *  *  *

18     (Whereupon, an off-the-record discussion was

19                    held.)

20                    *  *  *

21      MR. REED:  And Mr. Mayle will be defending

22  the witness today, just for the record.

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                                    9

1              REMOTE TECHNICIAN:  All right.  If

2       everyone's ready, I'm going to go ahead and get

3       this recording started here.  Stand by.

4              ZOOM NARRATOR:  This meeting is being

5       recorded.

6              REMOTE TECHNICIAN:  Thank you to everyone

7       for attending this proceeding remotely.  We

8       anticipate this will run smoothly; however, I

9       apologize in advance for any interruptions.

10             Please have your video enabled to help

11      identify who is speaking.  If you are unable to

12      connect with video and are connecting via phone,

13      please identify yourself each time before

14      speaking.  Thank you.

15             COURT REPORTER:  Will counsel please

16      stipulate that in lieu of formally swearing in the

17      witness, the reporter will instead ask the witness

18      to acknowledge that their testimony will be true

19      under the penalties of perjury, that counsel will

20      not object to the admissibility of the transcript

21      based on proceeding in this way, and that the

22      witness has verified that she is, in fact,

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                                    10

1    Dr. Soljanin?

2         Do both counsel agree?

3         MR. McELHINNY:  Counsel for the University

4    of Minnesota, this is Pat McElhinny, and, yes, we

5    agree to that.

6         MR. MAYLE:  Counsel for petitioners,

7    LSI Corporation and Avago Technologies U.S. Inc.,

8    Ted Mayle, we also agree.

9         COURT REPORTER:  The witness,

10   Dr. Soljanin, do you hereby acknowledge that your

11   testimony will be true under the penalties of

12   perjury?

13        THE WITNESS:  I do.

14        COURT REPORTER:  Thank you.

15        MR. McELHINNY:  Are we ready to go, then?

16        REMOTE TECHNICIAN:  Yes.

17        MR. McELHINNY:  Thank you.

18                     * * *

19        EMINA SOLJANIN, Ph.D., having acknowledged

20   that her testimony will be true under penalties of

21   perjury, was examined and testified as follows:

22                   EXAMINATION

1   BY MR. McELHINNY:

2       Q  Good morning, Dr. Soljanin.  Thank you for

3   your attendance today via video.  This is a little

4   new for all of us, but we appreciate you agreeing

5   to participate in this way.  As I indicated, my

6   name is Pat McElhinny.  I am with the law firm of

7   K&L Gates.  I represent the patent owner in this

8   case, the University of Minnesota.

9           Could you state your full name for the

10  record, please.

11      A  My name is Emina Soljanin.  It's

12  E-M-I-N-A, S-O-L-J-A-N-I-N.

13      Q  And would you tell us your residential and

14  business address?

15      A  My residential address is 26 Britten Road,

16  Green Village, New Jersey 07935.  My university

17  address is 94 Brett Road, New Brunswick.  I'm not

18  sure about the zip code.

19      Q  And then that's Rutgers University?

20      A  That is Rutgers University electrical

21  engineering department.

22          COURT REPORTER:  I'm sorry.  Doctor, could

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                        12

1    you please repeat your home address for me.

2         THE WITNESS:  26 Britten,

3    B-R-E-T-T-E-N (sic), Road, Green Village, New

4    Jersey 07935.

5         COURT REPORTER:  Thank you.

6    Q  And you understand that -- today that

7    you've agreed that you're testifying effectively

8    under oath and that your answers are subject to

9    the penalty of perjury?

10   A  I do.

11   Q  And on the call with us are counsel for

12   the petitioners in this proceeding, Mr. Mayle and

13   Mr. Reed; you understand that?

14   A  Yes.

15   Q  And those two gentlemen retained you in

16   connection with this proceeding to assist LSI and

17   Avago, correct?

18   A  Could you say that again, the two

19   gentlemen?

20   Q  Those gentlemen retained you to assist

21   their clients, LSI and Avago, correct?

22   A  Yes.

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                    13

1      Q  So is there any reason that you can't be

2  truthful or accurate today?

3      A  No.

4      Q  And just so that we're all on the same

5  page, you've given depositions before, correct?

6      A  This is my third deposition.

7      Q  And you understand that you need to give

8  verbal answers and let me finish the question

9  before you answer so that we can get a clear

10  transcript?

11      A  I do.

12      Q  And will you agree with me that if you

13  don't understand or don't hear a question, that

14  you'll ask me to restate or rephrase it?

15      A  Yes.

16      Q  Is there anyone in the room with you

17  today?

18      A  No.

19      Q  And do you have a means to communicate

20  separately with Mr. Reed or Mr. Mayle --

21      A  No.

22      Q  -- aside from -- okay.

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                    14

1          And our office sent to you a big stack of

2     potential exhibits today.  Do you have that with

3     you?

4          A  I received them this morning.  Yes, I do.

5          Q  Okay.  And so were there any issues?  You

6     have the package of all the documents?

7          A  Yes.  I do.

8          Q  Okay.  So let me ask you this:  I take it

9     you've been retained to provide expert testimony

10    on behalf of LSI and Avago in this proceeding,

11    correct?

12         A  Yes.

13         Q  And when were you retained?

14         A  I don't remember the first time, the

15    first -- the initial contact.  I believe it was

16    2016.

17         Q  Okay.  Are you charging LSI and Avago an

18    hourly rate for your services?

19         A  Correct.

20         Q  And what is that rate?

21         A  $425.

22         Q  You said 495?

```
1        A   425.

2        Q   Okay.  Thank you.  And can you -- do you

3    have a sense as to how much in total you've billed

4    for this matter?

5        A   Could you say that again?

6        Q   Do you have a sense as to how much in

7    total you have billed on this matter?

8        A   How much in total, actually, I don't

9    because the last time I sent an invoice was 2018.

10       Q   Okay.  Dr. Soljanin, you provided a

11   declaration in this proceeding, this IPR

12   proceeding, and you understand that?

13       A   Yes.

14           (LSI Corp. Exhibit 1010 previously marked

15   for identification and is attached to the

16   transcript.)

17       Q   And if you take a look at the stack of

18   your exhibits, is that declaration the declaration

19   that has been marked on the front page as

20   Exhibit 1010?

21       A   That was -- yes, it is this folder.

22           (Court reporter interrupts for
```

1    clarification.)

2         A   It's this binder.

3         Q   Yes.   That's -- that looks like the

4    exhibit.   Is that the declaration that you

5    provided in this IPR proceeding?

6         A   Yes.

7         Q   And you signed that declaration under

8    oath; that's your understanding?

9         A   Yes.

10        Q   And you prepared it carefully before you

11   signed it; is that correct?

12        A   To the best of my ability.

13        Q   Now, you understand that there's a

14   separate proceeding between these two parties

15   regarding what we'll call "the Moon patent" or

16   "the '601 Patent."  Do you understand that, that

17   there's two proceedings?

18        A   I know that there was a litigation for

19   which I also had a declaration and deposition.  Is

20   that what you are referring to?

21        Q   It is, and I'll call that "the District

22   Court litigation."  And so as you indicated, you

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                    17

1    signed a declaration in that proceeding as well,

2    correct?

3        A   Yes.

4            (UMN Exhibit 2007 previously marked for

5    identification and is attached to the transcript.)

6        Q   And is that declaration the document that

7    has been marked as Exhibit 2007 in the package?

8        A   Could you tell me the folder that this is,

9    or --

10           MR. MAYLE:  First before that --

11       A   I just got the exhibits this morning, so

12   that's -- okay.

13           MR. MAYLE:  Sorry to interrupt.

14   Petitioners object to the admission of this

15   exhibit, I believe it's 2007, as a trial exhibit

16   for this proceeding as both hearsay and outside

17   the scope of Professor Soljanin's direct

18   testimony.  We also make a standing objection as

19   to any questions, if there will be any, regarding

20   Exhibit 2007 as outside the scope of Professor

21   Soljanin's direct testimony.

22       Q   Professor Soljanin, do you see that

1    document?

2        A   Yes, this is the thinner folder.

3        Q   Okay.  Good.

4            (Court reporter interrupts for

5    clarification.)

6        A   I just said that there is a thick and thin

7    folder.

8        Q   So you agree that Exhibit 2007 is the

9    declaration that you signed under oath in the

10   District Court litigation?

11       A   Yes.

12       Q   And is that also a document that you

13   prepared carefully before signing it?

14       A   Yes.

15       Q   And if you take a look at the -- I think

16   it's probably the thickest document that you have,

17   this Exhibit 2008.

18           MR. MAYLE:  Petitioners object to the

19   admission of Exhibit 2008, as well, as a trial

20   exhibit.  It's both hearsay and outside the scope

21   of Professor Soljanin's direct testimony.  We also

22   make a standing objection as to any questions, if

1   there are any, regarding Exhibit 2008 as outside

2   the scope of Professor Soljanin's direct

3   testimony.

4        (UMN Exhibit 2008 previously marked for

5   identification and is attached to the transcript.)

6     Q  Dr. Soljanin, have you found the

7   transcript?

8     A  I found the 2008.  What is it supposed

9   to -- is this a -- I found a folder, but it says

10  Exhibit 2008.

11    Q  Yes.  Okay.  And do you understand that

12  that's a transcript of the deposition that you

13  gave in May of 2018 in the District Court

14  litigation?

15       MR. MAYLE:  Object to form.

16    A  So this is before Tab A.  Between the

17  cover and the Tab A seems to be the transcript?

18    Q  Yes.  And the tabs reflect the exhibits.

19  You'll see, if you flip through the tabs, they're

20  marked as the deposition exhibits.  Do you

21  understand that?

22    A  I don't remember, but I understand what

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                                    20

1   you said.

2        Q   Okay.  And you had an opportunity to

3   review this transcript and sign what's called an

4   errata sheet, and if you turn to the end of the

5   transcript piece and before the index of the

6   transcript, you'll see something that I'm going to

7   ask you about.  It looks like -- it looks like

8   this, if you look at your screen (indicating).

9        A   Yes.  Which page is that?

10       Q   Well, they're not numbered.  So you'll see

11  the transcript is -- has four pages of transcript

12  per page, and if you go to the end of the

13  transcript which is pages 222, 223, it's the page

14  after that.

15       A   So I have -- there's page 60,

16  Acknowledgment.  What does it say at the top of

17  the page?

18       Q   There's a -- it's just an address for Epiq

19  Court Reporting, E-P-I-Q Court Reporting, and it

20  has a place for your signature at the bottom of

21  the page.

22       A   Yes.  And for me it says page 59 of 358.

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                    21

1      Q   Yes.  I see that.  I'm not really sure why

2   it says that, but we're on the same page.

3      A   Yes.

4      Q   So let me ask you this:  Is that your

5   signature on that page?

6      A   Yes.

7      Q   And you signed it after reading the

8   transcript and making the corrections above,

9   correct?

10     A   Yes.  Yes.

11     Q   And when you did that, you did it

12  carefully and to ensure that the transcript was

13  accurate, correct?

14     A   To the best of my ability.

15     Q   Okay.  Have you been retained by Broadcom,

16  LSI, or Avago in any other proceeding other than

17  the two proceedings involving the University of

18  Minnesota?

19     A   There is --

20         MR. MAYLE:  Objection.

21     A   There is another proceeding.  I believe

22  it's -- I don't know the details now but your --

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                          22

1    your law firm, I think, is handling.  This is with

2    the CMU.

3        Q  That's a litigation -- a patent litigation

4    involving Carnegie Mellon University; is that your

5    understanding?

6        A  Correct.

7        Q  And you have been retained by LSI and

8    Avago in that proceeding to appear as an expert in

9    that proceeding, correct?

10       A  Yes.

11       Q  And are there -- aside from the University

12   of Minnesota proceedings and the Carnegie Mellon

13   proceeding, are there any other proceedings in

14   which you've been retained by LSI, Avago, or

15   Broadcom?

16       A  No.

17       Q  Now, this University of Minnesota

18   proceeding relates to what I'll refer to as "the

19   '601 Patent" or "the Moon patent."  Is that okay

20   with you?

21       A  Yes.

22       Q  Okay.  And in the event that we need it,

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                                    23

1    it's been marked as Exhibit 1001.  Do you have

2    that?

3        A  I do.

4            (LSI Corp. Exhibit 1001 previously marked

5    for identification and is attached to the

6    transcript.)

7        Q  Let me -- before we get into the questions

8    about your opinions, let me ask you this question:

9    Can you provide us with a definition of an even

10   number?

11       A  Even number?  A number divisible by two

12   without a remainder.

13       Q  Okay.  Is zero an even number?

14       A  Well, in mathematics, zeros and ones

15   are -- have a special meaning.  So according to

16   definition that it's divisible by two without a

17   remainder, it's correct, but people don't refer to

18   zero that way.

19       Q  If you turn to Exhibit 1001, Column 3.

20       A  Yes.

21       Q  Column 3 of the Exhibit 1001, at about

22   line 50, refers to something called "minimum

1    distance properties of sequence detectors."

2         Do you see that?

3      A  Line 15, there is a sentence that says:

4    "With the NRZI format, the MTR code constraint is

5    equivalent to limiting the maximum runlength" --

6      Q  I'm sorry.  I think you said 15.  I said

7    50, 5-0.

8      A  Oh, sorry.  Sorry.  50.  "The present

9    invention pertains to an improved coding technique

10   to enhance the minimum distance properties of

11   sequence detectors."

12     Q  Okay.  So you found the sentence, and my

13   question is:  What's your understanding of the

14   phrase "distance properties" in that sentence?

15         MR. MAYLE:  Object to form.

16         (Court reporter interrupts for

17   clarification.)

18         MR. MAYLE:  Yes.  Objection to form.

19         COURT REPORTER:  You have to say it louder

20   because I cannot hear you.

21         MR. MAYLE:  Okay.

22         COURT REPORTER:  Thank you.

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                                25

1        A   In this sentence, I don't know what is

2   meant, "minimum distance properties" of a

3   detector.

4        Q   How about just the phrase "distance

5   properties" in that sentence?  Do you know what

6   that means?

7        A   Distance properties are associated with

8   codes and channels.

9        Q   Okay.  And do you have an understanding of

10  what that means in that sentence?

11       MR. MAYLE:  Objection to form.

12       A   I don't know what it means in this

13  sentence exactly.

14       Q   Okay.  Let's turn, then, to your opinions.

15  And in that regard, we're going to spend a little

16  bit of time with Exhibit 1010, which is the

17  declaration that you prepared in this IPR

18  proceeding.  Do you have that in front of you?

19       A   Exhibit 1010, is that --

20          (Court reporter interrupts for

21  clarification.)

22       A   1010 is which folder?  Could you remind

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                          26

1   me?

2       Q   That's the declaration that you provided

3   in this IPR proceeding.  It's the first one

4   that's --

5       A   Sorry.  The first one in which folder?

6   Sorry.  Oh, 1010, found it.

7       Q   Got it?

8       A   Yes.

9       Q   So you understand that a patent has

10  various claims at the end of it, correct, and that

11  you're challenging -- your declaration asserts

12  that various claims in the Moon patent are

13  invalid?

14          MR. MAYLE:  Objection to form.

15      Q   That's correct?

16      A   Could you say that again?

17      Q   You understand that your declaration

18  asserts that various claims in the Moon patent are

19  invalid, correct?

20          MR. MAYLE:  Objection to form.

21      A   In this declaration, my declaration says

22  that some claims are anticipated by some previous

1    art.

2         (Court reporter interrupts for

3    clarification.)

4         A   Previous art.

5             MR. McELHINNY:   "Previous art" is what

6    she's saying.

7         Q   So, Dr. Soljanin, do you understand that

8    the University of Minnesota has disclaimed certain

9    claims in connection with this proceeding and is

10   now -- so that the only claims that are really at

11   issue are Claims 13, 14, and 17?

12        A   I do.

13        Q   Okay.  And if you take a look at the table

14   of contents of Exhibit 1010, is it correct to say

15   that as to Claims 13, 14, and 17, you assert only

16   that they are anticipated by the Okada reference

17   and the Tsang reference, correct?

18        A   In the table of contents, that is what it

19   says.

20        Q   Okay.  And you say that those claims are

21   "anticipated by Okada" and "anticipated by Tsang."

22   Do you have an understanding as to what it means

1   to say that a claim is anticipated by a prior art

2   reference?

3       A   So here it's -- in the table of contents

4   on page 8, I have used certain standards that I

5   learned about, about anticipation, and that is my

6   understanding.

7       Q   So as you refer to page 8, let me ask you

8   this question:  Aside from what you've been told

9   from counsel, do you have an independent

10  understanding as to what it means when you say

11  that a claim has been anticipated by a prior art

12  reference?

13          MR. MAYLE:  Objection to form.

14      A   So my understanding is that there is a

15  previous paper, a paper or a patent or some single

16  document which teaches exactly what the patent is

17  trying to -- patent being -- being anticipated is

18  trying to teach.

19      Q   Okay.

20      A   Or not quite exactly, but once understood,

21  by the -- by a person of ordinary skills, there is

22  nothing that can be taught further about the

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                          29

1    patent being anticipated.

2        Q   All right.  And then anticipation involves

3    looking at a single prior art reference and

4    comparing it to the claims of the challenged

5    patent, correct?  That's you're understanding?

6        A   My understanding is that anticipate -- for

7    anticipation, a single is needed...

8            (Court reporter interrupts for

9    clarification.)

10       A   My understanding is that for anticipation,

11   a single reference is needed of prior art.  That

12   may have changed since last time I looked into --

13   since this filing of the -- that was four years

14   ago.  But I don't know if law changed since then.

15   But at that time, my understanding was that the

16   single is required.

17       Q   And you referred -- you used the phrase

18   "by prior art."  What is your understanding of the

19   phrase "prior art"?

20       A   A previous patent or a paper, something

21   that has been disclosed anywhere in the world.

22       Q   And when you say "previous," previous to

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                                    30

1    what?  Do you have an understanding as to previous

2    to what?

3        A  That there was a disclosure -- which was

4    publication, a talk, a patent, or just a filed

5    patent, not necessarily granted -- that preceded

6    the patent that is anticipated.

7        Q  Okay.  Do you have any independent

8    knowledge of when Drs. Moon and Brickner made the

9    invention that is disclosed in the '601 Patent?

10       A  Independent of what is written in the

11   patent itself?

12       Q  Correct.

13       A  I don't remember at this point.

14       Q  Okay.  So let me turn your attention to

15   paragraph No. 35 in Exhibit 1010, which is your

16   declaration.

17       A  35 on page 11, yes.

18       Q  Okay.  And you say there that determining

19   whether a patent claim is anticipated "requires a

20   comparison of the properly construed claim

21   language to the prior art on an element-by-element

22   basis."

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                              31

```
1          Is that what you wrote there?
2      A   That's what I wrote there.
3      Q   And when you say "properly construed claim
4  language," that's -- is the construction of the
5  claim language something that was the subject of
6  your declaration in the District Court litigation?
7          MR. MAYLE:  Objection; form.
8      A   Could you say that again?
9      Q   Is the construction of the claim language
10 of the '601 Patent something that was the subject
11 of your declaration in the District Court
12 litigation?
13         MR. MAYLE:  Objection to form.
14     A   I'm sorry.  I'm not sure that I can
15 follow, but in the District Court litigation --
16 I'm not sure -- I'm not sure I understand that
17 question.  I'm sorry.
18     Q   So in the -- in your District Court
19 litigation, did you offer opinions regarding the
20 claim construction standard and the construction
21 of the claims in the '601 Patent?
22         MR. MAYLE:  Objection to form.
```

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                    32

1      A   I looked into claims and found multiple

2   meanings that could be assigned to them in the

3   litigation case.

4      Q   And -- all right.  We'll get to that.

5          So just following up on that, when you say

6   you "looked into the claims and found multiple

7   meanings," that means you were trying to construe

8   those claims in that declaration, correct?

9          MR. MAYLE:  Objection to form.

10     A   I was looking at it -- at what it means,

11  sure.

12         (Court reporter interrupts for

13  clarification.)

14     A   I was looking at what claims mean.

15         MR. McELHINNY:  She's looking at what the

16  claims mean, I think is what she --

17     A   Yes.  Thank you.

18     Q   And in the Exhibit 1010, which is your IPR

19  declaration, you included that -- you also

20  included a section about claim construction,

21  correct?

22     A   Could you tell me where that is?

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                                    33

1       Q   Well, I mean, you can -- why don't you

2   take a look at page 25 of Exhibit 1010.

3       A   Section VI.

4       Q   Yes.

5       A   I can see Section VI.

6       Q   And so in -- Section VI of Exhibit 1010 is

7   titled Claim Construction, correct?

8       A   It's titled Claim Construction.

9       Q   And you go on for several numbered

10  paragraphs construing various claim elements in

11  that declaration, correct?

12      A   Correct.

13      Q   Paragraphs 63 through 75, correct?

14      A   That's that entire section, it looks like.

15      Q   Pardon?

16      A   The entire Section VI.

17      Q   Yeah, Section VI is paragraphs 63 through

18  75.

19      A   Correct.

20      Q   And you included that section in your

21  declaration because you wanted to be clear on the

22  meaning that you were using to determine whether

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                         34

1    the references that you were focused on included

2    the claim elements of the Moon patent, correct?

3         MR. MAYLE:  Objection to form.

4      A  I wrote this to be clear what I applied

5    when I gave the opinion.

6      Q  And in the opinion that you wrote in

7    Section 1010, you only address the express -- let

8    me rephrase.

9         You only singled out four terms for

10   construction, three claims in Claim 1 and one in

11   Claim 12; is that fair?

12        MR. MAYLE:  Objection to form.

13     A  Could we go through those?

14     Q  Sure.

15     A  Thank you.

16     Q  So in your section on claim construction,

17   you address on page 26, right above paragraph 65,

18   the "encoder means" claim term, correct?

19     A  Correct.

20     Q  And then on the next page, you address on

21   page 27, above paragraph 69, the "receiver means"

22   claim term, correct?

1        A   Yes.

2        Q   And on page 28, right above paragraph 72,

3    you address the term -- or the phrase "means for

4    imposing a pair of constraints," correct?

5        A   That's page 28, Claim 1?

6        Q   Yes.

7        A   Yes.

8        Q   And then on page 29, you address in

9    Claim 12, the "means for removing certain

10   code-violating patterns," correct?

11       A   Yes.

12       Q   And then you went on to say in

13   paragraph 75 of your declaration:  "Unless

14   otherwise addressed herein, no express

15   construction of any additional term is believed to

16   be needed to resolve the challenges herein,"

17   correct?

18       A   Yes, for this declaration.

19       Q   And you believed that when you wrote it?

20       A   When I wrote it, this is what I needed to

21   write, is the correction.

22       Q   Okay.  And when you wrote that paragraph,

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                    36

1    does -- that means that to construe the other

2    terms, other than the terms that we just

3    mentioned, you know, the four terms that we just

4    mentioned, you were applying a standard that you

5    set out in paragraphs 63 and 64 to determine what

6    the rest of the claims mean, correct?

7        A  So any text which contained these terms,

8    my intention was to apply exactly what is here.

9            (Court reporter interrupts for

10   clarification.)

11       A  Exactly what is defined in these --

12       Q  All right.  But --

13       A  -- explanations, in this section.

14       Q  For the terms that you didn't define, for

15   every term other than the four terms that you

16   expressly defined, you construed those other terms

17   pursuant to paragraph 63 and 64 of your

18   declaration, correct?

19           MR. MAYLE:  Object to form.

20       A  Say that again.

21       Q  So for -- we talked about four terms that

22   you expressly defined.  And is it your testimony

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                     37

1    that for every other term in the claims, that when

2    you were trying to determine whether the reference

3    anticipated, you construed those terms in the

4    manner that you described in paragraphs 63 and 64

5    of your declaration, correct?

6         MR. MAYLE:  Objection to form.

7      A  I am not sure exactly what you're asking,

8    but I can try to -- so usually when I write the

9    paper, I make certain statements, and then I say:

10   "Unless otherwise stated, this is what it is going

11   to be."  So this was -- 75 says something of that

12   sort.  "Unless otherwise addressed," this is what

13   it is.

14     Q  So in those circumstances where you say

15   this is what it is, were you applying the standard

16   that you set out in paragraphs 63 and 64?

17        MR. MAYLE:  Objection to form.

18     A  Unless otherwise stated, my intention was

19   to follow -- to apply what is stated in these

20   paragraphs.

21     Q  In paragraphs 63 and 64?

22     A  63 says -- doesn't have these terms.  It

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                                38

1    just says:  "I understand that in this IPR

2    proceeding, the claim terms are construed as

3    understood by persons of skill in the art."

4        Q  Is that how you construed those terms of

5    the '601 Patent?

6            MR. MAYLE:  Objection; form.

7        A  The -- since I've read multiple meanings

8    in a number of places, I adopted something that I

9    thought was most likely to me, for the IPR.

10       Q  Let me clarify.  I'm not sure I heard you.

11   You said you adopted something that was not most

12   likely to you or that was most likely?

13       A  That looked -- out of a number of possible

14   meanings for some terms, I decided to apply what

15   seemed the most likely to me.

16       Q  Okay.  And is it correct to say that in

17   your declaration in the IPR -- that's

18   Exhibit 1010 -- there's nowhere where you say that

19   these terms can have multiple meanings?

20       A  In the IPR, I did not say that.  I believe

21   I did not say that.

22       Q  But is it also correct to say that in --

1    in determining whether, let's say, the Tsang

2    patent anticipated the claims of the Moon patent,

3    when you did that analysis, did you have a firm

4    definition in mind of what the claim terms meant

5    in the Moon patent?

6         MR. MAYLE:  Objection; form.

7      A  So I first looked into Moon patent for --

8    and decided that certain things could have

9    multiple meanings.  I adopted a certain meaning,

10   and that was the state that I had when I addressed

11   any other prior art.

12        (Court reporter interrupts for

13   clarification.)

14     A  When after that, starting to look into

15   possible prior art.

16     Q  And the meanings that you adopted, were

17   those meanings -- were those meanings that someone

18   skilled in the -- let me rephrase.

19        The meanings that you adopted were

20   meanings that would be adopted by someone of

21   ordinary skill in the art, correct?

22        MR. MAYLE:  Objection to form.

1      A   I believe that that would be -- that other

2    people skilled in the art would find that as one

3    of the possible meanings.

4      Q   So are you telling the panel that there

5    are terms for the -- some of the claim terms in

6    the patent that you have adopted in doing your

7    anticipation analysis that others skilled in the

8    art might use a patent differently?

9         MR. MAYLE:  Objection; form.

10     A   Okay.  So I adopted these terms to read

11   the patent.  I didn't adopt them to do an

12   anticipation analysis.  I adopted them prior to

13   any analysis.  I cannot speculate which other --

14   what other people would do without having

15   discussion with them.  But this to me seemed

16   likely -- something likely that I could apply.

17     Q   Okay.  And so aside from the four terms

18   that you described and we went through, how is it

19   we're supposed to know which definition you were

20   applying when you were doing your anticipation

21   reference?

22        MR. MAYLE:  Objection to form.

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                    41

1      A  So I certainly called, that whenever I

2  talked about anticipation, I gave reasons why I --

3      Q  You gave reasons what?  Why you did it?

4      A  I gave reasons why I believed that a

5  particular statement was anticipated.

6      Q  But it's your testimony that when you were

7  applying claim terms, some of the terms that you

8  were applying could have multiple definitions?

9          MR. MAYLE:  Objection to form.

10     A  Some of the terms could possibly have --

11  could possibly have other meanings.  The meaning

12  that I apply seem, to me, the most likely.

13     Q  And in the IPR declaration, which is

14  Exhibit 2007, you went on to say that there were

15  five terms that appear in Claims 13 and 17 -- let

16  me rephrase.

17          In the litigation declaration, which was

18  Exhibit 2007, you, in fact, said that there were

19  five terms in the -- that appear in Claims 13 and

20  14 or 17 that you just couldn't interpret; is that

21  true?

22          MR. MAYLE:  Objection to form.

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                                    42

1        A   Where is that?

2        Q   So in Exhibit 2007 --

3        A   Yes.

4        Q   -- you -- let's march through it

5    specifically.  In Exhibit 2007, starting on

6    page 6, right above paragraph 26, you see there's

7    a section there titled Claim Construction

8    Standard, correct?

9            MR. MAYLE:  Objection to form.

10       A   In 2007 on page -- which page?

11       Q   Page 6.

12       A   6.  Yes, page 6, Section IV, Claim

13   Construction Standard, yes.

14       Q   And you describe in there what -- how to

15   construe claims, correct?

16       A   Which paragraphs are you referring to?  I

17   would have to read them.

18       Q   The section starting at -- starting at

19   paragraph 26 and going through -- going through

20   paragraph 32, you talk about how to construe

21   claims, correct?

22       A   That is the title of this section.

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                    43

1      Q  I'm sorry.  That is the what of this

2   section?

3      A  That is the title of the section.  So I

4   assume that's what I talk about, but I have to --

5   I would have to read this entire section to see

6   the details.

7      Q  Okay.  And then in paragraph 35 of the

8   claim construction declaration that's

9   Exhibit 2007, you describe what it means for a

10  patent to be "indefiniteness."  Do you see that,

11  to be indefinite?

12         MR. MAYLE:  Objection; form.

13     A  This paragraph refers to the previous

14  paragraphs, so that's...

15     Q  Yes, and you see that paragraph 35 says --

16  it's quoting a Supreme Court decision that says --

17  the last half of that quoted paragraph, it says:

18  "We hold that a patent is invalid for

19  indefiniteness if its claims, read in light of the

20  specification delineating the patent, and the

21  prosecution history, fail to inform, with

22  reasonable certainty, those skilled in the art

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                                    44

1   about the scope of the invention."

2          Do you see that statement?

3      A  Yes.

4      Q  And, in fact, you swore under oath that

5   certain of the claim elements, "read in light of

6   the specification delineating the patent, and the

7   prosecution history, failed to inform, with

8   reasonable certainty, those skilled in the art

9   about the scope of the invention," correct?

10         MR. MAYLE:  Objection; form.

11     A  So what I assumed is some meaning that was

12  applied was meaning that was -- seemed likely to

13  me.

14         (Court reporter interrupts for

15  clarification.)

16     A  Likely.  Likely.

17     Q  But you went on to say in this declaration

18  that's Exhibit 2007, that certain claim terms

19  "fail to inform, with reasonable certainty, those

20  skilled in the art about the scope of the

21  invention," correct?

22         MR. MAYLE:  Objection; form.

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                                    45

1      A   This is the citation of the document here

2   in 35 that says what you just said.

3      Q   And wasn't it your understanding,

4   Dr. Soljanin, that when you were signing

5   Exhibit 2007, you were saying that certain of the

6   terms -- and we'll go through them -- "fail to

7   inform, with reasonable certainty, those skilled

8   in the art about the scope of the invention"?

9         MR. MAYLE:  Objection; form.

10     A   What I claimed is that there are multiple

11  meanings to various statements in the patent.  I

12  cannot say what reasonable certainty is for any

13  particular person.

14        (Court reporter interrupts for

15  clarification.)

16     A   Any particular person -- individual.

17     Q   Or a person of ordinary skill, correct?

18        MR. MAYLE:  Objection to form.

19     A   Person of ordinary skill has certain

20  technical knowledge, which does not mean that

21  ambiguous language or indefinite language can be

22  overcome by that knowledge.

1      Q   Okay.  And if you turn to paragraph 37 of

2   Exhibit 2007, is that -- does that state your

3   opinion that five claim terms in Claims 13 and/or

4   17 are indefinite?

5          MR. MAYLE:  Objection; form.

6      A   So in this, I have listed some terms, for

7   example, "the encoded waveform," and some other

8   that I had to think about and I wasn't sure what

9   exactly that meant.

10     Q   Okay.  So that means that the five terms

11  listed in paragraph 37 are terms you had to think

12  about and weren't sure what they meant?

13         MR. MAYLE:  Objection; form.

14     A   Let me rephrase that so that I could say

15  that there are more than one possible meanings of

16  these meanings.  In that sense, I could not assign

17  a particular meaning with hundred percent

18  certainty.

19     Q   And you were saying under oath to the

20  District Court that those five claim terms "failed

21  to inform, with reasonable certainty, those

22  skilled in the art about the scope of the

1    invention"; is that correct?

2         MR. MAYLE:  Objection; form.

3      A   Yeah, reasonable certainty, for an

4    engineer, it's an undefined --

5         (Court reporter interrupts for

6    clarification.)

7         THE WITNESS:  Yes, ma'am.

8      A   Reasonable certainty is hard to quantify

9    and it's subjective.  And so I understand that is

10   what is written, and that's why I quoted the text

11   the way it is written in the court documents.

12        But I -- again, I think that that's

13   something that it's very individual, for an

14   individual to decide what he thinks is the most

15   likely, provided he has, of course, enough skill,

16   which would be ordinary skill in the art.

17     Q   All right.  Let's talk about the Tsang

18   reference, which is Exhibit 1009.  Separate --

19   it's just a patent standalone.

20        MR. MAYLE:  Pat, before we do that, if

21   that's going to be a long line of questioning, do

22   you think we should take a break now -- it's been

1    about an hour -- before we switch over.

2            MR. McELHINNY:  Yeah, we could take a

3    quick break.  That would be fine.

4            MR. MAYLE:  Okay.

5            MR. McELHINNY:  I don't know how we do

6    that on video.  I guess, Ms. Cameron, you'll just

7    go on mute, going off the record.

8            COURT REPORTER:  Yes.

9                         * * *

10           (Whereupon, a recess was taken.)

11                        * * *

12           (LSI Corp. Exhibit 1009 previously marked

13   for identification and is attached to the

14   transcript.)

15   BY MR. McELHINNY:

16       Q  Dr. Soljanin, I'm going to show you what's

17   been -- or ask you to look at what's been marked

18   as Exhibit 1009, which is the Tsang patent.

19       A  Yes.

20       Q  And is it correct to say that you found

21   that Tsang describes what I'll call the transition

22   elements; that is, that you found that Tsang

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                                49

1    discloses "generating no more than j consecutive

2    transitions of said sequence in the recorded

3    waveform such that j is greater than or equal to

4    2"?

5         Does that -- was that part --

6      A  Where is that written?

7      Q  That's part of the language in Claim 13,

8    and is it fair to say that if Claim 13 has it, you

9    found that Tsang has it?

10     A  And what are you referring to in Tsang?

11     Q  Well, I mean, that's going to be my

12   question to you, actually, but -- so let me ask.

13   If you turn to page --

14     A  My understanding was that you asked me to

15   open the Exhibit 1009, so that's why I was asking

16   if there's something there I should be looking at.

17   But if you're referring to something in a

18   different document, I will open that document.

19     Q  Okay.  Well, I mean, you -- it's your

20   opinion on page 61 of your declaration in the IPR

21   proceeding, 1010, that --

22        MR. MAYLE:  Pat, sorry to interrupt.  I

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                                    50

1    missed the whole start of that question.  I

2    couldn't hear what you were saying.  Could you

3    please repeat it.

4          MR. McELHINNY:  Okay.  I'm not sure I --

5    all right.

6       Q  Let me start over.  It's your opinion in

7    Exhibit 1010, starting on page 61, that Claim 13

8    is anticipated by the Tsang patent, correct?

9       A  Sorry, so 1010 is where now?

10      Q  It's your declaration.

11      A  Yeah, yeah, I know what it is, but I just

12   don't know where it is.  Is it in the -- could you

13   tell me the folder and tab?

14      Q  I'm sorry.

15      A  Sorry.  It's here -- no, that's 2007.  Oh,

16   1010.  Yes.  So it's 1010.  Okay.  What page?

17      Q  So I see the page -- on the page that you

18   numbered 61 -- underneath the exhibit number, it

19   says page 65, but it starts -- it's where

20   paragraph 156 shows up.

21      A  This F, paragraph 155.  Or no?

22      Q  Yes.

1    A   Yeah, uh-huh.

2    Q   So F -- in Heading F, you say:  "Claim 13

3  is anticipated by Tsang," right?

4    A   Yes.   That's what it says.

5    Q   And that means that you found each of the

6  elements in Claim 13 appear in the Tsang patent,

7  correct?

8    A   These arguments -- one, two, and three --

9  are made to support -- to support the conclusion

10  that claim -- Conclusion F that "Claim 13 is

11  anticipated by Tsang."

12    Q   Okay.  And you see that, for example, in

13  paragraph 162 of Exhibit 1010, you refer to the

14  claim element that talks about generating no more

15  than j consecutive transitions.

16       Do you see that?

17    A   I see the sentence, 162, yes.

18    Q   And in paragraph 163, you say -- you refer

19  to the claim element about "sequences without a

20  transition."

21       Do you see that?

22    A   The "k is equal 9" in 163?

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                    52

1          (Court reporter interrupts for

2     clarification.)

3       A  In 163 it says:  "k is equal 9."

4       Q  Yes.  And the claim element that you're

5     talking about refers to "sequences without a

6     transition?"

7          Do you see that?

8       A  It refers to the -- "as discussed above,"

9     Tsang claim -- "ensuring that no more than 9

10    consecutive sample periods without a transition in

11    the recorded waveform."

12         I don't see the word "sequences."

13      Q  It's in the heading right above 163.

14      A  I see.  "Generating no more than k

15    consecutive sample periods of said sequences."

16    Yeah, "said sequences," I guess, refers something

17    before --

18         (Court reporter interrupts for

19    clarification.)

20      A  So this is a sentence that's taken from a

21    larger drum, so the part of the sentence is --

22    says:  "Generating no more than k consecutive

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                                    53

1   sample periods of said sequences" -- said

2   sequences -- "without a transition in the recorded

3   waveform."

4       Q   So my -- now that we have established that

5   you addressed two -- at least two claim terms with

6   the word "transition" in it, I want to ask you,

7   what do you mean by transition?

8       A   So by transition, it can be a transition

9   from 0 to 1.  It can be from 1 to 0.  It can be

10  both.

11      Q   Okay.  And when you say a transition from

12  0 to 1 and 1 to 0, what is that in?  Is that --

13  can you describe what that means in more detail?

14      A   If I have strings of 0's and 1's, whenever

15  a 0 is followed by a 1, that's a transition from 0

16  to 1.  Whenever a 1 is followed by a 0, it's

17  transition from 1 to 0.

18      Q   Okay.  And is that the definition that you

19  applied when you decided that Claim 13 was

20  anticipated by Tsang?

21      A   I applied the definition that -- in

22  general, I apply definition that transitions are

1   from 0 to 1, I believe, but it can be either one:

2   From 0 to 1, 1 to 0, or both.  Yes, that's the

3   definition.

4          (Court reporter interrupts for

5   clarification.)

6      A   And then I said, "Yes, this is the

7   definition."

8      Q   And is that a definition that someone

9   skilled in the art would apply to the phrase

10  "transition"?

11     A   I believe, yes.

12     Q   And was this a case where you used

13  multiple definitions of transition -- let me ask a

14  better question.

15         Is that the definition of transition that

16  you applied generally in your declaration that's

17  Exhibit 1010?

18     A   So -- so 1010 was this IPR, right?

19     Q   Yes.

20     A   So I applied throughout, I believe, the

21  part of the definition which is from 0 to 1 to be

22  a transition.  Because this definition by itself

1    contains multiple scenarios where you can say that

2    a transition appears:  From 0 to 1, 1 to 0, or you

3    can count them together, or you can count maximum

4    of either.  I believe that --

5            (Court reporter interrupts for

6    clarification.)

7        A  Maximum of either of those.  I believe

8    that most of the time, I used -- at least that was

9    my intention, to use a transition from 0 to 1.

10       Q  Okay.  And the idea behind that is a

11   transition reflects a change of state, correct?

12           MR. MAYLE:  Objection; form.

13       A  It is -- it is a change from 0 to 1.  What

14   do you mean by "state"?

15       Q  So in Tsang, isn't it true that you're

16   talking about a change when the -- there's a

17   transition from 0 to 1, there's a change in the

18   polarity of the magnetic field in the magnetic

19   media in Tsang, correct?

20           MR. MAYLE:  Objection; form.

21       A  So in -- so transitions can be in

22   different places.  It can be a transition in the

1    codeword that comes out of the encoder.  It can be

2    a transition after NRZ, which would be identical

3    to the codeword.  It could be a transition after

4    NRZI, which would be something else.

5           If you look at some particular recording

6    or transmission -- if it's a transmission medium,

7    it can be laser on/laser off.  Some would call

8    just opening the laser "transition" and closing

9    the laser "non-transition."  In magnetic would be

10   change of magnetization from one polarization to

11   another.  So yes, that could be one possible --

12          (Court reporter interrupts for

13   clarification.)

14      A  One possible.  If you look into

15   magnetically coding, I believe the question was

16   about this particular form of storage, then the

17   transition would be in -- from one magnetization

18   to another, could be from one magnetization

19   direction to another.

20      Q  So in all of those examples that you gave,

21   is it true that a transition means a change in

22   state?  You said laser on/laser off, change in the

1   direction of the magnetization; so is that what

2   you mean when you're talking about transition

3   generally?

4        MR. MAYLE:  Objection; form.

5     A  So a transition generally, it has to be

6   some kind of a change.  I'm not sure what you mean

7   by "state" in general.  What I thought rather --

8   since we are generating binary sequences that are

9   either transition from 0 to 1 or from 1 to 0, or

10  you can take either.

11       (Court reporter interrupts for

12  clarification.)

13    A  Or you can take either.

14    Q  So let me ask you this question:  Your

15  opinion that Tsang anticipates Claims 13, 14, and

16  17 depends on it being prior art, correct?

17    A  Yes.

18    Q  Now, at page -- at paragraph 60 of

19  Exhibit 1010, if you can flip back to

20  paragraph 60.

21    A  I have read paragraph 60.

22    Q  You see that there's a reference there to

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                          58

1   something called the Seagate Annual Report?

2       A  I can see that.

3       Q  Now did you attach to your declaration,

4   Exhibit 1010, the Seagate Annual Report?

5       A  I don't remember that.

6       Q  Do you know whether at the time you wrote

7   Exhibit 1010 you had seen the Seagate Annual

8   Report?

9       A  This was three years ago.  I don't

10  remember not seeing -- yeah, to the best of my

11  recollection, I've seen what I cited, but this was

12  three years ago, so I cannot now say I have

13  (indiscernible) --

14      Q  So do you draw any conclusions about the

15  Seagate Annual Report that are not set forth in

16  your declaration?

17      A  Could you say that again?

18      Q  Let me ask a better question.  Are all of

19  the -- let me rephrase.

20          Did you draw any conclusions about the

21  Seagate Annual Report that are not set forth in

22  your declaration?

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                                    59

1        A   I don't remember at all that.

2        Q   Okay.  And if you turn to paragraph 3 of

3    your declaration that's Exhibit 1010.

4        A   Yes.

5        Q   Do you see that paragraph 3 of

6    Exhibit 1010 refers to the bases for your opinions

7    relating to the following documents and do you see

8    the Seagate Annual Report listed in that

9    paragraph?

10       A   I don't see Seagate mentioned in this

11   paragraph.

12       Q   Let me ask you about paragraph 36 of

13   Exhibit 1010.  Are you there?

14       A   Yes, I am.

15       Q   So the last sentence of paragraph 36 says:

16   "Additionally, the description provided in the

17   prior art must be such that a person of ordinary

18   skill could, based on the reference, practice the

19   invention without undue experimentation."

20           Do you see that?

21       A   Yes.

22       Q   And is it your opinion that the

1    description in the Tsang patent is sufficient for

2    a person of ordinary skill to practice the

3    invention described there without undue

4    experimentation?

5        A  Yes.

6        Q  And I think that's probably all I have on

7    Tsang.

8            Do you have an opinion as to whether Tsang

9    has a description that is sufficient to allow a

10   person of ordinary skill to practice the invention

11   of Claim 13 of the Moon patent?

12       A  That was my opinion when I wrote this

13   declaration.

14       Q  And is that the same answer for Claims 14

15   and 17, that the description in Tsang is

16   sufficient to allow someone to practice Claims 14

17   and 17 of the Moon patent?

18       A  Yes.

19       Q  Let me move to the Okada patent, which is

20   Exhibit 1007.

21           (LSI Corp. Exhibit 1007 previously marked

22   for identification and is attached to the

1   transcript.)

2       A   I have it.

3       Q   Now in -- before we get to that, I want to

4   go back to your deposition -- or to your

5   declaration, and we may flip back and forth to

6   those.

7           In paragraph 13 of Exhibit 1010 --

8       A   Hold on.  I again -- 1010 have.  In

9   paragraph which?

10      Q   13.

11      A   Yes.

12      Q   In paragraph 13, you wrote:  According to

13  the patent owner, the alleged invention of the

14  '601 Patent is a "maximum transition run" ("MTR")

15  code featuring a "j constraint" which "imposes a

16  limit on the maximum number of consecutive

17  transitions that are written to the disk" of a

18  hard disk drive.

19          Is that correct?

20      A   (Indiscernible)

21          (Court reporter interrupts for

22  clarification.)

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                                    62

```
 1        THE WITNESS:  Sorry.  I was just reading
 2   aloud the 13.  I'll stop.
 3        A  (Witness reviews document.)  Yes.
 4        Q  So that's what you wrote in paragraph 13,
 5   correct?
 6        A  Yes.
 7        Q  And you refer there -- you say that -- you
 8   refer there to the phrase "hard disk drive,"
 9   correct?
10        MR. MAYLE:  Objection; form.
11        A  This is quoted.
12        Q  Well, actually the phrase "hard disk
13   drive" is not part of the quote as you've written
14   it; isn't that correct?
15        A  Oh.  It's "'written to the disk' of a hard
16   disk drive."  Yes, it refers to the quoted part.
17        Q  Okay.  And so the phrase "hard disk
18   drive," does that mean, to you, a magnetic disk?
19        MR. MAYLE:  Objection; form.
20        Q  It's a magnetic --
21        MR. MAYLE:  Objection; form.
22        A  "Hard disk drive" is often used to say
```

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                     63

1    magnetic, but it doesn't say anything "magnetic"

2    here that I see.

3        Q  Well, when you wrote it, weren't you

4    referring to magnetic when you said "hard disk

5    drive"?  You were referring to a disk drive with

6    magnetic media; correct?

7        A  I didn't say that anywhere here.

8        Q  But that's what you meant, isn't it?

9           MR. MAYLE:  Objection; form.

10       A  I don't know what -- I mean, I cannot

11   speculate to that.

12       Q  Well, I mean, you say in the very next

13   sentence you were "conducting research in this

14   area before the '601 Patent was filed."  Weren't

15   you -- isn't that the area you were conducting

16   research in?

17       A  I was conducting research in -- and still

18   am, actually -- in coding theory.

19           (Court reporter interrupts for

20   clarification.)

21       A  Coding theory.

22       Q  So you can't tell me, sitting here today,

1  whether you meant the -- when you wrote "hard disk

2  drive," you meant magnetic media?

3      A  So I was a member of the math center at

4  Bell Labs, and I did coding for many.  I had a

5  strong connection with the magnetic group.  I had

6  a strong connection with optical transmission,

7  which was SONET, I believe, at that time.  They

8  were also removing some patterns.  I also worked

9  on implementing Reed-Solomon codes.

10       So there were different codes.  I

11  cannot -- I mean, being a part not of a particular

12  group but of mathematics, we were taught to think

13  about everything.

14    Q  But my question, though --

15       MR. McELHINNY:  I move to strike as

16  nonresponsive.

17    Q  My question is:  Can you tell me, sitting

18  here today, that you don't know what you meant

19  when you -- strike that.

20       Can you tell me, sitting here today, that

21  you did not mean that a magnetic -- a disk drive

22  with magnetic media when you wrote the phrase

1   "hard disk drive" in paragraph 13?

2        MR. MAYLE:  Objection; form.

3      A  I would say that I included -- what I

4   meant is a number of options and magnetic is a

5   valid option.

6      Q  Okay.  And looking at the Okada patent,

7   you agree that -- that's Exhibit 1007 -- you agree

8   that it's a patent that is directed to optical

9   recording, correct?

10     A  It has "optical" in the title, correct.

11     Q  And does the Okada patent discuss magnetic

12  recording medium in it?

13     A  Could you say that again?

14     Q  Does the Okada patent discuss magnetic

15  recording medium?

16     A  It -- the title says that it provides the

17  "accurate reproduction of high density recording

18  using an optical recording medium."  Very often,

19  it just says "recording."  I believe that their

20  target, primary target is optical, but it's

21  generally applicable for any binary sequences.

22     Q  So I'm going to ask you again.  I'm going

1    to ask that you answer the question that I ask

2    you, and that is:  Does the patent discuss the use

3    of a magnetic recording medium?

4          MR. MAYLE:  Objection; form.

5      A  I don't see -- I don't remember seeing

6    discussions of magnetic recording medium in Okada.

7      Q  Okay.  And is it true that you are not

8    familiar with optical recording, correct?

9      A  I was not familiar with optical recording

10   of certain types.  I had some general knowledge

11   about how CDs worked and the coding schemes there

12   at the time.  But, again, the -- most of my work

13   was concerned with essentially creating, from the

14   input binary bitstreams, the output of binary

15   bitstreams that satisfy certain constraints, and I

16   did not look into any particular application.

17   There are applications which I -- with which I was

18   more familiar, and some of them less.

19     Q  So it is a correct statement, then, that

20   you're not familiar with optical recording --

21         MR. MAYLE:  Objection; form.

22     Q  -- correct?

1      A  It's not entirely correct statement.

2  Because optical recording is, in general, very

3  wide --

4          (Court reporter interrupts for

5  clarification.)

6      A  Very wide area, and I knew a lot about CD

7  and DVD record -- CD recording at that time.  And

8  very often, actually, we were -- some of the codes

9  were used interchangeably.  So these are the parts

10  of optical systems, optical recording systems,

11  that I was very familiar with.

12      Q  Okay.  Dr. Soljanin, you gave a deposition

13  in the District Court litigation; correct?

14      A  Yes.

15      Q  And you have that deposition in front of

16  you?

17      A  That is the huge folder, right?

18      Q  Correct.

19      A  Yeah.

20      Q  And you told the truth during that

21  deposition?

22      A  Yes.

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                    68

1      Q   And you had a chance to correct the

2   transcript afterwards, and you signed off on the

3   errata page that you had done so, correct?

4      A   Yes.

5      Q   And let me refer you to page 120 of your

6   deposition, starting at line 10.  Do you see that?

7      A   Not yet, but -- 120, is that -- where am I

8   looking?  Because this is some dictionary now.

9   There are four pair of -- 120 of these upper

10  signs, right?

11     Q   And so you see the pages are --

12     A   I see --

13     Q   You see it?

14     A   Yes, I see it.

15     Q   You see line 10 on page 120?

16     A   No, I'm not there yet, but I know what

17  you're looking for, yes.  Page 120.  Yes.

18     Q   And if you start at -- if you see line 10?

19     A   Yes.

20     Q   Do you see where Mr. Verdini asked you:

21  "You had to know what a recorded waveform was to

22  know Okada had a recorded waveform, right?"

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                              69

1         MR. MAYLE:  Objection to form.

2     Q  Do you see where he asked you that?

3         MR. MAYLE:  Objection to form.

4     A  I can see line 10, 11, and 12.  I mean, I

5  can see the entire page.

6     Q  Okay.  And you see that Mr. Verdini asked

7  you:  "You had to know what a recorded waveform

8  was to know that Okada had a recorded waveform,

9  right?"

10        MR. MAYLE:  Objection; form.

11    A  I see the question.

12    Q  Okay.  And can you read into the record

13  your answer?

14        MR. MAYLE:  Objection; form.

15    A  So I answered -- so the question here says

16  that --

17    Q  Dr. Soljanin, I'm sorry.  All I asked you

18  to do -- can you read into the record your answer

19  starting at line 13?

20    A  I said that --

21        MR. MAYLE:  Objection.  Excuse me.  The

22  witness was answering and you interrupted --

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                    70

1         MR. McELHINNY:  She was not answering the

2    question, so you can --

3      Q  Dr. Soljanin, please read into the record

4    your answer starting at line 13.

5         MR. MAYLE:  Objection to form.

6      A  So do I repeat it or not?  I mean, are you

7    looking for an answer or rephrasing or reading

8    what is here?

9      Q  I would like to -- I'd like you to read

10   your prior testimony into the record.

11        MR. MAYLE:  Objection; form.

12     A  Yeah, this is taken out of context there.

13     Q  Dr. Soljanin, all I'm asking you to do is

14   to read your prior testimony into the record.

15        MR. MAYLE:  Objection; form.

16     A  All right.  I'll do that.  So line 13,

17   page 20, Answer:  "I am not familiar with optical

18   recording and I don't know whether there is such

19   thing as recorded waveform in the optical

20   recording."  That's what it says.

21     Q  And that's the testimony that you gave

22   under oath in the District Court proceeding;

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                               71

```
 1   correct?

 2        A   That is --

 3            MR. MAYLE:  Objection.

 4        A   -- one sentence taken out of the

 5   discussion.  I (indiscernible) --

 6        Q   Okay.  So let's --

 7            MR. MAYLE:  Excuse me.

 8        Q   Let's talk a little bit before --

 9            (Court reporter interrupts for

10   clarification.)

11        A   I think this -- that is a sentence that I

12   was now asked to read that is taken out of the

13   discussion or the context of this entire

14   deposition.

15        Q   Okay.  But let me -- I want to move on now

16   to optical recording generally.  Are you familiar

17   with the term "pits" in connection with optical

18   recording?

19            MR. MAYLE:  Objection; form.

20        A   I remember hearing that term, but I

21   haven't worked on any recording for many years

22   now.
```

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                    72

1       Q  So can you tell me what the term "pits"

2  means --

3       A  I said I've heard --

4       Q  -- in optical --

5       A  -- I've heard of pit.  I am not familiar

6  with optical recording physics side, so things

7  which you've called signals, pits, what -- what

8  you would use as a physics of the medium.  I'm

9  familiar with optical recording parts which refer

10  to coding, only.

11      Q  So can you give me a definition for pits

12  as it relates to optical recording?

13      A  No --

14          MR. MAYLE:  Objection.

15      A  -- that's a physical term.  That is

16  something that's happening on the optical disk.

17          MR. MAYLE:  Objection to form.  Hold on a

18  second.

19          Emina, please just slow down a little bit,

20  so -- I might want to object to the question, so

21  take a moment --

22          THE WITNESS:  Sure.

1          MR. MAYLE:  -- to answer.

2          THE WITNESS:  Sure.  Sorry.

3      Q  Are you familiar with the term "lands,"

4  L-A-N-D-S, as it relates to optical recording?

5          MR. MAYLE:  Objection to form.

6      A  I know it's used in connection with

7  optical recording, but everything that refers to

8  physics is out of my expertise.  I only dealt with

9  coding for optical -- coding for optical,

10  magnetic, and transmission.

11     Q  Okay.  So do you agree that a light

12  source, for example, a laser, writes the binary

13  data to the optical medium in optical recording?

14         MR. MAYLE:  Objection; form.

15     A  Laser are, again, physics.

16     Q  So do you know how the data gets written

17  to the optical medium in optical recording?

18     A  Data gets written through a physical

19  apparatus or physical system which may produce

20  waveforms, which I am not, as far as physics goes,

21  familiar with.

22     Q  Okay.  So can you tell me whether the

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                    74

1   binary data is written to the optical medium by a

2   use of a light source?  Do you know one way or the

3   other?

4       A   I am not familiar with the physics of

5   optical recording.

6       Q   Okay.  So let's look at Okada

7   specifically.  So let's take a look at Column 4 of

8   Exhibit 1007, line, say, 14 and 15 and 16.

9       A   Yes.

10      Q   The sentence I'm talking about is:  "This

11  NRZI data is then supplied to an optical head 3 to

12  be recorded on an optical disk 5."

13          Do you see that?

14      A   So you're looking at Column 4?  Line --

15      Q   Yes.  Right above -- the last sentence

16  right above Table 1.

17      A   "Data after 8-to-13 conversion is supplied

18  to an NRZI modulator" -- yes, that's what it

19  says -- "to become NRZI data."

20      Q   And then the next sentence says:  "This

21  NRZI data is then supplied to an optical head 3 to

22  be recorded on an optical disk 5," correct?

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                    75

```
 1       A  Yes.

 2       Q  Can you tell me how that optic -- you

 3   know, optical head records the data on the optical

 4   disk?

 5       A  Optical head is part of physics.  I said

 6   I'm not familiar with optical heads.  I'm familiar

 7   with generating output sequences of bits from

 8   input sequences of bits by imposing certain

 9   constraints and then possibly applying NRZI or NRZ

10   modulation, but I'm not familiar with the physics

11   part of optical system.

12       Q  So is it your understanding -- let me

13   rephrase.

14          So the data that's being written to the

15   disk in a -- to the optical recording medium, the

16   optical disk, in Okada is either 1's or 0's,

17   correct?

18       A  I don't know how it's physically written.

19   I only know how the sequences look like, and they

20   should correspond in an unambiguous way to what is

21   written so the data can be recovered later.

22          (Court reporter interrupts for
```

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                                        76

1    clarification.)

2        A  Later recovered.

3          MR. MAYLE:   The data can be recovered.

4    The data.

5        A  Yes.   The data can be later recovered.

6    But I'm not familiar what's done in optics.

7        Q  So do you know how the 1's and the 0's get

8    written to the disk in what is -- in the invention

9    that is described in Okada?

10       A  I don't know how 1's and 0's are

11   physically recorded in general.

12       Q  So if it is the case that 1's are recorded

13   when the light is pulsed on or a laser is pulsed

14   on from the optical head, and then a 0 is recorded

15   when the light is turned off, would that be

16   consistent with your -- let me rephrase.   I'll

17   just withdraw that question.

18          So if you turn to Column 3 of Okada --

19   that's Exhibit 1007 -- at lines 54 to 60.

20       A  Yes.

21       Q  You see the phrase -- that section in that

22   paragraph says:   "To begin with, in recording

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                    77

```
 1    information data on an optical disk 5, the

 2    information recording apparatus in Figure 6

 3    embodying the present invention causes an 8-to-13

 4    converter 10 to perform data conversion before

 5    NRZI modulation in such a way that 1," the

 6    number 1, "will not appear three or more times in

 7    a row in a train of information data after the

 8    NRZI modulation."

 9         Did I read that correctly?

10      A   Yes.

11      Q   And the reason why that Okada wants to

12    prevent the recording of three consecutive 1's is

13    because when that happens, it generates something

14    called "code interference," correct?

15         MR. MAYLE:  Objection; form.

16      A   I remember reading code interference, and

17    in general, these type of codes are used for

18    intersymbol interference channels, but --

19         (Court reporter interrupts for

20    clarification.)

21      A   Intersymbol interference, and the acronym

22    is ISI technically.  And -- and my understanding
```

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                    78

1   was that Okada calls code interference that but

2   by -- used that name, obviously, to reflect

3   intersymbol interference.  And what it means in

4   the physics of optical recording, that, I'm not

5   familiar with.

6       Q  So can you tell me why it is important

7   or -- in Okada to prevent the recording of three

8   consecutive 1's?

9          MR. MAYLE:  Objection; form.

10      A  My understanding is that he wants to

11  remove certain patterns to alleviate intersymbol

12  interference.

13      Q  And is that intersymbol interference the

14  result of the optical source being pulsed on three

15  consecutive times in a row?

16      A  So in general, intersymbol interference is

17  a result of pulses being initiated too close to

18  each other, whether it's optical magnetic

19  recording or optical transmission through fiber or

20  some even more recent channels.

21      Q  Okay.  And if you turn to paragraph -- to

22  Figure 1 of Exhibit 1007, do you see that?

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                    79

1      A  Figure 1, yes.

2      Q  And do you interpret the first graph on

3   the top of Figure 1 as showing that an input

4   pulse -- that is, a light being turned on -- as

5   generating the binary 1 data bit and that no input

6   pulse -- that is, the light being turned off -- as

7   generating the 0?

8         MR. MAYLE:  Objection; form.

9      A  I don't know what this physically means.

10     Q  So can you -- do you know --

11     A  I understand that there are two levels --

12        (Court reporter interrupts for

13   clarification.)

14     A  I understand that there are two levels,

15   because there is -- and that there is a -- that

16   corresponds.  So there is one level of -- it

17   doesn't -- one level is 0 and then level 1, level

18   1, and then 0, which is absence of the pulse.  And

19   then the last would be, I guess, again 1 because

20   there is a presence of a pulse.

21     Q  So do you understand Figure 1 to be

22   showing that the 1 generates the light to turn on

1    and the 0 generates it to turn off?

2        A   Yeah, I don't know about light, but

3    obviously mathematically, if I look at this graph,

4    1 causes this rectangular pulse and 0 does not.

5        Q   Okay.  So do you know whether the object

6    of Okada is to prevent the light from being pulsed

7    on three times in a row?

8        A   So Okada has, as its goal, optical

9    systems, it says in the title, but I was only

10   looking -- predominantly looking into his

11   conversion of 8 bits into 13 bits to satisfy

12   certain constraints.

13       Q   Okay.  So -- but my question is:  Do you

14   know whether Okada describes the system in which

15   he's trying to prevent the light from being pulsed

16   on three times in a row?  Do you know one way or

17   the other?

18       A   I don't want to offer opinions that have

19   to do anything with light or -- because I'm really

20   not familiar with that.

21       Q   So can we take a look at Exhibit 1011,

22   which is this table.

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                              81

1          (LSI Corp. Exhibit 1011 previously marked

2    for identification and is attached to the

3    transcript.)

4        A  Yes.

5        Q  The heading of the table says:  Adapted

6    from U.S. Patent 5,392,270 (Okada).

7           Are we on the same document?

8        A  I am.

9        Q  Is this a table that you created?

10       A  Yes.

11       Q  And what -- is it intended to reflect how

12   the data in Okada changes in form at various

13   stages of the process?

14       A  It's actually concerned -- I think many of

15   these should be in the patent.  But there is this

16   particular box in Okada which says -- in the

17   figure which is on the cover page of the patent --

18   that probably he has it somewhere, let's

19   see (indiscernible) -- but on the cover page of

20   the patent, there is a Box 10, which makes the map

21   between an 8-bit input and 13-bit output and

22   applies, then, NRZI modulator.

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                    82

1           So these three columns are -- the first

2     one is the 8-bit input written in hexadecimal

3     form, and the second column is the 13-bit output

4     of what is called, in the figure, a "converter,"

5     and the third is the output of the NRZI box, which

6     is called "NRZI modulator."

7        Q   Okay.  So just to be clear, you're looking

8     at the cover page of the Okada patent that's

9     Exhibit 1007, and is -- you're telling me, as I

10    understand it and I'm asking you to confirm, that

11    Exhibit -- this chart, Exhibit 1001, reflects how

12    the data changes from the 8-bit data hexadecimal

13    point that's shown as "record information" through

14    the 8-to-13 converter, through the NRZI modulator,

15    to ultimately the box labeled "5" on the drawing

16    on page 1, correct?

17       A   So 5, I don't know.  I just know 10 and 6.

18       Q   So would it be fair, then, to say that the

19    chart that's Exhibit 1011 shows how the data

20    changes form from the "record information" that is

21    input into 10 and then into 6, and then output

22    from 6 to somewhere else that you don't know?

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                                    83

1      A  Yes.

2      Q  And ultimately, it shows as the change --

3  the conversion of the 8-bit hexadecimal dataword

4  in the left-hand column to the NRZI recorded data

5  in the right-hand column of Exhibit 1011?

6      A  Don't recall -- yeah.  Sorry, what is the

7  question?

8      Q  So Exhibit 1011 shows what happens to the

9  data as it changes from the "8-Bit Data

10  Hexadecimal" to the "NRZI Recorded Data," correct?

11      A  Yes.

12      Q  In the NRZI Recorded Data, you say

13  "recorded" there because that's the data that's

14  recorded in the optical medium?

15      A  Yes.

16      Q  And is it your opinion that that column

17  reflects the data that is recorded in the recorded

18  waveform of Claim 13 of the Moon patent?

19      A  So I don't think that Claim 13 -- I don't

20  remember Claim 13 specifying NRZ or NRZI.

21      Q  Okay.  But whatever -- whether it's NRZI

22  or not, is -- the right-hand column on

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                          84

1    Exhibit 1011, is that the data that is recorded on

2    the -- in the "recorded waveform" as that term is

3    used in Claim 13 of the Moon patent?

4         A  If you want to call the strings of 0's and

5    1's as a waveform, yes.

6         Q  So in that column, the NRZI Recorded Data

7    column of Exhibit 1011, the objective of Okada's

8    invention is never to have three 1's in a row,

9    correct?

10            MR. MAYLE:  Objection; form.

11        A  I don't know what his objective was to

12   have, and why.  But these sequences satisfy the --

13   also with the number of transitions in the runs.

14            (Court reporter interrupts for

15   clarification.)

16        A  Transitions in runs, R-U-N-S.

17        Q  And what are the transitions that you're

18   referring to there?

19        A  In the litigation declaration, I was

20   referring to transitions from 0 to 1.

21        Q  Okay.  And in the -- in the NRZI Recorded

22   Data column of Exhibit 1011, can you take a look

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                                    85

1    at, let's say on the first page, the 8-bit

2    hexadecimal "09"?

3        A  Yes.

4        Q  And the NRZI Recorded Data shows, doesn't

5    it, four transitions from 0 to 1 and 1 to 0?

6        A  It shows -- from 0 to 1, it shows there

7    are two, and from 1 to 0, there are two.  So

8    together, there are four.

9        Q  And they're consecutive, correct?

10       A  They're consecutive, yes.

11       Q  And on page 13, for example, the very last

12   row, "d3," how many consecutive transitions does

13   that show in the NRZI Recorded Data column?

14       A  Well, if I look at just 0, 1 transition --

15   is one, two, three, four.  And if I look at 1, 0

16   transitions, then there is one, two, three, four

17   that are consecutive.  So together, that would

18   be -- if you want to look at them together, it's

19   eight.  If you look at them separately, as I did,

20   it's four, but either way is limited.

21       Q  And when we were -- when we defined

22   "transition" earlier, we said it could be 0 to 1

1  or 1 to 0 or both, correct?

2      A  It could be -- you can adopt that it's

3  only 0 to 1.  You can adopt that it's only 1 to 0,

4  and you can say that it's both.

5      Q  And do you know what Okada used?

6      A  I don't know what Okada used.

7          (Court reporter interrupts for

8  clarification.)

9      A  I am not sure what Okada used, although he

10  might have used just a single sign transition

11  because he very often said that -- there are

12  places where he says that this is limited to two,

13  which is not, but --

14          (Court reporter interrupts for

15  clarification.)

16      A  So I am not -- let me start from the

17  beginning.  I am not sure how much Okada wants to

18  -- what Okada's targets numbers are, particular

19  constraints are, but I can read these tables, and

20  in this particular example, they're limited.  And

21  also based on the rules of Okada and the

22  modulation, they would be limited in general.

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                                87

```
1            COURT REPORTER:  You're muted.
2            MR. McELHINNY:  I'm sorry.  I didn't hear
3      what she said in the last sentence.  Can you read
4      back the last sentence of her answer.
5            (Reporter read back as requested.)
6            MR. McELHINNY:  Okay.  Could you give me a
7      minute here.  I'm going to be on mute for a
8      minute.
9            THE WITNESS:  Sure.
10            MR. McELHINNY:  Can we take five minutes,
11      and maybe we can shortcut some stuff.
12            THE WITNESS:  It's fine with me.
13                         * * *
14            (Whereupon, a recess was taken.)
15                         * * *
16            MR. McELHINNY:  Welcome back,
17      Dr. Soljanin.  We're back on the record.
18      BY MR. McELHINNY:
19         Q  Dr. Soljanin, just checking, have you
20      communicated at all with counsel for LSI or Avago
21      during the break?
22         A  Not at all.
```

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                                88

1      Q   Okay.  Let's take a look at Exhibit 1011.

2   Again, that's your table.  On the very first line

3   of the very first page, the 8-bit hexadecimal

4   "00" --

5      A   Yes.

6      Q   -- how many transitions do you count in

7   the NRZI Recorded Data column?

8      A   One from 0 to 1, and if you look from 0 to

9   1 and 1 to 0, then two.

10     Q   Okay.  Taking a look at the Okada patent,

11  Column 3, lines -- I think I referred to this

12  paragraph before -- starting at line 54:  "To

13  begin with" --

14     A   Yes.

15     Q   -- it says -- it refers to "performing

16  data conversion before the NRZI modulation in such

17  a way that the number 1 will not appear three or

18  more times in a row in a train of information data

19  after the NRZI modulation."

20         Do you see that?

21     A   Yes.

22     Q   And do you understand that to be, or the

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                    89

1    objective of Okada, to prevent the number 1,

2    binary 1, from appearing more than three times in

3    a row in the last column of your table?

4          MR. MAYLE:  Objection to form.

5       A  The last column in my table satisfied that

6    constraint, and it also satisfied the transition

7    constraint.

8       Q  And what do you mean by that?

9       A  It means that I don't see any three 1's in

10   a row, but I don't see, in any of these strings,

11   more than -- how many did we say -- eight or so

12   transitions in a row.  If you count doubly, I

13   mean, both 0 to 1 --

14         (Court reporter interrupts for

15   clarification.)

16      A  If you count both, from 0 to 1 and 1 to 0,

17   I believe it was limited to eight; and if you

18   counted only single sign transitions, let's say

19   from 0 to 1, then it's four.

20      Q  So then when you say it satisfies the j

21   constraints of Moon, what is j in that, when you

22   say that?

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                                    90

1      A  So the number -- let's see.  Where is the

2   Moon packet?

3         MR. MAYLE:  Objection to form.

4      A  Is the Moon packet separate or in some

5   folder?

6      Q  It's separate.

7      A  Oh, yeah.  I think I can see.  Right.  So

8   which claim would you like me to look into?

9      Q  13.

10     A  13.  Yes.  So in Moon's claim in line -- I

11  think it's 53 -- it says:  "Imposing a pair of

12  constraints (j;k) on the encoded waveform."  So

13  encoded would be the middle column here, that's

14  what comes out of the encoder, and -- but here it

15  says just "imposing a pair of constraints, j and

16  k," so I don't -- in this, "on the encoded."  So

17  concerning the encoded waveform, it doesn't say

18  what j and k are doing.

19        But in here in line 55, "generating no

20  more than j consecutive transitions of said

21  sequence in the recorded waveform such that j is

22  greater than or equal than 2."

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                          91

1            (Court reporter interrupts for

2       clarification.)

3         A   It says:  "Generating no more than j

4       consecutive transitions of said sequence in the

5       recorded waveform such that j is greater than 2."

6       And that's what it says about j.

7            So in the encoded waveform, it doesn't say

8       what constraint is.  It just say j, k constraint.

9       Transitions are not mentioned in connection with

10      the encoded waveform.  In the recorded waveform,

11      it says that transitions consecutive should be

12      limited to some parameter of j which is greater or

13      equal than two.

14           And there are -- here transitions that are

15      limited to eight, if you look at them from 0 to 1

16      together with 1 to 0.  So j would be -- if you

17      look at only single sign transition, would be, I

18      believe, four in this example, but one would have

19      to look again.  And if you look at all the sign

20      transitions, I think we counted up to eight.  So

21      that would be the last column.

22           MR. McELHINNY:  So I'm going to move to

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                    92

1   strike that as nonresponsive and ask you a simpler

2   question.

3       Q  That is, when you in -- when you --

4   looking at Okada, you had in mind that it has a j

5   constraint, correct?

6           MR. MAYLE:  Objection to form.

7       A  When I looked at Okada, I realized that it

8   limits the number of transitions in the recorded

9   waveform.

10      Q  Okay.  And limits them to what, to what

11  number?

12      A  Eight or four, depending how you take --

13  what you take transition to be.

14      Q  Okay.  So why don't we turn to page 14 of

15  Exhibit 1011.  And if you -- do you see where it

16  has hexadecimal data for "d5" and "d6"?

17      A  Yes.

18      Q  If "d5" and "d6" appeared consecutively,

19  how many transitions in a row would you have?

20      A  So if I -- if "d6" appears before or after

21  "d5"?

22      Q  I'm sorry.  What was that?  I didn't hear

1    the question.

2        A  You said consecutively.  Which one goes

3    first?

4        Q  "D5" goes first.

5        A  So "d5."  So then I would have to look --

6    sorry.  Then I would have to look into -- because

7    at the end of "d5," it's a -- NRZI version of the

8    encoded waveform is one -- one, two, three --

9    sorry, what was I counting?  From 0 to 1 -- one,

10   two, three, and then the other one would be four,

11   five, six.  If it's -- it's six if it's from 0 to

12   1.  And then if you want to take them both, it

13   would be twelve.

14       Q  Okay.  Let me ask you some questions about

15   your book chapter, which is Exhibit 2009.

16           (UMN Exhibit 2009 previously marked for

17   identification and is attached to the transcript.)

18       A  In which folder is that?

19       Q  It's sort of separately.  It's hanging out

20   there by itself, and it's just a stapled, thin

21   document.

22       A  It's -- okay.  Yeah, yeah.  It's the...

1    Q  It just has a title page on the front.  It

2    says:  "Coding and Signal Processing for Magnetic

3    Recording Systems."

4    A  I don't see a book.

5    Q  If you look at the screen, you'll see

6    this.

7    A  Oh, yes, I have.  Yes.

8    Q  Very good.  All right.  Good.  So

9    Exhibit 2009, is that a book that you're familiar

10   with entitled "Coding and" -- or let's rephrase.

11       Is Exhibit 2009 an excerpt from a book

12   that you're familiar with called "Coding and

13   Signal Processing for Magnetic Recording Systems"?

14   A  Yes, I know of this book.  It may have

15   been actually republished from something else we

16   wrote even earlier than 2009.  I see that my

17   article with Brian Marcus was 2009.  But I haven't

18   reviewed that.  That's more than ten years ago.

19   Q  All right.  So you see the copyright on

20   this book was 2005.

21   A  Right.  So -- all right.  I don't see

22   that.

1      Q   On the lower left-hand corner of the front

2   page.

3      A   Yes, I can see -- yes.  I somehow was

4   thinking about 2004.  Maybe that is when we were

5   writing it and then 2005 application or something.

6   Yeah.

7      Q   And you can see that if you flip to

8   page 17 of 27, down in the lower left-hand corner,

9   there's a Chapter 11 and that was co-authored by

10  you, correct?

11     A   Yes.  I can see that.

12     Q   And the audience for this chapter would be

13  someone of skill in the art of the Moon patent,

14  correct?

15     A   I don't -- I don't remember that.  It does

16  make sense what you're saying, but I haven't

17  reviewed this book or this chapter.

18     Q   Okay.  So -- but this is a chapter that

19  you co-wrote in 2002, correct?

20     A   2002, which is like 18 years ago.

21     Q   Yes.  So -- but is it something you wrote

22  18 years ago?

1        A  It looks like something I wrote 18 years

2    ago, right.

3        Q  And when you wrote it, you believed that

4    it was accurate at the time that you wrote it?

5        A  Whatever I wrote at any time I believe was

6    accurate at the time.

7        Q  And if you turn to page 18 of 27 --

8        A  Yes.

9        Q  -- you see the third paragraph there.  Did

10   you write, then, that "during the past few years,

11   significant progress has been made in defining

12   high capacity distance-enhancing constraints for

13   high density magnetic recording channels.  One of

14   the earliest" -- you see -- did I read that

15   sentence correctly?

16       A  Yes.

17       Q  And then did you also write:  "One of the

18   earliest examples of such a constraint is the

19   maximum transition run (MTR) constraint."  Then

20   you cite to a Reference 28.

21          Do you see that?

22       A  I can see that, yes.

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                          97

1      Q   And you wrote that in 2002, correct?

2      A   Yes.

3      Q   And you went on to say that the MTR

4  constraint "constrains the maximum run of 1's,"

5  right?

6      A   Yes.

7      Q   And if you turn back to the last page of

8  the exhibit, is the Reference 28 to which you're

9  referring there the Moon and Brickner paper from

10  September of 1996?

11      A   Yes.  I can see that.

12      Q   And that's what you believed when you

13  wrote this, that the Moon and Brickner paper was

14  "one of the earliest examples of such a constraint

15  is the maximum transition run constraint,"

16  correct?

17      A   That is what it says, yes.

18      Q   And let me show you -- I think you also

19  have your thesis, or what I think is your thesis,

20  but we'll ask you.  Exhibit 2010, that's -- the

21  front page of it says:  "Information to Users."

22          (UMN Exhibit 2010 previously marked for

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                    98

1    identification and is attached to the transcript.)

2        A  Yes.  That's mine.  It has these -- yes.

3    Uh-huh.

4        Q  So is Exhibit 2010 your Ph.D. thesis?

5        A  It looks definitely like my Ph.D. thesis,

6    yes.  It says:  "Dissertation by Emina," et

7    cetera, yes.

8        Q  And if you take a look at the abstract,

9    your abstract says, among other things, that "the

10   goal to increase the amount of information that

11   can be stored per disk unit area in digital

12   recording systems continues to be important,

13   together with the tendency to make recording

14   systems physically smaller."

15          And then later in the abstract you refer

16   to multitrack, multihead systems.

17       A  Yes.

18       Q  Did you, at the time you did your

19   thesis -- or let me rephrase.

20          Prior to doing your thesis, did you ever

21   code in a multi- -- in an actual multitrack,

22   multihead system before you finished your thesis?

1     A   Did I what?

2     Q   Did you ever use your codes in an actual

3  multitrack, multihead system before you finished

4  your thesis?

5     A   No.

6     Q   Did you only -- did you only do that via

7  simulations?  Did you prove your thesis by using

8  computer simulations?

9     A   That, I don't remember.  I see some graphs

10 here which look like running a program.  Some are

11 drawings, and some are -- some look like, but I

12 don't remember.

13    Q   If you -- did you conclude based on

14 computer simulations that the codes would work

15 with actual multitrack, multihead systems?

16       MR. MAYLE:  Objection to form.

17    A   I'm trying to find simulations.  I'm

18 not -- this could be a simulation, Figure 10 --

19       (Court reporter interrupts for

20 clarification.)

21    A   So I was just trying to look in my thesis

22 because I haven't seen it for a quarter of a

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                    100

1   century, what -- whether there are any graphs that

2   involve simulations.  And I found that Figure 10

3   looks like something that could.

4       Q  Well, let me refer you to page 39 of this,

5   which is page 54 of 104 if you're looking in the

6   lower left-hand corner.

7       A  Yes.

8       Q  You say there:  "Computer-simulated

9   results for this two-track, two-head system," et

10  cetera, "are shown in Figure 9."

11          Do you see that?

12      A  Yes.

13      Q  So based on that, would it be your belief

14  that you used computer simulations to establish

15  that your codes would work with actual multitrack,

16  multihead systems?

17      A  I was testing the proof of concepts,

18  actually, that my theorems work, but whether that

19  would work in a system, that -- I don't know.

20  Even with -- today with very sophisticated

21  simulation programs, each system is different.

22          So I wouldn't say that I would say how

1   that would work in actual system, but I usually do

2   simulations to confirm our theorems or to --

3   because the theorem predicted some actually be of

4   gain, et cetera, and we simulate and idealize

5   things.  We have only Gaussian noise which is

6   not --

7           (Court reporter interrupts for

8   clarification.)

9       A   Gaussian --

10          MR. MAYLE:  Gaussian.

11          COURT REPORTER:  Say it again?

12          MR. MAYLE:  "Gaussian" is the word.

13      A   Okay.  Let me -- let me start from the

14  beginning.  So if the question is whether I

15  simulated something to see if it would work in a

16  real system, the answer is no, I simulated

17  something to see if my theorems are correct and --

18  now, I'm not familiar with the thesis.  I'm saying

19  what we use computer simulations today is

20  sometimes we cannot compute certain things, so we

21  simulate them, but it's usually a very idealized

22  scenario.

1          And this particular was first of its kind,

2     so I don't think this was anywhere in a real

3     system.  But this is the best of my knowledge now.

4     I didn't have a time -- opportunity to review my

5     thesis, and I didn't have the opportunity to check

6     what the state of the art was at that time.

7        Q  So is it fair to say that it was common to

8     use computer simulations to establish that --

9     prove a concept, let's say?

10       A  It's common to use simulations to

11    establish that some theorem, some coding gains

12    that you would expect would appear under certain

13    scenarios which you put in simulations, and in my

14    case, I was assuming, I believe, white Gaussian

15    noise.

16          THE WITNESS:  I don't know if -- do I need

17    to spell something or text spelling or -- Ms.

18    Cameron?

19          COURT REPORTER:  Gaussian is fine.  Is it

20    white or wide?

21          THE WITNESS:  White, like color.

22          MR. McELHINNY:  Okay.  I think subject to

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                     103

1    any questions that petitioners have, I don't have

2    further questions for Dr. Soljanin at this time.

3          MR. MAYLE:  Thank you.  We'd like to take

4    a break and see -- we might want to ask questions.

5    So can we take a ten-minute break?

6          MR. McELHINNY:  That's fine, although I do

7    understand that you're not permitted to talk to

8    the witness during that break.

9          MR. MAYLE:  Very well.

10         MR. McELHINNY:  Thank you.

11         MR. MAYLE:  Sounds good.

12         MR. McELHINNY:  We'll take a break.

13         THE WITNESS:  Until 1:00?

14         MR. McELHINNY:  We'll take a break, and

15   then we'll be back whenever Mr. Mayle is ready to

16   go.

17         THE WITNESS:  Okay.

18         MR. MAYLE:  I'll turn my video off, and

19   when you see me again, I'll be ready.  It should

20   be about ten minutes.

21                     * * *

22         (Whereupon, a recess was taken.)

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                                    104

```
1                              * * *
2          MR. MAYLE:  Are we on the record now?
3          COURT REPORTER:  Yes.
4          MR. MAYLE:  Okay.  The petitioners have no
5    redirect questions, so we can conclude this
6    deposition.
7          MR. McELHINNY:  Okay.  Dr. Soljanin, thank
8    you for your time today.  I appreciate it.
9          I guess we'll go off the record and talk
10   to Ms. Cameron about the timing for the
11   transcript.
12         THE WITNESS:  Thank you.  Is it all right
13   if I leave the meeting now?
14         MR. McELHINNY:  Yes.  Thank you.
15                             * * *
16      (Whereupon, an off-the-record discussion was
17                           held.)
18                             * * *
19         MR. McELHINNY:  We're going to want this
20   to be expedited because we have a three-week
21   turnaround on our briefing.
22         COURT REPORTER:  How soon do you want it?
```

1        MR. McELHINNY:  Probably as soon as you

2    can get it to us.

3                      * * *

4      (Whereupon, an off-the-record discussion was

5                      held.)

6                      * * *

7      MR. REED:  She will read and sign.

8      (Signature having not been waived, the

9    deposition was concluded at 12:51 p.m. EST.)

10

11

12

13

14

15

16

17

18

19

20

21

22

```
1             ACKNOWLEDGMENT OF DEPONENT.

2      I, EMINA SOLJANIN, Ph.D., do hereby acknowledge

3    that I have read and examined the foregoing

4    testimony, and the same is a true, correct and

5    complete transcription of the testimony given by

6    me and any corrections appear on the attached

7    Errata Sheet signed by me.

8

9

10

11   (DATE)              (SIGNATURE)

12

13

14

15

16

17

18

19

20

21

22
```

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                    107

```
1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2

3           I, Dutcheen O. Cameron, Registered Merit
     Reporter-Certified Realtime Reporter, and Notary
     Public within and for the Commonwealth of
4    Pennsylvania do hereby certify:
            That EMINA SOLJANIN, Ph.D., the witness
5    whose deposition is hereinbefore set forth, was
     duly sworn by me before the commencement of such
6    deposition and that such deposition was taken
     before me and is a true record of the testimony
7    given by such witness.
            I further certify that the adverse party
8    was represented by counsel at the deposition.
            I further certify that the deposition of
9    EMINA SOLJANIN, Ph.D., occurred virtually on
     Friday, June da of week2, 2020, commencing at
10   10:00 a.m. EST to 12:51 P.M. EST.
            I further certify that I am not related to
11   any of the parties to this action by blood or
     marriage, I am not employed by or an attorney to
12   any of the parties to this action, and that I am
     in no way interested, financially or other wise,
13   in the outcome of this matter.

14   IN WITNESS WHEREOF, I have hereunto set my
     hand this 15th day of June, 2020.

15

16

17

18   ------------------------
     NOTARY PUBLIC IN AND FOR THE
19   COMMONWEALTH OF PENNSYLVANIA

20

21

22   My commission expires:
```

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020

108

| A |
|---|

**ability**
8:1, 16:12,
21:14
**able**
8:2
**about**
8:9, 11:18,
20:7, 23:8,
23:21, 25:4,
28:5, 28:22,
32:20, 36:21,
41:2, 42:20,
43:4, 44:1,
44:9, 44:20,
45:8, 46:8,
46:12, 46:22,
47:17, 48:1,
51:14, 51:19,
52:5, 55:16,
56:16, 57:2,
58:14, 58:20,
59:12, 64:13,
66:11, 67:6,
74:10, 80:2,
91:6, 93:14,
95:4, 103:20,
104:10
**above**
21:8, 34:17,
34:21, 35:2,
42:6, 52:8,
52:13, 74:15,
74:16
**absence**
79:18
**abstract**
98:8, 98:9,
98:15
**according**
23:15, 61:12
**accurate**
13:2, 21:13,
65:17, 96:4,
96:6
**acknowledge**
9:18, 10:10,

106:2
**acknowledged**
10:19
**acknowledgment**
20:16, 106:1
**acronym**
77:21
**action**
107:20, 107:22
**actual**
98:21, 99:2,
99:15, 100:15,
101:1
**actually**
15:8, 49:12,
62:12, 63:18,
67:8, 81:14,
94:15, 100:18,
101:3
**adapted**
81:5
**additional**
35:15
**additionally**
59:16
**address**
11:14, 11:15,
11:17, 12:1,
20:18, 34:7,
34:17, 34:20,
35:3, 35:8
**addressed**
35:14, 37:12,
39:10, 53:5
**admissibility**
9:20
**admission**
17:14, 18:19
**adopt**
40:11, 86:2,
86:3
**adopted**
38:8, 38:11,
39:9, 39:16,
39:19, 39:20,
40:6, 40:10,
40:12
**advance**
9:9

**adverse**
107:13
**after**
20:14, 21:7,
39:14, 56:2,
56:3, 74:17,
77:7, 88:19,
92:20
**afterwards**
68:2
**again**
12:18, 15:5,
26:16, 31:8,
36:20, 47:12,
58:17, 61:8,
65:13, 65:22,
66:12, 73:15,
79:19, 88:2,
91:19, 101:11,
103:19
**ago**
29:14, 58:9,
58:12, 94:18,
95:20, 95:22,
96:2
**agree**
6:21, 10:2,
10:5, 10:8,
13:12, 18:8,
65:7, 73:11
**agreed**
12:7
**agreeing**
11:4
**ahead**
9:2
**all**
6:1, 8:14,
8:15, 9:1, 11:4,
13:4, 14:6,
29:2, 32:4,
36:12, 47:17,
50:5, 56:20,
58:18, 59:1,
60:6, 69:17,
70:13, 70:16,
87:20, 87:22,
91:19, 94:8,

94:19, 94:21,
104:12
**alleged**
61:13
**alleviate**
78:11
**allow**
60:9, 60:16
**allowed**
6:12
**aloud**
62:2
**also**
3:20, 6:13,
10:8, 16:19,
17:18, 18:12,
18:21, 32:19,
38:22, 64:8,
84:13, 86:21,
89:6, 96:17,
97:18
**although**
86:9, 103:6
**ambiguous**
45:21
**among**
98:9
**amount**
98:10
**analysis**
39:3, 40:7,
40:12, 40:13
**annie**
3:21, 6:19
**annual**
58:1, 58:4,
58:7, 58:15,
58:21, 59:8
**another**
21:21, 56:11,
56:18, 56:19
**answer**
7:3, 13:9,
60:14, 66:1,
69:13, 69:18,
70:4, 70:7,
70:17, 73:1,
87:4, 101:16

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020

answered
69:15
answering
69:22, 70:1
answers
12:8, 13:8
anticipate
9:8, 29:6
anticipated
26:22, 27:16,
27:21, 28:1,
28:11, 28:17,
29:1, 30:6,
30:19, 37:3,
39:2, 41:5,
50:8, 51:3,
51:11, 53:20
anticipates
57:15
anticipation
28:5, 29:2,
29:7, 29:10,
40:7, 40:12,
40:20, 41:2
any
5:13, 8:16,
9:9, 13:1, 14:5,
17:19, 18:22,
19:1, 21:16,
22:13, 30:7,
35:15, 36:7,
39:11, 40:13,
45:12, 45:16,
58:14, 58:20,
65:21, 66:16,
71:21, 89:9,
89:10, 96:5,
100:1, 103:1,
106:6, 107:20,
107:22
anybody
8:15
anyone
13:16
anything
63:1, 80:19
anywhere
29:21, 63:7,

102:2
apologize
9:9
apparatus
73:19, 77:2
appeal
1:2
appear
22:8, 41:15,
41:19, 51:6,
77:6, 88:17,
102:12, 106:6
appeared
92:18
appearing
89:2
appears
55:2, 92:20
applicable
65:21
application
66:16, 95:5
applications
66:17
applied
34:4, 44:12,
53:19, 53:21,
54:16, 54:20
applies
81:22
apply
36:8, 37:19,
38:14, 40:16,
41:12, 53:22,
54:9
applying
36:4, 37:15,
40:20, 41:7,
41:8, 75:9
appreciate
11:4, 104:8
area
63:14, 63:15,
67:6, 98:11
arguments
51:8
art
27:1, 27:4,

27:5, 28:1,
28:11, 29:3,
29:11, 29:18,
29:19, 30:21,
38:3, 39:11,
39:15, 39:21,
40:2, 40:8,
43:22, 44:8,
44:20, 45:8,
46:22, 47:16,
54:9, 57:16,
59:17, 95:13,
102:6
article
94:17
aside
13:22, 22:11,
28:8, 40:17
ask
8:7, 9:17,
13:14, 14:8,
20:7, 21:4,
23:8, 28:7,
48:17, 49:12,
53:6, 54:13,
57:14, 58:18,
59:12, 65:22,
66:1, 92:1,
93:14, 97:20,
103:4
asked
49:14, 68:20,
69:2, 69:6,
69:17, 71:12
asking
37:7, 49:15,
70:13, 82:10
assert
27:15
asserts
26:11, 26:18
assign
46:16
assigned
32:2
assist
12:16, 12:20
associated
25:7

assume
43:4
assumed
44:11
assuming
102:14
attach
58:3
attached
4:11, 15:15,
17:5, 19:5,
23:5, 48:13,
60:22, 81:2,
93:17, 98:1,
106:6
attendance
11:3
attending
9:7
attention
30:14
attorney
107:21
audience
95:12
audio
6:12, 6:13,
6:15, 6:17,
7:10, 7:12, 7:20
avago
1:4, 10:7,
12:17, 12:21,
14:10, 14:17,
21:16, 22:8,
22:14, 87:20
avenue
3:15

**B**

b-r-e-t-t-e-n
12:3
b2
1:8
back
57:19, 61:4,
61:5, 87:4,
87:5, 87:16,
87:17, 97:7,

103:15

**backup**
7:20
**based**
9:21, 59:18,
86:21, 99:13,
100:13
**bases**
59:6
**basis**
30:22
**because**
6:13, 15:9,
24:20, 33:21,
54:22, 67:2,
68:8, 77:13,
79:15, 79:19,
80:19, 83:13,
86:11, 93:6,
99:22, 101:3,
104:20
**become**
74:19
**been**
14:9, 15:19,
17:7, 21:15,
22:7, 22:14,
23:1, 28:8,
28:11, 29:21,
47:22, 48:17,
94:15, 96:11,
105:8
**before**
1:2, 2:5, 9:13,
13:5, 13:9,
16:10, 17:10,
18:13, 19:16,
20:5, 23:7,
47:20, 48:1,
52:17, 61:3,
63:14, 71:8,
77:4, 88:12,
88:16, 92:20,
98:22, 99:3,
107:9, 107:11
**begin**
76:22, 88:13
**beginning**
86:17, 101:14

**behalf**
3:2, 3:11,
14:10
**behind**
55:10
**being**
6:14, 8:15,
9:4, 28:17,
29:1, 57:16,
64:11, 75:14,
78:14, 78:17,
79:4, 79:6,
80:6, 80:15
**belief**
100:13
**believe**
14:15, 17:15,
21:21, 38:20,
40:1, 54:1,
54:11, 54:20,
55:4, 55:7,
56:15, 64:7,
65:19, 89:17,
91:18, 96:5,
102:14
**believed**
35:15, 35:19,
41:4, 96:3,
97:12
**bell**
64:4
**best**
16:12, 21:14,
58:10, 102:3
**better**
6:6, 54:14,
58:18
**between**
16:14, 19:16,
81:21
**big**
14:1
**billed**
15:3, 15:7
**binary**
57:8, 65:21,
66:14, 73:12,
74:1, 79:5, 89:2

**binder**
16:2
**bit**
25:16, 71:8,
72:19, 79:5,
81:21, 82:3
**bits**
75:7, 75:8,
80:11
**bitstreams**
66:14, 66:15
**blood**
107:20
**board**
1:2
**book**
93:15, 94:4,
94:9, 94:11,
94:14, 94:20,
95:17
**both**
6:21, 7:6,
10:2, 17:16,
18:20, 53:10,
54:2, 86:1,
86:4, 89:13,
89:16, 93:12
**bottom**
20:20
**box**
81:16, 81:20,
82:5, 82:15
**break**
47:22, 48:3,
87:21, 103:4,
103:5, 103:8,
103:12, 103:14
**brett**
11:17
**brian**
94:17
**brickner**
30:8, 97:9,
97:13
**briefing**
104:21
**britten**
11:15, 12:2

**broadcom**
21:15, 22:15
**brown**
3:21
**brunswick**
11:17
**business**
11:14

---
**C**
---

**call**
7:22, 12:11,
16:15, 16:21,
48:21, 56:7,
84:4
**called**
20:3, 23:22,
41:1, 58:1,
72:7, 77:14,
82:4, 82:6,
94:12
**calls**
78:1
**cameron**
1:22, 2:6,
48:6, 102:18,
104:10, 107:3
**can**
5:10, 5:11,
6:6, 6:12, 6:19,
6:22, 7:3, 7:7,
7:17, 8:9, 13:9,
15:2, 23:9,
28:22, 31:14,
33:1, 33:5,
37:8, 38:19,
45:21, 53:8,
53:9, 53:13,
54:1, 55:1,
55:3, 55:21,
55:22, 56:1,
56:7, 57:10,
57:13, 57:19,
58:2, 64:17,
64:20, 69:4,
69:5, 69:12,
69:18, 70:2,
72:1, 72:11,

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020

111

73:22, 75:2,
75:21, 76:3,
76:5, 78:6,
79:10, 80:21,
84:22, 86:2,
86:3, 86:4,
86:19, 87:3,
87:10, 87:11,
90:7, 95:3,
95:7, 95:11,
96:22, 97:11,
98:11, 103:5,
104:5, 105:2
**can't**
13:1, 63:22
**cannot**
24:20, 40:13,
45:12, 58:12,
63:10, 64:11,
101:20
**capacity**
96:12
**carefully**
16:10, 18:13,
21:12
**carnegie**
22:4, 22:12
**case**
11:8, 32:3,
54:12, 76:12,
102:14
**causes**
77:3, 80:4
**cd**
67:6, 67:7
**cds**
66:11
**center**
64:3
**century**
100:1
**certain**
27:8, 28:4,
35:9, 37:9,
39:8, 39:9,
44:5, 44:18,
45:5, 45:19,
66:10, 66:15,

75:8, 78:11,
80:12, 101:20,
102:12
**certainly**
7:9, 41:1
**certainty**
43:22, 44:8,
44:19, 45:7,
45:12, 46:18,
46:21, 47:3,
47:8
**certificate**
107:1
**certify**
107:6, 107:13,
107:15, 107:19
**cetera**
98:7, 100:10,
101:4
**challenged**
29:4
**challenges**
35:16
**challenging**
26:11
**chance**
68:1
**change**
55:11, 55:13,
55:16, 55:17,
56:10, 56:21,
56:22, 57:6,
83:2
**changed**
29:12, 29:14
**changes**
81:12, 82:12,
82:20, 83:9
**channels**
25:8, 77:18,
78:20, 96:13
**chapter**
93:15, 95:9,
95:12, 95:17,
95:18
**charging**
14:17
**chart**
82:11, 82:19

**check**
102:5
**checking**
87:19
**circumstances**
37:14
**citation**
45:1
**cite**
96:20
**cited**
58:11
**claim**
28:1, 28:11,
30:19, 30:20,
31:3, 31:5,
31:9, 31:20,
32:20, 33:7,
33:8, 33:10,
34:2, 34:10,
34:11, 34:16,
34:18, 34:22,
35:5, 35:9,
38:2, 39:4,
40:5, 41:7,
42:7, 42:12,
43:8, 44:5,
44:18, 46:3,
46:20, 49:7,
49:8, 50:7,
51:2, 51:6,
51:10, 51:14,
51:19, 52:4,
52:9, 53:5,
53:19, 60:11,
83:18, 83:19,
83:20, 84:3,
90:8, 90:10
**claimed**
45:10
**claims**
26:10, 26:12,
26:18, 26:22,
27:9, 27:10,
27:11, 27:15,
27:20, 29:4,
31:21, 32:1,
32:6, 32:8,

32:14, 32:16,
34:10, 36:6,
37:1, 39:2,
41:15, 41:19,
42:15, 42:21,
43:19, 46:3,
57:15, 60:14,
60:16
**clarification**
7:22, 16:1,
18:5, 24:17,
25:21, 27:3,
29:9, 32:13,
36:10, 39:13,
44:15, 45:15,
47:6, 52:2,
52:19, 54:5,
55:6, 56:13,
57:12, 61:22,
63:20, 67:5,
71:10, 76:1,
77:20, 79:13,
84:15, 86:8,
86:15, 89:15,
91:2, 99:20,
101:8
**clarify**
38:10
**clear**
13:9, 33:21,
34:4, 82:7
**clearer**
6:15
**clients**
12:21
**close**
78:17
**closing**
56:8
**cmu**
22:2
**co-authored**
95:9
**co-wrote**
95:19
**code**
11:18, 24:4,
61:15, 77:14,

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020

112

77:16, 78:1,
98:21
**code-violating**
35:10
**codes**
25:8, 64:9,
64:10, 67:8,
77:17, 99:2,
99:14, 100:15
**codeword**
56:1, 56:3
**coding**
24:9, 56:15,
63:18, 63:21,
64:4, 66:11,
72:10, 73:9,
94:2, 94:10,
94:12, 102:11
**color**
102:21
**column**
23:19, 23:21,
74:7, 74:14,
76:18, 82:3,
83:4, 83:5,
83:16, 83:22,
84:6, 84:7,
84:22, 85:13,
88:7, 88:11,
89:3, 89:5,
90:13, 91:21
**columns**
82:1
**comes**
56:1, 90:14
**comfortable**
8:10
**commencement**
107:9
**commencing**
5:2, 107:17
**commission**
107:35
**common**
102:7, 102:10
**commonwealth**
2:7, 107:5,
107:32

**communicate**
13:19
**communicated**
87:20
**comparing**
29:4
**comparison**
30:20
**complete**
106:5
**compute**
101:20
**computer**
99:8, 99:14,
100:14, 101:19,
102:8
**computer-simulat-
ed**
100:8
**concept**
102:9
**concepts**
100:17
**concerned**
66:13, 81:14
**concerning**
90:17
**concerns**
8:16
**conclude**
99:13, 104:5
**concluded**
105:9
**conclusion**
51:9, 51:10
**conclusions**
58:14, 58:20
**conducting**
63:13, 63:15,
63:17
**confirm**
82:10, 101:2
**connect**
9:12
**connecting**
9:12
**connection**
12:16, 27:9,

64:5, 64:6,
71:17, 73:6,
91:9
**consecutive**
49:1, 51:15,
52:10, 52:15,
52:22, 61:16,
77:12, 78:8,
78:15, 85:9,
85:10, 85:12,
85:17, 90:20,
91:4, 91:11
**consecutively**
92:18, 93:2
**consent**
5:16, 5:17
**consistent**
76:16
**constrains**
97:4
**constraint**
24:4, 61:15,
89:6, 89:7,
91:8, 92:5,
96:18, 96:19,
97:4, 97:14,
97:15
**constraints**
35:4, 66:15,
75:9, 80:12,
86:19, 89:21,
90:12, 90:15,
96:12
**construction**
31:4, 31:9,
31:20, 32:20,
33:7, 33:8,
34:10, 34:16,
35:15, 42:7,
42:13, 43:8
**construe**
32:7, 36:1,
42:15, 42:20
**construed**
30:20, 31:3,
36:16, 37:3,
38:2, 38:4
**construing**
33:10

**contact**
14:15
**contained**
36:7
**contains**
55:1
**contents**
27:14, 27:18,
28:3
**context**
70:12, 71:13
**continue**
7:20
**continues**
98:12
**conversion**
74:17, 77:4,
80:11, 83:3,
88:16
**converter**
77:4, 82:4,
82:14
**copies**
8:4, 8:5
**copy**
8:11
**copyright**
94:19
**corner**
95:1, 95:8,
100:6
**corp**
15:14, 23:4,
48:12, 60:21,
81:1
**corporation**
1:4, 10:7
**correct**
5:22, 7:12,
12:17, 12:21,
13:5, 14:11,
14:19, 16:11,
17:2, 21:9,
21:13, 22:6,
22:9, 23:17,
26:10, 26:15,
26:19, 27:14,
27:17, 29:5,

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020

113

30:12, 32:8,
32:21, 33:7,
33:11, 33:12,
33:13, 33:19,
34:2, 34:18,
34:19, 34:22,
35:4, 35:10,
35:17, 36:6,
36:18, 37:5,
38:16, 38:22,
39:21, 42:8,
42:15, 42:21,
44:9, 44:21,
45:17, 47:1,
48:20, 50:8,
51:7, 55:11,
55:19, 57:16,
61:19, 62:5,
62:9, 62:14,
63:6, 65:9,
65:10, 66:8,
66:19, 66:22,
67:1, 67:13,
67:18, 68:1,
68:3, 71:1,
74:22, 75:17,
77:14, 82:16,
83:10, 84:9,
85:9, 86:1,
92:5, 95:10,
95:14, 95:19,
97:1, 97:16,
101:17, 106:4
**correction**
35:21
**corrections**
21:8, 106:6
**correctly**
77:9, 96:15
**correspond**
75:20
**corresponds**
79:16
**could**
11:9, 11:22,
12:18, 15:5,
17:8, 25:22,
26:16, 31:8,

32:2, 32:22,
34:13, 39:8,
40:16, 41:8,
41:10, 41:11,
46:14, 46:16,
48:2, 50:2,
50:12, 56:3,
56:11, 56:18,
58:17, 59:18,
65:13, 85:22,
86:2, 87:6,
99:18, 100:3
**couldn't**
41:20, 50:2
**counsel**
5:3, 9:15,
9:19, 10:2,
10:3, 10:6,
12:11, 28:9,
87:20, 107:14
**count**
55:3, 88:6,
89:12, 89:16
**counted**
89:18, 91:20
**counting**
93:9
**course**
6:17, 47:15
**court**
5:7, 6:5, 6:11,
6:19, 9:15,
10:9, 10:14,
11:22, 12:5,
15:22, 16:22,
18:4, 18:10,
19:13, 20:19,
24:16, 24:19,
24:22, 25:20,
27:2, 29:8,
31:6, 31:11,
31:15, 31:18,
32:12, 36:9,
39:12, 43:16,
44:14, 45:14,
46:20, 47:5,
47:11, 48:8,
52:1, 52:18,

54:4, 55:5,
56:12, 57:11,
61:21, 63:19,
67:4, 67:13,
70:22, 71:9,
75:22, 77:19,
79:12, 84:14,
86:7, 86:14,
87:1, 89:14,
91:1, 99:19,
101:7, 101:11,
102:19, 104:3,
104:22
**cover**
19:17, 81:17,
81:19, 82:8
**created**
81:9
**creating**
66:13
**crr**
1:22, 2:6

**D**

**d3**
85:12
**d5**
92:16, 92:18,
92:21, 93:4,
93:5, 93:7
**d6**
92:16, 92:18,
92:20
**da**
107:17
**data**
73:13, 73:16,
73:18, 74:1,
74:11, 74:17,
74:19, 74:21,
75:3, 75:14,
75:21, 76:3,
76:4, 76:5,
77:1, 77:4,
77:7, 79:5,
81:12, 82:12,
82:19, 83:4,
83:9, 83:10,

83:12, 83:13,
83:17, 84:1,
84:6, 84:22,
85:4, 85:13,
88:7, 88:16,
88:18, 92:16
**dataword**
83:3
**date**
106:11
**day**
107:26
**dealt**
73:8
**decide**
47:14
**decided**
38:14, 39:8,
53:19
**decision**
43:16
**declaration**
15:11, 15:18,
16:4, 16:7,
16:19, 17:1,
17:6, 18:9,
25:17, 26:2,
26:11, 26:17,
26:21, 30:16,
31:6, 31:11,
32:8, 32:19,
33:11, 33:21,
35:13, 35:18,
36:18, 37:5,
38:17, 41:13,
41:17, 43:8,
44:17, 49:20,
50:10, 54:16,
58:3, 58:16,
58:22, 59:3,
60:13, 61:5,
84:19
**defending**
8:21
**define**
36:14
**defined**
36:11, 36:16,

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020

114

| | | | |
|---|---|---|---|
| 36:22, 85:21 | described | direct | district |
| **defining** | 37:4, 40:18, | 17:17, 17:21, | 16:21, 18:10, |
| 96:11 | 60:3, 76:9 | 18:21, 19:2 | 19:13, 31:6, |
| **definitely** | **describes** | **directed** | 31:11, 31:15, |
| 98:5 | 48:21, 80:14 | 65:8 | 31:18, 46:20, |
| **definition** | **description** | **direction** | 67:13, 70:22 |
| 23:9, 23:16, | 59:16, 60:1, | 56:19, 57:1 | **divisible** |
| 39:4, 40:19, | 60:9, 60:15 | **disclaimed** | 23:11, 23:16 |
| 53:18, 53:21, | **detail** | 27:8 | **doctor** |
| 53:22, 54:3, | 53:13 | **disclosed** | 11:22 |
| 54:7, 54:8, | **details** | 29:21, 30:9 | **document** |
| 54:15, 54:21, | 21:22, 43:6 | **discloses** | 17:6, 18:1, |
| 54:22, 72:11 | **detector** | 49:1 | 18:12, 18:16, |
| **definitions** | 25:3 | **disclosure** | 28:16, 45:1, |
| 41:8, 54:13 | **detectors** | 30:3 | 49:18, 62:3, |
| **delete** | 24:1, 24:11 | **discuss** | 81:7, 93:21 |
| 7:4 | **determine** | 65:11, 65:14, | **documents** |
| **delineating** | 33:22, 36:5, | 66:2 | 14:6, 47:11, |
| 43:20, 44:6 | 37:2 | **discussed** | 59:7 |
| **density** | **determining** | 52:8 | **does** |
| 65:17, 96:13 | 30:18, 39:1 | **discussion** | 8:3, 8:15, |
| **denver** | **dictionary** | 8:18, 40:15, | 20:16, 36:1, |
| 3:8 | 68:8 | 71:5, 71:13, | 45:20, 46:2, |
| **department** | **did** | 104:16, 105:4 | 49:5, 62:18, |
| 11:21 | 21:11, 31:19, | **discussions** | 65:11, 65:14, |
| **depending** | 38:20, 38:21, | 66:6 | 66:2, 80:4, |
| 92:12 | 39:3, 41:3, | **disk** | 85:12, 95:15 |
| **depends** | 58:3, 58:20, | 61:17, 61:18, | **doesn't** |
| 57:16 | 64:4, 64:21, | 62:8, 62:12, | 37:22, 63:1, |
| **depo** | 66:16, 77:9, | 62:15, 62:16, | 79:17, 85:4, |
| 7:2 | 85:19, 89:11, | 62:17, 62:18, | 90:17, 91:7 |
| **deponent** | 96:9, 96:14, | 62:22, 63:4, | **doing** |
| 106:1 | 96:17, 98:18, | 63:5, 64:1, | 7:15, 40:6, |
| **deposition** | 98:20, 99:1, | 64:21, 65:1, | 40:20, 90:18, |
| 1:13, 2:1, | 99:2, 99:6, | 72:16, 74:12, | 98:20 |
| 13:6, 16:19, | 99:7, 99:13 | 74:22, 75:4, | **don't** |
| 19:12, 19:20, | **didn't** | 75:15, 75:16, | 5:5, 5:20, |
| 61:4, 67:12, | 36:14, 40:11, | 76:8, 77:1, | 13:13, 14:14, |
| 67:15, 67:21, | 63:7, 87:2, | 98:11 | 15:8, 19:22, |
| 68:6, 71:14, | 92:22, 102:4, | **dissertation** | 21:22, 23:17, |
| 104:6, 105:9, | 102:5 | 98:6 | 25:1, 25:12, |
| 107:8, 107:10, | **different** | **distance** | 29:14, 30:13, |
| 107:14, 107:15 | 49:18, 55:22, | 24:1, 24:10, | 33:1, 48:5, |
| **depositions** | 64:10, 100:21 | 24:14, 25:2, | 50:12, 52:12, |
| 13:5 | **differently** | 25:4, 25:7 | 58:5, 58:9, |
| **describe** | 40:8 | **distance-enhanc-** | 59:1, 59:10, |
| 42:14, 43:9, | **digital** | **ing** | 63:10, 64:18, |
| 53:13 | 98:11 | 96:12 | 66:5, 70:18, |

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                                      115

| | | | |
|---|---|---|---|
| 75:18, 76:10, 79:9, 80:2, 80:18, 82:17, 82:22, 83:6, 83:19, 84:11, 86:6, 89:9, 89:10, 90:16, 92:14, 94:4, 94:21, 95:15, 99:9, 99:12, 100:19, 102:2, 102:16, 103:1 **done** 7:18, 68:3, 76:6 **double-check** 6:22 **doubly** 89:12 **down** 72:19, 95:8 **dr** 5:21, 10:1, 10:10, 11:2, 15:10, 19:6, 27:7, 45:4, 48:16, 67:12, 69:17, 70:3, 70:13, 87:17, 87:19, 103:2, 104:7 **draw** 58:14, 58:20 **drawing** 82:15 **drawings** 99:11 **drive** 61:18, 62:8, 62:13, 62:16, 62:18, 62:22, 63:5, 64:2, 64:21, 65:1 **drs** 30:8 **drum** 52:21 **duly** 107:9 | **during** 67:20, 87:21, 96:10, 103:8 **dutcheen** 1:22, 2:5, 107:3 **dvd** 67:7 ___E___ **e-m-i-n-a** 11:12 **e-p-i-q** 20:19 **each** 9:13, 51:5, 78:18, 100:21 **earlier** 85:22, 94:16 **earliest** 96:14, 96:18, 97:14 **edward** 3:3 **effectively** 12:7 **effort** 5:13 **eight** 85:19, 89:11, 89:17, 91:15, 91:20, 92:12 **either** 6:4, 7:9, 54:1, 55:4, 55:7, 57:9, 57:10, 57:13, 75:16, 85:20 **electrical** 11:20 **element** 51:14, 51:19, 52:4 **element-by-element** 30:21 **elements** 33:10, 34:2, | 44:5, 48:22, 51:6 **else** 56:4, 82:22, 94:15 **embodying** 77:3 **emina** 1:13, 2:1, 4:3, 10:19, 11:11, 72:19, 98:6, 106:2, 107:7, 107:16 **employed** 107:21 **enabled** 9:10 **encoded** 46:7, 90:12, 90:13, 90:16, 90:17, 91:7, 91:10, 93:8 **encoder** 34:18, 56:1, 90:14 **end** 20:4, 20:12, 26:10, 93:7 **engineer** 47:4 **engineering** 11:21 **enhance** 24:10 **enough** 47:15 **ensure** 21:12 **ensuring** 52:9 **entire** 33:14, 33:16, 43:5, 69:5, 71:13 **entirely** 67:1 **entitled** 94:10 | **epiq** 20:18 **equal** 49:3, 51:22, 52:3, 90:22, 91:13 **equivalent** 24:5 **errata** 20:4, 68:3, 106:7 **esquire** 3:3, 3:4, 3:12, 3:13 **essentially** 66:13 **est** 5:2, 105:9, 107:18 **establish** 100:14, 102:8, 102:11 **established** 53:4 **et** 98:6, 100:9, 101:4 **even** 23:9, 23:11, 23:13, 78:20, 94:16, 100:20 **event** 22:22 **ever** 98:20, 99:2 **every** 36:15, 37:1 **everybody** 8:2, 8:3, 8:11 **everyone** 8:5, 9:6 **everyone's** 9:2 **everything** 64:13, 73:7 **exactly** 25:13, 28:16, 28:20, 36:8, |

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020

36:11, 37:7,
46:9
**examination**
4:4, 10:22
**examinations**
4:2
**examined**
10:21, 106:3
**example**
46:7, 51:12,
73:12, 85:11,
86:20, 91:18
**examples**
56:20, 96:18,
97:14
**excerpt**
94:11
**excuse**
69:21, 71:7
**exhibit**
4:12, 4:13,
4:14, 4:15,
4:16, 4:17,
4:18, 4:19,
4:20, 15:14,
15:20, 16:4,
17:4, 17:7,
17:15, 17:20,
18:8, 18:17,
18:19, 18:20,
19:1, 19:4,
19:10, 23:1,
23:4, 23:19,
23:21, 25:16,
25:19, 27:14,
30:15, 32:18,
33:2, 33:6,
38:18, 41:14,
41:18, 42:2,
42:5, 43:9,
44:18, 45:5,
46:2, 47:18,
48:12, 48:18,
49:15, 50:7,
50:18, 51:13,
54:17, 57:19,
58:4, 58:7,
59:3, 59:6,

59:13, 60:20,
60:21, 61:7,
65:7, 74:8,
76:19, 78:22,
80:21, 81:1,
82:9, 82:11,
82:19, 83:5,
83:8, 84:1,
84:7, 84:22,
88:1, 92:15,
93:15, 93:16,
94:9, 94:11,
97:8, 97:20,
97:22, 98:4
**exhibits**
8:1, 14:2,
15:18, 17:11,
19:18, 19:20
**expect**
102:12
**expedited**
104:20
**experimentation**
59:19, 60:4
**expert**
14:9, 22:8
**expertise**
73:8
**expires**
107:35
**explanations**
36:13
**express**
34:7, 35:14
**expressly**
36:16, 36:22

**F**
**facilitates**
5:8
**fact**
6:2, 9:22,
41:18, 44:4
**fail**
43:21, 44:19,
45:6
**failed**
44:7, 46:20

**fair**
34:11, 49:8,
82:18, 102:7
**familiar**
66:8, 66:9,
66:18, 66:20,
67:11, 70:17,
71:16, 72:5,
72:9, 73:3,
73:21, 74:4,
75:6, 75:10,
76:6, 78:5,
80:20, 94:9,
94:12, 101:18
**far**
73:20
**featuring**
61:15
**few**
96:10
**fiber**
78:19
**field**
55:18
**figure**
77:2, 78:22,
79:1, 79:3,
79:21, 81:17,
82:4, 99:18,
100:2, 100:10
**filed**
30:4, 63:14
**filing**
29:13
**financially**
107:23
**find**
40:2, 99:17
**fine**
6:17, 6:18,
6:22, 7:13,
48:3, 87:12,
102:19, 103:6
**finish**
13:8
**finished**
5:8, 98:22,
99:3

**firm**
11:6, 22:1,
39:3
**first**
14:14, 14:15,
17:10, 26:3,
26:5, 39:7,
79:2, 82:1,
85:1, 88:2,
88:3, 93:3,
93:4, 102:1
**five**
41:15, 41:19,
46:3, 46:10,
46:20, 87:10,
93:11
**flip**
19:19, 57:19,
61:5, 95:7
**focused**
34:1
**folder**
15:21, 17:8,
18:2, 18:7,
19:9, 25:22,
26:5, 50:13,
67:17, 90:5,
93:18
**folks**
5:4
**follow**
31:15, 37:19
**followed**
53:15, 53:16
**following**
32:5, 59:7
**follows**
10:21
**foregoing**
106:3
**form**
19:15, 24:15,
24:18, 25:11,
26:14, 26:20,
28:13, 31:7,
31:13, 31:22,
32:9, 34:3,
34:12, 36:19,

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020

117

37:6, 37:17,
38:6, 39:6,
39:22, 40:9,
40:22, 41:9,
41:22, 42:9,
43:12, 44:10,
44:22, 45:9,
45:18, 46:5,
46:13, 47:2,
55:12, 55:20,
56:16, 57:4,
62:10, 62:19,
62:21, 63:9,
65:2, 66:4,
66:21, 69:1,
69:3, 69:10,
69:14, 70:5,
70:11, 70:15,
71:19, 72:17,
73:5, 73:14,
77:15, 78:9,
79:8, 81:12,
82:3, 82:20,
84:10, 89:4,
90:3, 92:6,
99:16
**formally**
9:16
**format**
24:4
**forth**
58:15, 58:21,
61:5, 107:8
**found**
19:6, 19:8,
19:9, 24:12,
26:6, 32:1,
32:6, 48:20,
48:22, 49:9,
51:5, 100:2
**four**
20:11, 29:13,
34:9, 36:3,
36:15, 36:21,
40:17, 68:9,
85:5, 85:8,
85:15, 85:16,
85:20, 89:19,

91:18, 92:12,
93:10
**friday**
1:14, 107:17
**from**
13:22, 22:11,
28:8, 28:9,
40:17, 52:20,
53:9, 53:11,
53:15, 53:17,
54:1, 54:2,
54:21, 55:2,
55:9, 55:13,
55:17, 56:10,
56:17, 56:18,
57:9, 66:13,
75:7, 76:14,
80:6, 80:15,
81:6, 82:12,
82:20, 82:22,
83:9, 84:20,
85:5, 85:6,
85:7, 86:16,
88:8, 89:2,
89:16, 89:19,
91:15, 93:9,
93:11, 94:11,
94:15, 97:9,
101:13
**front**
15:19, 25:18,
67:15, 94:1,
95:1, 97:21
**full**
11:9
**further**
8:16, 28:22,
103:2, 107:13,
107:15, 107:19

**G**

**gain**
101:4
**gains**
102:11
**gates**
3:14, 11:7
**gaussian**
101:5, 101:9,

101:10, 101:12,
102:14, 102:19
**gave**
19:13, 34:5,
41:2, 41:3,
41:4, 56:20,
67:12, 70:21
**general**
53:22, 57:7,
66:10, 67:2,
76:11, 77:17,
78:16, 86:22
**generally**
54:16, 57:3,
57:5, 65:21,
71:16
**generates**
77:13, 79:22,
80:1
**generating**
49:1, 51:14,
52:14, 52:22,
57:8, 75:7,
79:5, 79:7,
90:19, 91:3
**gentlemen**
12:15, 12:19,
12:20
**get**
9:2, 13:9,
23:7, 32:4,
61:3, 76:7,
105:2
**gets**
73:16, 73:18
**getting**
7:12
**give**
7:2, 13:7,
72:11, 87:6
**given**
13:5, 106:5,
107:12
**go**
8:12, 9:2,
10:15, 20:12,
33:9, 34:13,
45:6, 48:7,

61:4, 103:16,
104:9
**goal**
80:8, 98:10
**goes**
73:20, 93:2,
93:4
**going**
6:3, 7:1, 7:2,
9:2, 20:6,
25:15, 37:10,
42:19, 47:21,
48:7, 48:16,
49:11, 65:22,
87:7, 91:22,
104:19
**good**
8:12, 11:2,
18:3, 94:8,
103:11
**got**
17:11, 26:7
**granted**
30:5
**graph**
79:2, 80:3
**graphs**
99:9, 100:1
**greater**
49:3, 90:22,
91:5, 91:12
**green**
11:16, 12:3
**group**
6:14, 64:5,
64:12
**guess**
48:6, 52:16,
79:19, 104:9

**H**

**had**
16:19, 20:2,
39:10, 46:8,
46:11, 58:7,
64:4, 64:5,
66:10, 68:1,
68:3, 68:21,

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020

118

68:22, 69:7,
69:8, 92:4
**half**
43:17
**hand**
107:26
**handling**
22:1
**hanging**
93:19
**happening**
72:16
**happens**
77:13, 83:8
**happy**
5:6, 7:8
**hard**
8:4, 8:5, 8:11,
47:8, 61:18,
62:8, 62:12,
62:15, 62:17,
62:22, 63:4,
64:1, 65:1
**has**
5:7, 8:5, 8:11,
9:22, 15:19,
17:7, 20:11,
20:20, 26:9,
27:8, 28:11,
29:21, 45:19,
47:15, 49:8,
49:9, 57:5,
60:9, 65:10,
80:8, 81:18,
92:4, 92:16,
94:1, 96:11,
98:2
**have**
5:4, 5:6, 6:11,
6:13, 7:16, 8:1,
8:4, 8:16, 9:10,
13:19, 14:2,
14:6, 15:3,
15:6, 15:7,
18:16, 19:6,
20:15, 21:15,
22:7, 23:1,
23:15, 24:19,

25:9, 25:18,
27:22, 28:4,
28:9, 29:12,
30:1, 30:7,
37:22, 38:19,
39:3, 39:8,
40:6, 41:8,
41:10, 41:11,
42:17, 43:4,
43:5, 46:6,
53:4, 53:14,
57:21, 58:12,
60:6, 60:8,
61:2, 61:8,
67:15, 80:18,
84:8, 84:12,
86:10, 87:19,
91:18, 92:19,
93:5, 93:6,
94:7, 94:14,
97:19, 101:5,
102:4, 102:5,
103:1, 104:4,
104:20, 106:3,
107:25
**haven't**
71:21, 94:17,
95:16, 99:22
**having**
10:19, 40:14,
105:8
**he's**
80:15
**head**
74:11, 74:21,
75:3, 75:5,
76:14
**heading**
51:2, 52:13,
81:5
**heads**
75:6
**hear**
13:13, 24:20,
50:2, 87:2,
92:22
**heard**
38:10, 72:3,

72:5
**hearing**
71:20
**hearsay**
17:16, 18:20
**held**
8:19, 104:17,
105:5
**help**
9:10
**her**
5:8, 10:20,
87:4
**here**
7:16, 9:3,
28:3, 36:8,
45:1, 50:15,
63:2, 63:7,
63:22, 64:18,
64:20, 69:15,
70:8, 87:7,
90:13, 90:14,
90:19, 91:14,
99:10
**hereby**
10:10, 106:2,
107:6
**herein**
35:14, 35:16
**hereinbefore**
107:8
**hereunto**
107:25
**hexadecimal**
82:2, 82:12,
83:3, 83:10,
85:2, 88:3,
92:16
**high**
65:17, 96:12,
96:13
**his**
80:10, 84:11
**history**
43:21, 44:7
**hold**
43:18, 61:8,
72:17

**home**
12:1
**host**
6:16
**hour**
48:1
**hourly**
14:18
**how**
15:3, 15:6,
15:8, 25:4,
38:4, 40:18,
42:14, 42:20,
48:5, 66:11,
73:16, 75:2,
75:18, 75:19,
76:7, 76:10,
81:11, 82:11,
82:19, 85:12,
86:17, 88:6,
89:11, 92:12,
92:19, 100:22,
104:22
**however**
9:8
**huge**
67:17
**hundred**
46:17

---
**I**
---

**i'll**
16:21, 22:18,
48:21, 62:2,
70:16, 76:16,
103:18, 103:19
**i've**
38:7, 58:11,
72:3, 72:5
**idea**
55:10
**idealize**
101:4
**idealized**
101:21
**identical**
56:2
**identification**
15:15, 17:5,

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                                          119

19:5, 23:5,
48:13, 60:22,
81:2, 93:17,
98:1
**identify**
9:11, 9:13
**implementing**
64:9
**important**
78:6, 98:12
**imposes**
61:15
**imposing**
35:4, 75:8,
90:11, 90:15
**improved**
24:9
**inc**
1:5, 10:7
**included**
32:19, 32:20,
33:20, 34:1,
65:3
**increase**
98:10
**indefinite**
43:11, 45:21,
46:4
**indefiniteness**
43:10, 43:19
**independent**
28:9, 30:7,
30:10
**index**
20:5
**indicated**
5:7, 11:5,
16:22
**indicating**
20:8
**individual**
45:16, 47:13,
47:14
**inform**
43:21, 44:7,
44:19, 45:7,
46:21
**information**
77:1, 77:2,

77:7, 82:13,
82:20, 88:18,
97:21, 98:10
**initial**
14:15
**initiated**
78:17
**input**
66:14, 75:8,
79:3, 79:5,
81:21, 82:2,
82:21
**instead**
9:17
**intended**
81:11
**intention**
36:8, 37:18,
55:9
**interchangeably**
67:9
**interested**
107:23
**interference**
77:14, 77:16,
77:18, 77:21,
78:1, 78:3,
78:12, 78:13,
78:16
**interpret**
41:20, 79:2
**interrupt**
17:13, 49:22
**interrupted**
69:22
**interruptions**
9:9
**interrupts**
15:22, 18:4,
24:16, 25:20,
27:2, 29:8,
32:12, 36:9,
39:12, 44:14,
45:14, 47:5,
52:1, 52:18,
54:4, 55:5,
56:12, 57:11,
61:21, 63:19,

67:4, 71:9,
75:22, 77:19,
79:12, 84:14,
86:7, 86:14,
89:14, 91:1,
99:19, 101:7
**intersymbol**
77:18, 77:21,
78:3, 78:11,
78:13, 78:16
**into**
23:7, 29:12,
32:1, 32:6,
39:7, 39:14,
56:14, 66:16,
69:12, 69:18,
70:3, 70:10,
70:14, 80:10,
80:11, 82:21,
90:8, 93:6
**invalid**
26:13, 26:19,
43:18
**invention**
24:9, 30:9,
44:1, 44:9,
44:21, 45:8,
59:19, 60:3,
60:10, 61:13,
76:8, 77:3, 84:8
**invention"**
47:1
**invoice**
15:9
**involve**
100:2
**involves**
29:2
**involving**
21:17, 22:4
**ipr**
1:6, 15:11,
16:5, 25:17,
26:3, 32:18,
38:1, 38:9,
38:17, 38:20,
41:13, 49:20,
54:18

**isi**
77:22
**isn't**
55:15, 62:14,
63:8, 63:15
**issue**
27:11
**issues**
14:5
**it's**
7:4, 11:11,
16:2, 17:15,
18:16, 18:20,
20:13, 20:18,
21:22, 23:1,
23:16, 23:17,
26:3, 28:3,
33:8, 41:6,
43:16, 47:4,
47:9, 47:13,
47:19, 47:22,
49:19, 50:6,
50:10, 50:15,
50:16, 50:19,
52:13, 53:16,
56:6, 62:15,
62:20, 65:8,
65:20, 67:1,
73:6, 75:18,
78:18, 81:14,
83:21, 85:18,
85:20, 86:2,
86:3, 86:4,
87:12, 89:19,
90:6, 90:11,
93:7, 93:11,
93:19, 93:20,
93:22, 101:21,
102:10
**its**
43:19, 80:8,
102:1
**itself**
30:11, 54:22,
93:20
**iv**
42:12

**J**

**j**
61:15

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020

**j;k**
90:12
**jersey**
11:16, 12:4
**job**
1:20
**june**
1:14, 107:17,
107:26
**just**
6:12, 7:21,
8:22, 13:4,
17:11, 18:6,
20:18, 25:4,
30:4, 32:5,
36:2, 36:3,
38:1, 41:20,
45:2, 47:19,
48:6, 50:11,
56:8, 62:1,
65:19, 72:19,
76:17, 82:7,
82:17, 85:14,
86:10, 87:19,
90:15, 91:8,
93:20, 94:1,
99:21

**K**

**k**
51:22, 52:3
**k&l**
3:14, 11:7
**kilpatrick**
3:5
**kind**
57:6, 102:1
**knedeisen**
3:13
**knew**
67:6
**know**
5:5, 5:10, 7:3,
16:18, 21:22,
25:1, 25:5,
25:12, 29:14,
36:3, 40:19,
48:5, 50:11,

50:12, 58:6,
63:10, 64:18,
68:16, 68:21,
68:22, 69:7,
69:8, 70:18,
73:6, 73:16,
74:2, 75:3,
75:18, 75:19,
76:7, 76:10,
79:9, 79:10,
80:2, 80:5,
80:14, 80:16,
82:17, 82:22,
84:11, 86:5,
86:6, 94:14,
100:19, 102:16
**knowledge**
30:8, 45:20,
45:22, 66:10,
102:3
**kristopher**
3:4

**L**

**l-a-n-d-s**
73:4
**labeled**
82:15
**labs**
64:4
**lands**
73:3
**language**
30:21, 31:4,
31:5, 31:9,
45:21, 49:7
**larger**
52:21
**laser**
56:7, 56:8,
56:9, 56:22,
73:12, 73:15,
76:13
**last**
15:9, 29:12,
43:17, 59:15,
74:15, 79:19,
85:11, 87:3,

87:4, 89:3,
89:5, 91:21,
97:7
**later**
75:21, 76:2,
76:5, 98:15
**law**
11:6, 22:1,
29:14
**learned**
28:5
**least**
7:7, 53:5, 55:8
**leave**
104:13
**left-hand**
83:4, 95:1,
95:8, 100:6
**less**
66:18
**let**
13:8, 14:8,
21:4, 23:7,
23:8, 28:7,
30:14, 34:7,
38:10, 39:18,
41:15, 46:14,
49:12, 50:6,
54:13, 57:14,
58:18, 58:19,
59:12, 60:19,
68:5, 71:15,
75:12, 76:16,
86:16, 93:14,
97:18, 98:19,
100:4, 101:13
**let's**
25:14, 39:1,
42:4, 47:17,
71:6, 71:8,
74:6, 74:7,
81:18, 85:1,
88:1, 89:18,
90:1, 94:10,
102:9
**level**
79:16, 79:17
**levels**
79:11, 79:14

**lieu**
9:16
**light**
6:4, 43:19,
44:5, 73:11,
74:2, 76:13,
76:15, 79:4,
79:6, 79:22,
80:2, 80:6,
80:15, 80:19
**like**
8:3, 8:6, 16:3,
20:7, 33:14,
70:9, 75:19,
90:8, 95:20,
96:1, 98:5,
99:10, 99:11,
100:3, 102:21,
103:3
**likely**
38:9, 38:12,
38:15, 40:16,
41:12, 44:12,
44:16, 47:15
**limit**
61:16
**limited**
85:20, 86:12,
86:20, 86:22,
89:17, 91:12,
91:15
**limiting**
24:5
**limits**
92:8, 92:10
**line**
23:22, 24:3,
47:21, 68:6,
68:15, 68:18,
69:4, 69:19,
70:4, 70:16,
74:8, 74:14,
88:2, 88:12,
90:10, 90:19
**lines**
76:19, 88:11
**listed**
46:6, 46:11,

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020

121

| | | | |
|---|---|---|---|
| 59:8 | **looks** | **make** | **may** |
| **litigation** | 16:3, 20:7, | 8:8, 17:18, | 8:8, 19:13, |
| 16:18, 16:22, | 33:14, 96:1, | 18:22, 37:9, | 29:12, 61:5, |
| 18:10, 19:14, | 98:5, 100:3 | 95:16, 98:13 | 73:19, 94:14 |
| 22:3, 31:6, | **lot** | **makes** | **maybe** |
| 31:12, 31:15, | 67:6 | 81:20 | 87:11, 95:4 |
| 31:19, 32:3, | **louder** | **making** | **mayle** |
| 41:17, 67:13, | 24:19 | 21:8 | 3:3, 8:21, |
| 84:19 | **lower** | **manner** | 10:6, 10:8, |
| **little** | 95:1, 95:8, | 37:4 | 12:12, 13:20, |
| 11:3, 25:15, | 100:6 | **many** | 17:10, 17:13, |
| 71:8, 72:19 | **lsi** | 64:4, 71:21, | 18:18, 19:15, |
| **llp** | 1:4, 5:3, 10:7, | 81:14, 85:12, | 21:20, 24:15, |
| 3:5, 3:14 | 12:16, 12:21, | 88:6, 89:11, | 24:18, 24:21, |
| **lodge** | 14:10, 14:17, | 92:19 | 25:11, 26:14, |
| 5:12 | 15:14, 21:16, | **map** | 26:20, 28:13, |
| **long** | 22:7, 22:14, | 81:20 | 31:7, 31:13, |
| 6:20, 47:21 | 23:4, 48:12, | **march** | 31:22, 32:9, |
| **look** | 60:21, 81:1, | 42:4 | 34:3, 34:12, |
| 15:17, 18:15, | 87:20 | **marcus** | 36:19, 37:6, |
| 20:8, 27:13, | | 94:17 | 37:17, 38:6, |
| 33:2, 39:14, | **M** | **mark** | 39:6, 39:22, |
| 48:17, 56:5, | **ma'am** | 3:13 | 40:9, 40:22, |
| 56:14, 66:16, | 47:7 | **marked** | 41:9, 41:22, |
| 74:6, 74:7, | **made** | 4:10, 15:14, | 42:9, 43:12, |
| 75:19, 80:3, | 30:8, 51:9, | 15:19, 17:4, | 44:10, 44:22, |
| 80:21, 84:22, | 96:11 | 17:7, 19:4, | 45:9, 45:18, |
| 85:14, 85:15, | **magnetic** | 19:20, 23:1, | 46:5, 46:13, |
| 85:18, 85:19, | 55:18, 56:9, | 23:4, 48:12, | 47:2, 47:20, |
| 88:1, 88:8, | 62:18, 62:20, | 48:17, 60:21, | 48:4, 49:22, |
| 88:10, 90:8, | 63:1, 63:4, | 81:1, 93:16, | 55:12, 55:20, |
| 91:15, 91:17, | 63:6, 64:2, | 97:22 | 57:4, 62:10, |
| 91:19, 93:5, | 64:5, 64:21, | **marriage** | 62:19, 62:21, |
| 93:6, 94:5, | 64:22, 65:4, | 107:21 | 63:9, 65:2, |
| 98:8, 99:10, | 65:11, 65:14, | **math** | 66:4, 66:21, |
| 99:11, 99:21 | 66:3, 66:6, | 64:3 | 69:1, 69:3, |
| **looked** | 73:10, 78:18, | **mathematically** | 69:10, 69:14, |
| 29:12, 32:1, | 94:2, 94:13, | 80:3 | 69:21, 70:5, |
| 32:6, 38:13, | 96:13 | **mathematics** | 70:11, 70:15, |
| 39:7, 92:7 | **magnetically** | 23:14, 64:12 | 71:3, 71:7, |
| **looking** | 56:15 | **matter** | 71:19, 72:14, |
| 29:3, 32:10, | **magnetization** | 7:21, 15:4, | 72:17, 73:1, |
| 32:14, 32:15, | 56:10, 56:17, | 15:7, 107:24 | 73:5, 73:14, |
| 49:16, 65:6, | 56:18, 57:1 | **maximum** | 76:3, 77:15, |
| 68:8, 68:17, | **main** | 24:5, 55:3, | 78:9, 79:8, |
| 70:7, 74:14, | 6:15 | 55:7, 61:14, | 84:10, 89:4, |
| 80:10, 82:7, | **maintain** | 61:16, 96:19, | 90:3, 92:6, |
| 92:4, 100:5 | 6:8 | 97:4, 97:15 | 99:16, 101:10, |

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020

122

101:12, 103:3,
103:9, 103:11,
103:15, 103:18,
104:2, 104:4
**mcelhinny**
3:12, 4:5, 5:3,
5:20, 6:1, 6:10,
7:8, 7:22, 8:5,
10:3, 10:4,
10:15, 10:17,
11:1, 11:6,
27:5, 32:15,
48:2, 48:5,
48:15, 50:4,
64:15, 70:1,
87:2, 87:6,
87:10, 87:16,
87:18, 91:22,
102:22, 103:6,
103:10, 103:12,
103:14, 104:7,
104:14, 104:19,
105:1
**mean**
6:2, 8:8,
32:14, 32:16,
33:1, 36:6,
45:20, 49:11,
49:19, 53:7,
55:14, 57:2,
57:6, 62:18,
63:10, 63:12,
64:11, 64:21,
69:4, 70:6,
89:8, 89:13
**meaning**
23:15, 33:22,
39:9, 41:11,
44:11, 44:12,
46:17
**meanings**
32:2, 32:7,
38:7, 38:14,
38:19, 39:9,
39:16, 39:17,
39:19, 39:20,
40:3, 41:11,
45:11, 46:15,

46:16
**means**
13:19, 25:6,
25:10, 25:12,
27:22, 28:10,
32:7, 32:10,
34:18, 34:21,
35:3, 35:9,
36:1, 43:9,
46:10, 51:5,
53:13, 56:21,
72:2, 78:3,
79:9, 89:9
**meant**
25:2, 39:4,
46:9, 46:12,
63:8, 64:1,
64:2, 64:18,
65:4
**media**
55:19, 63:6,
64:2, 64:22
**medium**
56:6, 65:12,
65:15, 65:18,
66:3, 66:6,
72:8, 73:13,
73:17, 74:1,
75:15, 83:14
**meeting**
9:4, 104:13
**mellon**
22:4, 22:12
**member**
64:3
**mentioned**
36:3, 36:4,
59:10, 91:9
**merit**
107:3
**middle**
90:13
**might**
40:8, 72:20,
86:10, 103:4
**mind**
39:4, 92:4
**mine**
98:2

**minimum**
23:22, 24:10,
25:2
**minnesota**
1:9, 10:4,
11:8, 21:18,
22:12, 22:17,
27:8
**minute**
87:7, 87:8
**minutes**
87:10, 103:20
**missed**
50:1
**modulation**
75:10, 77:5,
77:8, 86:22,
88:16, 88:19
**modulator**
74:18, 81:22,
82:6, 82:14
**moment**
72:21
**moon**
16:15, 22:19,
26:12, 26:18,
30:8, 34:2,
39:2, 39:5,
39:7, 60:11,
60:17, 83:18,
84:3, 89:21,
90:2, 90:4,
95:13, 97:9,
97:13
**moon's**
90:10
**more**
46:15, 49:1,
51:14, 52:9,
52:14, 52:22,
53:13, 66:18,
77:6, 78:20,
88:18, 89:2,
89:11, 90:20,
91:3, 94:18
**morning**
11:2, 14:4,
17:11

**most**
38:9, 38:11,
38:12, 38:15,
41:12, 47:14,
55:8, 66:12
**move**
60:19, 64:15,
71:15, 91:22
**mtr**
24:4, 96:19,
97:3
**much**
6:15, 8:15,
15:3, 15:6,
15:8, 86:17
**multi**
98:21
**multihead**
98:16, 98:22,
99:3, 99:15,
100:16
**multiple**
32:1, 32:6,
38:7, 38:19,
39:9, 41:8,
45:10, 54:13,
55:1
**multitrack**
98:16, 98:21,
99:3, 99:15,
100:15
**must**
59:17
**mute**
48:7, 87:7
**muted**
87:1

**N**

**name**
11:6, 11:9,
11:11, 78:2
**narrator**
9:4
**necessarily**
30:5
**need**
8:10, 13:7,

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020

22:22, 102:16
**needed**
29:7, 29:11,
35:16, 35:20
**never**
84:8
**new**
11:4, 11:16,
11:17, 12:3
**next**
34:20, 63:12,
74:20
**noise**
101:5, 102:15
**non-transition**
56:9
**nonresponsive**
64:16, 92:1
**not**
5:11, 5:15,
5:17, 6:3, 6:14,
7:5, 8:4, 8:6,
9:20, 11:17,
20:10, 21:1,
28:20, 30:5,
31:14, 31:16,
37:7, 38:10,
38:11, 38:20,
38:21, 45:20,
46:16, 50:4,
57:6, 58:10,
58:15, 58:21,
62:13, 64:11,
64:21, 66:7,
66:9, 66:16,
66:20, 67:1,
68:7, 68:16,
70:1, 70:6,
70:17, 72:5,
73:20, 74:4,
75:6, 75:10,
76:6, 77:6,
78:4, 80:4,
80:20, 83:22,
86:9, 86:13,
86:16, 86:17,
87:22, 88:17,
91:9, 99:18,

101:6, 101:18,
103:7, 105:8,
107:19, 107:21
**notary**
2:6, 107:4,
107:31
**nothing**
28:22
**notice**
2:5
**now**
16:13, 21:22,
22:17, 27:10,
47:22, 50:9,
53:4, 57:18,
58:3, 58:12,
61:3, 68:8,
71:12, 71:15,
71:22, 101:18,
102:3, 104:2,
104:13
**nowhere**
38:18
**nrz**
56:2, 75:9,
83:20
**nrzi**
24:4, 56:4,
74:11, 74:18,
74:19, 74:21,
75:9, 77:5,
77:8, 81:22,
82:5, 82:6,
82:14, 83:4,
83:10, 83:12,
83:20, 83:21,
84:6, 84:21,
85:4, 85:13,
88:7, 88:16,
88:19, 93:7
**number**
23:10, 23:11,
23:13, 38:8,
38:13, 50:18,
61:16, 65:4,
77:6, 84:13,
88:17, 89:1,
90:1, 92:8,

92:11
**numbered**
20:10, 33:9,
50:18
**numbers**
86:18

**O**

**oath**
12:8, 16:8,
18:9, 44:4,
46:19, 70:22
**object**
5:11, 7:9,
9:20, 17:14,
18:18, 19:15,
24:15, 36:19,
72:20, 80:5
**objected**
5:4
**objection**
5:12, 6:9,
17:18, 18:22,
21:20, 24:18,
25:11, 26:14,
26:20, 28:13,
31:7, 31:13,
31:22, 32:9,
34:3, 34:12,
37:6, 37:17,
38:6, 39:6,
39:22, 40:9,
40:22, 41:9,
41:22, 42:9,
43:12, 44:10,
44:22, 45:9,
45:18, 46:5,
46:13, 47:2,
55:12, 55:20,
57:4, 62:10,
62:19, 62:21,
63:9, 65:2,
66:4, 66:21,
69:1, 69:3,
69:10, 69:14,
69:21, 70:5,
70:11, 70:15,
71:3, 71:19,

72:14, 72:17,
73:5, 73:14,
77:15, 78:9,
79:8, 84:10,
89:4, 90:3,
92:6, 99:16
**objective**
84:7, 84:11,
89:1
**obviously**
78:2, 80:3
**occurred**
107:16
**off**
48:7, 56:7,
56:22, 68:2,
76:15, 79:6,
80:1, 103:18,
104:9
**off-the-record**
8:18, 104:16,
105:4
**offer**
31:19, 80:18
**office**
1:1, 6:22, 14:1
**often**
62:22, 65:18,
67:8, 86:11
**oh**
24:8, 26:6,
50:15, 62:15,
90:7, 94:7
**okada**
27:16, 27:21,
60:19, 65:6,
65:11, 65:14,
66:6, 68:22,
69:8, 74:6,
75:16, 76:9,
76:18, 77:11,
78:1, 78:7,
80:6, 80:8,
80:14, 81:6,
81:12, 81:16,
82:8, 86:5,
86:6, 86:9,
86:17, 86:21,

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020

124

88:10, 89:1,
92:4, 92:7
**okada's**
84:7, 86:18
**okay**
6:2, 6:10, 7:6,
7:14, 8:13,
13:22, 14:5,
14:8, 14:17,
15:2, 15:10,
17:12, 18:3,
19:11, 20:2,
21:15, 22:19,
22:22, 23:13,
24:12, 24:21,
25:9, 25:14,
27:13, 27:20,
28:19, 30:7,
30:14, 30:18,
35:22, 38:16,
40:10, 40:17,
43:7, 46:1,
46:10, 48:4,
49:19, 50:4,
50:16, 51:12,
53:11, 53:18,
55:10, 59:2,
62:17, 65:6,
66:7, 67:12,
69:6, 69:12,
71:6, 71:15,
73:11, 73:22,
74:6, 78:21,
80:5, 80:13,
82:7, 83:21,
84:21, 87:6,
88:1, 88:10,
92:10, 92:14,
93:14, 93:22,
95:18, 101:13,
102:22, 103:17,
104:4, 104:7
**once**
7:15, 7:18,
28:20
**one**
7:3, 26:3,
26:5, 34:10,

40:2, 46:15,
51:8, 54:1,
56:10, 56:11,
56:14, 56:17,
56:18, 71:4,
74:2, 79:16,
79:17, 80:16,
82:2, 85:15,
85:16, 88:8,
91:18, 93:2,
93:8, 93:9,
93:10, 96:13,
96:17, 97:14
**ones**
23:14
**only**
27:10, 27:15,
34:7, 34:9,
72:10, 73:8,
75:19, 80:9,
86:3, 89:18,
91:17, 99:6,
101:5
**open**
49:15, 49:18
**opening**
56:8
**opinion**
34:5, 34:6,
46:3, 49:20,
50:6, 57:15,
59:22, 60:8,
60:12, 83:16
**opinions**
23:8, 25:14,
31:19, 59:6,
80:18
**opportunity**
20:2, 102:4,
102:5
**optic**
75:2
**optical**
64:6, 65:8,
65:10, 65:18,
65:20, 66:8,
66:9, 66:20,
67:2, 67:10,

70:17, 70:19,
71:16, 71:17,
72:4, 72:6,
72:9, 72:12,
72:16, 73:4,
73:7, 73:9,
73:13, 73:17,
74:1, 74:5,
74:11, 74:12,
74:21, 74:22,
75:3, 75:5,
75:6, 75:11,
75:15, 75:16,
76:14, 77:1,
78:4, 78:14,
78:18, 78:19,
80:8, 83:14
**optics**
76:6
**option**
65:5
**options**
65:4
**ordinary**
28:21, 39:21,
45:17, 45:19,
47:16, 59:17,
60:2, 60:10
**original**
6:16
**other**
5:19, 7:3,
21:16, 22:13,
36:1, 36:2,
36:15, 36:16,
37:1, 39:11,
40:1, 40:13,
40:14, 41:11,
46:7, 74:3,
78:18, 80:17,
93:10, 98:9,
107:23
**others**
40:7
**otherwise**
35:14, 37:10,
37:12, 37:18
**our**
6:4, 6:9, 14:1,

101:2, 104:21
**out**
34:9, 36:5,
37:16, 38:13,
56:1, 70:12,
71:4, 71:12,
73:8, 90:14,
93:19
**outcome**
107:24
**output**
66:14, 75:7,
81:21, 82:3,
82:5, 82:21
**outside**
17:16, 17:20,
18:20, 19:1
**over**
48:1, 50:6
**overcome**
45:22
**owner**
1:10, 3:11,
11:7, 61:13

**P**

**pa**
3:16
**package**
14:6, 17:7
**packet**
90:2, 90:4
**page**
4:2, 13:5,
15:19, 20:9,
20:12, 20:13,
20:15, 20:17,
20:21, 20:22,
21:2, 21:5,
28:4, 28:7,
30:17, 33:2,
34:17, 34:20,
34:21, 35:2,
35:5, 35:8,
42:6, 42:10,
42:11, 42:12,
49:13, 49:20,
50:7, 50:16,

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020

125

50:17, 50:19,
57:18, 68:3,
68:5, 68:15,
68:17, 69:5,
70:17, 81:17,
81:19, 82:8,
82:16, 85:1,
85:11, 88:3,
92:14, 94:1,
95:2, 95:8,
96:7, 97:7,
97:21, 100:4,
100:5
**pages**
1:21, 20:11,
20:13, 68:11
**pair**
35:4, 68:9,
90:11, 90:15
**panel**
40:4
**paper**
28:15, 29:20,
37:9, 97:9,
97:13
**paragraph**
30:15, 34:17,
34:21, 35:2,
35:13, 35:22,
36:17, 42:6,
42:19, 42:20,
43:7, 43:13,
43:15, 43:17,
46:1, 46:11,
50:20, 50:21,
51:13, 51:18,
57:18, 57:20,
57:21, 59:2,
59:5, 59:9,
59:11, 59:12,
59:15, 61:7,
61:9, 61:12,
62:4, 65:1,
76:22, 78:21,
88:12, 96:9
**paragraphs**
33:10, 33:13,
33:17, 36:5,

37:4, 37:16,
37:20, 37:21,
42:16, 43:14
**parameter**
91:12
**pardon**
33:15
**part**
6:14, 49:5,
49:7, 52:21,
54:21, 62:13,
62:16, 64:11,
75:5, 75:11
**participate**
11:5
**particular**
41:5, 45:13,
45:16, 46:17,
56:5, 56:16,
64:11, 66:16,
81:16, 86:18,
86:20, 102:1
**parties**
5:17, 7:6,
16:14, 107:20,
107:22
**parts**
67:9, 72:9
**party**
107:13
**past**
96:10
**pat**
10:4, 11:6,
47:20, 49:22
**patent**
1:1, 1:2, 1:7,
1:10, 3:11,
11:7, 16:15,
16:16, 22:3,
22:19, 26:9,
26:12, 26:18,
28:15, 28:16,
28:17, 29:1,
29:5, 29:20,
30:4, 30:5,
30:6, 30:9,
30:11, 30:19,

31:10, 31:21,
34:2, 38:5,
39:2, 39:5,
39:7, 40:6,
40:8, 40:11,
43:10, 43:18,
43:20, 44:6,
45:11, 47:19,
48:18, 50:8,
51:6, 60:1,
60:11, 60:17,
60:19, 61:13,
61:14, 63:14,
65:6, 65:8,
65:11, 65:14,
66:2, 81:6,
81:15, 81:17,
81:20, 82:8,
83:18, 84:3,
88:10, 95:13
**patrick**
3:12
**patterns**
35:10, 64:8,
78:11
**penalties**
9:19, 10:11,
10:20
**penalty**
12:9
**pennsylvania**
2:7, 107:6,
107:32
**people**
23:17, 40:2,
40:14
**per**
20:12, 98:11
**percent**
46:17
**perfectly**
6:18
**perform**
77:4
**performing**
88:15
**periods**
52:10, 52:15,

53:1
**perjury**
9:19, 10:12,
10:21, 12:9
**permissible**
7:5
**permit**
6:3
**permitted**
103:7
**person**
28:21, 45:13,
45:16, 45:17,
45:19, 59:17,
60:2, 60:10
**persons**
38:3
**pertains**
24:9
**petitioner**
1:6, 3:2
**petitioners**
10:6, 12:12,
17:14, 18:18,
103:1, 104:4
**ph**
1:13, 2:1, 4:3,
10:19, 98:4,
98:5, 106:2,
107:7, 107:16
**phone**
9:12
**phrase**
24:14, 25:4,
29:17, 29:19,
35:3, 54:9,
62:8, 62:12,
62:17, 64:22,
76:21
**physical**
72:15, 73:18,
73:19
**physically**
75:18, 76:11,
79:9, 98:14
**physics**
72:6, 72:8,
73:8, 73:15,

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020

126

73:20, 74:4,
75:5, 75:10,
78:4
**piece**
20:5
**pit**
72:5
**pits**
71:17, 72:1,
72:7, 72:11
**pittsburgh**
3:16
**place**
20:20
**places**
38:8, 55:22,
86:12
**please**
9:10, 9:13,
9:15, 11:10,
12:1, 50:3,
70:3, 72:19
**point**
30:13, 82:13
**polarity**
55:18
**polarization**
56:10
**possible**
38:13, 39:15,
40:3, 46:15,
56:11, 56:14
**possibly**
41:10, 41:11,
75:9
**potential**
14:2
**practice**
59:18, 60:2,
60:10, 60:16
**preceded**
30:5
**predicted**
101:3
**predominantly**
80:10
**prefer**
8:4

**preference**
6:5
**prepare**
6:6
**prepared**
16:10, 18:13,
25:17
**presence**
79:20
**present**
3:20, 24:8,
77:3
**prevent**
77:12, 78:7,
80:6, 80:15,
89:1
**previous**
26:22, 27:4,
27:5, 28:15,
29:20, 29:22,
30:1, 43:13
**previously**
4:10, 15:14,
17:4, 19:4,
23:4, 48:12,
60:21, 81:1,
93:16, 97:22
**primary**
65:20
**prior**
28:1, 28:11,
29:3, 29:11,
29:18, 29:19,
30:21, 39:11,
39:15, 40:12,
57:16, 59:17,
70:10, 70:14,
98:20
**probably**
8:6, 18:16,
60:6, 81:18,
105:1
**proceeding**
5:14, 9:7,
9:21, 12:12,
12:16, 14:10,
15:11, 15:12,
16:5, 16:14,

17:1, 17:16,
21:16, 21:21,
22:8, 22:9,
22:13, 22:18,
25:18, 26:3,
27:9, 38:2,
49:21, 70:22
**proceedings**
16:17, 21:17,
22:12, 22:13
**process**
81:13
**processing**
94:2, 94:13
**produce**
73:19
**product**
5:8
**professor**
17:17, 17:20,
17:22, 18:21,
19:2
**proffer**
5:14
**program**
99:10
**programs**
100:21
**progress**
96:11
**proof**
100:17
**properly**
30:20, 31:3
**properties**
24:1, 24:10,
24:14, 25:2,
25:5, 25:7
**prosecution**
43:21, 44:7
**prove**
99:7, 102:9
**provide**
14:9, 23:9
**provided**
15:10, 16:5,
26:2, 47:15,
59:16

**provides**
65:16
**public**
2:6, 107:1,
107:5, 107:31
**publication**
30:4
**pull**
8:8
**pulse**
79:4, 79:6,
79:18, 79:20,
80:4
**pulsed**
76:13, 78:14,
80:6, 80:15
**pulses**
78:17
**pursuant**
2:5, 36:17
**put**
102:13

<hr>

**Q**

<hr>

**quantify**
47:8
**quarter**
99:22
**question**
6:11, 13:8,
13:13, 23:8,
24:13, 28:8,
31:17, 49:12,
50:1, 54:14,
56:15, 57:14,
58:18, 64:14,
64:17, 66:1,
69:11, 69:15,
70:2, 72:20,
76:17, 80:13,
83:7, 92:2,
93:1, 101:14
**questioning**
47:21
**questions**
8:16, 17:19,
18:22, 23:7,
93:14, 103:1,

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020

127

103:2, 103:4,
104:5
**quick**
48:3
**quite**
5:6, 28:20
**quote**
62:13
**quoted**
43:17, 47:10,
62:11, 62:16
**quoting**
43:16

**R**

**r-u-n-s**
84:16
**rate**
14:18, 14:20
**rather**
7:2, 57:7
**read**
7:17, 38:7,
40:10, 42:17,
43:5, 43:19,
44:5, 57:21,
69:12, 69:18,
70:3, 70:9,
70:14, 71:12,
77:9, 86:19,
87:3, 87:5,
96:14, 105:7,
106:3
**reading**
21:7, 62:1,
70:7, 77:16
**ready**
7:15, 9:2,
10:15, 103:15,
103:19
**real**
101:16, 102:2
**realized**
92:7
**really**
21:1, 27:10,
80:19
**realtime**
107:4

**reason**
13:1, 77:11
**reasonable**
43:22, 44:8,
44:19, 45:7,
45:12, 46:21,
47:3, 47:8
**reasonably**
8:10
**reasons**
41:2, 41:3,
41:4
**recall**
83:6
**received**
14:4
**receiver**
34:21
**recent**
78:20
**recess**
48:10, 87:14,
103:22
**reciprocal**
5:19
**recollection**
58:11
**record**
5:13, 7:4,
8:22, 11:10,
48:7, 67:7,
69:12, 69:18,
70:3, 70:10,
70:14, 82:13,
82:20, 87:17,
104:2, 104:9,
107:11
**recorded**
5:7, 5:16, 6:6,
7:9, 9:5, 49:2,
52:11, 53:2,
68:21, 68:22,
69:7, 69:8,
70:19, 74:12,
74:22, 76:11,
76:12, 76:14,
83:4, 83:10,
83:12, 83:13,

83:14, 83:17,
84:1, 84:2,
84:6, 84:21,
85:4, 85:13,
88:7, 90:21,
91:5, 91:10,
92:8
**recording**
5:5, 5:18,
6:12, 6:13, 7:1,
7:7, 7:19, 7:20,
9:3, 56:5, 65:9,
65:12, 65:15,
65:17, 65:18,
65:19, 66:3,
66:6, 66:8,
66:9, 66:20,
67:2, 67:7,
67:10, 70:18,
70:20, 71:16,
71:18, 71:21,
72:6, 72:9,
72:12, 73:4,
73:7, 73:13,
73:17, 74:5,
75:15, 76:22,
77:2, 77:12,
78:4, 78:7,
78:19, 94:3,
94:13, 96:13,
98:12, 98:13
**records**
75:3
**recovered**
75:21, 76:2,
76:3, 76:5
**rectangular**
80:4
**redirect**
104:5
**reed**
3:4, 5:15,
5:22, 6:8, 6:17,
7:11, 8:21,
12:13, 13:20,
105:7
**reed-solomon**
64:9

**refer**
22:18, 23:17,
28:7, 51:13,
51:18, 62:7,
62:8, 68:5,
72:9, 98:15,
100:4
**reference**
27:16, 27:17,
28:2, 28:12,
29:3, 29:11,
37:2, 40:21,
47:18, 57:22,
59:18, 96:20,
97:8
**referenced**
4:10
**references**
34:1
**referred**
29:17, 88:11
**referring**
16:20, 42:16,
49:10, 49:17,
63:4, 63:5,
84:18, 84:20,
97:9
**refers**
23:22, 43:13,
52:5, 52:8,
52:16, 59:6,
62:16, 73:7,
88:15
**reflect**
19:18, 78:2,
81:11
**reflects**
55:11, 82:11,
83:17
**regard**
25:15
**regarding**
16:15, 17:19,
19:1, 31:19
**regents**
1:8
**registered**
107:3

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                                    128

related
107:19
relates
22:18, 72:12,
73:4
relating
59:7
remainder
23:12, 23:17
remember
14:14, 19:22,
30:13, 58:5,
58:10, 59:1,
66:5, 71:20,
77:16, 83:20,
95:15, 99:9,
99:12
remind
25:22
remote
3:21, 6:20,
7:14, 8:13, 9:1,
9:6, 10:16
remotely
9:7
remove
78:11
removing
35:9, 64:8
repeat
12:1, 50:3,
70:6
rephrase
13:14, 34:8,
39:18, 41:16,
46:14, 58:19,
75:13, 76:16,
94:10, 98:19
rephrasing
70:7
report
58:1, 58:4,
58:8, 58:15,
58:21, 59:8
reported
1:22
reporter
5:7, 6:11,

6:19, 7:17,
7:18, 9:15,
9:17, 10:9,
10:14, 11:22,
12:5, 15:22,
18:4, 24:16,
24:19, 24:22,
25:20, 27:2,
29:8, 32:12,
36:9, 39:12,
44:14, 45:14,
47:5, 48:8,
52:1, 52:18,
54:4, 55:5,
56:12, 57:11,
61:21, 63:19,
67:4, 71:9,
75:22, 77:19,
79:12, 84:14,
86:7, 86:14,
87:1, 87:5,
89:14, 91:1,
99:19, 101:7,
101:11, 102:19,
104:3, 104:22,
107:4
reporter's
6:5
reporter-certifi-
ed
107:4
reporter-notary
107:1
reporting
20:19
represent
11:7
represented
107:14
reproduction
65:17
republished
94:15
requested
87:5
required
29:16
requires
5:16, 30:19

research
63:13, 63:16,
63:17
residential
11:13, 11:15
resolve
35:16
rest
36:6
restate
13:14
result
78:14, 78:17
results
100:9
retained
12:15, 12:20,
14:9, 14:13,
21:15, 22:7,
22:14
review
20:3, 102:4
reviewed
94:18, 95:17
reviews
62:3
right
6:1, 8:14, 9:1,
29:2, 32:4,
34:17, 35:2,
36:12, 42:6,
47:17, 50:5,
51:3, 52:13,
54:18, 67:17,
68:10, 68:22,
69:9, 70:16,
74:15, 74:16,
90:7, 94:8,
94:19, 94:21,
96:2, 97:5,
104:12
right-hand
83:5, 83:22
rmr
1:22, 2:6
road
11:15, 11:17,
12:3

role
7:11
room
13:16
row
77:7, 78:15,
80:7, 80:16,
84:8, 85:12,
88:18, 89:3,
89:10, 89:12,
92:19
rule
5:16
rules
86:21
run
9:8, 61:14,
96:19, 97:4,
97:15
runlength
24:5
running
99:10
runs
84:13, 84:16
rutgers
11:19, 11:20

## S

s-o-l-j-a-n-i-n
11:12
said
8:15, 14:22,
18:6, 20:1,
24:6, 38:11,
41:18, 45:2,
49:2, 52:15,
52:16, 53:1,
54:6, 56:22,
63:4, 69:20,
72:3, 75:5,
85:22, 86:11,
87:3, 90:20,
91:4, 93:2
same
13:4, 21:2,
60:14, 81:7,
106:4

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020

**sample**
52:10, 52:15,
53:1
**satisfied**
89:5, 89:6
**satisfies**
89:20
**satisfy**
66:15, 80:11,
84:12
**say**
7:4, 12:18,
15:5, 20:16,
24:19, 26:16,
27:14, 27:20,
28:1, 28:10,
29:22, 30:18,
31:3, 31:8,
32:5, 35:12,
36:20, 37:9,
37:14, 38:16,
38:18, 38:20,
38:21, 38:22,
39:1, 41:14,
44:17, 45:12,
46:14, 48:20,
49:8, 51:2,
51:18, 53:11,
55:1, 58:12,
58:17, 62:7,
62:22, 63:1,
63:7, 63:12,
65:3, 65:13,
74:8, 82:18,
83:12, 85:1,
86:4, 89:11,
89:18, 89:20,
89:22, 90:17,
91:7, 91:8,
97:3, 100:8,
100:22, 101:11,
102:7, 102:9
**saying**
27:6, 45:5,
46:19, 50:2,
95:16, 101:18
**says**
19:9, 20:22,

21:2, 24:3,
26:21, 27:19,
37:11, 37:22,
38:1, 43:15,
43:16, 43:17,
45:2, 50:19,
51:4, 52:3,
52:22, 59:15,
65:16, 65:19,
69:15, 70:20,
74:19, 74:20,
76:22, 80:9,
81:5, 81:16,
86:12, 88:15,
90:11, 90:15,
91:3, 91:6,
91:11, 94:2,
97:17, 97:21,
98:6, 98:9
**scenario**
101:22
**scenarios**
55:1, 102:13
**schemes**
66:11
**scope**
17:17, 17:20,
18:20, 19:2,
44:1, 44:9,
44:20, 45:8,
46:22
**screen**
8:2, 20:8, 94:5
**script**
7:16
**seagate**
58:1, 58:4,
58:7, 58:15,
58:21, 59:8,
59:10
**second**
72:18, 82:3
**section**
32:20, 33:3,
33:5, 33:6,
33:14, 33:16,
33:17, 33:20,
34:7, 34:16,

36:13, 42:7,
42:12, 42:18,
42:22, 43:2,
43:3, 43:5,
76:21
**see**
8:2, 17:22,
19:19, 20:6,
20:10, 21:1,
24:2, 33:5,
42:6, 43:5,
43:10, 43:15,
44:2, 50:17,
51:12, 51:16,
51:17, 51:21,
52:7, 52:12,
52:14, 57:22,
58:2, 59:5,
59:7, 59:10,
59:20, 63:2,
66:5, 68:6,
68:11, 68:12,
68:13, 68:14,
68:15, 68:18,
68:20, 69:2,
69:4, 69:5,
69:6, 69:11,
74:13, 76:21,
78:22, 81:19,
88:20, 89:9,
89:10, 90:1,
90:7, 92:15,
94:4, 94:5,
94:16, 94:19,
94:21, 95:3,
95:7, 95:11,
96:9, 96:14,
96:21, 96:22,
97:11, 99:9,
100:11, 101:15,
101:17, 103:4,
103:19
**seeing**
58:10, 66:5
**seem**
41:12
**seemed**
38:15, 40:15,

44:12
**seems**
19:17
**seen**
58:7, 58:11,
99:22
**sense**
8:8, 15:3,
15:6, 46:16,
95:16
**sent**
14:1, 15:9
**sentence**
24:3, 24:12,
24:14, 25:1,
25:5, 25:10,
25:13, 51:17,
52:20, 52:21,
59:15, 63:13,
71:4, 71:11,
74:10, 74:15,
74:20, 87:3,
87:4, 96:15
**separate**
16:14, 47:18,
90:4, 90:6
**separately**
13:20, 85:19,
93:19
**september**
97:10
**sequence**
24:1, 24:11,
49:2, 90:21,
91:4
**sequences**
51:19, 52:5,
52:12, 52:15,
52:16, 53:1,
53:2, 57:8,
65:21, 75:7,
75:8, 75:19,
84:12
**services**
14:18
**set**
36:5, 37:16,
58:15, 58:21,

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                                                              130

107:8, 107:25
**settings**
8:8
**several**
33:9
**share**
8:1
**she**
6:6, 9:22,
32:16, 70:1,
87:3, 105:7
**she's**
27:6, 32:15
**sheet**
20:4, 106:7
**shortcut**
87:11
**shorthand**
107:1
**should**
6:21, 8:12,
47:22, 49:16,
75:20, 81:15,
91:11, 103:19
**show**
48:16, 85:13,
97:18
**showing**
79:3, 79:22
**shown**
82:13, 100:10
**shows**
50:20, 82:19,
83:2, 83:8,
85:4, 85:6
**sic**
12:3
**side**
5:19, 72:6
**sides**
6:21
**sign**
20:3, 86:10,
89:18, 91:17,
91:19, 105:7
**signal**
94:2, 94:13
**signals**
72:7

**signature**
20:20, 21:5,
105:8, 106:11
**signature-snmnt**
107:28
**signed**
16:7, 16:11,
17:1, 18:9,
21:7, 68:2,
106:7
**significant**
96:11
**signing**
18:13, 45:4
**signs**
68:10
**similar**
5:12
**simpler**
92:1
**simulate**
101:4, 101:21
**simulated**
101:15, 101:16
**simulation**
99:18, 100:21
**simulations**
99:7, 99:8,
99:14, 99:17,
100:2, 100:14,
101:2, 101:19,
102:8, 102:10,
102:13
**since**
8:11, 29:12,
29:13, 29:14,
38:7, 57:8
**single**
28:15, 29:3,
29:7, 29:11,
29:16, 86:10,
89:18, 91:17
**singled**
34:9
**sitting**
63:22, 64:17,
64:20
**six**
93:11

**sixth**
3:15
**skill**
38:3, 39:21,
45:17, 45:19,
47:15, 47:16,
59:18, 60:2,
60:10, 95:13
**skilled**
39:18, 40:2,
40:7, 43:22,
44:8, 44:20,
45:7, 46:22,
54:9
**skills**
28:21
**slow**
72:19
**smaller**
98:14
**smoothly**
9:8
**soljanin**
1:13, 2:1, 4:3,
5:21, 10:1,
10:10, 10:19,
11:2, 11:11,
15:10, 17:22,
19:6, 27:7,
45:4, 48:16,
67:12, 69:17,
70:3, 70:13,
87:17, 87:19,
103:2, 104:7,
106:2, 107:7,
107:16
**soljanin's**
17:17, 17:21,
18:21, 19:2
**some**
8:8, 26:22,
28:15, 38:14,
40:5, 41:7,
41:10, 44:11,
46:6, 46:7,
56:5, 56:7,
57:6, 64:8,
66:10, 66:18,

67:8, 68:8,
78:20, 87:11,
90:4, 91:12,
93:14, 99:9,
99:10, 99:11,
101:3, 102:11
**somehow**
95:3
**someone**
39:17, 39:20,
54:8, 60:16,
95:13
**something**
20:6, 23:22,
29:20, 31:5,
31:10, 37:11,
38:8, 38:11,
40:16, 47:13,
49:16, 49:17,
52:16, 56:4,
58:1, 72:16,
77:13, 94:15,
95:5, 95:21,
96:1, 100:3,
101:15, 101:17,
102:17
**sometimes**
6:13, 101:20
**somewhere**
81:18, 82:22
**sonet**
64:7
**soon**
104:22, 105:1
**sophisticated**
100:20
**sorry**
11:22, 17:13,
24:6, 24:8,
26:5, 26:6,
31:14, 31:17,
43:1, 49:22,
50:9, 50:14,
50:15, 62:1,
69:17, 73:2,
83:6, 87:2,
92:22, 93:6,
93:9

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020

131

**sort**
37:12, 93:19
**sounds**
8:13, 103:11
**source**
73:12, 74:2,
78:14
**speaking**
9:11, 9:14
**special**
23:15
**specifically**
8:7, 42:5, 74:7
**specification**
43:20, 44:6
**specifying**
83:20
**speculate**
40:13, 63:11
**spell**
102:17
**spelling**
102:17
**spend**
25:15
**stack**
14:1, 15:17
**stages**
81:13
**stand**
9:3
**standalone**
47:19
**standard**
31:20, 36:4,
37:15, 42:8,
42:13
**standards**
28:4
**standing**
17:18, 18:22
**stapled**
93:20
**start**
7:7, 7:16,
50:1, 50:6,
68:18, 86:16,
101:13

**started**
9:3
**starting**
39:14, 42:5,
42:18, 50:7,
68:6, 69:19,
70:4, 88:12
**starts**
50:19
**state**
11:9, 39:10,
46:2, 55:11,
55:14, 56:22,
57:7, 102:6
**stated**
37:10, 37:18,
37:19
**statement**
41:5, 44:2,
66:19, 67:1
**statements**
37:9, 45:11
**states**
1:1
**still**
63:17
**stipulate**
9:16
**stockton**
3:5
**stop**
7:19, 62:2
**storage**
56:16
**stored**
98:11
**street**
3:6
**strike**
64:15, 64:19,
92:1
**strings**
53:14, 84:4,
89:10
**strong**
64:5, 64:6
**stuff**
87:11

**subject**
12:8, 31:5,
31:10, 102:22
**subjective**
47:9
**such**
49:3, 59:17,
70:18, 77:5,
88:16, 90:21,
91:5, 96:18,
97:14, 107:9,
107:10, 107:12
**sufficient**
60:1, 60:9,
60:16
**suite**
3:7
**supplied**
74:11, 74:17,
74:21
**support**
51:9
**supposed**
19:8, 40:19
**supreme**
43:16
**sure**
11:18, 21:1,
31:14, 31:16,
32:11, 34:14,
37:7, 38:10,
46:8, 46:12,
50:4, 57:6,
72:22, 73:2,
86:9, 86:17,
87:9
**swear**
7:17
**swearing**
7:18, 9:16
**switch**
48:1
**swore**
44:4
**sworn**
107:9
**system**
73:19, 75:11,

80:14, 98:22,
99:3, 100:9,
100:19, 100:21,
101:1, 101:16,
102:3
**systems**
67:10, 80:9,
94:3, 94:13,
98:12, 98:14,
98:16, 99:15,
100:16

**T**

**tab**
19:16, 19:17,
50:13
**table**
27:13, 27:18,
28:3, 74:16,
80:22, 81:5,
81:9, 88:2,
89:3, 89:5
**tables**
86:19
**tabs**
19:18, 19:19
**take**
14:8, 15:17,
18:15, 27:13,
33:2, 47:22,
48:2, 57:10,
57:13, 72:21,
74:7, 80:21,
84:22, 87:10,
88:1, 92:12,
92:13, 93:12,
98:8, 103:3,
103:5, 103:12,
103:14
**taken**
48:10, 52:20,
70:12, 71:4,
71:12, 87:14,
103:22, 107:10
**taking**
88:10
**talk**
8:9, 30:4,

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020

132

42:20, 43:4,
47:17, 71:8,
103:7, 104:9
**talked**
36:21, 41:2
**talking**
52:5, 55:16,
57:2, 74:10
**talks**
51:14
**target**
65:20
**targets**
86:18
**taught**
28:22, 64:12
**teach**
28:18
**teaches**
28:16
**technical**
45:20
**technically**
77:22
**technician**
3:21, 6:20,
7:14, 8:13, 9:1,
9:6, 10:16
**technique**
24:9
**technologies**
1:5, 10:7
**ted**
10:8
**tell**
11:13, 17:8,
32:22, 50:13,
63:22, 64:17,
64:20, 72:1,
73:22, 75:2,
78:6
**telling**
40:4, 82:9
**ten**
94:18, 103:20
**ten-minute**
103:5
**tendency**
98:13

**term**
34:18, 34:22,
35:3, 35:15,
36:15, 37:1,
71:17, 71:20,
72:1, 72:15,
73:3, 84:2
**terms**
34:9, 36:2,
36:3, 36:7,
36:14, 36:15,
36:16, 36:21,
37:3, 37:22,
38:2, 38:4,
38:14, 38:19,
39:4, 40:5,
40:10, 40:17,
41:7, 41:10,
41:15, 41:19,
44:18, 45:6,
46:3, 46:6,
46:10, 46:11,
46:20, 53:5
**terrific**
7:14, 8:14
**testified**
10:21
**testifying**
12:7
**testimony**
9:18, 10:11,
10:20, 14:9,
17:18, 17:21,
18:21, 19:3,
36:22, 41:6,
70:10, 70:14,
70:21, 106:4,
106:5, 107:11
**testing**
100:17
**text**
36:7, 47:10,
102:17
**th**
107:26
**than**
21:16, 36:2,
36:15, 46:15,

49:1, 49:3,
51:15, 52:9,
52:14, 52:22,
89:2, 89:11,
90:20, 90:22,
91:3, 91:5,
91:13, 94:16,
94:18
**thank**
8:14, 9:6,
9:14, 10:14,
10:17, 11:2,
12:5, 15:2,
24:22, 32:17,
34:15, 103:3,
103:10, 104:7,
104:12, 104:14
**that's**
5:22, 6:18,
7:13, 11:19,
16:3, 16:8,
17:12, 19:12,
22:3, 26:2,
26:4, 26:15,
29:5, 31:2,
31:4, 33:14,
35:5, 38:17,
43:4, 43:8,
43:14, 44:18,
47:10, 47:12,
47:21, 49:7,
49:11, 49:15,
50:15, 51:4,
52:20, 53:15,
54:2, 54:16,
59:3, 60:6,
62:4, 63:8,
65:7, 70:20,
70:21, 72:15,
72:16, 74:18,
75:14, 76:19,
82:8, 82:13,
82:19, 83:13,
88:2, 90:13,
91:6, 94:18,
97:12, 97:20,
98:2, 103:6
**their**
9:18, 12:21,

65:19
**them**
8:1, 8:2, 8:9,
14:4, 32:2,
40:11, 40:12,
40:15, 42:17,
45:6, 55:3,
66:18, 85:18,
85:19, 91:15,
92:10, 93:12,
101:21
**then**
7:4, 7:6, 7:15,
7:17, 7:21,
8:14, 10:15,
11:19, 25:14,
29:2, 29:14,
34:20, 35:8,
35:12, 37:9,
43:7, 54:6,
56:16, 66:19,
74:11, 74:20,
74:21, 75:9,
76:14, 79:17,
79:18, 79:19,
81:22, 82:18,
82:21, 85:16,
88:9, 89:19,
89:20, 93:5,
93:6, 93:10,
93:12, 95:5,
96:10, 96:17,
96:19, 98:15,
103:15
**theorem**
101:3, 102:11
**theorems**
100:18, 101:2,
101:17
**theory**
63:18, 63:21
**there**
7:16, 13:1,
13:16, 14:5,
16:18, 17:19,
18:6, 19:1,
21:19, 21:21,
22:11, 22:13,

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020

133

24:3, 28:14,
28:21, 30:3,
30:18, 31:1,
31:2, 40:4,
41:14, 41:18,
42:7, 42:14,
45:10, 46:15,
49:16, 57:22,
59:13, 60:3,
62:7, 62:8,
64:10, 66:11,
66:17, 68:9,
68:16, 70:12,
70:18, 79:11,
79:14, 79:15,
79:16, 79:20,
81:15, 81:20,
83:13, 84:18,
85:6, 85:7,
85:8, 85:16,
86:11, 91:14,
93:20, 96:9,
97:9, 100:1,
100:8

**there's**
16:13, 16:17,
20:15, 20:18,
38:18, 42:6,
49:16, 55:16,
55:17, 57:22,
95:9

**these**
16:14, 36:7,
36:11, 37:19,
37:22, 38:19,
40:10, 46:16,
51:8, 67:9,
68:9, 77:17,
81:15, 82:1,
84:12, 86:19,
89:10, 98:2

**thesis**
97:19, 98:4,
98:5, 98:19,
98:20, 98:22,
99:4, 99:7,
99:21, 101:18,
102:5

**they**
7:2, 7:4,
27:16, 46:12,
64:7, 75:19,
86:22

**they're**
19:19, 20:10,
85:9, 85:10,
86:20

**thick**
18:6

**thickest**
18:16

**thin**
18:6, 93:20

**thing**
70:19

**things**
39:8, 72:6,
98:9, 101:5,
101:20

**think**
6:20, 6:21,
8:6, 18:15,
22:1, 24:6,
32:16, 46:8,
46:11, 47:12,
47:22, 60:6,
64:12, 71:11,
81:14, 83:19,
88:11, 90:7,
90:11, 91:20,
97:18, 97:19,
102:2, 102:22

**thinking**
95:4

**thinks**
47:14

**thinner**
18:2

**third**
13:6, 82:5,
96:9

**those**
12:15, 12:20,
27:20, 32:8,
34:13, 36:16,
37:3, 37:14,

38:4, 39:17,
43:22, 44:8,
44:19, 45:7,
46:20, 46:21,
55:7, 56:20,
61:6

**though**
64:14

**thought**
38:9, 57:7

**three**
34:10, 51:8,
58:9, 58:12,
77:6, 77:12,
78:7, 78:14,
80:7, 80:16,
82:1, 84:8,
85:15, 85:16,
88:17, 89:2,
89:9, 93:8,
93:10

**three-week**
104:20

**through**
6:15, 6:16,
19:19, 33:13,
33:17, 34:13,
40:18, 42:4,
42:19, 45:6,
73:18, 78:19,
82:13, 82:14

**throughout**
54:20

**time**
9:13, 14:14,
15:9, 25:16,
29:12, 29:15,
55:8, 58:6,
64:7, 66:12,
67:7, 96:4,
96:5, 96:6,
98:18, 102:4,
102:6, 103:2,
104:8

**times**
77:6, 78:15,
80:7, 80:16,
88:18, 89:2

**timing**
104:10

**title**
42:22, 43:3,
65:10, 65:16,
80:9, 94:1

**titled**
33:7, 33:8,
42:7

**today**
8:22, 11:3,
12:6, 13:2,
13:17, 14:2,
63:22, 64:18,
64:20, 100:20,
101:19, 104:8

**together**
55:3, 85:8,
85:17, 85:18,
91:16, 98:13

**told**
28:8, 67:20

**too**
78:17

**top**
20:16, 79:3

**total**
15:3, 15:7,
15:8

**townsend**
3:5

**trademark**
1:1

**train**
77:7, 88:18

**transcript**
4:11, 5:9, 6:7,
7:12, 9:20,
13:10, 15:16,
17:5, 19:5,
19:7, 19:12,
19:17, 20:3,
20:5, 20:6,
20:11, 20:13,
21:8, 21:12,
23:6, 48:14,
61:1, 68:2,
81:3, 93:17,

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020

| | | | |
|---|---|---|---|
| 98:1, 104:11 | truth | 91:13, 93:8, | understanding |
| **transcription** | 67:20 | 93:10 | 16:8, 22:5, |
| 106:5 | **truthful** | **two-head** | 24:13, 25:9, |
| **transition** | 13:2 | 100:9 | 27:22, 28:6, |
| 48:21, 51:20, | **try** | **two-track** | 28:10, 28:14, |
| 52:6, 52:10, | 37:8 | 100:9 | 29:5, 29:6, |
| 53:2, 53:6, | **trying** | **type** | 29:10, 29:15, |
| 53:7, 53:8, | 28:17, 28:18, | 77:17 | 29:18, 30:1, |
| 53:11, 53:15, | 32:7, 37:2, | **types** | 45:3, 49:14, |
| 53:17, 54:10, | 80:15, 99:17, | 66:10 | 75:12, 77:22, |
| 54:13, 54:15, | 99:21 | | 78:10 |
| 54:22, 55:2, | **tsang** | **U** | **understood** |
| 55:9, 55:11, | 27:17, 27:21, | **uh-huh** | 28:20, 38:3 |
| 55:17, 55:22, | 39:1, 47:17, | 51:1, 98:3 | **undue** |
| 56:2, 56:3, | 48:18, 48:21, | **ultimately** | 59:19, 60:3 |
| 56:8, 56:17, | 48:22, 49:9, | 82:15, 83:2 | **unit** |
| 56:21, 57:2, | 49:10, 50:8, | **umn** | 98:11 |
| 57:5, 57:9, | 51:3, 51:6, | 17:4, 19:4, | **united** |
| 61:14, 85:14, | 51:11, 52:9, | 93:16, 97:22 | 1:1 |
| 85:22, 86:10, | 53:20, 55:15, | **unable** | **university** |
| 89:6, 91:17, | 55:19, 57:15, | 9:11 | 1:8, 10:3, |
| 92:13, 96:19, | 60:1, 60:7, | **unambiguous** | 11:8, 11:16, |
| 97:15 | 60:8, 60:15 | 75:20 | 11:19, 11:20, |
| **transitions** | **turn** | **undefined** | 21:17, 22:4, |
| 49:2, 51:15, | 20:4, 23:19, | 47:4 | 22:11, 22:17, |
| 53:22, 55:21, | 25:14, 30:14, | **under** | 27:8 |
| 61:17, 84:13, | 46:1, 49:13, | 9:19, 10:11, | **unless** |
| 84:16, 84:17, | 59:2, 76:18, | 10:20, 12:8, | 8:7, 35:13, |
| 84:20, 85:5, | 78:21, 79:22, | 16:7, 18:9, | 37:10, 37:12, |
| 85:12, 85:16, | 80:1, 92:14, | 44:4, 46:19, | 37:18 |
| 88:6, 89:12, | 96:7, 97:7, | 70:22, 102:12 | **until** |
| 89:18, 90:20, | 103:18 | **underneath** | 7:2, 103:13 |
| 91:4, 91:9, | **turnaround** | 50:18 | **upper** |
| 91:11, 91:14, | 104:21 | **understand** | 68:9 |
| 91:20, 92:8, | **turned** | 5:4, 5:6, 5:10, | **use** |
| 92:19 | 76:15, 79:4, | 5:12, 5:18, 6:3, | 40:8, 55:9, |
| **transmission** | 79:6 | 6:8, 7:11, 12:6, | 66:2, 72:8, |
| 56:6, 64:6, | **twelve** | 12:13, 13:7, | 74:2, 99:2, |
| 73:10, 78:19 | 93:13 | 13:13, 15:12, | 101:19, 102:8, |
| **trial** | **two** | 16:13, 16:16, | 102:10 |
| 1:2, 17:15, | 12:15, 12:18, | 19:11, 19:21, | **used** |
| 18:19 | 16:14, 16:17, | 19:22, 26:9, | 28:4, 29:17, |
| **true** | 21:17, 23:11, | 26:17, 27:7, | 54:12, 55:8, |
| 9:18, 10:11, | 23:16, 51:8, | 31:16, 38:1, | 62:22, 67:9, |
| 10:20, 41:21, | 53:5, 79:11, | 47:9, 79:11, | 73:6, 77:17, |
| 55:15, 56:21, | 79:14, 85:7, | 79:14, 79:21, | 78:2, 84:3, |
| 66:7, 106:4, | 85:15, 85:16, | 82:10, 88:22, | 86:5, 86:6, |
| 107:11 | 86:12, 88:9, | 103:7 | 86:9, 86:10, |

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020

135

100:14
**users**
97:21
**using**
33:22, 65:18,
99:7
**usually**
37:8, 101:1,
101:21

**V**

**valid**
65:5
**various**
26:10, 26:12,
26:18, 33:10,
45:11, 81:12
**verbal**
13:8
**verdini**
68:20, 69:6
**verified**
9:22
**version**
93:7
**very**
8:14, 47:13,
63:12, 65:18,
67:2, 67:6,
67:8, 67:11,
85:11, 86:11,
88:2, 88:3,
94:8, 100:20,
101:21, 103:9
**vi**
33:3, 33:5,
33:6, 33:16,
33:17
**via**
5:5, 9:12,
11:3, 99:6
**video**
5:5, 5:15,
5:17, 6:3, 9:10,
9:12, 11:3,
48:6, 103:18
**videoed**
5:21

**village**
11:16, 12:3
**virtual**
1:13, 2:1
**virtually**
107:16

**W**

**waived**
105:8
**want**
5:15, 5:20,
53:6, 61:3,
71:15, 72:20,
80:18, 84:4,
85:18, 93:12,
103:4, 104:19,
104:22
**wanted**
33:21
**wants**
77:11, 78:10,
86:17
**was**
8:18, 10:21,
14:15, 15:9,
15:21, 16:18,
21:12, 29:13,
29:15, 30:3,
31:5, 31:10,
32:10, 32:14,
36:8, 37:11,
37:18, 38:9,
38:11, 38:12,
39:10, 41:5,
41:17, 44:11,
44:12, 48:10,
49:5, 49:14,
49:15, 53:19,
54:12, 54:18,
55:8, 56:15,
58:9, 58:11,
60:12, 62:1,
63:14, 63:17,
64:3, 64:7,
66:9, 66:13,
66:17, 67:11,
68:21, 69:8,

69:22, 70:1,
71:12, 78:1,
80:9, 84:11,
84:19, 87:14,
89:17, 92:22,
93:9, 94:17,
94:20, 95:3,
95:9, 96:4,
96:5, 97:13,
99:21, 100:17,
102:1, 102:2,
102:6, 102:7,
102:14, 103:22,
104:16, 105:4,
105:9, 107:8,
107:10, 107:14
**wasn't**
45:3, 46:8
**waveform**
46:7, 49:3,
52:11, 53:3,
68:21, 68:22,
69:7, 69:8,
70:19, 83:18,
84:2, 84:5,
90:12, 90:17,
90:21, 91:5,
91:7, 91:10,
92:9, 93:8
**waveforms**
73:20
**way**
7:3, 7:7, 7:9,
9:21, 11:5,
23:18, 47:11,
74:2, 75:20,
77:5, 80:16,
85:20, 88:17,
107:23
**we'd**
8:6, 103:3
**we'll**
16:15, 32:4,
45:6, 97:20,
103:12, 103:14,
103:15, 104:9
**we're**
5:6, 6:3, 7:8,

13:4, 21:2,
25:15, 40:19,
87:17, 104:19
**week2**
107:17
**welcome**
87:16
**well**
8:14, 17:1,
18:19, 20:10,
23:14, 33:1,
49:11, 49:19,
62:12, 63:3,
63:12, 85:14,
100:4, 103:9
**went**
35:12, 40:18,
41:14, 44:17,
97:3
**were**
14:5, 14:13,
32:7, 33:22,
34:1, 36:4,
37:2, 37:15,
39:16, 39:17,
39:19, 40:19,
40:20, 41:6,
41:8, 41:14,
41:18, 45:4,
45:5, 46:19,
50:2, 63:5,
63:13, 63:15,
64:8, 64:10,
64:12, 67:8,
67:9, 85:21,
95:4
**weren't**
46:12, 63:3,
63:14
**wewatta**
3:6
**what's**
20:3, 24:13,
48:16, 48:17,
76:6
**whatever**
83:21, 96:5
**when**
7:22, 14:13,

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020

136

21:11, 28:10,
29:22, 30:8,
31:3, 32:5,
34:5, 35:19,
35:20, 35:22,
37:1, 37:8,
39:3, 39:10,
39:14, 40:20,
41:6, 45:4,
53:11, 53:19,
55:16, 57:2,
60:12, 63:3,
63:4, 64:1,
64:19, 64:22,
76:13, 76:15,
77:13, 85:21,
89:20, 89:21,
92:3, 92:7,
95:4, 96:3,
97:12, 103:19
**whenever**
41:1, 53:14,
53:16, 103:15
**where**
32:22, 37:14,
38:18, 42:1,
49:6, 50:9,
50:12, 50:19,
54:12, 55:1,
68:7, 68:20,
69:2, 86:12,
90:1, 92:15
**whereof**
107:25
**whereupon**
8:18, 48:10,
87:14, 103:22,
104:16, 105:4
**whether**
30:19, 33:22,
37:2, 39:1,
58:6, 60:8,
64:1, 70:18,
73:22, 78:18,
80:5, 80:14,
83:21, 100:1,
100:18, 101:14
**which**
16:19, 20:9,

20:13, 22:14,
25:16, 25:22,
26:5, 28:16,
30:3, 30:15,
32:18, 36:7,
40:13, 40:19,
41:13, 41:17,
42:10, 42:16,
45:20, 47:16,
47:18, 48:18,
54:21, 56:2,
56:4, 60:19,
61:9, 61:15,
64:7, 66:17,
72:7, 72:9,
73:19, 73:20,
79:18, 80:14,
80:22, 81:16,
81:17, 81:20,
82:5, 86:13,
90:8, 91:12,
93:2, 93:15,
93:18, 95:20,
97:8, 99:10,
100:5, 101:5,
102:13
**while**
7:1
**white**
102:14, 102:20,
102:21
**who**
9:11
**whole**
50:1
**whose**
107:8
**why**
5:6, 21:1,
33:1, 41:2,
41:3, 41:4,
47:10, 49:15,
77:11, 78:6,
84:12, 92:14
**wide**
67:3, 67:6,
102:20
**will**
5:12, 7:15,

7:16, 7:19,
7:20, 8:21, 9:8,
9:15, 9:17,
9:18, 9:19,
10:11, 10:20,
13:12, 17:19,
49:18, 77:6,
88:17, 105:7
**wise**
107:23
**with**
6:2, 6:22, 7:6,
7:8, 7:20, 8:15,
9:12, 11:6,
12:11, 12:16,
13:12, 13:16,
13:20, 14:2,
22:1, 22:20,
23:9, 24:4,
25:7, 25:16,
27:9, 40:15,
43:21, 44:7,
44:19, 45:7,
46:17, 46:21,
53:5, 63:5,
64:5, 64:6,
64:22, 66:8,
66:9, 66:13,
66:17, 66:20,
67:11, 70:17,
71:17, 72:6,
72:9, 73:3,
73:6, 73:8,
73:21, 74:4,
75:6, 75:7,
75:10, 76:16,
76:22, 78:5,
80:19, 80:20,
84:13, 87:12,
87:20, 88:13,
91:9, 91:16,
94:10, 94:12,
94:17, 98:13,
99:15, 100:15,
100:20, 101:18
**withdraw**
76:17
**within**
107:5

**without**
23:12, 23:16,
40:14, 51:19,
52:5, 52:10,
53:2, 59:19,
60:3
**witness**
5:13, 7:18,
7:19, 8:22,
9:17, 9:22,
10:9, 10:13,
12:2, 47:7,
62:1, 62:3,
69:22, 72:22,
73:2, 87:9,
87:12, 102:16,
102:21, 103:8,
103:13, 103:17,
104:12, 107:7,
107:12, 107:25
**witnesses**
5:13, 6:4
**won't**
7:9, 8:10
**word**
52:12, 53:6,
101:12
**work**
66:12, 99:14,
100:15, 100:18,
100:19, 101:1,
101:15
**worked**
64:8, 66:11,
71:21
**world**
29:21
**would**
5:18, 6:11,
8:3, 11:13,
39:20, 40:1,
40:2, 40:14,
42:17, 43:5,
47:16, 48:3,
54:9, 56:2,
56:4, 56:7,
56:9, 56:17,
65:3, 70:9,

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020

72:8, 76:15,
79:19, 82:18,
85:17, 86:22,
90:8, 90:13,
91:16, 91:17,
91:18, 91:21,
92:19, 93:5,
93:6, 93:10,
93:13, 95:12,
99:14, 100:13,
100:15, 100:19,
100:22, 101:1,
101:15, 102:12

**wouldn't**
100:22

**write**
35:21, 37:8,
96:10, 96:17

**writes**
73:12

**writing**
95:5

**written**
30:10, 47:10,
47:11, 49:6,
61:17, 62:13,
62:15, 73:16,
73:18, 74:1,
75:14, 75:18,
75:21, 76:8,
82:2

**wrote**
31:1, 31:2,
34:4, 34:6,
35:19, 35:20,
35:22, 58:6,
60:12, 61:12,
62:4, 63:3,
64:1, 64:22,
94:16, 95:21,
96:1, 96:3,
96:4, 96:5,
97:1, 97:13

**X**

**x**
1:3, 1:11

**Y**

**yeah**
33:17, 47:3,

48:2, 50:11,
51:1, 52:16,
58:10, 67:19,
70:12, 80:2,
83:6, 90:7,
93:22, 95:6

**years**
29:13, 58:9,
58:12, 71:21,
94:18, 95:20,
95:22, 96:1,
96:10

**yet**
68:7, 68:16

**you'd**
8:4

**you'll**
13:14, 19:19,
20:6, 20:10,
48:6, 94:5

**you're**
6:1, 12:7,
26:11, 29:5,
37:7, 49:17,
52:4, 55:15,
57:2, 66:20,
68:17, 74:14,
82:7, 82:9,
84:17, 87:1,
94:9, 94:12,
95:16, 97:8,
100:5, 103:7

**you've**
12:7, 13:5,
14:9, 15:3,
22:14, 28:8,
62:13, 72:7

**your**
9:10, 10:10,
11:3, 11:9,
11:13, 12:1,
12:8, 14:18,
15:18, 16:8,
20:8, 20:20,
21:4, 21:22,
22:1, 22:4,
23:8, 24:13,
25:14, 26:11,

26:17, 29:18,
30:14, 30:15,
31:6, 31:11,
31:18, 32:18,
33:20, 34:16,
35:13, 36:17,
36:22, 37:5,
38:17, 40:6,
40:20, 41:6,
45:3, 46:2,
49:19, 49:20,
50:6, 50:10,
54:16, 57:14,
58:3, 58:16,
58:22, 59:3,
59:6, 59:22,
61:4, 68:5,
69:13, 69:18,
70:4, 70:10,
70:14, 75:12,
76:16, 83:16,
88:2, 89:3,
93:15, 97:19,
98:4, 98:9,
98:18, 98:20,
98:22, 99:2,
99:4, 99:7,
100:13, 100:15,
104:8

**yourself**
9:13

**Z**

**zero**
23:13, 23:18

**zeros**
23:14

**zip**
11:18

**zoom**
7:19, 9:4

**"**

**"mtr"**
61:14

**$**

**$425**
14:21

**0**

**0's**
53:14, 75:16,
76:7, 76:10,
84:4

**00**
1:15, 5:2,
88:4, 103:13,
107:18

**01068**
1:6

**07935**
11:16, 12:4

**09**
85:2

**1**

**1**
103:13

**1's**
53:14, 75:16,
76:7, 76:10,
76:12, 77:12,
78:8, 84:5,
84:8, 89:9, 97:4

**10**
1:15, 4:3, 4:4,
5:2, 68:6,
68:15, 68:18,
69:4, 77:4,
81:20, 82:17,
82:21, 99:18,
100:2, 107:18

**1001**
4:15, 23:1,
23:4, 23:19,
23:21, 82:11

**1007**
4:17, 60:20,
60:21, 65:7,
74:8, 76:19,
78:22, 82:9

**1009**
4:16, 47:18,
48:12, 48:18,
49:15

**1010**
4:12, 15:14,

Transcript of Emina Soljanin, Ph.D.
Conducted on June 12, 2020                                    138

15:20, 25:16,
25:19, 25:22,
26:6, 27:14,
30:15, 32:18,
33:2, 33:6,
34:7, 38:18,
49:21, 50:7,
50:9, 50:16,
51:13, 54:17,
54:18, 57:19,
58:4, 58:7,
59:3, 59:6,
59:13, 61:7,
61:8
**1011**
4:18, 80:21,
81:1, 82:19,
83:5, 83:8,
84:1, 84:7,
84:22, 88:1,
92:15
**104**
100:5
**107**
1:21
**11**
30:17, 69:4,
95:9
**12**
1:14, 34:11,
35:9, 69:4,
105:9, 107:18
**120**
68:5, 68:7,
68:9, 68:15,
68:17
**13**
27:11, 27:15,
41:15, 41:19,
46:3, 49:7,
49:8, 50:7,
51:2, 51:6,
51:10, 53:19,
57:15, 60:11,
61:7, 61:10,
61:12, 62:2,
62:4, 65:1,
69:19, 70:4,

70:16, 74:17,
77:3, 80:11,
81:21, 82:3,
82:14, 83:18,
83:19, 83:20,
84:3, 85:11,
90:9, 90:10
**14**
27:11, 27:15,
41:20, 57:15,
60:14, 60:16,
74:8, 92:14
**1400**
3:6
**15**
4:12, 24:3,
24:6, 74:8,
107:26
**15222**
3:16
**155**
50:21
**156**
50:20
**16**
74:8
**162**
51:13, 51:17
**163**
51:18, 51:22,
52:3, 52:13
**17**
4:13, 27:11,
27:15, 41:15,
41:20, 46:4,
57:16, 60:15,
60:17, 95:8
**18**
95:20, 95:22,
96:1, 96:7
**19**
4:14
**1996**
97:10

_____2_____

**2**
49:4

**20**
70:17
**2002**
95:19, 95:20,
97:1
**2004**
95:4
**2005**
94:20, 95:5
**2007**
4:13, 17:4,
17:7, 17:15,
17:20, 18:8,
41:14, 41:18,
42:2, 42:5,
42:10, 43:9,
44:18, 45:5,
46:2, 50:15
**2008**
4:14, 18:17,
18:19, 19:1,
19:4, 19:8,
19:10
**2009**
4:19, 93:15,
93:16, 94:9,
94:11, 94:16,
94:17
**2010**
4:20, 97:20,
97:22, 98:4
**2016**
14:16
**2017**
1:6
**2018**
15:9, 19:13
**2020**
1:14, 107:17,
107:26
**210**
3:15
**222**
20:13
**223**
20:13
**23**
4:15

**25**
33:2
**26**
11:15, 12:2,
34:17, 42:6,
42:19
**27**
34:21, 95:8,
96:7
**28**
35:2, 35:5,
96:20, 97:8
**29**
35:8

_____3_____

**301513**
1:20
**303**
3:9
**32**
42:20
**35**
30:15, 30:17,
43:7, 43:15,
45:2
**355**
3:17
**358**
20:22
**36**
59:12, 59:15
**37**
46:1, 46:11
**39**
100:4

_____4_____

**4000**
3:9
**412**
3:17
**425**
15:1
**48**
4:16
**495**
14:22

---

**5**

**5**
82:15
**5,392,270**
81:6
**5,849,601**
1:8
**5-0**
24:7
**50**
23:22, 24:7,
24:8
**51**
105:9, 107:18
**53**
90:11
**54**
76:19, 88:12,
100:5
**55**
90:19
**571**
3:9
**59**
20:22

---

**6**

**60**
4:17, 20:15,
57:18, 57:20,
57:21, 76:19
**600**
3:7
**601**
16:16, 22:19,
30:9, 31:10,
31:21, 38:5,
61:14, 63:14
**61**
49:20, 50:7,
50:18
**63**
33:13, 33:17,
36:5, 36:17,
37:4, 37:16,
37:21, 37:22
**64**
36:5, 36:17,

---

37:4, 37:16,
37:21
**65**
34:17, 50:19
**6500**
3:17
**69**
34:21

---

**7**

**72**
35:2
**75**
33:13, 33:18,
35:13, 37:11

---

**8**

**8-bit**
81:21, 82:2,
82:12, 83:3,
83:9, 85:1, 88:3
**8-to**
74:17, 77:3,
82:14
**80202**
3:8
**81**
4:18

---

**9**

**9**
51:22
**93**
4:19
**94**
11:17
**97**
4:20

---