# EXHIBIT L

**LSI CORPORATION, ET AL. vs REGENTS OF THE UNIV. IF MINNESOTA**
**Jaekyun Moon on 09/15/2020**

```
 1        IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
            BEFORE THE PATENT TRIAL AND APPEAL BOARD
 2

 3   LSI CORPORATION and AVAGO   § CASE NO. IPR2017-01068
     TECHNOLOGIES, U.S., INC.,   § U.S. Patent 5,859,601
 4                               §
                                 §
 5            Petitioners,       §
                                 §
 6       vs.                     §
                                 §
 7   REGENTS OF THE UNIVERSITY   §
     OF MINNESOTA,               §
 8                               §
                                 §
 9            Patent Owner.      §

10   ~~~~~~~~~~~~~~~~~~~~~~~~~

11                   DEPOSITION OF
                     JAEKYUN MOON
12               CONDUCTED REMOTELY

13
                     5:04 a.m. EST
14       Tuesday, the 15th day of September 2020

15

16

17
          Blanche J. Dugas, CRR, RPR, CCR No. B-2290
18

19

20

21

22

23

24

25
```

LSI Corp. Exhibit 1034

```
 1          APPEARANCES OF COUNSEL VIA VIDEOCONFERENCE

 2     On Behalf of the Petitioners:
            KRISTOPHER L. REED, Esquire
 3          Kilpatrick Townsend & Stockton, LLP
            Suite 904, Building E
 4          Chamtime Plaza, No. 6, Lane 2889
            Jinke Road Pudong New District
 5          Shanghai China  201203
            kreed@kilpatricktownsend.com
 6
            EDWARD J. MAYLE, Esquire
 7          Kilpatrick Townsend & Stockton, LLP
            Suite 600
 8          1400 Wewatta Street
            Denver, Colorado  80202
 9          (303) 405-8536
            (303) 648-6683 (facsimile)
10          tmayle@kilpatricktownsend.com

11     On Behalf of the Patent Owner:
            PATRICK J. McELHINNY, Esquire
12          MARK G. KNEDEISEN, Esquire
            K&L Gates, LLP
13          210 Sixth Avenue
            Pittsburgh, Pennsylvania  15222
14          (412) 355-6332
            patrick.mcelhinny@klgates.com
15          mark.knedeisen@klgates.com

16
       Also Present:
17     Huseby Technician

18

19

20

21

22

23

24

25
```

LSI Corp. Exhibit 1034

```
 1                    INDEX OF EXAMINATION

 2    EXAMINATION                              PAGE

 3    EXAMINATION                                4
      BY MR. REED
 4
      EXAMINATION                               89
 5    BY MR. McELHINNY

 6
                            - - -
 7
                    INDEX TO EXHIBITS
 8
          (No exhibits were marked for identification.)
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

LSI Corp. Exhibit 1034
Page 3

```
 1               Deposition of Jaekyun Moon
                  September 15, 2020
 2

 3          (Counsel for all parties stipulate

 4      that the Court Reporter is authorized to

 5      swear the witness remotely.)

 6                    JAEKYUN MOON,

 7  having been first duly sworn, was examined and

 8  testified as follows:

 9          MR. McELHINNY:  I want to confirm.  We

10      aren't video recording this?

11          MR. REED:  That's my understanding.

12      Can the reporter confirm, or whoever is the

13      tech from Huseby, please.

14          TECHNICIAN:  Do you guys need to be

15      recording?  No, I was not told to record

16      this.  If you guys need me to record it, I

17      can record it for you.

18          MR. McELHINNY:  No, we agreed not to

19      record it.

20          TECHNICIAN:  Yeah, no, this is not

21      recorded.

22          MR. McELHINNY:  Okay.  That's fine.

23      Thank you.

24  EXAMINATION

25  BY MR. REED:
```

LSI Corp. Exhibit 1034
Page 4

1      Q.   Good evening, Professor Moon.  Can you

2    please state your full name for the record.

3      A.   It's Jaekyun Moon.  J-A-E-K-Y-U-N, M-O-O-N.

4    Jaekyun Moon.

5      Q.   And, Professor Moon, have you been

6    previously deposed?

7      A.   No.

8      Q.   Okay.  So this is your first deposition, let

9    me give you a bit of introduction into what's going to

10    happen today.  I'm going to be asking you a series of

11    questions to which you're required to provide answers.

12    Do you understand that?

13      A.   Yes.  Yes.

14      Q.   And given that we are doing this deposition

15    virtually today, it's very important that you try to

16    make your answers as loud and as clear as possible so

17    that the court reporter, who is very far away from

18    you, can hear and record your answers.  Can you do

19    that?

20      A.   I'll do that.  Let me close the door for

21    that.

22           Yes.

23      Q.   And as you heard earlier, we are not

24    videotaping this deposition.  As such, we need to be

25    very careful that we -- that in your answers, you're

LSI Corp. Exhibit 1034
Page 5

1    responding verbally.  That you don't answer with nods

2    of the head or gestures or anything else because those

3    will not be captured in the transcript.  Does that

4    make sense?

5         A.   Makes sense.

6         Q.   Please give your answers to my questions

7    verbal, make them clear and we'll get through this as

8    quickly as possible for you.

9         A.   I'll try.

10        Q.   Now, at any point today, if you do not

11   understand one of my questions, I would ask that you

12   ask me for clarification.  Can you do that?

13        A.   I'll do that.

14        Q.   Is there any reason, Professor Moon, that

15   you cannot testify truthfully and accurately today?

16        A.   No reason.

17        Q.   Let's begin by looking at a document that

18   has been marked as Exhibit 2016 in this investigation

19   or in this proceeding.  And, Professor Moon, if you

20   have your own local copies of any of these documents,

21   feel free to reference those during the deposition.  I

22   will endeavor to bring them up on the screen as we

23   discuss them as well, but, again, if you have a local

24   electronic copy or hard copy, feel free to reference

25   it.

LSI Corp. Exhibit 1034
Page 6

1      A.    Yeah.   I'm trying to open them.

2      Q.    Again, we're not on video so it doesn't

3  matter if you're looking at me or the camera or

4  exactly where you're looking.

5      A.    Okay.  All right.  Yeah.  I got it.  2016.

6      Q.    Professor Moon, do you recognize this

7  document?

8      A.    I do.

9      Q.    And what is this document, sir?

10      A.    It's my declaration for IPR.

11      Q.    And if you would look at the second page of

12  what's been marked as Exhibit 2016, is that your

13  signature on that page?

14      A.    Correct.

15      Q.    Professor Moon, why did you submit a

16  declaration in this particular proceeding?

17      A.    I am an inventor of this patent technology,

18  and I was asked by -- about the background of the

19  invention of this technology.  So I put together what

20  happened.

21      Q.    And when were you first contacted with

22  respect to this IPR proceeding or the underlying

23  litigation?

24          MR. McELHINNY:  Object to form.

25          THE WITNESS:  When did you say?

LSI Corp. Exhibit 1034
Page 7

1      Q.    (By Mr. Reed)  When, yes.

2      A.    Yeah, it's years back.  As you recall, this

3   took really long time.  So probably, I don't know,

4   five, six years.  Five years.  I don't know.  Roughly

5   a few years back.

6      Q.    And who first contacted you to assist in

7   this?  I assume it would have been in litigation at

8   that time; is that correct?

9      A.    I think so.  I -- you know, I don't remember

10  who first, but I usually talked to the university

11  contact person.  So it must be him.

12     Q.    And who was that person, Professor Moon?

13     A.    I think it was -- it was him -- if that's

14  true, it's Eric, Eric Olson.

15     Q.    And he's your contact person at the

16  University of Minnesota; is that correct?

17     A.    Yeah, I talked to him occasionally.  But if

18  it's important who contact me first, I don't remember

19  exactly.

20     Q.    Professor Moon, with respect to

21  Exhibit 2016, approximately how much time did you

22  spend preparing that declaration?

23     A.    A few hours, I think.

24     Q.    You said a few hours.  On the order of five

25  to ten?

LSI Corp. Exhibit 1034
Page 8

1      A.    Yeah, probably.

2      Q.    And with whom did you work on that

3    declaration, if anyone?

4      A.    Pardon me?

5      Q.    Did you work with anyone on that

6    declaration?

7      A.    Yeah, I gave contents -- the lawyers -- our

8    attorneys helped put together documents form -- in

9    document form.

10     Q.    Other than attorneys, did you work with

11   anyone else in preparing your declaration?

12     A.    No.

13     Q.    Did you have any conversations, for

14   instance, with your co-inventors on the '604 patent,

15   Mr. Brickner -- or Dr. Brickner.

16     A.    No.  No.

17     Q.    Have you ever drafted a declaration for a

18   legal proceeding previously?

19     A.    No, I have not.

20     Q.    Professor Moon, I'm going to bring up what's

21   been marked previously as Exhibit 1001.  Won't you

22   take a minute to find that.

23     A.    1001.  Oh, okay.  Yeah.  Sure.  Sure.  Yes.

24     Q.    Professor Moon, do you recognize the

25   document that's been marked as Exhibit 1001?

LSI Corp. Exhibit 1034
Page 9

1      A.    Okay.  Yeah, I do.

2      Q.    And what is this document, sir?

3      A.    This is the MTR patent, so-called '601

4   patent.

5      Q.    And you are the same Jaekyun Moon who is

6   mentioned as an inventor on the '601 patent; correct?

7      A.    Correct.

8      Q.    And during the course of our deposition

9   today, if I refer to the '601 patent, can we have an

10   understanding that I'm referring to Exhibit 1001?

11      A.    Yes.

12      Q.    Let's turn back to Exhibit 2016, if we can.

13   And if you could turn to Paragraph 76, please.

14      A.    Yes.  I'm looking at it.

15      Q.    In Paragraph 76, you state, "I am not being

16   compensated for making this declaration, although I

17   have an economic interest in any amounts recovered

18   through assertion of the '601 patent."

19            Do you see that?

20      A.    Yes.  I see that.

21      Q.    Professor Moon, what specifically is your

22   economic interest in any amounts recovered through

23   assertion of the '601 patent?

24      A.    As an inventor of any university patent,

25   there is a specific rule that allocates certain shares

LSI Corp. Exhibit 1034
Page 10

1   to all of the inventors involved.  I think that's what

2   it means here.  Economic interest.

3       Q.   And what is your share as it pertains to any

4   recovery for assertion of the '601 patent?

5       A.   Something very small.  I don't know.  They

6   divide it -- they have, like, 20, 30 percent

7   inventors, and then there are two of us that's half of

8   that.  So this is important, I can look it up.

9       Q.   As you sit here today, your best estimate is

10  10 to 15 percent of any recovery on the '601 patent;

11  is that correct?

12      A.   It's -- let's see.  Yeah, something in that

13  range, I believe.

14      Q.   And to date, have you received any

15  compensation based on this share due to assertion of

16  the '601 patent?

17      A.   Let me see.  You know, I don't recall,

18  although it's possible there could be -- there was

19  a -- some small license fee generated sometime back.

20  It's possible that we might have received a share of

21  it, but it's -- I don't remember exactly.  The

22  university should have a record.

23      Q.   (Inaudible.)

24      A.   Your voice is not getting through.  A

25  connection issue.  Can you hear me?

LSI Corp. Exhibit 1034
Page 11

1    Q.   (Inaudible.)

2    A.   You sound like -- you don't sound human.

3         MR. McELHINNY:  Your voice is being

4    modulated.

5         THE WITNESS:  You sound like a robot.

6    I can understand everyone else but you,

7    Mr. Reed.

8         MR. McELHINNY:  Is the tech on and can

9    help us out?

10        (A recess was taken.)

11   Q.   (By Mr. Reed)  Professor Moon, I was asking

12   before the interruption about whether you have any

13   documents that would confirm to you what exactly your

14   share is with respect to any recovery if an assertion

15   of the '601 patent.

16   A.   Yeah, I remember seeing it.  It's a matter

17   of going through the file and finding it.  If it's

18   important, I can -- is it important?  I can look it

19   up.

20   Q.   I can get it from counsel after the fact.

21   Let's move forward.

22   A.   Yeah.  I mean, it's a fixed -- fixed rule

23   they have, the university has.

24   Q.   And when you said the university, you're

25   referring to the University of Minnesota?

LSI Corp. Exhibit 1034
Page 12

1      A.    Yeah.

2      Q.    And that's a standard percentage for any

3   inventor who assigns a patent to the university; is

4   that correct?

5      A.    That's what I believe.  It's a general

6   university rule.

7      Q.    And so in addition to you, then, Dr.

8   Brickner also would be in line for some share of any

9   recovery on the '601 patent; correct?

10     A.    Yeah.  I think he gets equal share, same as

11  mine.  His share is same as mine, I believe.  That, I

12  remember.

13     Q.    During your time at the University of

14  Minnesota, did this create an incentive to have fewer

15  people listed as inventors on a given patent?

16     A.    That usually doesn't come into my mind.

17  Anybody who is involved gets on the list.  Back then,

18  it's just Brickner and myself who worked on it.

19     Q.    Have you received compensation from the

20  University of Minnesota based on their assertion of

21  other of your patents in the past?

22     A.    No, I don't remember getting any money from

23  the university other than my salary.  No.

24     Q.    Aside from your share of any recovery, do

25  you have any obligations with respect to the

LSI Corp. Exhibit 1034
Page 13

 1    university to participate in any assertion of your

 2    patent?

 3         A.    No obligation, I don't think so.

 4         Q.    So you're not compelled by contract or

 5    otherwise to participate in this IPR proceeding; is

 6    that correct?

 7         A.    No.  Nobody is forcing me.

 8         Q.    Back when you applied for the -- originally

 9    applied for the '601 patent, did you receive any

10    compensation from the university or anyone else for

11    your invention disclosure that led to the '601 patent?

12         A.    No compensation.

13         Q.    For instance, a number of companies have a

14    program where if you submit an invention disclosure

15    for potential patenting, you get a particular sum for

16    doing so.  Is there any such program at the University

17    of Minnesota?

18         A.    No.  The university doesn't have it

19    unfortunately.

20         Q.    What about when the patent was filed?  Did

21    you receive any compensation from the university?

22         A.    No, none whatsoever.

23         Q.    And when the patent -- I'm sorry, I didn't

24    mean to interrupt.

25               Today, given the delay in my questions and

LSI Corp. Exhibit 1034
Page 14

 1   your responses, we're going to have to work hard not

 2   to talk over each other.  So I apologize.  I will give

 3   you as much time as I can to respond, and please allow

 4   me to finish my question before you respond as well.

 5   Thank you.

 6          And finishing that line of thought with

 7   respect to issued patents, when a patent issued that

 8   is assigned to the university, did you receive any

 9   compensation -- any compensation by virtue of the fact

10   that the patent issued?

11       A.   No.

12       Q.   So your only compensation or potential

13   compensation with respect to the '601 patent is your

14   estimated 10 to 15 percent share of any recovery of

15   any assertion; correct?

16       A.   Monetarywise, yes.  Correct.

17       Q.   Why did you caveat your answer to

18   monetarywise?  Is there some other benefit you're

19   receiving?

20       A.   Well, the recognition, my technology is

21   being used in the industry.

22       Q.   I see.  So the satisfaction of seeing your

23   invention being afoot in the industry is its own

24   reward; is that what you're saying?

25       A.   Yes, and getting the recognition.

LSI Corp. Exhibit 1034
Page 15

1      Q.    And so other than that recognition and other

2   than any potential reward, based on your share of any

3   recovery from an assertion, do you receive any other

4   benefit from the '601 patent?

5      A.    No, nothing else.

6      Q.    And other than your potential share of any

7   recovery, are you receiving any compensation for

8   appearing for your deposition here today?

9      A.    No, no.  No.

10      Q.    And did you receive any compensation --

11   sorry.  Please go ahead.

12      A.    I'm not charging any of my time for this

13   procedure.

14      Q.    And did you charge any for your time or

15   receive any compensation for preparing your

16   declaration in this IPR proceeding?

17      A.    No.  Nobody asked and I didn't ask either.

18      Q.    Professor Moon, if you can look back at

19   Exhibit 1001, the '601 patent, please.

20      A.    Yeah.

21      Q.    Professor Moon, what exactly, in your view,

22   is the invention of the '601 patent?

23           MR. McELHINNY:  Object to form.

24           THE WITNESS:  That's -- I mean, that's

25        really broad question.  If you can be a

LSI Corp. Exhibit 1034
Page 16

```
 1      little bit more specific, that would be

 2       nice.

 3      Q.   (By Mr. Reed)  Well, the question wasn't

 4  intended to be broad.  I'm asking you, in your view,

 5  what did you invent?

 6      A.   It's a maximum transition run code, as the

 7  name implies.  This is to be used in magnetic coding

 8  to limit particular patterns of writing to prevent

 9  from particular patterns to be written so that you can

10  get some gains out of it.

11      Q.   Professor Moon, you filed the application

12  that ultimately issued as the '601 patent on

13  October 15th, 1996; correct?

14      A.   Yes.

15      Q.   And before that, you filed a provisional

16  application to which the '601 patent claims priority

17  on April 5th, 1996; correct?

18           I'm sorry, I couldn't hear your answer.

19  Could you say it again.

20      A.   Did you get it?  Yes.

21      Q.   Yes.  Thank you.

22           If we can turn back to Exhibit 2016, your

23  declaration, and in particular Paragraph 44.  In

24  Paragraph 44, you state, "Under these grants, Brickner

25  and I sought to develop coding schemes to improve
```

LSI Corp. Exhibit 1034
Page 17

1    sequence detection performance for HDDs.  In the

2    course of our research and by the spring of 1995, we

3    developed, invented, conceived, and reduced to

4    practice the MTR codes claimed in the '601 patent."

5            Do you see that, Dr. Moon?

6        A.   I see that.

7        Q.   What exactly was your personal contribution,

8    if any, to the inventions of the '601 patent?

9            MR. McELHINNY:  Object to form.

10           THE WITNESS:  Well, I developed and

11        invented the coding scheme that improves

12        detection performance of HDDs, and I -- and

13        along the way, I named the name.  I named

14        the MTR code.

15       Q.   (By Mr. Reed)  If that was your

16   contribution, then what exactly was Dr. Brickner's

17   contribution to the inventions in the '601 patent?

18       A.   Yeah, he did simulation.  He and I talked.

19   Usually, when two people invent something, there's

20   exchange of, you know, thoughts and discussions and

21   sometimes very hard to separate who did what.  But

22   generally speaking, he did a lot of simulation, and,

23   you know, I gave an idea and he confirmed it .  That

24   sort of exchange is usual and which is also what

25   happened here.

LSI Corp. Exhibit 1034
Page 18

1    Q.   Did you personally first conceive of the

2    idea of MTR?

3    A.   Yes, I think so.

4    Q.   Not Dr. Brickner?

5    A.   Well, again, as I said, he co-developed it

6    by simulating performance and -- simulating

7    performance and confirming some of my ideas.

8    Q.   So you had the ideas and then he confirmed

9    your ideas using simulation; is that accurate?

10        MR. McELHINNY:  Object to form, asked

11        and answered.

12        THE WITNESS:  I think I answered your

13        question.  It was a co-development and

14        sometimes very hard to separate roles, but

15        generally, yeah, he and I developed ideas

16        together.  But usually I would give idea to

17        him and he would run the simulation and

18        we'd talk and go back, that sort of

19        exchange.  So that's why we are

20        co-inventors.

21    Q.   (By Mr. Reed)  Looking back at Paragraph 44

22    of Exhibit 2016 --

23    A.   Yeah.

24    Q.   -- you state, "By the spring of 1995, we

25    developed, invented, conceived, and reduced to

LSI Corp. Exhibit 1034
Page 19

1    practice the MTR codes claimed in the '601 patent."

2    Do you see that?

3         A.    Yes, I see that.

4         Q.    When exactly did you and Dr. Brickner first

5    conceive of the inventions of the '601 patent?

6         A.    I think it's sometime April or May of 1995.

7         Q.    And in what way did you conceive of the

8    inventions of the '601 patent in April or May of 1995?

9         A.    What was the question again, please?

10        Q.    You said you conceived of the invention in

11   April or May of 1995, and I'm asking you what do you

12   mean by you conceived of the invention at that time?

13        A.    Well, specific way of making the code.  In

14   other words, specific way of mapping input to output

15   such that you eliminate, you are able to eliminate

16   certain patterns in the recording waveform.

17        Q.    So take me back to April or May of 1995.

18   What were you working on and what was Dr. Brickner

19   working on that you arrived at the proceeding of this

20   invention?

21        A.    What was the question again?

22        Q.    So I want you to take me back to spring of

23   1995 when you conceived of this invention.  What were

24   you working on that led to the conception of this

25   invention?

LSI Corp. Exhibit 1034
Page 20

1      A.    Yeah, I was working with Seagate engineers

2   and also we would go to sourcing locationally.  And,

3   you know, I was working on various research projects

4   actually.  Mostly most of them involving data storage.

5   Most of them hard disc drivers.

6           And coding is one -- one of the various

7   projects that I was working on.  And when I look back,

8   he -- at that time we were struggling to -- we knew

9   that limiting -- eliminating these consecutive

10   transitions is a good thing to do, but the question

11   was how.  How to do it.  And back then, it was -- it

12   was a often problem and nobody knew how to do it.

13           We were the ones who probably the first ones

14   who knew that eliminating these sequences will be good

15   thing to do, but it's possible that other people also

16   realized that doing so would be good.  But, again, you

17   know, the hardest thing to do is can you actually do

18   it with a high enough rate, high enough rate for the

19   code, meaning that you overhead for coding is not

20   much.

21           So that was a tough problem to look at.  And

22   if I look back, though -- look back at the records,

23   you know, we submitted the record -- you probably have

24   it -- to Seagate in April.  Now, April records, we

25   specifically, you know, asked this question, how to

LSI Corp. Exhibit 1034
Page 21

1    eliminate these -- these sequences through a coding.

2    That's the question.  I'm rephrasing it, but there

3    was -- there was that specific question in the record.

4            So that -- that record was dated early

5    April.  So from that time on, until in May where we --

6    the record shows that we have -- we have a written,

7    you know, coding scheme, specific coding scheme

8    implemented and simulation was run -- ran, simulation

9    was run to get promising results.  So that's why I'm

10   saying it's got to be April and May, between April and

11   May.  Sometime in April and May when we devised the

12   specific method code, MTR code.

13       Q.    Now, you mentioned that the problem was

14   eliminating consecutive transitions.  Had others

15   devised ways of addressing this problem prior to MTR?

16       A.    Not that I know.  Well, I mean, I know that

17   for sure because when we came up with this idea,

18   people were confused in the beginning.  But very

19   soon -- very soon this work got -- I mean, this work

20   became very, very well-known.  So, I mean, everyone in

21   the industry knows about this MTR code, and anyone

22   who -- who are serious processing code -- coding

23   engineers at the time should know this invention, MTR

24   code.  It's very widely known at that time.  Quickly,

25   you know, became a well-known idea.

LSI Corp. Exhibit 1034
Page 22

1    Q.   For example, RLL codes, did those work to

2    eliminate consecutive transitions?

3    A.   RLL code was devised for different reasons,

4    different purposes.  RLL code was developed, like,

5    probably 10, 20 years earlier.  It's been around.  The

6    purpose of RLL code was to separate physical distance

7    between transitions so that you have well-separated

8    transitions.

9         Now, MTR code is not.  The goal is not to

10   separate transitions -- transitions, but sometimes you

11   allow transitions, but you don't allow too many

12   transitions happening at the same time.  So that's, I

13   believe, from the MTR.

14   Q.   So employing RLL would avoid the problem of

15   too many detected transitions; correct?

16   A.   Yeah, it does that, but it also creates

17   other problems.  Its rate of the code is fundamentally

18   very, very low.  So it became not useful for

19   high-density recording like magnetic distance.

20   Q.   Now, turning back to Paragraph 44 of your

21   declaration, Exhibit 2016, you also say that by the

22   spring of 1995 , you had reduced to practice the MTR

23   codes claimed in the '601 patent.

24        Do you see that?

25   A.   Yes, I see that.

LSI Corp. Exhibit 1034
Page 23

1      Q.   And what do you mean in that paragraph?

2   What reduction to practice had you performed by the

3   spring of 1995?

4      A.   By reduction to practice, I mean computer

5   simulation based on synthesized waveforms and

6   synthesized noise samples added to it, to them, and

7   you basically run computer-simulated -- you basically

8   run your algorithm using computer and actually count

9   the errors, random sequence -- random inputs, data

10   patterns gets injected into the model and random noise

11   samples get added to it and you actually count the

12   errors to see the performance of your code.  And

13   that's what we did.  And in this industry, that's even

14   in industry, not just academia, even in this industry,

15   that's a very common practice.

16          You probably have -- I don't know if you --

17   you're probably familiar with the storage industry.

18   If you are, then you would know what black box

19   synthesized waveform is.  So that's what companies do

20   too.

21      Q.   As of the spring of 1995, had you

22   implemented your invention of MTR codes in an actual

23   physical device?

24      A.   We implemented in computer systems.  So it's

25   a software implementation, but we still call it

LSI Corp. Exhibit 1034
Page 24

1    implementation because it's exactly like what we would

2    do in discretized digital chip.  Remember computer is

3    a discrete system.  It's a digital system.  So it

4    deals with the logics same as VLSI architecture.  It's

5    just that VLSI is a designated, dedicated hardware.

6    Computer is a more general hardware, but it's a

7    hardware.  You run software in a generalized hardware

8    setup.  That's what computer simulation is.

9        Q.   I appreciate what computer simulations are,

10   Dr. Moon.  And I want to get you out of this

11   deposition as quickly as possible.  So I'm going to

12   ask you to just answer the questions I ask without

13   further elaboration, if you would, please.

14           So with respect to -- my question was:  As

15   of that point, spring of 1995, had you implemented it

16   in an actual physical device beyond computer

17   simulations?

18           MR. McELHINNY:  Object to form, asked

19        and answered.

20           THE WITNESS:  Well, my answer to you

21        is we implemented in computer systems but

22        not in VLSI digital hardware.

23       Q.   (By Mr. Reed)  Let me fast-forward to

24   January 31st of 1996.  By January 31st of 1996, would

25   your answer be the same in terms of had you

LSI Corp. Exhibit 1034
Page 25

```
 1    implemented it in hardware beyond computer

 2    simulations?

 3            MR. McELHINNY:  Object to form.

 4            THE WITNESS:  Yeah, we -- we ran

 5         different computer simulations, different

 6          setups, more simulations.  Yeah.  But it's

 7          computer-based implementation.

 8       Q.   (By Mr. Reed)  Not in any VLSI hardware;

 9    correct?

10       A.   Not VLSI hardware.

11       Q.   And when you refer to "we implemented it in

12    computer systems," you're referring to computer

13    simulations; correct?

14       A.   Computer simulations, correct.

15       Q.   Let's pull up Exhibit 2035.  As cited in

16    your declaration?

17       A.   That's my invention disclosure.

18       Q.   That's the one.  Professor Moon, at the top

19    of the first page -- actually, let me stop.

20            Do you have that in front of you, sir?

21       A.   Yes.

22       Q.   And I have it up on the screen also if you

23    care to look at it that way as well.

24       A.   Okay.

25       Q.   On the top of the first page of
```

LSI Corp. Exhibit 1034
Page 26

1  Exhibit 2035, the number 96025 is written.  Do you see

2  that?

3      A.   96025.  Where is that?  Yes, I see that.

4      Q.   Does that number represent the invention

5  disclosure number that was assigned to your

6  disclosure?

7      A.   I don't know what it is.  In fact, I -- I

8  never recognized that number before.

9      Q.   We'll see that number a few times today.  So

10 keep it in mind for me, if you would.

11     A.   Okay.

12     Q.   If you can describe for me, please,

13 Professor Moon, the process of submitting invention

14 disclosures at the University of Minnesota during the

15 time period of Exhibit 2035.

16     A.   The process?

17     Q.   Yes.

18     A.   Well, you write up key information about

19 your invention and file it to the university.  I don't

20 know.  Is that the answer you're looking for?

21     Q.   You say you write up key information about

22 your invention.  Were you given a template or given a

23 form to fill out?

24     A.   What you see here, that's the form.  It's

25 like a -- it's a letterhead.  And other than that, I

LSI Corp. Exhibit 1034
Page 27

 1    think it's just a -- you can just write any text you

 2    want.

 3         Q.    And did you personally serve as the author

 4    of the disclosure marked as Exhibit 2035?

 5         A.    I believe so.

 6         Q.    And as part of your employment at the

 7    University of Minnesota, were you required to assign

 8    any inventions to the university?

 9         A.    Required to what?  Assign?

10         Q.    Assign any inventions or patents issued from

11    inventions to the university?

12         A.    As university, you mean -- you mean assign

13    it to -- you mean University of Minnesota becomes the

14    assignee of the invention patent?  Is that what you're

15    asking?

16         Q.    That's what I'm asking.

17         A.    Yes.  Yes.  Yes, that's a -- I believe

18    that's a rule.

19         Q.    Other than a potential share in the recovery

20    of a later assertion of the patent, did the university

21    in any way incentivize you to write up the disclosures

22    and get patents?

23         A.    How can I answer that question?  No.

24    Unfortunately, no.

25         Q.    So this invention disclosure marked as

LSI Corp. Exhibit 1034
Page 28

1    Exhibit 2035, you received no special compensation for

2    drafting that disclosure; is that correct?

3        A.    No.

4        Q.    Did you receive any assistance from anyone

5    that you recall in preparing the disclosure of

6    Exhibit 2035?

7        A.    This invention disclosure?

8        Q.    That's correct.

9        A.    I -- probably I talked to Barrett.  I -- you

10   know, I don't exactly know how much writing each one

11   of us did, but I'd like to say I did it, but I

12   don't -- I don't remember.  But it's between myself

13   and Barrett.

14       Q.    Turning to Page 3 of the Exhibit 2035, both

15   you and Barrett Brickner are listed as developers;

16   correct?

17       A.    Correct.

18       Q.    Did anyone else participate in any way in

19   the invention that is disclosed in this particular

20   form?

21       A.    I don't understand your question, but no.

22   No.  Just -- you mean in writing?  Anybody helped

23   writing or -- I don't know what --

24       Q.    I'm talking about the underlying invention

25   that you were attempting to disclose here.  Did anyone

LSI Corp. Exhibit 1034
Page 29

1   else participate other than the two developers listed

2   on Page 3 of Exhibit 2035?

3       A.   No.  Just Brickner and I.

4       Q.   You mentioned that at that time you were

5   working with Seagate engineers; is that correct?

6       A.   Yes.

7       Q.   And who specifically were you working with

8   at Seagate during this period?

9       A.   Robert Kost and Paul Tsang.  I don't know

10  his legal first name, but we use -- he was known as

11  Paul.  Paul Tsang.  These two guys were the -- were

12  the contacts from Seagate that we talked to about this

13  particular research project from which MTR idea was

14  born.

15      Q.   And was Seagate providing funding for

16  your --

17      A.   Yes.

18      Q.   -- project at that time?

19      A.   Yes.

20      Q.   Okay.  We'll go back to that in a second.

21           MR. REED:  I just want to point out to

22       counsel I see Social Security numbers on

23       this form.  We may want to substitute an

24       exhibit going forward, so that's not part

25       of the public record.

LSI Corp. Exhibit 1034
Page 30

1            MR. McELHINNY:  I appreciate that, and
2      I normally just take that to my paralegal.
3      Q.   (By Mr. Reed)  Let's turn to Paragraph --
4   excuse me -- Page 4 of Exhibit 2035.  There's a
5   section entitled funding.  Do you see that, Professor
6   Moon?
7      A.   Yes.
8      Q.   And it says, "List all sources of funding
9   external and/or internal that were used to fund the
10  research resulting in the invention.  It is important
11  that this information is accurate and complete because
12  sponsors may have certain rights in the invention."
13           Do you see that?
14     A.   Yes, I see that.
15     Q.   And under that heading, you listed two
16  entities:  Seagate Technology and National Storage
17  Industry Consortium/ARPA.
18           Is that correct?
19     A.   Correct.
20     Q.   And what specifically was Seagate
21  Technology's contribution or funding to the research
22  that resulted in MTR codes?
23     A.   Just funding.  Both agencies, they funded
24  and we talked about plans, schedules and tentative
25  milestones.  The usual stuff, but they didn't

www.huseby.com          Huseby, Inc.  Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

LSI Corp. Exhibit 1034
Page 31

1    participate in research.

2        Q.   As part of providing you that funding, did

3    you have any obligation back to Seagate?

4        A.   Usually, you know, the contract issues,

5    university handles it.  But my understanding -- I

6    don't know if I -- I'll answer it.  My understanding

7    is that the sponsors usually get certain rights to any

8    IPs generated.  That's my understanding.

9        Q.   And in this particular instance, do you know

10   what certain rights Seagate received as a result of

11   funding the research to the MTR codes?

12       A.   I don't -- I mean, I don't know.  The

13   university has the information.

14       Q.   Do you recall how much funding Seagate

15   provided to you with respect to this particular

16   project?

17       A.   This particular project?

18       Q.   Yes.

19       A.   I have to look it up, but it's probably -- I

20   usually get something like 100,000 a year back then,

21   maybe 70 to 100,000 a year.  So that shouldn't be

22   too -- I shouldn't be too much off that number.

23       Q.   And that's funding for all of your projects

24   for Seagate or just this one particular MTR project?

25       A.   I think I just got that money from Seagate

LSI Corp. Exhibit 1034
Page 32

 1    at the time.  Sometimes I would get multiple projects

 2    from different divisions of Seagate, but this time, I

 3    think it's just this.

 4         Q.   And same question with respect to the

 5    National Storage Industry Consortium.

 6         A.   Yeah, it's just -- you know, it's possible

 7    that I got -- they have -- they usually run tape work

 8    and hard disc work.  It's possible at the time that I

 9    get funding from both.  But this particular one is

10    obviously for hard disc drive.  So this agency grand

11    number, whatever it is, is for hard disc drives, I

12    believe.

13         Q.   When you say for hard disc drives, what do

14    you mean exactly for that?

15         A.   There's a program called ultra high-density

16    disc drive, UHDR, if my memory serves me correct.  And

17    under that big name, there are many different projects

18    going on depending on what's the area of your

19    research.  They had magnetic media work going on.

20    They also had head work, they had tribology, and they

21    had coding or processing work going on.  And I was

22    involved in, of course, that coding MTR processing

23    branch of the efforts and seek patents.

24         Q.   With respect to the National Storage

25    Industry Consortium, what rights, if any, do they have

LSI Corp. Exhibit 1034
Page 33

1   to any inventions that resulted from your research?

2        A.   I'm sorry, say that again, please.

3        Q.   In Exhibit 2035 that we're reviewing right

4   now, again, it says, "Sponsors may have certain rights

5   in the invention."

6        A.   Yes.

7        Q.   My question is:  As a consequence of funding

8   your research during this period, did the National

9   Storage Industry Consortium receive certain rights to

10  your invention disclosed in Exhibit 2035?

11       A.   You know, I mean, I can give you answers to

12  those contract issues, but it would be guesses, and I

13  understand this is not about guessing.  So it's not

14  clear to me.  But the university should know all about

15  the contract issues and contract, so I don't want to

16  guess.

17       Q.   To your recollection, did the National

18  Storage Industry Consortium receive any rights to your

19  invention by virtue of providing you funding?

20            MR. McELHINNY:  Objection, foundation.

21            THE WITNESS:  Again, I don't want to

22       guess.  Possibly, but the university should

23        have all the answers.

24       Q.   (By Mr. Reed)  Based on your work -- sorry.

25  Go ahead.

LSI Corp. Exhibit 1034
Page 34

```
 1      A.    I'm sorry.  Go ahead.  Finish your question.

 2      Q.    No, go ahead.  What were you going to say?

 3      A.    I was going to say that, I mean, my work --

 4  my concern is the technical side, and I just listed

 5  these companies because I understand that they provide

 6  funding.  That's all.  Beyond that, the specifics, the

 7  right issues, contracts, university take care of it.

 8  I mean, I have no control over it.  You probably

 9  understand that.  The individual investigators have no

10  say in that.

11      Q.    With respect to the two companies listed,

12  let's start with Seagate.  By virtue of Seagate

13  providing you this funding, did you have any

14  particular obligations you had to fulfill as a result

15  of receiving -- receipt of that funding?

16           MR. McELHINNY:  Objection, foundation.

17           THE WITNESS:  Well, again, my -- I

18       mean, my interest and concern was really

19       just to have a discussion, technical

20       discussion with Robert Kost and Paul Tsang

21       and make sure that our technology does

22       address the issues that Seagate is

23       interested in.

24           And also, you know, that should also

25       be consistent with my own research
```

LSI Corp. Exhibit 1034
Page 35

```
 1        directions, my interest.  So the technical

 2        questions, I would love to answer you, give

 3        you full details, but about contracts and

 4        these issues, it's -- I'm not the right

 5        person to ask.

 6        Q.   (By Mr. Reed)  My question was more research

 7   related.

 8        A.   Oh, okay.

 9        Q.   In terms of did you have any deadlines or

10   performance expectations that were associated with the

11   funding you received from Seagate or the National

12   Storage Industry Consortium?

13        MR. McELHINNY:  Object to form.

14        THE WITNESS:  No, when they deal with

15        university researchers, they understand

16        that you cannot have these set milestones

17        that you must meet.  They might have rough

18        guidelines and directions, but it's

19        research.  Research means that you cannot

20        predict outcome.  So there's really no set

21        target that you need to achieve.

22        Q.   (By Mr. Reed)  Dr. Moon, during your tenure

23   at the University of Minnesota, did you ever work or

24   interact with an entity called Alpha Consulting?

25        A.   I didn't get the last part of it.  The
```

LSI Corp. Exhibit 1034
Page 36

1   connection was -- again, there was a spot -- one of

2   those moments.

3       Q.   During your tenure at the University of

4   Minnesota, did you ever work or interact with an

5   entity called Alpha Consulting?

6       A.   I don't remember the name, but it's possible

7   that university -- I remember on several occasions --

8   this is not just me, but the university will hire

9   consulting people and let -- let him or her talk to

10  inventors about, you know, how to market the

11  invention.

12          So it's possible as part of that, it's

13  possible that I did talk to some of them and provided

14  some information regarding inventions, not just MTR,

15  but all of the inventions that I have for the

16  university.

17      Q.   If we can look at what has been marked as

18  Exhibit 1014 to your deposition.

19      A.   Are you going to put it up?

20      Q.   I will.

21      A.   I'll just wait for it.  That's fine.  Okay.

22  I see.  Got it.

23      Q.   Does this refresh your recollection as

24  having worked with Alpha Consulting?

25      A.   No.  Again, the name itself doesn't ring a

LSI Corp. Exhibit 1034
Page 37

 1   bell, but, I mean, the record indicates, yeah, what

 2   happened.  So what is it about?  Is it about this

 3   company selling MTR codes to different -- it says --

 4   okay.  So, yeah, they're the technology, and it's

 5   possibly applicable to hard drivers, DVDs and DSL.

 6   Yeah.  Sure.  I mean, I don't remember, but it's not

 7   surprising.

 8        Q.   I haven't asked you a question about it yet.

 9   I'm just asking if you recognize this document?

10        A.   I recognize the contents of it.  I

11   understand that.

12        Q.   And the MTR codes listed underneath the

13   heading Alpha Consulting Technology Transfer and

14   Commercialization, is that a reference to your

15   invention disclosure?

16        A.   Yeah, I see that now.  Yeah, MTR code and

17   you did mention that number, 96025.  I do see that

18   now.

19        Q.   And the patent number that's handwritten in

20   the upper left-hand corner of this document, 1014,

21   that was produced by the university.  That is your

22   patent; correct, sir?

23        A.   I recognize that.

24        Q.   And this document is a technology assessment

25   of your invention disclosure; is that correct?

LSI Corp. Exhibit 1034
Page 38

```
 1          MR. McELHINNY:  Object to form,
 2     foundation.
 3          THE WITNESS:  You know, I haven't read
 4     this, but what is it?  Is it written by
 5     this Alpha Consulting company or is this
 6     written by inventor, or what is it, by the
 7     way?
 8          This invention consists of an
 9     algorithm.  Okay.  So it's an executive
10     summary about the invention, but I have
11     written it?  I don't think so.
12          I'm sorry, what was your question
13     again?
14     Q.   (By Mr. Reed)  Dr. Moon, during your time,
15     your tenure at the University of Minnesota, did you
16     work with outside companies to understand the
17     potential commercialization of your invention?
18     A.   Yeah, as I answered earlier, on a few
19     occasions university wants us to talk to marketing
20     companies to -- to describe what the inventions are.
21     So as a part of that process, I think I give all the
22     information about MTR codes.  I think that's what I
23     answered.
24     Q.   This what we're reviewing as Exhibit 1014,
25     is that an example of such marketing company to which
```

LSI Corp. Exhibit 1034
Page 39

 1    you were providing this information?

 2            MR. McELHINNY:  Objection, foundation.

 3            THE WITNESS:  Repeat your question

 4       again, please.

 5       Q.   (By Mr. Reed)  With respect to what we're

 6    seeing in Exhibit 1014, would this be an example of

 7    the type of analysis to which you would provide

 8    information regarding your invention?

 9            MR. McELHINNY:  Objection, foundation.

10            THE WITNESS:  Is this document -- is

11       this one-page document or are there more?

12       I mean, without looking at it, I don't know

13       how much of this is something that came

14       from me or -- it looks like a 20,

15       40 percent -- I don't know.  I -- if it's a

16       technical description, I'm sure it came

17       from me or Brickner, but if it's marketing,

18       you know, concepts, ideas or strategies, I

19       don't think it came from me.

20       Q.   (By Mr. Reed)  Let's talk about the

21    technical contents.  Given that this is your invention

22    disclosure, would the technical content have come from

23    you?

24            MR. McELHINNY:  Objection, foundation.

25            THE WITNESS:  I have to read it.  But

LSI Corp. Exhibit 1034
Page 40

1    just to give you an example, "By

2    eliminating certain error-prone binary data

3    patterns, the algorithm reduces the overall

4    error rate."  Yeah.  Sure.  I'm sure I

5    provided that information.

6    Q.   (By Mr. Reed)  Would anyone else have

7  provided technical information regarding this document

8  other than you and Mr. Brickner at that time?

9         MR. McELHINNY:  Objection, foundation.

10        THE WITNESS:  No.  I don't think so.

11    Could be they might get the description on

12    the -- from the, you know, invention

13    disclosure that we filed with the

14    university.

15    Q.   (By Mr. Reed)  And the invention disclosure

16  that referenced the MTR codes, that is the invention

17  disclosure we discussed previous, Exhibit 2035;

18  correct?

19    A.   Yes.  It could have come from there, that

20  document.

21    Q.   So the technical content of what's been

22  marked as Exhibit 1014 would have come from either you

23  and Dr. Brickner or from the invention disclosure

24  itself; correct?

25    A.   That's my guess.

LSI Corp. Exhibit 1034
Page 41

1          MR. McELHINNY:  Objection, foundation.

2     Q.   (By Mr. Reed)  I'm sorry, what was your

3 answer?

4     A.   That's my guess.

5     Q.   Do you have any reason to believe it's

6 otherwise as you sit here today?

7          MR. McELHINNY:  Objection, foundation.

8          THE WITNESS:  As I said, if university

9      wants to know about MTR codes, they should

10      have come from either me or Brickner or

11      refer to the invention disclosure file.

12      So, yeah, at this point, I -- I cannot come

13      up with anyone else providing that

14      information.

15     Q.   (By Mr. Reed)  And that number, the 96025,

16 that's the same number we saw written in the top of

17 the invention disclosure; correct?

18     A.   I recognize that number.  Yes.

19     Q.   And does that refresh your recollection

20 about that being the number that was assigned to your

21 invention disclosure that we looked at earlier in

22 Exhibit 2035?

23     A.   To the best of my recollection.  Well, I see

24 that number now.  You showed me that number just now

25 and then I see the same number here.

LSI Corp. Exhibit 1034
Page 42

 1      Q.   So my question was:  Does that refresh your

 2   recollection of that number being assigned to your

 3   invention disclosure?

 4      A.   I can't understand your question.

 5      Q.   Do you recall that number, 96025, being

 6   assigned to your invention disclosure back in 1995?

 7      A.   I recall this number, 96025, from 20 minutes

 8   ago.  The first time you showed that number to me.

 9      Q.   And what I'm asking is:  By looking at this

10   document, does that refresh your recollection that,

11   yes, your invention disclosure was given that number

12   or not?

13      A.   No, I don't understand your question.  Can

14   you simplify your question?

15      Q.   I'm not trying to trick you here, Dr. Moon.

16   I'm just asking if it refreshed your recollection

17   having looked at this document, Exhibit 1014, does

18   that remind you that, yes, my invention disclosure was

19   given this number or it did not?

20           MR. McELHINNY:  Asked and answered.

21           THE WITNESS:  As I said, Alpha

22       Consulting, I mean, I don't even remember

23       this.  What I said was that, I mean, we

24       occasionally talked to marketing people

25       suggested by the university.  So it could

LSI Corp. Exhibit 1034
Page 43

```
 1        be.  This document could be one of those,

 2        you know, out of -- came out of one of

 3        those meetings.  That's all I can say.  I

 4        mean, I don't remember specifically what

 5        this Alpha Consulting was.  Are we talking

 6        about 30-something years ago; right?  Or is

 7        it?  I don't know.

 8    Q.   (By Mr. Reed)  Closer to 25, but, yes, some

 9  time ago.

10    A.   I don't remember what happened yesterday.

11        MR. REED:  Professor Moon, we've been

12        going just over an hour now.  Let's take a

13        ten-minute break.

14        THE WITNESS:  Okay.  Thank you.

15        (A recess was taken.)

16    Q.   (By Mr. Reed)  Professor Moon, let's look at

17  Exhibit 2016 again, your declaration.  And in

18  particular, in Paragraph 7 and 8 of your declaration,

19  you state, "In 1990, I joined the faculty of UMN in

20  the ECE department as an assistant professor.  I

21  became an associate professor in 1995, and a professor

22  in 1999."

23        Do you see that?

24    A.   Yes.  Yes, I see that.

25    Q.   And in the next paragraph, you state, "I
```

LSI Corp. Exhibit 1034
Page 44

 1   served as a professor at UMN until 2009 when I moved

 2   to KAIST.  I have been since 2009 and remain a

 3   professor at KAIST."

 4           Do you see that?

 5       A.   I do.

 6       Q.   When in 1999 did you become a full

 7   professor?

 8       A.   I'm sorry, what was the question?

 9       Q.   When in 1999 did you become a full

10   professor?

11       A.   When?  I don't remember.  Usually it happens

12   beginning of the semester, in the spring or fall.  So

13   it's probably either one.  I don't remember.  Is it

14   important?  I can try to look it up.

15       Q.   Well, let me ask this question:  When did

16   you leave the University of Minnesota to go to KAIST

17   in 1999?

18       A.   That, I remember exactly.  I become full

19   time -- I become an official member of KAIST in May of

20   2009.  So that's when I officially left the University

21   of Minnesota, either April or May of 2009.

22       Q.   So for the reporter's benefit, when you say

23   KAIST, you're referring to, all caps, K-A-I-S-T;

24   correct?

25       A.   We call it KAIST.  Yeah.

LSI Corp. Exhibit 1034
Page 45

1      Q.   And from 1999 until you left to join KAIST

2    in April or May of 2009, you were employed by the

3    University of Minnesota; correct?

4      A.   Yes.  I --

5      Q.   And why did you --

6      A.   I'm sorry, I was going to say I took leaves

7    at some time.  So I took leave of absence for a couple

8    years too, but I was still an employee of University

9    of Minnesota.

10     Q.   And why did you leave the University of

11   Minnesota in 2009 to join KAIST?

12     A.   Well, sometimes we move.  I don't know what

13   to -- that's a very interesting question.  But --

14   well, I moved because Minnesota was a lovely place,

15   but maybe I got sick of cold.  I don't know.  That's a

16   very interesting question, but it's very broad

17   question, so I don't know how to be given.

18     Q.   To your recollection, was there a specific

19   reason you left KAIST?  More money?

20     A.   No.  It was the same money.  Minnesota was a

21   great place.  University of Minnesota was a great

22   place, but I guess I was there for too long so I

23   wanted to leave.  Just to change my surroundings, I

24   guess.

25     Q.   And earlier during the deposition, you

LSI Corp. Exhibit 1034
Page 46

 1   mentioned that you may have received a small license

 2   fee for -- a small portion of a license fee from

 3   assertion of the '601 patent.  Do you recall that?

 4       A.   Yeah.  Yeah.  Although exactly if or how

 5   much, I don't remember, but quite possibly.  Because

 6   any income generated they go -- the university go by

 7   that rule strictly.  So even if it was small, I would

 8   probably have received it.  That's it -- that's my

 9   guess.

10       Q.   And do you recall the specifics of the

11   license that was involved from which you received this

12   payment?

13            MR. McELHINNY:  Objection to form.

14            THE WITNESS:  It was -- yeah, this was

15         long time ago.  Very beginning.  I mean,

16         I -- the university should have record of

17         when.  But there was, yeah, somebody wanted

18         to use that -- somebody wanted to consider

19         using the technology, I guess.

20       Q.   (By Mr. Reed)  So to your recollection,

21   someone paid the university some quantity of money to

22   use the technology, your '601 patent, and you received

23   some portion of that sum; is that correct?

24       A.   That's what I remember now, but as I said,

25   I'm not 100 percent sure.

LSI Corp. Exhibit 1034
Page 47

```
 1      Q.   To the best of your recollection, who was
 2   that person or entity that paid that money to the
 3   university?
 4      A.   Is this -- is this information best for the
 5   university?  I don't know.  Can I say this or --
 6           MR. McELHINNY:  Yes.  There's a
 7        protective order, Dr. Moon.  So you can
 8        disclose information that might otherwise
 9        be confidential in this deposition and it
10        remains confidential to this.
11           THE WITNESS:  Okay.  Okay.  So I can
12        say the company name; right?
13           MR. McELHINNY:  Yes.
14           THE WITNESS:  I think it's -- well, it
15        was Marvel, Marvel who wanted to look at
16        the possibility of using the technology in
17        their products.
18      Q.   (By Mr. Reed)  And in conjunction with
19   exploring that possibility, they paid some sum to the
20   university is your recollection?
21      A.   Yeah.  Yes.
22      Q.   And do you recall how much money that was?
23      A.   I don't recall exactly, but it wasn't really
24   a huge sum.  That, I remember.
25      Q.   Was it on the order of $100,000?  A million
```

LSI Corp. Exhibit 1034
Page 48

1  dollars?

2      A.   I don't think it's a million dollars because

3  then I would remember.  I don't know.  I probably

4  bought a car, but I don't remember buying mansion.  So

5  it's less than that.

6      Q.   So in terms of what you received personally,

7  was it on the order of $10,000 or less?

8      A.   Probably.  I don't know.  It probably was.

9  If anything, it was lunch money.

10     Q.   I'm sorry, what was that?  Lunch money?

11     A.   If anything, it was lunch money.  Yeah.

12  Money enough to buy sandwich, some small sum.

13     Q.   So certainly less than $5,000 then, or you

14  have very expensive taste in lunch.

15     A.   No, it could be several thousand, but I

16  don't remember exactly.  Again, if it's important, the

17  university should have the record.

18     Q.   Other than this one payment to the

19  university as a portion of a payment Marvel made to

20  the University of Minnesota, have you received any

21  other monetary compensation from the university's

22  assertion of the '601 patent?

23     A.   I don't remember getting any money from any

24  other sources or university, no.

25     Q.   And if the asserted claims in this IPR

LSI Corp. Exhibit 1034
Page 49

1    proceeding are canceled, meaning the PTAB finds it not

2    patentable, you will not receive any money in virtue

3    of participating in this proceeding either; correct?

4        A.   That's -- yeah, that would be -- yeah, yes.

5    You're right.  Correct.  I'm not getting any.

6        Q.   If we can turn to the document we've marked

7    as Exhibit 1016.

8        A.   What was it about?

9        Q.   I'll pull it up for you here.  Give you a

10   minute to review it.  This is a single-page document,

11   Dr. Moon.

12       A.   Yes.  I see that.

13       Q.   Do you recognize this document, Dr. Moon?

14       A.   Yes.

15       Q.   Is this an e-mail exchange between you and

16   an individual named Beth Trend?

17       A.   Yes.

18       Q.   And your co-inventor, Dr. Brickner, was also

19   copied on --

20       A.   Yes.

21       Q.   -- these e-mails; correct?

22       A.   Yes.

23       Q.   You'll see that your e-mail address has the

24   extension BERMAI.com.  What is BERMAI.com in reference

25   to?

1     A.    That's the name of the company that I

2   started in this time frame, early 2000.

3     Q.    And what company was that?  What was it

4   called, Bermai?

5     A.    Yes.

6     Q.    And what was Bermai in the business of?

7     A.    It was trying to make WiFi chips, not the

8   data sourcing industry.

9     Q.    Does that company still exist?

10    A.    No.

11    Q.    And Dr. Brickner worked with you at Bermai?

12    A.    Yeah, he worked there.

13    Q.    At that time, were you also working at

14   KAIST?

15    A.    No.  This was before I moved to KAIST.

16   Several years before.

17    Q.    At that time, were you also working at the

18   University of Minnesota?

19    A.    You know, in this time frame, I'm not

20   exactly sure.  At some point, I was part time.  At

21   this point, I don't know exactly whether I was

22   completely on leave, but -- but I was officially

23   employee of the university, I believe.

24    Q.    And in this e-mail, who is Beth Trend?

25    A.    Beth Trend was the -- well, it says it --

LSI Corp. Exhibit 1034
Page 51

1   licensing associate working for the university.

2       Q.   And from your recollection, what was her

3   role at the university as the licensing associate?

4       A.   Pardon me?

5       Q.   During this time frame, what was her role at

6   the university as the licensing associate?  What did

7   she do?

8       A.   Well, she -- I believe she was concerned

9   with licensing, you know, to -- to generate revenues

10  by licensing university technologies.  So part of her

11  job is to interact with the inventors, university

12  professors.  So I guess this e-mail is part of that.

13      Q.   And in her e-mail to you, in the lower half

14  of the page, she references the MTR patent.  Is that

15  in reference to the '601 patent?

16      A.   I believe so.

17      Q.   And again, we see this 96025 number written

18  at the top of the e-mail we saw in the previous

19  e-mails; correct?

20      A.   I recognize that.

21      Q.   And to your knowledge, was the maintenance

22  fee paid on the '601 patent at this time?

23      A.   Yeah, she's -- I guess she's asking whether

24  it's worth paying for that 455 maintenance fee.  So my

25  answer obviously is go ahead pay the fee.

LSI Corp. Exhibit 1034
Page 52

1      Q.   So your recommendation in April of 2002 was

2   to pay the maintenance fee on the '601 patent;

3   correct?

4      A.   Yes.

5      Q.   I'm going to bring up and share with you

6   another document that has been -- actually, let me --

7   I have an e-mail and I have an attachment, so I'm

8   going to bring them both up for you.  If I can bring

9   them up at one time here.

10          I'm putting up for you an e-mail that's been

11   produced to us, and then the attachment to that

12   e-mail, Exhibit 1017 and 1018.  Let me see if I can

13   share both of these.  I think I can.

14          Professor Moon, I have brought up on the

15   screen what's been marked as Exhibit 1017, an e-mail,

16   and then the attachment that was produced to us, which

17   has been marked as Exhibit 1018.  Do you see those

18   documents, sir?

19      A.   Yes.

20      Q.   And do you recognize that e-mail and that

21   attachment, sir?

22      A.   Yes.

23      Q.   And are you the Jae Moon who is listed as

24   one of the senders in one of the e-mails in this

25   e-mail chain?

LSI Corp. Exhibit 1034
Page 53

1    A.   Correct.

2    Q.   Now, the other individuals that were

3  participating in this e-mail chain back in June of

4  2008 were Ann Slavec and Jay Schrankler.  Do you see

5  that?

6    A.   Yes.

7    Q.   And who was Ann Slavec?

8    A.   They work for university, the technology

9  transfer office.  I don't know exactly what their

10  roles were there, but they are probably -- probably

11  they replace Beth.  One of them could be possibly a

12  university lawyer.  I cannot recall.

13    Q.   But both Ms. Slavec and Mr. Schrankler as of

14  June 2008 worked for the university technology

15  transfer office?

16    A.   Yeah, that's for sure, I believe.  I mean,

17  that's for sure.

18    Q.   And the technology that you discuss with Ms.

19  Slavec and Mr. Schrankler is the technology that's

20  found in your '601 patent; correct?

21         MR. McELHINNY:  Object to form.

22         THE WITNESS:  I believe so.

23    Q.   (By Mr. Reed)  How often did you

24  communicate, if at all, with people from the

25  university technology transfer office?

LSI Corp. Exhibit 1034
Page 54

```
 1      A.   How often?

 2      Q.   Yes.

 3      A.   It's not often.  I don't know how many

 4  times, but sporadic.  Whenever issue comes up, we

 5  exchange few e-mails and then stop and then issue

 6  comes up.

 7      Q.   And at this time that the e-mail,

 8  Exhibit 1017, was sent with the attachment,

 9  Exhibit 1018, on June 10th, 2008, you were still

10  employed as a professor at the university; correct?

11      A.   Yes.  I was also working at a company in

12  California too.  I think I was on leave.  That means I

13  can work for the company full time, but also I'm

14  officially still an employee of the university.

15      Q.   I see.  Thank you.

16           And which company were you at at this

17  time --

18      A.   In 2008 --

19      Q.   -- in California?

20      A.   In 2008, I was working for a company named

21  Link_A_Media.  L-A-M-D.

22      Q.   And what did Link_A_Media do?  What was

23  their purpose?

24      A.   My -- purpose of my work or purpose of the

25  company?
```

LSI Corp. Exhibit 1034
Page 55

1      Q.    Let's start with the company.

2      A.    The company is a -- the company is a fairly

3   established startup which makes media chips for hard

4   disc drives.

5      Q.    And what was your research in particular at

6   this time?

7      A.    My role was the CTO, meaning that I was

8   responsible for technology development.

9      Q.    And how long were you at this company in

10   your tenure?

11      A.    Where about?

12      Q.    How long did you work for them?

13      A.    Not long.  Probably a little more than a

14   year.

15      Q.    Let me pull up for you what's been marked as

16   Exhibit 1019, Dr. Moon.  I believe you've been

17   provided with electronic copies of all of these

18   exhibits.  Is that the case?

19      A.    Yeah, I think so.  But --

20      Q.    If at any point -- if at any point you want

21   to review it or review additional pages that aren't

22   being displayed on the screen at a given time, please

23   feel free to do that.

24      A.    Okay.

25      Q.    Given this virtual environment, it's

LSI Corp. Exhibit 1034
Page 56

 1    difficult, but feel free to take whatever time you

 2    need to look at whatever documents I display on the

 3    screen in their entirety as you see fit.

 4         A.   Okay.

 5         Q.   I'm going to share now Exhibit 1019.  It's a

 6    letter addressed to Mr. Lawrence A. Horn at MPEG LA.

 7    Do you see that?

 8         A.   Yes, I do.

 9         Q.   And it's being sent from the University of

10    Minnesota Office of the General Counsel.  Do you see

11    that?

12         A.   Uh-huh (affirmative).

13         Q.   If you can look up -- if you can look on

14    Page 3.  You were, in fact, copied on this letter --

15         A.   Yes.

16         Q.   -- from December 17th, 2008; correct?

17         A.   Yes.

18         Q.   And do you recall why you were copied on the

19    letter marked Exhibit 1019?

20              MR. McELHINNY:  Objection, foundation.

21              THE WITNESS:  I -- probably because --

22         probably because I provided technology

23         background on this.

24         Q.   (By Mr. Reed)  And if you look at the

25    midpoint of Page 2 of Exhibit 1019, it discusses the

LSI Corp. Exhibit 1034
Page 57

1    '601 patent.  Do you see that?

2        A.    I see that.

3        Q.    And in particular, Claim 13 of the '601

4    patent; correct?

5        A.    Yes.

6        Q.    And that is the same '601 patent in which

7    you are an inventor; correct?

8        A.    Yeah.  Yes.

9        Q.    And the same '601 patent on which is the

10   subject matter of this IPR proceeding; correct?

11       A.    Yes.

12       Q.    And on December 17th, 2008, this is a

13   submission by the University of Minnesota of your

14   patent, the '601 patent, for evaluation of

15   essentiality for inclusion in the Blu-ray disc patent

16   portfolio license; correct?

17       A.    Correct.

18       Q.    Besides yourself and Dr. Brickner, a number

19   of people are also copied on this particular letter,

20   including someone named Michael F. Moore.  Do you see

21   that?

22       A.    Yes.

23       Q.    And as by produced to us by the university,

24   his name is highlighted.  Do you see that?

25       A.    Yes.  Probably because this is a copy that's

LSI Corp. Exhibit 1034
Page 58

1    gone to him.

2        Q.    Do you know who Michael F. Moore is?

3        A.    I don't remember his face, but I remember

4    his name.  I mean, it says he was a manager of

5    business development for technology commercialization,

6    so...

7        Q.    Do you recall anything else about Mr. Moore?

8        A.    I don't remember face.  Maybe he's still

9    there.  I don't know.

10       Q.    To your knowledge, was the '601 patent ever

11   included in the Blu-ray disc patent portfolio license?

12       A.    Did you ask a question?

13       Q.    Yes.  That was a question.

14       A.    What was it?

15       Q.    You want me to ask it again?

16       A.    Yeah, please.

17       Q.    Looking at Page 1 of Exhibit 1019 --

18       A.    Uh-huh (affirmative).

19       Q.    -- following the submission, was the '601

20   patent ever included in the Blu-ray disc patent

21   portfolio license, to your knowledge?

22       A.    We got -- after this, we got the response.

23   We got the letter saying that it's essential.  Now, in

24   terms of whether it finally -- university finally

25   pursued it and whether it was finally included, then I

LSI Corp. Exhibit 1034
Page 59

 1   don't have much knowledge.

 2       Q.   Okay.

 3       A.   A lot of discussions, but in the end, I'm

 4   not sure what happened.

 5       Q.   You mentioned you received a response.  Let

 6   me see if I have that here.

 7            Let me share with you Exhibit 1020.

 8   Professor Moon, is this the response to which you

 9   referred in which --

10       A.   Yes.  Yes.

11       Q.   Sorry.  Let me finish my question.  Sorry.

12            Professor Moon, is Exhibit 1020 the response

13   to which you referred in which the '601 patent was

14   determined to be essential to the Blu-ray disc

15   standards?

16            MR. McELHINNY:  Objection to form and

17        foundation.  I'm also going to object on

18        the grounds of hearsay.

19       Q.   (By Mr. Reed)  Did you -- there was a

20   question pending.  Did you hear my question?

21       A.   Sorry.  Sorry.  What was the question?

22       Q.   Is Exhibit 1020 the response to which you

23   referred in which the '601 patent was deemed to be

24   essential to the Blu-ray standards?

25       A.   Yes.

```
 1              MR. McELHINNY:  And same objections.

 2       Q.   (By Mr. Reed)  I think your counsel and you

 3   may have talked.  Did you say yes?

 4       A.   Yes.

 5       Q.   Thank you.

 6            And you were made aware of this back on

 7   March 12th of 2009 that this determination had been

 8   made that your '601 patent was essential to the

 9   Blu-ray standards; correct?

10              MR. McELHINNY:  Same objections.

11              THE WITNESS:  Yeah, it -- I'm not sure

12        it was final, but at least, I mean, this --

13        it says essential.  Yeah.

14       Q.   (By Mr. Reed)  And you were shown this

15   document at the time back on March 12th, 2009,

16   correct, this response?

17       A.   Yes.  Yes.  I remember seeing this.

18       Q.   And this letter included, as it states in

19   the second paragraph of the letter, an attachment, a

20   March 2009 interim report listing all Blu-ray disc

21   standards for which we find U.S. Patent No. 5,859,601

22   is essential; correct?

23              MR. McELHINNY:  Same objections.

24              THE WITNESS:  I believe that's what it

25        says.
```

LSI Corp. Exhibit 1034
Page 61

1    Q.   (By Mr. Reed)  Let me see if I can pull up

2   that attachment that was produced to us as well at the

3   same time.

4          Dr. Moon, do you see what's been marked as

5   Exhibit 1021?

6    A.   1021 is the table are you referring to?

7    Q.   Yes.

8    A.   1021 is the table, yeah, although I don't

9   know what that means.

10   Q.   Exhibit 1021 is the attachment that was sent

11  with the letter marked as 1020; correct?

12   A.   Okay.

13   Q.   And in that attachment to the letter marked

14  1020, they performed an analysis of Claim 13 of your

15  '601 patent; correct?

16        MR. McELHINNY:  Objection to form,

17     foundation and hearsay.

18        THE WITNESS:  That's the letter I got,

19     the university got.  So what does it say

20     there?

21   Q.   (By Mr. Reed)  And you reviewed this at the

22  time back in 2009; correct?

23   A.   I was given.  I was given this document.  I

24  wasn't asked to review it.

25   Q.   But you were made aware of Exhibit 1021 and

LSI Corp. Exhibit 1034
Page 62

1    the letter to which it was attached, Exhibit 1020,

2    back in March of 2009; correct?

3        A.   Yes, I believe this letter was sent to me.

4    Possibly later, but I remember seeing this letter.

5        Q.   And you remember seeing it during your time

6    when you were employed as a professor at the

7    university; correct?

8        A.   I didn't get the first part of your

9    question.

10       Q.   You remember seeing it during your time

11   employed by the university; correct?

12       A.   At the time?

13       Q.   Yes.

14       A.   2009, yeah -- yeah, I guess I was still -- I

15   was an employee through end of April 2009 or early May

16   of 2009.  So, yeah, I -- I guess when I received this,

17   I was still officially an employee of the university.

18       Q.   And you moved to KAIST later that year,

19   2009; correct?

20       A.   I was already in KAIST, but I was on leave

21   and I officially became -- got here in May of 2009.

22       Q.   And you moved from Minnesota and the cold in

23   Minnesota to the warmer climate in Korea at that time?

24       A.   Just a little bit warmer, yes.

25       Q.   I've been to Minnesota several times, and I

LSI Corp. Exhibit 1034
Page 63

1   now live in Shanghai, so, yes, just a little bit

2   warmer.

3        A.   You do note that this letter -- this letter

4   was being vague at the same time because it said

5   nothing seems to be -- that it's not really final.  I

6   mean, it's essential, but it's not final.  I don't

7   know if you get the same message from the letter.

8   Sorry.  I was saying something that you didn't even

9   ask.

10       Q.   That's true.

11            Let's look at your -- an exhibit we marked

12   as Exhibit 1022 talking about KAIST.  Professor Moon,

13   I'm showing to you what's been marked as Exhibit 1022.

14   Do you see that?

15       A.   I do see that.

16       Q.   Do you recognize this document, sir?

17       A.   Yes.

18       Q.   What is this document?

19       A.   It says annual report, but, you know, what

20   this is?  This is sort of an advertisement brochure to

21   general public.  It's not any official report going to

22   any official agencies, just to make sure that you

23   understand what this is.

24       Q.   So it's a document that's published by

25   KAIST, though; correct?

LSI Corp. Exhibit 1034
Page 64

1    A.    Correct.

2    Q.    And this is a very long document.  And

3    again, if you feel the need to read the document or

4    look at the entirety, you can.  I only want to talk

5    about one particular page, Page 68.  Let me turn to

6    that quickly.

7          This is Page 68 of Exhibit 1022.  Do you

8    recognize that page, Professor Moon?

9    A.    Yes.  Yes.

10   Q.    And are you the Jaekyun Moon who is featured

11   here?

12   A.    Yes.

13   Q.    And did you provide the content that is used

14   for this biography page, Exhibit 68 -- Page 68 of

15   Exhibit 1022?

16   A.    Yeah, someone -- someone might have edited,

17   but usually, yeah, each professor provides content and

18   then the editors will sometimes edit sentences here

19   and there.  But, yeah, generally the content, I

20   provided.

21   Q.    If we can look at midstream down the page on

22   the left-hand column of Page 68 of Exhibit 1022, do

23   you see a sentence that begins, "In 2009"?

24   A.    Yes.

25   Q.    And the full sentence reads, "In 2009, the

LSI Corp. Exhibit 1034
Page 65

 1   MTR patent also has become a part of the patent pool

 2   for technologies that are essential for manufacturing

 3   Blu-ray optical storage devices."

 4        Do you see that?

 5   A.   Yes.  Yes, I see that.

 6   Q.   And when it references the MTR patent in

 7   that sentence that's referring to your '601 patent;

 8   correct?

 9   A.   Yes, I guess so.

10   Q.   And as you -- or as it was written at that

11   time, it was your understanding that the '601 patent

12   had become essential or had become part of the patent

13   pool for technologies that are essential for

14   manufacturing Blu-ray optical storage devices;

15   correct?

16   A.    In this time frame, I understood that MTR

17   patent was qualified to be the essential, as your

18   letter -- as the letter that you just showed

19   indicated.  Now here, apparently it says "has become a

20   part of the patent pool," but I think we all know that

21   it's not official.

22        So I guess I was saying either -- I was

23   saying it or someone edited it to be a little bit -- I

24   mean, looks like I'm overreaching a little bit.  But

25   the fact that the letter -- the Blue -- what it's

LSI Corp. Exhibit 1034
Page 66

 1    called -- Blue One -- Blue One Consortium reviewed the

 2    technology and technology was deemed essential, so

 3    that's really the highlight here.

 4          This brochure was meant to emphasize your

 5    industry contribution.  There was a lot of emphasis

 6    back then.  So I wanted to really emphasize the impact

 7    of the MTR patent idea and patent technology.  And,

 8    you know, the letter, and then also someone else's

 9    patent indicating that, yeah, Blu-ray is based on MTR

10    ideas.  So that was really my motivation to write it

11    like this.

12      Q.    And you continue to work at KAIST; correct?

13      A.    Correct.

14          MR. REED:  Professor Moon, I am at a

15       good stopping point here for another break.

16       So let's take another ten-minute break.

17          THE WITNESS:  Okay.  I'm fine, but,

18       fine.

19          (A recess was taken.)

20      Q.    (By Mr. Reed)  Professor Moon, welcome back.

21    If you could, please turn your attention to

22    Exhibit 1001.  That's the '601 patent.  And in

23    particular, if you turn your attention to Figure 6 of

24    the '601 patent.  Do you see that?

25      A.    Yes.

LSI Corp. Exhibit 1034
Page 67

1      Q.   Figure 6 shows four-bit data words and

2   five-bit code words; correct?

3      A.   Correct.

4      Q.   In other words, this is for a Rate 4/5 MTR

5   code; correct?

6      A.   Correct.

7      Q.   And Figure 6, in particular, uses the NRZI

8   format; correct?

9      A.   Yes.

10     Q.   Now, looking back at Column 5 -- sorry.  Do

11  you see the equations that are listed in Column 5

12  starting around Line 26 and continuing on through Line

13  44 or so?

14     A.   Yeah.  I see that.

15     Q.   Are those the equations for the encoder for

16  the pairings in Figure 6 we saw earlier?

17     A.   I believe it is.

18     Q.   And the equations for the corresponding

19  decoder are given directly below that, correct, in

20  Column 5?

21     A.   I believe it is.

22     Q.   And again, the equations in 3 and 4 in

23  Column 5 are for a Rate 4/5 MTR code; correct?

24     A.   Yes.

25     Q.   And in terms of the patent itself, no other

LSI Corp. Exhibit 1034
Page 68

1   rate other than the 4/5 MTR code is shown in the

2   patent; correct?

3       A.   Is it right?  Let me see.  I usually give

4   the one example.  There's a DC3 MTR code discussion.

5   But in terms of specific -- specific mapping, I think

6   as I said -- yeah, in terms where specific mapping is

7   concerned, I think this is the one example that we had

8   given.  I mean, we do have a discussion of the

9   combining with other code like DC3 code, but, yeah,

10  mapping is just one.

11      Q.   So the full mapping that's provided is the

12  Rate 4/5 MTR code, correct, in the '601 patent?

13      A.   In this document, yes.

14      Q.   Let's turn to Exhibit 2025 that's referenced

15  in your declaration.  Professor Moon, do you recognize

16  this document?

17      A.   Yes.

18      Q.   This is what you referenced in your

19  declaration as the, quote, Seagate annual report;

20  correct?

21      A.   Yes.

22      Q.   If you could look at Page 8 of Exhibit 2025.

23  What's shown in Table III and Page 8 of Exhibit 2025,

24  that's also a Rate 4/5 MTR code; correct?

25      A.   Can you blow it up?

LSI Corp. Exhibit 1034
Page 69

1       Q.   Of course.  Yeah.  Sorry.  I don't have a

2    good sense of how big your screen is, so I apologize

3    if it's difficult to see.  Let me blow it up.  If

4    you'd like me to highlight a particular section, I can

5    do that.

6       A.   I see, you know, there's N and there's M and

7    K, right, so there are various combinations.  And

8    there's one -- I guess there's a one-line -- Line 8

9    shows 584.  So that's for code mapping of 4 to 5, and

10   that's got K value of eight.

11          Now, is that the same code mapping as -- as

12   the patent?  Looks like in the -- also, yeah, at least

13   it's got the same K, M and N values.  The Figure 6 --

14   '601 patent.  So what is your question?

15      Q.   I think you summarized it pretty well.  What

16   is shown on Page 8 of Exhibit 2025 is the same mapping

17   shown in the '601 patent, correct, in Rate 4/5 MTR

18   code?

19      A.   I mean, at least I see three parameters are

20   correct.  Whether it's exactly same mapping or not, I

21   have to look.

22      Q.   And below Table III, it refers to another

23   example in Table IV, an MTR block code for the same

24   rate, the Rate 4/5 code; correct?

25      A.   Are you asking a question?

LSI Corp. Exhibit 1034
Page 70

1    Q.   That's a question.  Yes.

2    A.   What was it?  I'm sorry, I was looking at

3  the document then.  I missed your question.

4    Q.   I'm sorry.  If you still were reviewing from

5  my prior question, please continue.  It's hard to tell

6  from the video if you're looking at something or

7  waiting for me to talk to you.

8    A.   Sorry.  I was looking at the document

9  because you were moving it.  But please go ahead and

10  ask the question again.

11    Q.   Let's go back to the -- to the table on

12  Page 9 of the Seagate annual report.  Do you see that?

13    A.   Yes, I see that.

14    Q.   And these tables and the equations above the

15  table, those are for a Rate 4/5 MTR code; correct?

16    A.   Yes.

17    Q.   And aside from Table IV, are there any other

18  date word/code word pairs expressly provided in the

19  Seagate annual report?

20    A.   In the report, if you have one particular

21  mapping shown, then that's it in this report.  But

22  it's possible that we have communicated with them on

23  size and, I mean, mapping itself is not really a big

24  deal.  Particular mapping is not a big deal.  One can

25  come up with 100 different mappings.

LSI Corp. Exhibit 1034
Page 71

 1          So I don't know exactly what mappings we
 2   have provided to them for their own evaluation.  It's
 3   possible that we have given them different mappings.
 4   It's even possible that we have given them different
 5   rates.  Because depending on the document around that
 6   time, we have different codes obviously available.  We
 7   had a Rate 4/5, but I think we also had different
 8   rates.
 9          So -- but if your question is about this
10   particular report, I mean, what you see is what you
11   get.
12      Q.   So let's go back to my question, because my
13   question is about this particular report.  I want to
14   make sure I understand your answer.  Aside from what's
15   shown in Table IV, there are no other data word/code
16   word pairs expressly provided in the report; correct?
17      A.   Well, let me look at the report then.
18      Q.   Please.
19      A.   To ensure that we have -- can you kill that
20   screen share and I can access my screen?  I'm not
21   able -- thank you.  Let me look at the Seagate annual
22   report.
23          So in that report, I mean, you just saw
24   there's a huge table with so many different
25   parameters.  And then in terms of the specific

LSI Corp. Exhibit 1034
Page 72

 1   mapping, yeah, it looks like we are giving one

 2   example.  So, yeah, the answer to your question is in

 3   this report, we are giving one example mapping for the

 4   MTR code, but table shows various parameter

 5   possibilities from the values.

 6       Q.   And that one mapping was shown in Table IV

 7   of the Seagate annual report; correct?

 8       A.   Is that what you're asking?  Yes.  In this

 9   Seagate annual report, there's this one mapping in

10   Page -- Page 9 namely; right?  So, yeah, that's one

11   mapping shown in this report.  And the corresponding

12   implementation is shown in Figures 8 and 9 on Page 10.

13   So I guess this was meant to be a specific -- if

14   anybody wants it, one can just code this and evaluate

15   it.

16       Q.   Okay.  Let's move on to a new document.  I'm

17   going to pull up Exhibit 1012.  Do you see that?

18       A.   Yes.  I got that.  That's my paper.

19       Q.   And you are the Jaekyun Moon listed as one

20   of the authors of the paper we've marked as

21   Exhibit 1012?

22       A.   I think so.

23       Q.   This paper was published in September of

24   1996 in the IEEE Transactions on Magnetics?

25            MR. McELHINNY:  Can you screen share

LSI Corp. Exhibit 1034
Page 73

1      that, please?

2          MR. REED:  Sorry.  I thought I had.

3      Apologies.

4      Q.   (By Mr. Reed)  If we could turn to Table 3

5  of Exhibit 1012.  Do you see that, Professor Moon?

6      A.   Uh-huh (affirmative).  Yes, I see that.

7      Q.   And Table 3 of Exhibit 1012, that shows a

8  Rate 4/5 MTR block code; correct?

9      A.   Yes.  Correct.  And you notice that they are

10  different.  They are different from the ones given in

11  the Seagate report and the patent.

12      Q.   Let's talk about Mr. Tsang briefly.  And

13  now, Mr. Tsang -- is it Dr. Tsang or Mr. Tsang when he

14  worked at Seagate?

15      A.   Dr. Tsang.

16      Q.   It's Dr. Tsang.

17      A.   Well, I guess, I don't know 100 percent.

18  But Professor Tsang is safe, I guess.

19      Q.   And I'm going to use Mr. Tsang.  I apologize

20  to Mr. Tsang if it's Dr. Tsang, but I'll say Mr. Tsang

21  for our purposes today.

22          You mentioned in your declaration that Mr.

23  Tsang has passed away; is that correct?

24      A.   Yeah.

25      Q.   And the other gentleman who works at Seagate

LSI Corp. Exhibit 1034
Page 74

 1   with the last name K-O-S-T, how do you pronounce his

 2   last name?

 3        A.   Kost.

 4        Q.   Kost?

 5        A.   Yeah, Kost.

 6        Q.   And has Mr. Kost also passed away?

 7        A.   I don't know.

 8        Q.   You haven't made contact with Mr. Kost at

 9   all?

10        A.   It's been a long time.  I used to, but it's

11   been a while since I was able to communicate.

12        Q.   Let me share what's been marked as

13   Exhibit 1009.  Do you recognize what's been marked as

14   Exhibit 1009, Professor Moon?

15        A.   Yeah.  Yes.

16        Q.   If I refer to the same Tsang patent, can we

17   have an understanding that I'm referring to the U.S.

18   Patent 5,731,768 marked Exhibit 1009?

19        A.   Yes.

20        Q.   Professor Moon, do you feel that you should

21   have been included as an inventor on the Tsang patent?

22        A.   No.  This is about specific embodiment,

23   specific implementation of MTR code.  So there are

24   actually -- if you look at -- if you look into it,

25   there are many people who have written MTR patents,

LSI Corp. Exhibit 1034
Page 75

1   different variations of the idea, so I have no

2   problem.

3        Q.   You mentioned -- going back to your

4   declaration.  Let me pull it up.  Hang on.  Let me

5   find it again.  If you can turn to Paragraph 46 of

6   your declaration.

7        A.   Okay.  Yep.  I'm looking at it.

8        Q.   Exhibit 46, you state, "Between 1995 and

9   1997, I had numerous in-person meetings and telephone

10  calls with both Mr. Kost and Mr. Tsang in connection

11  with my research at UMN for Seagate.  During those

12  meetings and calls, we discussed the subject of my

13  research including the MTR codes in significant

14  technical detail."

15            Do you see that?

16       A.   Yes.  Yes.

17       Q.   In your declaration, did you provide any

18  documentation to corroborate that you had those

19  meetings between 1995 and 1997 with Mr. Kost and Mr.

20  Tsang?

21       A.   There was some handwritten notes, fax.

22  Yeah, those things I had in my file, I gave it to my

23  people.

24       Q.   In particular, with respect to Mr. Tsang, do

25  you have any evidence in your declarations to

LSI Corp. Exhibit 1034
Page 76

1    corroborate that you met with Mr. Tsang between 1995

2    and 1997 and had the conversations you reference in

3    Paragraph 46 of your declaration?

4        A.   Kost was the managing person, so he was the

5    contact.  All the records I have is with him.

6        Q.   Do you have any record if Mr. -- sorry.  Go

7    ahead.

8        A.   With Paul, we -- I went down there and

9    talked to him with Kost, but it was -- my official

10   communication was through Kost because he was a

11   manager obviously, the natural thing to do.  I don't

12   have any written records that indicate direct

13   communication with Paul.

14       Q.   When you say Paul, you mean Paul Tsang --

15       A.   Paul Tsang, yeah.

16       Q.   -- when you say that; correct?

17            I'm sorry, we talked over each other.  When

18   you reference Paul, you mean Paul Tsang mentioned on

19   the Tsang patent; correct?

20       A.   Yeah, that's the person, Paul Tsang.

21       Q.   Let's turn to what we've marked as

22   Exhibit 2018.

23       A.   20 what?

24       Q.   2018?

25       A.   2018.  That would be -- what's the name of

LSI Corp. Exhibit 1034
Page 77

1   that?

2       Q.    It is Kost MTR article, if that helps.

3       A.    MTR.  Okay.  Maybe it's easier if we just

4   put it up.

5       Q.    Yeah.  Give me one minute here.  Let me

6   bring up your declaration so we can look at both.

7   Bear with me.  I look forward to the day we can do

8   this in person again.  So here we go.

9             Looking at Paragraph 62 of your declaration,

10  in the 2016, you reference the acknowledgment section

11  of the last page of Exhibit 2018.  Do you see that?

12      A.    Yes.

13      Q.    And in particular, you highlight that, "Kost

14  and his co-authors thanked Brickner and me for my

15  value discussions."  Do you see that?

16      A.    Yes.

17      Q.    Now, in your declaration, you say, "I

18  believe this is a reference to the explanations

19  Brickner and I provided about MTR codes to the Seagate

20  engineers, including Kost and Tsang, during the

21  meeting Brickner and I conducted for Seagate pursuant

22  to our research"; correct?

23      A.    Yes.

24      Q.    Now, what is the basis for your belief?  Do

25  you have any documentation to support that?

```
 1      A.    Well, I do have the various documentation
 2  for Kost to acknowledge this invention -- first of
 3  all, to acknowledge that he was actually the very
 4  first person -- one of the first persons to witness
 5  the invention of this MTR code.  And there's a
 6  various -- there are various notes indicating that.
 7  And also I think one of the letters -- I'm sure you've
 8  seen it.  One of the letters that was sent to the
 9  university, Kost was basically saying that this
10  invention is going to be probably future -- very
11  important future hard disc technology.  So he does
12  know the significance.
13          Now, when specifically about this paper,
14  this paper is obviously about MTR code, and he
15  specifically acknowledged discussions with us, you
16  know, in a paper about MTR codes.  So what else can it
17  be?  So the natural, you know -- natural conclusion is
18  that, well, yeah, that acknowledgment is about our
19  discussion, our teaching of MTR code to Kost and
20  Tsang.
21      Q.    But the MTR codes that were actually used in
22  this paper, as described in the acknowledgment, were
23  developed by Paul Tsang, not you and Mr. Brickner;
24  correct?
25      A.    No.  This paper does not say that it was
```

LSI Corp. Exhibit 1034
Page 79

 1   from developing method by Tsang.  In fact, if you look

 2   at the paper, this paper actually do indicate that,

 3   you know, the recent code was introduced, which is

 4   named the MTR code, and then they were actually

 5   referring to our work.

 6           So it's fairly obvious that Kost and the

 7   author were, you know, referring, were giving credit

 8   to us as the inventor of the MTR code and at the same

 9   time also thanking our discussions, making this work

10   possible.

11       Q.   Well, let me turn your attention to the last

12   line of the acknowledgment in Exhibit 2018, Professor

13   Moon.  Can you read that last line of the

14   acknowledgment for the record, please.

15       A.   So are we looking at the -- my declaration

16   or the paper?

17       Q.   The paper.  Exhibit 2018.

18       A.   Let's go to the paper then.

19       Q.   The acknowledgment section, Page 6.

20       A.   Right.  I don't have that paper with me.

21   But so I'm going to open that.  Are you talking

22   about -- oh, yeah, I got it.  2018.  So I do have it.

23   Let me go there.

24       Q.   So we're discussing the acknowledgment

25   section you referenced in Paragraph 62 of your

1    declaration.  Now, can you please read the last

2    sentence of the acknowledgment in that paper on Page 6

3    of Exhibit 2018 for the record.

4        A.    Yeah.  So it says, "MTR codes used in this

5    work were developed by Paul Tsang."  P. Tsang.

6        Q.    So the answer --

7        A.    That's fine.  As I said -- sorry.

8        Q.    Yeah.  Sure.  Used in Exhibit 2018 were, in

9    fact, developed by Paul Tsang as reflected in this

10   acknowledgment; correct?

11       A.    Yes, this particular code used here is

12   about -- are developed by Paul Tsang, but I was

13   referring to -- let me see.  Go to the earlier

14   introduction, please.

15       Q.    That was my question, so thank you.

16           MR. McELHINNY:  You want to let him

17        finish answering the question, Mr. Reed?

18           THE WITNESS:  Yeah, because it's

19        related; right?  I was -- I was saying

20        something and then, you know, you -- let me

21        see here.  Yeah.  Please go to the

22        introduction which says, about in the

23        middle of Column 1, it says, "New class of

24        codes called maximum transition run codes

25        have recently been proposed" -- recently

LSI Corp. Exhibit 1034
Page 81

 1        been proposed; right?  "A way of removing

 2        such dominant error events and, hence,

 3        increasing the minimum Euclidean distance."

 4             And then reference one, what is it?

 5        Reference one, and then few sentences down,

 6        it says, "MTR codes of Rate 6/7 have been

 7        developed in 2 and 3.  References 1 to 3.

 8             So one is, Brickner, that's the

 9        referral to the introduction or the

10        proposal of the new idea.  And then two is

11        about specific code, Paul Tsang.  Then

12        No. 3, again, is our code, specific

13        implementation, 6/7 code.

14             So I was saying that in relation to

15        your question that, sure, there's an

16        acknowledgment, acknowledges that specific

17        code was developed by Paul Tsang.  But they

18        were thanking discussions leading to this

19        work as well as in the introduction, it was

20        made very clear that our work is the one

21        that proposed this new idea MTR code.

22        Q.   (By Mr. Reed)  But in your declaration, you

23   don't acknowledge that last sentence of the

24   acknowledgment where it states MTR codes used in this

25   work were developed by Paul Tsang; correct?

LSI Corp. Exhibit 1034
Page 82

 1          MR. McELHINNY:  Object to form.

 2          THE WITNESS:  I mean, there are a lot

 3      of things that I wasn't able to put

 4      everything in here, but -- but it's

 5      certainly clear that no one denies it's

 6      from us.

 7      Q.   (By Mr. Reed)  Turn back to the -- what's

 8  been marked as Exhibit 1001.  That's again the '601

 9  patent.

10      A.   Okay.  Okay.  I got it.  Well, you've got it

11  up there too.

12      Q.   Looking at the abstract of the '601 patent.

13      A.   Yes.

14      Q.   And in particular, the second sentence which

15  begins, "The coding scheme of the present invention is

16  referred to as the maximum transition run, MTR, code,

17  and eliminates data patterns producing long runs of

18  consecutive transitions while imposing the usual K

19  restraint [sic] necessary for timing recovery."

20          Do you see that?

21      A.   Yes.

22      Q.   And the usual K constraints referenced there

23  is the K constraint previously in RLL codes; correct?

24      A.   Yes.

25      Q.   Do you think whomever invented the usual K

LSI Corp. Exhibit 1034
Page 83

```
 1    constraint in the RLL codes should have been listed as
 2    a co-inventor on the '601 patent?
 3        A.   No.  No.
 4             MR. McELHINNY:  Objection, foundation.
 5             THE WITNESS:  Because K constraint is
 6         everywhere.  I don't think there's anybody
 7         invented it.  It's just one of those things
 8         that have been there.  So you -- you need
 9         to have K constraint for timing recovery
10         purposes.  I'm not even sure if there's
11         anyone invented this.
12        Q.   (By Mr. Reed)  Let's turn to --
13        A.   Sorry.  Go ahead.  Please.
14        Q.   Let's turn to Claim 12 of the '601 patent.
15        A.   Okay.
16        Q.   Do you see a reference to Claim 12?
17        A.   I do.
18        Q.   There's -- in the first limitation after the
19    preamble, there's a reference to a Viterbi trellis.
20        A.   Yes.
21        Q.   And Viterbi and that trellis refers to the
22    individual Andrew Viterbi who first came up with the
23    idea of Viterbi trellis; right?
24        A.   There's -- you know, this idea of Viterbi
25    algorithm is known as the Viterbi algorithm in the
```

LSI Corp. Exhibit 1034
Page 84

 1   area of communications, but there's also basically the

 2   same algorithm exist in operations research called

 3   different names.  But anyway, yeah, in -- in

 4   communication, signal processing community, we call

 5   this algorithm Viterbi algorithm, hence, the trellis

 6   used in the Viterbi algorithm is trellis, Viterbi

 7   trellis.  I don't think anybody will be confused by

 8   that.

 9       Q.   And you didn't invent the Viterbi trellis;

10   correct?

11       A.   No.

12       Q.   Do you think the inventor of the Viterbi

13   trellis should have been named as a co-inventor on the

14   '601 patent?

15           MR. McELHINNY:  Objection, foundation.

16           THE WITNESS:  If I can give you my

17           opinion on that.  You know, Viterbi did not

18           invent Viterbi trellis.  Viterbi invented a

19           Viterbi algorithm which operates on

20           trellis.  Trellis is something natural.

21           It's a natural structure.  Again, that's

22           been forever.  It's a mathematical

23           property.  Viterbi did not invent Viterbi

24           trellis.  They're just calling Viterbi

25           trellis because everyone will understand

LSI Corp. Exhibit 1034
Page 85

 1      what that means.

 2      Q.    (By Mr. Reed)  With reference to Viterbi, do

 3  you think he should have been named as a co-inventor

 4  on the '601 patent?

 5          MR. McELHINNY:  Objection, foundation.

 6          THE WITNESS:  What was the question

 7      again, please?

 8      Q.    (By Mr. Reed)  You mentioned that Viterbi

 9  wrote the algorithm that informed the Viterbi trellis,

10  and I'm asking you, in light of that, should

11  Mr. Viterbi have been named as a co-inventor on the

12  '601 patent, in your view?

13          MR. McELHINNY:  Same objection,

14      foundation.

15          THE WITNESS:  No.  No.

16      Q.    (By Mr. Reed)  Why not?

17      A.    You know, there is various algorithms that

18  operate on trellis structure, and I don't think anyone

19  invites Viterbi, Andrew Viterbi to be an inventor

20  because trellis is a very general structure.  You

21  don't invent trellis.  A trellis is a naturally rising

22  structure, you know, that defines correlation between

23  variables.

24          So again -- again, let me clarify.  Viterbi

25  trellis is called Viterbi trellis because everyone

LSI Corp. Exhibit 1034
Page 86

 1   would understand what that would mean, but Viterbi

 2   trellis here is not invented by Viterbi.  So why would

 3   I want to invite him as a -- as a co-inventor here?

 4           And also, it's not even a named -- you know,

 5   named thing; right?  The Claim 12 here we describe J

 6   configured using the longer Viterbi trellis.  It's one

 7   specific example where you can also define configuring

 8   transitions.  I mean, Viterbi trellis doesn't have to

 9   be here.  In fact, Claim 13, 14, 17 that we are

10   focusing on didn't even talk about Viterbi trellis.

11       Q.   Looking at Claim 13 of the '601 patent,

12   hopefully you can see that.

13           Professor Moon, do you see the term

14   "transition" that is used in Claim 13?

15       A.   Yeah.  You are looking at Claim 13?  I'm

16   looking at -- yes, there's KJ configured transitions.

17   Sure.  I see transitions.

18       Q.   Is a change from 0 to 1 in a binary sequence

19   an example of a transition as that term is used in

20   Claim 13?

21       A.   That's not what we meant here.  If you look

22   at our claim here, we emphasize physical transitions.

23   Now, if you start talking about transition in the

24   binary symbols, that's -- that's really logical thing.

25   You're talking about changing the logic symbols.

LSI Corp. Exhibit 1034
Page 87

```
 1    That's not what we're interested in here.  We're

 2    interested in transitions in the actual physical

 3    quantity, like electrical signal, magnetic waveform or

 4    magnetic transition waveform.

 5        Q.   Let me ask you a question.

 6        A.   I'm sorry.  Go ahead.

 7        Q.   So you mentioned magnetic transitions.

 8    Magnetic transitions don't happen on a DVD; correct?

 9        A.   Pardon me?

10        Q.   Magnetic transitions don't happen on a DVD;

11    correct?

12        A.   Correct.

13        Q.   Magnetic transitions don't happen on a

14    Blu-ray disc; correct?

15        A.   Correct.

16        Q.   Let's turn back to your declaration in

17    Exhibit 2016.  Actually, I think we covered that.

18             MR. REED:  Professor Moon, I think

19         we're close to being done.  Let me take ten

20         minutes to just review my notes, and then

21         we'll circle back.

22             THE WITNESS:  Okay.

23             MR. REED:  All right.  Thanks.  Let's

24         go off the record.

25             (A recess was taken.)
```

LSI Corp. Exhibit 1034
Page 88

```
 1          MR. REED:  Professor Moon, I have no
 2      further questions at this time.  Thank you
 3      for your time, sir.
 4          MR. McELHINNY:  I think I might have a
 5      couple.  One second and I will get back to
 6      you.  If you can hang on, I'm just going to
 7      go on mute here.
 8          MR. REED:  Okay.
 9          (A recess was taken.)
10  EXAMINATION
11  BY MR. McELHINNY:
12      Q.   Dr. Moon, remember, my name is Pat
13  McElhinny.  I'm counsel for the university, and I just
14  have a couple of quick questions.
15          Mr. Reed asked you about the statement on
16  your -- on your bio that was done by case about the
17  '601 patent becoming part of the patent pool for
18  essential technology for manufacturing Blu-ray optical
19  storage devices.  Do you know whether, in fact, the
20  patent was ever actually put into the pool?
21      A.   Well, later, I think it's later, again, I'm
22  not clear, but nothing happened.  The fact -- I guess
23  I can only say the fact nothing happened, and I was
24  not told anything.  So possibly the Blu-ray consortium
25  at the time was being very inclusive, inviting
```

LSI Corp. Exhibit 1034
Page 89

 1   everyone, and then it turned out that the lion's share

 2   of possible royalties all were going to the different

 3   companies and the university decided not to bother

 4   anymore.

 5           But anyway, that's my guess.  I'm sorry if

 6   it's proper to talk about guesses here.  But the short

 7   answer is that, no, I don't -- I'm not aware of any.

 8       Q.   You're not aware one way or another?

 9       A.   No, not clear.  I don't know.  But if it was

10   included in the end, I would have -- I would have been

11   notified.  That's what -- that's what I see now.  So

12   the Blu-ray did not take off, so I don't --

13       Q.   Were you ever given any compensation for

14   anything included in the pool?

15       A.   Absolutely not.  Absolutely not.

16       Q.   Now, Mr. Reed showed you a letter which was

17   Exhibit 1020 from the law firm Proskauer Rose?

18       A.   Yes.  Yes.

19       Q.   Did you ever speak with the author of that

20   letter?

21       A.   No.  No.  No.  I was just given that letter.

22   I mean, you know, I don't know anything about data

23   analysis.  I don't know anything about what claims

24   they looked at.  The university just sent the

25   letter -- request and I was not involved in any of the

LSI Corp. Exhibit 1034
Page 90

```
 1   analysis.

 2          MR. McELHINNY:  I have no further

 3      questions.

 4          MR. REED:  No further questions.

 5      Thank you, Professor Moon.

 6          MR. McELHINNY:  Thank you, Professor

 7      Moon.

 8          MR. REED:  Have a good evening.

 9          MR. McELHINNY:  We're going to read

10      and sign.

11          (Deposition concluded at 8:18 a.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

LSI Corp. Exhibit 1034
Page 91

```
 1                    DISCLOSURE

 2
        Pursuant to Article 10.B of the Rules
 3   and Regulations of the Board of Court
     Reporting of the Judicial Council of
 4   Georgia which states:  "Each court reporter
     shall tender a disclosure form at the time
 5   of the taking of the deposition stating the
     arrangements made for the reporting
 6   services of the certified court reporter,
     by the certified court reporter, the court
 7   reporter's employer or the referral source
     for the deposition, with any party to the
 8   litigation, counsel to the parties, or
     other entity.  Such form shall be attached
 9   to the deposition transcript," I make the
     following disclosure:

10
        I am a Georgia Certified Court
11   Reporter.  I am here as a representative of
     Huseby Global Litigation.  Huseby Global
12   Litigation was contacted to provide court
     reporting services for the deposition.
13   Huseby Global Litigation will not be taking
     this deposition under any contract that is
14   prohibited by O.C.G.A. 9-11-28(c).

15      Huseby Global Litigation has no
     contract/agreement to provide reporting
16   services with any party to the case, any
     counsel in the case, or any reporter or
17   reporting agency from whom a referral might
     have been made to cover this deposition.
18
        Huseby Global Litigation will charge
19   its usual and customary rates to all
     parties in the case, and a financial
20   discount will not be given to any party to
     this litigation.
21

22
                        Blanche J. Dugas
23                      CCR No.  B-2290

24

25
```

LSI Corp. Exhibit 1034
Page 92

1    STATE OF GEORGIA:

2    COUNTY OF FULTON:

3

4              I hereby certify that the foregoing

5         transcript was reported, as stated in the

6         caption, and the questions and answers

7         thereto were reduced to typewriting under

8         my direction; that the foregoing pages

9         represent a true, complete, and correct

10        transcript of the evidence given upon said

11        hearing, and I further certify that I am

12        not of kin or counsel to the parties in the

13        case; am not in the employ of counsel for

14        any of said parties; nor am I in any way

15        interested in the result of said case.

16

17

18

19

20             BLANCHE J. DUGAS, CCR-B-2290

21

22

23

24

25

LSI Corp. Exhibit 1034

```
 1                          CAPTION

 2

 3              The Deposition of JAEKYUN MOON, taken in

 4    the matter, on the date, and at the time and place set

 5    out on the title page hereof.

 6              It was requested that the deposition be

 7    taken by the reporter and that same be reduced to

 8    typewritten form.

 9              It was agreed by and between counsel and

10    the parties that the Deponent will read and sign the

11    transcript of said deposition.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

LSI Corp. Exhibit 1034

```
 1                         CERTIFICATE

 2    STATE OF GEORGIA

 3    COUNTY OF FULTON

 4              Before me, this day, personally appeared,

 5    JAEKYUN MOON, who, being duly sworn, states that the

 6    foregoing transcript of his deposition, taken in the

 7    matter, on the date, and at the time and place set out

 8    on the title page hereof, constitutes a true and

 9    accurate transcript of said deposition.

10

11    _____

12    JAEKYUN MOON

13

14              SUBSCRIBED and SWORN to before me this

15    _____day of_____, 20____ in the

16    jurisdiction aforesaid.

17

18    _____        _____

19    My Commission Expires       Notary Public

20

21    *If no changes need to be made on the following two

22    pages, place a check here ____, and return only this

23    signed page.*

24

25
```

LSI Corp. Exhibit 1034
Page 95

```
 1                    DEPOSITION ERRATA SHEET

 2

 3   Our Assignment No.  308393

 4   Case Caption:  LSI Corporation, et al. vs. Regents of

 5                   The University of Minnesota

 6

 7   Witness:  JAEKYUN MOON - 09/15/2020

 8          DECLARATION UNDER PENALTY OF PERJURY

 9   I declare under penalty of perjury that I have read

10   the entire transcript of my deposition taken in the

11   captioned matter or the same has been read to me, and

12   The same is true and accurate, save and except for

13   changes and/or corrections, if any, as indicated by me

14   on the DEPOSITION ERRATA SHEET hereof, with the

15   understanding that I offer these changes as if still

16   under oath.

17

18   Signed on the _____ day of

19   _____, 20___.

20

21   _____

22   JAEKYUN MOON

23

24

25
```

LSI Corp. Exhibit 1034
Page 96

```
 1                    DEPOSITION ERRATA SHEET

 2    Page No._____Line No._____Change to:_____

 3    _____

 4    Reason for change:_____

 5    Page No._____Line No._____Change to:_____

 6    _____

 7    Reason for change:_____

 8    Page No._____Line No._____Change to:_____

 9    _____

10    Reason for change:_____

11    Page No._____Line No._____Change to:_____

12    _____

13    Reason for change:_____

14    Page No._____Line No._____Change to:_____

15    _____

16    Reason for change:_____

17    Page No._____Line No._____Change to:_____

18    _____

19    Reason for change:_____

20    Page No._____Line No._____Change to:_____

21    _____

22    Reason for change:_____

23

24    SIGNATURE:_____DATE:_____

25    JAEKYUN MOON
```

LSI Corp. Exhibit 1034
Page 97

```
 1                    DEPOSITION ERRATA SHEET

 2    Page No._____Line No._____Change to:_____

 3    _____

 4    Reason for change:_____

 5    Page No._____Line No._____Change to:_____

 6    _____

 7    Reason for change:_____

 8    Page No._____Line No._____Change to:_____

 9    _____

10    Reason for change:_____

11    Page No._____Line No._____Change to:_____

12    _____

13    Reason for change:_____

14    Page No._____Line No._____Change to:_____

15    _____

16    Reason for change:_____

17    Page No._____Line No._____Change to:_____

18    _____

19    Reason for change:_____

20    Page No._____Line No._____Change to:_____

21    _____

22    Reason for change:_____

23

24    SIGNATURE:_____DATE:_____

25    JAEKYUN MOON
```

LSI Corp. Exhibit 1034

**$**

**$10,000**   49:7

**$100,000**
   48:25

**$5,000**   49:13

**0**

**0**   87:18

**1**

**1**   59:17
   81:23 82:7
   87:18

**10**   11:10
   15:14 23:5
   73:12

**100**   47:25
   71:25
   74:17

**100,000**
   32:20,21

**1001**   9:21,
   23,25
   10:10
   16:19
   67:22 83:8

**1009**   75:13,
   14,18

**1012**   73:17,
   21 74:5,7

**1014**   37:18

38:20
39:24 40:6
41:22
43:17

**1016**   50:7

**1017**   53:12,
   15 55:8

**1018**   53:12,
   17 55:9

**1019**   56:16
   57:5,19,25
   59:17

**1020**   60:7,
   12,22
   62:11,14
   63:1 90:17

**1021**   62:5,
   6,8,10,25

**1022**   64:12,
   13 65:7,
   15,22

**10th**   55:9

**12**   84:14,16
   87:5

**12th**   61:7,
   15

**13**   58:3
   62:14
   87:9,11,
   14,15,20

**14**   87:9

**15**   4:1
   11:10

15:14

**15th**   17:13

**17**   87:9

**17th**   57:16
   58:12

**1990**   44:19

**1995**   18:2
   19:24
   20:6,8,11,
   17,23
   23:22
   24:3,21
   25:15 43:6
   44:21
   76:8,19
   77:1

**1996**   17:13,
   17 25:24
   73:24

**1997**   76:9,
   19 77:2

**1999**   44:22
   45:6,9,17
   46:1

**2**

**2**   57:25
   82:7

**20**   11:6
   23:5 40:14
   43:7 77:23

**2000**   51:2

**2002**   53:1

**2008**   54:4,
   14 55:9,
   18,20
   57:16
   58:12

**2009**   45:1,
   2,20,21
   46:2,11
   61:7,15,20
   62:22
   63:2,14,
   15,16,19,
   21 65:23,
   25

**2016**   6:18
   7:5,12
   8:21 10:12
   17:22
   19:22
   23:21
   44:17
   78:10
   88:17

**2018**   77:22,
   24,25
   78:11
   80:12,17,
   22 81:3,8

**2020**   4:1

**2025**   69:14,
   22,23
   70:16

**2035**   26:15
   27:1,15
   28:4 29:1,
   6,14 30:2

31:4 34:3,
10 41:17
42:22

**25**  44:8

**26**  68:12

___

___ **3**

**3**  29:14
30:2 57:14
68:22
74:4,7
82:7,12

**30**  11:6

**30-something**
44:6

**31st**  25:24

___

___ **4**

**4**  31:4
68:22 70:9

**4/5**  68:4,23
69:1,12,24
70:17,24
71:15 72:7
74:8

**40**  40:15

**44**  17:23,24
19:21
23:20
68:13

**455**  52:24

**46**  76:5,8
77:3

___ **5**

**5**  68:10,11,
20,23 70:9

**5,731,768**
75:18

**5,859,601**
61:21

**584**  70:9

**5th**  17:17

___ **6**

**6**  67:23
68:1,7,16
70:13
80:19 81:2

**6/7**  82:6,13

**601**  10:3,6,
9,18,23
11:4,10,16
12:15 13:9
14:9,11
15:13
16:4,19,22
17:12,16
18:4,8,17
20:1,5,8
23:23
47:3,22
49:22
52:15,22
53:2 54:20
58:1,3,6,
9,14

59:10,19
60:13,23
61:8 62:15
66:7,11
67:22,24
69:12
70:14,17
83:8,12
84:2,14
85:14
86:4,12
87:11
89:17

**604**  9:14

**62**  78:9
80:25

**68**  65:5,7,
14,22

___ **7**

**7**  44:18

**70**  32:21

**76**  10:13,15

___ **8**

**8**  44:18
69:22,23
70:8,16
73:12

**8:18**  91:11

___ **9**

**9**  71:12

73:10,12

**96025**  27:1,3
38:17
42:15
43:5,7
52:17

___ **A**

**a.m.**  91:11

**absence**  46:7

**Absolutely**
90:15

**abstract**
83:12

**academia**
24:14

**access**  72:20

**accurate**
19:9 31:11

**accurately**
6:15

**achieve**
36:21

**acknowledge**
79:2,3
82:23

**acknowledged**
79:15

**acknowledges**
82:16

**acknowledgment**
78:10

LSI Corp. Exhibit 1034
Page 100

79:18,22
80:12,14,
19,24
81:2,10
82:16,24

**actual** 24:22
25:16 88:2

**added** 24:6,
11

**addition**
13:7

**additional**
56:21

**address**
35:22
50:23

**addressed**
57:6

**addressing**
22:15

**advertisement**
64:20

**affirmative**
57:12
59:18 74:6

**afoot** 15:23

**agencies**
31:23
64:22

**agency** 33:10

**agreed** 4:18

**ahead** 16:11
34:25

35:1,2
52:25 71:9
77:7 84:13
88:6

**algorithm**
24:8 39:9
41:3 84:25
85:2,5,6,
19 86:9

**algorithms**
86:17

**allocates**
10:25

**Alpha** 36:24
37:5,24
38:13 39:5
43:21 44:5

**amounts**
10:17,22

**analysis**
40:7 62:14
90:23 91:1

**and/or** 31:9

**Andrew** 84:22
86:19

**Ann** 54:4,7

**annual** 64:19
69:19
71:12,19
72:21
73:7,9

**answering**
81:17

**answers**
5:11,16,
18,25 6:6
34:11,23

**anymore** 90:4

**Apologies**
74:3

**apologize**
15:2 70:2
74:19

**apparently**
66:19

**appearing**
16:8

**applicable**
38:5

**application**
17:11,16

**applied**
14:8,9

**approximately**
8:21

**April** 17:17
20:6,8,11,
17 21:24
22:5,10,11
45:21 46:2
53:1 63:15

**architecture**
25:4

**area** 33:18
85:1

**arrived**

20:19

**article** 78:2

**asserted**
49:25

**assertion**
10:18,23
11:4,15
12:14
13:20 14:1
15:15 16:3
28:20 47:3
49:22

**assessment**
38:24

**assign** 28:7,
9,10,12

**assigned**
15:8 27:5
42:20
43:2,6

**assignee**
28:14

**assigns** 13:3

**assist** 8:6

**assistance**
29:4

**assistant**
44:20

**associate**
44:21
52:1,3,6

**assume** 8:7

**attached**

LSI Corp. Exhibit 1034
Page 101

63:1

**attachment**
53:7,11,
16,21 55:8
61:19
62:2,10,13

**attempting**
29:25

**attention**
67:21,23
80:11

**attorneys**
9:8,10

**author**  28:3
80:7 90:19

**authorized**
4:4

**authors**
73:20

**avoid**  23:14

**aware**  61:6
62:25
90:7,8

_____

**B**
_____

**back**  8:2,5
10:12
11:19
13:17 14:8
16:18
17:22
19:18,21
20:17,22
21:7,11,22

23:20
30:20
32:3,20
43:6 54:3
61:6,15
62:22 63:2
67:6,20
68:10
71:11
72:12 76:3
83:7
88:16,21
89:5

**background**
7:18 57:23

**Barrett**
29:9,13,15

**based**  11:15
13:20 16:2
24:5 34:24
67:9

**basically**
24:7 79:9
85:1

**basis**  78:24

**Bear**  78:7

**begin**  6:17

**beginning**
22:18
45:12
47:15

**begins**  65:23
83:15

**belief**  78:24

**bell**  38:1

**benefit**
15:18 16:4
45:22

**Bermai**  51:4,
6,11

**BERMAI.COM**
50:24

**Bermai.com.**
50:24

**Beth**  50:16
51:24,25
54:11

**big**  33:17
70:2
71:23,24

**binary**  41:2
87:18,24

**bio**  89:16

**biography**
65:14

**bit**  5:9
17:1 63:24
64:1
66:23,24

**black**  24:18

**block**  70:23
74:8

**blow**  69:25
70:3

**Blu-ray**
58:15
59:11,20

**bell**  60:14,24
61:9,20
66:3,14
67:9 88:14
89:18,24
90:12

**Blue**  66:25
67:1

**born**  30:14

**bother**  90:3

**bought**  49:4

**box**  24:18

**branch**  33:23

**break**  44:13
67:15,16

**Brickner**
9:15 13:8,
18 17:24
19:4 20:4,
18 29:15
30:3 40:17
41:8,23
42:10
50:18
51:11
58:18
78:14,19,
21 79:23
82:8

**Brickner's**
18:16

**briefly**
74:12

**bring**  6:22

LSI Corp. Exhibit 1034
Page 102

9:20 53:5,
8 78:6

**broad** 16:25
17:4 46:16

**brochure**
64:20 67:4

**brought**
53:14

**business**
51:6 59:5

**buy** 49:12

**buying** 49:4

————————

**C**

————————

**California**
55:12,19

**call** 24:25
45:25 85:4

**called** 33:15
36:24 37:5
51:4 67:1
81:24 85:2
86:25

**calling**
85:24

**calls** 76:10,
12

**camera** 7:3

**canceled**
50:1

**caps** 45:23

**captured** 6:3

**car** 49:4

**care** 26:23
35:7

**careful** 5:25

**case** 56:18
89:16

**caveat** 15:17

**chain** 53:25
54:3

**change** 46:23
87:18

**changing**
87:25

**charge** 16:14

**charging**
16:12

**chip** 25:2

**chips** 51:7
56:3

**circle** 88:21

**cited** 26:15

**claim** 58:3
62:14
84:14,16
87:5,9,11,
14,15,20,
22

**claimed** 18:4
20:1 23:23

**claims** 17:16
49:25
90:23

**clarification**
6:12

**clarify**
86:24

**class** 81:23

**clear** 5:16
6:7 34:14
82:20 83:5
89:22 90:9

**climate**
63:23

**close** 5:20
88:19

**Closer** 44:8

**co-authors**
78:14

**co-developed**
19:5

**co-development**
19:13

**co-inventor**
50:18 84:2
85:13
86:3,11
87:3

**co-inventors**
9:14 19:20

**code** 17:6
18:14
20:13
21:19
22:12,21,
22,24
23:3,4,6,

9,17 24:12
38:16
68:2,5,23
69:1,4,9,
12,24
70:9,11,
18,23,24
71:15
73:4,14
74:8 75:23
79:5,14,19
80:3,4,8
81:11
82:11,12,
13,17,21
83:16

**codes** 18:4
20:1 23:1,
23 24:22
31:22
32:11
38:3,12
39:22
41:16 42:9
72:6 76:13
78:19
79:16,21
81:4,24
82:6,24
83:23 84:1

**coding** 17:7,
25 18:11
21:6,19
22:1,7,22
33:21,22
83:15

**cold** 46:15

LSI Corp. Exhibit 1034
Page 103

63:22

column   65:22
68:10,11,
20,23
81:23

combinations
70:7

combining
69:9

commercializat
ion   38:14
39:17 59:5

common   24:15

communicate
54:24
75:11

communicated
71:22

communication
77:10,13
85:4

communications
85:1

community
85:4

companies
14:13
24:19
35:5,11
39:16,20
90:3

company   38:3
39:5,25
48:12

51:1,3,9
55:11,13,
16,20,25
56:1,2,9

compelled
14:4

compensated
10:16

compensation
11:15
13:19
14:10,12,
21 15:9,
12,13
16:7,10,15
29:1 49:21
90:13

complete
31:11

completely
51:22

computer
24:4,8,24
25:2,6,8,
9,16,21
26:1,5,12,
14

computer-based
26:7

computer-
simulated
24:7

conceive
19:1 20:5,
7

conceived
18:3 19:25
20:10,12,
23

conception
20:24

concepts
40:18

concern
35:4,18

concerned
52:8 69:7

concluded
91:11

conclusion
79:17

conducted
78:21

confidential
48:9,10

configured
87:6,16

configuring
87:7

confirm   4:9,
12 12:13

confirmed
18:23 19:8

confirming
19:7

confused
22:18 85:7

conjunction
48:18

connection
11:25 37:1
76:10

consecutive
21:9 22:14
23:2 83:18

consequence
34:7

consistent
35:25

consists
39:8

consortium
33:5,25
34:9,18
36:12 67:1
89:24

Consortium/
arpa   31:17

constraint
83:23
84:1,5,9

constraints
83:22

consulting
36:24
37:5,9,24
38:13 39:5
43:22 44:5

contact
8:11,15,18
75:8 77:5

LSI Corp. Exhibit 1034
Page 104

contacted
  7:21 8:6
contacts
  30:12
content
  40:22
  41:21
  65:13,17,
  19
contents  9:7
  38:10
  40:21
continue
  67:12 71:5
continuing
  68:12
contract
  14:4 32:4
  34:12,15
contracts
  35:7 36:3
contribution
  18:7,16,17
  31:21 67:5
control  35:8
conversations
  9:13 77:2
copied  50:19
  57:14,18
  58:19
copies  6:20
  56:17
copy  6:24

58:25
corner  38:20
correct  7:14
  8:8,16
  10:6,7
  11:11
  13:4,9
  14:6
  15:15,16
  17:13,17
  23:15
  26:9,13,14
  29:2,8,16,
  17 30:5
  31:18,19
  33:16
  38:22,25
  41:18,24
  42:17
  45:24 46:3
  47:23
  50:3,5,21
  52:19 53:3
  54:1,20
  55:10
  57:16
  58:4,7,10,
  16,17
  61:9,16,22
  62:11,15,
  22 63:2,7,
  11,19
  64:25 65:1
  66:8,15
  67:12,13
  68:2,3,5,
  6,8,19,23

69:2,12,
  20,24
  70:17,20,
  24 71:15
  72:16 73:7
  74:8,9,23
  77:16,19
  78:22
  79:24
  81:10
  82:25
  83:23
  85:10
  88:8,11,
  12,14,15
correlation
  86:22
corroborate
  76:18 77:1
counsel  4:3
  12:20
  30:22
  57:10 61:2
  89:13
count  24:8,
  11
couple  46:7
  89:5,14
court  4:4
  5:17
covered
  88:17
create  13:14
creates
  23:16

credit  80:7
CTO  56:7

------

D

data  21:4
  24:9 41:2
  51:8 68:1
  72:15
  83:17
  90:22
date  11:14
  71:18
dated  22:4
day  78:7
DC3  69:4,9
deadlines
  36:9
deal  36:14
  71:24
deals  25:4
December
  57:16
  58:12
decided  90:3
declaration
  7:10,16
  8:22 9:3,
  6,11,17
  10:16
  16:16
  17:23
  23:21
  26:16

LSI Corp. Exhibit 1034
Page 105

44:17,18
69:15,19
74:22
76:4,6,17
77:3 78:6,
9,17 80:15
81:1 82:22
88:16

declarations
 76:25

decoder
 68:19

dedicated
 25:5

deemed 60:23
 67:2

define 87:7

defines
 86:22

delay 14:25

denies 83:5

department
 44:20

depending
 33:18 72:5

deposed 5:6

deposition
 4:1 5:8,
 14,24 6:21
 10:8 16:8
 25:11
 37:18
 46:25 48:9
 91:11

describe
 27:12
 39:20 87:5

description
 40:16
 41:11

designated
 25:5

detail 76:14

details 36:3

detected
 23:15

detection
 18:1,12

determination
 61:7

determined
 60:14

develop
 17:25

developed
 18:3,10
 19:15,25
 23:4 79:23
 81:5,9,12
 82:7,17,25

developers
 29:15 30:1

developing
 80:1

development
 56:8 59:5

device 24:23

25:16

devices
 66:3,14
 89:19

devised
 22:11,15
 23:3

difficult
 57:1 70:3

digital
 25:2,3,22

direct 77:12

directions
 36:1,18

directly
 68:19

disc 21:5
 33:8,10,
 11,13,16
 56:4 58:15
 59:11,20
 60:14
 61:20
 79:11
 88:14

disclose
 29:25 48:8

disclosed
 29:19
 34:10

disclosure
 14:11,14
 26:17
 27:5,6

28:4,25
29:2,5,7
38:15,25
40:22
41:13,15,
17,23
42:11,17,
21 43:3,6,
11,18

disclosures
 27:14
 28:21

discrete
 25:3

discretized
 25:2

discuss 6:23
 54:18

discussed
 41:17
 76:12

discusses
 57:25

discussing
 80:24

discussion
 35:19,20
 69:4,8
 79:19

discussions
 18:20 60:3
 78:15
 79:15 80:9
 82:18

LSI Corp. Exhibit 1034
Page 106

display  57:2

displayed
  56:22

distance
  23:6,19
  82:3

divide  11:6

divisions
  33:2

document
  6:17 7:7,9
  9:9,25
  10:2 38:9,
  20,24
  40:10,11
  41:7,20
  43:10,17
  44:1 50:6,
  10,13 53:6
  61:15
  62:23
  64:16,18,
  24 65:2,3
  69:13,16
  71:3,8
  72:5 73:16

documentation
  76:18
  78:25 79:1

documents
  6:20 9:8
  12:13
  53:18 57:2

dollars
  49:1,2

dominant
  82:2

door  5:20

drafted  9:17

drafting
  29:2

drive  33:10,
  16

drivers  21:5
  38:5

drives
  33:11,13
  56:4

DSL  38:5

due  11:15

duly  4:7

DVD  88:8,10

DVDS  38:5

──────────

          E

──────────

e-mail
  50:15,23
  51:24
  52:12,13,
  18 53:7,
  10,12,15,
  20,25 54:3
  55:7

e-mails
  50:21
  52:19
  53:24 55:5

earlier  5:23
  23:5 39:18
  42:21
  46:25
  68:16
  81:13

early  22:4
  51:2 63:15

easier  78:3

ECE  44:20

economic
  10:17,22
  11:2

edit  65:18

edited  65:16
  66:23

editors
  65:18

efforts
  33:23

elaboration
  25:13

electrical
  88:3

electronic
  6:24 56:17

eliminate
  20:15 22:1
  23:2

eliminates
  83:17

eliminating
  21:9,14

22:14 41:2

else's  67:8

embodiment
  75:22

emphasis
  67:5

emphasize
  67:4,6
  87:22

employed
  46:2 55:10
  63:6,11

employee
  46:8 51:23
  55:14
  63:15,17

employing
  23:14

employment
  28:6

encoder
  68:15

end  60:3
  63:15
  90:10

endeavor
  6:22

engineers
  21:1 22:23
  30:5 78:20

ensure  72:19

entirety
  57:3 65:4

LSI Corp. Exhibit 1034
Page 107

entities
  31:16

entitled
  31:5

entity  36:24
  37:5 48:2

environment
  56:25

equal  13:10

equations
  68:11,15,
  18,22
  71:14

Eric  8:14

error  41:4
  82:2

error-prone
  41:2

errors  24:9,
  12

essential
  59:23
  60:14,24
  61:8,13,22
  64:6 66:2,
  12,13,17
  67:2 89:18

essentiality
  58:15

established
  56:3

estimate
  11:9

estimated
  15:14

Euclidean
  82:3

evaluate
  73:14

evaluation
  58:14 72:2

evening  5:1
  91:8

events  82:2

evidence
  76:25

EXAMINATION
  4:24 89:10

examined  4:7

exchange
  18:20,24
  19:19
  50:15 55:5

excuse  31:4

executive
  39:9

exhibit  6:18
  7:12 8:21
  9:21,25
  10:10,12
  16:19
  17:22
  19:22
  23:21
  26:15
  27:1,15
  28:4 29:1,

6,14 30:2,
24 31:4
34:3,10
37:18
39:24 40:6
41:17,22
42:22
43:17
44:17 50:7
53:12,15,
17 55:8,9
56:16
57:5,19,25
59:17
60:7,12,22
62:5,10,25
63:1
64:11,12,
13 65:7,
14,15,22
67:22
69:14,22,
23 70:16
73:17,21
74:5,7
75:13,14,
18 76:8
77:22
78:11
80:12,17
81:3,8
83:8 88:17
90:17

exhibits
  56:18

exist  51:9
  85:2

expectations
  36:10

expensive
  49:14

explanations
  78:18

exploring
  48:19

expressly
  71:18
  72:16

extension
  50:24

external
  31:9

_____

F

face  59:3,8

fact  12:20
  15:9 27:7
  57:14
  66:25 80:1
  81:9 87:9
  89:19,22,
  23

faculty
  44:19

fairly  56:2
  80:6

fall  45:12

familiar
  24:17

fast-forward

LSI Corp. Exhibit 1034
Page 108

25:23

**fax** 76:21

**featured**
65:10

**fee** 11:19
47:2
52:22,24,
25 53:2

**feel** 6:21,
24 56:23
57:1 65:3
75:20

**fewer** 13:14

**Figure** 67:23
68:1,7,16
70:13

**Figures**
73:12

**file** 12:17
27:19
42:11
76:22

**filed** 14:20
17:11,15
41:13

**fill** 27:23

**final** 61:12
64:5,6

**finally**
59:24,25

**find** 9:22
61:21 76:5

**finding**

12:17

**finds** 50:1

**fine** 4:22
37:21
67:17,18
81:7

**finish** 15:4
35:1 60:11
81:17

**finishing**
15:6

**firm** 90:17

**fit** 57:3

**five-bit**
68:2

**fixed** 12:22

**focusing**
87:10

**forcing** 14:7

**forever**
85:22

**form** 7:24
9:8,9
16:23 18:9
19:10
25:18 26:3
27:23,24
29:20
30:23
36:13 39:1
47:13
54:21
60:16
62:16 83:1

**format** 68:8

**forward**
12:21
30:24 78:7

**found** 54:20

**foundation**
34:20
35:16 39:2
40:2,9,24
41:9 42:1,
7 57:20
60:17
62:17 84:4
85:15
86:5,14

**four-bit**
68:1

**frame** 51:2,
19 52:5
66:16

**free** 6:21,
24 56:23
57:1

**front** 26:20

**fulfill**
35:14

**full** 5:2
36:3 45:6,
9,18 55:13
65:25
69:11

**fund** 31:9

**fundamentally**
23:17

**funded** 31:23

**funding**
30:15
31:5,8,21,
23 32:2,
11,14,23
33:9 34:7,
19 35:6,
13,15
36:11

**future**
79:10,11

---

**G**

**gains** 17:10

**gave** 9:7
18:23
76:22

**general** 13:5
25:6 57:10
64:21
86:20

**generalized**
25:7

**generally**
18:22
19:15
65:19

**generate**
52:9

**generated**
11:19 32:8
47:6

**gentleman**

LSI Corp. Exhibit 1034
Page 109

LSI CORPORATION, ET AL. vs REGENTS OF THE UNIV. IF MINNESOTA
Jaekyun Moon on 09/15/2020        Index: gestures..implemented

74:25

gestures   6:2

give   5:9
  6:6 15:2
  19:16
  34:11 36:2
  39:21 41:1
  50:9 69:3
  78:5 85:16

giving   73:1,
  3 80:7

goal   23:9

good   5:1
  21:10,14,
  16 67:15
  70:2 91:8

grand   33:10

grants   17:24

great   46:21

grounds
  60:18

guess   34:16,
  22 41:25
  42:4
  46:22,24
  47:9,19
  52:12,23
  63:14,16
  66:9,22
  70:8 73:13
  74:17,18
  89:22 90:5

guesses
  34:12 90:6

guessing
  34:13

guidelines
  36:18

guys   4:14,
  16 30:11

—————————
H
—————————

half   11:7
  52:13

handles   32:5

handwritten
  38:19
  76:21

hang   76:4
  89:6

happen   5:10
  88:8,10,13

happened
  7:20 18:25
  38:2 44:10
  60:4
  89:22,23

happening
  23:12

hard   6:24
  15:1 18:21
  19:14 21:5
  33:8,10,
  11,13 38:5
  56:3 71:5
  79:11

hardest
  21:17

hardware
  25:5,6,7,
  22 26:1,8,
  10

HDDS   18:1,
  12

head   6:2
  33:20

heading
  31:15
  38:13

hear   5:18
  11:25
  17:18
  60:20

heard   5:23

hearsay
  60:18
  62:17

helped   9:8
  29:22

helps   78:2

high   21:18

high-density
  23:19
  33:15

highlight
  67:3 70:4
  78:13

highlighted
  58:24

hire   37:8

Horn   57:6

hour   44:12

hours   8:23,
  24

huge   48:24
  72:24

human   12:2

Huseby   4:13

—————————
I
—————————

idea   18:23
  19:2,16
  22:17,25
  30:13 67:7
  76:1
  82:10,21
  84:23,24

ideas   19:7,
  8,9,15
  40:18
  67:10

IEEE   73:24

III   69:23
  70:22

impact   67:6

implementation
  24:25 25:1
  26:7 73:12
  75:23
  82:13

implemented
  22:8
  24:22,24
  25:15,21
  26:1,11

www.huseby.com         Huseby, Inc.  Regional Centers         800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

LSI Corp. Exhibit 1034
Page 110

LSI CORPORATION, ET AL. vs REGENTS OF THE UNIV. IF MINNESOTA
Jaekyun Moon on 09/15/2020          Index: implies..inventions

implies   17:7

important
  5:15  8:18
  11:8  12:18
  31:10
  45:14
  49:16
  79:11

imposing
  83:18

improve
  17:25

improves
  18:11

in-person
  76:9

Inaudible
  11:23  12:1

incentive
  13:14

incentivize
  28:21

included
  59:11,20,
  25  61:18
  75:21
  90:10,14

including
  58:20
  76:13
  78:20

inclusion
  58:15

inclusive
  89:25

income   47:6

increasing
  82:3

indicating
  67:9  79:6

individual
  35:9  50:16
  84:22

individuals
  54:2

industry
  15:21,23
  22:21
  24:13,14,
  17  31:17
  33:5,25
  34:9,18
  36:12  51:8
  67:5

information
  27:18,21
  31:11
  32:13
  37:14
  39:22
  40:1,8
  41:5,7
  42:14
  48:4,8

informed
  86:9

injected
  24:10

input   20:14

inputs   24:9

instance
  9:14  14:13
  32:9

intended
  17:4

interact
  36:24  37:4
  52:11

interest
  10:17,22
  11:2  35:18
  36:1

interested
  35:23
  88:1,2

interesting
  46:13,16

interim
  61:20

internal
  31:9

interrupt
  14:24

interruption
  12:12

introduced
  80:3

introduction
  5:9  81:14,
  22  82:9,19

invent   17:5

18:19
85:9,18,23
86:21

invented
  18:3,11
  19:25
  83:25
  84:7,11
  85:18  87:2

invention
  7:19
  14:11,14
  15:23
  16:22
  20:10,12,
  20,23,25
  22:23
  24:22
  26:17
  27:4,13,
  19,22
  28:14,25
  29:7,19,24
  31:10,12
  34:5,10,19
  37:11
  38:15,25
  39:8,10,17
  40:8,21
  41:12,15,
  16,23
  42:11,17,
  21  43:3,6,
  11,18
  79:2,5,10
  83:15

inventions

LSI Corp. Exhibit 1034
Page 111

18:8,17
20:5,8
28:8,10,11
34:1
37:14,15
39:20

inventor
  7:17 10:6,
  24 13:3
  39:6 58:7
  75:21 80:8
  85:12
  86:19

inventors
  11:1,7
  13:15
  37:10
  52:11

investigation
  6:18

investigators
  35:9

invite  87:3

invites
  86:19

inviting
  89:25

involved
  11:1 13:17
  33:22
  47:11
  90:25

involving
  21:4

IPR  7:10,22
  14:5 16:16
  49:25
  58:10

IPS  32:8

issue  11:25
  55:4,5

issued  15:7,
  10 17:12
  28:10

issues  32:4
  34:12,15
  35:7,22
  36:4

IV  70:23
  71:17
  72:15 73:6

―――――――――
         J
―――――――――

J-A-E-K-Y-U-N
  5:3

Jae  53:23

Jaekyun  4:1,
  6 5:3,4
  10:5 65:10
  73:19

January
  25:24

Jay  54:4

job  52:11

join  46:1,
  11

joined  44:19

June  54:3,
  14 55:9

―――――――――
         K
―――――――――

K-A-I-S-T
  45:23

K-O-S-T  75:1

KAIST  45:2,
  3,16,19,
  23,25
  46:1,11,19
  51:14,15
  63:18,20
  64:12,25
  67:12

key  27:18,
  21

kill  72:19

KJ  87:16

knew  21:8,
  12,14

knowledge
  52:21
  59:10,21
  60:1

Korea  63:23

Kost  30:9
  35:20
  75:3,4,5,
  6,8 76:10,
  19 77:4,9,
  10 78:2,
  13,20
  79:2,9,19

80:6

―――――――――
         L
―――――――――

L-A-M-D
  55:21

LA  57:6

law  90:17

Lawrence
  57:6

lawyer  54:12

lawyers  9:7

leading
  82:18

leave  45:16
  46:7,10,23
  51:22
  55:12
  63:20

leaves  46:6

led  14:11
  20:24

left  45:20
  46:1,19

left-hand
  38:20
  65:22

legal  9:18
  30:10

letter  57:6,
  14,19
  58:19
  59:23

LSI Corp. Exhibit 1034
Page 112

61:18,19
62:11,13,
18 63:1,3,
4 64:3,7
66:18,25
67:8
90:16,20,
21,25

**letterhead**
27:25

**letters**
79:7,8

**license**
11:19
47:1,2,11
58:16
59:11,21

**licensing**
52:1,3,6,
9,10

**light** 86:10

**limit** 17:8

**limitation**
84:18

**limiting**
21:9

**Link_a_media**
55:21,22

**lion's** 90:1

**list** 13:17
31:8

**listed** 13:15
29:15 30:1
31:15

35:4,11
38:12
53:23
68:11
73:19 84:1

**listing**
61:20

**litigation**
7:23 8:7

**live** 64:1

**local** 6:20,
23

**locationally**
21:2

**logic** 87:25

**logical**
87:24

**logics** 25:4

**long** 8:3
46:22
47:15
56:9,12,13
65:2 75:10
83:17

**longer** 87:6

**looked** 42:21
43:17
90:24

**lot** 18:22
60:3 67:5
83:2

**loud** 5:16

**love** 36:2

**lovely** 46:14

**low** 23:18

**lower** 52:13

**lunch** 49:9,
10,11,14

---

**M**

---

**M-O-O-N** 5:3

**made** 49:19
61:6,8
62:25 75:8
82:20

**magnetic**
17:7 23:19
33:19
88:3,4,7,
8,10,13

**Magnetics**
73:24

**maintenance**
52:21,24
53:2

**make** 5:16
6:4,7
35:21 51:7
64:22
72:14

**makes** 6:5
56:3

**making** 10:16
20:13 80:9

**manager** 59:4
77:11

**managing**
77:4

**mansion** 49:4

**manufacturing**
66:2,14
89:18

**mapping**
20:14
69:5,6,10,
11 70:9,
11,16,20
71:21,23,
24 73:1,3,
6,9,11

**mappings**
71:25
72:1,3

**March** 61:7,
15,20 63:2

**marked** 6:18
7:12 9:21,
25 28:4,25
37:17
41:22 50:6
53:15,17
56:15
57:19
62:4,11,13
64:11,13
73:20
75:12,13,
18 77:21
83:8

**market** 37:10

**marketing**

LSI Corp. Exhibit 1034
Page 113

39:19,25
40:17
43:24

**Marvel**  48:15
49:19

**mathematical**
85:22

**matter**  7:3
12:16
58:10

**maximum**  17:6
81:24
83:16

**Mcelhinny**
4:9,18,22
7:24 12:3,
8 16:23
18:9 19:10
25:18 26:3
31:1 34:20
35:16
36:13 39:1
40:2,9,24
41:9 42:1,
7 43:20
47:13
48:6,13
54:21
57:20
60:16
61:1,10,23
62:16
73:25
81:16 83:1
84:4 85:15
86:5,13

**89:4,11,13**
91:2,6,9

**meaning**
21:19 50:1
56:7

**means**  11:2
36:19
55:12 62:9
86:1

**meant**  67:4
73:13
87:21

**media**  33:19
56:3

**meet**  36:17

**meeting**
78:21

**meetings**
44:3 76:9,
12,19

**member**  45:19

**memory**  33:16

**mention**
38:17

**mentioned**
10:6 22:13
30:4 47:1
60:5 74:22
76:3 77:18
86:8 88:7

**message**  64:7

**met**  77:1

**method**  22:12

80:1

**Michael**
58:20 59:2

**middle**  81:23

**midpoint**
57:25

**midstream**
65:21

**milestones**
31:25
36:16

**million**
48:25 49:2

**mind**  13:16
27:10

**mine**  13:11

**minimum**  82:3

**Minnesota**
8:16 12:25
13:14,20
14:17
27:14
28:7,13
36:23 37:4
39:15
45:16,21
46:3,9,11,
14,20,21
49:20
51:18
57:10
58:13
63:22,23,
25

**minute**  9:22
50:10 78:5

**minutes**  43:7
88:20

**missed**  71:3

**model**  24:10

**modulated**
12:4

**moments**  37:2

**monetary**
49:21

**monetarywise**
15:16,18

**money**  13:22
32:25
46:19,20
47:21
48:2,22
49:9,10,
11,12,23
50:2

**Moon**  4:1,6
5:1,3,4,5
6:14,19
7:6,15
8:12,20
9:20,24
10:5,21
12:11
16:18,21
17:11 18:5
25:10
26:18
27:13 31:6
36:22

LSI Corp. Exhibit 1034
Page 114

39:14
43:15
44:11,16
48:7
50:11,13
53:14,23
56:16
60:8,12
62:4 64:12
65:8,10
67:14,20
69:15
73:19 74:5
75:14,20
80:13
87:13
88:18
89:1,12
91:5,7

Moore   58:20
  59:2,7

motivation
  67:10

move   12:21
  46:12
  73:16

moved   45:1
  46:14
  51:15
  63:18,22

moving   71:9

MPEG   57:6

MTR   10:3
  18:4,14
  19:2 20:1
  22:12,15,

21,23
23:9,13,22
24:22
30:13
31:22
32:11,24
33:22
37:14
38:3,12,16
39:22
41:16 42:9
52:14
66:1,6,16
67:7,9
68:4,23
69:1,4,12,
24 70:17,
23 71:15
73:4 74:8
75:23,25
76:13
78:2,3,19
79:5,14,
16,19,21
80:4,8
81:4 82:6,
21,24
83:16

multiple
  33:1

mute   89:7

N

named   18:13
  50:16
  55:20

58:20 80:4
85:13
86:3,11
87:4,5

names   85:3

National
  31:16
  33:5,24
  34:8,17
  36:11

natural
  77:11
  79:17
  85:20,21

naturally
  86:21

nice   17:2

nods   6:1

noise   24:6,
  10

note   64:3

notes   76:21
  79:6 88:20

notice   74:9

notified
  90:11

NRZI   68:7

number   14:13
  27:1,4,5,
  8,9 32:22
  33:11
  38:17,19
  42:15,16,

18,20,24,
25 43:2,5,
7,8,11,19
52:17
58:18

numbers
  30:22

numerous
  76:9

O

object   7:24
  16:23 18:9
  19:10
  25:18 26:3
  36:13 39:1
  54:21
  60:17 83:1

objection
  34:20
  35:16
  40:2,9,24
  41:9 42:1,
  7 47:13
  57:20
  60:16
  62:16 84:4
  85:15
  86:5,13

objections
  61:1,10,23

obligation
  14:3 32:3

obligations
  13:25

LSI Corp. Exhibit 1034
Page 115

35:14

obvious   80:6

occasionally
  8:17  43:24

occasions
  37:7  39:19

October
  17:13

office   54:9,
  15,25
  57:10

official
  45:19
  64:21,22
  66:21  77:9

officially
  45:20
  51:22
  55:14
  63:17,21

Olson   8:14

one-line
  70:8

one-page
  40:11

open   7:1
  80:21

operate
  86:18

operates
  85:19

operations
  85:2

opinion
  85:17

optical
  66:3,14
  89:18

order   8:24
  48:7,25
  49:7

originally
  14:8

outcome
  36:20

output   20:14

overhead
  21:19

overreaching
  66:24

───────────
        P
───────────

pages   56:21

paid   47:21
  48:2,19
  52:22

pairings
  68:16

pairs   71:18
  72:16

paper   73:18,
  20,23
  79:13,14,
  16,22,25
  80:2,16,
  17,18,20

81:2

paragraph
  10:13,15
  17:23,24
  19:21
  23:20  24:1
  31:3
  44:18,25
  61:19  76:5
  77:3  78:9
  80:25

paralegal
  31:2

parameter
  73:4

parameters
  70:19
  72:25

Pardon   9:4
  52:4  88:9

part   28:6
  30:24  32:2
  36:25
  37:12
  39:21
  51:20
  52:10,12
  63:8  66:1,
  12,20
  89:17

participate
  14:1,5
  29:18  30:1
  32:1

participating

50:3  54:3

parties   4:3

passed   74:23
  75:6

past   13:21

Pat   89:12

patent   7:17
  9:14  10:3,
  4,6,9,18,
  23,24
  11:4,10,16
  12:15
  13:3,9,15
  14:2,9,11,
  20,23
  15:7,10,13
  16:4,19,22
  17:12,16
  18:4,8,17
  20:1,5,8
  23:23
  28:14,20
  38:19,22
  47:3,22
  49:22
  52:14,15,
  22  53:2
  54:20
  58:1,4,6,
  9,14,15
  59:10,11,
  20  60:13,
  23  61:8,21
  62:15
  66:1,6,7,
  11,12,17,

LSI Corp. Exhibit 1034
Page 116

```
20  67:7,9,        pay   52:25       person   8:11,     portion
22,24                53:2              12,15  36:5         47:2,23
68:25                                  48:2  77:4,        49:19
69:2,12            paying   52:24      20  78:8
70:12,14,         payment              79:4             possibilities
17  74:11           47:12                                73:5
75:16,18,           49:18,19        personal
21  77:19                             18:7             possibility
83:9,12           pending                               48:16,19
84:2,14             60:20           personally
85:14                                 19:1  28:3       possibly
86:4,12           people   13:15      49:6               34:22  38:5
87:11               18:19                                47:5  54:11
89:17,20            21:15           persons   79:4       63:4  89:24
                    22:18  37:9
patentable          43:24           pertains          potential
  50:2              54:24             11:3               14:15
                    58:19                                15:12
patenting           75:25           physical            16:2,6
  14:15             76:23             23:6  24:23        28:19
                                      25:16             39:17
patents           percent            87:22  88:2
  13:21  15:7       11:6,10                            practice
  28:10,22          15:14           place   46:14,       18:4  20:1
  33:23             40:15            21,22               23:22
  75:25             47:25                                24:2,4,15
                    74:17           plans   31:24
patterns                                               preamble
  17:8,9          percentage        point   6:10         84:19
  20:16             13:2             25:15
  24:10  41:3                        30:21             predict
  83:17           performance        42:12              36:20
                    18:1,12          51:20,21
Paul   30:9,        19:6,7           56:20             preparing
  11  35:20         24:12            67:15               8:22  9:11
  77:8,13,          36:10                                16:15  29:5
  14,15,18,                         pool   66:1,
  20  79:23       performed          13,20             present
  81:5,9,12         24:2  62:14       89:17,20           83:15
  82:11,17,                          90:14
  25              period   27:15                       pretty   70:15
                    30:8  34:8      portfolio
                                     58:16             prevent   17:8
                                     59:11,21
                                                       previous
                                                         41:17
```

LSI Corp. Exhibit 1034
Page 117

52:18

previously
  5:6  9:18,
  21  83:23

prior   22:15
  71:5

priority
  17:16

problem
  21:12,21
  22:13,15
  23:14  76:2

problems
  23:17

procedure
  16:13

proceeding
  6:19  7:16,
  22  9:18
  14:5  16:16
  20:19
  50:1,3
  58:10

process
  27:13,16
  39:21

processing
  22:22
  33:21,22
  85:4

produced
  38:21
  53:11,16
  58:23  62:2

producing
  83:17

products
  48:17

professor
  5:1,5
  6:14,19
  7:6,15
  8:12,20
  9:20,24
  10:21
  12:11
  16:18,21
  17:11
  26:18
  27:13  31:5
  44:11,16,
  20,21
  45:1,3,7,
  10  53:14
  55:10
  60:8,12
  63:6  64:12
  65:8,17
  67:14,20
  69:15
  74:5,18
  75:14,20
  80:12
  87:13
  88:18  89:1
  91:5,6

professors
  52:12

program
  14:14,16
  33:15

project
  30:13,18
  32:16,17,
  24

projects
  21:3,7
  32:23
  33:1,17

promising
  22:9

pronounce
  75:1

proper   90:6

property
  85:23

proposal
  82:10

proposed
  81:25
  82:1,21

Proskauer
  90:17

protective
  48:7

provide   5:11
  35:5  40:7
  65:13
  76:17

provided
  32:15
  37:13
  41:5,7
  56:17
  57:22

65:20
69:11
71:18
72:2,16
78:19

providing
  30:15  32:2
  34:19
  35:13  40:1
  42:13

provisional
  17:15

PTAB   50:1

public   30:25
  64:21

published
  64:24
  73:23

pull   26:15
  50:9  56:15
  62:1  73:17
  76:4

purpose   23:6
  55:23,24

purposes
  23:4  74:21
  84:10

pursuant
  78:21

pursued
  59:25

put   7:19
  9:8  37:19
  78:4  83:3

LSI Corp. Exhibit 1034
Page 118

89:20

putting
  53:10

—————————

        Q

qualified
  66:17

quantity
  47:21 88:3

question
  15:4 16:25
  17:3 19:13
  20:9,21
  21:10,25
  22:2,3
  25:14
  28:23
  29:21 33:4
  34:7 35:1
  36:6 38:8
  39:12 40:3
  43:1,4,13,
  14 45:8,15
  46:13,16,
  17 59:12,
  13 60:11,
  20,21 63:9
  70:14,25
  71:1,3,5,
  10 72:9,
  12,13 73:2
  81:15,17
  82:15 86:6
  88:5

questions
  5:11 6:6,

11 14:25
25:12 36:2
89:2,14
91:3,4

quick  89:14

quickly  6:8
  22:24
  25:11 65:6

quote  69:19

—————————

        R

ran  22:8
  26:4

random  24:9,
  10

range  11:13

rate  21:18
  23:17 41:4
  68:4,23
  69:1,12,24
  70:17,24
  71:15 72:7
  74:8 82:6

rates  72:5,8

read  39:3
  40:25 65:3
  80:13 81:1
  91:9

reads  65:25

realized
  21:16

reason  6:14,
  16 42:5

46:19

reasons  23:3

recall  8:2
  11:17 29:5
  32:14
  43:5,7
  47:3,10
  48:22,23
  54:12
  57:18 59:7

receipt
  35:15

receive
  14:9,21
  15:8 16:3,
  10,15 29:4
  34:9,18
  50:2

received
  11:14,20
  13:19 29:1
  32:10
  36:11
  47:1,8,11,
  22 49:6,20
  60:5 63:16

receiving
  15:19 16:7
  35:15

recent  80:3

recently
  81:25

recess  12:10
  44:15
  67:19

88:25 89:9

recognition
  15:20,25
  16:1

recognize
  7:6 9:24
  38:9,10,23
  42:18
  50:13
  52:20
  53:20
  64:16 65:8
  69:15
  75:13

recognized
  27:8

recollection
  34:17
  37:23
  42:19,23
  43:2,10,16
  46:18
  47:20
  48:1,20
  52:2

recommendation
  53:1

record  4:15,
  16,17,19
  5:2,18
  11:22
  21:23
  22:3,4,6
  30:25 38:1
  47:16
  49:17 77:6

LSI Corp. Exhibit 1034

80:14 81:3
88:24

**recorded**
4:21

**recording**
4:10,15
20:16
23:19

**records**
21:22,24
77:5,12

**recovered**
10:17,22

**recovery**
11:4,10
12:14
13:9,24
15:14
16:3,7
28:19
83:19 84:9

**reduced**  18:3
19:25
23:22

**reduces**  41:3

**reduction**
24:2,4

**Reed**  4:11,
25 8:1
12:7,11
17:3 18:15
19:21
25:23 26:8
30:21 31:3
34:24

36:6,22
39:14
40:5,20
41:6,15
42:2,15
44:8,11,16
47:20
48:18
54:23
57:24
60:19
61:2,14
62:1,21
67:14,20
74:2,4
81:17
82:22 83:7
84:12
86:2,8,16
88:18,23
89:1,8,15
90:16
91:4,8

**refer**  10:9
26:11
42:11
75:16

**reference**
6:21,24
38:14
50:24
52:15
77:2,18
78:10,18
82:4,5
84:16,19
86:2

**referenced**
41:16
69:14,18
80:25
83:22

**references**
52:14 66:6
82:7

**referral**
82:9

**referred**
60:9,13,23
83:16

**referring**
10:10
12:25
26:12
45:23 62:6
66:7 75:17
80:5,7
81:13

**refers**  70:22
84:21

**reflected**
81:9

**refresh**
37:23
42:19
43:1,10

**refreshed**
43:16

**related**  36:7
81:19

**relation**

82:14

**remain**  45:2

**remains**
48:10

**remember**
8:9,18
11:21
12:16
13:12,22
25:2 29:12
37:6,7
38:6 43:22
44:4,10
45:11,13,
18 47:5,24
48:24
49:3,4,16,
23 59:3,8
61:17
63:4,5,10
89:12

**remind**  43:18

**remotely**  4:5

**removing**
82:1

**Repeat**  40:3

**rephrasing**
22:2

**replace**
54:11

**report**  61:20
64:19,21
69:19
71:12,19,

LSI Corp. Exhibit 1034
Page 120

20,21
72:10,13,
16,17,22,
23  73:3,7,
9,11  74:11

**reporter**
4:4,12
5:17

**reporter's**
45:22

**represent**
27:4

**request**
90:25

**required**
5:11  28:7,
9

**research**
18:2  21:3
30:13
31:10,21
32:1,11
33:19
34:1,8
35:25
36:6,19
56:5
76:11,13
78:22  85:2

**researchers**
36:15

**respect**  7:22
8:20  12:14
13:25
15:7,13

25:14
32:15
33:4,24
35:11  40:5
76:24

**respond**
15:3,4

**responding**
6:1

**response**
59:22
60:5,8,12,
22  61:16

**responses**
15:1

**responsible**
56:8

**restraint**
83:19

**result**  32:10
35:14

**resulted**
31:22  34:1

**resulting**
31:10

**results**  22:9

**revenues**
52:9

**review**  50:10
56:21
62:24
88:20

**reviewed**

62:21  67:1

**reviewing**
34:3  39:24
71:4

**reward**  15:24
16:2

**rights**  31:12
32:7,10
33:25
34:4,9,18

**ring**  37:25

**rising**  86:21

**RLL**  23:1,3,
4,6,14
83:23  84:1

**Robert**  30:9
35:20

**robot**  12:5

**role**  52:3,5
56:7

**roles**  19:14
54:10

**Rose**  90:17

**rough**  36:17

**Roughly**  8:4

**royalties**
90:2

**rule**  10:25
12:22  13:6
28:18  47:7

**run**  17:6
19:17

22:8,9
24:7,8
25:7  33:7
81:24
83:16

**runs**  83:17

---

**S**

---

**safe**  74:18

**salary**  13:23

**samples**
24:6,11

**sandwich**
49:12

**satisfaction**
15:22

**schedules**
31:24

**scheme**  18:11
22:7  83:15

**schemes**
17:25

**Schrankler**
54:4,13,19

**screen**  6:22
26:22
53:15
56:22  57:3
70:2  72:20
73:25

**Seagate**
21:1,24
30:5,8,12,

LSI Corp. Exhibit 1034
Page 121

15 31:16,
20 32:3,
10,14,24,
25 33:2
35:12,22
36:11
69:19
71:12,19
72:21
73:7,9
74:11,14,
25 76:11
78:19,21

**section** 31:5
70:4 78:10
80:19,25

**Security**
30:22

**seek** 33:23

**selling** 38:3

**semester**
45:12

**senders**
53:24

**sense** 6:4,5
70:2

**sentence**
65:23,25
66:7 81:2
82:23
83:14

**sentences**
65:18 82:5

**separate**

18:21
19:14
23:6,10

**September**
4:1 73:23

**sequence**
18:1 24:9
87:18

**sequences**
21:14 22:1

**series** 5:10

**serve** 28:3

**served** 45:1

**serves** 33:16

**set** 36:16,
20

**setup** 25:8

**setups** 26:6

**Shanghai**
64:1

**share** 11:3,
15,20
12:14
13:8,10,
11,24
15:14
16:2,6
28:19
53:5,13
57:5 60:7
72:20
73:25
75:12 90:1

**shares** 10:25

**short** 90:6

**showed** 42:24
43:8 66:18
90:16

**showing**
64:13

**shown** 61:14
69:1,23
70:16,17
71:21
72:15
73:6,11,12

**shows** 22:6
68:1 70:9
73:4 74:7

**sic** 83:19

**sick** 46:15

**side** 35:4

**sign** 91:10

**signal** 85:4
88:3

**signature**
7:13

**significance**
79:12

**significant**
76:13

**simplify**
43:14

**simulating**
19:6

**simulation**
18:18,22
19:9,17
22:8 24:5
25:8

**simulations**
25:9,17
26:2,5,6,
13,14

**single-page**
50:10

**sir** 7:9
10:2 26:20
38:22
53:18,21
64:16 89:3

**sit** 11:9
42:6

**size** 71:23

**Slavec** 54:4,
7,13,19

**small** 11:5,
19 47:1,2,
7 49:12

**so-called**
10:3

**Social** 30:22

**software**
24:25 25:7

**sort** 18:24
19:18
64:20

**sought** 17:25

LSI Corp. Exhibit 1034
Page 122

sound  12:2,5

sources  31:8
  49:24

sourcing
  21:2 51:8

speak  90:19

speaking
  18:22

special  29:1

specific
  10:25 17:1
  20:13,14
  22:3,7,12
  46:18
  69:5,6
  72:25
  73:13
  75:22,23
  82:11,12,
  16 87:7

specifically
  10:21
  21:25 30:7
  31:20 44:4
  79:13,15

specifics
  35:6 47:10

spend  8:22

sponsors
  31:12 32:7
  34:4

sporadic
  55:4

spot  37:1

spring  18:2
  19:24
  20:22
  23:22
  24:3,21
  25:15
  45:12

standard
  13:2

standards
  60:15,24
  61:9,21

start  35:12
  56:1 87:23

started  51:2

starting
  68:12

startup  56:3

state  5:2
  10:15
  17:24
  19:24
  44:19,25
  76:8

statement
  89:15

states  61:18
  82:24

stipulate
  4:3

stop  26:19
  55:5

stopping
  67:15

storage  21:4
  24:17
  31:16
  33:5,24
  34:9,18
  36:12
  66:3,14
  89:19

strategies
  40:18

strictly
  47:7

structure
  85:21
  86:18,20,
  22

struggling
  21:8

stuff  31:25

subject
  58:10
  76:12

submission
  58:13
  59:19

submit  7:15
  14:14

submitted
  21:23

submitting
  27:13

substitute
  30:23

suggested
  43:25

sum  14:15
  47:23
  48:19,24
  49:12

summarized
  70:15

summary
  39:10

support
  78:25

surprising
  38:7

surroundings
  46:23

swear  4:5

sworn  4:7

symbols
  87:24,25

synthesized
  24:5,6,19

system  25:3

systems
  24:24
  25:21
  26:12

---

**T**

---

table  62:6,8

LSI Corp. Exhibit 1034
Page 123

69:23
70:22,23
71:11,15,
17 72:15,
24 73:4,6
74:4,7

tables  71:14

talk  15:2
19:18
37:9,13
39:19
40:20 65:4
71:7 74:12
87:10 90:6

talked  8:10,
17 18:18
29:9 30:12
31:24
43:24 61:3
77:9,17

talking
29:24 44:5
64:12
80:21
87:23,25

tape  33:7

target  36:21

taste  49:14

teaching
79:19

tech  4:13
12:8

technical
35:4,19

36:1
40:16,21,
22 41:7,21
76:14

TECHNICIAN
4:14,20

technologies
52:10
66:2,13

technology
7:17,19
15:20
31:16
35:21
38:4,13,24
47:19,22
48:16
54:8,14,
18,19,25
56:8 57:22
59:5 67:2,
7 79:11
89:18

Technology's
31:21

telephone
76:9

template
27:22

ten  8:25
88:19

ten-minute
44:13
67:16

tentative

31:24

tenure  36:22
37:3 39:15
56:10

term  87:13,
19

terms  25:25
36:9 49:6
59:24
68:25
69:5,6
72:25

testified
4:8

testify  6:15

text  28:1

thanked
78:14

thanking
80:9 82:18

thing  21:10,
15,17
77:11
87:5,24

things  76:22
83:3 84:7

thought  15:6
74:2

thoughts
18:20

thousand
49:15

time  8:3,8,

21 13:13
15:3
16:12,14
20:12 21:8
22:5,23,24
23:12
27:15
30:4,18
33:1,2,8
39:14 41:8
43:8 44:9
45:19 46:7
47:15
51:2,13,
17,19,20
52:5,22
53:9 55:7,
13,17
56:6,22
57:1 61:15
62:3,22
63:5,10,
12,23 64:4
66:11,16
72:6 75:10
80:9 89:2,
3,25

times  27:9
55:4 63:25

timing  83:19
84:9

today  5:10,
15 6:10,15
10:9 11:9
14:25 16:8
27:9 42:6
74:21

LSI Corp. Exhibit 1034
Page 124

LSI CORPORATION, ET AL. vs REGENTS OF THE UNIV. IF MINNESOTA
Jaekyun Moon on 09/15/2020          Index: told..university

told   4:15
  89:24

top   26:18,
  25 42:16
  52:18

tough   21:21

Transactions
  73:24

transcript
  6:3

transfer
  38:13
  54:9,15,25

transition
  17:6 81:24
  83:16
  87:14,19,
  23 88:4

transitions
  21:10
  22:14
  23:2,7,8,
  10,11,12,
  15 83:18
  87:8,16,
  17,22
  88:2,7,8,
  10,13

trellis
  84:19,21,
  23 85:5,6,
  7,9,13,18,
  20,24,25
  86:9,18,
  20,21,25

87:2,6,8,
  10

Trend   50:16
  51:24,25

tribology
  33:20

trick   43:15

true   8:14
  64:10

truthfully
  6:15

Tsang   30:9,
  11 35:20
  74:12,13,
  15,16,18,
  19,20,23
  75:16,21
  76:10,20,
  24 77:1,
  14,15,18,
  19,20
  78:20
  79:20,23
  80:1 81:5,
  9,12
  82:11,17,
  25

turn   10:12,
  13 17:22
  31:3 50:6
  65:5
  67:21,23
  69:14 74:4
  76:5 77:21
  80:11 83:7
  84:12,14

88:16

turned   90:1

turning
  23:20
  29:14

type   40:7

_____

U

_____

U.S.   61:21
  75:17

Uh-huh   57:12
  59:18 74:6

UHDR   33:16

ultimately
  17:12

ultra   33:15

UMN   44:19
  45:1 76:11

underlying
  7:22 29:24

underneath
  38:12

understand
  5:12 6:11
  12:6 29:21
  34:13
  35:5,9
  36:15
  38:11
  39:16
  43:4,13
  64:23
  72:14

85:25 87:1

understanding
  4:11 10:10
  32:5,6,8
  66:11
  75:17

understood
  66:16

university
  8:10,16
  10:24
  11:22
  12:23,24,
  25 13:3,6,
  13,20,23
  14:1,10,
  16,18,21
  15:8
  27:14,19
  28:7,8,11,
  12,13,20
  32:5,13
  34:14,22
  35:7
  36:15,23
  37:3,7,8,
  16 38:21
  39:15,19
  41:14 42:8
  43:25
  45:16,20
  46:3,8,10,
  21 47:6,
  16,21
  48:3,5,20
  49:17,19,
  20,24

LSI Corp. Exhibit 1034
Page 125

51:18,23
52:1,3,6,
10,11
54:8,12,
14,25
55:10,14
57:9
58:13,23
59:24
62:19
63:7,11,17
79:9 89:13
90:3,24

**university's**
49:21

**upper**  38:20

**usual**  18:24
31:25
83:18,22,
25

— **v** —

**vague**  64:4

**values**  70:13
73:5

**variables**
86:23

**variations**
76:1

**verbal**  6:7

**verbally**  6:1

**video**  4:10
7:2 71:6

**view**  16:21
17:4 86:12

**virtual**
56:25

**virtually**
5:15

**virtue**  15:9
34:19
35:12 50:2

**Viterbi**
84:19,21,
22,23,24,
25 85:5,6,
9,12,17,
18,19,23,
24 86:2,8,
9,11,19,
24,25
87:1,2,6,
8,10

**VLSI**  25:4,
5,22 26:8,
10

**voice**  11:24
12:3

— **w** —

**wait**  37:21

**waiting**  71:7

**wanted**  46:23
47:17,18
48:15 67:6

**warmer**
63:23,24

64:2

**waveform**
20:16
24:19
88:3,4

**waveforms**
24:5

**ways**  22:15

**well-known**
22:20,25

**well-separated**
23:7

**whatsoever**
14:22

**whomever**
83:25

**widely**  22:24

**Wifi**  51:7

**word**  71:18
72:16

**word/code**
71:18
72:15

**words**  20:14
68:1,2,4

**work**  9:2,5,
10 15:1
22:19 23:1
33:7,8,19,
20,21
34:24 35:3
36:23 37:4
39:16 54:8

55:13,24
56:12
67:12
80:5,9
81:5
82:19,20,
25

**worked**  13:18
37:24
51:11,12
54:14
74:14

**working**
20:18,19,
24 21:1,3,
7 30:5,7
51:13,17
52:1
55:11,20

**works**  74:25

**worth**  52:24

**write**  27:18,
21 28:1,21
67:10

**writing**  17:8
29:10,22,
23

**written**  17:9
22:6 27:1
39:4,6,11
42:16
52:17
66:10
75:25
77:12

LSI Corp. Exhibit 1034
Page 126

```
wrote  86:9
```

—————————————
          **Y**
—————————————

```
year  32:20,
 21 56:14
 63:18

years  8:2,4,
 5 23:5
 44:6 46:8
 51:16

yesterday
 44:10
```

LSI Corp. Exhibit 1034
Page 127