UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION AND AVAGO TECHNOLOGIES U.S. INC.,<br><br>Defendant. | Civil Action No. 5:18-cv-00821-EJD-NMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY** |

Before the Court is Plaintiff Regents of the University of Minnesota's ("UMN") Motion to Compel Discovery ("Motion"). *See* Dkt. 116. Prior to the Court's June 28, 2023 hearing on the Motion, the parties resolved the issues raised in Sections B-D of UMN's brief in support of the Motion. *See* Dkt. 118.

The parties, however, did not resolve their dispute over Section A of UMN's brief, which addresses Defendants' objections to discovery that they claimed regard "actions or products outside of the territory of the United States," including "worldwide revenue numbers for all sales of the Accused Products." By its Motion, UMN seeks an order compelling Defendants to produce documents in response to twelve document requests and provide responses to six interrogatories that have been withheld due to such objections.

The Court held a hearing on June 28, 2023 on this discovery dispute. Based upon the Court's consideration of the parties' briefing (Dkt. 116-128, 172, 177, 245, 248) and oral argument in support and opposition thereto, the Court rules as follows:

The Court **OVERRULES** Defendants' objections that the requested discovery is not relevant to the claims and defenses in this case, and is unduly burdensome and not proportionate to the needs of the case; and the Court **GRANTS** UMN's motion to compel production of documents in response to Document Request Nos. 5, 11, 14-19, 21, 23 and 25-26 and answers to Interrogatory Nos. 3-5 and 10-12 that have been withheld due to such objections.

Defendants shall produce the documents responsive to the identified Document Requests and respond to the identified Interrogatories consistent with this Order within 14 days of this Order.

IT IS SO ORDERED.

Dated: July _____, 2023              By: _____
                                         Hon. Nathanael M. Cousins
                                         U.S. Magistrate Judge

Respectfully submitted,

Dated: July 5, 2023

| By: */s/ Christopher M. Verdini* | By: */s/ Kristopher L. Reed* |
|---|---|
| K&L GATES LLP | KILPATRICK TOWNSEND & STOCKTON LLP |
| | |
| Edward P. Sangster (SBN 121041) | Kristopher L. Reed (SBN 235518) |
| ed.sangster@klgates.com | kreed@kilpatricktownsend.com |
| Jas Dhillon (SBN 252842) | 2001 Ross Avenue, Suite 4400 |
| jas.dhillon@klgates.com | Dallas, TX 75201 |
| Four Embarcadero Center, Suite 1200 | Telephone: (214) 922-7143 |
| San Francisco, California 94111 | Facsimile: (214) 922-7101 |
| Tel:  (415) 882-8200 | |
| Fax:  (415) 882-8220 | April E. Isaacson (SBN 180638) |
| | aisaacson@kilpatricktownsend.com |
| Patrick J. McElhinny, *pro hac vice* | Two Embarcadero Center, Suite 1900 |
| patrick.mcelhinny@klgates.com | San Francisco, CA 94111 |
| Mark G. Knedeisen, *pro hac vice* | Telephone: (415) 576-0200 |
| mark.knedeisen@klgates.com | Facsimile: (415) 576-0300 |
| Christopher M. Verdini, *pro hac vice* | |
| christopher.verdini@klgates.com | Edward J. Mayle (admitted *pro hac vice*) |
| Anna Shabalov, *pro hac vice* | tmayle@kilpatricktownsend.com |
| anna.shabalov@klgates.com | 1400 Wewatta St., Suite 600 |
| K&L Gates Center | Denver, CO 80202 |
| 210 Sixth Avenue | Telephone: (303) 571-4000 |
| Pittsburgh, Pennsylvania 15222 | Facsimile: (303) 571-4321 |
| (412) 355-6500 | |
| | Kathleen R. Geyer (admitted *pro hac vice*) |
| Theodore J. Angelis, *pro hac vice* | kgeyer@kilpatricktownsend.com |
| theo.angelis@klgates.com | 1420 Fifth Ave., Ste. 3700 |
| 925 Fourth Avenue, Suite 2900 | Seattle, WA 98101 |
| Seattle, WA 98104 | Telephone: (206) 467-9600 |
| (206) 623-7580 | Facsimile: (206) 623-6793 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants LSI Corporation and* |
| *Regents of the University of Minnesota* | *Avago Technologies U.S. Inc.* |

**CERTIFICATION PURSUANT TO CIV. L. R. 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from the signatories for whom a signature is indicated by a conformed signature (/s/). I have on file records to support this concurrence for production for the Court if so ordered.

Dated:  July 5, 2023                                        /s/ Christopher M. Verdini