UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION, *et al*.<br><br>Defendants. | Case No.   5:18-cv-00821 EJD<br><br>**ORDER DENYING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

The Court is in receipt of an application for admission of attorney *pro hac vice* (ECF No. 269). All counsel seeking admission *pro hac* vice must, pursuant to Civil Local Rule 11-3(a)(3), certify that an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California, is designated as co-counsel. In the referenced application, counsel indicates its local co-counsel in the case is Jas Dhillon. Jas S. Dhillon (CA SBN 252842) is not a member of the bar of this Court. The Court therefore DENIES without prejudice the application for admission *pro hac vice* of Rachel E. Ellenberger.

**IT IS SO ORDERED.**

Dated:  October 19, 2023

EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cv-00821 EJD
Order Denying Admission *Pro Hac Vice*