UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>            Plaintiff,<br><br>    v.<br><br>LSI CORPORATION AND AVAGO TECHNOLOGIES U.S. INC.,<br><br>            Defendant. | Civil Action No. 5:18-cv-00821-EJD-NMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

After full consideration of Plaintiff Regents of the University of Minnesota's ("UMN") Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge, the Court grants the Motion, vacates the October 30, 2023 Order on Discovery Dispute (Dkt. 279), and hereby orders Defendants to produce:

(a) Deposition transcripts (with exhibits) and documents produced by Defendants in *Carnegie Mellon Univ. v. LSI Corp.*, Case No. 3-18-cv-04571-JD (N.D. Cal.);

(b) Defendants' license agreements and prior testimony from Avago Technologies U.S. Inc.'s ("Avago") former Vice President of Intellectual Property Licensing, Warren Waskiewicz;

(c) 30(b)(6) testimony on UMN's deposition Topic No. 7; and

(d) Responsive, nonprivileged emails of Defendants' 30(b)(6) designee Ryan Phillips.

IT IS SO ORDERED.

Dated: _____, 2023          By: _____
                                          Hon. Edward J. Davila
                                          United States District Judge