| | |
|---|---|
| HOLLAND & KNIGHT LLP | KILPATRICK, TOWNSEND & STOCKTON LLP |
| Kristopher L. Reed (SBN 235518)<br>kris.reed@hklaw.com<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, TX 75201<br>Tel: (214) 964-9500 / Fax: (214) 964-9501 | April E. Isaacson (SBN 180638)<br>aisaacson@kilpatricktownsend.com<br>Two Embarcadero Center, Suite 1900<br>San Francisco, CA 94111<br>Tel: (415) 576-0200 / Fax: (415) 576-0300 |
| Edward J. Mayle (admitted pro hac vice)<br>edward.mayle@hklaw.com<br>1801 California Street, Suite 5000<br>Denver, CO 80202<br>Tel: (303) 974-6660 / Fax: (303) 974-6659 | Kevin M. Bell (admitted *pro hac vice*)<br>kbell@ktslaw.com<br>1400 Wewatta St., Suite 600<br>Denver, CO 80202<br>Tel: (303) 571-4000 / Fax: (303) 571-4321 |
| Attorneys for Defendants | Andrew W. Rinehart (admitted *pro hac vice*)<br>arinehart@kilpatricktownsend.com<br>1001 West Fourth Street<br>Winston-Salem, NC 27101<br>Tel: (336) 607-7300 / Fax: (336) 607-7500 |
| | Kathleen R. Geyer (admitted *pro hac vice*)<br>kgeyer@kilpatricktownsend.com<br>1420 Fifth Ave., Ste. 3700<br>Seattle, WA 98101<br>Tel: (206) 467-9600 / Fax: (206) 623-6793 |
| | Attorneys for Defendants |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>  Plaintiff,<br><br>  v.<br><br>LSI CORPORATION AND AVAGO TECHNOLOGIES U.S. INC.,<br><br>  Defendants. | Civil Action No. 18-cv-00821-EJD<br><br>**DECLARATION OF EDWARD J. MAYLE IN SUPPORT OF DEFENDANTS' MOTION AND MOTION TO STRIKE PORTIONS OF PROFESSOR McLAUGHLIN'S OPENING REPORT**<br><br>Date: December 12, 2024<br>Time: 9:00 A.M.<br>Place: Courtroom 4 – 5th Floor<br>Hon. Edward J. Davila |

I, Edward J. Mayle, hereby declare and state:

1. I am an attorney with Holland & Knight LLP and am counsel for Defendants LSI Corporation and Avago Technologies U.S. Inc. ("LSI") in this case. I make this declaration on my personal knowledge, and, if called upon as a witness could and would testify competently to the matters set forth below.

2. Exhibit 1 is a true and correct copy of Plaintiff's Supplemental Claim Construction Charts, served January 3, 2018 ("Amended Contentions"). LSI moves to file this document under seal.

3. Exhibit 2 is a true and correct copy of the July 26, 2024 deposition of Plaintiff's technical expert, Professor Steven W. McLaughlin, Ph.D. LSI moves to file this document under seal.

4. Exhibit 3 is a true and correct copy of the April 18, 2024 opening expert report of Professor Steven W. McLaughlin, Ph.D. LSI moves to file this document under seal.

5. Exhibit 4 is a true and correct copy of Plaintiff's Claim Construction Charts, served December 11, 2017 ("Original Contentions"). LSI moves to file this document under seal.

6. Exhibit 5 is a true and correct copy of the transcript of the June 28, 2023 motions hearing before Magistrate Judge Nathaneal M. Cousins.

Executed on October 7, 2024 at Denver, Colorado.

*/s/ Edward J. Mayle*
Edward J. Mayle