1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION AND AVAGO TECHNOLOGIES U.S. INC.,<br><br>Defendants. | Civil Action No. 18-cv-00821-EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PORTIONS OF PROFESSOR McLAUGHLIN'S OPENING REPORT**<br><br>Date: December 12, 2024<br>Time: 9:00 A.M.<br>Place: Courtroom 4 – 5th Floor<br>Hon. Edward J. Davila |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PORTIONS OF
PROFESSOR MCLAUGHLIN'S OPENING REPORT
CASE NO. 18-CV-00821-EJD

- 1 -

1   GOOD CAUSE APPEARING THEREFORE,

2   IT IS ORDERED that LSI Corporation and Avago Technologies U.S. Inc.'s

3   ("Defendants") Motion to Strike Portions of Professor McLaughlin's Opening Report is

4   GRANTED and the challenged portions of Professor McLaughlin's Opening Report, as set forth

5   in Defendants' motion, are struck.

7   Dated: _____

8   Hon. Edward J. Davila
    UNITED STATES DISTRICT JUDGE