1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION AND AVAGO TECHNOLOGIES U.S. INC.,<br><br>Defendants. | Civil Action No. 18-cv-00821-EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PORTIONS OF DR. CHRISTOPHER H. BAJOREK'S OPENING REPORT AND *DAUBERT* MOTION CHALLENGING ADMISSIBILITY OF CERTAIN OPINIONS** |

[PROPOSED] ORDER GRANTING MOTION TO STRIKE PORTIONS OF DR. CHRISTOPHER H. BAJOREK'S OPENING REPORT AND *DAUBERT* MOTION CHALLENGING ADMISSIBILITY OF CERTAIN OPINIONS
CASE NO. 18-CV-00821-EJD

- 1 -

GOOD CAUSE APPEARING THEREFORE,

IT IS ORDERED that LSI Corporation and Avago Technologies U.S. Inc.'s ("Defendants") Motion to Strike Portions of Dr. Christopher H. Bajorek's Opening Report and *Daubert* Motion Challenging Admissibility of Certain Opinions is granted, finding the following opinions inadmissible: (a) Dr. Bajorek's opinions agreeing with and bolstering Dr. McLaughlin and Ms. Lawton; (b) Dr. Bajorek's parroting of Dr. McLaughlin's and Ms. Lawton's expert opinions with no independent analysis; (c) Dr. Bajorek's opinions that are duplicative and cumulative of Dr. McLaughlin's and Ms. Lawton's expert opinions; (d) Dr. Bajorek's factual testimony, including testimony related to the HDD industry sales cycle and specific case studies; and (e) Dr. Bajorek's summaries of factual evidence and interpretations thereof.

DATED: _____

Hon. Edward J. Davila
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOTION TO STRIKE PORTIONS OF DR. CHRISTOPHER H. BAJOREK'S OPENING REPORT AND *DAUBERT* MOTION CHALLENGING ADMISSIBILITY OF CERTAIN OPINIONS
CASE NO. 18-CV-00821-EJD

- 2 -