Edward P. Sangster (SBN 121041)
ed.sangster@klgates.com
**K&L Gates LLP**
Four Embarcadero Center, Suite 1200
San Francisco, California 94111
Tel: (415) 882-8200
Fax: (415) 882-8220

Patrick J. McElhinny *pro hac vice*
patrick.mcelhinny@klgates.com
Mark G. Knedeisen, *pro hac vice*
mark.knedeisen@klgates.com
Christopher M. Verdini, *pro hac vice*
christopher.verdini@klgates.com
Anna Shabalov, *pro hac vice*
anna.shabalov@klgates.com
Rachel E. Ellenberger, *pro hac vice*
rachel.ellenberger@klgates.com
**K&L Gates LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
(412) 355-6500

Theodore J. Angelis, *pro hac vice*
theo.angelis@klgates.com
**K&L Gates LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
(206) 623-7580

*Counsel for Plaintiff
Regents of the University of Minnesota*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>Plaintiff,<br><br>vs.<br><br>LSI CORPORATION and AVAGO TECHNOLOGIES U.S. INC.,<br><br>Defendants. | Case No.: 5:18-cv-00821-EJD-NMC<br><br>**PLAINTIFF REGENTS OF THE UNIVERSITY OF MINNESOTA'S STATEMENT OF RECENT DECISION** |

Pursuant to Civil L.R. 7-3(d)(2), Plaintiff Regents of the University of Minnesota ("UMN") respectfully submits this Statement of Recent Decision as a supplemental authority in connection with Defendants' Motion for Summary Judgment (Dkt. 316), UMN's Opposition thereto (Dkt. 334), and Defendants' Reply in Support thereof (Dkt. 343); and Defendants' *Daubert* Motion Challenging Admissibility of Certain Opinions of Catherine Lawton and Motion to Strike Portions of Opening Report (Dkt. 318), UMN's Opposition thereto (Dkt. 332), and Defendants' Reply in Support thereof (Dkt. 345).  Attached hereto as Attachment 1 is a true and correct copy of *10x Genomics, Inc., et al. v. Vizgen, Inc.*, No. 22-cv-595-MFK, 2025 WL 26734 (D. Del. Jan. 3, 2025).

Dated:  January 22, 2025

K&L GATES LLP

*/s/ Christopher M. Verdini*
Edward P. Sangster (SBN 121041)
ed.sangster@klgates.com
**K&L Gates LLP**
Four Embarcadero Center, Suite 1200
San Francisco, California 94111
Tel: (415) 882-8200
Fax: (415) 882-8220

Patrick J. McElhinny, *pro hac vice*
patrick.mcelhinny@klgates.com
Mark G. Knedeisen, *pro hac vice*
mark.knedeisen@klgates.com
Christopher M. Verdini, *pro hac vice*
christopher.verdini@klgates.com
Anna Shabalov, *pro hac vice*
anna.shabalov@klgates.com
Rachel E. Ellenberger, *pro hac vice*
rachel.ellenberger@klgates.com
**K&L Gates LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
(412) 355-6500

Theodore J. Angelis, *pro hac vice*
theo.angelis@klgates.com
**K&L Gates LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA  98104

1

(206) 623-7580

*Counsel for Plaintiff*
*Regents of the University of Minnesota*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system and via email to counsel of record on January 22, 2025.

/s/ Christopher M. Verdini
Christopher M. Verdini