| | |
|---|---|
| HOLLAND & KNIGHT LLP | KILPATRICK, TOWNSEND & STOCKTON LLP |
| Kristopher L. Reed (SBN 235518)<br>kris.reed@hklaw.com<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, TX 75201<br>Tel: (214) 964-9500 / Fax: (214) 964-9501<br><br>Kenneth S. Chang (SBN 211925)<br>ken.chang@hklaw.com<br>Edward J. Mayle (admitted *pro hac vice*)<br>edward.mayle@hklaw.com<br>1801 California Street, Suite 5000<br>Denver, CO 80202<br>Tel: (303) 974-6660 / Fax: (303) 974-6659<br><br>Attorneys for Defendants | April E. Isaacson (SBN 180638)<br>aisaacson@kilpatricktownsend.com<br>Two Embarcadero Center, Suite 1900<br>San Francisco, CA 94111<br>Tel: (415) 576-0200 / Fax: (415) 576-0300<br><br>Kevin M. Bell (admitted *pro hac vice*)<br>kbell@ktslaw.com<br>1400 Wewatta St., Suite 600<br>Denver, CO 80202<br>Tel :(303) 571-4000 / Fax: (303) 571-4321<br><br>Andrew W. Rinehart (admitted *pro hac vice*)<br>arinehart@kilpatricktownsend.com<br>1001 West Fourth Street<br>Winston-Salem, NC 27101<br>Tel: (336) 607-7300 / Fax: (336) 607-7500<br><br>Kathleen R. Geyer (admitted *pro hac vice*)<br>kgeyer@kilpatricktownsend.com<br>1420 Fifth Ave., Ste. 3700<br>Seattle, WA 98101<br>Tel: (206) 467-9600 / Fax: (206) 623-6793<br><br>Attorneys for Defendants |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LSI CORPORATION AND AVAGO TECHNOLOGIES U.S. INC.,<br><br>　　　　Defendants. | Civil Action No. 18-cv-00821-EJD<br><br>**DECLARATION OF EDWARD J. MAYLE IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE ARGUMENT AND EVIDENCE THAT UMN "INVENTED MTR" OR THAT LSI IS LIABLE FOR INFRINGING CLAIM 13** |

I, Edward J. Mayle, under 28 U.S.C. §1746, hereby declare:

1.　　I am counsel for LSI Corporation and Avago Technologies U.S. Inc. (collectively, "Defendants") in this case. I am licensed to practice law in Colorado and the
DECLARATION OF EDWARD J. MAYLE IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE ARGUMENT AND EVIDENCE THAT UMN "INVENTED MTR" OR THAT LSI IS LIABLE FOR INFRINGING CLAIM 13
CASE NO. 18-CV-00821-EJD

- 1 -

1  District of Columbia, and am admitted to practice before this Court *pro hac vice*. I make this
2  declaration based on my personal knowledge, and, if called upon as a witness, could and
3  would testify competently to the matters set forth below.
4      2.   Attached as Exhibit 1 is a true and correct copy of the Patent Office's Inter
5  Partes Review Certificate for U.S. Patent No. 6,859,601, stating "Claim 13 is cancelled."
6      3.   Attached as Exhibit 2 is a true and correct copy of a photograph provided by
7  Plaintiff in this case; the photograph allegedly shows a plaque for a "NSIC Technical
8  Achievement Award."

10  I declare under penalty of perjury that the foregoing is true and correct.
11  Executed on February 13, 2025, at Denver, Colorado.

By: /s/ *Edward J. Mayle*
Edward J. Mayle (admitted *pro hac vice*)
HOLLAND & KNIGHT LLP
edward.mayle@hklaw.com
1801 California Street, Suite 5000
Denver, CO 80202
Tel: (303) 974-6660 / Fax: (303) 974-6659

Attorney for Defendants LSI Corporation and
Avago Technologies U.S. Inc.

DECLARATION OF EDWARD J. MAYLE IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE ARGUMENT AND EVIDENCE THAT UMN "INVENTED MTR" OR THAT LSI IS LIABLE FOR INFRINGING CLAIM 13
CASE NO. 18-CV-00821-EJD

- 2 -