# EXHIBIT 1

(12) **INTER PARTES REVIEW CERTIFICATE** (3019th)

# United States Patent

Moon et al.

(10) **Number:**          **US 5,859,601 K1**

(45) **Certificate Issued:**      **Mar. 6, 2023**

(54) **METHOD AND APPARATUS FOR IMPLEMENTING MAXIMUM TRANSITION RUN CODES**

(75) Inventors: **Jaekyun Moon**; **Barrett J. Brickner**

(73) Assignee: **REGENTS OF THE UNIVERSITY OF MINNESOTA**

**Trial Number:**

IPR2017-01068 filed Mar. 10, 2017

**Inter Partes Review Certificate for:**

Patent No.:   **5,859,601**
Issued:        **Jan. 12, 1999**
Appl. No.:     **08/730,716**
Filed:         **Oct. 15, 1996**

The results of IPR2017-01068 are reflected in this inter partes review certificate under 35 U.S.C. 318(b).

**INTER PARTES REVIEW CERTIFICATE**
**U.S. Patent 5,859,601 K1**
**Trial No. IPR2017-01068**
**Certificate Issued Mar. 6, 2023**

1　　　　　　　　　　　　　　　　　　2

AS A RESULT OF THE INTER PARTES
REVIEW PROCEEDING, IT HAS BEEN
DETERMINED THAT:

Claims **14** and **17** are found patentable.

Claim **13** is cancelled.

Claims **1**, **2**, **8**, **10**, **12**, **15**, **16** and **21** are disclaimed.

\*　\*　\*　\*　\*