# EXHIBIT 2



UMN EXHIBIT 2030
LSI Corp. et al. v. Regents of Univ. of Minn.
IPR2017-01068