| | |
|---|---|
| HOLLAND & KNIGHT LLP | KILPATRICK, TOWNSEND & STOCKTON LLP |
| Kristopher L. Reed (SBN 235518)<br>kris.reed@hklaw.com<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, TX 75201<br>Tel: (214) 964-9500 / Fax: (214) 964-9501 | April E. Isaacson (SBN 180638)<br>aisaacson@kilpatricktownsend.com<br>Two Embarcadero Center, Suite 1900<br>San Francisco, CA 94111<br>Tel: (415) 576-0200 / Fax: (415) 576-0300 |
| Kenneth S. Chang (SBN 211925)<br>ken.chang@hklaw.com<br>Edward J. Mayle (admitted *pro hac vice*)<br>edward.mayle@hklaw.com<br>1801 California Street, Suite 5000<br>Denver, CO 80202<br>Tel: (303) 974-6660 / Fax: (303) 974-6659 | Kevin M. Bell (admitted *pro hac vice*)<br>kbell@ktslaw.com<br>1400 Wewatta St., Suite 600<br>Denver, CO 80202<br>Tel :(303) 571-4000 / Fax: (303) 571-4321 |
| | Andrew W. Rinehart (admitted *pro hac vice*)<br>arinehart@kilpatricktownsend.com<br>1001 West Fourth Street<br>Winston-Salem, NC 27101<br>Tel: (336) 607-7300 / Fax: (336) 607-7500 |
| Attorneys for Defendants | Kathleen R. Geyer (admitted *pro hac vice*)<br>kgeyer@kilpatricktownsend.com<br>1420 Fifth Ave., Ste. 3700<br>Seattle, WA 98101<br>Tel: (206) 467-9600 / Fax: (206) 623-6793 |
| | Attorneys for Defendants |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION AND AVAGO TECHNOLOGIES U.S. INC.,<br><br>Defendants. | Civil Action No. 18-cv-00821-EJD<br><br>**DECLARATION OF ANDREW W. RINEHART IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* REGARDING *CARNEGIE MELLON* LITIGATION** |

I, Andrew W. Rinehart, under 28 U.S.C. §1746, hereby declare:

1. I am counsel for LSI Corporation and Avago Technologies U.S. Inc. (collectively, "Defendants") in this case. I am licensed to practice law in North Carolina and the Eastern District of Texas, and am admitted to practice before this Court *pro hac vice*. I

DECLARATION OF ANDREW W. RINEHART IN SUPPORT OF DEFENDANTS' MOTION
*IN LIMINE* REGARDING *CARNEGIE MELLON* LITIGATION                                                           - 1 -
CASE NO. 18-CV-00821-EJD

1  make this declaration based on my personal knowledge, and, if called upon as a witness, could
2  and would testify competently to the matters set forth below.
3      2. Exhibit 1 is a true and correct copy of the Court's Opinion Denying Judgment
4  as a Matter of Law (Dkt. 901) in *Carnegie Mellon University v. Marvell Tech. Grp., Ltd. et*
5  *al.*, Civil Action No. 2:09-cv-00290-NBF (W.D. Pa. Sept. 23, 2013).
6      3. Exhibit 2 is a true and correct copy of the Report and Recommendation (Dkt.
7  341) in *Princeton Digital Image Corp. v. Ubisoft Entm't SA et al.*, Case 1:13-CV-00335-LPS-
8  CJB (Dkt. 341) (D. Del. Dec. 11, 2018).

10     I declare under penalty of perjury that the foregoing is true and correct.
11 Executed on February 13, 2025, at Winston-Salem, North Carolina.

By: /s/ *Andrew W. Rinehart*
Andrew W. Rinehart (admitted *pro hac vice*)
arinehart@kilpatricktownsend.com
1001 West Fourth Street
Winston-Salem, NC 27101
Tel: (336) 607-7300 / Fax: (336) 607-7500

Attorney for Defendants LSI Corporation and
Avago Technologies U.S. Inc.