| | |
|---|---|
| Edward P. Sangster (SBN 121041)<br>ed.sangster@klgates.com<br>Erik J. Halverson (SBN 333492)<br>erik.halverson@klgates.com<br>**K&L Gates LLP**<br>Four Embarcadero Center, Suite 1200<br>San Francisco, California 94111<br>Tel: (415) 882-8200<br>Fax: (415) 882-8220<br><br>Patrick J. McElhinny *pro hac vice*<br>patrick.mcelhinny@klgates.com<br>Mark G. Knedeisen, *pro hac vice*<br>mark.knedeisen@klgates.com<br>Christopher M. Verdini, *pro hac vice*<br>christopher.verdini@klgates.com<br>Anna Shabalov, *pro hac vice*<br>anna.shabalov@klgates.com<br>Rachel E. Ellenberger, *pro hac vice*<br>rachel.ellenberger@klgates.com<br>**K&L Gates LLP**<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, Pennsylvania 15222<br>(412) 355-6500<br><br>Theodore J. Angelis, *pro hac vice*<br>theo.angelis@klgates.com<br>**K&L Gates LLP**<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>(206) 623-7580<br><br>*Counsel for Plaintiff*<br>*Regents of the University of Minnesota* | Kristopher L. Reed (SBN 235518)<br>kris.reed@hklaw.com<br>**HOLLAND & KNIGHT LLP**<br>One Arts Plaza, 1722 Routh St., Suite 1500<br>Dallas, TX 75201<br>Tel: (214) 627-1753 / Fax: (214) 964-9501<br><br>Kenneth S. Chang (SBN 211925)<br>Ken.chang@hklaw.com<br>Edward J. Mayle (admitted pro hac vice)<br>edward.mayle@hklaw.com<br>**HOLLAND & KNIGHT LLP**<br>1801 California St., Suite 5000<br>Denver, CO 80202<br>Tel: (303) 974-6653 / Fax: (303) 974-6659<br><br>April E. Isaacson (SBN 180638)<br>aisaacson@kilpatricktownsend.com<br>**KILPATRICK, TOWNSEND &<br>STOCKTON LLP**<br>Two Embarcadero Center, Suite 1900<br>San Francisco, CA 94111<br>Tel: (415) 576-0200 / Fax: (415) 576-0300<br><br>*Counsel for Defendants*<br>*LSI Corporation and Avago Technologies U.S.*<br>*Inc.* |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>     Plaintiff,<br><br>v.<br><br>LSI CORPORATION and AVAGO TECHNOLOGIES U.S. INC.,<br><br>     Defendants. | Case No.: 5:18-cv-00821-EJD-NMC<br><br>**JOINT NEUTRAL STATEMENT OF THE CASE**<br><br>Pretrial Conference: March 6, 2025<br>Time: 2:00 p.m.<br>Courtroom: 4<br><br>Hon. Edward J. Davila<br>Trial Date: March 25, 2025 |

Plaintiff Regents of the University of Minnesota ("UMN") and Defendants LSI Corporation and Avago Technologies U.S. Inc. (together, "LSI") respectfully submit the following agreed-upon language as a neutral statement of the case:

"The plaintiff in this case is Regents of the University of Minnesota, the governing body of the University of Minnesota, also known as UMN. The defendants in this case are LSI Corporation and Avago Technologies U.S. Inc., two subsidiaries of Broadcom Inc., that together will be referred to as LSI. LSI designs and develops read channels, which are incorporated as part of systems-on-a-chip, also called SoCs, to be used in hard disk drives.

UMN owns U.S. Patent No. 5,859,601, which you will hear called the '601 Patent. UMN claims that LSI infringed two claims of the '601 Patent and should pay UMN a reasonable royalty for that infringement. LSI denies infringement and asserts that both claims of the '601 Patent are invalid and unenforceable."

| | | |
|---|---|---|
| 1 | Dated:  February 24, 2025 | Respectfully submitted, |
| 2 | /s/ Christopher M. Verdini | /s/ Kristopher L. Reed |
| 3 | Edward P. Sangster (SBN 121041)<br>ed.sangster@klgates.com | Kristopher L. Reed (SBN 235518)<br>kris.reed@hklaw.com |
| 4 | Erik J. Halverson (SBN 333492)<br>erik.halverson@klgates.com | **HOLLAND & KNIGHT LLP**<br>One Arts Plaza, 1722 Routh St., Suite 1500 |
| 5 | **K&L GATES LLP**<br>Four Embarcadero Center, Suite 1200 | Dallas, TX 75201<br>Tel: (214) 627-1753 / Fax: (214) 964-9501 |
| 6 | San Francisco, California 94111<br>Tel: (415) 882-8200 | Kenneth S. Chang (SBN 211925) |
| 7 | Fax: (415) 882-8220 | Ken.chang@hklaw.com<br>Edward J. Mayle (admitted pro hac vice) |
| 8 | Patrick J. McElhinny, *pro hac vice*<br>patrick.mcelhinny@klgates.com | edward.mayle@hklaw.com<br>**HOLLAND & KNIGHT LLP** |
| 9 | Mark G. Knedeisen, *pro hac vice*<br>mark.knedeisen@klgates.com | 1801 California St., Suite 5000<br>Denver, CO 80202 |
| 10 | Christopher M. Verdini, *pro hac vice* | Tel: (303) 974-6653 / Fax: (303) 974-6659 |
| 11 | christopher.verdini@klgates.com<br>Anna Shabalov, *pro hac vice* | April E. Isaacson (SBN 180638)<br>aisaacson@kilpatricktownsend.com |
| 12 | anna.shabalov@klgates.com<br>Rachel E. Ellenberger, *pro hac vice* | **KILPATRICK, TOWNSEND &<br>STOCKTON LLP** |
| 13 | rachel.ellenberger@klgates.com<br>**K&L GATES LLP** | Two Embarcadero Center, Suite 1900<br>San Francisco, CA 94111 |
| 14 | K&L Gates Center | Tel: (415) 576-0200 / Fax: (415) 576-0300 |
| 15 | 210 Sixth Avenue<br>Pittsburgh, Pennsylvania 15222 | Kevin M. Bell (admitted pro hac vice)<br>kbell@ktslaw.com |
| 16 | Tel: (412) 355-6500<br>Fax: (412) 355-6501 | **KILPATRICK, TOWNSEND &<br>STOCKTON LLP** |
| 17 | | 1400 Wewatta St., Suite 600<br>Denver, CO 80202 |
| 18 | Theodore J. Angelis, *pro hac vice*<br>theo.angelis@klgates.com | Telephone: (303) 571-4000<br>Facsimile: (303) 571-4321 |
| 19 | **K&L GATES LLP**<br>925 Fourth Avenue, Suite 2900 | Andrew W. Rinehart (admitted pro hac vice) |
| 20 | Seattle, WA 98104<br>Tel: (206) 623-7580 | arinehart@kilpatricktownsend.com<br>**KILPATRICK, TOWNSEND &** |
| 21 | | **STOCKTON LLP**<br>1001 West Fourth Street |
| 22 | *Counsel for Plaintiff*<br>*Regents of the University of Minnesota* | Winston-Salem, NC 27101<br>Tel: (336) 607-7300 / Fax: (336) 607-7500 |
| 23 | | |
| 24 | | Kathleen R. Geyer (admitted pro hac vice)<br>kgeyer@kilpatricktownsend.com |
| 25 | | **KILPATRICK, TOWNSEND &<br>STOCKTON LLP**<br>1420 Fifth Ave., Ste. 3700 |
| 26 | | Seattle, WA 98101<br>Tel: (206) 467-9600 / Fax: (206) 623-6793 |
| 27 | | *Counsel for Defendants* |
| 28 | | *LSI Corporation and Avago Technologies U.S. Inc.* |

3

JOINT NEUTRAL STATEMENT OF THE CASE                                              CASE NO. 5:18-CV-00821-EJD-NMC

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on February 24, 2025.

/s/ Christopher M. Verdini
Christopher M. Verdini