1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LSI CORPORATION and AVAGO TECHNOLOGIES U.S. INC.,<br><br>　　　　　Defendants. | Case No.: 5:18-cv-00821-EJD-NMC<br><br>[PROPOSED] **ORDER ON ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL** |

After full consideration of Plaintiff Regents of the University of Minnesota's ("UMN's") Administrative Motion to File Under Seal, the Court finds good cause exists to seal the following:

| Document to be Sealed | Portion to Be Sealed |
|---|---|
| Plaintiff's Opposition to Defendants' ("LSI") Motion *in Limine* to Preclude UMN from Presenting Alternative Royalty Rate and Royalty Base Calculations | Redacted Portions Highlighted |

IT IS HEREBY ORDERED that UMN's Administrative Motion is GRANTED. The Clerk of the Court shall file under seal the materials identified in the above chart.

**IT IS SO ORDERED.**

Dated: __March 3__, 2025   By: _____
Hon. Edward J. Davila
U.S. District Court Judge