| | |
|---|---|
| Edward P. Sangster (SBN 121041)<br>ed.sangster@klgates.com<br>Erik J. Halverson (SBN 333492)<br>erik.halverson@klgates.com<br>**K&L Gates LLP**<br>Four Embarcadero Center, Suite 1200<br>San Francisco, California 94111<br>Tel: (415) 882-8200<br>Fax: (415) 882-8220<br><br>Patrick J. McElhinny *pro hac vice*<br>patrick.mcelhinny@klgates.com<br>Mark G. Knedeisen, *pro hac vice*<br>mark.knedeisen@klgates.com<br>Christopher M. Verdini, *pro hac vice*<br>christopher.verdini@klgates.com<br>Anna Shabalov, *pro hac vice*<br>anna.shabalov@klgates.com<br>Rachel E. Ellenberger, *pro hac vice*<br>rachel.ellenberger@klgates.com<br>**K&L Gates LLP**<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, Pennsylvania 15222<br>(412) 355-6500<br><br>Theodore J. Angelis, *pro hac vice*<br>theo.angelis@klgates.com<br>**K&L Gates LLP**<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA  98104<br>(206) 623-7580<br><br>*Counsel for Plaintiff*<br>*Regents of the University of Minnesota* | Kristopher L. Reed (SBN 235518)<br>kris.reed@hklaw.com<br>**HOLLAND & KNIGHT LLP**<br>One Arts Plaza, 1722 Routh St., Suite 1500<br>Dallas, TX 75201<br>Tel: (214) 627-1753 / Fax: (214) 964-9501<br><br>Kenneth S. Chang (SBN 211925)<br>Ken.chang@hklaw.com<br>Edward J. Mayle (admitted pro hac vice)<br>edward.mayle@hklaw.com<br>**HOLLAND & KNIGHT LLP**<br>1801 California St., Suite 5000<br>Denver, CO 80202<br>Tel: (303) 974-6653 / Fax: (303) 974-6659<br><br>April E. Isaacson (SBN 180638)<br>aisaacson@kilpatricktownsend.com<br>**KILPATRICK, TOWNSEND &<br>STOCKTON LLP**<br>Two Embarcadero Center, Suite 1900<br>San Francisco, CA 94111<br>Tel: (415) 576-0200 / Fax: (415) 576-0300<br><br>*Counsel for Defendants*<br>*LSI Corporation and Avago Technologies U.S. Inc.* |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>    Plaintiff,<br><br>v.<br><br>LSI CORPORATION and AVAGO TECHNOLOGIES U.S. INC.,<br><br>    Defendants. | Case No.: 5:18-cv-00821-EJD-NMC<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Hon. Edward J. Davila |

PLEASE TAKE NOTICE that Plaintiff Regents of the University of Minnesota ("UMN") and Defendants LSI Corporation and Avago Technologies U.S. Inc. (together, "LSI") have reached a settlement in principle of all claims between them in this matter and are in the process of documenting the settlement. The Parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties anticipate filing a Stipulation of Dismissal with Prejudice within sixty (60) days of submission of this Joint Notice of Settlement.

Dated: March 18, 2025

Respectfully submitted,

/s/ Patrick J. McElhinny
Edward P. Sangster (SBN 121041)
ed.sangster@klgates.com
Erik J. Halverson (SBN 333492)
erik.halverson@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, California 94111
Tel: (415) 882-8200
Fax: (415) 882-8220

Patrick J. McElhinny, *pro hac vice*
patrick.mcelhinny@klgates.com
Mark G. Knedeisen, *pro hac vice*
mark.knedeisen@klgates.com
Christopher M. Verdini, *pro hac vice*
christopher.verdini@klgates.com
Anna Shabalov, *pro hac vice*
anna.shabalov@klgates.com
Rachel E. Ellenberger, *pro hac vice*
rachel.ellenberger@klgates.com
**K&L GATES LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Tel: (412) 355-6500
Fax: (412) 355-6501

Theodore J. Angelis, *pro hac vice*
theo.angelis@klgates.com
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Tel: (206) 623-7580

*Counsel for Plaintiff
Regents of the University of Minnesota*

/s/ Kristopher L. Reed
Kristopher L. Reed (SBN 235518)
kris.reed@hklaw.com
**HOLLAND & KNIGHT LLP**
One Arts Plaza, 1722 Routh St., Suite 1500
Dallas, TX 75201
Tel: (214) 627-1753 / Fax: (214) 964-9501

Kenneth S. Chang (SBN 211925)
Ken.chang@hklaw.com
Edward J. Mayle (admitted pro hac vice)
edward.mayle@hklaw.com
**HOLLAND & KNIGHT LLP**
1801 California St., Suite 5000
Denver, CO 80202
Tel: (303) 974-6653 / Fax: (303) 974-6659

April E. Isaacson (SBN 180638)
aisaacson@kilpatricktownsend.com
**KILPATRICK, TOWNSEND & STOCKTON LLP**
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Tel: (415) 576-0200 / Fax: (415) 576-0300

Kevin M. Bell (admitted pro hac vice)
kbell@ktslaw.com
**KILPATRICK, TOWNSEND & STOCKTON LLP**
1400 Wewatta St., Suite 600
Denver, CO 80202
Telephone: (303) 571-4000
Facsimile: (303) 571-4321

Andrew W. Rinehart (admitted pro hac vice)
arinehart@kilpatricktownsend.com
**KILPATRICK, TOWNSEND & STOCKTON LLP**
1001 West Fourth Street
Winston-Salem, NC 27101

Tel: (336) 607-7300 / Fax: (336) 607-7500

Kathleen R. Geyer (admitted pro hac vice)
kgeyer@kilpatricktownsend.com
**KILPATRICK, TOWNSEND & STOCKTON LLP**
1420 Fifth Ave., Ste. 3700
Seattle, WA 98101
Tel: (206) 467-9600 / Fax: (206) 623-6793

*Counsel for Defendants*
*LSI Corporation and Avago Technologies U.S. Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on March 18, 2025.

/s/ Patrick J. McElhinny<br>
Patrick J. McElhinny