UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>    Plaintiff,<br><br>  v.<br><br>LSI CORPORATION and AVAGO TECHNOLOGIES U.S. INC.,<br><br>    Defendants. | Case No.  5:18-cv-00821 EJD<br><br>**ORDER SETTING STATUS CONFERENCE AND DIRECTING PARTIES TO FILE DISMISSAL OR JOINT STATUS REPORT** |

The Court, having received notice that the parties have reached a settlement in this matter (*see* ECF No. 418), hereby orders the parties appear before the Honorable Edward J. Davila on June 5, 2025, at 10:00 a.m. in Courtroom No. 4, 5th Floor, of the United States District Court, 280 South First Street, San Jose, California, 95113, for a status conference regarding settlement.  On or before May 22, 2025, the parties shall file a joint status report setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Status Conference shall be automatically vacated if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before May 22, 2025.

All other pretrial deadlines and hearing dates are VACATED, and any pending motions are TERMINATED.

**IT IS SO ORDERED.**

Dated: March 18, 2025

_____
EDWARD J. DAVILA
United States District Judge

CASE NO.: 5:18-CV-00821 EJD
ORDER RE NOTICE OF SETTLEMENT