Erik J. Halverson (SBN 333492)
erik.halverson@klgates.com
**K&L Gates LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
(415) 882-8238

Patrick J. McElhinny *pro hac vice*
patrick.mcelhinny@klgates.com
Mark G. Knedeisen, *pro hac vice*
mark.knedeisen@klgates.com
Christopher M. Verdini, *pro hac vice*
christopher.verdini@klgates.com
Anna Shabalov, *pro hac vice*
anna.shabalov@klgates.com
Rachel E. Ellenberger, *pro hac vice*
rachel.ellenberger@klgates.com
**K&L Gates LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
(412) 355-6500

Theodore J. Angelis, *pro hac vice*
theo.angelis@klgates.com
**K&L Gates LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
(206) 623-7580

*Counsel for Plaintiff*
*Regents of the University of Minnesota*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION and AVAGO TECHNOLOGIES U.S. INC.,<br><br>Defendants. | Case No.: 5:18-cv-00821-EJD-NMC<br><br>**NOTICE OF CHANGE IN LOCAL CO-COUNSEL AND CONSENT TO DESIGNATION FOR ATTORNEYS ADMITTED *PRO HAC VICE*** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-3(a)(3), the undersigned attorney, Erik J. Halverson (SBN 333492), a member in good standing of the Bar of this Court, and who maintains an office at K&L Gates LLP, 4 Embarcadero Center, Suite 1200, San Francisco, CA 94111, hereby consents to be designated as local co-counsel for the following attorneys previously admitted *pro hac vice* in the above-referenced matter, and hereby accepts responsibility for their admission:

Patrick J. McElhinny, *pro hac vice*
patrick.mcelhinny@klgates.com
Mark G. Knedeisen, *pro hac vice*
mark.knedeisen@klgates.com
Christopher M. Verdini, *pro hac vice*
christopher.verdini@klgates.com
Anna Shabalov, *pro hac vice*
anna.shabalov@klgates.com
Rachel E. Ellenberger, *pro hac vice*
rachel.ellenberger@klgates.com
**K&L Gates LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
(412) 355-6500

Theodore J. Angelis, *pro hac vice*
theo.angelis@klgates.com
**K&L Gates LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580

Pursuant to Civil Local Rule 11-3(f), the undersigned further consents to be designated as local co-counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of the case.

2
NOTICE OF CHANGE IN LOCAL CO-COUNSEL                    CASE NO. 5:18-CV-00821-EJD-NMC

| | |
|---|---|
| Dated:  April 2, 2025 | Respectfully submitted,<br><br>/s/ Erik J. Halverson<br>Erik J. Halverson (SBN 333492)<br>erik.halverson@klgates.com<br>**K&L Gates LLP**<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>(415) 882-8238<br><br>Patrick J. McElhinny, *pro hac vice*<br>patrick.mcelhinny@klgates.com<br>Mark G. Knedeisen, *pro hac vice*<br>mark.knedeisen@klgates.com<br>Christopher M. Verdini, *pro hac vice*<br>christopher.verdini@klgates.com<br>Anna Shabalov, *pro hac vice*<br>anna.shabalov@klgates.com<br>Rachel E. Ellenberger, *pro hac vice*<br>rachel.ellenberger@klgates.com<br>**K&L GATES LLP**<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, Pennsylvania 15222<br>Tel: (412) 355-6500<br>Fax: (412) 355-6501<br><br>Theodore J. Angelis, *pro hac vice*<br>theo.angelis@klgates.com<br>**K&L GATES LLP**<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>Tel: (206) 623-7580<br><br>*Counsel for Plaintiff*<br>*Regents of the University of Minnesota* |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on April 2, 2025.

/s/ Erik J. Halverson
Erik J. Halverson