| | |
|---|---|
| Erik J. Halverson (SBN 333492)<br>erik.halverson@klgates.com<br>**K&L Gates LLP**<br>Four Embarcadero Center, Suite 1200<br>San Francisco, California 94111<br>Tel: (415) 882-8200<br>Fax: (415) 882-8220<br><br>Patrick J. McElhinny *pro hac vice*<br>patrick.mcelhinny@klgates.com<br>Mark G. Knedeisen, *pro hac vice*<br>mark.knedeisen@klgates.com<br>Christopher M. Verdini, *pro hac vice*<br>christopher.verdini@klgates.com<br>Anna Shabalov, *pro hac vice*<br>anna.shabalov@klgates.com<br>Rachel E. Ellenberger, *pro hac vice*<br>rachel.ellenberger@klgates.com<br>**K&L Gates LLP**<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, Pennsylvania 15222<br>(412) 355-6500<br><br>Theodore J. Angelis, *pro hac vice*<br>theo.angelis@klgates.com<br>**K&L Gates LLP**<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA  98104<br>(206) 623-7580<br><br>*Counsel for Plaintiff*<br>*Regents of the University of Minnesota* | Kristopher L. Reed (SBN 235518)<br>kris.reed@hklaw.com<br>**HOLLAND & KNIGHT LLP**<br>One Arts Plaza, 1722 Routh St., Suite 1500<br>Dallas, TX 75201<br>Tel: (214) 627-1753 / Fax: (214) 964-9501<br><br>Kenneth S. Chang (SBN 211925)<br>Ken.chang@hklaw.com<br>Edward J. Mayle (admitted pro hac vice)<br>edward.mayle@hklaw.com<br>**HOLLAND & KNIGHT LLP**<br>1801 California St., Suite 5000<br>Denver, CO 80202<br>Tel: (303) 974-6653 / Fax: (303) 974-6659<br><br>April E. Isaacson (SBN 180638)<br>aisaacson@kilpatricktownsend.com<br>**KILPATRICK, TOWNSEND &**<br>**STOCKTON LLP**<br>Two Embarcadero Center, Suite 1900<br>San Francisco, CA 94111<br>Tel: (415) 576-0200 / Fax: (415) 576-0300<br><br>*Counsel for Defendants*<br>*LSI Corporation and Avago Technologies U.S. Inc.* |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| REGENTS OF THE UNIVERSITY OF MINNESOTA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LSI CORPORATION and AVAGO TECHNOLOGIES U.S. INC.,<br><br>　　　　　Defendants. | Case No.: 5:18-cv-00821-EJD-NMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Edward J. Davila |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Regents of the University of Minnesota and Defendants LSI Corporation and Avago Technologies U.S. Inc., by and through their undersigned counsel and in accordance with Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-captioned action, having been settled between the parties, is hereby dismissed with prejudice. The parties hereby further stipulate and agree that the parties shall bear their own fees, costs, and expenses.

Dated:  June 16, 2025

Respectfully submitted,

/s/ Christopher M. Verdini
Edward P. Sangster (SBN 121041)
ed.sangster@klgates.com
Erik J. Halverson (SBN 333492)
erik.halverson@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, California 94111
Tel: (415) 882-8200
Fax: (415) 882-8220

Patrick J. McElhinny, *pro hac vice*
patrick.mcelhinny@klgates.com
Mark G. Knedeisen, *pro hac vice*
mark.knedeisen@klgates.com
Christopher M. Verdini, *pro hac vice*
christopher.verdini@klgates.com
Anna Shabalov, *pro hac vice*
anna.shabalov@klgates.com
Rachel E. Ellenberger, *pro hac vice*
rachel.ellenberger@klgates.com
**K&L GATES LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Tel: (412) 355-6500
Fax: (412) 355-6501

Theodore J. Angelis, *pro hac vice*
theo.angelis@klgates.com
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104

/s/ Kristopher L. Reed
Kristopher L. Reed (SBN 235518)
kris.reed@hklaw.com
**HOLLAND & KNIGHT LLP**
One Arts Plaza, 1722 Routh St., Suite 1500
Dallas, TX 75201
Tel: (214) 627-1753 / Fax: (214) 964-9501

Kenneth S. Chang (SBN 211925)
Ken.chang@hklaw.com
Edward J. Mayle (admitted pro hac vice)
edward.mayle@hklaw.com
**HOLLAND & KNIGHT LLP**
1801 California St., Suite 5000
Denver, CO 80202
Tel: (303) 974-6653 / Fax: (303) 974-6659

April E. Isaacson (SBN 180638)
aisaacson@kilpatricktownsend.com
**KILPATRICK, TOWNSEND & STOCKTON LLP**
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
Tel: (415) 576-0200 / Fax: (415) 576-0300

Kevin M. Bell (admitted pro hac vice)
kbell@ktslaw.com
**KILPATRICK, TOWNSEND & STOCKTON LLP**
1400 Wewatta St., Suite 600
Denver, CO 80202
Telephone: (303) 571-4000
Facsimile: (303) 571-4321

Tel: (206) 623-7580

*Counsel for Plaintiff*
*Regents of the University of Minnesota*

Andrew W. Rinehart (admitted pro hac vice)
arinehart@kilpatricktownsend.com
**KILPATRICK, TOWNSEND & STOCKTON LLP**
1001 West Fourth Street
Winston-Salem, NC 27101
Tel: (336) 607-7300 / Fax: (336) 607-7500

Kathleen R. Geyer (admitted pro hac vice)
kgeyer@kilpatricktownsend.com
**KILPATRICK, TOWNSEND & STOCKTON LLP**
1420 Fifth Ave., Ste. 3700
Seattle, WA 98101
Tel: (206) 467-9600 / Fax: (206) 623-6793

*Counsel for Defendants*
*LSI Corporation and Avago Technologies U.S. Inc.*

### ATTESTATION UNDER CIVIL LOCAL RULE 5-1

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of these documents has been obtained from Mr. Reed.

Dated: June 16, 2025

/s/ Christopher M. Verdini
Christopher M. Verdini

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on June 16, 2025.

/s/ Christopher M. Verdini
Christopher M. Verdini